# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joh-n5pg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6489
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Category: NA
Tracking No. 1jz-8joh-uhgb
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6490
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Plyler

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joh-y4cd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6491
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** PM Chastain

---

## General Comment

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 28, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8joh-vcfu<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6492
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** thomas zaloga

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joh-48ok
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6493
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Holder

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jog-zesg
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6494
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clifford Braun
**Address:**
    3821 S Ouray
    Aurora,  CO,  80013
**Email:** Squibnic@icloud.com
**Phone:** 3033562252

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle

effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

Clifford J Braun
Law abiding U.S. Citizen, voter, and defender of LIBERTY!
"STOP THE MADNESS!"

P.S. I suggest you read and understand the constitution of the United States of America, the finest document ever written !!!!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jog-32l4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6495
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** sherry mainquist

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or

DOSWASHINGTON003957

not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jog-v6wo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6496
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Garnick
**Address:**
   Robert garnick
   Lad vegas,  NV,  89129
**Email:** Garnickrob@aol.com
**Phone:** 6508633589

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jog-8yby |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6497
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Anonymous
**Submitter's Representative:** Tim Williams
**Organization:** U.S.P.S
**Government Agency Type:** Federal
**Government Agency:** ATF

---

## General Comment

To whom it may concern: I strongly oppose the updates to the State Department arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. These new rewrites strongly infringe upon every American's first AND second amendment rights ... The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines. So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties. I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them. I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jog-nl2m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6499
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daren Hurlbut

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jog-knz4
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6500
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Edison

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003962

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jog-z7g9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6501
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Lee

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

DOSWASHINGTON003963

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jog-5gdv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6502
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Long
**Address:**
  1431 1/2 high st
  Logansport,  46947
**Email:** imp398@yahoo.com
**Phone:** 7654756161

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jog-7vos |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6503
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Gibson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jof-yfps
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6504
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Ramey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003966

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-ozql
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6505
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Jensen
**Address:**
  114 Sinclair Rd
  Northville, NY, 12134
**Email:** jeffulator@yahoo.com
**Phone:** 5188634961

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003967

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-ctmn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6507
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jon thompson
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 28, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8jof-34n5<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6508
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brent Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or

DOSWASHINGTON003969

not, the First and Second Amendments are still the law of the land!

You people just don't get it, We the People are never going to give up our guns. Guns are the only thing between Free Men and tyranny. The State Department is in the process of giving Iran nukes and you want to take our shotguns, hunting rifles and pistols. For Christ's sake, John Kerry can't even ride a bicycle without crashing it.

DOSWASHINGTON003970

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-w3gg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6511
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tyrone Hogston
**Address:**
   1535 N. Normandy Blvd.
   Deltona,  32725
**Email:** tyhogston@gmail.com
**Phone:** 313-212-7717

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003971

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-4s7t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6512
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Keith Flagg
**Address:**
    1232 Lipowitz Ave.
    Crescent City,  CA,  95531
**Email:** Keitherd51@gmail.com
**Phone:** 7079514167

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com



UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jof-c9zd |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6516
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JL Chastain

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003974

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-wh05
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6517
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ruben Rodriguez
**Address:**
    3008 South 96th Street
    Fort Smith, AR, 72903
**Email:** commnavone@hotmail.com
**Phone:** 4796514824

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first and second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003976

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jof-k6io
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6518
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** GARY SANDERSFELD
**Address:**
    7060 BECKINGTON LANE
    SAN DIEGO,  CA,  92139
**Email:** GWSANDER1@ATT.NET
**Phone:** 619-267-6351

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government

license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-8q9m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6519
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jof-8wrb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6520
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Laine

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

Scott Laine

DOSWASHINGTON003980

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-cl99
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6522
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jof-822a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6523
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mickey Brundege

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jof-bw39
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6524
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** ADC P.G. Coulombe USN/Ret

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-i0m9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6525
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-xqsi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6526
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Florek

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003985

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-1vxp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6529
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I demand that you repeal these new regulations in their entirety because, whether you or anyone else agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joe-kogw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6530
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Sangder
**Address:**
    9646 Renton Ave So
    Seattle,  WA,  98118
**Email:** fuzzface7@juno.com
**Phone:** 2062456952

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003987

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-7apj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6531
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Overly

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003988

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-t719
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6532
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Kusler

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8joe-js43
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6533
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Caleb Yates

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-gevf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6534
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George P
**Address:**
    1021 Alfred dr
    Winterpark, FL, 32810
**Email:** Georgeportela24@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joe-7fyb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6535
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003992

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-xd4d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6536
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** T. Stafford

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 28, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8joe-4m1r<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6537
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Don Burris

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 28, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8joe-iv4t<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6538
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network (e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-zhw9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6539
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network (e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-9out
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6540
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ralph Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network
(e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joe-chg9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6541
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Nation

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-51rj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6542
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kathy Davis
**Address:**
   4314 Hwy 27 S. Trlr 118
   Sulphur,  LA,  70665
**Email:** purpleviolets1952@yahoo.com
**Phone:** 337-558-6021

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004000

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-bqro
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6544
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joe-w65a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6545
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Tomlinson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-qnc1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6546
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Lauro

---

## General Comment

to whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-fu8a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6547
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dallas Smith

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jod-h9op |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6549
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Blancett

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-lsvc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6550
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Feudo
**Address:**
　P.O. Box 36
　Sadler,  TX,  76264
**Email:** oilyjohn51@yahoo.com
**Phone:** 903-357-8490

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004007

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jod-tgob
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6551
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Woods

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-clqo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6552
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jod-499p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6554
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-p8ea
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6555
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** CL de STEFANO

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-s5zk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6556
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon LaDuke
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jod-ldi4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6557
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** david charlton

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network
(e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jod-qpv8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6558
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Norman
**Address:**
    P.O. ox 700
    Diboll,  TX,  75941
**Email:** rsn0rman@yahoo.com
**Phone:** 9660508200719

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government

license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004015

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-y91t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6559
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I whole heartedly agree with this comment from a previous person... word for word.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jod-1l0f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6560
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Scianna

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo9-p6uv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6564
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo6-75wd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6565
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Duncan McAfee

---

## General Comment

I strongly oppose this change to the ITAR regulations as it seems rife with opportunity for governmental abuse.
It seems like a roundabout way to stifle second amendment rights by TRAMPLING the first.
I also oppose the addition of the word "software" into these regulations, as it appears to be an effort to ban 3-D printers and encryption.

I urge you to repeal the new regulations ENTIRELY, as it's a violation of first and second amendment rights.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo6-3ldz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6566
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn Grammont
**Address:**
  14511 Banquo Terrace
  Silver Spring,  MD,  20906
**Email:** Green17842@msn.com
**Phone:** 2407010650

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004020

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo5-w0yb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6567
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo3-capw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6570
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo3-9nq7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6571
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jo0-j7fx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6575
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rodney White

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnz-r020
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6578
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004026

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnv-v7sv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6585
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Patrick Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnv-sow5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6586
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Danial Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnv-c49r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6587
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald & Rosetta Leach

---

## General Comment

Simply cut-and-paste the text below into the online comment box on that page.

----- Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle

effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

Please Preserve our America, don't let us be denied Freedoms that were the reason for America's birth!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnv-vs95
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6588
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Jason Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnv-o0sj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6589
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Tracy Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnv-4mxu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6590
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marion Jordan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Marion Jordan

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 27, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jnv-4u2p |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6591
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Jordan
**Address:**
   415 Sky Eagle Rd.
   Reno,  NV,  89510

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Timothy Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnr-wrul
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6593
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Cahill
**Address:**
    352 Amsterdam Avenue
    Bayville,  NJ,  08721-2902
**Email:** jcprod@comcast.net
**Phone:** 732-269-0100

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnp-wbxy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6599
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Garnet Hildebrandt
**Address:**
   69 Forest Hills Drive
   Levant,  ME,  04456
**Email:** gmandga@roadrunner.com
**Phone:** 207-884-8211

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

DOSWASHINGTON004037

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

DOSWASHINGTON004038

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jnp-ohd0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6600
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004039

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jnl-16gh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Alger
**Address:**
   3337 n Yuma st
   Kingman,  AZ,  86401
**Email:** ticklestick59@gmail.com
**Phone:** 9283779934

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jnk-pqw0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6607
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon Wight
**Address:**
  2016 Barnaby Drive
  Loves Park,  IL,  61111
**Email:** sharon1641@aol.com
**Phone:** 1-815-633-7481

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jni-a3nf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6608
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phyllis Prather

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004043

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jnh-838p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6609
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce brayx262@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 27, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jnh-67js
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6610
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jnf-2azp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6613
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 26, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jnf-ixsp |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6615
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnf-c7bd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6617
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnf-hoar
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6618
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R. Schneider

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jne-9gro
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6620
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Luther Miller
**Address:**
    242 Rosemary Ln
    Ragley, LA, 70657
**Email:** lmiller002@centurytel.net

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

DOSWASHINGTON004050

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 26, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jne-ev2v |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6621
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Shimamoto

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnd-fh80
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6622
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** lisa Parobek

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

To whom it may concern:

I strongly oppose the updates to the State Department's arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes *"making technical data available via a publicly available network (e.g., the Internet)"* -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 26, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jnc-ymw6 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnc-8qhg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6626
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Dager
**Address:**
  138 Lincoln St.
  Apt. B
  Westfield, PA, 16950
**Email:** elektron10@verizon.net
**Phone:** 814-367-2698

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Additionally, there are people who are members of marksmanship clubs and this would also subject those who compete to prison and fines, simply for contacting the manufacturer(s) of their weapon(s) to consult on some technical aspect of their weapon(s). There are other sporting clubs and matches across this country who communicate with their membership over the internet to inform them about their club or group activities. The governing people of those groups would be subject to fines, imprisonment or both. Whether you like it or not, the First and Second Amendments are still the law of the land! The second amendment was needed to prevent tyranny by the government. It is NOT a suggestion, it is enumerated as a RIGHT, as is the free speech provision of the first amendment, also whether you like it or not.

Case 2:20-cv-00111-RAJ   Document 107-17   Filed 09/23/20   Page 109 of 1000

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnb-3m9i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6630
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004057

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnb-j4wi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6631
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** kenneth beveridge

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!
Thank you,
Kenneth Beveridge

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnb-a9v7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6632
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jnb-ngvh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6633
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rev Samuel Barnett
**Address:**
   3400 E Godard Rd Apt30A
   Cottonwood,  AZ,  86326
**Email:** rvsam999@gmail.com
**Phone:** 928 634 0905

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle

effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jna-2qxn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6634
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Saggese
**Address:**
  529 Cokesbury road
  Annandale, NJ, 08801
**Email:** cmls2015@comcast.net
**Phone:** 908-617-5385

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004063

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jna-4b83
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Moran

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jna-d4x8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6636
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Danny Spaulding
**Address:** United States,
**Email:** dspauld78@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the

DOSWASHINGTON004065

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jna-56q3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6638
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Heather Anonymous

---

## General Comment

To whom it may concern:

To whom it may concern: I strongly oppose the rewrite of the State Departments arms control regulations
(ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control
gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn9-kef6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6639
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn9-jatk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Corsi
**Address:**
    PMB 845 / 11012 Canyon Rd. E.
    Ste. 8
    Puyallup,  WA,  98373
**Email:** camperman2001@msn.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004069

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 26, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jn9-rzv3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6641
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Bell

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn9-a08a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6642
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Driver
**Address:**
    1512 E. 10th St.
    The Dalles,  OR,  97058
**Email:** oregondriver7@gmail.com
**Phone:** 541-296-3055

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle

effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

David L. Driver

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn9-3z1p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6643
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Al Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn8-w084
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6646
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffery Patterson
**Address:**
    5757 Sculptor Ct
    5757 Sculptor Ct
    Sun Valley, NV, 89433
**Email:** jeffery5757@att.net
**Phone:** 775-674-9011

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004074

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn8-wiz5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6647
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** NICHOLAS LIOTTI
**Address:**
    6608 Gates Pointe Way
    RIVERVIEW, FL, 33578
**Email:** Nliotti2@verizon.net

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn8-e7iv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6648
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl Fusco
**Address:**
   3604 Adirondack Ct.
   Virginia Beach,  VA,  23452
**Email:** dr_carlfusco@yahoo.com
**Phone:** 757-478-4455

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

DOSWASHINGTON004076

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

Dr. Carl Fusco, MD NMD

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn7-mro9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brenda McQueen
**Address:**
   507 Holiday Avenue
   Eaton,  OH,  45320-1213
**Email:** minxangel@hotmail.com
**Phone:** 9374560112

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the law of the land!

DOSWASHINGTON004079

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn7-imai
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Therriault
**Address:**
   9 Butler Street
   Salem, NH, 03079
**Email:** dtherria101@comcast.net
**Phone:** 6038935624

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004080

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn7-7y6v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ruth Quartuccio
**Address:**
  3206 Route 206
  Columbus, NJ, 08022
**Email:** rso2@comcast.net
**Phone:** 609-298-5111

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004081

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn6-do41
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6658
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Kaiser
**Address:**
   17937 W. Westpark Blvd
   Surprise, AZ, 85388
**Email:** const_matls_perf_mgr@q.com
**Phone:** 602-717-1174

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn6-k6ia
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Evan Goforth

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn5-89ei
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6660
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Goodman

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn5-nl5o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-6661
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Owens
**Address:**
    230 Candlewood Drive
    Conway,  29526-8983
**Email:** poppydee22@gmail.com
**Phone:** 843-234-3234

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially
give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and
crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to
affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the
First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn5-3wpw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Bullock
**Address:**
    96 Township Road 1093
    Chesapeake, OH, 45619
**Email:** ohiodude2001@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn5-1d3d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6665
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn4-1i9m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6668
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jan Lance

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn4-ug2u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6669
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Phillips

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially
give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and
crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to
affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the
First and Second Amendments are still the law of the land!

We The People will pursue all legal means to keep our Constitutional freedoms and gain back those that have been
taken already and ensure that any politician or government employee or bureaucrat that wants to remain employed
upholds the Constitution in its entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn4-uuy0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6670
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nancy Sexton

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

From me--------Everything Obama does is for CONTROL.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn4-r5lc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6671
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ray Jones
**Address:**
   PO Box 185
   Dale,  TX,  78616-0185
**Email:** rdj@dalecomp.com
**Phone:** 5127642302

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004091

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn4-z7is
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6673
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Franklin

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn4-4b63
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6675
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Atchison

---

## General Comment

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

Thank you, Paul

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-5vbu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6678
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Berndt
**Address:**
  7367 W 60th St
  Fremont, MI, 49412
**Email:** huntrdoc@gmail.com
**Phone:** (231) 924-0144

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

"Laws that forbid the carrying of arms disarm only those who are neither inclined nor determined to commit crimes. Such laws make things worse for the assaulted and better for the assailants; they serve rather to encourage than to prevent homicides, for an unarmed man may be attacked with greater confidence than an armed man." Thomas Jefferson, quoting Cesare Beccaria in On Crimes and punishment, 1764.

DOSWASHINGTON004095

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-wlmm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6679
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick Fancher
**Address:**
    1936 Hwy 499
    Chatham,  LA,  71226
**Email:** rick@wellbenders.com
**Phone:** 318 8054228

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-h7iz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6682
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Vasconcellos
**Address:**
    107 Caldwell Dr
    Brandon,  FL,  33510
**Email:** butters9th@yahoo.com
**Phone:** 8135023444

---

## General Comment

Thank You For Signing
Step 1 of The Petition!Here's what you must do now tofinish

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network (e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any

future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-7opk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6683
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Davis

---

## General Comment

whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-zj0c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6684
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kerry Willis
**Address:**
    17 Briarwood Ct.
    Indian Head Park, IL, 60525
**Email:** duke1001@sbcglobal.net
**Phone:** 708-603-1959

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn3-j626
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6686
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** gregg Anonymous

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-ox9o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-qn9c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6688
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven DeCanter

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or

not, the First and Second Amendments are still the law of the land!

I would really like to know what is wrong with the leadership of this nation. It has become so evident that power and control has become the rule of the day instead of freedom and liberty for all. These issues are not about security and safety of the people, it is about reliving histories of the greed for control and power that brings about the decline of world powers. As usual, we have learned nothing from history.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn3-zm62
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6689
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Boyd

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn3-cugh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rose Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn2-kpyz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D.M. De Haven

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

Regards,

D.M. De Haven

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn2-izba
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn2-1ibf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6693
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

That's it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn2-ute2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 26, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jn2-ar5u |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Anderson
**Address:**
   3015 Mallard Point
   Island Lake,  IL,  60042
**Email:** Toolmanrob@comcast.net
**Phone:** 847-702-1070

---

## General Comment

TAKE ACTION!

You can submit comments to the State Department to let them know you oppose the proposed arms
control regulations by clicking here. Simply cut-and-paste the text below into the online comment box on
that page.

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing

decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004113

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn2-sx34
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** josh rush

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn2-q75y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6697
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 26, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8jn2-mz85<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6699
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederic Suess

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging abuse of power, to monitor and control gun-related speech on the Internet.
So posting information on virtually any firearm or ammunition could be defined as requiring, not only government permission, but potentially a government license, which is a bunch of regulatory CRAP, designed to CONTROL, and to turn law abiding citizens into common criminals.... More Laws create MORE CRIMINALS....
I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the first and second amendments are still the law of the land, and as of 8;57am today, June 26, 2015, I still live in AMERICA! Thank you for your time...

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn2-3kwv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6700
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenna Bergman
**Address:**
    gg2be@yahoo.com
    208 n jackson st
    Anamosa, IA, 52205
**Email:** gg2be@yahoo.com
**Phone:** 3196933065

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn2-bhki
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6701
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Elizabeth Pearson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn2-htl9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6704
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com


UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

DOSWASHINGTON004121

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn2-hl56
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marlaine Beasley

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 26, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jn2-g6iq
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** HARRY LESLIE

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or

not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-7lg8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6709
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jon Chichester
**Address:**
    100 King St
    Aliquippa, PA, 15001
**Email:** jonchi1@comcast.net

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-adxd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6710
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Rosen

---

## General Comment

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration
as requiring--not only government permission--but also potentially a government license with violators facing serious
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect
3-D printers and the software that is utilized by them.

You know that these regulations will be challenged as violations of the US Constitution under both the First and Second
Amendments. The Constitution is THE LAW OF THE LAND.

DOSWASHINGTON004126

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jn1-89fj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6712
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Copy and Paste The Below To the State Department's Comment Page)


To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle

effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-7u3f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Brown
**Address:**
    1114 Molly Lane
    Eugene, OR, 97404
**Email:** brownink08@gmail.com
**Phone:** 5415543297

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land! You DO remember the law of the land, RIGHT? It's called The Constitution of The United States of America!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-pizr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6714
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Floyd Maples

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

Sincerely,

Floyd Maples
281-659-3517
floydmaples@yahoo.com

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 26, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jn1-sr47 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6715
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Williamson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-asqu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dow Bancroft

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-kfev
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6717
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William H. Sims Se. Anonymous
**Address:**
    1316 5th Avenue North
    Bessemer, AL,
**Email:** wsims1@bham.rr.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-u1qo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** TED KELLY

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

That's it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-lnpg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6719
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lee Vail

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-fczl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6720
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Maurice F. Leonardo
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-jbkq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Hebaus

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-ad5t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6723
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Kaspar

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn1-3975
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6724
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Miller

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jn0-41g6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6726
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Depew

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 26, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jmt-s2lv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6732
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hatuey Cacique
**Address:**
  6190 West 19th Ave # 103
  Hialeah,  FL,  33012

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

The statements above were not originally worded by me, but does contain my point of view. Thank you for reading my feedback.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 25, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jmq-guab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6736
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Moore

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Robert Moore

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 25, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jmp-b369
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6739
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Travis Simpson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 25, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jmk-yavq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Taylor
**Address:**
   1300 East Marcelle Street
   Compton, CA, 90221
**Email:** benrus5@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely
Eric Taylor

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 25, 2015
Status: Posted
Posted: July 13, 2015
Category: NA
Tracking No. 1jz-8jmg-p803
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6751
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 25, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jmf-whq8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6752
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Boyd

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, William Boyd

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jlz-unqi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jlw-l5dg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6765
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jlu-rqvw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6767
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenton Barlow
**Address:**
  1600 West 10th st.
  Muncie, IN, 47302
**Phone:** 7652864237

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jlu-9naf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6770
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jlt-whim
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eugene Bartley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jlq-baeh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alex Stambaugh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jlq-mewl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Fazio

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jlp-apak
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Leferink

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jll-xln7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Hancock
**Address:**
   Arlington,  VA,

---

## General Comment

Dear Department of State Reg Writers:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

Sincerely,

Jason M. Hancock

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 24, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jlh-mmmz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Kraklau

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jle-jg8d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rodney W

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jle-w41c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** End Tyranny

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jle-uu0h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6789
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John David Dykeman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John David Dykeman

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 23, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jle-h4o4
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Cline
**Address:**
    2749 Diamond Loop
    Condo# C
    Milton, WA, 98354
**Email:** phred426@msn.com
**Phone:** 253-927-0510

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004160

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely;
Fred Cline

DOSWASHINGTON004161

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: June 23, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jl9-7jee
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jl8-wd4o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robin Loebel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jl6-96qc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6804
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004164

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jl6-kvg4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Pease

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
James Pease

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jl3-wa78
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6812
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Nymann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jl1-dony
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dana Leech

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language which includes making technical data available via a publicly available network (e.g.,
the Internet) could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jl0-nxpq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Camponi

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004168

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkt-mj7y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** L. Loughlin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 23, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkt-ww4b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Loughlin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkp-2pvv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Johnson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004171

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkn-pkcc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkn-30fg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004173

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jkl-vp9z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6834
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Gubanic

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 22, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8jkk-6fkp<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6836
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Maureen Janson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jkj-6lp0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Bajackson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkj-u49o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Gamb

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which would grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language, which includes making technical data available via a publicly available network (e.g., the Internet), could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties and is obviously ridiculous in our free society.

I also oppose the addition of the word 'software' into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

Repeal these new regulations in their entirety! Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 22, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jkf-ik8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Cooley

---

## General Comment

Behave yourselves,

I am against the proposed rewrite of the State Department's arms control regulations (ITAR), which would grant the State Department additional, illegal, powers to monitor and control firearms and firearms-related speech. Such legislation is a violation of the Constitution, which is meant to serve as a limit to the power of government. That is to say, you are not allowed to put such regulations into law, and any such regulation is not law.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. These are people who's only "crime" is to exercise their human rights, without posing any harm or danger to others.

This would allow the government to classify free-speech activities as a thought-crime - we would not be "allowed" to communicate with one another unless it was sanctioned and licensed by a government agency. This means violators would potentially face significant criminal penalties, simply because they did not fill out arbitrary paperwork. It is illegal for you to do this, as it infringes on our Constitutionally-protected rights to free speech and self-defense.

I also oppose the addition of the word software into these regulations, as it is obviously an open-and-notorious effort to ban 3-D printers and other forms of computer numerical control (CNC). This will have unintended consequences for manufacturing and industry in America, leading to the loss of jobs.

Repeal these new regulations. You do not have any powers beyond those specifically enumerated, and you are further required, by law, to guarantee and protect our natural human rights.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jk2-122g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6864
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Samuel Crumpton
**Address:**
   1518 16th Street
   Huntsville,  TX,  77340
**Email:** semperlisto@live.com
**Phone:** 9365816198

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Samuel Crumpton

DOSWASHINGTON004180

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjz-x5ul
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6870
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sandra Pierre
**Address:**
   997 S Stark Hwy
   Weare,  NH,  03281
**Email:** scitarel@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing years in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON004181

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjy-734c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6872
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marion Jordan
**Address:**
   415 Sky Eagle Rd.
   Reno,  89510
**Email:** hilltopnv@gmail.com
**Phone:** 7759973755

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Marion Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjy-frmw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6873
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Jordan
**Address:**
    415 Sky Eagle Rd.
    Reno, NV, 89510
**Email:** hilltopnv@gmail.com
**Phone:** 7759973755

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

DOSWASHINGTON004183

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Timothy Jordan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jju-4l0w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6878
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
A concerned citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jju-jgqo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6879
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dale Kosinar

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjs-bmpr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6881
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Zelma Martin-Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jjs-zr74
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6883
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Duncan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjp-84wl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6886
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Griffin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 21, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjo-o271
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6890
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjf-7ehi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6899
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 20, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jje-r18n |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6901
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Bean

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
David Bean

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjc-d20n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6909
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darren M Spates

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jjc-stpv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6910
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Martin
**Address:**
    7265 Orlee ST SE
    Caledonia,  MI,  49316
**Email:** jemartin89@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON004194

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 20, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8jjb-fmye<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6911
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobby Murphy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bon Murphy

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jj6-uubt
**Comments Due:** August 03, 2015
**Submission Type:** API

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6922
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve French
**Organization:** Sovreign Citizen

---

## General Comment

Is there any truth to the pro-gun activists assertions that these changes will affect online discussions
about firearm specs, reloading, techniques, and reviews? Will this effectively ban the plans for Cody
Wilson's Liberator or any similar print at home firearms?

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jj5-7ksj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6925
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carol Himes
**Address:**
  HC 71 Box 44D2
  Augusta,  WV,  26704

---

## General Comment

I vehemently oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jj1-okji
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6933
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Bookhardt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jiz-aag1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 20, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jis-zye9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6944
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Louis Schreiber

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jiq-ga0u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6947
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lucas Torres

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Lucas Torres

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jio-gp5h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6951
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randolph Peters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jin-nzkw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6952
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Marquardt
**Address:**
  745 Sunset Boulevard
  Palmyra,  68418
**Email:** mmarquardt@gmail.com
**Phone:** 402-326-0233

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jil-4htj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6957
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jil-9dmf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6962
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Shvartzeh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jij-vu8f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6967
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Trenton Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jig-rwtm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6976
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Read
**Address:**
  297 Noland Dr
  Hamilton,  MT,  59840
**Email:** ichthus@cybernet1.com
**Phone:** 496-360-2106

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jie-8v4l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Willis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004208

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jie-id26
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6978
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jid-4wtp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6979
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lori Evanger
**Address:**
    3572 West 21st Pl.
    Yuma, AZ, 85364-5939
**Email:** tal.evanger@yahoo.com
**Phone:** 2537974963

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004210

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jic-xesm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6985
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 19, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8ji4-j9wn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7000
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M Forest

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8ji3-nh6v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7003
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

CH
Florida

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8ji3-hejg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7004
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ivan Bisbee

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8ji2-hlfx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7006
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Roberts

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8ji1-fjkj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7010
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 18, 2015 | |
| **Status:** Posted | |
| **Posted:** July 13, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8ji1-px2z | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7013
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mr & Mrs Lewis Eagle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8ji0-nr1i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7015
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Perkins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhy-fdl3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7020
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004219

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhy-reeh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7021
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Brown
**Address:**
  306 county road 406
  Abbeville,  AL,  36310
**Email:** jacaruu@gmail.com
**Phone:** 334-618-6385

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhw-m13g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7026
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004221

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 18, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jhv-vsgm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7029
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
  4511 E Burns st
  Tucson,  AZ,  85711

---

## General Comment

I strongly oppose ITAR, the documents that restrict what gear, tech, and info can be exported outside the
United States. The focus of these changes isnt on the hardware itself, but instead trying to lock down the
information. The proposed changes seem to be pointed squarely at online exchanges which include
technical specifications (gun reviews), schematics (3D printing diagrams), and training (RFs beloved Self
Defense Tip series, and other articles). It seems like a pretty blatant attack on the First Amendment as a
workaround to stifle the Second, to me. Heres what they propose:

Software is now a defense article. Encryption programs like TrueCrypt as well as 3D models of firearms
would fall into this category.
Technical data is re-defined to include anything related to the development, production, operation,
installation, maintenance, repair, overhaul, or refurbishing of a defense article (firearm). That basically
includes every gun review, disassembly video, and how-to for cleaning a firearm ever produced. Theres
an exemption for non-proprietary general systems descriptions and information on basic purpose or
function of an item that would seem to specifically exempt reviews and basic training, but theres no
telling what they mean by basic purpose or function. That ambiguity could be used against people to the
tune of millions of dollars in fines, and thats downright frightening.
The change in the meaning of the word required in context that they propose would make technical
information about a defense article on par with the article itself. So if I sent someone the technical
drawings for an AR-15 bolt carrier, that would be equivalent in the eyes of the government to me having

DOSWASHINGTON004222

exported an actual bolt carrier. It seems like this is another attempt to crack down on the distribution of technical diagrams for 3D printed guns, like Cody Wilsons Liberator.

An expanded definition of public domain now includes the internet, as well as any mechanism where further distribution of the information is not prohibited. They want to require anyone who wants to post technical data to this expanded definition of the public domain (forum posts on the internet, videos on YouTube, articles on gun blogs, old-school print magazines even) to apply to the government for permission before publication. If permission is not granted, the fines could range into the millions of dollars.

Posting information to the internet is now considered equivalent to exporting that information. Even if no one outside the US ever reads it.

Are you an American or a benedict arnold?

DOSWASHINGTON004223

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhv-an0c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7030
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Homyer

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhv-581x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7032
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety.

DOSWASHINGTON004225

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jhv-gx67
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7034
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marcus & Jessica Carrell
**Address:**
  740 Holland Ridge Dr
  La Vergne,  TN,  37086
**Email:** viscero@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Marcus & Jessica Carrell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhu-a1zr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7035
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** keith Razack
**Address:**
   10716 125th street
   Richmond Hill,  11419
**Email:** gundamx2201@aol.com
**Phone:** 3476173434

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jhu-7j0b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7038
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Maginot
**Address:**
    12752 Conway Lake Court
    St. Louis,  MO,  63141
**Email:** pmaginot@gmail.com
**Phone:** 314-205-8314

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land

DOSWASHINGTON004228

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 19, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8k2h-g0tj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7063
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 19, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8k2h-esjc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7064
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** A. Nonymous

---

## General Comment

As proven by the failed attempt to regulate PGP, as well as the growth of the internet and the ease of
exporting information across nation-state boundaries (whether on USB, SD Card or by electronic means)
and attempt to regulate information is doomed to failure. All attempts just require those who wish to
export the information to be more inventive on methodology, which they always are. The rise of torrents
(P2P file sharing) renders all known methodology for stopping information sharing ineffective. The only
way to truly stop it is to violate both the 1st & 4th amendments and would probably run up against the
9th & 10th amendments as well, which renders the entire issue moot. Information wants to be free...
"You can't stop the signal Mal."

Since Defense Distributed was forced to pull its files offline, there are now hundreds of files out there
(from other designers) on new designs far superior in every way. The proposed law change only makes
crimals out of honest citizens, while disregarding the fact that there is no way to catch those who
actually want to do damage to our nation.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 18, 2015 |
| **Status:** Posted |
| **Posted:** July 21, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8k1x-o89x |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7068
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Caleb Almond

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 18, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8k1v-3pat
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7072
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern;

I strrongly oppose the rewrite of the State Department"s arms control regulations [ITAR]" which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the internet.

The new language--which includes "making technical data available via a publicly aviailable network [e
q., the internet]" -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Oboma
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-
veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Weather you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004232

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 18, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8k1l-ch0p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7080
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004233

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 17, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8k1d-y1cx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7085
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I STRONGLY OPPOSE the rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging power to monitor and control gun-related
speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information (including owners manuals) on virtually any firearm or ammunition could be
defined by the Obama administration as requiring, not only government permission, but potentially a
government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004234

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 16, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8k0p-lu54
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7091
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

If freedom of speech and freedom of the press is not excluded fully from this rewrite of ITARS rules it
would be the biggest backdoor grab on the 1st amendment in memory. The State Department should take

DOSWASHINGTON004235

much better consideration for free speech and journalists ability to publish what they feel is newsworthy before putting something like this forward even for debate, it puts their whole list objectives in question. If these accommodations are not fully and clearly met, these rules should be fought with every ounce of political will available and should not be allowed to pass under any circumstances.

There should be no ambiguity about each American's clear right to freedom of speech and freedom of the press in laws such as these. Anything else is just suspect and counter productive. I have had attorneys look at this and they still cannot figure out exactly where the intent of the law and the limits to it lies. Unacceptable in every sense of the word. This sounds like it could totally destroy defense journalism as a whole, muzzling the only thing standing between a runaway Pentagon and a legislature that is filled with special interests and log-rolling.

Once again, I would start from scratch if I were the State Department and begin with totally securing the rights to free speech and the freedom of the press before outlining any focused changes they want make to ITARS laws.

DOSWASHINGTON004236

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 16, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Category:** NA
**Tracking No.** 1jz-8k0d-ghzv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7101
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.In essence, posting information on virtually any firearm or ammunition could be
defined by the the current administration as requiring, not only government permission, but potentially a
government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 14, 2015
**Status:** Posted
**Posted:** July 21, 2015
**Tracking No.** 1jz-8jz6-oucl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7119
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Reiff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Very Truly Yours,
Stephen J. Reiff

DOSWASHINGTON004238

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 26, 2015
**Status:** Posted
**Posted:** July 28, 2015
**Tracking No.** 1jz-8k71-sd3e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7154
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** NELINDA JAYNES

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** July 25, 2015<br>**Status:** Posted<br>**Posted:** July 28, 2015<br>**Tracking No.** 1jz-8k6q-sozw<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7159
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous from MICHIGAN

---

## General Comment

The State Departments International Traffic in Arms Regulations make it illegal to publish technical information on guns and ammunition "via a publicly available network (eg the Internet)". The regulations also make it illegal to distribute software on how guns and ammunition are made which is intended to outlaw 3-D printing of gun parts

Making it a crime to talk about guns and ammunition is a blatant violation of the First and Second Amendments!

This borders on Communism!!

DOSWASHINGTON004240

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 24, 2015
**Status:** Posted
**Posted:** July 28, 2015
**Tracking No.** 1jz-8k5q-5zp6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7171
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Trent Korstange

---

## General Comment

In the United States we have a Constitution that grants individual freedoms and limits government. In Article II of this Constitution there is a "Treaty Clause" directed at both enabling and limiting the Executive Branch. It permits the President to propose and negotiate international treaties, but it limits the President from implementing them without a super majority of the United States Senate.

Because this administration (and no administration in the foreseeable future) will be able to secure a super majority in the United States Senate to sign on and subvert the 2nd Amendment to the UN Small Arms Treaty, it is resorting to "rule making", re-defining, and using the long arm of regulatory bureaucracy to achieve such an end. The manipulation of terms by simply redefining them for legal purposes is a two way street and an endless game. I suggest we simply deal in reality instead of manipulation to get what we want. Sometimes, when operating in reality, what you want simply cannot be had.

The rules are established. The definitions are set in stone. We have a precedent. There are no levers or pulleys in the system that permit the leverage to re-define a thing to simply achieve an agenda. We have a current administration that recently admitted that its greatest frustration is its inability to pass (here comes the insidious hook phrase) "common sense" gun laws. Well, common sense is what millions of firearms carrying Americans and law enforcement personal use every day. Accidents and tragedies happen, but we learned in 2nd grade that the teacher ought not punish the entire class for one individual's outlandish behavior...unless the teacher is engaging in manipulation of innocents to achieve a certain outcome. The parallel of changing ITAR definitions is undeniable. A thing is true when it says what is, is and what is not, is not. A thing is false when it says what is, is not; and what is not, is.

Here is a relevant example to get us where we are going: "Bruce Jenner is a woman". This is a false statement. It is saying what is not, is. Some modern thinkers have decided that if you tell yourself something over and over, for long enough that it becomes true when it is not. I would not deny anyone the liberty to make such statements or to think in such a way. I find it is rather entertaining that, even intelligent people believe they are actually changing reality. They are not. It is disheartening that our current leadership falls into this category.

To be clear, I support the existence of a regulatory framework like ITAR to prevent highly technical and classified information from falling into the hands of state or non-state enemies. Sadly, the Chinese have proven that the worst offender of ITAR regulations is the US government itself. It is a true statement to say that man portable small arms are a liberty guaranteed to un-prohibited Americans by an increasingly relevant 2nd Amendment, and that discussion of information surrounding the specs, components and construction of such arms (be it in person or in digital format) is protected by an increasingly relevant 1st Amendment. If the State Department (White House) seeks to re-define terms such as "public domain" and "data", they are simply engaging in legal manipulations and schoolyard politics. Even with the dawn of 3D printing, the proliferation of data that has existed in the public domain for decades ought to be met force on force; not by men in dresses. However, given the opportunity to take up arms in defense of themselves, they might discover that they are indeed men.

I oppose any and all changes to current definitions related to ITAR.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 22, 2015
**Status:** Posted
**Posted:** July 28, 2015
**Tracking No.** 1jz-8k4d-pt0h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7193
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration, or future administrations as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

What does "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances" mean if a bureaucracy like the State Department can circumvent the 1st Amendment by creating their own regulations without a single vote? That's not how the Constitution and the Bill of Rights was designed to work.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban the use of 3-D printers for firearms related parts and components..

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 22, 2015
**Status:** Posted
**Posted:** July 28, 2015
**Tracking No.** 1jz-8k48-ekqq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7196
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration, or future administrations as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

What does "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances" mean if a bureaucracy like the State Department can circumvent the 1st Amendment by creating their own regulations without a single vote? That's not how the Constitution and the Bill of Rights was designed to work.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban the use of 3-D printers for firearms related parts and components..

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 21, 2015
**Status:** Posted
**Posted:** July 28, 2015
**Category:** NA
**Tracking No.** 1jz-8k42-exw7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7199
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration, or future administrations as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

What does "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances" mean if a bureaucracy like the State Department can circumvent the 1st Amendment by creating their own regulations without a single vote? That's not how the Constitution and the Bill of Rights was designed to work.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban the use of 3-D printers for firearms related parts and components..

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 21, 2015
**Status:** Posted
**Posted:** July 28, 2015
**Tracking No.** 1jz-8k3y-fvf9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7200
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Scott

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-aty2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7203
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

I oppose these regulations. They have not been voted upon by congressional representatives and only
further complicate an already absurd litany of regulations related to lawful arms commerce and exchange
of ideas, while doing nothing to protect US interests against entities that would ignore both the proposed
regulations and established statute law.

The rules change should be put forth to congress in clear language that the citizenry that have to live
under them can understand. There are already many concerns about these proposed regulations precisely
because they are nigh indecipherable and apply to a broad base of citizenry who should be protected by
the DoS rather than targeted.

To borrow from a specifically recommended comment:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the government as
requiring, not only government permission, but potentially a government license. This means violators

DOSWASHINGTON004247

would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

-

These regulations threaten expansion of government powers to things that are not even remotely related to the original intent of the law, and would not be voted upon by congress.

If congress were to vote on it, it would be voted down precisely for these concerns. That it is being passed as a regulation/rules change that will be carried out by force against citizens without representation tells us that it should not be enacted, and that if it is to be enacted, it is precisely the kind of thing that will draw congressional representatives to question what DoS is doing behind the peoples' backs.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-wf45
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7204
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-6gzz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7205
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-7kl6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7209
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Rowe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcr-etm9
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7210
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Organization:** Gun Owners of America

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-63mm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7211
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jaron Lake

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcr-jty6
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7212
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Hassall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Alan J. Hassall

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-nb4d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7213
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Wagner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Matthew Wagner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-2bt1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7214
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Iozzino

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Steen Iozzino

DOSWASHINGTON004256

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-n13i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7215
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Fanus

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-j5y0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7216
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Cons
**Address:**
　169 Court St.
　Lovingston, VA, 22949

---

## General Comment

To Whom It May Concern:

I most strongly OPPOSE the rewrite of the State Department's arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and CONTROL gun related SPEECH on the internet.

The new language--which includes "making technical data available via a publicly available network (e.g., internet)"--
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also most strongly OPPOSE the addition of the word "software" into these regulations, as it appears to be a not-so-veiled

DOSWASHINGTON004258

threat to ban 3-D printers!

I do most strongly urge you to repeal these regulations in their entirety. Whether you like it or not, The First and Second
Amendments are still the law of the land and YOU MUST OBEY them.

Sincerely,


Robert Cons

DOSWASHINGTON004259

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-epdq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7218
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Rexroad

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-1sa1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7220
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Goemaat

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jeremy T. Goemaat

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-ta5a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7221
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Sutttles

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,John Suttles

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcr-glgp<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7222
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Concerned American

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-usfi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7223
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Tracy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004264

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-7as5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7225
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Cunningham
**Address:**
  2658 munster Road
  Ebensburg,  PA,  15931
**Email:** PAPiker@verizon.net
**Phone:** 814 886 5655

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land, consider that by advocating
Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-2pbc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7227
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Edward Arwood

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-jtvp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7228
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To Whom it may concern,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-2xt4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7229
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph D'Agostino
**Address:**
    1160 Founders Ct.
    Henderson, NV, 89074
**Email:** heepster@cox.net
**Phone:** 702-738-5831

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004268

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Joseph D'Agostino

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-ubl4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7231
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Palmour
**Address:**
  6068 North Pointe Dr
  Columbus,  GA,  31909
**Email:** mpalmour@gmail.com
**Phone:** 706-221-5080

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mark Palmour

DOSWASHINGTON004271

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-m3xv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7232
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Wyngarden
**Address:**
    30w121 Elmwood Ct.
    Warrenville,  IL,  60555
**Email:** chris.wyngarden@gmail.com
**Phone:** 630-885-7812

---

## General Comment

Dear Lawmakers,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

The First and Second Amendments must not be subverted to enable "legal" governmental misuse of the Fourth Amendment.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,

Christopher Wyngarden

DOSWASHINGTON004273

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcr-zq6g |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7233
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Joseph Long

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-z1rc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Moon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

JD Moon

DOSWASHINGTON004275

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-xs4y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7235
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** P Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-5r5h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7236
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Graybill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark G.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-rn7y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7237
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Brad Blades

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. and Mrs. Brad Blades

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-eg8n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7238
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Anderson

---

## General Comment

Dear President Obama, Congress, and the State Department:

I absolutely oppose the rewrite of the State Departments arms control regulations known as ITAR, which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech.

The new language includes making technical data available via a publicly available network (e.g., the Internet) which could put anyone who violates this provision in danger of facing prison and punitive fines.

Communicating any information on virtually any firearm or ammunition could be defined by any President or administration as requiring not only government permission but a government license before using our free speech rights. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into the ITAR regulations, as it is a not-so-veiled threat to ban 3-D printers. I have not used one, don't have one, nor am I particularly interested in getting one, but banning 3-D printers would be akin to damning the Pacific Ocean from Adak to San Diego to protect the West Coast. Please don't say that it won't happen; remember that someone in the government thought hemp rope subsidies were a good idea for decades.

I urge you to repeal these new regulations in their entirety. They would violate the Constitution, which has (last I checked) yet to be repealed.

Sincerely,

Scott Anderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-rr6l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7240
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Schneider

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Schneider

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcr-jnxo |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7241
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I oppose the rewrite of the State Department arms control regulations.

The new language, which includes "making technical data available via a publicly available network, (for example, the Internet),' is too broad and overreaching, and, therefore, in my opinion, a violation of the First Amendment. It is these types of attempts by bureaucrats to curtail free speech and exchange of ideas that causes the increasing distrust of government, especially at the national level.

Also, I oppose the addition of the word "software' into these regulations, which appears to be a not so subtle attempt to ban the use of 3-D printers.

I strongly urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-ung1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7242
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Beauchamp

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,


N.Beauchamp

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-p35p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7243
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Alexander
**Address:**
    14 Sims Drive
    Paris,  IL,  61944
**Email:** zippy47@frontier.com
**Phone:** 217-4662395

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. I strongly oppose any restrictions placed on our freedoms by our joke of a president.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004283

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcr-62bj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7245
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Chris

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcr-f84v
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7246
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A concerned American

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-4xtk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7248
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Robinson

---

## General Comment

To whom it may concern:

What divine right has given President Obama the authority to trample all over my first amendment
rights? I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
Behind what walls will
you put the millions of people who would defy such an egregious regulation?

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring,
not only government permission, but potentially a government license. This means violators would
potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D

printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

Will you burn all of the books next? Good grief!

Sincerely,

DOSWASHINGTON004287

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-tkcp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7249
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-yvxh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7250
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Colt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard L. Colt

DOSWASHINGTON004289

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-mekw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7251
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Let's be honest, this proposed rule/change is yet another attempt by this ridiculous and pathetic
administration to impose its will on an unwilling populace. Yet again you decide to ignore the real
problems facing this country (like illegal aliens streaming over the border) and you come up with a
rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet. How does
this make sense?

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

Do you not respect the Constitution? Do you not respect the First and Second Amendments? It appears
that you do not.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-jijx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7252
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Lad

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcr-vyxx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7256
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Anonymous

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-rl14
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7257
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Bracken

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Joel Bracken

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-h6wq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7258
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Frank Mullen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-ix5k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7259
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne De Goey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Wayne R. De Goey

DOSWASHINGTON004295

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-h9fc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7260
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jorge Arsuaga
**Address:**
   104 Embassy Drive
   North Wales,  PA,  19454

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kcr-bby7
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7261
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Michael Stewart

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Stewart

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-ovbv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7262
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John A
**Submitter's Representative:** John A
**Organization:** Gun Owners of America

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-758k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7264
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Fletcher
**Address:**
    1686 Wilson Road
    Weippe,  ID,  83553
**Email:** fletfarm@weippe.com
**Phone:** 208-435-4713

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas H. Fletcher

Note: The above note was a form written note, but I think the commentary and logic it contains are right on the money so I also send it as my comment. Just leave us alone, will you???

DOSWASHINGTON004300

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-wrcm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7266
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-he0w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7267
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Guinn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
David Guinn

DOSWASHINGTON004302

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcr-l6ex |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7268
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-9264
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7270
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Packett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Gregory Packett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-vp0a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7273
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-xaqx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7274
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Johnson
**Address:**
   654 Baumann Avenue
   St. Louis, MO, 63125

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-pcl4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7275
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
The Otts

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kcr-pam0<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7276
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** FENG YU

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Feng YU

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-3zux
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7278
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-6r4o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7279
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Scogin
**Address:**
   7462 Hwy 72 W
   Colbert, GA, 30628
**Email:** frfx393s@msn.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, David Scogin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcr-174h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7280
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dean Connelly
**Address:**
    11283 60th
    Burlington, IA, 52601
**Email:** raceglasswander@yahoo.com
**Phone:** 3197546054

---

## General Comment

To whom it may concern: I strongly oppose the rewrite of the State Department's arms control
regulations (ITAR),which could potentially grant the State Department a wide-ranging power to monitor
and control gun-related speech on the Internet. The new language-which includes "making technical data
available via a publicly available network (e.g. the Internet)" could put anyone who violates this
provision in danger of facing decades in prison and massive fines. So posting information on virtually
any firearm or ammunition could be defined by the Obama administration as requiring, not only
government permission, but potentially a government license. This means violators would potentially
face significant criminal penalties. I also oppose the addition of the word "software" into these
regulations, as it appears to be a not so veiled effort to ban 3-D printers. I urge you to repeal these new
regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the
law of the land. Sincerely Dean Connelly

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcr-1ofl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7281
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-t364
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7282
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Hagan

---

## General Comment

To whom it may concern at U.S. Department of State:

I vigorously oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. Our country is based on freedom from
governmental tyranny. The First and Second Amendments are the law of the land.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-3i3i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7283
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Warren Litka

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Warren Litka

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-a6rl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7284
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, michael

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-741z |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7285
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David House

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether some people like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David House

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-4p5v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7286
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Montgomery
**Address:**
   170 Brookside Dr
   Pennsboro,  WV,  26415
**Email:** jraymonty@yahoo.com
**Phone:** 304 873 4344

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Joseph Montgomery

DOSWASHINGTON004317

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-2jpi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7287
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Albert Bigley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-fgzm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7288
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carole A. Niemietz

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. The new language -- which includes making technical data available via a publicly
available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing
decades in prison and massive fines. So posting information on virtually any firearm or ammunition
could be defined by the Obama administration as requiring, not only government permission, but
potentially a government license. This means violators would potentially face significant criminal
penalties. I also oppose the addition of the word software into these regulations, as it appears to be a not-
so-veiled effort to ban 3-D printers. I urge you to repeal these new regulations in their entirety. Whether
you like it or not, the First and Second Amendments are still the law of the land!
Sincerely,
Mrs. Carole A. Niemietz
Indiana

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-97nd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7290
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Friend

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-ugkm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7291
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Laurance Brungardt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Laurance Brungardt
Inola, OK 74036

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-w79u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7292
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Hile

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jay L. Hile

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-4mnm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7293
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Thomas Beuckelaere
**Address:**
   2904 Black Creek Road
   Muskegon, MI, 49444
**Email:** beucktr@yahoo.com
**Phone:** 2312887831

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-hkqe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7294
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A Concerned Citizen

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-u5mv |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7295
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Cole

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-1l3d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-ew7y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7299
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Kohlwey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John Kohlwey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-4lsw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7300
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph T. DeAngelo
**Address:**
    102 Eno Ave.
    Torrington,  CT,  06790
**Email:** rdeangelo01@snet.net
**Phone:** 860-489-4484

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ralph T. DeAngelo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-yl0t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7301
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Lawes
**Address:**
   3354 Charing Cross Road
   West Jordan, UT, 84084
**Email:** medicmandan@yahoo.com
**Phone:** 801-255-5674

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Dan Lawes

DOSWASHINGTON004330

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-ltcw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7302
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerly,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-m01l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7304
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Lum
**Address:** United States,
**Email:** Gml223@yahoo.com
**Phone:** 951-323-6271

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gary M Lum

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-rufm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7305
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Miller
**Address:**
  4335 mesa circle
  Amarillo,  TX,  79109
**Email:** lrlmiller74@hotmail.com
**Phone:** 8066551669

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

This Administration wants nothing more than to destroy the very principals that created AMERICA! This cannot be allowed to continue without gaining Congressional approval to this Administration. We elected Congress to express our views, NOT THE EXECUTIVE BRANCH. He may have been elected, but not to IGNORE OUR REPRESENTATIVE SYSTEM!!!

We don't need Laws re-written - especially to satisfy this Administrations' desires! LET AMERICANS RUN THE GOVERNMENT - (NOT THE GOVERNMENT), THE WAY IT HAS BEEN FOUGHT FOR FOR CENTURIES WITH AMERICAN BLOOD SHED FOR THE RIGHT.


I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-9mt3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7306
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-kz7d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Radke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gregory D. Radke
310 Easy St
Williamsburg, IA 52361

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-2lxf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7308
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To the person receiving this letter at the State Department:

I am completely opposed to the rewrite of the State Departments arms control regulations (ITAR). As I read it, the
document would allow the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Conversing information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. Violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers and other programs and devices and discussions about them which should be protected as free
speech under the First Amendment and also protected by the 2nd Amendment.

I demand that you reject such autocratic regulations, now and forever. The First and Second Amendments are the
law of the land.

I am, Sincerely,

A natural born citizen of the USA concerned and fearful that the corrupt Obama State Department might retaliate
against me for expressing a concern with the increased level of tyranny that this new law would bring to Americans.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-dh82
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7309
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cheryl Christner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Cheryl

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-fa60 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7310
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Sharon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-sp2t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7311
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-gxt7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7312
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur Kujawiak

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Arthur Kujawiak

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-8bon
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7313
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Greg Bullock

DOSWASHINGTON004342

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-saby
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7314
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ya Xing He
**Address:**
　7267 lee road
　Westerville,  OH,  43081

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-z89p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7315
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Brown
**Address:**
    1812 N Bridalwreath St
    Tempe,  AZ,  85281
**Email:** azarby@msn.com
**Phone:** 4809499595

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Roy Brown

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-ars3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7317
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Heitman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-mm6v |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7318
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roberto Santiago
**Address:**
    1005 Ironstone Ct.
    Raleigh, NC, 27615
**Email:** Rosan0827@hotmail.com
**Phone:** 9198708610

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Roberto J. Santiago

DOSWASHINGTON004347

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-2b5b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7319
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Enniss

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Timothy Enniss
Utah

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-tk82
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7322
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-3s20
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7323
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Martin
**Address:**
  3200 S Canal St
  Newton Falls,  OH,  44444
**Email:** kmartin@invensys.com
**Phone:** 330 307-0622

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

The Martin Family!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-x0rf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7324
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Bauernschmidt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-e76e |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7325
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Buckley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Peter Buckley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-5tnn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7326
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-co4k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7327
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin King

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kevin King

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-fmks
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7329
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Yick
**Address:**
   1161 Tanglewood Lane
   Scotch Plains,  NJ,  07076
**Email:** mikeyick@yahoo.com
**Phone:** 9088898242

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-hbek
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7331
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Rettig
**Address:**
   820 Kipling Drive
   Allen, TX,  TX,  75002
**Email:** jarettig2001@yahoo.com
**Phone:** 972-390-0193

---

## General Comment

A rewrite of the State Departments arms control regulations could potentially grant the State Department a wide-ranging
power to monitor and control gun-related speech on the Internet. The State Department is updating the International Traffic
in Arms Regulations (ITAR) and has amended the existing regs to include making technical data available via a publicly
available network (e.g., the Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in danger of facing
decades in prison (up to 20 years) and massive fines (up to $1 million). The language is so broad that it could potentially
include virtually any gun-related communication of a functional how to nature. The language includes (1) non-automatic
and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military
application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and

ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by any administration
as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties. I strongly oppose the rewrite of the State
Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power
to monitor and control gun-related speech on the Internet.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jack Rettig

# PUBLIC SUBMISSION

<table>
<tr><td><strong>As of:</strong> August 04, 2015</td></tr>
<tr><td><strong>Received:</strong> August 03, 2015</td></tr>
<tr><td><strong>Status:</strong> Posted</td></tr>
<tr><td><strong>Posted:</strong> August 04, 2015</td></tr>
<tr><td><strong>Category:</strong> NA</td></tr>
<tr><td><strong>Tracking No.</strong> 1jz-8kcq-y1p2</td></tr>
<tr><td><strong>Comments Due:</strong> August 03, 2015</td></tr>
<tr><td><strong>Submission Type:</strong> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7332
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mike Smith

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mike Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-q8vz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7333
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Noah Lyons

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
-Noah Lyons

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-iybr |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7334
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bernard Pavlik
**Address:**
  2200 S Santa Fe Ave
  Moore,  OK,  73160-2824
**Email:** bernard.pavlik@hotmail.com
**Phone:** 405-473-3914

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Bernard Pavlik

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-x7rk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7335
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Ingram

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Michael T. Ingram

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-5qme
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7337
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-872p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7338
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-l2x8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7340
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Novak

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert D. Novak

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-ncmy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7341
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gus Kohntopp

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Gus Kohntopp

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-p4fr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7342
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Concerned American

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-ggnn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7343
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Leaf
**Address:**
    397 Wild Rose Lane
    Avon, IN, 46123
**Email:** indyroadiestar@hotmail.com
**Phone:** 317-839-0862

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Charles W. Leaf

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-bosv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7344
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard Morganis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Leonard Morganis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-v381
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7346
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Winston

---

## General Comment

To whom it may concern:

I do not have words to express how strongly I oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Following this line of thought, posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-7rey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7348
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Carter

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety, as the First and Second Amendments are still
the law of the land!

Sincerely,

Scott Carter

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-8b17
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7351
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Starling
**Address:**
    475 Lawson Rd
    Gainesboro,  TN,  38562
**Email:** starling@twlakes.net
**Phone:** 931-239-7339

---

## General Comment

To whom it may concern:

This is America! Our foremost freedom is that of free speech. Talking about technology or ancient mechanics should not be regulated or infringed.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-5jy9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7352
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** david patrick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 <br> **Received:** August 03, 2015 <br> **Status:** Posted <br> **Posted:** August 04, 2015 <br> **Tracking No.** 1jz-8kcq-9ane <br> **Comments Due:** August 03, 2015 <br> **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7353
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Concerned Citizen in NC

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-549n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7354
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Miller
**Address:**
　　1580 Walnut Lane
　　Macungie, PA, 18062-9409
**Email:** jmiller2@ptd.net
**Phone:** 610-395-1543

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jack Miller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-jrrd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7355
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Brick
**Address:**
    42 Hillcrest Drive
    Platte City,  64079
**Email:** tbrick09@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

I find it unfathomable that a department of the executive branch of the United States government could even contemplate efforts to usurp the First Amendment to our Constitution. I find it unconscionable that a department of the executive branch branch of the United States government could plan on usurping the role of the United States Congress by rewriting regulations without congressional approval.

These flagrant violations of law and our constitution must stop and they must stop now. The state department can count on me to contact my senators and congressional representative about this malfeasance.

Sincerely,

Thomas Brick
Platte City, MO

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-d41x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7356
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eddy James

---

## General Comment

whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Edward James

Ps On this proposed dictate: Kiss my Lilly white ass you ain't got the right to ban crap.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-fbx8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7357
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Lynberg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Dan Lynberg

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-k795
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7358
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** aaron wood

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-lixe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7359
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004382

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-78x4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7360
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Brunst
**Address:**
   KY,  41051
**Email:** dbrunst@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Douglas Brunst

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-54vk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7361
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Matt R

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Matt R

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-m7gk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7364
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Given
**Address:**
   604 Blue Jay Drive
   Beaver, WV, 25813

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Given

DOSWASHINGTON004386

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-zxrk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7365
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Kayser

---

## General Comment

To whom it may concern:

I strongly oppose the rewriting of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department the wide-ranging power to control and monitor firearm-related
speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. Posting information on virtually any firearm or ammunition could be defined as
requiring not only government permission, but potentially a government license. I also oppose the
addition of the word software into these regulations, as it could lead to a ban on 3-D printers.

I urge you to repeal these new regulations in their entirety, as the First and Second Amendments are still
the law of the land.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-vl9d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7366
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Linda Lawson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-ifv4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7367
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Lahorgue

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcq-j0r8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7368
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Rose

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land and I consider these regulations as an affront to our constitutional rights!

Sincerely,
Joshua Rose

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-9du4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7371
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Kolanko
**Address:**
  2825 Bagley Drive West
  Kokomo,  IN,  46902
**Email:** valmike01@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land, and are non-negotiable!

Sincerely,

Mr. Kurt Kolanko

DOSWASHINGTON004391

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-qaa5 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7372
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

JDS

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-vnmn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7373
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Robinson
**Address:**
    15B Carothers Drive
    Turtle Creek,  PA,  15145
**Email:** johngalt_6@hotmail.com
**Phone:** 4127192826

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard Robinson

DOSWASHINGTON004394

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-vmsm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7374
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A gun owner and Patriot

DOSWASHINGTON004395

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-nb3e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7375
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Sanner
**Address:**
    3802 Bramblewood Drive
    Brunswick,  OH,  44212
**Email:** tjsanner@yahoo.com
**Phone:** 440-263-7272

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Timothy J Sanner

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcq-bbl6 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7376
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Quentin Ireland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Quentin W. Ireland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-yff3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7378
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard DeSpain

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard DeSpain

DOSWASHINGTON004398

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-8myq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7379
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-r0f8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7380
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Christacos

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steven Christacos

DOSWASHINGTON004400

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-30g9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7381
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glen Iaggi
**Address:**
   16 Marcello Street
   Jay,  ME,  04239-1814
**Email:** gleniaggi@yahoo.com
**Phone:** 2078978301

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Glen Iaggi

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-58cq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7382
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Bergwall
**Address:**
    3031 S Tangerine Ave
    Yuma,  AZ,  85365-6623
**Email:** fblongbow48@yahoo.com
**Phone:** 928-920-3146

---

## General Comment

I oppose the new State Departments arms control regulations (ITAR), which includes:
making technical data available via a publicly available network (e.g., the Internet).

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcq-5zqc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7384
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Green
**Address:**
    221 Highland Circle
    Shelbyville,  TN,  37160
**Email:** jgreen37160@charter.net
**Phone:** 931-680-7427

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Green

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-4hve
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7385
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jesse Cole
**Address:**
    401 South Alabama St Ste 6b
    Butte,  MT,  59701
**Email:** deeprock7@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR),

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- will put anyone who violates this provision in danger of facing decades in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the government as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers and other technical enhancements to law abiding citizens.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-4u35
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7387
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** A Yarbrough

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcq-7plx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7388
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Mr. & Mrs. Chester Swafford

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-kj1j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7390
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Macky Marker
**Address:**
    PO Box 433
    Odessa,  DE,  19730
**Email:** rekram@rocketmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Macky J. Marker

DOSWASHINGTON004408

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-seps
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7391
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

US State Department Employee of the US TAXPAYERS:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which will likely
grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- will likely put anyone who violates this provision in danger of facing decades in
prison and massive fines.

So posting information on virtually any firearm or ammunition would likely be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land, what is it you don't understand about "Shall Not Infringe"?!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-ekh4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7392
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gilbert Boisvert

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, G, Alexis Boisvert

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-zjdj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7393
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ron Hutchins

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ron Hutchins

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-eulg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7394
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pat Hagar
**Address:**
    Box 50183
    Parks,  AZ,  86018
**Email:** hagar@commspeed.net
**Phone:** 928-635-4116

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004412

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Pat Hagar

DOSWASHINGTON004413

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-lnas
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7395
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Scott Radcliffe

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Scott Radcliffe

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-w4p7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7396
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Brosius
**Address:**
    1763 E Elgin Ct
    Chandler,  85225
**Email:** Impeachobama@proxy4you.com
**Phone:** 4808990083

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

This is noting more than an attack on my 1st Amendment Rights as well as my 2nd Amendment rights!

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-ruxf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7398
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas York
**Address:**
  24 Gridley St
  Greenville,  SC,  29609
**Email:** yorktc@yahoo.com
**Phone:** 8642350719

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-eqm9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7399
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Hanson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bruce Hanson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-vleq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7400
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Costanzo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-ck6b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7401
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Caldwell

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John and Lisa Campbell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-j8xr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7402
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Smith
**Address:**
   4114 Skyline Drive
   Anniston,  AL,  36206
**Email:** sscol96@cableone.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

To me, this is a extreme encroachment on individual rights of free speech, and violates the First
Amendment.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steven Smith

DOSWASHINGTON004422

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-gi9n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7403
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Morgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Morgan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-qity
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7404
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Givens
**Address:**
   4424 Chandler Lane
   Virginia Beach,  VA,  23455-4516
**Email:** edgivens@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Edward Givens

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcp-psx8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7405
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pat Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Pat

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-jyfd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7406
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Ceglia

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-2c3q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7407
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Jose
**Address:**
    2 Tallwood Road
    Augusta,  ME,  04330
**Email:** michael.j.jose@gmail.com
**Phone:** 207-622-2420

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

I will be sending copies of this letter to my Senators (Angus King and Susan Collins) and to my Congresswoman (Chellie Pingree).

Sincerely,

Michael J. Jose

DOSWASHINGTON004428

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-6a4f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7408
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill MacMinn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-yfqe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7409
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** James Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
James

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-qknc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7410
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Jackson
**Address:**
    1491 Bella Terra
    Manteca, CA, 95337
**Email:** mike512usa@yahoo.com
**Phone:** 2094187616

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mike & Michelle Jackson

DOSWASHINGTON004431

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-sycd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7411
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Karl

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-sxtd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7412
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred C

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-ch9d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7413
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Craig Campbell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-y4z5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7415
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Meyer
**Address:**
    13603 Helen Benson Blvd.
    Davidson, NC, 28036
**Email:** sportbikesm@yahoo.com
**Phone:** 704 880-5996

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Scott Meyer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-kzzg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7416
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Ballance

---

## General Comment

To whom it may concern:

I strongly oppose the ridiculous rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging power to censor and control firearm related
speech on the Internet. This clearly violates
the 1st Amendment.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a Federal government
license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

Will all Netflix movies that show any kind of 'technical' information in any movie be subject to these
restrictions and penalties? A policeman that says he uses a 9MM pistol becomes a criminal since he
provided technical information about a handgun?

The Thought Police will next limit information concerning coal mining, gasoline engines, abortion, and even sugar on public networks.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-v48a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7417
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Sam Porfido

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-zmu7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7418
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Norman Hesse
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-c1jl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7419
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe Moore

---

## General Comment

Sirs,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which provide the State Department the ability to unconstitutionally regulate and license gun-related speech on electronic media.

I also oppose the addition of the word software into these regulations, which appears to be a blatant effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety, in order to keep the State Department's operations in compliance with the First and Second Amendments to the US Constitution.

Sincerely,

Joe Moore

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-e62f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7421
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. The new language -- which includes making technical data available via a publicly
available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing
decades in prison and massive fines. So posting information on virtually any firearm or ammunition
could be defined by the Obama administration as requiring, not only government permission, but
potentially a government license. This means violators would potentially face significant criminal
penalties. I also oppose the addition of the word software into these regulations, as it appears to be a not-
so-veiled effort to ban 3-D printers. I urge you to repeal these new regulations in their entirety. Whether
you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jeffrey H

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-fs4d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7422
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Joseph Edie

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-v3tt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7423
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Geoffrey Lloyd

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-x0x7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7424
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M. Montandon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004444

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-loan
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7425
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Erna Bright, Jr
**Address:**
   682 Silver Springs Rd
   Sunbury, NC, 27979
**Email:** ernabrightjr@embarqmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely
Erna Bright , Jr

DOSWASHINGTON004445

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-3nn1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7426
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Starcher
**Address:** United States,
**Email:** wd8mjs@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ken A Starcher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-tbgq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7427
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Barton Phelps

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Barton Phelps

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-wsul
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7428
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pandora Barnhart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Pandora Barnhart

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcp-3942<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7429
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James E

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
James E

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-zwd7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7431
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-6tsz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7433
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Dugan
**Address:**
   1921 Weston Ave
   Poland,  44514
**Email:** m232d@aol.com
**Phone:** 330-720-7358

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Matthew M. Dugan

DOSWASHINGTON004451

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-v2ay
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7434
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A citizen of The United States of America

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-mhld
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7435
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-3ljy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7436
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Wakefield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John Wakefield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-g083
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7437
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-jchh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7438
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Crawford

---

## General Comment

State Department Proposal May Make Information-Sharing on Guns Illegal

GOA has looked over the regulations -- and other peoples comments concerning the regs. One initial comment is that a lot of the proposed language which has caused such a stir is carried over from current regulations.

This is not dispositive. If an anti-gun president wanted to use a long standing preexisting statute to implement comprehensive gun control -- and if that preexisting statute had historically been interpreted conservatively -- the first thing the anti - gun president would do is recodify the regulations, with slight modifications.

That said, here are the major problems with the proposed regs, as we see it.

SUMMARY

The definitions of what gun-related information cannot be exported without the approval of the State Department are already very broad.

But what is missing is a broad definition of export that would actually allow the Obama administration to move in and take advantage of this regulatory infrastructure.

And what these regulations would do is to define export to include potentially any gun-related

communication on the Internet or social media.

With this final keystone in place, the Obama Administration would have the regulatory framework to comprehensively regulate gun-related speech in cyberspace, to whatever extent it desires.

Changing Definitions

The term export would be expanded to include making technical data available via a publicly available network (e.g., the Internet). This is wholly new language.

Note that anyone who did this could face decades in prison and massive fines.

Note, further, what this provision does and does not say: It does not require that the technical data be made available to the public for the illegality to occur. It applies to all private communications, so long as the network (e.g., the Internet) is, in general, publicly available.

Thus, any electronic communication concerning gun-related technical data would potentially subject the sender to these significant criminal penalties.

That said, it is alarming enough that the obvious ramification of this paragraph is to give the Obama administration authority to comprehensively regulate gun-related speech on the Internet.
So the next question is how broad would its mandate be?

The definition of technical data which would require government permission in order to be posted on the Internet is, in part:

Information required for the development (see section 120.47) (including design, modification, and integration design), production, (see section 120.48) (including operation, installation, and integration), maintenance, repair, overhaul, or refurbishing of a defense article. Technical data may be in any tangible or intangible form....

Note that this language is so broad that it could potentially include virtually any gun-related communication of a functional how to nature.

The term defense article -- which requires a license (and huge license fee) for export, and upon which the previous definition rests -- is: any item, software, or technical data designated in section 121.1....

And what does section 121.1 say that the term defense article means? It now includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

posting information on virtually any firearm or ammunition could be defined by the Obama administration as being the export of a defense article.

Of course, it is a defense that the information is in the public domain because, under section 120.11, it is available to the public without restriction on their further dissemination. But anyone who posts on a gun-related how to topic has to ask the question of what the term available to the public means -- and whether everything in his post has been said before, publicly. At the very least, such a convoluted process would have a chilling effect on gun-related speech,virtually every how to gun-related electronic communication could be classified as a defense article which would require, not only government permission, but potentially a government license.
We have seen that the term defense article -- which requires a license (and huge license fee) for export -- is defined to be any item, software, or technical data designated in section 121.1 .... And the term

software is new.

We know this is a lie in one respect, because computer-aided design files and electronic media remain in the 22 CFR 120.10 definition of the technical data section under the proposed new rules.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat

DOSWASHINGTON004458

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-aip5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7440
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Sampsel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bryan Sampsel

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-didg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7441
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jerry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-nlzc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7442
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RObert Shearer
**Address:**
    shearerrl@yahoo.com
    Grand Junction,  MI,  49056
**Email:** shearerrl@yahoo.com
**Phone:** 269-434-6776

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Robert Leroy Shearer

DOSWASHINGTON004461

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-hscx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7444
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D C
**Address:**
McAllen,  TX,

---

## General Comment

To those that think they are our overlords:

I absolutely oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I demand that you repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004462

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-nn96
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7446
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A concerned citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-ndk4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7447
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Mello

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Steven Mello

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-hp9o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7448
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Bennett
**Address:**
    25 Macedonia Road
    Buckhannon,  WV,  26201
**Email:** Scudplucker@msn.com
**Phone:** 304-472-1280

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Christopher C. Bennett

DOSWASHINGTON004466

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-nsfm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7449
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Monson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Daniel Monson

DOSWASHINGTON004467

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-zshd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7450
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Vanpelt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-rwnb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7452
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Taggart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael J. Taggart

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-mqzh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7453
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryon Piper
**Address:**
   2705 Cheney Cove
   Austin, TX, 78745
**Email:** bryonpiper@ymail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-2edu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7454
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jay thompson
**Address:** United States,
**Email:** jay.thompson@hhs.gov

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-dsjg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7455
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nate Lahue

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which would grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet, not that I think you have the legitimate power to do so anyways....

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines (pfffffff - whatever).

So posting information on any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. I guess after all them years I served in the Army as a drill sergeant teaching people how to fire their M-16 was criminal if I mentioned it online!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. But that can be expected from a criminally corrupt government such as ours.

You nipple twisters should really repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

Sincerely,

DOSWASHINGTON004472

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kcp-uywq
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7456
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael McGrew
**Address:**
    304 Lubeck St
    Marine, IL, 62061

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-23rb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7459
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Willis

---

## General Comment

To whom it may concern:

I strongly oppose this rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet, and ban 3d printers.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. You folks ARE aware that people who lose hands are having people print them replacement hands using 3d printers, right?

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark Willis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-ewv0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7460
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the revision of the State Departments ITAR regulations that would grant the State Department an unchecked power to violate the First and Second Amendments of the US Constitution by censoring firearms-related speech on the Internet and soon other media. The very idea that speech about commonplace guns or gun components could put someone in prison or levy them with massive fines is what one would expect from a banana republic, not our constitutional republic.

And the introduction of "software" into these regulations is an clumsy attempt to replace the "dual use" considerations with heavy-handed considerations that the State Department can do to manufacturing whatever it pleases (or whatever the administration in power at the time pleases). After looking at how recent IRS abuses made Lois Learner a household name, I shudder to think how access to breakthrough technologies like 3D printing and additive manufacturing can become levers to control entire manufacturing industries. Is it your goal to subjugate manufacturing industries just as media and telecommunications industries have been subjugated?

Repeal totally these new regulations. You're the Department of State, not a police state.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-tjmk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7461
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Mariucci

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004476

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-8frd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7462
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Jensen
**Address:**
   114 Sinclair Rd
   Northville, NY, 12134
**Email:** jeffulator@yahoo.com
**Phone:** 5188634961

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jeffrey Jensen

DOSWASHINGTON004478

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-pxhj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7463
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Waugh
**Address:**
   3 Orchard St
   Mexico, ME, 04257
**Email:** rwaugh700@icloud.com
**Phone:** (207) 418-1813

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely
Russell Waugh

DOSWASHINGTON004479

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-n8x6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7464
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004480

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-e6wu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7465
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Hoffman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Fred Hoffman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-cr3u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7468
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gary Mercante

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcp-bm9u |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7469
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Gibson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Michael W. Gibson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-8rd5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7473
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Wales
**Address:**
    3128 S.E. Franklin St.
    3128 S.E. Franklin St.
    Portland,  OR,  97202
**Email:** mamapeer@yahoo.com
**Phone:** (503) 200-0076

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004484

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mark Wales

DOSWASHINGTON004485

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-1l84
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7474
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,
**Email:** cwhunk@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, CW Hunk

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-4qxu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7475
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aubrey Fuller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Aubrey W. Fuller
Bueche, louisiana

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-1trl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7476
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
VA
Tennessee

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-sj4h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7477
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walter Engle
**Address:**
    7256 Jessica J Court
    Plymouth, MI, 48170
**Email:** walt_engle@yahoo.com
**Phone:** 734-516-7454

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Walter Engle

DOSWASHINGTON004489

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-wn8r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7479
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Lee Briggs
**Address:**
   3313 N 68th St Unit 107E
   Scottsdale,  AZ,  85251
**Email:** bryan_lee-74@hotmail.com
**Phone:** 602-538-2838

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bryan Lee Briggs

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-e65v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7480
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004492

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-3az9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7481
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bret Hughes

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

ALL THE TRAITORS AND SOCIOPATHS NOW IN GOVERNMENT WILL BE EXPOSED AND
JUDGED BY HISTORY FOREVERMORE, PROSECUTED TO THE MAXIMUM EXTENT OF
LAWAND LEGALLY IMPRISONED, FOR LIFE, OR EXECUTED. WE ALL KNOW ABOUT YOU AND
YOUR TREASONOUS ACTIVITIES. WE DEMAND THAT YOU HALT AND REVERSE ALL SUCH
ACTIVITIES IMMEDIATELY!

I demand you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcp-irz1<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7482
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Enders

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

J. Nick Enders

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-vjnt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7485
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Frank Boggio

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-e778
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7487
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wasey Ryder

---

## General Comment

whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Wasey Ryder

DOSWASHINGTON004496

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-k16s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7488
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lonny Brady

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, L D Brady. Warren, Oregon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-yubm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7489
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   17801 n.e 70th
   Purcell,  AR,  73080
**Email:** shit4brains@inbox.com
**Phone:** 2175491834

---

## General Comment

To whom it may concern:

I strongly oppose the attempt to infringe on the right to free speech, which this bill will do. Also rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also Do Not oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, H.L Neal

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-5pz0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7491
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mehdi Aghamoosa

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# STAGG P.C.

### ATTORNEYS AT LAW

521 Fifth Avenue, 17th Floor, New York, NY 10175
Tel: (212) 518-4854 - Fax: (888) 573-6355
www.staggpc.com

**CHRISTOPHER B. STAGG**

**Direct: (212) 518-4854**
**chris@staggpc.com**

August 3, 2015

Edward Peartree
Director, Office of Defense Trade Controls Policy
U.S. Department of State
PM/DDTC, SA-1, Room 1304
2401 E Street NW
Washington, D.C. 20037

Re:   Stagg P.C. Comments to ITAR Harmonization Rule, 80 Fed. Reg. 31,525

Dear Mr. Peartree:

The law firm of Stagg. P.C. respectfully submits the following public comments in response to the publication of the proposed rule published as RIN 1400–AD70 and on June 3, 2015. Stagg P.C. is a law firm that advises clients on all aspects of U.S. export control regulations. Its clients include *Fortune 500* companies, trade associations, software developers, educational institutions, foreign law firms, and information publishing companies.

## Comments

### ITAR § 120.11– DDTC's preamble assertion that prior approval is not a new requirement is unsupported by the regulatory record and is plainly erroneous

A commenting party requests additional information into the Department's claim within the preamble for ITAR § 120.11 that the proposed prior approval to put information into the public domain is not a new requirement. Specifically, when did the Department make this decision and why did the Department not make this decision public (or any underlying guidance or procedures) at that time.

DDTC's assertion that there already exists a prior approval requirement is inconsistent with the history of the public domain exclusion and is plainly erroneous with the plain meaning of ITAR § 120.11. The regulatory history of ITAR § 120.11 involved the repeal of a prior approval requirement in 1984, which DDTC acknowledged and conceded in the ongoing litigation in *Defense Distributed v. Department of State*.

Recently, it has been claimed by some officials within DDTC that ITAR § 120.11(a)(7) is the source for imposing the broad prior approval requirement. Again, this is inconsistent with the regulatory history and is plainly erroneous with the plain meaning of ITAR § 120.11. When ITAR

Stagg P.C. Comments to ITAR Harmonization Rule, 80 Fed. Reg. 31,525

§ 120.11(a)(7) was added in 1993, it was done so to *expand* the scope of the public domain exclusion – not to impose a broad prior approval requirement. Moreover, ITAR § 120.11(a)(7) was merely clarifying the already existing exemption within ITAR § 125.4(b)(13).

The Department of Justice in its 1984 review of the constitutionality of ITAR § 125.4(b)(13) – that eventually also became ITAR § 120.11(a)(7) – did not have direct issues with it because it was plainly read as only applying to information developed or originated by the government. No federal court has interpreted ITAR § 120.11(a)(7) to impose such a prior approval on all information into the public domain as DDTC now apparently does. It is also noted that fundamental research is included within the definition of public domain, so if DDTC maintains this position then even information from fundamental research requires prior approval.

Moreover, if this requirement were already existing, then why does DDTC not have any publicly available procedures for putting information into the public domain and is unable to provide such guidance now? It is notable that Defense Distributed, through counsel, on January 5, 2015 submitted an advisory opinion request to seek guidance from DDTC as to what procedures are available to publish technical data into the public domain under the ITAR. Yet, it is revealing that DDTC has not responded to that request as of August 1, 2015. This evidences that despite DDTC's claim that prior approval is not new, DDTC has never established any procedures to handle such a requirement.

### ITAR § 120.11(b) – The prior approval requirement fails to provide procedural safeguards as required by the First Amendment

A commenting party notes that the prior approval requirement to put information into the public domain within proposed ITAR §120.011(b) is an unconstitutional prior restraint. Even if the regulations were content-neutral, the First Amendment still requires that the government establish specific procedural safeguards. These required safeguards include a definite time limit on the government's decision and prompt judicial review. As written, the prior approval requirement lacks the constitutionally required procedural safeguards.

Even if the prior restraint were content-neutral, the First Amendment still nevertheless requires that the government establish specific procedural safeguards. DDTC's imposition of a prior restraint is noticeably silent on these First Amendment procedural requirements, which include:

"(1) any restraint prior to judicial review can be imposed only for a specified brief period during which the status quo must be maintained; (2) expeditious judicial review of that decision must be available; and (3) the censor must bear the burden of going to court to suppress the speech and must bear the burden of proof once in court." *FW/PBS, Inc. v. Dallas*, 493 U.S. 215, 227-228 (1990).

In applying these requirements to the AECA and the ITAR, it is notable that the AECA prohibits judicial review of USML designations under 22 U.S.C. 2278(h). The ITAR also exempts judicial

2

Stagg P.C. Comments to ITAR Harmonization Rule, 80 Fed. Reg. 31,525

review of licensing decisions (including approvals and other authorizations) within ITAR § 128.1, which also admits how the review process is "highly discretionary." The added delay of required Congressional Notification under Section 38(f) of the AECA makes even strict regulatory timeframes for review impossible to meet the First Amendment's strict requirement of only a brief period to restrain speech.

### ITAR § 120.11(b) – The prior approval requirement to remove technical data from the USML requires Congressional Notification under AECA Section 38(f)

A commenting party noted that the proposed revisions to ITAR § 120.11(b) requires Congressional Notification to remove the technical data (a defense article) from the USML in accordance with Section 38(f) of the Arms Export Control Act. The commenting party is concerned by the Department's silence on this critical Congressional requirement and the added timing it would take for Congressional approval.

In reviewing DDTC's proposed prior approval requirement, it is evident that this approval requirement is being mischaracterized as a licensing or other approval issue when it is factually and legally a jurisdictional matter. As background, Section 38(f) of the AECA requires that the Department of State notify Congress at least thirty days before removing any item from the U.S. Munitions List. The ITAR also expressly states this requirement within § 120.4(a).

The proposed rule on the public domain definition within ITAR § 120.11(b) would require that the U.S. Government authorize the release of technical data into the public domain. Once authorized by the U.S. Government for release into the public domain, then that information would not be technical data and therefore excluded from the definition of defense article in ITAR § 120.6.

In other words, the information constitutes technical data when it is sent for the U.S. Government's "authorization" to release it into the public domain. Since the information constitutes technical data, then it is subject to the ITAR. If the U.S. Government doesn't provide the appropriate authorization, then the information is still technical data and still subject to the ITAR. However, if the U.S. Government does provide an authorization to release the information into the public domain, then it is no longer technical data and no longer subject to the ITAR.

In other words, the "authorization" process would occur as follows:

| Day 1 | Information is reviewed by its owner and determined to constitute technical data within meaning of ITAR § 120.10. |
|-------|------------------------------------------------------------------------------------------------------------------|
| Day 2 | The owner of the technical data wishes to publish the information into the public domain. The owner consults the ITAR and identifies the "authorization" requirement within ITAR § 120.11. |
| Day 3 | The owner submits an "authorization" request to the U.S. Government. During this request, the owner continues to treat the information as technical data and subject to the ITAR. |

3

Stagg P.C. Comments to ITAR Harmonization Rule, 80 Fed. Reg. 31,525

| Day 60 | The U.S. Government provides an "authorization" for the release of the technical data into the public domain. |
|---|---|
| Day 61 | The owner releases the information into the public domain. |

Alternatively, the "authorization" process could occur as follows:

| Day 1 | Information is reviewed by its owner and determined to constitute technical data within meaning of ITAR § 120.10. |
|---|---|
| Day 2 | The owner of the technical data wishes to publish the information into the public domain. The owner consults the ITAR and identifies the "authorization" requirement within ITAR § 120.11. |
| Day 3 | The owner submits an "authorization" request to the U.S. Government. During this request, the owner continues to treat the information as technical data and subject to the ITAR. |
| Day 60 | The U.S. Government does not provide an "authorization" for the release of the technical data into the public domain. The information remains subject to the ITAR as technical data. |
| Day 61 | The owner sues DDTC to release the information into the public domain. |
| Day 62 | DDTC files a motion to dismiss the lawsuit claiming that the AECA bars judicial review of USML designations under 22 U.S.C. 2778(h). |

As the examples demonstrate, this "authorization" clearly results in a removal of an item from the U.S. Munitions List and therefore triggers the Congressional notification requirement in 22 U.S.C. 2778(f)(1). Regardless of whatever reasons DDTC has for removing an item from the USML, it still requires this statutory notification to Congress.

As a result of the required Congressional Notification, DDTC's proposed prior approval requirement does not account for this significant AECA requirement. In particular, the Congressional Notification requirement makes it impossible for DDTC to impose a prompt time frame to review "authorization" requests as required by the First Amendment. For instance, even if DDTC did put in a strict 30-day timeframe to review "authorization" requests, it would still be unconstitutional because the item has not yet been removed from the USML and is based on a second Congressional review requirement that typically adds many months (and sometimes years) to the process.

**ITAR § 120.47 – The ITAR needs to define the meaning of "directly related" rather than "required"**

A commenting party recommends that the Department define the meaning of "directly related" instead of "required" within proposed ITAR § 120.47 to ensure common understanding within industry and the government as to what constitutes defense services, software, and technical data that are "directly related" to a defense article. Although the ITAR is now proposing a definition of required, the commenter notes that the "directly related" qualifier applies to defense services,

4

DOSWASHINGTON004503

Stagg P.C. Comments to ITAR Harmonization Rule, 80 Fed. Reg. 31,525

software and technical data while required only applies to technical data.   A definition for directly related is therefore more appropriate.

It is recommended that DDTC define the meaning of "directly related" instead of "required" to ensure common understanding within industry and the government as to what constitutes a defense service, software, or technical data that is "directly related" to a defense article.  Although the ITAR is now proposing a definition of required, it is noted that the "directly related" qualifier applies to defense services, software and technical data while required only applies to technical data.  A definition for directly related is therefore more appropriate.

* * * * * *

Thank you,

STAGG P.C.

5

DOSWASHINGTON004504

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-q32v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7493
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Lamoureux
**Address:**
  P.O. Box 821
  Sisters,  OR,  97759
**Email:** roger23x@msn.com
**Phone:** 5413831821

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Roger Lamoureux

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-u77g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7494
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Wadsworth
**Address:**
    34624 Chestnut
    Wayne,  MI,  48184
**Email:** pd_wads@yahoo.com
**Phone:** 734 467-1797

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004506

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-o3hf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7496
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** B G

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-wrvm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7499
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Phillips

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-2oky
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7501
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

One of the few who has bleed to defend our constitution!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-1g0j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7502
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Sutherland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Benjamin Sutherland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-noga
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7503
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Liotta
**Address:**
630 Anderson Drive
Paris,  TN,  38242

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

Sincerely,

Matthew J. Liotta
Paris, TN.

DOSWASHINGTON004512

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-ayxg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7504
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Johann Bauer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Johann Bauer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-ffai
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7505
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ANTHONY CANNONE JR
**Address:**
    3520 WILDHORSE LN.
    JOSHUA,  TX,  76058
**Email:** solagratia_gracealone@yahoo.com
**Phone:** 8176176488

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Anthony Cannone Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-pjgn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7506
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Coward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Chris Coward

DOSWASHINGTON004515

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-vvk0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7507
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Rodriguez
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

## ----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! And I did NOT serve the United States for twenty-two years to see them ignored!

Sincerely,

Isaac L. Kullman

MSgt USAF Retired

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-u825
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7509
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** B. Forkis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

B. Forkis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-qow4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7512
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely

DOSWASHINGTON004519

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-atcq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7513
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Bruce Hempel

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of decades in prison and
massive fines.

As a result, posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. They clearly violate both the First and Second
Amendments to the US Constitution.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-g4mn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7514
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David S. Kerns Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-yczo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7515
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** GEORGE HOLLAWAY

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.
Dear US State Department,

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
GEORGE HOLLAWAY

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-dw7d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7516
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Miller
**Address:**
  29428 85th Ave Ct S
  Roy,  WA,  98580
**Email:** dhmill@hotmail.com
**Phone:** 253-224-7642

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas Miller

DOSWASHINGTON004524

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-skmh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7517
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Hancock
**Address:**
    823 Johnson Street
    Minonk,  IL,  61760
**Email:** paulahancock@hotmail.com
**Phone:** 3094323398

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William Hancock

DOSWASHINGTON004526

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-wzu6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7519
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Ostermiller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jeffrey Ostermiller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-do9m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7520
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Beau Baumann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-832y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7521
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Tercho

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Patrick Tercho

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcp-40ff |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7522
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cory Brunetti

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Cory Brunetti

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-wp9o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7523
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially (will) grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could (will be used to) put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could (would undoubtedly) be defined by the Obama
administration as requiring, not only government permission, but potentially (most certainly) a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to (not accidentally will) be a
not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

DOSWASHINGTON004531

Second Amendments are
still the law of the land! The citizens of this nation fought one war to gain our rights and freedoms, and the blood of those
early patriots is still in our veins. This is not intended to be nor should it be construed to be, a threat... just the musing of a
retired Navy Chief and a devout patriot who believes the proposed actions of the State Department is in direct violation of the
Constitution and laws of this nation. Additionally, doing this through the auspices of the United Nations does not remove or
cancel the violation and abuse of the Constitution and laws of this nation, no matter how you phrase it or force upon the
citizens of our country. The State Department will be directly attacking and violating the very documents which have helped
make this country the freest and finest nation in the history of the world; That will make the State Department an integral
party to the evil being worked to disarm, silence, subjugate, and eventually destroy this nation.

Sincerely and respectfully,
We the people are paying attention...

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-2e68
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7524
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russel Finizie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Russel Finizie

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-18l5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7525
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Minneman, DDS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Roger T, Minneman, DDS

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-5z72
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7527
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-ydhv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7528
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronee Finizie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ronee Finizie

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-gx0q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7529
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Mack

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-w68m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7531
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edmond Finizie
**Address:**
   3020 Country Dancer Ave.
   North Las Vegas,  NV,  89081
**Email:** edfinizie@gmail.com
**Phone:** 7022172313

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Mr. Ed Finizie
Lieutenant, North Las Vegas NV Police Dept., Retired

DOSWASHINGTON004538

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-nzfy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7534
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Bruce

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-xsll
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7535
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Obama Administration

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-us3h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7536
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Warren
**Address:**
    6212 Leafy Street
    Las Vegas,  NV,  89130
**Email:** ghw2@cox.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land! As a former professor of American diplomatic history (14 years) and a retired attorney (26 years), I know that the State Department has no authority or right to follow our president's anti-free speech, anti-gun, anti-American agenda by trampling on the First Amendment. The State Department's first duty, as is the duty of any federal official, is to protect the United States Constitution from an imperial presidency. The fact that Obama wants to continue his destructive course over the next 18 months does not justify the State Department and Congress kowtowing to his illegal agenda and will only encourage justifiable resistance by the public.

Sincerely,
Dr. Gordon H. Warren

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-203u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7538
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely Barry Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-jsj3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7539
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-wjba
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7541
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marc Luker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-awzt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7545
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donntae Jackson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcp-fgn8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7546
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, a citizen of the United States of America

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-xvok
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7548
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Petz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Thomas Petz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-chgj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7549
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Pendick
**Address:**
   PO Box 1304
   Ronkonkoma,  NY,  11779

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Thomas Pendick

Limited Time Offer

1 oz., .999 pure silver coin.

GOA Media Clips

Background Checks Failing (Pt. 2)

Background Checks Failing (Pt. 1)

E. Pratt debates the UK on guns

L. Pratt on Armed American Radio

E. Pratt debates guns in churches

L. Pratt on CNN

Obama wrong on SC shooting

How Guns Prevent Terrorism

More Videos

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-snbf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7550
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Brandt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-t30o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7551
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004552

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcp-2nym
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7552
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Kroll

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ron Kroll

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcp-pe3b
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7554
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Hodges

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Hodges

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-f3t3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7555
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert McCoon
**Address:**
    3724 Lisk Road, Odessa,NY 14869
    Odessa, NY, 14869
**Email:** bandbmccoon@gmail.com
**Phone:** 607-387-9491

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004555

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert McCoon

DOSWASHINGTON004556

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-piib
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7556
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Drob

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Robert Drob

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-gzp9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7557
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mr. M.

DOSWASHINGTON004558

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-23bf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7558
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Owen Krueger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Owen Krueger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-a6jo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7560
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Brandt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Daniel Brandt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ityr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7561
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aaron Migliorisi

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-l11v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7563
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Arizona Citizen

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kco-d2fy
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7565
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Peace

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Tim Peace

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kco-jcx9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7567
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Yerke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bryan Yerke

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-n1ue
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7569
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Heagney
**Address:**
  1607 cranberry pond trail
  Victor,  NY,  14564-1954
**Email:** Scott.heagney@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004565

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-c012
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7571
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Anonymous

---

## General Comment

---- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
William G. Carver

Limited Time Offer

1 oz., .999 pure silver coin.

GOA Media Clips

Background Checks Failing (Pt. 2)

Background Checks Failing (Pt. 1)

E. Pratt debates the UK on guns

L. Pratt on Armed American Radio

E. Pratt debates guns in churches

L. Pratt on CNN

Obama wrong on SC shooting

How Guns Prevent Terrorism

MORE VIDEOS

2015 - Gun Owners of America

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-xqfx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7572
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D. B. Callender

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-tpoh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7573
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Smith
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully submitted,
Timothy J. Smith

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kco-qpjg
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7575
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Chu
**Address:**
   17114 Paxton Point Ln
   Houston, TX, 77095
**Email:** hchu1@juno.com
**Phone:** 713.896.8462

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-6989
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7576
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Ruch
**Address:**
   650 E Strawbridge Ave
   Apt 1408
   Melbourne,  32901
**Email:** fruch43@gmail.com
**Phone:** 6103901248

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Fred Ruch

DOSWASHINGTON004572

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-svn9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7577
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris G

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Chris Gugumuck

DOSWASHINGTON004573

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-kblo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7578
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn Shupp
**Address:**
   12313 Forrest Hill Rd
   Clear Spring,  MD,  21722
**Email:** sps308@Reagan.com
**Phone:** 240-313-5393

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Shawn Shupp

DOSWASHINGTON004575

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-dym6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7579
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Branco
**Address:**
    6672 State Highway 181
    Gainesville, MO, 65655
**Email:** bb65655@hotmail.com
**Phone:** 417-449-7754

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Therefore posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert Branco

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kco-mjfc<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7582
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Lackerdas

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Harry Lackerdas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-4t0q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7583
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Vigilante
**Address:**
  Paul vigilante
  Prescott valley,  AZ,  86315
**Email:** Pvigilante@aol.com
**Phone:** 9738223766

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-dnx9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7584
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Watson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ronald Watson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-bp52
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7586
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard Beller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Leonard Beller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-yagp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7587
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aaron Haley
**Address:**
   8204 Cliffe Way
   Sacramento,  95828

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Aaron Haley

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kco-q6ot<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7589
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl Grotzke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Karl Grotzke

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ys7x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7590
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-sqwe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7592
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Weiss
**Address:**
   110 Meetinghouse Rd
   Hatboro, PA, 190401604
**Email:** eric@eweiss.com
**Phone:** 2673310011

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Eric Weiss

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-dntn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7594
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Lowe
**Address:**
  PO Box 3443
  Idaho Falls,  ID,  83403
**Email:** dukxdog@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ex05
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7599
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-tnxq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7600
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-585a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7601
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Parson
**Address:**
　55 Ace Ct
　West Islip, NY, 11795
**Email:** gr8midsrelief@yahoo.com
**Phone:** 631-745-6442

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Thomas Parson

DOSWASHINGTON004588

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kco-ya9q
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7603
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phil 0'Connell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Phil O'Connell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-9128
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-qz5e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7607
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan J

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined as requiring, not only
government permission, but potentially a government license. This means violators would potentially
face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety; the First and Second Amendments are still the
law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kco-v95i |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7608
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Perdue

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Phillip Perdue

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-17h1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7609
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Martin Capdevielle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Martin W. Capdevielle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-l4w6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7610
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Anderson
**Address:**
  4822 Daisy St.
  West Richland,  WA,  99353
**Email:** willomally@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Matthew Anderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-txuz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7611
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Bradley
**Address:**
   1005 Villa Hill Drive
   Leander, TX, 78641
**Email:** jim@bradley-home.com
**Phone:** 5125475020

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
James B Bradley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ctde
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7612
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John J. Vitale

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-rmpw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7613
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Meng
**Address:**
 2146 Chael Drive NE
 Solon,  52333
**Email:** gregmeng@aim.com
**Phone:** 319 624-3393

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


Greg Meng
319 624-3393

DOSWASHINGTON004598

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-63xu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7614
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Kairo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jason Kairo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-5fo9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7615
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Deckard
**Address:**
  517 Cougar St Se
  Lacey,  WA,  98503
**Email:** saend@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004600

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-gx1u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7616
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Papanestor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-mcdu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7617
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-p38q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7618
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Lewis
**Address:**
   Bonney Lake,  WA,  98391
**Email:** Lewisusa1@gmail.com
**Phone:** 253.447.7901

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

Sincerely,

Christopher M. Lewis
Bonney Lake, Wa 98391

DOSWASHINGTON004604

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-d7zw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7619
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John O'Toole
**Address:**
　　1035 sechrist Loop
　　Pilot Mountain,  NC,  27041
**Email:** ltcworf@surry.net
**Phone:** 336-351-5527

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John J. O'Toole, Jr.

DOSWASHINGTON004605

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-o3f3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7620
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004606

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-p6tf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7621
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Blu Fox

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

Sounds like the communist are at work again , any law that violates our constitution is not law .
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004607

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ld4s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7622
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Kase

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Matthew Kase
Pensacola, FL

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ol91
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7623
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Corey LaSalle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-lm0i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7624
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jacob Filtingberger
**Address:**
    PO Box 1066
    Hollister,  MO,  65673
**Email:** jacobfiltingberger@yahoo.com
**Phone:** 4172394675

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jacob Filtingberger

DOSWASHINGTON004610

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-hma8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary and Teresa James

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-te1a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7626
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Cupp
**Address:**
   11622 Marina Dr
   Jacksonville, FL, 32246
**Email:** greyaxe@yahoo.com
**Phone:** 904-642-2155

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Joseph W Cupp

DOSWASHINGTON004612

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-12gu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7627
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Russell E. Rhea

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-5ywr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7628
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Traweek

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties. Unless you are prepared to denounce
the Constitution and Bill of Rights, then you must NOT allow this rule to take effect for doing so would be
an overt act of Treason.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I DEMAND that you repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land, and so is Treason!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-o023
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7630
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Benjamin Groves

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-70lk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7631
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Brad Lewis
**Address:**
    11630 Dahlia Terrace
    Oregon City,  OR,  97045
**Email:** greazpaint@gmail.com
**Phone:** 503-974-9297

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-sw6i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7634
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gene Blair

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gene Blair

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-f1n6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brad Lewis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Brad Lewis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-sg5e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7636
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael O'Tool

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Michael J. O'Tool

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-ddhg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7637
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Brown

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004620

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-b3ix
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7638
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Reeder
**Address:**
  10484 Airpark Loop
  Melba,  ID,  83641
**Email:** reedair.larry@gmail.com
**Phone:** 208-495-2007

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Larry E Reeder

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-6z4x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7639
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MaChestea Parks
**Address:**
    Middleburg,  FL,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
MaChestea Parks

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-soe7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Rukstalis
**Address:**
    1105 North Tyrolean Dr.
    Payson,  AZ,  85541
**Phone:** 928-474-3393

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004623

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-17tu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7641
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David evans

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-9mqc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7642
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Mayberry

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Anthony Mayberry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-c74g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7643
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Newland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-wnjz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7645
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

MG

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-8lv1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7646
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Delfin Ledezma

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Delfin R. Ledezma

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-u5es
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7648
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Luke Denton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-7m66
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Duke
**Address:**
   1037 E Providencia Ave
   Burbank,  CA,  91501
**Email:** Dddndd@aol.com
**Phone:** 818 841-4241

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,
David Duke

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-hcfd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7650
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Nelson
**Address:**
   2615 Skyline
   Minden, NV, 89423
**Email:** illiad_99@yahoo.com
**Phone:** 661 943-6020

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mike Nelson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-eqqp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mona Oliver

---

## General Comment

To whom it may concern:

I STRONGLY OPPOSE the rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging power to monitor and control gun-related
speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I ALSO OPPOSE the addition of the word software into these regulations, as it appears to be a not-so-
veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mona Oliver

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-b1q8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7652
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Tetlow

---

## General Comment

To whom it may concern:

I STRONGLY oppose the rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging power to monitor and control gun-related
speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

And if these new rewrites are passed - you can not only count me among those who will ignore and defy
those rules, you can also count on me to organize as much civil disobedience as possible to these

DOSWASHINGTON004634

regulations! As Martin Luther King said One has a moral responsibility to disobey unjust laws.

Sincerely,

Charles M. Tetlow
Citizen
Major, USAF Aux

DOSWASHINGTON004635

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-up9u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Boyer

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerel

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-b21t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Harris
**Address:**
    1249 Kings Row
    Slidell, LA, 70461

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Greg Harris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-e6c7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7657
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph A. Mirabella

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mr. Joseph A. Mirabella
Tampa, FL

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-d6g1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7658
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony DeMichielli

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-50mo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Bedrosian
**Address:**
   1041-B Sayre Lane
   Elgin, SC, 29045
**Email:** pnb@infionline.net
**Phone:** 803-438-6039

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Paul Bedrosian

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-4856
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7661
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
JL Pease

DOSWASHINGTON004641

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-jjgd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mike jye

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mike Jaye

Westerly, RI

DOSWASHINGTON004642

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-q4cp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7663
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Avenali

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mike Avenali

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-o1vg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Newman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Gregory S. Newman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-53uq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-7665
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Kuntz
**Address:**
　931 Wynterbrooke Drive
　Kokomo, IN, 46901

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert K. Kuntz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-uerd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7666
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Valentino Lopez
**Address:**
  2 Pineridge Ct
  Pueblo,  CO,  81001
**Email:** vallopez2000@yahoo.com
**Phone:** 7195450905

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Valentino Lopez

DOSWASHINGTON004647

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-uwv7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7667
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Summerhill
**Address:**
    194-A County Line Road
    Edgewood,  NM,  87015
**Email:** dynomutt@reagan.com
**Phone:** 505-967-9652

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert J. Summerhill

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-zoqc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7671
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-7jm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Neil Tousignant

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Neil T Tousignant

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-8st5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7674
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Registered voter

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-z491
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7676
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cory Sutliff
**Address:**
    2169 Copperridge Lane
    Harrah,  OK,  73045
**Phone:** 4053100570

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004652

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-c84r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mr. Perkins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new
language -- which
includes making technical data available via a publicly available network (e.g., the Internet) -- could put
anyone who violates
this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not
only government permission, but potentially a government license. This means violators would
potentially face significant
criminal penalties. I also oppose the addition of the word software into these regulations, as it appears to
be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mr. Perkins

DOSWASHINGTON004653

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-jxs3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7678
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Thrift
**Address:**
   124 Hardin Ct.
   Terrytown, LA, 70056
**Email:** b.thrift@yahoo.com
**Phone:** 832-474-1319

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
William Thrift
Terrytown, LA

DOSWASHINGTON004655

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-sk9r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7679
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cosmo Stallone
**Address:**
   482 Welton Street
   Harpursville,  NY,  13787
**Email:** cosmo_stallone@hotmail.com
**Phone:** 6076933008

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Cosmo Stallone

DOSWASHINGTON004657

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-hfq1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7680
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randolph Peters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Randolph Peters

DOSWASHINGTON004658

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-cr0u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7681
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** samuel wilkins
**Address:**
   30308 jasmine dr
   santa clarita,  CA,  91387
**Email:** redneck2006@gmail.com
**Phone:** 6612523443

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kco-pt71 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7682
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Anonymous

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-f79i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7684
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Sloan
**Address:**
    803 4th Street
    Friend, NE, 68359
**Email:** fisherkas@yahoo.com
**Phone:** 4029472227

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kenneth Sloan

DOSWASHINGTON004661

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kco-whoi
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7685
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allan Neal

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Allan Neal

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-6dyf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur Cameron
**Address:**
   18952 County Road 234
   Tyler, TX, 75707
**Email:** alnmr@flash.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Arthur L. Cameron

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-8afe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7688
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON004664

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kco-2gmh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Caudill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Charles Lucas Caudill

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-rwq4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-s8so
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Mazell
**Address:**
　　1175 Shady Lane NE
　　Keizer,  OR,  97303-4818
**Email:** a1bhm@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Bruce H. Mazell

DOSWASHINGTON004667

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-a8oj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7693
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Froehlich

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-j791
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-7694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John LaScola
**Address:**
  579 Glen Shannon Dr
  Pittsburgh, PA, 15234
**Email:** LaScolaJ@comcast.net
**Phone:** 412-531-6384

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-g6if
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Byers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Charles Byers

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-y13f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Blair

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Brian Blair

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-rd36
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7697
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Anon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-7isk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7698
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Austin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-yyld
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7700
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004674

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ot1u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7701
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** roger freeze
**Address:**
  101 MADISON LN
  LURAY,  VA,  22835

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kco-p4o2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7702
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Snyder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

George Snyder

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-dhzs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7703
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** S. Lane

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

S. Lane

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-n6qv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Seth Overly
**Address:**
  6823 Country Club Dr
  Huntington, WV, 25705
**Email:** so364102@ohio.edu

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety and uphold the Constitution of the United States of America.

Sincerely,
Seth Overly

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-agli
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-lo9v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7707
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Cooper

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John R. Cooper

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-jlyz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7710
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Pugh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Philip A. Pugh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-9oi3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Lee

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Timothy Lee

1st amendment rights.Free Speech!!!

DOSWASHINGTON004682

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-ht02
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony and Ramona Newman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Anthony and Ramona Newman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-zrl9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Puter
**Address:**
    472 Santee Street
    Grand Junction, CO, 81504
**Email:** christian67apologist@yahoo.com
**Phone:** 970-234-9954

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard Puter
Colorado

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-viwq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7717
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** Patrick Filtz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Patrick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-mfd5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James & Toni Simpson
**Address:**
  8775 20th St. #929
  Vero Beach,  32966-6910
**Email:** tessyluv20@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. & Mrs. James Simpson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-ehfp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7721
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Rundlett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-cva3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004689

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kco-xaer |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7723
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-wsnn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7724
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Justin Keogh

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Justin Keogh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-wlg7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7725
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur O'Leary
**Address:**
  16 Barry Lane
  Leominster, MA, 01453
**Email:** oleary5150@comcast.net
**Phone:** 978-537-2642

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Art O'Leary
President, Leominster Sportsmen's Association

DOSWASHINGTON004692

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-a0l7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7726
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** micheal walker
**Address:**
  po 69721
  seattle,  98168
**Email:** cavvet@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Micheal Walker

DOSWASHINGTON004693

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-cn2v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walter REID

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Walter REID

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-u14i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7729
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Anthony Savagian

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-lhih
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bernie Sergent
**Address:**
  PO BOX 1604
  Wise, VA, 24293
**Email:** bnsergent1@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bernie N. Sergent

DOSWASHINGTON004696

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kco-tyz1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7731
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Vance

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
David Vance

DOSWASHINGTON004697

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-pnli
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7733
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walt Appel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Walt Appel

DOSWASHINGTON004698

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-r5t7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7734
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wilson Jack

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Wilson Jack, Jr.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kco-y2w0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7735
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas E Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-27pi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7736
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Zink

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Thomas G.Zink

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-gg9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7737
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Bartlett
**Address:**
4966 Bartlett Dr
Geneva,  44041
**Email:** jb270@roadrunner.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kco-21bh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7738
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
John Q. Public

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcn-v62b
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7739
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** oscar rodriguez
**Address:**
  15284 Saddleback rd
  Santa clarita,  91387
**Email:** oscar.rodriguez.jr@gmail.com
**Phone:** 3235333399

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Patriot and 2nd amendment supporter,
Oscar Rodriguez

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-h9b5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7740
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard Ferrari
**Address:**
  30 Penmerryl Dr
  Greenville, VA, 24440-1767
**Email:** lbf1@outlook.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Leonard B Ferrari

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-pp1q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7742
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Ippolito
**Address:**
 356 Springhouse Drive
 Lewisburg,  PA,  17837
**Email:** shoppe@dejazzd.com
**Phone:** 5705225081

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-zuoy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Ross

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jeffrey Ross
US Army Ret.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-7zee
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7745
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn Wheeler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely, Glenn Wheeler

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-4b0l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7746
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mike SAWYER

---

## General Comment

---- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-i0tr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7747
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Whitney Slater
**Address:**
   poulsbo,  WA,

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-a5kp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7748
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael McCandless

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Michael S. McCandless

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-pqb7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7749
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Concerned American

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-fme8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7750
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** August 03, 2015 | |
| **Status:** Posted | |
| **Posted:** August 04, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8kcn-5seu | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7752
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Tim M.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-x4na
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7753
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Taglieber
**Address:**
  P.O. Box 62
  Jackson Center, OH,  45334
**Email:** jtag@woh.rr.com
**Phone:** 937/419-0500

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James R. Taglieber

DOSWASHINGTON004717

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-ko90
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7754
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Keever

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard Keever

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-bt3h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7756
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Watts
**Address:**
    1309 North Market Street
    Washington, NC, 27889-3657
**Email:** armydad@suddenlink.net
**Phone:** 2529740325

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Watts
Washington NC

DOSWASHINGTON004720

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-qvcp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7757
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mikel Conner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-vh6z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7759
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Knoeffel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bryan Knoeffel

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-8vvd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7760
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-m9we
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7761
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** H A Stupka

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely H. A. Stupka

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-rgn9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7768
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Inman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Stephen W. Inman

DOSWASHINGTON004725

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-nwum
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7770
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Jones
**Address:**
    20 Samson Lane
    Middletown,  RI,  02842
**Email:** gelul@cox.net
**Phone:** 4018485394

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new Orwellian regulations in their entirety. Like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David E. M. Jones

DOSWASHINGTON004727

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-2qjo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Johnson
**Address:**
　5120 newberg st
　Brooklyn center,  MN,  55445
**Phone:** 7635663148

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Brian Menz

DOSWASHINGTON004729

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-6cg5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7774
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nate Burrows
**Address:**
  120 Timberlake Dr
  Ardmore,  AL,  35739
**Email:** natpro7420@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Nate Burrows

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcn-kocd |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael DuFresne

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael DuFresne

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-ysb0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Guida

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Adam Guida

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcn-506s |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7778
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Barber

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James T. Barber

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-r4px
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul Zullo

DOSWASHINGTON004734

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-rqe9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7780
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rudolph T. Lipinski II
**Address:**
　4104 maxwell ave.
　erie,  PA,  16504
**Email:** osmosis_51@yahoo.com
**Phone:** 814 217 9817

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely & respectfully

Rudolph T. Lipinski II,

DOSWASHINGTON004736

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-2kmt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stacy Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Stacy

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-75m7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7782
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Collins
**Address:**
    5441 Magnolia Street
    Commerce City,  CO,  80022
**Email:** cnlcollins@hotmail.com
**Phone:** 303-287-5772

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Charles E. Collins

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-cnwo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7783
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerzy Novak
**Address:**
   15411 Howe st
   Omaha, NE, 68144
**Email:** Jerzynov@cox.net
**Phone:** 402-333-2260

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jerzy Novak

DOSWASHINGTON004740

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-lkyv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremiah gigel smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, JG Smith.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcn-s37r |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7785
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Richard

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-uqvp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Adams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Larry Adams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-ow07
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-7788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Martin Franklin
**Address:**
   230 W Pacific
   Casa Grande,  AZ,  85122
**Email:** mrobzo@hotmail.com
**Phone:** 520-509-6520

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Martin Franklin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-h13s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7789
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M.F. Gilardi
**Address:**
    P.O. Box 356
    Bodega Bay,  CA,  94923
**Email:** mgjbseeker1@yahoo.com
**Phone:** 7075555555

---

## General Comment

To whom it may concern:

I most strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also most strongly oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I therefore most strongly urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely Yours
M.F. Gilardi

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-hq0v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7790
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Adkins
**Address:**
  1412 11th st
  Onawa, IA, 51040
**Email:** gdadkins51040@yahoo.com
**Phone:** 712-219-0100

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-96wj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7791
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-4c5q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Warsheski
**Address:**
    Bristol,  PA,  19007

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Warsheski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-534y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7793
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob Oakes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Bob Oakes

DOSWASHINGTON004749

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-q2ns
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Delwin Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Delwin Jones

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-m2lx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7796
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Glover

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Glover

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-42oq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7798
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Zarbock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Tim Zarbock

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcn-cjpx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
David

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-bv7z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7800
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** richard libbey
**Address:**
   2120 Ocean Boulevard
   FEMA Region 2
   Atlantic Beach,  NY,  11509
**Email:** richardlibbey@yahoo.com
**Phone:** 5167823665

---

## General Comment

To whom it may concern:

I understand you want unlimited control over the citizens of the United Stats but I strongly oppose the
rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers. 3D printers are advancing our idea of what is possible every day but you are

willing to kill the future because you have a desire to disarm us and our technological future and leave us as uneducated potential victims..

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-hw6f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7801
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Johnston
**Address:**
  9723 9th st se
  WA,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Signed,
Jim Johnston

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcn-owvy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clyde Cridlin
**Address:**
    85 Ellett Rd
    Christiansburg, VA, 24073
**Email:** ccridlin@verizon.net
**Phone:** 5403823968

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-wfmt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Iris Hooke
**Address:**
    491 Mill Ln.
    Monterey,  24465
**Email:** ibhooke@htcnet.org
**Phone:** 540-468-2375

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Iris Hooke

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-7qjm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7804
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-7789
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Meskimen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-s112
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7806
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pete Benfield
**Address:**
   146 Shenandoah Rd
   Poplarville,  39470
**Email:** cadenz1@fastmail.fm

---

## General Comment

To state department Employees:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Pete Benfield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-d80i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darlene Richison

---

## General Comment

I STRONGLY OPPOSE the re- write of the state department's arms control regulations (ITAR) which
could potentially grant the state department a wide ranging power to monitor and control gun related
speech on the Internet. The new language -- which includes making technical data available via a
publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of
facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-8k4w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7809
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004764

DOSWASHINGTON004765

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-4wtt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Hanna
**Address:**
    5072 Springdale
    Cincinnati,  45251
**Email:** mhanna500@gmail.com
**Phone:** 513-570-7683

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark Hanna

DOSWASHINGTON004767

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-k7a2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7811
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Tim Chaffee

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-ao6g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7812
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alex Boucher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Alex Boucher

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcn-saxr |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Szwejk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Szwejk

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-80wq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Mace
**Address:**
   1751 NE Franklin Ave
   Bremerton, WA, 98311
**Email:** training@pscnet.net
**Phone:** 360-377-5188

---

## General Comment

To whom it may concern:

As an NRA Certified Firearms Instructor, with over 30 years experience, I strongly oppose the rewrite of the State
Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to
monitor and control gun-related speech on the Internet.It is my goal as an instructor to provide training to actual and potential
firearms owners so they can become responsible firearms owners, much of this interaction is conducted over the internet. I
cant see the logic in regulating this type of communication.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama

administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,

Jim Mace
Training Coordinator
Poulsbo Sportsman Club
NRA Life Member
Certified Instructor
Training Councilor &
Chief Range Safety Officer
training@pscnet.net
H - 360-377-5188

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-7ste
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, David Newbury

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcn-4n3b |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7817
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Campbell
**Address:**
    4210 Fizer Ave.
    Memphis,  TN,  38111
**Email:** trc901@gmail.com
**Phone:** 901-628-3867

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas R. Campbell Jr.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcn-cwo2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Manuel Feliz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Manuel E Feliz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-lvxb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7820
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Steve DeForest

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-1iei
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Ty

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-dwft
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7822
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** al shabty

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
AL SHABTY

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-pcuq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-lrwb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7824
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fernando Benetti
**Address:**
  1213 Lause rd
  Bullheadcity,  AZ,  86442
**Email:** benettitransport@yahoo.com
**Phone:** 9282341819

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Fernando Benetti

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-nnhh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7825
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Underfinger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

**Ad Hoc Coalition for Effective Export Control Reform**
**1717 Pennsylvania Avenue, N.W. – Suite 1025**
**Washington, DC  20006**

August 3, 2015

VIA E-MAIL (publiccomments@bis.doc.gov AND DDTCPublicComments@state.gov)

| | |
|---|---|
| Ms. Hillary Hess | Mr. C. Edward Peartree |
| Director, Regulatory Policy Division | Director, Office of Defense Trade Controls Policy |
| Bureau of Industry and Security | Directorate of Defense Trade Controls |
| U.S. Department of Commerce | U.S. Department of State |
| Room 2099B | PM/DDTC, SA-1, 12th Floor |
| Washington, DC  20230 | Washington, DC  20522 |

**REF:  RIN 0694–AG32 (BIS) AND RIN 1400-AD70 (DDTC)**

**RE:    Comments on Proposed Revisions to Certain EAR and ITAR Definitions**

Dear Ms. Hess and Mr. Peartree:

The Ad Hoc Coalition for Effective Export Control Reform  ("CEECR")[1] appreciates the opportunity to comment on the proposed rules published by the U.S. Department of Commerce, Bureau of Industry and Security ("BIS") and the U.S. Department of State, Directorate of Defense Controls ("DDTC") on June 3, 2015 (80 Fed. Reg. 31505 and 80 Fed. Reg. 31525, respectively) concerning proposed revisions to certain definitions in the Export Administration Regulations ("EAR") and the International Traffic in Arms Regulations ("ITAR") (individually, the "BIS Proposed Rule" and the "DDTC Proposed Rule," and collectively, the "June 3 Proposed Rules").

The CEECR believes that the expressed aims, scope, and substance of the June 3 Proposed Rules are linked to those set forth in the proposed rule on Wassenaar Arrangement 2013 Plenary Agreements Implementation that BIS published on May 20, 2015 (80 Fed. Reg. 28853) (RIN 0694-AG49) (the "May 20 Proposed Rule" or the "Wassenaar Arrangement Implementation Rule").  Accordingly, Section XI contains comments relating to the May 20 Proposed Rule for consideration by BIS.

---

[1]  The Ad Hoc Coalition for Effective Export Control Reform ("CEECR") includes the following individuals:  Geoffrey M. Goodale, Managing Member, Trade Law Advisors, PLLC (Washington, DC); Andrea Fekkes Dynes, Staff Vice President and Associate General Counsel, General Dynamics (Falls Church, VA); Kay C. Georgi, Partner, Arent Fox LLP (Washington, DC); Gwendolyn W. Jaramillo, Partner, Foley Hoag LLP (Boston, MA); Jonathan M. Meyer, Attorney-at- Law (New York, NY); Jason I. Poblete, Partner, Poblete Tamargo LLP (Washington, DC); Christopher B. Stagg, Partner, Stagg Noonan LLP (Washington, DC); Roland L. Trope, Partner, Trope & Schramm LLP (New York, NY); Michael L. Burton and Douglas N. Jacobson, Members, Jacobson Burton PLLC (Washington, DC) (on behalf of TRW Automotive U.S. LLC d/b/a ZF TRW and other firm clients).  The comments set forth in this submission are fully supported by these individuals, but they do not necessarily reflect the views of the entities by which they are employed or whom they represent.

The CEECR applauds the U.S. Government's efforts to amend the EAR and the ITAR as part of the Obama Administration's ongoing Export Control Reform ("ECR") initiative.  It is quite apparent from the text of the June 3 Proposed Rules, from comments that agency officials have made regarding on the June 3 Proposed Rules, and from the experience of our members in analyzing the June 3 Proposed Rules that much thought went into the proposed definitions that are referenced in the June 3 Proposed Rules.

In our view, many of the proposed definitions that are set forth in the June 3 Proposed Rules represent significant improvements over earlier versions of proposed definitions that have previously been issued by BIS and DDTC.  However, it is the CEECR's view that the proposed definitions for certain terms under the EAR and ITAR could be further improved by making the changes or clarifications that are recommended below.

## I.      "Export" and "Reexport" Under the EAR and the ITAR

### A.      "Subject to the EAR" in Proposed EAR § 734.13 and EAR § 734.14

In the BIS Proposed Rule, the term "subject to the EAR" is not referenced in the proposed definition of "export" under EAR § 734.13, whereas that term has been used in connection with the current definition of "export" under the existing EAR.  For purposes of clarity, the CEECR recommends that the term "subject to the EAR" be added in the applicable places in the proposed definition for "export" under EAR § 734.13.  Specifically, we propose that the term "of items subject to the EAR" be inserted after the words "shipment or transmission" in subsection (a)(1).  We also propose adding the words "subject to the EAR" before the words "to a foreign national" in subsection (a)(2), before the words "in clear text" and the words "to a foreign national" in subsection (a)(6), and before the words "to a foreign national" in subsection (b).[2]

Similarly, we recommend adding the term "subject to the EAR" and additional changes to proposed EAR § 734.13(c) so that the text would read as follows.

The export of an item <u>subject to the EAR</u> that will transit through a country or countries <u>to a destination country</u>, or will be transshipped in a country or countries to a destination country, or are intended for export to the ~~new~~ destination country, is deemed to be an export to the ~~new~~ <u>destination</u> country <u>and not to the countries of transit or transshipment</u>.

This recommended text also has the benefit of adding clarity by substituting the term "destination country" for the term "new country" that exists in the proposed definition referenced in the BIS Proposed Rule and by adding the phrase or replacing the term "new country" in several places in sections 13(c) and 14(c) with the "and not to the countries or transit or transshipment" at the end of the proposed definition.

---

[2]  *See also* Section I.B.1 for additional recommended changes to proposed EAR § 734.13(a)(6) and related proposed EAR § 734.14(a)(4).

DOSWASHINGTON004784

For the reasons discussed above, the CEECR also recommends that conforming changes along the lines discussed above be made to the applicable parts of the proposed definition of "reexport" in proposed EAR § 734.14.  Specifically, the CEECR proposes that the term "subject to the EAR" be added after the words "shipment or transmission" in subsection (a)(1), before the words "to a foreign national" in subsection (a)(2), and before the words "to a foreign national" in subsection (a)(4).  We note that subsections 734.14(b) and (c) already include the phrase "subject to the EAR", as we have proposed should be the case in the corresponding subsections of proposed section 734.13.

> **B.      Proposed New Definition for Export – Release or Transfer of Decryption Keys, Network Access Codes, Passwords, etc.**
>
> > 1.      Proposed EAR § 734.13(a)(6)
> >         (And Conforming Changes to Proposed EAR § 734.14(a)(4))

Under the BIS Proposed Rule, the proposed definition for "export" under EAR § 734.13(a)(6) reads as follows:

> (6)   "releasing or otherwise transferring decryption keys, network access codes, passwords, 'software,' or other information with 'knowledge' that such provision will <u>cause or permit</u> the transfer of other 'technology' in  clear text or 'software' to a foreign national."   (emphasis added).

The CEECR understands that the BIS does not intend to include in the definition of export the mere act of releasing decryption keys, network access codes, passwords, 'software,' or other information but rather intends to focus on those situations where an individual undertakes such an act with knowledge that it will cause and result in a transfer of the EAR-controlled technology or software.  However the word "permit" is overly broad as any release of decryption keys, network access codes, passwords, 'software,' or other information could technically "permit" such access.

The CEECR also believes that the terms "cause or permit" may be overly broad with regard to access issues and do not match the "result in" terminology in proposed EAR § 764.2(l). We believe the terms "cause or permit" could be interpreted more broadly than BIS intends, to include scenarios in which, for example:  (a) a person has a decryption key stored in a briefcase in the same room as a foreign national who does not even know that the decryption key is in the briefcase because this might in theory "permit" the foreign national to have access to the decryption key; or (b) during a factory tour a foreign person receives access to an area adjacent to an area containing controlled information and breaks into the area containing controlled information.  Under the latter scenario, taking the person on the factory tour may be one of the "causes" of the break-in, but it is certainly not a "sufficient cause."  As such, the CEECR favors using the term **"result in"** instead of "cause or permit."

In addition, the CEECR believes that using the qualifier "in clear text or 'software'" within proposed paragraph (a)(6) could result in some confusion.  This is because some exporters might not think drawings, diagrams, specifications or other non-prose information is included within the term "clear text" or "software."  In the preamble to the BIS Proposed Rule, BIS has

DOSWASHINGTON004785

indicated that "[t]he meaning of 'clear text' in the proposed definition is no different than an industry standard definition, e.g., information or software that is readable without any additional processing and is not encrypted. Comments are encouraged regarding whether a specific EAR definition of the term is warranted and, if so, what the definition should be." While the term "clear text" may have an industry definition within the computer/information security industry, we are uncertain that it has a uniform meaning in that industry, or that its meaning is generally known within other industries.

For the reasons discussed above, the CEECR recommends that proposed EAR § 734.13(a)(6) be revised to read, in relevant part, as follows:

> (6) "releasing or otherwise transferring decryption keys, network access codes, passwords, 'software,' or other information with 'knowledge' that such provision will result in ~~cause or permit~~ the transfer of other 'technology' in unencrypted format ~~clear text~~ or 'software' in source code format to a foreign national." [3]

Alternatively, if BIS wishes to retain the term "clear text" in proposed EAR § 734.13(a)(6), the CEECR proposes that BIS define the term "clear text" to mean "information that is readable without further decryption." In addition, the CEECR recommends that BIS provide additional clarification regarding the term "software" since BIS is proposing to exclude from the definition of "export" transfers of object code to foreign nationals. See proposed EAR § 734.13(a)(2).

Furthermore, for all of the reasons discussed above, the CEECR recommends that conforming changes along the lines of those proposed above be made to the proposed definition of "reexport" in proposed EAR § 734.14(a)(4).

### 2. Proposed ITAR § 120.17(a)(6) (And Conforming Changes to Proposed ITAR §120.19)

Like the expansion of the definition of "Export" under the EAR, the new proposed ITAR § 120.17(a)(6) addresses the release or transfer of decryption keys, network access codes, passwords, software to a foreign person. However, the proposed ITAR definition differs significantly from the proposed EAR in the following two respects. First, unlike the EAR, the ITAR definition includes in the definition of "Export" the mere act of "providing physical access that would allow access to other technical data." Second, unlike the EAR, the ITAR definition includes in the definition of "Export" situations where **no** technical data has been or will be transferred to a foreign person. In the preambles to the referenced proposed rules, both DDTC and BIS have requested input from the public regarding the different formulations for this control.

---

[3] See also Section I.A. for additional recommended changes to proposed EAR § 734.13(a)(6) and related EAR § 734.14(a)(4).

DOSWASHINGTON004786

The CEECR believes that the proposed revised definition for "Export" in ITAR § 120.17(a)(6) is overly broad because, as written, it captures scenarios where a foreign person has been provided mere physical access to decryption keys, network access, or passwords but no actual transfer of ITAR-controlled technical data occurs. See similar discussion above relating to EAR § 734.13(a)(6) for examples of situations where mere physical access does not result in any export of controlled information, as a matter of fact. As written, the definition would capture all situations where "access" was provided (perhaps by mistake), regardless of other facts such as period of time involved (unfettered long-term access versus short-term access) and the reality of whether technical data was actually transferred to a foreign person as a matter of fact.

For all the reasons discussed above, the CEECR recommends that proposed ITAR § 120.17(a)(6) be revised to read as follows:

> (6) Releasing or otherwise transferring ~~information such as~~ decryption keys, network access codes, passwords, software, or other information with knowledge that such provision will <u>result in</u> the transfer of other <u>in unencrypted format</u> or 'software' <u>in source code format</u> to a foreign person.

Furthermore, for all of the reasons discussed above, the CEECR recommends that conforming changes along the lines of those proposed above be made to the proposed definition of "reexport" in ITAR § 120.19.

## II.   <u>"Release" Under the EAR and the ITAR</u>

### A.   **Proposed EAR § 734.15**

The CEECR commends BIS for seeking to create a new definition for the term "release" under proposed EAR § 734.15. As noted in the preamble to the BIS Proposed Rule, the proposed new definition of "release" would only apply to inspections of an item or applications of knowledge or technical experience that "actually reveal controlled technology or source code" to a foreign national. <u>See</u> 80 Fed. Reg. 31505, 31508 (June 3, 2015). The preamble goes on to explain that "merely seeing equipment does not necessarily mean that the seer is able to glean any technology from it and, in any event, not all visible information pertaining to equipment is necessarily 'technology' subject to the EAR." We believe the language in the definition of release is reasonably clear when read together with the preamble to the proposed rule.

However, after the new definition becomes effective, it may not be completely clear when reading the definition alone what BIS intended by the term "inspection", and by the two references to conduct that "reveals" technology or source code subject to the EAR to a foreign national. To ensure the language in the EAR is clear on its face, without also having to find and review the preamble to the proposed rule, we recommend that BIS take the following actions:

> (a)   replace the phrase "visual or inspection" with "visual or other examination" or "close inspection by visual or other means";  and

> (b)   to replace the two instances of the term "reveals" with the term "actually reveals" or "actually conveys".

Page 5 of 37

DOSWASHINGTON004787

In addition, for the reasons discussed above under section I.A, the CEECR proposes adding the words "subject to the EAR" after the words "by a foreign national of items" in proposed EAR § 734.15(a)(1) and before the words "in the United States or abroad" in proposed EAR § 734.15(a)(2).

**B.      Proposed ITAR § 120.50**

The CEECR agrees with the decision by DDTC to create and define the term "release" under proposed ITAR § 120.50 and for taking actions to make that definition consistent with the definition of "release" under proposed EAR § 734.15.  For the reasons discussed above, the CEECR also recommends that conforming changes along the lines discussed above relating to EAR § 734.15 be made to the applicable parts of proposed ITAR § 120.50, except that the term "subject to the EAR" language should not be added anywhere in proposed ITAR § 120.50.

**III.      "Activities that are not exports reexports, or transfers" Under the EAR and ITAR**

**A.      Proposed EAR § 734.18**

Under proposed EAR § 734.18(a)(4), certain activities are excluded from the proposed definitions of export, reexport and transfer, including:

(4)  sending, taking, or storing technology or software that is:

(i) Unclassified;

(ii) Secured using end-to-end encryption;

(iii) Secured using cryptographic modules (hardware or software) compliant with Federal Information Processing Standards Publication 140-2 (FIPS 140-2) or its successors, . . . ., or other similarly effective means; and

(iv) Not stored in a country listed in Country Group D:5 (*see* Supplement 1 to part 740 of the EAR) or in the Russian Federation.  (emphasis added).

The CEECR recommends that BIS clarify its intention that an electronic transmission (*e.g.*, an e-mail) which may *transit* a country in Country Group D:5 or in the Russian Federation, and which otherwise meets the requirements of subsection (4), falls within the scope of activities that are not exports, reexports, or transfers.  Specifically, such electronic transmissions are not "stored" in a country listed in Country Group D:5 or the Russian Federation.  Thus, for example, a party sending an email that contains technology subject to the EAR, using end-to-end encryption and meeting the other requirements of subsection 4 can rely on such an electronic transmission *not* to constitute an export, reexport or transfer provided the party does not know that the email server is located in Country Group D:5 or in the Russian Federation.

DOSWASHINGTON004788

### B.      Proposed ITAR § 120.52

Under proposed ITAR § 120.52, certain activities are excluded from the proposed definitions of export, reexport and transfer, including:

(4)  sending, taking, or storing technical data or software that is:

(i)Unclassified;

(ii) Secured using end-to-end encryption;

(iii) Secured using cryptographic modules (hardware or software) compliant with Federal Information Processing Standards Publication 140-2 (FIPS 140-2) or its successors, supplemented by software implementation, cryptographic key management and other procedures and controls that are in accordance with guidance provided in current U.S. National Institute for Standards and Technology publications; and

(iv) Not <u>stored</u> in a country proscribed in §126.1 of this subchapter or the Russian Federation.  (emphasis added)

The CEECR recommends that DDTC clarify its intention that an electronic transmission (such as an email) which may *transit* a country proscribed in §126.1 of this subchapter or the Russian Federation, and which otherwise meets the requirements of subsection (4), falls within the scope of activities that are not exports, reexports, or retransfers.  Specifically, such electronic transmissions are not "stored" in a country proscribed in §126.1 of this subchapter or the Russian Federation.  Thus, for example, a party sending an email that contains unclassified technical data, using end-to-end encryption and meeting the other requirements of subsection 4 can rely on such an electronic transmission *not* to constitute an export, reexport or transfer provided the party does not know that the email server is located in a country proscribed in ITAR § 126.1 or in the Russian Federation.

## IV.    <u>"Activities that are not 'deemed reexports'" Under the EAR</u>

### A.      The Term "Is Certain" in Proposed EAR § 734.20

In the BIS Proposed Rule, proposed EAR § 734.20(a)(2) states that a "deemed reexport" does not occur if an entity:

[i]s certain that the foreign national's most recent country of citizenship or permanent residency is that of a country to which export from the United States of the "technology" or "source code" at issue would be authorized by the EAR either under a license exception, or in situations where no license under the EAR would be required." (emphasis added)

DOSWASHINGTON004789

Significantly, the term "certain" is not defined in the current EAR or in the BIS Proposed Rule, and as such, use of the term may cause confusion. Moreover, as a practical matter, it is not generally possible for companies to achieve 100% certainty about the citizenship or residency status of nationals of their own country, let alone dual or third country nationals.

The CEECR does not believe that the intent of BIS was to set an impossibly high standard or to create a strict liability standard under which a company may be found liable for improperly reexporting to a dual/third country national even if the company reasonably relies on ordinary identification documents, passports, visas, etc. to determine the nationality or residency of an individual. However, if that was BIS's intent, we do not believe that such a strict liability standard is appropriate. Non-U.S. entities that receive controlled items and technology should be allowed to use ordinary means of determining the citizenship or residency of an individual. Requiring them to achieve "certainty" could effectively stifle cooperation with close allies because it would make it far harder for companies inside close U.S. allies U.S. to collaborate with U.S. companies on export-controlled projects, which collaboration it is a major objective of export reform to promote.

For the reasons discussed above, the CEECR recommends that the term "has knowledge" be substituted for the term "is certain" in applicable places in  proposed EAR § 734.20(a)(2). The CEECR believes that the term "has knowledge" is more clear (and consistent with other portions of the EAR) than the term "is certain" and is more in line with the objectives of BIS.

**B.      Proposed EAR §§ 734.20(b)-(c)**

Proposed subsections (b) and (c) of proposed EAR § 734.20 exclude from the concept of "deemed reexport" other releases of technology or source code, by an entity outside the United States, to foreign national employees, if the employee is a national only of a country in Country Group A:5, or if certain specified clearances, screening measures or safeguards are in place. One of the requirements for the subsection (b) and (c) exclusions from the concept of "deemed reexport" is that the "release of 'technology' or 'source code' takes place entirely within the physical territory" of a country in Country Group A:5, or the country in which the entity releasing the technology or source code "is located, conducts official business, or operates."

Modern electronic communications often involve conduct falling within the definition of "release" that occurs in more than one location. It will often be the case that a release of U.S.-origin technology or software could be said to take place partially within the United States and partially within the country in which the foreign person employee is located. In each case we believe that it would be consistent with the purposes of these exceptions, and would make them more practical and straightforward to apply, if the restriction on the location of the release also included the physical territory of the United States. For these reasons, the CEECR proposes that the words "or within the physical territory of the United States" be added at the end of each of subsections (b)(4) and (c)(3) of proposed EAR § 734.20.

DOSWASHINGTON004790

**V.** **"Knowledge" and "Violations" Under the June 3 Proposed Rules**

**A.** **Proposed EAR § 764.2(l)**

Under proposed EAR § 764.2(l), it is stated that the "release" or transfer of data security-related information (*e.g.*, decryption keys, network access codes, or passwords) "with 'knowledge' that the release will result, directly or indirectly, in an unauthorized export, reexport, or transfer of the 'technology'" will constitute a violation to the same extent as a violation in connection with the export of the controlled "technology" or "software." The CEECR supports the inclusion of a knowledge qualifier in this proposed new CEECR of the EAR.

However, the CEECR notes that the terms "directly or indirectly" may be confusing when speaking of decryption keys and access issues. This is because transferring or releasing an encryption key or granting access is inherently only an indirect way to export technology or software. Use of the term "indirect" here raises numerous questions, such as (a) whether failing to secure all possible vulnerabilities against hackers (an impossibility) would in and of itself constitute a violation (because there is knowledge that this could "indirectly" result something), and (b) whether failing to properly train an employee who falls victim to a "phishing" attack is a violation (because there is knowledge that a foreign national might "indirectly" use the attack to steal export controlled technology or software). Accordingly, the CEECR proposes that the terms "directly or indirectly" be deleted from proposed EAR § 764.2(l).

**B.** **Inconsistency of Statements on "Knowledge" in the Preamble and the BIS Proposed Rule**

The BIS Proposed Rule indicates that the term "knowledge" within the definition of "export" would limit the scope of the term "export." However, in the preamble to the BIS Proposed Rule, BIS raises the issue of whether a party that acts without "knowledge" may still be guilty of violations. BIS states that the proposed rule would:

> Add text prohibiting the release or other transfer of information (e.g., decryption keys, passwords or access codes) with knowledge that such release or other transfer will result in an unauthorized export, reexport or transfer of other technology or software. This addition provides specific grounds for bringing charges with respect to one particular type of misconduct. However, existing EAR provisions, including the prohibition on <u>causing, aiding or abetting a violation of the EAR or license, authorization or order could be used to bring charges for that same type of misconduct</u>.

80 Fed. Reg. at 31513 (emphasis added).

The CEECR is concerned that the underlined language above is in tension with the stated intent to use a knowledge qualifier within the proposed definitions of "export" and "reexport" set forth in the BIS Proposed Rule. The above language appears to say that the "same type of conduct" that is not a violation because there is no "knowledge" of a transfer could nevertheless be considered "causing, aiding or abetting a violation." Our understanding is that BIS's intention

Page 9 of 37

DOSWASHINGTON004791

was to say that "causing, aiding or abetting a violation of the EAR or license, authorization or order could be used to bring charges for other or related conduct even if there is no "knowledge" that a transfer will occur with respect to transfer of a particular technology or software." Accordingly, the CEECR requests that BIS provide clarification on this issue in the final rule.

### C.     Proposed ITAR §§ 127.1 (a)(6) and §127.1 (b)(4)

The DDTC Proposed Rule would add two new subsections describing activities that constitute violations of the ITAR.

- Proposed ITAR § 127.1(a)(6) would make it unlawful "to export, reexport, retransfer, or otherwise make available to the public technical data or software if such person has knowledge that the technical data or software was made publicly available without an authorization described in CEECR 120.11(b) of this subchapter.  (emphasis added).

-  In contrast, proposed ITAR § 127.1(b)(4) would make it unlawful "to release or transfer information, such as decryption keys, network access codes, or passwords that would allow access to other technical data in clear text or to software that will result, directly or indirectly, in an unauthorized export, reexport, or retransfer of the technical data in clear text or software.   Violation of this provision will constitute a violation to the same extent as a violation in connection with the export of the controlled technical data or software." (emphasis added)

In proposed ITAR § 127.1(a)(6), DDTC does not penalize the act where an individual exports/reexports/retransfers information obtained from a public resource, such as the Internet, when such individual does not have knowledge that information is subject to ITAR.  Rather, DDTC criminalizes the act where the individual exports, reexports, transfers such information with knowledge that it contains ITAR-controlled technical data or software which was made publicly available without an authorization.

However, proposed ITAR § 127.1(b)(4) does not similarly address those situations where an individual acts with or without knowledge; but rather it equally penalizes both acts.  As a result, for example, an individual who provides (perhaps mistakenly) a network password to a foreign person  without knowledge that it will result in access to technical data, would be liable for such acts – *even when no actual export of ITAR-controlled technical data result*s.

The strict liability approach taken in proposed ITAR § 127.1(b)(4) is inconsistent with proposed ITAR § 127.1(a)(6) (which would result in no liability for mistaken acts, even though an actual export of ITAR-controlled technical data would result).  Proposed ITAR § 127.1(b)(4) also would be inconsistent with proposed EAR § 764.2(1), which has a knowledge requirement similar to that of ITAR § 127.1(a)(6).  *See* discussion above in Section V.A.

DOSWASHINGTON004792

The CEECR urges DDTC to revise proposed ITAR § 127.1(b)(4) to be consistent with proposed ITAR § 127.1(a)(6) in terms of including a knowledge or scienter requirement, which also would be consistent with proposed EAR § 764.2(1). Specifically, we recommend that proposed ITAR § 127.1(b)(4) be revised as follows to make it unlawful:

> "to release or transfer information, such as decryption keys, network access codes, or passwords **with knowledge that such provision will result**, directly or indirectly, in an unauthorized export, reexport, or retransfer of the technical data in clear text or software."

In addition, we propose that a safe harbor be created for instances in which the release or transfer of decryption keys, network access codes, or passwords does not actually result in the disclosure of technical data in clear text or software to a foreign person. We recommend that the following language be added to create such a safe harbor:

> "Violation of this provision will be **presumed to** constitute a violation to the same extent as a violation in connection with the export of the controlled technical data or software **unless the exporter can establish to the Department's satisfaction that the release or transfer of the decryption keys, network access codes or passwords, did not result in the actual access to** technical data in clear text or to software by a foreign person."

## VI.   "Required" and "Peculiarly Responsible" Under the BIS Proposed Rule

### A.   Proposed Definitions of "Required" and "Peculiarly Responsible" Under EAR § 772.1

The BIS rule adds a definition to "required" stating that the term refers "only to that portion of 'technology' and 'software' that is peculiarly responsible for achieving or exceeding the controlled performance levels, characteristics or functions." The BIS then defines "peculiarly responsible" by using a catch and release technique employed under the "specially designed" section of the EAR and ITAR.

The CEECR believes that, due to the unique nature of technology and software, using the "catch and release" technique is a both significant departure from the EAR's General Technology Note and an expansion of the controlled technology and software that will no longer be based on the technology or software being responsible for achieving control parameters.

The current EAR contain an element of causality in its definition of "required" in the following example, which is maintained in the current proposed definition of required:

> For example, assume product "X" is controlled if it operates at or above 400 MHz and is not controlled if it operates below 400 MHz. If production technologies "A", "B", and "C" allow production at no more than 399 MHz, then technologies "A", "B", and "C" are not "required" to produce the controlled product "X". If technologies "A", "B", "C", "D", and "E" are used together, a manufacturer can produce product "X" that operates at or above 400 MHz. In this example,

DOSWASHINGTON004793

technologies "D" and "E" are "required" to make the controlled product and are themselves controlled under the General Technology Note. (See the General Technology Note.)

In other words, even though technologies A, B and C are used to produce controlled product X, because they contribute nothing to making product X operate at or above 400 MHz – the control level – they are not controlled. In other words, to use plain English,

- A, B and C are not "required" – they are not "wanted, needed or called for" to use the <u>Webster's</u> definition[4] -- to produce that characteristic;

- A, B and C are also not "peculiarly responsible" – they are not "exclusively"[5] "answerable as the primary cause motive or agent"[6]

But if we use the new 'catch and release' definition proposed for "peculiarly responsible," all three technologies are "caught" because they are "used in or for use in the development, production or use" of the controlled item in question. And there is no guarantee that they will be "released" under (b)(3)-(b)(6). The technologies/software may only be used in or for use in the development or production the controlled item and not an EAR99 or AT-controlled item that is in "production" – not because they cause the properties that are the reason for the control – but simply because they are not used elsewhere. And as a lesser technology or software, there may not be the design history or documentation necessary to meet the other reasons for release. In short, the catch and release may result in over-control of the A, B and C types of technology and software that are not important to the reasons for control, but just happen to be for use in or for use in the development production or use of the controlled item.

The CEECR believe that the technologies that the BIS seeks to control are those that can usefully be thought of as a "but-for" cause of an item achieving a specified level or threshold of performance. In the above-example, technologies "D" and "E" would qualify as "but-for" causes of a product "X" operating at or above 400 MHz. The focus on the "but-for" causes of performance is lost in the "catch and release" definition proposed for "peculiarly responsible." Whereas the use of a "but-for" cause approach would be far easier for exporters to understand and implement, would result in a more intuitive and consistent definition of "peculiarly response", and would avoid extending the control to technologies for which there would not appear to be a need or reason for control.

It should also be noted, that, by eliminating the causal link between the

---

[4] <u>Webster's New International Dictionary of the English Language</u>, 2117 (1942) (to "require" is "to demand or exact as necessary or appropriate; hence, to want; to need; to call for…") (hereinafter "<u>Webster's</u>").

[5] <u>Webster's</u> at 1801 (defining "peculiar" as an "exclusive property or privileged . . .")

[6] <u>Webster's</u> at 2124 (defining "responsible" as "answerable as the primary, cause, motive, or agent, whether good or evil, creditable or chargeable with the result.")

Page 12 of 37

DOSWASHINGTON004794

technology/software and the controlled commodity, the catch and release definition is changing the definition from that found in the dictionary – and the Wassenaar Arrangement (which does not define the term "peculiarly responsible") to a very different definition found in neither the dictionary nor the Wassenaar Arrangement.

Put another way, just because a technology or software is used in or for a controlled item, and is not used in or for a non-controlled item (according to the proposed "catch and release" definition), does not mean that the technology or software is "wanted, needed or called for," to use the Webster's definition of "required," or "exclusively" "answerable as the primary cause motive or agent," to use the Webster's definition of "peculiarly responsible" for making the item controlled.  In short, the proposed definition might well cause the United States to interpret the term significantly differently the other Wassenaar Members.

Finally, the CEECR respectfully submits that the catch and release principals of "specially designed" are much more easily applied to parts, components, attachments and accessories, then it is to technologies.  Due to its nature, it is more difficult to determine which technologies are used in different products, making the release part of the task particularly difficult to apply in real life.

In light of these concerns, the CEECR recommends that BIS omit the "catch and release" definition of "peculiarly responsible" and allow exporters to continue to rely on the dictionary definitions of "peculiarly responsible" and the A,B,C,D and E example provided in the "required" definition.

## VII.   "Required" Under the DDTC Proposed Rule

### A.   ITAR § 120.46

The DDTC Proposed Rule adds proposed ITAR § 120.46, stating that the term "required" refers "only to that portion of technical data that is peculiarly responsible for achieving or exceeding the controlled performance levels, characteristics or functions."  There are several recommendations that the CEECR wishes to make to this proposed definition of "required."

As an initial matter, the CEECR notes that proposed ITAR § 120.46 does not make reference to "software."  Given that the definition of "required" under proposed EAR § 772.1 makes reference to both "technology" and "software," we believe that the omission of the term "software" in proposed ITAR § 120.46 was an inadvertent error on the part of DDTC. Accordingly, the CEECR recommends that DDTC include the term "software" in the proposed definition of "required" when final rule is issued.

Second, for the same reason set forth above, the CEECR believes that DDTC should BIS omit the "catch and release" definition of "peculiarly responsible" and allow exporters to continue to rely on the dictionary definitions of "peculiarly responsible."

If DDTC continues to use the "catch and release" definition of "peculiarly responsible," however, the CEECR has the following suggestions.

Page 13 of 37

First, the CEECR believes that proposed Paragraph 5 to proposed Note 3 to paragraph (a) of proposed ITAR § 120.46 should be revised.  Proposed Note 3 to paragraph (a) to proposed ITAR § 120.46 states that technical data is peculiarly responsible for achieving or exceeding controlled performance levels, characteristics or functions "if it is used in or for use in the development . . . , production . . . , operation, installation, maintenance, repair, overhaul, or refurbishing of a defense article unless . . . 5.  It was or is being developed for use in or with general purpose commodities or software (*i.e.* with no knowledge that it would be for use in or with a <u>particular commodity</u>)" (emphasis added).

For consistency and clarity, the CEECR recommends that DDTC revise Paragraph 5 to proposed Note 3 to paragraph (a) of proposed ITAR § 120.46 by substituting the phrase "defense article" for the phrase "particular commodity."  There are several reasons why such action would be beneficial.

First, we note that DDTC's primary interest is in regulation of technical data associated with defense articles.  Moreover, our understanding is that DDTC does not intend to use this note to control technical data pertaining to general use commodities, even if there is knowledge of which general use commodity it will be used with (*i.e.*, a "particular commodity").

Second, the recommended change reconciles Note 3, paragraph 5 with Note 3, paragraph 4.  Paragraph 4 excepts technical data that was, or is being, developed with knowledge that it is for use in or with both defense articles and commodities not on the U.S. Munitions List.  Without some revision along the lines suggested here, paragraphs 5 could be read to carve out technical data that was developed with knowledge that it would be used with both defense articles and non-defense articles, while controlling technical data developed without knowledge that it would be used with a defense article.  This does not appear to be consistent with the DDTC's concern for regulating defense articles.

Third, the recommended substitution harmonizes the Note 3 with the corresponding proposed revisions to the EAR set forth in the BIS Proposed Rule relating to the proposed definition for the term "peculiarly responsible" in proposed revisions to proposed EAR § 772.1.  Specifically, the BIS Proposed Rule carves out of the definition of "Peculiarly responsible" various scenarios, including when an item "was or is being developed with 'knowledge' that it would be for use in or with commodities or software described in … an ECCN controlled for AT-only reasons and also EAR99 commodities or software…."  (proposed EAR § 772.1, "Peculiarly responsible, subparagraph (6).)  Commodities or software falling under ECCNs controlled for reasons only of AT or under EAR99 are under less restrictive export controls than other items that are "peculiarly responsible" for achieving controlled performance levels.  Our proposed recommendation relating to ITAR § 120.46, Note 3, paragraph 5 would render the proposed term "required" consistent with the proposed EAR definition of "peculiarly responsible" in this respect.

## B.    ITAR § 120.41

We note that the proposed definition of "required" tracks with the ITAR's existing definition of "specially designed" (*see* ITAR § 120.41), and that the existing definition of "specially designed" contains similarly unclear language in paragraph (b)(5), referring to "a

DOSWASHINGTON004796

particular commodity (*e.g.*, a F/A-18) or type of commodity (*e.g.*, an aircraft or machine tool)" when "a particular defense article (e.g., a F/A-18 or HMMWV) or type of defense article (e.g., an aircraft or machine tool)." It does not appear that there was any discussion of this aspect of the definition of "specially designed" in the promulgation of CEECR 120.41. *See* 78 Fed. Reg. 22747 (Apr. 16, 2013). As such, we recommend that DDTC also revise the definition of "specially designed" to substitute the words "particular defense article" for "particular commodity" and "type of defense article" for "type of commodity in ITAR § 120.41(b)(5).

## VIII. Proposed ITAR § 120.9 – "Defense Service"

Under DDTC's Proposed Rule, proposed ITAR § 120.9(a)(2) and its corresponding note provide:

> (2) The furnishing of assistance (including training) to a foreign person (see § 120.16), whether in the United States or abroad, in the development of a defense article, or the integration of a defense article with any other item regardless of whether that item is subject to the ITAR or technical data is used;

> Note to paragraph (a)(2): ''Integration'' means any engineering analysis (see § 125.4(c)(5) of this subchapter) needed to unite a defense article and one or more items. Integration includes the introduction of software to enable operation of a defense article, and the determination during the design process of where an item will be installed (e.g., integration of a civil engine into a destroyer that requires changes or modifications to the destroyer in order for the civil engine to operate properly; not plug and play). Integration is distinct from ''installation.'' Installation means the act of putting an item in its predetermined place without the use of technical data or any modifications to the defense article involved, other than to accommodate the fit of the item with the defense article (e.g., installing a dashboard radio into a military vehicle where no modifications (other than to accommodate the fit of the item) are made to the vehicle, and there is no use of technical data.). The ''fit'' of an item is defined by its ability to physically interface or connect with or become an integral part of another item.

80 Fed. Reg. at 31534 (emphasis added to highlight text of particular concern).

Having reviewed the text of proposed ITAR § 120.9(a)(2) and the note thereto, as well as DDTC's responses to prior comments, we believe that DDTC's conditioning the term "installation" on there being "*no* use of technical data" is overbroad and could have significant negative consequences across a number of industries. As discussed below, we believe the proposed text of the Note has a number of drawbacks.

Inconsistency Between Section 120.9(a)(2) and its Note. To begin with, there is inconsistency between proposed ITAR § 120.9(a)(2) and its Note. The proposed text of Section 120.9(a)(2) defines "defense service" "*regardless of whether . . . technical data is used.*" The corresponding note, however, then makes the use of *any* technical data dispositive with regard to whether the service will be treated as "integration" rather than merely "installation" – apparently even when limited to "fit." Thus, the proposed rule and note read in conjunction are internally

DOSWASHINGTON004797

inconsistent because, as proposed, the determination of whether a defense service is rendered is not without regard to the use of technical data.

Receipt / Use of Technical Data is Common and Often Necessary When Specially Designing Components for Defense Articles. In addition, proposed ITAR § 120.9(a)(2) and its Note fail to recognize that the receipt and use of technical data is common and often necessary when specially designing components for defense articles. In the automotive, aerospace, and maritime sectors, for example, it is common for defense contractors manufacturing military platforms or their subsystems to contract with commercial suppliers for specific parts and components. As is commonly known, the form factor of these parts and components often must be modified in a variety of ways to fit the vehicle or aircraft, or an assembly thereof. Indeed, the transfer of jurisdiction from DDTC to BIS over such "600 Series" items expressly acknowledges this issue and has been a major goal and achievement of the ECRI.

As part of the process of developing, modifying, and manufacturing commercial items specially designed for use in defense articles, it is common and often necessary (though not always the case) that the manufacturer of the platform will provide certain technical data regarding the vehicle so the commercial component supplier can make appropriate modifications to the component to ensure that the form factor of the component will allow it to "fit" the vehicle – i.e., to physically interface or connect with or become an integral part of another item.

Which technical data is shared with the component manufacturer is determined by the vehicle manufacturer. In some cases, the vehicle manufacturer will provide very limited technical data regarding only those vehicle systems into which the component must fit. In other cases, the vehicle manufacturer might provide a broader range of data about the vehicle. In relatively few cases, however, would a defense contractor provide no technical data to component manufacturers that are specially designing components for a defense article.

Our concern, therefore, is that registration as a manufacturer / exporter under the ITAR and obtaining a Technical Assistance Agreement or other authorization under the ITAR would be required in many (or even most cases) merely to modify a commercial item for installation into a defense article – in addition to obtaining BIS authorization for export of the item.

Proposed Rule Threatens to Undercut ECR By Requiring DDTC *and* BIS Licenses for 600 Series Items. Moreover, as written, proposed ITAR § 120.9(a)(2) and its Note threaten to undercut the ECRI by in effect requiring both DDTC *and* BIS licenses for 600 Series Items. This potential dual licensing (and registration) requirement is inconsistent with and threatens to undercut what is a hallmark of the President's ECRI. With due respect to differing perspectives, if the intent were to transfer control over specially designed components of defense articles to BIS but continue to regulate under the ITAR the process of component design and manufacture, the very rationale of the reform is called into question from the standpoint of industry. In short, we would urge great care in not allowing an (unintentionally) overbroad explanation of "integration" to gut the significant and welcome efficiencies that the ECRI has promised and can achieve. We note further that any such dual licensing is likely to be identified by foreign customers who will seek foreign sources of supply to "engineer around the ITAR."

DOSWASHINGTON004798

Modification / Engineering Analysis of the Defense Article *Beyond* Component "Fit" Is a More Reasonable Basis for Control under section 120.9(a)(2), Not Whether Technical Data was Provided or Relied Upon When Specially Designing the Component. Modification/engineering analysis of the defense article *beyond* component "fit" is a more reasonable basis for control under proposed ITAR § 120.9(a)(2), not whether technical data was provided or relied upon when specially designing the component. Whether a defense service is deemed to be exported would be more reasonably and objectively determined by the nature of the engineering analysis or "integration" provided to the foreign recipient (*i.e.*, the service), not the technical data provided to or relied upon by the component manufacturer specially designing a commercial item for "installation" into the defense article. We understand DDTC's interest in asserting control over major modifications to the military platform *beyond* "fit." For the reasons set forth above, however, we do not believe that modifications limited to "fit" – regardless of whether technical data is used – should be controlled as a defense service.

Introduction of Software Must Be "Required" for the Operation of a Defense Article to Constitute A Defense Service. On a separate but related issue, the CEECR has concerns regarding DDTC's proposal to include in the definition of "integration" for purposes of the Note the following text: *"Integration includes the introduction of software to enable operation of a defense article...."* The language as proposed is significantly overbroad and should be revised.

Numerous examples come to mind where introducing or installing software on a defense article should not be controlled as a defense service – e.g., installing a commercial operating system (such as Windows 10) on a Category XI defense article. The CEECR believes it would be more appropriate to base the control of software introduction on whether the software introduced and/or some unique feature of the installation itself is "required" for operation of the defense article.

We recommend that the introduction of the software must be "required" – i.e., "peculiarly responsible for achieving or exceeding the controlled performance levels, characteristics, or functions." Using such a defined term also is preferable to the undefined term "enable" in that it furthers the goal of consistency of interpretation across sections of the ITAR and the EAR.

As discussed above under Part VII, the CEECR believes that DDTC and BIS should omit the "catch and release" definition of "peculiarly responsible" and allow exporters to continue to rely on the dictionary definitions of "peculiarly responsible." Moreover, we urge DDTC to revise the proposed definition of "required" in the ways discussed above under Part VII.

DDTC Should Harmonize Proposed ITAR §§ 120.9(a)(1) & (a)(2) to Preserve Distinction Between Installation and Integration. In its response to comments on the prior proposed rules regarding ITAR §120.9, DDTC writes:

> The modifications of the ''defense article'' to accommodate the fit of the item to be integrated, which are within the activity covered by installation, are only those modifications to the ''defense article'' that allow the item to be placed in its predetermined location. Any modifications to the design of a ''defense article'' are beyond the scope of installation. Additionally, while minor modifications may be made to a ''defense article'' without the activity being controlled under (a)(2)

DOSWASHINGTON004799

> *as an integration activity, <u>all modifications of defense articles, regardless of</u>* <u>*sophistication, are activities controlled under (a)(1) if performed by someone with*</u> <u>*prior knowledge of U.S.-origin ''technical data.''*</u>

80 Fed. Reg. at 31531 (emphasis added to highlight text of particular concern).

If DDTC intends to accept any of CEECR's comments and suggested revisions to ITAR §120.9(a)(2), then some harmonization is required to resolve the apparent trumping of subsection (a)(2) by (a)(1), if the person performing the installation has prior knowledge of U.S.-origin technical data. We believe this could be accomplished with additional clarifying language in the Note to subsection (a)(2) and have suggested this below.

In addition to our concerns about the impact on subsection (a)(2), the CEECR believes that DDTC's defining whether a defense service is rendered by virtue of whether an engineer has knowledge of technical data is again overbroad. While we appreciate DDTC's attempts to limit in certain respects what type of technical data an engineer might have in her head that would rise to the level of performing a defense service (e.g., technical data related to the same USML category as the current project), we believe it remains overbroad and not as well defined as industry would hope.

Under the current proposed rule, an engineer who had prior knowledge of technical data in Category XI could not perform <u>any</u> modification related to another Category XI item (even mere installation) without having rendered a defense service. We need not remind you how broad certain categories of the USML remain even after ECRI. We believe a more logical approach would be break the defense service analysis into elements to look at several factors to determine whether a defense service had been rendered, including for example, (1) knowledge and (2) use of (3) U.S.-origin (4) technical data (5) "required" (6) to modify (among other types of activities) (7) a defense article (8) beyond "installation" / "fit."

We do not mean to suggest that this is a perfect alternate formulation, but it illustrates that the issue contains more facets than an engineer's knowledge of technical data, which would benefit from a more refined rule. We note that the proposed revision to the Note to proposed subsection (a)(2) below does not alleviate this broader concern with (a)(1). It should, however, reconcile the tension between the two provisions.

<u>Proposed Revision</u>. For the reasons discussed above, the CEECR recommends that DDTC revise the Note to paragraph (a)(2) of proposed ITAR § 120.9 as follows (deletions are indicated with strike-throughs and additions are in small caps):

**Note to paragraph (a)(2):** ''Integration'' means any engineering analysis (see § 125.4(c)(5) of this subchapter) needed to unite a defense article and one or more items. Integration includes the introduction of software ~~to enable~~ "required" for operation of a defense article, and the determination during the design process of where an item will be installed (e.g., integration of a civil engine into a destroyer that requires changes or modifications to the destroyer in order for the civil engine to operate properly; not plug and play). Integration is distinct from ''installation.'' Installation means the act of putting an item in its predetermined place without ~~the~~

Page 18 of 37

use of technical data or any modifications to the defense article involved, other than to accommodate the fit of the item with the defense article (e.g., installing a dashboard radio into a military vehicle where no modifications (other than to accommodate the fit of the item) are made to the vehicle, and there is no use of technical data.). The ''fit'' of an item is defined by its ability to physically interface or connect with or become an integral part of another item. ([S]ee § 120.41). *A TRANSFER OF TECHNICAL DATA OR OTHERWISE HAVING KNOWLEDGE OF TECHNICAL DATA RELATED TO "FIT" OR PROVIDED FOR THE PURPOSE OF ACCOMMODATING THE "FIT" OF AN ITEM IN A DEFENSE ARTICLE IS NOT ITSELF SUFFICIENT TO ESTABLISH "INTEGRATION" (E.G., LIGHT ARMORED VEHICLE MANUFACTURER PROVIDES A STEERING COLUMN MANUFACTURER TECHNICAL DATA REGARDING THE VEHICLE OR ITS SUBSYSTEMS TO ENABLE MODIFICATIONS TO A COMMERCIAL STEERING COLUMN, BUT NO TECHNICAL DATA RELATED TO MODIFICATIONS TO THE VEHICLE (OTHER THAN TO ACCOMMODATE THE FIT OF THE STEERING COLUMN) ARE TRANSFERRED FROM THE STEERING COLUMN MANUFACTURER TO THE VEHICLE MANUFACTURER).*

We believe that the suggested revisions above, including the addition of the last sentence, would be a reasonable solution to accommodate industry's concerns – yet still safeguard national security interests.

Manufacturing and Production Consulting Services. U.S. persons that are consultants in specialized manufacturing and production optimization processes and techniques, such as Six Sigma and Lean Manufacturing, are often asked by foreign manufacturers of defense articles to provide consulting services in this area. The current definition of "defense services" is so broad that such services are captured when the services are associated with the manufacture or production of foreign defense articles.

While the proposed changes to ITAR § 120.9(a)(1) removes the term "manufacture" from the current definition and adds language attempting to limit the scope of "assistance" considered to be a defense services, the proposed definition may still unintentionally capture Six Sigma or Lean Manufacturing techniques associated with the production of a foreign defense article. For example, it is possible that a U.S person who may have obtained some "knowledge of U.S. origin technical data directly related to the defense article that is subject to the assistance, prior to the performing of the service" in the foreign country. However, the mere knowledge of ITAR controlled technical data should not be sufficient to capture a production-related consulting service if the information conveyed is general in nature and does not change the technical specifications or military characteristics of a foreign defense article. For example, a U.S. person consultant may provide guidance to a foreign defense article manufacturer on how to optimize workflows of a production line used to manufacture defense articles. Similarly, a U.S. person consultant may recommend the use of a particular commercial-off-the-shelf adhesive in lieu of the current one being used. In both cases, the services provided should not be considered a defense service.

DOSWASHINGTON004801

As a result, we recommend that an additional note to paragraph (a) be included as an example of an activity that is not a defense service:

> 10.  The furnishing of consulting services to a foreign person in the production of a foreign defense article, such as Six Sigma or Lean Manufacturing techniques, as long as the information conveyed does not rely on U.S. origin technical data and does not change the technical specifications or military characteristics of a foreign defense article.

Absence of Comments on Other Aspects of Proposed ITAR § 120.9 Should *Not* Be Viewed as CEECR's Endorsement of Those Subsections. These comments primarily address certain elements of proposed ITAR § 120.9(a)(2) and its Note. We urge DDTC, however, not to infer from the lack of comments on other aspects of the rule that the CEECR endorses the rest of the proposed rule. While this version of proposed ITAR § 120.9 represents a significant improvement over prior proposed rules on defense services, the CEECR believes additional thought should be dedicated to this section in particular, given the complexities associated with controlling defense services. We would be happy to present additional comments to DDTC regarding other concerns and opportunities for improvement of the proposed rule.

## IX.   "Public Domain" Under the DDTC Proposed Rule

### A.     Public Domain-Related Assertions Relevant to Proposed ITAR § 120.11

In the preamble to the DDTC Proposed Rule, DDTC asserts that a requirement to obtain prior approval from DDTC or certain other U.S. Government agencies or officials before technical data can be deemed to be in the public domain, even if it has already been released to the public, is not a new requirement and is actually a currently existing requirement. The CEECR disagrees with this assertion and urges DDTC to revisit the history of this issue, and reconsider the proposed definition of Public Domain.

As an initial matter, it is important to note that a previously written prior approval requirement under the ITAR was repealed in 1984 due to First Amendment concerns. These concerns were expressed to DDTC by the Department of Justice on three occasions in 1978, 1981 and 1984. In addition, in 1981, the U.S. Congress recommended to the State Department that the ITAR be revised to avoid First Amendment issues.

Additionally, in a review of court cases involving the Arms Export Control Act since that time, DDTC has not asserted a prior approval requirement to put information into the public domain. In one case from 1996 that is directly tied to this discussion, an exporter in 1994 filed two commodity jurisdiction (CJ) requests. *See Karn v. Dep't. of State*, 925 F. Supp. 1 (D.D.C. 1996). In the first request, the exporter requested a determination of a textbook that concerned cryptography. The textbook included source code in print and on a diskette in an electronic text file. The second CJ request held that the source code on the diskette was ITAR-controlled software even though it was the identical source code that was printed in the textbook.

Of importance here, even though the textbook in *Karn* admittedly contained information required for the design, development, assembly, and manufacture of a defense article (*i.e.*,

DOSWASHINGTON004802

technical data), DDTC held that the textbook was in the public domain. However, the textbook was published prior to the CJ determination.  There is no evidence that indicates prior approval from the author or publisher of this textbook to place it into the public domain was sought or granted by DDTC. Similar to all the "technical data" published in other textbooks, journals, conferences, open meetings and on the Internet, it is doubtful that prior approval to publish the textbook was sought or required by DDTC.  If it believed that prior approval was required to publish the book, DDTC did not articulate that view or, apparently, take steps to enforce it.

Since that court case, we are unaware of any other publicly known claim from DDTC that there is a prior approval requirement to put information into the public domain. Even in the ongoing litigation in *Defense Distributed v. Dep't. of State*,[7] DDTC has taken the position that "the regulations . . . carve out a wide exemption for 'public domain' data that helps ensure [the ITAR's] reach is appropriately limited. . . . For this reason, there is simply no substantial overbreadth here."  Government Brief in Opposition at 22 (June 10, 2015).

While we note, that as a legal matter, the definition of public domain relates to an exclusion from the scope of the ITAR rather than an exemption from an otherwise subject ITAR requirement, even DDTC admits in federal court that without a public domain exclusion there would be constitutional issues under the First Amendment.  If DDTC's position is that there is a prior approval requirement to use an exclusion, then there is no public domain exclusion at all.

In addition, the CEECR notes with concern that DDTC's assertion of a prior approval requirement to use the public domain exclusion provided in the definition of "technical data" in ITAR § 120.10(b) means that fundamental research performed by the academic and scientific community at accredited institutions of higher learning in the United States requires prior approval from the U.S. Government.  It is difficult to imagine a scenario where DDTC's asserted prior approval requirement on academic and scientific speech by the university community would survive First Amendment scrutiny.

For all of the reasons discussed above, the CEECR urges DDTC revisit the history of this issue, and reconsider the proposed definition of Public Domain and confirm there is no existing prior approval requirement.

## B.    Proposed ITAR § 120.11(b)

It is the CEECR's view that proposed ITAR § 120.11(b), which relates to the prior approval requirement to put information into the public domain discussed above, would amount to an unconstitutional prior restraint.  Moreover, even if the provisions set forth in proposed

---

[7] While we have knowledge of this court case and DDTC's May 8, 2013 letter to Defense Distributed that implies a prior approval requirement, we note that this is legally insufficient to serve as legally recognized public notice. DDTC's private letter to Defense Distributed was not made public by DDTC but by Defense Distributed. Further, we only have knowledge of the lawsuit that was filed in 2015, because it was brought by Defense Distributed.  DDTC has taken no action itself to make its material interpretation of the law known to the public.

DOSWASHINGTON004803

ITAR § 120.11(b) were content-neutral, the First Amendment still requires that the U.S. Government establish specific procedural safeguards, and as written, the prior approval requirement lacks such constitutionally required procedural safeguards. Accordingly, the CEECR urges DDTC not to include proposed ITAR § 120.11(b) when issuing the final rule.

The procedural safeguards required under the First Amendment to impose a lawful prior restraint are: "(1) any restraint prior to judicial review can be imposed only for a specified brief period during which the status quo must be maintained; (2) expeditious judicial review of that decision must be available; and (3) the censor must bear the burden of going to court to suppress the speech and must bear the burden of proof once in court." *FW/PBS, Inc. v. Dallas*, 493 U.S. 215, 227-228 (1990).

Here, the ITAR expressly exempts judicial review of approval and licensing decisions in ITAR § 128.1, and it concedes that it is a "highly discretionary" system. Further, there are no strict timelines for a licensing or approval determination to be made. Additionally, there is added delay in receiving an approval because of the required Congressional notification under Section 38(f) of the Arms Export Control Act. The AECA also expressly prohibits judicial review of designations of items as on the U.S. Munitions List.

Significantly, a federal court already has held that key aspects of the ITAR were an unconstitutional prior restraint that failed to provide any procedural safeguards. *See Bernstein v. Dep't. of State,* 945 F. Supp 1279, 1289 (N.D. Cal. 1996). In that case, the court stated that "[t]he ITAR scheme, a paradigm of standardless discretion, fails on every count, and further noted that "[t]his. court finds nothing in the ITAR that places even minimal discretion of the licensor and hence nothing to alleviate the danger of arbitrary or discriminatory licensing decisions." Id. at 1286. The federal court even drew attention to DDTC ignoring a discussion on procedural safeguards in defending the lawsuit. Id. at 1286 ("[DDTC's] arguments . . . are notable for the conspicuous absence of discussion of the prior restraint doctrine ").

In light of the above precedent, and considering that proposed ITAR § 120.11(b) does not provide the constitutionally required safeguards, the CEECR urges DDTC not to include proposed ITAR § 120.11(b) when issuing the final rule.

## C.    Proposed ITAR § 120.11 – Note 1

Note 1 to proposed ITAR § 120.11 makes no distinction between public domain and restricted information, and as such, it can be read to require government authorization before publishing, disseminating, or exporting any and all information. This is an undue burden that would require submission to the U.S. Government of every journal article, speech, book, and manuscript prior to any attempts to publish them. It would put undue liability on anyone who receives such potential information as requiring proof that consent from the government was obtained in order to publish said information, and there is no format or methodology given for obtaining this consent. For all of these reasons, the CEECR recommends that DDTC not include Note 1 to proposed ITAR § 120.11 when issuing the final rule.

DOSWASHINGTON004804

D.      Proposed ITAR § 120.6(b)(3)(iii)

Proposed ITAR § 120.6(b)(3)(iii) states that items that "concern general scientific, mathematical, or engineering principles commonly taught in schools . . ." are not defense articles subject to the ITAR. The CEECR requests that the word "general" be deleted as it is not defined and could limit what is covered to only entry-level courses as opposed to a broad range of scientific instruction.

Significantly, courts have held that only information "significantly and directly related to defense articles" are subject to the ITAR. *See United States v. Edler Industries*, 579 F. 2d 516 (9th Cir. 1978). It is hard to imagine that any scientific, mathematical, or engineering principles *commonly* taught in schools is "significantly and directly related to" a defense article. Thus, by only excluding "general" information that is *commonly* taught in this academic context rather than any information *commonly* taught in this academic context, proposed ITAR § 120.6(b)(iii) fails to follow the holding of *Edler*.

DDTC is already on the public record that it maintains such a narrow construction:

> In recent years, some parts of the academic community have expressed concern about the application of government export regulations to disclosures of information in university classrooms. This concern (for example, that the language of the ITAR was overly broad) did not occur because of any changes in the text of the ITAR, or in the policies and practices of the Department of State in administering the regulations. In order to address the concerns expressed about the regulations, however, the language with regard to what information is subject to ITAR controls has been clarified. The Department's long-standing practice of regulating only information that is directly related to defense articles, as reflected in U.S. *v. Edler*, 579 F. 2d 516 (9th Cir. 1978), remains unchanged. *See* 49 Fed. Reg. 47,683 (Dec. 6, 1984).

For all of the reasons discussed above, the CEECR urges DDTC to delete the word "general" from proposed ITAR § 120.6(b)(iii) in accordance with DDTC's long-standing adherence to only controlling technical data that is significant and directly related to a defense article.

In addition, the CEECR notes that the lack of a definition of the term "directly related" under the ITAR is problematic. As a matter of law, the AECA only provides the legal authority to control defense services (as defined by ITAR § 120.9), software (as defined by ITAR § 120.45), and technical data (as defined by ITAR § 120.10) that are directly related to a defense article. Therefore, defense services, software, or technical data that are not "directly related" to a defense article are not controlled on the USML, and items not controlled on the USML are not subject to the statutory authorities under the AECA. As such, the "directly related" requirement is a material qualifier. The ABA further notes that the only control criteria on software is for software directly related to a defense article, which in the absence of a definition will result in different understandings within government and industry.

Page 23 of 37

Although DDTC is now proposing a definition of "required" under proposed ITAR § 120.46, the CEECR notes that the AECA is limited to only controlling defense services, software and technical data that are "significant and directly related to defense articles" as required by the narrowing construction in *United States v. Edler*. While DDTC is satisfying the first limitation with a definition of "required," it is not defining the second limitation of what "directly related" means. Further, as proposed, there would be no means to know what constitutes software "directly related" to a defense article.

For all of these reasons, the CEECR recommends that the meaning of "directly related" be defined by DDTC to ensure common understanding within industry and the government as to what constitutes a defense service, technical data, or software that is "directly related" to a defense article.

### E.     Proposed ITAR § 120.47 and Proposed ITAR § 120.49

The proposed definition of "development" in proposed ITAR § 120.47 and its distinction from "fundamental research" under proposed ITAR §120.49(c) needlessly restricts research. "Fundamental research" often involves activities included in the proposed definition of "development" such as design research, design analysis, and testing of prototypes to conclude whether a hypothesis being testing is correct. For example, it is often necessary to build some sort of prototype to determine if calculations in engineering and mathematics match a real-world application. Such activities should not be considered "development" since they are simply forms of testing that many research institutions perform. In view of this fact, the CEECR urges that such activities should be stricken from the definition of "development" in proposed ITAR § 120.47.

The definition of "fundamental research" under proposed ITAR § 120.49(c) includes the phrase "this is distinguished from . . . industrial development." The term "industrial" is not defined, but if it is taken as the definition of "development" in proposed ITAR § 120.47, such interpretation could lead to unintended consequences, such as potentially hampering the advancement of science and technology being made at universities. Also, such interpretation would conflict with proposed ITAR § 120.49(c)(2)(ii)(*Applied Research* definition), which includes the effort that, in part, "attempts to determine and exploit potential scientific discoveries . . .," because an amount of development is often required to ensure that sound theories and good ideas can be put into practice. As such, the CEECR urges that DDTC strike the word "development" from proposed ITAR § 120.49(c) and expand the definition of "applied research" under proposed ITAR § 120.49(c)(2) to include development within the context of fundamental research that is intended for publication.

## X.     "Fundamental Research" Under the BIS Proposed Rule

### A.     Proposed EAR § 734.3(b)(3)(iii)

Proposed EAR § 734.3(b)(3)(iii) states that information and software that "concern general scientific, mathematical, or engineering principles commonly taught in schools . . ." are not subject to the EAR. For the same reasons discussed above under CEECR VII.D, the CEECR

DOSWASHINGTON004806

urges that the word "general" be deleted from proposed EAR § 734.3(b)(iii) since that word is not defined and could limit what is covered to only entry-level courses as opposed to a broad range of scientific instruction.

### B.    Proposed EAR § 734.8(b) – Note 2

Proposed revised EAR § 734.8 concerns technology that arises during, or results from, fundamental research, and excludes certain such technology from the scope of the EAR if certain conditions are met (e.g., intended to be published). As written, Proposed Note 2 to paragraph (b) could cause a requirement to renegotiate many government contracts held with universities and any companies that engage in fundamental research in an attempt to remove the clause lest the status of research as fundamental be challenged, creating unnecessary and undue burdens on researchers.

In contrast, proposed Note 2 to proposed ITAR § 120.49(b) is preferable to Proposed Note 2 to proposed EAR § 734.8(b). Proposed Note 2 to proposed ITAR § 120.49(b) states: "Research that is voluntarily subject to U.S. government prepublication review is considered intended to be published for all releases consistent with any resulting controls." This is interpreted to mean that prepublication review does not necessarily impede a fundamental research designation.

For all of the reasons discussed above, and to promote consistency between the ITAR and the EAR, the CEECR recommends that the same or similar language to that contained in proposed Note 2 to proposed ITAR § 120.49(b) be used in Proposed Note 2 to proposed EAR § 734.8(b).

### C.    Proposed EAR § 734.8(c)

Proposed EAR § 734.8 does not explicitly state that software resulting from fundamental research is "not subject to the EAR." This is in stark contrast to the way in which software is treated under current EAR § 734.8. The CEECR proposes that language should be added to Proposed EAR § 734.8 that explicitly states that software resulting from fundamental research is "not subject to EAR."

Another key concept from existing EAR § 734.8 also is omitted from proposed EAR § 734.8. Specifically, current EAR § 734.8(b)(1) contains the phrase "research conducted by scientists, engineers, or students at a university normally will be considered fundamental research," but proposed EAR § 734.8(c) is missing this phrase. The CEECR recommends that this language from current EAR § 734.8(b)(1) be included in proposed EAR § 734.8(c). We believe that this wording should be carried to the proposed rules to make clear what is covered.

DOSWASHINGTON004807

XI.     **Issues Relating to the BIS May 20, 2015 Wassenaar Arrangement Implementation Rule Proposed Rule**

A.      **Timing of Final Rule Implementation**

If the effective date for the final rule relating to the Wassenaar Arrangement Implementation Rule is scheduled to be on or shortly after the final rule's publication date, the CEECR believes that there are serious risks that such an abrupt start to the rule will disrupt existing contracts for "cybersecurity items" and will put the parties thereto in immediate non-compliance with the rule. As explained below, the CEECR recommends that BIS establish the effective date of the final rule to be *at least six months* later than the final rule's publication date.

As proposed, the Wassenaar Arrangement Implementation Rule will apply to an unknown and potentially large number of items "not previously designated for export control." In the preamble to the May 20 Proposed Rule, BIS acknowledges that the new *cybersecurity controls* will apply export controls, and impose license requirements, on items not previously controlled by the EAR or items that previously were eligible for License Exception ENC. As BIS explains:

> "Although these cybersecurity capabilities[8] **were not previously designated for export control**, many of these items have been controlled for their 'information security' functionality, including encryption and cryptanalysis."[9]

However, neither the preamble nor the proposed rule itself addresses how BIS will bring the final rule into effect (*i.e.*, whether the publication date of the final rule will be the same as its effective date).

---

[8] The "cybersecurity capabilities" refers to preceding sentences where BIS identifies the following as "cybersecurity items":

- "**systems, equipment or components** specially designed for the generation, operation or delivery of, or communication with, intrusion software";

- "**software** specially designed or modified for the development or production of such systems, equipment, or components";

- "**software** specially designed for the generation, operation or delivery of, or communication with, intrusion software";

- "**technology** required for the development of intrusion software";

- "**Internet Protocol (IP) network communications surveillance systems** or **equipment and test, inspection, production equipment**, specially designed **components** therefor"; and

- "**development and production software and technology** therefor".

*See* 80 Fed. Reg. at 28853 (emphases added).

[9] *See id.*

DOSWASHINGTON004808

On May 20, 2015, when BIS issued the Wassenaar Arrangement Implementation Rule, many U.S. firms may have been under contract (and perhaps multiple contracts) to export, reexport or transfer "cybersecurity items" that had not previously been designated for export control. Similarly, universities conducting "fundamental research" and development of technologies for commercialization will probably have had ongoing faculty/student research teams engaged in activities that, under the final rule, may constitute the export, reexport or transfer of "cybersecurity capabilities" not previously designated for export control.

Furthermore, between the proposal date and the final rule's publication date, additional U.S. persons will probably have entered into such contracts or will soon do so, especially in light of the fact that there has not been extensive media reportage about the proposed rule. Numerous U.S. persons that transact in "cybersecurity items" are probably still unaware of the proposed rule, and even those aware of it may not have been briefed by counsel on the compliance obligations that will arise when the rule is adopted and comes into effect.

If the final rule becomes effective immediately, many "U.S. persons", as defined in Section 772.1 of the EAR, will be at risk of failing to comply with the final rule when it comes into effect. We think such noncompliance will be the result for several reasons.

First, U.S. persons will have pre-existing contractual obligations to export, reexport or transfer "cybersecurity items" that will be newly designated for export control and subject to license requirements. Many such persons may have little, if any, awareness of the proposed rule and be unaware of the risks that the final rule may pose to their existing and contemplated contracts for "cybersecurity items" or to their internal research and development programs involving "cybersecurity items."

With respect to contracts for "cybersecurity items" that will not, by their own terms, terminate before the final rule's effective date ("Subject Contracts"), certain U.S. parties to these Subject Contracts will find themselves in a double-bind on the effective date: immediate compliance with the rule will require them to take actions that may, when taken, put them in material breach of the relevant Subject Contracts.

Parties to Subject Contracts (and their officers and directors) who are unaware of the proposed rule or unaware of the compliance obligations that the final rule will impose on their enterprises and dealings will have had no reason or opportunity to negotiate and structure such contracts in order to avert the double-bind of duties to comply with the final rule and obligations to complete performance of their Subject Contracts.

Few, if any, of the existing Subject Contracts are likely to contain provisions that condition the parties' export, reexport or transfer obligations on compliance with the final rule. Moreover, the scope and terms of the final rule may differ substantively in crucial details from the proposed rule. As a result, until the final rule is published by BIS, the officers and directors of such enterprises engaged in Subject Contracts will have no reliable knowledge of the final rule's scope and terms. Without knowledge of the precise scope and terms of the final rule, it is not practicable for parties to Subject Contracts to negotiate provisions to address that rule. For

DOSWASHINGTON004809

the same reasons, counsel cannot competently advise clients on ways to address the yet-to-be disclosed version of the final rule in a Subject Contract.

Boilerplate provisions in commercial contracts might mitigate some of the transactional risks, but will probably not adequately address them or control them within the limits of a corporate client's tolerance of risks. A typical boilerplate provision that obligates all parties to a contract to "comply with all applicable U.S. export control laws and regulations", if included in a Subject Contract, would probably not avert the risks posed by the final rule coming into effect on or very soon after its date of publication by BIS. Similarly, a typical *force majeure* or event of excusable delay clause will not sufficiently reduce such risks, particularly in states (such as New York) whose courts tend to construe *force majeure* clauses narrowly.

Second, the final rule will impose broad licensing obligations on the export, reexport or transfer of "cybersecurity items" that were previously designated as EAR 99 or eligible for License Exception ENC. As a result, and because there are no license exceptions for intracompany transfers, end users or end uses, or deemed exports,[10] many U.S. companies and research organizations will be required to obtain licenses to be in compliance with the final rule as of its effective date. However, prior to the publication of the final rule, it will not be possible for U.S. persons affected by the rule to identify with certainty all the instances in which a license will be required.

Moreover, once the final rule is published, U.S. persons who engage in exports of "cybersecurity items" will need to spend considerable time and resources to identify situations in which licenses are required as well as prepare, submit and receive such licenses. In order to obtain the necessary licenses, there must be ample time between the publication of the final rule and its effective date to allow U.S. persons to assess the need for, apply for and receive the licenses required under the final rule. For companies that engage in exports of, or that design and develop "cybersecurity items" (and whose engineering staff may include foreign nationals), there may be a need to apply for and obtain multiple licenses. Without sufficient time to do so after the final rule is published, such companies will be unable to comply with applicable license requirements without bringing certain aspects of their business organization to a halt. This, of course, could disrupt contractual relationships and impose financial hardship, especially on small businesses.

As discussed above, the less time there is between the publication of the final rule and its effective date, the greater will be the risk that U.S. persons affected by the final rule will be abruptly and detrimentally confronted by their duties to comply with the final rule and their commitments to complete existing contractual obligations or ongoing research programs.

The CEECR respectfully recommends that BIS establish the effective date of the final rule to be *at least six months* later than the final rule's publication date.

---

[10] *See* BIS's FAQs on Intrusion and Surveillance Items posted by BIS at http://www.bis.doc.gov/index.php/policy-guidance/faqs.

DOSWASHINGTON004810

A minimum of a six-month interval between publication and effective date is necessary in order for there to be sufficient time to come into compliance with the final rule. During this interval, we expect the following activities to occur:

1. U.S. persons impacted by the rule will be briefed by counsel on the scope, terms, and significance of the final rule;

2. Counsel and compliance officers will advise clients on compliance duties under the final rule, the risks of non-compliance, and the appropriate changes to export compliance programs, including training, an activity that will require significant time due to the proposed rule's complexity;

3. U.S. persons impacted by the rule will review existing and contemplated Subject Contracts to identify which existing contractual obligations may conflict with compliance obligations under the final rule and take appropriate actions, such as negotiating and executing amendments to existing Subject Contracts to avert the risk of non-compliance with the final rule while, at the same time, fulfilling contractual obligations; and

4. U.S. persons impacted by the rule will survey their business or research operations to identify the need for licenses and, if needed, will prepare, submit and wait to receive such licenses.

The CEECR believes that a six-month delay, at a minimum, between the publication date of the final rule and its effective date is necessary for U.S. persons affected by the rule to comply with their obligations under the final rule without undue hardship and the risk of substantial disruption to their business and research operations.

### B.  Obligations Prior to the Effective Date

The CEECR believes that companies and their counsel will be concerned about the obligations that U.S. persons may have for "cybersecurity items" that they exported, reexported, or transferred prior to the effective date of the final rule.

In particular, they will need to know the legal status of "cybersecurity items" not previously designated for export control that foreign nationals received or gained access to before adoption of the final rule. Similarly, they will need to know whether pre-rule "deemed exports" of such "cybersecurity items" trigger any obligations by the exporter to recapture or recover such items from the foreign national recipients.

The CEECR recommends that BIS consider issuing guidance (perhaps in the form of additional FAQs) that would address the status of pre-rule exported "cybersecurity items" and the compliance duties of exporters and recipients of such items – where such items have not previously been designated for export control.

DOSWASHINGTON004811

C.     **Exporter's Knowledge**

In the preamble to the May 20 Proposed Rule, it states that the "EAR also prohibits the export of equipment if the exporter <u>intends</u> it will be combined with other equipment to comprise a system described in the new entry." 80 Fed. Reg. at 28854 (emphasis added). While this statement suggests that only the exporter's intent matters, elsewhere in the proposed rule, it indicates that violations also can result from what the exporter knows that the recipient intends to do with the item. For example, in the proposed text for revisions to ECCN 5A001 (at 80 Fed. Reg. 28661), the language reads:

> "[S]uch equipment may not be sold separately **with knowledge** that it will be combined with other equipment to comprise a system described in the new paragraph." (Emphasis added.)

This language makes clear that the exporter's "knowledge" is the key factor.

It is the CEECR's belief that emphasis on an exporter's knowledge" is consistent with an exporter's duty to determine if the export recipient or end-user intends to make prohibited or unlicensed use of the controlled item and should be emphasized by BIS. Accordingly, assuming that this view of the CEECR is accurate, the CEECR recommends that BIS clarify (in the preamble to any final rule that is issued) that an exporter's knowledge is critical to determining whether a violation may or may not have occurred if an export recipient or end-user combines an item with other equipment to comprise a new controlled system.

D.     **Proposed EAR § 742.6(b)(5)**

Proposed EAR 742.6(b)(5) defines "foreign commercial partner" to mean:

> a foreign-based non-governmental end-user that has a **<u>business need</u>** to **<u>share</u>** the proprietary information of the U.S. company and is **<u>contractually bound</u>** to the U.S. company (*e.g.,* has an established pattern of continuing or recurring contractual relations).

80 Fed. Reg. 28858 (emphasis added). As discussed below, the CEECR is concerned that each of the <u>three</u> underlined terms in the above definition could encourage export practices that are not intended by BIS and that would be contrary to the objectives of the EAR.

The term "**business need**" is not defined in the May 20 Proposed Rule or elsewhere in the EAR. Every activity of a business can be characterized as a "business need" when its owners or operators perceive an apparent benefit to doing so. In fact, there is little that a company cannot characterize as a "business need" if doing so will benefit the company. As a result, the term "business need" may be interpreted by exporters and export recipients so expansively as to render it applicable to almost any activity of a business. Such interpretations could easily reduce to a meaningless and thus irrelevant term an otherwise important requirement for an export recipient to qualify as a "foreign business partner." Exporters would be encouraged to accept any claim of a "business need" by the prospective end-user.

DOSWASHINGTON004812

There appears to be an error in using the verb "**to share**" as the operative term in the requirement that an end-user have "a business need to "**share**" the proprietary information of the U.S. company."  As used in that context, "**share**" conveys the sense that the end-user must have a business need to disclose the exporter's proprietary information *to third parties.*  That meaning, of course, misdirects the criteria from what we think BIS intended, namely that the end-user represent (and the exporter verify) that the end-user has a genuine business need that will be served if the exporter will be permitted (by an export license) to *disclose the U.S. company's proprietary data* to the end-user.  Unless corrected, such error will confuse exporters and may cause BIS to reject applications for licenses that fail to meet the criteria that BIS intends to establish.

The criteria for an end-user to qualify as a "foreign business partner" include the additional prong or requirement that the end-user "be **contractually bound** to the U.S. company."  However, there is nothing in the words – or in the context of the definition – that delimits what kind of contractual relationship will qualify as necessary and sufficient to meet the requirement.

There is also no suggestion that the relevant contract(s) must relate to the proposed export of "cybersecurity items" that is the subject of the exporter's license application.  Experienced counsel can reasonably infer that BIS intends there to be a relationship between the required exporter/end-user contract and the proposed export of "cybersecurity items".  However, in a definition of this importance the objectives of the proposed rule would be far better served if exporters were not left to guess at the meaning of the requirement that the end-user be "contractually bound to the U.S. company" nor that their legal counsel be constrained to infer such meaning without reliable guidance from the text of the rule, other provisions in the EAR, or interpretations issued by BIS in the published rule or the relevant FAQs.

BIS appears to have foreseen the need for clarification of the phrase "contractually bound to the U.S. company" as evidenced by BIS's insertion of an elucidating example in the parenthetical phrase that ends the definition:

> "(*e.g.,* has an **established pattern of continuing or recurring** contractual relations)."

However, in the vernacular of commercial or corporate transactions (and in the legal jargon applied to them), parties seldom, if ever, refer in contracts, agreements, or correspondence to an intention to "establish a pattern of continuing or recurring contractual relations".  Thus, there is no familiar use of that phrase or a context in which it can be set that would make it susceptible of a reliable interpretation.[11]  Moreover, whatever is meant by a "pattern . . . of

---

[11]  Moreover, the term "pattern" when it serves as an operable term in laws tends to appear in litigation contexts (*e.g.,* "fact pattern") and in criminal law contexts (*e.g.,* in the definition of a RICO claim where a plaintiff or prosecutor must, among things, prove a "*pattern* of racketeering").  [Continued on next page]

DOSWASHINGTON004813

contractual relations" fails to illuminate the criteria that must be met to qualify the parties as "contractually bound."

Moreover, we think that the parenthetical introduces an unintended ambiguity:  the example of "contractually bound" that it gives refers to multiple contracts ("**recurring contractual relations**") and, in the alternative, to seemingly multi-year contracts that precede the submittal of the license application and that will extend for some indefinite period, possibly beyond the proposed export transaction ("**continuing contractual relations**").  In either event, the requirement ends with the word "relations" in the plural.

As a result, it is unclear whether BIS intends the example to be a limiting illustration – thereby requiring evidence that the exporter and end-user are "bound" or engaged in multiple contracts (whether "recurring" or "continuing") -- or whether BIS intends instead that the parenthetical not be a limiting example and that even one contract between the exporter and end-user will suffice.  The ambiguity has an additional layer:  it is unclear whether "contractually bound" requires that the proposed export be the subject of or covered by such contract(s).  The members of the CEECR could not reach consensus on how to interpret the parenthetical example, which seems to suggest that the example is indeed ambiguous and that it is open to quite divergent, and possibly irreconcilable, interpretations.

In order to address the potential problems discussed above, the CEECR recommends that BIS revise the term "foreign business partner" by using the following language for the note to EAR § 742.6(b)(5):

> "*Note to paragraph (b)(5):  A 'foreign business counter-party'*[12] *means a foreign based non-governmental end-user that has entered into, or proposes in writing to enter into, one or more contracts with a U.S. company and who takes appropriate actions to safeguard "cybersecurity items" to prevent the unauthorized or unlicensed reexport or transfer of such information (and include in such safeguards sufficient cybersecurity measures to prevent intrusions and exfiltration by insiders and outsiders)."*

---

[Continued from Footnote 11 on page 31]  Such usages are unhelpful aids to interpreting the meaning of the proposed rule's phrase "an established pattern of continuing or recurring contractual relations".

[12]  We note that the term "partner" denotes a legal relationship that most commercial and corporate transactions do not create and that use of the term "partner" (which can denote "partnership" or denote "counterparty") will not improve the export control of "cybersecurity items."  For this reason, we recommend that BIS replace the term "partner" with "counter-party", which would suggest a contractual relationship and allow for the definition to delimit its meaning.

DOSWASHINGTON004814

### E.     Licensing Policy for "Cybersecurity Items"

Under the proposed licensing policy set forth under the May 20 Proposed Rule, an application for export license would be "reviewed favorably" when the relevant export is destined for a U.S. company's subsidiary located in a Country Group A:5 country such as South Korea.

The CEECR is concerned by the distinction that the proposed licensing policy attempts to draw between U.S. company subsidiaries located in a Country Group A:5 country and companies located in the same country but owned instead by nationals of that Country Group A:5 country. The distinction appears to treat license applications differently where there may not be, in fact, a significant or sufficient difference to warrant not viewing favorably the application for export to a company located in and owned by nationals of the Country Group A:5 country.

We are also concerned by the distinction that the proposed licensing policy attempts to draw between "foreign commercial partners" located in a Country Group A:5 country and a company located in and owned by nationals of the same Country Group A:5 country.

If BIS does not modify the "foreign commercial partner" category, then the policy would draw a distinction that would not necessarily serve the aims of the proposed rule.  The policy would discriminate in favor of, for example, South Korean companies that manage to enter into multiple contracts with a U.S. exporter and to discriminate against South Korean companies that are seeking for the first time to be end-user recipients or seeking to enter into a commercial contract or corporate transaction for the first time with a particular U.S. exporter.  Note the commercially disadvantageous consequences of a licensing policy that draws such distinction:

- A highly reliable South Korean company (with a demonstrable record of respecting and complying with U.S. export controls in multiple contracts with several different U.S. companies) is the identified end-user in a license application submitted by an exporter who has not previously transacted with the South Korean company.  Such an application would not qualify to be "reviewed favorably", even though the proposed end-user might be far more reliable an end-user (as measured by its export compliance policies, practices, and record) than a South Korean company that happens to have restricted its multiple transactions to one U.S. exporter (and thus might qualify as a "foreign commercial partner").

- A prospective joint venture or merger or acquisition between a U.S. company and a South Korean company would involve proposed exports or transfers of "cybersecurity items" from the U.S. company to the South Korean party to the venture or corporate transaction. The parties may not have previously engaged in commercial transactions involving licensed exports.  However, the South Korean company may have all of the qualifications mentioned in the preceding bullet point.

We think in both of the above-described examples the proposed licensing policy would create unnecessary obstacles to cross-border commercial and corporate transactions that the U.S. government presumably wants to encourage.  Such costly hindrances could be averted by a tightly focused revision to the licensing policy.

Page 33 of 37

DOSWASHINGTON004815

In order to address such potential problems, the CEECR respectfully recommends that BIS adopt the following revision to the proposed licensing policy for "cybersecurity items:"

- To the categories of license applications that would be "reviewed favorably", add a new category that would cover proposed exports of "cybersecurity items" to qualified trustworthy end-users located in Country Group A:5 countries (or a subset of such countries with whose companies it is U.S. policy to encourage transactions).

- The recommended new category would be defined as set forth in the bold text in the following excerpt of BIS' proposed description of its licensing policy:

  *"Applications for exports, reexports and transfers for cybersecurity items … controlled for RS will be reviewed favorably if destined to … 'foreign commercial partners' located in Country Group A:5, **demonstrably qualified end-users located in Country Group A:5**, . . ."*

- Add a note, immediately after the proposed *Note to paragraph (b)(5)*, which would state:

  *"Additional Note to paragraph (b)(5):  A 'demonstrably qualified end-user' means a nongovernmental end-user, based in a Country Group A:5 country, that meets the following criteria:  the end-user  must either (i) have a record of compliance with U.S. export control laws and regulations or (ii) have provided the applicant with evidence that it has adopted and implemented cybersecurity and export compliance plans reasonably designed to avert unauthorized or unlicensed reexports or transfers (in country).".*

- The note should, of course, include a comparable requirement contained at the end of the existing note to paragraph (b)(5), namely the requirement for an explanatory letter that explains:

  *"how the end-user meets the criteria of a 'demonstrably qualified end-user' located in a Country Group A:5 state and how the end-user will safeguard the items from unauthorized transfers (in-country) and reexports."*

This recommendation to add a category for license applications for exports destined to "qualified end-users in a Country Group A:5 country" would, of perforce, provide that such applications are subject to the same precautions that the proposed policy applies to applications for exports destined to "foreign business partners":  a case-by-case review to determine if the transaction "is contrary to the national security or foreign policy interests of the United States"; a "focused case-by-case review for reasons of Encryption Items (EI) control" if any "information security" functionality is incorporated in the cybersecurity item that is the subject of the license application; and, a presumptive denial if such items "have or support rootkit or zero-day exploit capabilities."

DOSWASHINGTON004816

**F.      Proposed EAR § 748.8(z)(1)(iii)(C)**

Proposed EAR § 748.8(z)(1)(iii)(C) sets forth a requirement for an applicant's explanatory letter when the "cybersecurity items" for which an export license is applied have "not been previously classified or included in a license application . . ."[13]  In that context, it is clearly important to the export control of intrusion technologies that BIS be informed by the applicant when the items proposed for export incorporate the highly sensitive technologies of "rootkit or zero-day exploit functionality."  However, when the items for which an export license is applied merely "relate" to "intrusion software" (which itself is *not controlled* by the proposed rule[14]), the license applicant should not be required to "**describe** how rootkit or zero-day exploit functionality is **precluded** from the item."

The problem with the proposed requirement rests in its asking applicants to generate descriptions of "zero-day exploit functionalities" that will often be impracticable to substantiate or will compel applicants to make exhaustive efforts to discover.  Furthermore, for a license applicant to describe how rootkit or zero-day exploit functionality is *precluded* from its items or services will often prove to be beyond the applicant's ability to ascertain.

The term "**preclude**" suggests that applicants must make a potential outcome impossible or prevent it from happening.  That is a task that engineers often pursue when designing safety features into a technology or system.  We think, however, that in the context of "zero-day exploit functionality" in a technology or system that may contain millions of lines of software code the proposed requirement asks a company and its engineers to perform a task that will in all likelihood be extravagantly expensive to complete and thus economically beyond their reach.  It will probably also be beyond their ability to ensure that their software code will not produce certain outcomes or features.  It is well known that in designing software, the control of desired outcomes is usually achievable, whereas the control or avoidance of undesired outcomes is usually impossible to achieve.

We note that "zero day" vulnerabilities is a term that the proposed rule and the EAR do not define.  We take the term to refer to vulnerabilities that are unknown to the designer or producer of a particular item.  What makes "zero-day" vulnerabilities so sensitive is that the designer or producer of the item remains unaware of their existence, despite its best efforts to review and test the item for "zero-day" vulnerabilities.

As a result, if a potential attacker discovers such vulnerabilities, it can conduct exploits (often stealthily) against a defenseless target.  Moreover, it is generally considered economically unjustifiable for a designer or producer of an item to discover all "zero-day" vulnerabilities in the item because that would entail every line of code be tested alone and in all combinations with other lines of code contained in the item.  In fact, the prodigious size and complexity of contemporary software *precludes* discovery of every latent "zero-day" vulnerability in the code.

---

[13]  *Id.*

[14]  *See* BIS FAQs, No. 7, which states, in pertinent part:  "Exploits that meet the definition of 'intrusion software' are not controlled."

DOSWASHINGTON004817

"Zero-day" vulnerabilities have thus become the unknown feature in "cybersecurity items" that engineers know exists, but lamentably cannot ferret out.

Since many "zero-day" vulnerabilities are inherently undiscoverable by the designer or producer of an item, we think it impracticable and unwise to require a license applicant to "**describe** how rootkit or zero-day exploit functionality is **precluded** from the item."  It makes little sense to attempt to describe the preclusion or avoidance of vulnerabilities that the applicant has not discovered, may be financially incapable of discovering, and thus cannot develop ways of precluding.

In short, unless modified, the requirement will put applicants to the task of describing how their item precludes the very "zero-day" vulnerabilities they do not know of.  We recognize that designers and producers increasingly assume that creating products without such vulnerabilities is beyond the current capabilities of virtually all designers and producers. However, knowing that as yet undiscovered "zero-day" vulnerabilities are an inherent feature of an item does not give the designer or producer the knowledge needed to "describe" how any associated "zero-day exploit functionality is precluded from the item."

If the intent of the proposed requirement is more limited and seeks only to require that applicants describe how the design of their item prevents it from being used to exploit a "zero-day" vulnerability, the requirement as phrased does not make clear that limited scope. Moreover, even if so limited, much the same objection applies to the requirement:  even items that do not contain "zero-day" vulnerabilities can be combined with other items to produce an intrusion technology and the designers of such items may not have been aware of such potential uses.  Thus to require a designer or producer to describe potential uses it does not know of and to explain how it avoids them would appear to ask them to perform a futile and burdensome task.

In order to address the deficiencies discussed above, the CEECR recommends that BIS:

- Delete the requirement that an applicant "**describe** how rootkit or zero-day exploit functionality is **precluded** from the item"; and

- Replace it with the following requirement:

    *"(C) For items related to 'intrusion software' provide a certification, signed by an officer of the applicant, authorized to certify on behalf of the applicant, that after a diligent inquiry, as evidenced by end-user certifications, the applicant does not know of any rootkit or zero-day exploit functionality contained in the item and does not know of any intention by the proposed end-user to combine the item with any other items to create a rootkit or zero-day exploit functionality."*

By thus providing for an appropriately focused certification, the requirement would only necessitate that an applicant to perform a feasible and practicable set of inquiries.

Page 36 of 37

## XII.   Conclusion

Your consideration of our comments is greatly appreciated.  If you have any questions regarding this submission, please contact Geoffrey Goodale by telephone at (703) 618-6640 or by e-mail at ggoodale@tradelawadvisors.com.

Respectfully submitted,

*Geoffrey M. Goodale*

Geoffrey M. Goodale

The Ad Hoc Coalition for Effective Export Control Reform

DOSWASHINGTON004819

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-joee
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micah Rentschler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Micah Rentschler

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-y4wj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7829
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Danter
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-4viw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christina MacKenzie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you or I like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Christina MacKenzie

DOSWASHINGTON004822

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-13x6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn Bohmann
**Address:**
43075 Joy Lane
Hollywood, MD, 20636
**Email:** glenn.bohmann@verizon.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. Glenn E. Bohmann

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-3m8j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7832
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Abbott Morgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-f4uj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7833
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Gibbs

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard Gibbs

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-sz4g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Mccloud
**Address:**
　　Po box 494
　　White mills,  18473
**Email:** Sirbruce2000@msn.com
**Phone:** 5702536753

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bruce Mccloud

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-bddz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7836
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** Virginia Lanier

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-m0em
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7837
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ralph peterson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-nw3y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Lanier

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-m9n2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7839
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-8nx2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Erik Garcia

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Erik Garcia

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-fq6g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vin Soar

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-dcxp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7844
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-3s2h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7845
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Cable

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-ifdt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7846
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cotter Sayre
**Address:**
  22 COUNTY ROAD 109
  CORINTH,  MS,  38834
**Email:** cotter.sayre@gmail.com
**Phone:** 4083937040

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

-Cotter W. Sayre
Corinth, MS

DOSWASHINGTON004836

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-juvo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tracy Spencer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Tracy Spencer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-343c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7848
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jerry W. Bowman

DOSWASHINGTON004838

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-kva3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Perry Hecker
**Address:**
    8408 Sunset Dr.
    Manassas,  20110-3816
**Email:** heckerpe@msn.com
**Phone:** 703-369-4281

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004839

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Perry E. Hecker

DOSWASHINGTON004840

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-txwj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dustin Thatcher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Dustin Thatcher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-v0u6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7853
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Millard
**Address:**
    4510 E. Camino Arista
    Tucson, AZ, 85739
**Email:** superdavemillard@hotmail.com
**Phone:** 520 818 6563

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, David F. Millard

DOSWASHINGTON004842

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-wqgs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7856
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-og0s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7857
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Yospur
**Address:**
    PO Box 452
    Sonoita,  AZ,  85637
**Email:** ryospur@gmail.com
**Phone:** 520-455-5216

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ronald Yospur

DOSWASHINGTON004845

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-634n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7859
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Williams
**Address:**
    PO Box 840515
    Houston,  TX,  77284
**Email:** scwill@flash.net
**Phone:** 2814606994

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steve Williams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-4l32
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7861
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Denny Stouffer
**Address:**
    23506 Ringgold Pike
    Smithsburg, MD, 21783
**Email:** denny@stouffersauctionco.com
**Phone:** 3017916896

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

You guys must be 'NUTS'! We live in AMERICA.

Sincerely,
Denny Stouffer

DOSWASHINGTON004849

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-ujve
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7862
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Demetrios Papadopoulos

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Demetrios Papadopoulos

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-rtjg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7863
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John D'Onofrio

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John D'Onofrio

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-edro
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7864
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Walborn
**Address:**
   33005 Camas Swale Rd.
   Creswell,  OR,  97426
**Email:** wayne4wfp@yahoo.com
**Phone:** 5419148917

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Wayne Walborn

DOSWASHINGTON004852

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-9ixw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7865
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Clark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Richard Clark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-22xv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7866
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Pyle
**Address:**
   1325 Atlas St.
   Apt. 308
   Rapid City,  SD,  57701
**Email:** rnaple@gmail.com
**Phone:** 605-431-8925

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Ronald A Pyle

DOSWASHINGTON004855

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-1t63
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7867
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Burke
**Address:**
    8830 Three Chopt Rd.
    Apt. L
    Richmond,  VA,  23229
**Email:** skyking812@gmail.com
**Phone:** 804-433-8946

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

And since when does the State Department have jurisdiction over protected free speech in the United

States of America? This is preposterous. How can sharing ballistics data and other technical information be deemed a violation of the law? Prior restraint on free speech - in AMERICA? Outrageous!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-i2cp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7870
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roberto Rodriguez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-n2l3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7871
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Farris
**Address:**
　1709 Chessington Ln
　McKinney,  TN,  75070
**Email:** larrysfarris@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004859

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Larry S. Farris
McKinney, TX

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-xa6t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7872
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Thacker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-6t6s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7873
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Cron

---

## General Comment

To the asshole it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert A Cron

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-qgkg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7875
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Bates

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Charles E. Bates

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-n5uw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7877
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Frisbie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

Sincerely,
James Frisbie

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 <br> **Received:** August 03, 2015 <br> **Status:** Posted <br> **Posted:** August 04, 2015 <br> **Tracking No.** 1jz-8kcn-c3po <br> **Comments Due:** August 03, 2015 <br> **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7878
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nicholas Harvey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

N.P. Harvey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-hox0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7880
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Yelle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Ryan Yelle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-l3b6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7881
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-newj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7883
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-c77v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7884
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Earl Bates

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,

Earl Bates

DOSWASHINGTON004869

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-dvac
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7885
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Buettner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
A J Buettner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-imnr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7886
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tracy Simonds
**Address:**
    346 strong hollow ln
    Rockytop,  TN,  37716
**Email:** iceetrey@yahoo.com
**Phone:** 8653063829

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Rev.Tracy Simonds

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-sihj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7887
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Vaccaro
**Address:**
   17308 Teklenika Dr
   Eagle River,  AK,  99577
**Email:** vaqueros1876@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Joel Vaccaro

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-nbmx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7888
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Gubanic

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John H Gubanic

DOSWASHINGTON004874

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-faj2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7890
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** charles w

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
charles w

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-s2u3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7891
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Pinkston

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Jon Pinkston

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-5clj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7892
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg L Hackney
**Address:**
    331 Shark Ln
    Surfside Beach
    Freeport,  TX,  77541
**Email:** txchl2@gmail.com
**Phone:** 9798714058

---

## General Comment

concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004877

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-b2si
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7893
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Wieslander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-apza
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7895
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Margaret Walker
**Address:**
    2620 Calliope Way
    Raleigh,  NC,  27616
**Email:** margaret.walker28@gmail.com
**Phone:** 2152624170

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Margaret Walker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-r4lv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7899
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Tucker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-wirr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7900
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** bruce emmons
**Address:**
  1552 view pl
  buckley, WA, 98321
**Email:** emmons7bm@yahoo.com
**Phone:** 2537364404

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, bruce emmons

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-1p41
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7901
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Greg Rice

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-yk5h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7904
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Calhoun

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-vvyu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7905
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Schroeder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Gerald Schroeder

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcn-r45f |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7907
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl Bussjaeger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Carl Bussjaeger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcn-jd8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7908
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Current

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Paul Current

DOSWASHINGTON004886

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-88n3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7909
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-9onx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7910
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Averill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-v5m3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7912
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Calkin
**Address:**
   P.O. Box 421
   Greenville,  VA,  24440
**Email:** johndogwood53@comcast.net
**Phone:** 540-337-4571

---

## General Comment

To whom it may concern:

I can't believe a sitting president of our country would advocate any sort of censorship wherever
Americans might wish to correspond. This is a vile threat to the First Amendment as well as a blow
aimed at the Second Amendment. Our devious President should be ashamed of himself.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Calkin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-i8g4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7913
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Waker
**Address:**
   2620 Calliope Way
   Raleigh, NC, 27616
**Phone:** 12154538680

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert Walker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-o3k0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-7914
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Hoff
**Address:**
   2753 Borkshire Lane
   Aurora, IL, 60502-4427
**Email:** rob@hoffsoft.com
**Phone:** 6304304991

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,
Robert Hoff

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-roxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7915
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004893

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcn-49y8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7916
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Charles Wright

DOSWASHINGTON004894

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-fnj9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7919
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jan Romanoff
**Address:**
    10371 Miralago Place
    Cowan Heights,  CA,  92705-2559
**Email:** jdromanoff@cox.net
**Phone:** (714) 832-8678

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jan D. Romanoff

2015 - Gun Owners of America

DOSWASHINGTON004896

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-8b5v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7920
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Betzold

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jonathan Betzold

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-2wl6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7921
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allen Godin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-y86o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7923
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the government wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the government as
requiring, not only their permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
An American Citizen

DOSWASHINGTON004899

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-oq0c |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7924
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Warren Twining

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Warren Twining

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-iw0a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7925
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** donny bowman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely Donny Bowman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-z0i5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7926
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Yeary
**Address:**
　83 Brandon Lane
　Crimora, VA, 24431
**Email:** m_yeary@yahoo.com
**Phone:** 5404483594

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael D Yeary

DOSWASHINGTON004902

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-2v2d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7928
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Errol Thomason
**Address:**
  651 N Soboba St
  Hemet,  CA,  92544
**Email:** errol.thomason@yahoo.com
**Phone:** 9510275966

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004903

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-lu2r |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7929
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
James Jacobelli

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-rga3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7931
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Dean Pranger

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ruk1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7932
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-z4di |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7934
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thom Kelly
**Address:**
  39466

---

## General Comment

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the
Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in
danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a
functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics
up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less
than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be
defined by the Obama administration as requiring, not only government permission, but potentially a
government license.

And again, violators would potentially face significant criminal penalties.
Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.
----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Thom Kelly

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kcm-nwgr<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean Robinson

---

## General Comment

Dear Sir or Madam,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Sean Robinson
Nanuet, NY

DOSWASHINGTON004909

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-721g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7936
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Grasek

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-jbr2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7937
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Grant Pearson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Grant Pearson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-uo2b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7938
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Rogers
**Address:**
  126 Rainbow Drive #2653
  Livingston,  TX,  77399

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-1804
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7939
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Dr. Richard Woodward

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-88e7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7940
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scot Medford
**Address:**
     3496 Amber Lane
     Green Bay, WI, 54311
**Email:** medfordscot@hotmail.com
**Phone:** 9206326498

---

## General Comment

Sir or Ma'am-

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Scot Medford

DOSWASHINGTON004915

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-z6ip
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7941
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Bowden

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
government a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the government as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,

DOSWASHINGTON004916

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-p1kw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7943
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ssmo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7944
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004918

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-w9pb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7946
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Swift
**Address:**
   1643 Browndeer Avenue
   Arkdale, WI, 54613
**Email:** wswift83@frontier.com
**Phone:** 6085642047

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-902x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7947
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004920

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-yr4p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7949
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Rinaldi

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Paul J Rinaldi

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-pd2l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7950
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-pjm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7951
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-7rrr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7952
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Gerjets

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Richard Gerjets

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-j6mg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7953
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernest Di Francesco

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ernest Di Francesco

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-qqap
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7954
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark B. Gampl
**Address:**
    116 N. Ridge rd.
    McHenry, IL, 60050
**Email:** markg19@dls.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark B. Gampl

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-25hg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7955
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Guaglianone
**Address:**
   97786 Hanscam lane
   POB 2421
   Harbor, OR, 97415
**Email:** westguag1@charter.net
**Phone:** 541-813-1301

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004927

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Gerald Guaglianone

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-370g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7956
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris George

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-p1rh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-7958
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Stephens
**Address:**
    3470 E. 2nd St. # 6
    Tucson,  85716-4337
**Email:** mike-stephens@cox.net
**Phone:** 520-203-5824

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Mike Stephens

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-au09
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7959
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Sam Jones

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-rxyj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7960
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bart Hollis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-ihw3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7961
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Anonymous

DOSWASHINGTON004933

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-9urk |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7962
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Connie Gilbert

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Todd and Connie Gilbert

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ju26
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7963
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darcy Sheaffer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-fils
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7964
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Kevin L. McCroan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-duyz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7966
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Kraynak
**Address:**
   3020 30Th Ave Se
   Puyallup,  WA,  98374
**Email:** jrkraynak@comcast.net
**Phone:** 253-848-5708

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
john Kraynak

DOSWASHINGTON004937

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-pq2o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7967
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Compas
**Address:**
   10450 6 Mile Road Lot135
   Battle Creek,  MI,  49014
**Email:** rhc2000@hotmail.com
**Phone:** 269-979-9181

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,Roger Compas

DOSWASHINGTON004938

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-2vcc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7968
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-ih06
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7969
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kyle Hawkins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Kyle Hawkins

DOSWASHINGTON004940

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-mag3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7973
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Graham

---

## General Comment

RTo whom it may concern:

I strongly oppose the rewrite of the State
Departments arms control regulations (ITAR),
which could potentially grant the State
Department a wide-ranging power to monitor
and control gun-related speech on the
Internet.

The new language -- which includes making
technical data available via a publicly
available network (e.g., the Internet) -- could
put anyone who violates this provision in
danger of facing decades in prison and
massive fines.

So posting information on virtually any
firearm or ammunition could be defined by the
Obama administration as requiring, not only
government permission, but potentially a
government license. This means violators
would potentially face significant criminal

penalties.

I also oppose the addition of the word
software into these regulations, as it
appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in
their entirety. Whether you like it or not, the
First and Second Amendments are still the
law of the land!

Sincerely,
Kevin Graham

DOSWASHINGTON004942

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-mgnu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7975
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Avellino

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Joseph Avellino

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-cm72
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7976
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Flint Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-lmfl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dale Parker

---

## General Comment

whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004945

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-i9vc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7978
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark P.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

Further, I see a disruption in technical/warranty service questions between customers and manufacturers
which could jeopardize interstate trade, or even prevent health & safety product warnings which Will
cause pursuance of legal remedies.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004947

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcm-wuj7
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7980
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Baker
**Address:**
   1030 Teller Avenue Suite #49
   Grand Junction,  CO,  81501
**Email:** kjbaker0120@gmail.com
**Phone:** 9705491837

---

## General Comment

To whom it may concern,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.