I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ken Baker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-graq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7981
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobbie Piety

---

## General Comment

To whom is may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet. This is an agregious infringement on our First Amendment rights! This would jeopardize ANY
technical discussion of any topic deemed dangerous by whoever deemed it so.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bobbie Piety

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-7mg3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7982
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randolph Krause

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Randolph g. Krause

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-q2iu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-7983
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DG

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-x5s2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7984
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** the constitution freedom of speech

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Bruce Honer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-st16
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7985
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! The law abiding citizens of this great nation are sick and tired of the constant efforts of our government to violate the first and second amendment that are fundamental God given human rights. We are not "subjects", we are "citizens" and demand that this administration respect our constitution exactly as every elected is sworn to defend, protect and follow.

Sincerely,


Mr & Mrs LeRoy Reese

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-2ew2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7986
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rod Gilsrud
**Address:**
    2019 180th Ave.
    Princeton,  MN,  55371
**Email:** rgilsrud@izoom.net
**Phone:** 763-662-2014

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I don't know how to perceive this other than as a criminal act on the part of the government. The proposed suppression of technical data retards an entire industry and millions of hobbyist's back to mid-20th century communications capabilities. What is being proposed would breach the realm of safety

related technological information. To the newer participants in the world of shooting sports, these sources of information are the only thing they know. In some cases, these new communication tools are the only information source any longer. Hard copy data is steadily being eliminated in the interest of cost saving.

I can not support any action that threatens the knowledge, safety, and well being of responsible, law abiding sportsmen and women. The potential financial damage this could impose on manufacturers and purveyors of arms and ammunition is absolutely unacceptable.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Rod Gilsrud

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-a4e3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7988
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Davidson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-hfzv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7989
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Johnny Kyte Jr.

DOSWASHINGTON004958

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-bu54
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7990
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-v1o3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7991
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** George Sultage, Sr.
**Address:**
    105 Fostoria Dr.
    Tyrone,  PA,  16686
**Email:** geosulsr@aol.com
**Phone:** 814-742-7967

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
George M. Sultage, Sr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-ii74
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7992
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John D'Angelo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John D'Angelo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-v7lm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7994
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Lewark
**Address:**
   4270 Deerfield Hills Road
   Colorado Springs,  CO,  80916
**Email:** berlinmpmike@gmail.com
**Phone:** 8168246694

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Lewark

DOSWASHINGTON004963

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-8hhl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7995
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kaveh Ruhi
**Address:**
   PO Box 82
   Lakeside,  MT,  59922
**Email:** zamat@yahoo.com
**Phone:** 4063475417

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Kaveh Ruhi

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-zsgj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-7998
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Caffrey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John D Caffrey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-pfkf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-7999
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Hedgpeth
**Address:**
  103 Pleasant Hill Road
  Rincon, GA, 31326
**Email:** joelhedgpeth@windstream.net
**Phone:** 912-754-4425

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Joel Hedgpeth

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-b14v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8000
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Coble

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-5ekb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8001
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Philip Rushman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ish8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8002
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Elsner
**Address:**
  N68 W14233 Marian Ct.
  Menomonee Falls,  WI,  53051
**Email:** tunefish@wi.rr.com
**Phone:** 262-349-8583

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Nathan Elsner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-euxm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8003
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Levine
**Address:**
    172 West 9400 South
    Sandy, UT, 84070
**Email:** RonaldHLevine4548@yahoo.com
**Phone:** 801 566-2112

---

## General Comment

Attention: Public Servants,

It is the duty of all of us to pass on our loved United States of America to our posterity as stated in the preamble of our Constitution as follows:

"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

As such, it is your duty as our public servants and by your oath of office to cease all that are moves to end passing on our loved United States of America to our posterity as stated in the preamble of our Constitution, so consider the following:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

DOSWASHINGTON004970

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Reply requested.

Sincerely,

Ronald H Levine
172 West 9400 South
Sandy, Utah 84070

RonaldHLevine4548@yahoo.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-m4oh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8004
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** roy hinton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-ffo8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8005
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license.
This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety.
Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
L. Stephens

DOSWASHINGTON004973

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-pluy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8006
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Woodruff
**Address:**
    128 15th St NW
    Pulaski,  24301-2410
**Email:** woodenhokie@hotmail.com
**Phone:** 540-808-1382

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004975

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-hpdt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8007
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Gerhard
**Address:**
    103 Old Vineyard Court
    Huntsville, AL, 35811
**Email:** craigsg4653@gmail.com
**Phone:** 2563138753

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Craig S. Gerhard

DOSWASHINGTON004977

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-k52e |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8009
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON004978

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-qm5x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8010
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Gomulkiewicz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jason Gomulkiewicz

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-s984 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8011
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Cheslock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-kgn4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8012
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Hansen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Eric Hansen

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-jvf8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8013
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Robert R Payne

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ogeb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8014
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry McDonald

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Larry McDonald

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-y2ue
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8016
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan McNutt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Alan McNutt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-a0dx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8017
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-y557
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8018
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Nisbet

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, David Nisbet

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-yeni
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8020
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Shadlow
**Address:**
  170 Emanuel Ct
  Sparks,  NV,  89441
**Email:** maui_mark@att.net
**Phone:** 775-424-1736

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004987

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-5dck
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8021
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Walker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Justin Walker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-3ztx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8022
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Druse

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
James Druse

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-z3mx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8024
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Embree
**Address:**
   102 Sarah Court
   Gibsonia,  PA,  15044
**Email:** jasonembree@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jason Embree

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-1k41
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8025
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Tobias

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Mr. Jeff J. Tobias

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-qddo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8029
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Maddox

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mark Maddox

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-x122
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8030
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leanne Duncan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Leanne Duncan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-78ga
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8031
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Pellet

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Peter Pellet

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** August 03, 2015 | |
| **Status:** Posted | |
| **Posted:** August 04, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8kcm-juea | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8032
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Samuel Grim
**Address:**
   157 Laquineo Street
   Findlay, OH, 45840-4728
**Email:** samagrim@hotmail.com
**Phone:** 5672087210

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Samuel A. Grim

DOSWASHINGTON004996

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-3cxo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8034
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Bower
**Address:**
    54850 Bittersweet Rd.
    Mishawaka,  46545
**Email:** joncyn@att.net
**Phone:** 574-259-0518

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON004997

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-xu73
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8035
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alfred Lee

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Alfred W. Lee

DOSWASHINGTON004998

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ahgv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8036
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Schuetzle
**Address:**
   5104 Greenway Plc
   Amarillo, TX, 79109
**Email:** schuetzle@att.net
**Phone:** 8063560132

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON004999

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Edward L. Schuetzle

DOSWASHINGTON005000

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-kqqm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8037
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Glendenning

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

George Glendenning

DOSWASHINGTON005001

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ucy7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8038
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J. J. Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
J. J. Bradshaw

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-vse7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8039
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J Perry

---

## General Comment

We Strongly oppose the rewrite of the State Department arms control regulations (ITAR), which could
potentially grant the State Department a wide ranging power to monitor and control gun related speech
on the internet.

The new language which includes "making" technical data available via a publicly available network (the
internet) could put anyone who violates this provision in danger of facing decades in prison and massive
fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring not only government permission or license potentially resulting in significant
penalties.

We also oppose adding the word "software" to these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

We strongly urge you to repeal these new regulations in their entirety. The First and Second
Amendments are the law of the land and must be protected and preserved.

Sincerely,

The Perry Family

DOSWASHINGTON005003

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-ttlq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8041
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Joyce Pyle

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-hqvp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8042
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Douglas Perry
**Address:**
    651 Knoll Ave
    Langhorne, PA, 19047
**Email:** d_m_perry@hotmail.com
**Phone:** 2157521389

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas M. Perry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ko35
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8043
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dawn Starner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

You are elected to protect our laws, not to make laws that circumvent personal liberties and freedoms, particularly those already outlined as protected in the Constitution and Bill of Rights. This is supposed to be the Land of the Free. Keep it that way.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-2rff
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8044
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Fries, CWO4,
U.S.C.G., Retired

# PUBLIC SUBMISSION

<table>
<tr><td><b>As of:</b> August 04, 2015</td></tr>
<tr><td><b>Received:</b> August 03, 2015</td></tr>
<tr><td><b>Status:</b> Posted</td></tr>
<tr><td><b>Posted:</b> August 04, 2015</td></tr>
<tr><td><b>Tracking No.</b> 1jz-8kcm-k3a4</td></tr>
<tr><td><b>Comments Due:</b> August 03, 2015</td></tr>
<tr><td><b>Submission Type:</b> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8045
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Michael Gilson
**Address:**
   126 Apache Trail
   Iowa City,  IA,  52240
**Email:** mgilson@mchsi.com
**Phone:** 319-936-0650

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-bxrb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8046
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Baird

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jason Baird

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-79ab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8048
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** eddy moore
**Address:**
    2655 pete shaw road
    marietta, GA, 30066
**Email:** kb5szo@aol.com
**Phone:** 770-924-4603

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-2d4a |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8049
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Pechman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** August 03, 2015 | |
| **Status:** Posted | |
| **Posted:** August 04, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8kcm-uhwq | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8050
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Tallie Trabert

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-sg9i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8052
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J. Crowe
**Address:**
    Montgomery,  AL,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

J. Crowe

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-jjia
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8053
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Lee
**Address:**
  1481 Cedar Creek Lane
  Suffolk,  23432-1305
**Email:** leesfarm2@verizon.net
**Phone:** 757-255-4372

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON005015

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John W. Lee

DOSWASHINGTON005016

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-jezx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8054
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Nelson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Ed Nelson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-9iiu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8055
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Wolf

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Tom Wolf

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-vtpz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8056
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Oberlander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Richard Oberlander

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-yj7d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8057
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern: 1st ammendment should not be violated with this regulation.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005020

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-1b4o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8058
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Eric Parsons

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-10em
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8059
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JW Hanberry

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. This is an attack on our right of free speech which, according to the 1st amendment, the government is bound to protect.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. We don't need your permission to discuss ammunition on the internet. The idea is absurd and entirely un-American.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
JW Hanberry
Avalon, CA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-tnx8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8061
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mark cataldi
**Address:**
  224 North rd
  Ashford,  CT,  06278
**Email:** m06278@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mark Cataldi

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-imsx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8064
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-yhnu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8065
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Todd

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-b9ea
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8067
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Travis Bennett
**Address:**
   2170 N Lake Dr Apt 8012
   Columbia,  SC,  29212
**Email:** travisjbennett@gmail.com
**Phone:** 8034271000

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

As an engineer, I would be expected to pay a fee and submit my content for pre-approval. Such
restrictions would cause fewer citizens to be able to collaborate with less information, and would surely
jeopardize the level of safety of associated designs.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties for what are clearly constitutional

rights.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printing. Since this is all proposed at a time where there are serious questions in courts about the ability of the Department of State to provide an avenue for due process with regard to Export Control determinations, as well as the constitutional authority of the the department to exercise a prior restraint on speech related to civilian-use products, the timing of this proposed regulation is highly inappropriate in its attempt to short-circuit the courts.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

It is an extremely dangerous precedent to our representative democracy to regulate internet speech used to properly debate the continual flow of proposed changes to firearms regulations, and will directly impede the people's ability to exercise their responsibilities of living under this constitution.

Sincerely,
Travis Bennett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-2tl4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8068
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Penrose

---

## General Comment

Department of State -----
To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John Penrose

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-ehta
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8069
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** danny skolnick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Danny Skolnick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-632g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8070
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Douglas Fairbanks

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety.
Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. & Mrs. Douglas Fairbanks Jr.

DOSWASHINGTON005030

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcm-p8ca |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8071
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Hoffman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Alan Hoffman

DOSWASHINGTON005031

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-b658
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8072
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Scott Harrison

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Scott Harrison

DOSWASHINGTON005032

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-crvh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8073
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Bogs
**Address:**
    8601 Manor Ave
    Munster,  46321
**Phone:** 2198365946

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-iw3l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8074
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Gemmell
**Address:**
   2225 Golf Club Lane
   Columbia,  38401-5103
**Email:** billgemmell@msn.com
**Phone:** 931 388 6958

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-2h0x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8075
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Black

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Black

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-x8ac
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8076
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Farrell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-sbqt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8077
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Daugherty

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ken Daugherty

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-bozf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8079
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Stankowski

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

George Stankowski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-anuo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8080
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Ruben

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-xosy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8081
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bradley Buckman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bradley Buckman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-m8d5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8082
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Chisholm

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Fred Chisholm

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcm-2l97
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8084
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Dana

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-qwty
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8086
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Peckman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jack Peckman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-5g0c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8087
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Oates
**Address:**
   9 Hamptonwood Ct
   Columbia,  SC,  29209
**Email:** ouroboroso@aol.com
**Phone:** 8034797100

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Larry M. Oates Jr.,
Captain, USAF (Ret)

DOSWASHINGTON005045

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcm-y5d2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8088
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Mahoney
**Address:**
    2610 S Sunland Drive
    Chandler,  AZ,  85286
**Email:** jmahoney.az@gmail.com
**Phone:** (480) 263-3634

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Jeffrey Mahoney

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kcm-xkh3<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8091
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Mattes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Col Robert J. Mattes, USAF, Ret.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcm-ifom |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8092
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jesse cris Manassa
**Address:**
    3611 north verde street
    Tacoma,  WA,  98407
**Email:** cmanassa@hotmail.com
**Phone:** 2069532162

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jesse MANASSA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-px1v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8093
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph Mahoney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ralph Mahoney, Yucaipa, CA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-pmll
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8094
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Kolbrener
**Address:**
   11998 Mojave Ln
   Woodbridge, VA, 22192
**Email:** rvn_70-71@comcast.net
**Phone:** 7035904269

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet thereby restricting my sport related hobby..

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-nn40
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8097
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Anonymous

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-z6qg |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8098
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-zsc0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8102
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Krieter
**Address:**
    11101 East Grow Lane
    Palmer, AK, 99645
**Email:** krieter@mtaonline.net
**Phone:** 907-746-3698

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Kurt J. Krieter

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-j2bj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8103
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Kaeo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-h2u7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8104
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hubert Bird

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Hubert L Bird

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-elge
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8107
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Ammons

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Troy Ammons

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-h195
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8108
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ron minor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ron Minor

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-shf5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8109
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Austin Adams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-u32i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8110
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.
Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-hjj0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8112
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Torpey II
**Address:**
    8301 Treehouse Ln
    Austin,  TX,  78749
**Email:** austex49-2@yahoo.com
**Phone:** 512-280-4411

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
William Haggerty Torpey II

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-af33
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8113
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Richard Myers

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard Myers

DOSWASHINGTON005062

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-l36f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8115
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles F Linder
**Address:**
  3261 55th St. N.E.
  Canton,  OH,  44721
**Email:** cflinder@sbcglobal.net
**Phone:** 3304560159

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Charles F Linder

DOSWASHINGTON005064

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-iqgq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8117
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Decker
**Address:**
    27400 Whitetail Rd.
    Hot Springs,  57747
**Email:** mdecker@gwtc.net
**Phone:** 605-745-5487

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Decker

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-dahb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8118
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Maher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas Maher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-bsy3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8119
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Joel

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcl-vevz<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8120
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lee Tandus

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Lee Tandus

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-hegl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8122
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Mangiarcina
**Address:**
  167 Brookfield St
  Vineland, NJ, 08361

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Charles Mangiarcina

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-8uc5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8123
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Delpha
**Address:**
    16106 Southampton Drive
    Spring,  TX,  77379-7382
**Email:** john@jpdelpha.com
**Phone:** 281-686-5492

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John P Delpha, Jr.

DOSWASHINGTON005072

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** August 03, 2015 | |
| **Status:** Posted | |
| **Posted:** August 04, 2015 | |
| **Tracking No.** 1jz-8kcl-1end | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8125
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ronald Sellers

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ronald E. Sellers

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-5g4z |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8126
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Brian G.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-huzk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8127
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Richmond
**Address:**
    4142 Carma Dr.
    North Richland Hills,  TX,  76180
**Email:** swr4142@hotmail.com
**Phone:** 817-485-2141

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-v4cj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8128
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Bueker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Dave Bueker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-fdp2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8129
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Edward Reedy

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-6gl6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8130
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Phipps

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Frank Phipps

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-hbq6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8131
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patricia Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Patricia L

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-59pt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8132
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John VanDenover
**Address:**
  418 E 5th St
  West Liberty, IA, 52776

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John VanDenover

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-divp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8133
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul D Bengtson
3223 S 130th Cir
Omaha, NE 68144-3707

DOSWASHINGTON005081

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-p77t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8134
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Roberts

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-9nqq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8135
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Simone

---

## General Comment

To whom it may concern:

As a member of gun Owners of America, I strongly oppose the rewrite of the State Departments arms
control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to
monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert Simone

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-75k5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8136
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ricci Nielsen
**Address:**
   2659 Elk Rd
   Pinetop, AZ, 85935

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Ricci Nielsen

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-41st
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8137
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
M King

DOSWASHINGTON005085

Paul Zaccheo

8527 Jackson Creek Bend Ln.

Humble TX 77396

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul Zaccheo

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-3x66 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8138
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Zaccheo
**Address:**
  Humble,  TX,  77396
**Email:** pazaccheo@msn.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

Sincerely,

---

# Attachments

Paul Zaccheo

DOSWASHINGTON005088

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-pwvn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8139
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald A Decker
**Address:**
  3800 W 380 S
  New Palestine, IN, 46163
**Email:** ddecker1816@sbcglobal.net
**Phone:** 317-861-9032

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005089

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-k6kq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8140
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Moyer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely

David Moyer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-h61p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8141
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Garrick
**Address:**
    4463 Ugstad Rd.
    Hermantown, MN, 55811
**Email:** ron_garrick@msn.com
**Phone:** 218-491-4292

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ronald E. Garrick

DOSWASHINGTON005092

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-sfgm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8142
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anthony stark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Anthony stark, Darrell stark, Kathy stark, wes stark, liz stark, and many others in our family

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-qa3a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8143
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Heminger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-w8yk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8144
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Harding

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ed and Barbara Harding

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-2bpt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8145
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Catherine Fitts
**Address:**
    PO Box 157
    Hickory Valley,  TN,  38042
**Email:** catherine@solari.com
**Phone:** 7316092412

---

## General Comment

Ladies and Gentlemen:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Catherine Austin FItts
Former Assistant Secretary of Housing
Solari Inc.

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-jyi3
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8146
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Winemiller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-kx25
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8147
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Smithem

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Bill Smithem

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-52hg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8148
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Cochran

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steve Cochran

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-pvqf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8149
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ed Gunter

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Ed Gunter

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kcl-1b6u<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8150
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Johnston

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mr. & Mrs. David Johnston

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-vw75
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8151
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marvin Stovall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Marvin Stovall

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-kr12
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8152
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Albritton
**Address:**
    915 Dora St
    Seymour,  TN,  37865
**Email:** balbritt@netzero.net
**Phone:** 865-773-0097

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William Albritton

DOSWASHINGTON005105

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-qlsz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8153
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeanne Beck

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-zwun
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8154
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Matthew July
**Address:**
  3651 N US Route 31
  Peru,  IN,  46970
**Email:** mattjuly7@gmail.com
**Phone:** 765-398-6369

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


Matthew W. July

DOSWASHINGTON005108

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-aoni
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8155
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** James McCabe
**Address:**
    4647 Plover drive
    Jeannette, PA, 15644
**Email:** mccabe412@gmail.com
**Phone:** 4127264720

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, James McCabe.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-cuwx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8156
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Wojcik
**Address:**
   POB 803
   Aurora, OR, 97002

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005110

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-gs6f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8157
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lew Bonitz
**Address:**
  325 Patterson Ranch Lane
  Columbia Falls,  59912
**Email:** Lew@GrizzlyCustom.com
**Phone:** 406-892-4570

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Lew Bonitz

DOSWASHINGTON005112

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-sogn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8159
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Gary Nadvornik

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-qpiy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8160
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Bruce Harris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-9j9n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8161
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gabriel Penagaricano

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Gabriel I. Penagaricano, Esq.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-o2tn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8162
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** C. G.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

C. G.
Florida

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-kwju
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8163
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Cline
**Address:**
    768 S. Moonlight Drive
    Star Valley, AZ, 85541-2528
**Email:** frdmftr@frdmftr.net
**Phone:** 9284786000

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005117

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-lhve
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8164
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J.D. Schechter

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines - for as little as discussing a 'favorite load' for a specific caliber or firearm.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-qtmq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8166
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** NATHAN KAISER

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,Nathan Kaiser

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-ix2p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8167
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John and Veronica Schmidt
**Address:**
   115 Bittercreek Dr
   Folsom, CA, 95630-2316
**Email:** snips37@aol.com
**Phone:** 916-983-5725

---

## General Comment

whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John and Veronica Schmidt

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-fb0d |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8168
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eugene Tangren

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Eugene Tangren
Portland, OR

DOSWASHINGTON005121

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-knrq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8169
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-qtl4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8172
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Maxey
**Address:**
  104 Curtin Avenue
  Sutton,  WV,  26601
**Email:** suttonwho@frontier.com
**Phone:** 3046427996

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Timothy S. Maxey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-frhl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8173
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Marty Deggeller

DOSWASHINGTON005124

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-2e40 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8174
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Yenser

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-51p5 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8176
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Terry Miller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-piyf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8177
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Lydston

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mark Lydston

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-iie6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8179
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** AL Olson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

AL Olson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-7ced
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8180
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russ DeJager
**Address:**
    2010 Greenly St.
    Grand Rapids,  49418
**Email:** russ.dejager@burnips.com
**Phone:** 616-443-1417

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Russ DeJager

DOSWASHINGTON005130

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-v6m8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8181
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Thomas
**Address:**
    148 Doctor Young Road
    Hampton,  SC,  29924
**Email:** rgthom@embarqmail.com
**Phone:** 803-914-0610

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ronald G. Thomas

DOSWASHINGTON005132

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-822b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8182
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Peoples jr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-acv7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8183
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris M
**Address:**
    Birmingham,  AL,  35243

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Chris Magyar

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-gmzb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8184
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** charles parsons
**Address:**
   34541 Daisey Road
   Frankford,  DE,  19945
**Email:** charles.parsons01@outlook.com
**Phone:** 302-539-3415

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Charles L. Parsons

DOSWASHINGTON005136

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kcl-9mnh<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8185
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Owen
**Address:**
  20710 turkey Rd.
  versailles,  MO,  65084
**Email:** hillbillyozark@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Roger P.Owen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-99iw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8186
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Rose
**Address:**
  809 West Pearl Street
  Trafalgar,  IN,  46181-8701
**Email:** corky@embarqmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005138

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-dyf9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8187
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Langtford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
William Langford

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-1u82
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8188
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Constance Swarthout

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Connie Swarthout

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-fu1b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8189
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

DOSWASHINGTON005141

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-4li9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8190
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Christopher Karanski
**Address:**
   Round Hill,  VA,  20141

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Christopher Karanski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-y2ei
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8191
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Heather Swarthout

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Heather Swarthout

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-uz0z
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8193
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Bill Homan

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Bill Homan

DOSWASHINGTON005144

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-mowh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8195
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Ogburn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
William J. Ogburn, III

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-szbf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8196
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steve

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-qvf6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8197
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Kevin Whiting

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-2cjl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8198
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micah Swarthout

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-yqz7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8199
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy St.Clair

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
R St.Clair

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-2sf9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8200
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Feuerbacher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, J F

State Department Proposal May Make Information-Sharing on Guns Illegal

There has been quite a buzz recently about the State Department's proposed rulemaking concerning the Arms Export Control Act -- and its impact on information concerning guns.

GOA has looked over the regulations -- and other people's comments concerning the regs. One initial comment is that a lot of the proposed language which has caused such a stir is carried over from current regulations.

This is not dispositive. If an anti-gun president, like Obama, wanted to use a long standing preexisting statute to implement comprehensive gun control -- and if that preexisting statute had historically been interpreted conservatively -- the first thing the anti - gun president would do is recodify the regulations, with slight modifications.

That said, here are the major problems with the proposed regs, as we see it. This is probably more than you want to know. But, if you're going to get involved, it's not more than you need to know.

SUMMARY

The definitions of what gun-related information cannot be "exported" without the approval of the State Department are already very broad.

But what is missing is a broad definition of "export" that would actually allow the Obama administration to move in and take advantage of this regulatory infrastructure.

And what these regulations would do is to define "export" to include potentially any gun-related communication on the Internet or social media.

With this final keystone in place, the Obama Administration would have the regulatory framework to comprehensively regulate gun-related speech in cyberspace, to whatever extent it desires.

Changing Definitions

The definition of what communication is an "Export" that triggers the requirement of the State Department approval is expanded dramatically in these regs.

The term "export" would be expanded to include "making technical data available via a publicly available network (e.g., the Internet)." This is wholly new language.

Note that anyone who did this could face decades in prison and massive fines.

Note, further, what this provision does and does not say: It does not require that the technical data be made available to the public for the illegality to occur. It applies to all private communications, so long as the "network" (e.g., the Internet) is, in general, publicly available.

Thus, any electronic communication concerning gun-related "technical data" would potentially subject the sender to these significant criminal penalties.

That said, it is alarming enough that the obvious ramification of this paragraph is to give the Obama administration authority to comprehensively regulate gun-related speech on the Internet.

So the next question is: Given that the proposed regulations would more clearly grant the Obama administration the power to regulate gun-related speech on the Internet, how broad would its mandate be?

The answer is that, based, in part, on preexisting definitions, that the power would be very broad indeed.

Broadening the Concept of Gun-Related Speech to be Regulated

The definition of "technical data" which would require government permission in order to be posted on the Internet is, in part:

Information required for the development (see section 120.47) (including design, modification, and integration design), production, (see section 120.48) (including operation, installation, and integration), maintenance, repair, overhaul, or refurbishing of a defense article. Technical data may be in any tangible or intangible form....

Note that this language is so broad that it could potentially include virtually any gun-related communication of a functional "how to" nature.

The term "defense article" -- which requires a license (and huge license fee) for export, and upon which the previous definition rests -- is: "any item, software, or technical data designated in section 121.1...."

And what does section 121.1 say that the term "defense article" means? It now includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of "special military application"; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, posting information on virtually any firearm or ammunition could be defined by the Obama administration as being the "export" of a "defense article."

Of course, it is a defense that the information is in the "public domain" because, under section 120.11, it is "available to the public without restriction on their further dissemination." But anyone who posts on a gun-related "how to" topic has to ask the question of what the term "available to the public" means -- and whether everything in his post has been said before, publicly. At the very least, such a convoluted process would have a "chilling effect" on gun-related speech.

The bottom line? Under the State Department proposed revisions, virtually every "how to" gun-related electronic communication could be classified as a "defense article" which would require, not only government permission, but potentially a government license.

Gun-related Software will be Classified as a "Defense Article" and would Require a License

DOSWASHINGTON005152

We have seen that the term "defense article" -- which requires a license (and huge license fee) for export -- is defined to be "any item, software, or technical data designated in section 121.1 ...." And the term software is new.

The State Department contends that, since software is merely being moved from the category of "technical data" to "defense article," this provision makes "no substantive change."

We know this is a lie in one respect, because "computer-aided design files" and "electronic media" remain in the 22 CFR 120.10 definition of the "technical data" section under the proposed new rules.

Beyond that, if there's one unbreakable rule in politics, it's that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if there's a second unbreakable rule, it's that the drafters will inexorably lie and say they're "only codifying current law."

What "software" should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to "Encryption programs like TrueCrypt as well as 3D models of firearms...."

Conclusion

GOA has done its own careful analysis of the State Department's proposed rewrite of arms control regulation.

We have not always agreed with everything our friends are saying about the changes.

But we, too, have concluded that, in the hands of an anti-gun administration such as Barack Obama's, the regulations have the potential of granting the State Department an expanded ability to regulate and license gun-related speech on the electronic media.

Michael Hammond is the Legislative Counsel for Gun Owners of America, a grassroots lobby representing more than one million gun owners.

More Videos
2015 - Gun Owners of America

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-w0zd
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8203
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Swarthout

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Tim Swarthout

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-kqar |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8205
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-o93j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8207
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric F

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-4e69
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8208
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Sitzmore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-i99r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8209
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Koerperich

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Charles Koerperich

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-senu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8213
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Andrew Denton

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Andrew Denton

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-bovt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8215
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Dale Lovell

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Dale Lovell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-fht3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8216
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Keasler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-ufks
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8217
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Rodney Espinosa

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Rodney Espinosa

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-utwm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8219
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Williams

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Williams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-f2fn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8220
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Fabian

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

Sincerely,
Stephen G. Fabian, Jr.

DOSWASHINGTON005164

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-u5se |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8221
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Disharoon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama or a future
administration as requiring not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Joseph Disharoon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-2xd7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8223
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Thorson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-y58t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8225
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Tony Tamaccio
**Address:**
23413 SE 217th PL
Maple valley,  WA,  98038
**Email:** tamaccio@yahoo.com

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-hffw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8226
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean Younkin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-29su
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8227
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Loren Wilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-rpfn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8228
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-cjco
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8229
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Sperry
**Address:**
  840 N. Carrington Ave.
  Buffalo, WY, 82834
**Email:** Too_Olde@yahoo.com
**Phone:** 307-620-2995

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-61r1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8231
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Grossman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Paul D. Grossman

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-eifh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8233
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ian Holmes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ian Holmes

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-ms7y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Bailey
**Address:**
    8220 McFarland Rd
    Indianapolis,  46227
**Email:** jarhead1953@rocketmail.com
**Phone:** 317400-5936

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
HBailey

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-7mjq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8235
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick Lindley

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,Rick lindley

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-j5r0
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8239
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Clifton
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Thomas F. Clifton

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcl-bv70<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8240
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Kuhn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Daniel Kuhn

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-e8z4
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8241
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary & Donna Maiese
**Address:**
  243 S Poplar St
  Gibbstown, NJ, 08027
**Email:** gmaiese@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gary & Donna Maiese

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-s7pd |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8242
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Taglia

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land and these regulations are patently unconstitutional -- you have no
legal authority to do this!

Sincerely,
Anthony Taglia

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-n1xs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8244
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Pyter
**Address:**
   41 Marion Lane
   Streamwood, IL, 60107
**Email:** rpyter@gmail.com
**Phone:** 630-254-0643

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005180

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-adwf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8245
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-1vy7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8246
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Cox

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-3543
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8248
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Meadows
**Address:**
  PO Box 264
  Torreon, NM, 87061
**Email:** MojaveMike@centurylink.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael V. Meadows

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-lq96
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8249
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RONALD ROOSA

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-qcth
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8252
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-4ioa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8253
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-zmaq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8254
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-8kuu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8255
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Alexander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jim Alexander

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-pjvw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8256
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey McFarland
**Address:**
   p.o.box 66
   Rapids City,  IL,  61278-0066
**Email:** tidib@mchsi.com
**Phone:** 3092367919

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jeffrey L McFarland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-3p5e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8257
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terrence Miller
**Address:**
  6047 San Gabriel Apt E
  Kalamazoo, MI, 49009
**Email:** terrence.miller51@comcast.net
**Phone:** 2692177847

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Terrence Miller

DOSWASHINGTON005192

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-hfm8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8258
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marcos Roman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) Since many law abiding gun owners post on gun blogs to give other law abiding gun
owners advice, they could be charged. In addition, the way it is written, it could be used to go after
communication via email between to private law abiding individual not on a public site, but because it is
travelling on the internet and can be intercepted by the public, we are in danger of being charged.-- As
this legislature is written it could put anyone who violates this provision in danger of facing decades in
prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers. But without clearly defined wording it could also be interpreted for other
software like (but not a comprehensive list) SpotOn range finding/scope tuning software. The way this
legislature is worded, if I give advice on firearms from a layman to technical perspective I could be

brought up on charges.

This piece of legislature is written too broad and allows for a liberal interpretation of who falls under its purview. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Marcos A Roman

DOSWASHINGTON005194

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-8id7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8260
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donna Hurlock

---

## General Comment

To State Department:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Donna Hurlock, MD

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-ynf3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8262
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-8lbt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8264
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lew Wallace

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Lew Wallace

DOSWASHINGTON005197

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-8a2z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8265
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sheldon McNickle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Sheldon McNickle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-oyvg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8267
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are the law of the land!

Sincerely,

S. Munafo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-ny2z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8269
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Valentine

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Valentine

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcl-kci4
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8270
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** LeVerne Doran
**Address:**
   4128 Slater Avenue
   Nottingham,  MD,  21236-1728
**Phone:** 4102565248

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON005201

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-2qjl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8271
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Oakden
**Address:**
  6 Shirleen Drive
  Hilton,  14468-8701
**Email:** gary.oakden@gmail.com
**Phone:** 585-392-8032

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Gary Oakden

DOSWASHINGTON005202

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-4xti
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8273
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** walter rawlins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,Walter Rawlins

DOSWASHINGTON005203

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-3uvd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8275
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Allman
**Address:**
   1111 W. Walnut St.
   Kokomo, IN, 46901-4389
**Email:** allman37@gmail.com
**Phone:** 7654524813

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
James O. Allman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-ypm5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8276
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Guessford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jonathan Guessford

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-fa58 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8277
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** matt petersen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

M. Petersen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-mb1r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8278
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William G. Sly Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-53cg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8279
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

It is odd that the proposal controls identical information in different ways depending upon the form or its
origin. For example, patent 5,705,763 is for a clever device which converts a semi-automatic Glock pistol
into a select fire weapon capable of fully automatic fire. The patent contains detailed design information,
including engineering diagrams and precise measurements, such that anyone could with relatively little
trouble make one. It seems clear this would be ITAR controlled technical data but for the fact that it is
contained in a patent. At the same time, if I put substantially similar but perhaps in minor ways different
information into a different form - a CAD file - it would become ITAR controlled. Similarly, if I create
this device as part of an academic research project the information can be ITAR exempt. For example, I
knew a fellow who did his masters thesis for a mechanical engineering degree on improvements to the
M60 machine gun, which would be ITAR exempt. At the same time, a for profit firm would have all the
same information controlled on the ITAR.

What national security benefit does the government gain by controlling information tightly in a particular
form or type, when substantially identical information would be completely uncontrolled if in a different
form or from a different source? This is not only extraordinarily complicated, but even well intended
people can't understand what they need to do to be compliant without bankrupting themselves with legal
fees.

Also, including the idea of "assembly" in the definition of "production" guts the firearms exemption in
125.4(b)(6). This would take commonly available schematics showing how a firearm is assembled, and
make them ITAR controlled. There are literally thousands of documents online, including YouTube
videos showing how to break down and reassemble a firearm, and these would become ITAR controlled.

DOSWASHINGTON005208

In fact, the internet is full of technical data related to firearms and ammunition, covering every aspect of design and manufacture. Newly imposing controls on this information by adding a new definition to "production" and "development" serves no obvious national security requirement, although it does have enormous regulatory impact within the United States.

Accordingly, I suggest that 125.4(b)(6) be modified to read: "(6) Technical data, including classified information, related to firearms not in excess of caliber .50 and ammunition for such weapons;"

In the alternative, I suggest adding a new subparagraph to the definition of a defense article, providing that information related to firearms and ammunition is not a defense article.

Because (at least with respect to firearms and ammunition) this proposal will have more impact on the U.S. domestically than on any military of foreign policy priority, this change of controls on firearms and ammunition shouldn't qualify for the Administrative Procedures Act exemption which is claimed in the Federal Register Notice.

Domestic control of firearms is under the control of Alcohol, Tobacco, and Firearms, and various laws and regulations at the state and local level. The Department of State should not add an inconsistent and redundant layer of controls on top of those existing structures.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-tkur
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8280
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank McLane, Jr.
**Address:**
    14015 Park Dr.
    Suite 111
    Tomball,  TX,  77377
**Email:** frank@mclaneadvisors.com
**Phone:** 281-357-0800

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-o4k8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8281
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ALAN STEINBRONN
**Address:**
  8629 ROSE LANE
  PHILADELPHIA,  PA,  19136

---

## General Comment

To whom it may concern:

I STRONGLY oppose the rewrite of the State Depts arms control regulations (ITAR), which could
potentially grant the State Dept. a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language - which includes making technical data available via a publicly available network
(e.g., the Internet) - could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition can potentially be defined by ANY
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Whether you like it or not, the 1st and 2nd Amendments are still the law of the land, and I'm SICK of your hypocritical freedoms robbing attitude and actions toward citizens of the United States while you permit the US Govt. to peddle every type of weapon to whomever you sell-out politicians please.

I've had enough of your pathetic hypocritical two-faced nonsense.

Strike down this proposed US State Dept. rule or find yourselves voted out and thrown out into the streets.

Sincerely,

ALAN STEINBRONN

DOSWASHINGTON005212

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-axep
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8282
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dale Laue
**Address:**
    777 First Street No 117
    Gilroy,  CA,  95020
**Email:** dalelaue@aol.com
**Phone:** 4088465263

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON005213

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments to the United States Constitution are still the law of the land!

Sincerely,

Dale Laue
Gilroy, CA

DOSWASHINGTON005214

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcl-ek3b |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8283
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Krenik

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Krenik

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-2mt3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8284
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nikolay Baranyuk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Nikolay Baranyuk

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-nd3o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8285
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Sonner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. This is a direct violation of an individuals 1st and 2nd Amendment rights.
Posting or sharing information on virtually any firearm or ammunition could be defined by the Obama
administration as criminal or as requiring government permission or license. This means violators could
potentially face significant criminal penalties or repressive fee's.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are the
law of the land and cannot be regulated away by an Administration's executive fiat.

Sincerely,

Russell Sonner

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcl-gtpg |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8286
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dody Mitchell
**Address:**
　748 J Bar J Circle
　Violet Hill,  AR,  72584
**Phone:** 860-368-4576

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Dody Mitchell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-ur6f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8287
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** T Fost, et al

---

## General Comment

To whom it may concern:

We greatly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State department a wide-ranging power to monitor and control firearms-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines -- up to 20 years and a million dollars in fines.

Thus, posting information on virtually any firearm or ammunition could be defined by the current
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

We also strongly oppose the addition of the word software into these regulations, as it appears to be a not-
so-veiled effort to ban 3-D printers.

Therefore, we greatly urge you to repeal these new regulations in their entirety. Whether you like it or not,
the First and Second Amendments are still the Law of the Land. And these rights -- along with all the
others -- cannot be unlawfully altered, negated, or suspended simply by legislative (statutory or regulatory)
fiat!

Your cooperation will be greatly appreciated.

DOSWASHINGTON005219

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcl-60xb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8288
Comment on DOS-2015-0023-0001

---

# Submitter Information

**Name:** R J Moncuse
**Address:**
    P O Box 99
    Burleson, TX, 76097-0099
**Email:** 1moncuse@att.net
**Phone:** 682-225-7971

---

# General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

R J Moncuse
Burleson, TX

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-wlfy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8289
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** William Domenz

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-1lmm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8294
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** william vincent

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

Sincerely, William Vincent

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcl-ha45
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8295
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pete Wehs

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Pete Wehs

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-b81s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8296
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Allowing a ban on free speech is a travesty, a disgrace, an out right assault on our 1st amendment rights. It goes against the founding principles this nation was founded on. How can our law makers and representatives allow such action to be taken?

Sincerely,

North Carolina

DOSWASHINGTON005225

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-289o |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8297
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Sheldon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James Sheldon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-pif7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,

---

## General Comment

may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

I also have find the actions of this administration to be highly disappointing as a liberal. In no way should we be stifling free-speech on the Internet.

Sincerely,

H.P.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-19fw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8299
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Stephen Traylor
**Address:**
   P O Box 433
   Pacific City,  OR,  97135
**Email:** stevescolt@embarqmail.com

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Stephen Traylor Pacific city Or 97135

DOSWASHINGTON005228

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-gypk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8301
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Evan SMith
**Address:**
   211 Avebury Dr
   North Chesterfield,  VA,  23236-3240
**Email:** ebsmith@juno.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-ut58
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8302
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Driscoll

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

And as a veteran, and member of BOTH the VFW and The American Legion I strenuously oppose these new regulations!!!

Sincerely,
Bruce Driscoll

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-1vx3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8304
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-qqxx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8305
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Scowden
**Address:**
   4141 Transue Dr
   Zephyrhills,  FL,  33542
**Email:** racc.tactical@gmail.com
**Phone:** 8133955515

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

So just in case you lost your copy or don't remember,

First Amendment - Religion and Expression. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

The Second Amendment of the United States Constitution reads: "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, SHALL NOT BE INFRINGED"

Sincerely,

Scowden, Jason
SGT, OEF Vet.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-cuid |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8306
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Barrett
**Address:**
   128 Northridge Drive
   Danville, VA,  24540
**Email:** Rkb58@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
R.K. Barrett
Danville, Va.

DOSWASHINGTON005234

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-i6nu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-gguq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8308
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Nesby
**Address:**
   1600 S. Eads St.
   825-N
   Arlington, VA, 22202
**Email:** cnesby@aol.com
**Phone:** 703-979-5772

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Hon. Charles W. Nesby, SES (ret.), Capt. USN (ret.)
1600 S. Eads St., 825-NArlington, VA. 22202-5307
(703) 979-5772

DOSWASHINGTON005237

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-z1gr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8309
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raymond Alexander
**Address:**
    58 Viola Court
    Wappingers Falls, NY, 12590-7604
**Email:** bigguy25@optonline.net
**Phone:** 8452273118

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Raymond Alexander

DOSWASHINGTON005238

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-of0l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8310
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-rv36
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8311
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe Danna
**Address:**
    5121 Mathis Dr
    Katy,  77493
**Email:** jdanna21@msn.com
**Phone:** 8325578450

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Joseph P Danna

DOSWASHINGTON005240

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qbxa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8313
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Cooper

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert S. Cooper

DOSWASHINGTON005241

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-tek6 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8314
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

JC Payne

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-srtm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8316
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Norman Hauschildt
**Address:**
   31553 570 Ave
   Waltham, MN, 55982
**Email:** redbeard@fmwildblue.com
**Phone:** 507/477-3652

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,
Norman Hauschildt

DOSWASHINGTON005244

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-9lgi |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8317
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** ben adams

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Ben Adams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-wg2y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8319
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bradley Moura

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Bradley Moura

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-2p6f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8320
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON005247

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-gok5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8321
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mike slater

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Lastly - the last time I looked the 1st amendment prevented censorship!!!!

Sincerely,

Mike Slater

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-sr4o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8322
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J. R. Fory
**Address:**
　　PO Box 581
　　Green Valley,  AZ,  85622
**Email:** jrfapr@yahoo.com
**Phone:** 5203994650

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005249

# PUBLIC SUBMISSION

<div style="border:1px solid">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-x93o
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8323
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Terry Michael Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-seut
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8325
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Archer Henderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Archer W Henderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-nikn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8326
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arlene Chatfield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Arlene Chatfield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-wu8i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8327
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Balk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Jerry J Balk

DOSWASHINGTON005254

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-b7ws
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8328
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Howard

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Steven H Howard

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-rdnp |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8329
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

American Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-syv6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8331
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

Gentlemen:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-efms
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8332
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Plumberg
**Address:**
   809 Orange St
   Baldwin City,  KS,  66006
**Email:** tplum@mchsi.com
**Phone:** 895-691-8720

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

DOSWASHINGTON005258

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-v1q3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8334
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Noel Razus
**Address:**
   57 Old Quaker Hill Road
   57 OLD QUAKER HILL RD
   Monroe,  NY,  10950-1303
**Email:** noelrazus@gmail.com
**Phone:** 9145821298

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-przs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8335
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-699r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8336
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Fenter

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! And I took an oath to uphold them; didn't you?!

Sincerely, John H. Fenter, LCDR, US Navy, Retired

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-1y7k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8337
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr. R E Thompson
**Address:** United States,
**Email:** RT@sanangelotx.us

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-8o0r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8338
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** FCO WAR

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-u0lt |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8339
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

U.S.Citzen

DOSWASHINGTON005264

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kck-h5vb
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8340
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Les Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005265

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-gg43
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8342
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Darrell C Lambert

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-fprq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8344
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Troy Rainey
**Address:**
   2858 west 35th street
   Erie,  PA,  16506
**Email:** Troy.rainey@gmail.com
**Phone:** 8145808779

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Troy Rainey

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-g5v4 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8346
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Koehler

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Michael Koehler

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-n2c2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8347
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-ca1d |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8348
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Wright

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William B Wright

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-s5ed
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8350
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-7xsj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8351
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-wjjy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8353
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Debbie Morris

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Debbie Morris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-rzjd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8354
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Williams
**Address:**
  Catlett, VA, 20119
**Email:** jawoffers@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
James Williams

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-pkq8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8355
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

08/03/2015
To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

This is still a FREE country! Don't make it not!
Thanks for your time.

Sincerely, A Concerned Citizen!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-15hm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8356
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Anonymous

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-dgq3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8358
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Sandvig
**Address:**
    21727 Calhoun Rd
    Monroe,  WA,  98272-8752
**Email:** daniel.sandvig@gmail.com
**Phone:** 3607944282

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Daniel L. Sandvig

DOSWASHINGTON005278

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-ij9d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8359
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Quinn Kaeppeler

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land, and this new language clearly goes against both.

Sincerely,

Quinn Kaeppeler

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-5ix9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8360
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-igxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8361
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Rardin
**Address:**
    3084 Sparrows Crest
    Akron, OH, 44319-5400
**Email:** bucks77@att.net
**Phone:** 3306447143

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Semper Fidelis,

Robert F. Rardin

DOSWASHINGTON005282

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-j708
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8362
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Anonymous

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qmql
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8364
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Doss
**Address:**
    467 Powell Road
    Lynch Station,  VA,  24571
**Email:** kdoss@jetbroadband.com
**Phone:** 434-382-1785

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kevin W. Doss

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-e75r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8365
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alexander Ariano

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Alexander J. Ariano

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-eis0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8366
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Niersmann

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-o93n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8368
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Williamson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-f4p8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8369
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phil York
**Address:**
    515 Hwy 2009
    Bledsoe, KY,  40810
**Email:** korney65@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Phillip York

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-2cfg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8370
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Crafton
**Address:**
  506 Hwy 162
  Clarkton,  MO,  63837
**Email:** jcraft1@ymail.com
**Phone:** 573-281-9779

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, James Crafton

DOSWASHINGTON005289

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-v6e3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8371
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Waid

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John Waid

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-b43a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8372
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Darby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John Darby

DOSWASHINGTON005291

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-nd1c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8375
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Wouldn't a government agency going against the Constitution of the United States be considered a domestic
terrorist?

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-22rx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8377
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-cm8c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8378
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Allen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-jhj4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8379
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Leagan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. I
depend on the internet for regular information regarding technical specs and information on guns, gun repair,
ammunition characteristics and specifications, most often from manufacturer's websites. This could all be outlawed.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties. It would totally stop all information on these items to legitimate U.S.
sitizens and owners.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land and must not be abridged!

Sincerely,

James Leagan

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-tac4 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8380
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Ciombor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Ciombor

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-8lhc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8381
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-v4ds
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8382
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Richard L. Bernardi

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-g0rf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8383
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Lloyd

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-h4by
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8384
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Voorhees
**Address:**
    845 venice blvd.
    venice,  CA,  90291
**Email:** flymansglider@gmail.com
**Phone:** flymansglider@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Christopher Voorhees

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-l5q7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8385
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Kunka

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-hv9u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8386
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan R

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ryan R.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-jbvw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8387
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Spall
**Address:**
    13810 N39th LN
    Phoenix,  AZ,  85053
**Email:** b-boppn57@cox.net
**Phone:** 6029382519

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kck-q1lt
Comments Due: August 03, 2015
Submission Type: Web

Docket: DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

Comment On: DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

Document: DOS-2015-0023-8388
Comment on DOS-2015-0023-0001

---

## Submitter Information

Name: Armando Herrera

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Armando Herrera

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-ji16
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8389
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Thompson
**Address:**
   P.O. BOX 394
   148 LANA STAR RD
   POCAHONTAS, VA, 24635=0394
**Email:** cdtt@comcast.net
**Phone:** 2769452324

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,Christopher A. Thompson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-cerx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8390
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qacm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8391
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Melton
**Address:**
   Ava,  MO,  65608
**Email:** Chuck44@CenturyLink.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Charles Melton
Ava, Mo

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kck-crof
Comments Due: August 03, 2015
Submission Type: Web

Docket: DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

Comment On: DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

Document: DOS-2015-0023-8392
Comment on DOS-2015-0023-0001

---

## Submitter Information

Name: Ray Horvath

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-2317
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8393
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Thadeus Suzenski, ESQ

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-96l1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8394
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Kellett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-w052
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8395
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Burroughs
**Address:**
    10840 PONDEOSA TIMBERS
    CONROE, TX, 77385
**Email:** waburro@gmail.com
**Phone:** 281-363-1967

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

le>**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-ww3m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8396
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Crouch

---

## General Comment

To the Statists whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Locked & Loaded,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-8pcf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8398
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Johnson

---

## General Comment

Dear Sir or Madam;

The proposed changes to the State Departments International Traffic in Arms Control Regulations (ITAR) are unacceptable. This proposed change is so broad it potentially grants the State Department wide-ranging powers to control gun-related speech on the Internet; a clear violation of the First Amendment.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
Posting information on virtually any firearm or ammunition could be defined by any administration as requiring not only government permission, but potentially a government license. Violators would potentially face significant criminal penalties... for exercising their First Amendment rights
I also oppose the inclusion of the word software in these regulations. The practical effect would be to ban 3-D printers without so stating.
The proposed changes to the ITAR require significant revision before they are again brought to the public for comment.

Sincerely,
Frank S. Johnson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-b7gd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8399
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Bradley Roth

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bradley Roth

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-e69w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8400
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Motycka

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Motycka

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-kjnd |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8401
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Toby LaVigne

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Toby and Shelly LaVigne

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-2ugr |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8402
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Wester

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Adam Wester

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-q6tv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8405
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Roberts

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jason Roberts

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-mig5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8406
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth baker Jr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Kenneth S. Baker Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-yx5o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8407
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chuck DuFalt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-dht8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8408
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marvin Sauer
**Address:**
    11110 West Bridgetower Drive
    Boise,  ID,  83709
**Email:** mesauer@hotmail.com
**Phone:** 208-342-7786

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kck-p9cp
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8409
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Christopher L. Sutton
8201 Willow Glen Court
Fort Worth, TX 76134
pcsutton@msn.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qtrv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8410
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jimmy Robinson
**Address:**
    6335 S Lansdale Cir
    Tampa,  FL,  33616
**Email:** jimmyrobinson@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely
Jimmy Robinson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-yrrr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8411
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon Taylor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Sharon Taylor

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-gueu |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8412
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Adam

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mr & Mrs Daniel Adam

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-f2qf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8413
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M S

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety as the First and Second Amendments are still
the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-iox3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8414
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Delton
**Address:**
    8630 S. Holbrook Ln
    Tempe,  85284
**Email:** jimntempe@yahoo.com
**Phone:** 4808317045

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jim Delton

DOSWASHINGTON005328

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-8ru3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8415
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Frank W Parker

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-l347 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8416
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mary Anne Walker

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-dkr3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8417
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** August Kriley
**Address:**
     Lake City,  FL,

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-7kc2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8418
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Piwonski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James W. Piwonski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-9ttw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8419
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Dignan
**Address:** United States,

---

## General Comment

To whom it may concern, such as liberal or democrat commies:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-591j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8420
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-l74g |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8422
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qmz6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8423
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Feucht
**Address:**
   1321 15th ST
   Lewiston,  ID,  83501
**Email:** mef9085@gmail.com
**Phone:** 208-553-4159

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


Michael Feucht

DOSWASHINGTON005337

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-l2wb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8426
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Danielle Hernandez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Danielle Hernandez

DOSWASHINGTON005338

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-bfgk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8427
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** theo doty
**Address:**
   803 sisson
   sayre, OK, 73662
**Email:** aa5ck@att.net
**Phone:** 580 928 3429

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-6i5v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8428
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Julian Aguilar

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Julian Aguilar

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-shve
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8430
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patricia Doekes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-g1pk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8431
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Moore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-jna7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8433
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Foreman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bruce Foreman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-1dm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8434
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Denette Doekes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Denette Doekes

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-sdli |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8436
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Veldman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard Veldman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-daw2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8437
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JoAnn Hawkins
**Address:**
   8472 NE Highway 349
   Old Town,  FL,  32680-2828
**Email:** kampdixie@hotmail.com
**Phone:** 352-542-1127

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

JoAnn Hawkins

DOSWASHINGTON005347

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-bsqg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8438
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rob Wesson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Rob Wesson

DOSWASHINGTON005348

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-vd1n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8439
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Doekes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Andrew Doekes

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-75gx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8440
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Kenneth Overton
**Address:**
   599 Grovania Rd
   Hawkinsville, GA, 31036
**Email:** kenoverton@windstream.net
**Phone:** 478-987-9962

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kenneth L Overton

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-sx4l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8441
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Shirrel
**Address:**
    4523 Pecan Street
    Springdale, AR, 72762
**Email:** cshirrel@aol.com
**Phone:** 479-419-5492

---

## General Comment

To whom it may concern:

We strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

We also oppose the addition of the word software into these regulations, as it appears to be a not-so-
veiled effort to ban 3-D printers.

We urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Christopher and Marney Shirrel
Springdale Arkansas

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-gdeu |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8443
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Schulte

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas Schulte

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-pz1g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8444
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mick Dobra

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise
thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to
assemble, and to petition the Government for a redress of grievances.

Amendment II
A well regulated Militia, being necessary to the security of a free State, the right of the right of the people
to keep and bear arms shall not be infringed.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-s1lg |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8446
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Kintigh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gary D. Kintigh

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kck-4k5u<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8447
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Money

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas Money

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-u46s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8448
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** james s Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-4wfi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8449
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Smith
**Address:**
  3295 Lack Rd.
  Russellville, KY, 42276
**Email:** dlsmith@logantele.com
**Phone:** 270-542-6287

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David L. Smith

DOSWASHINGTON005361

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-fiqe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8450
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John Cunningham

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-sdg4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8451
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! Despite the current administration's attempts to rewrite,
or redefine them.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-yro8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8452
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lisa Babcock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-o7np
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8453
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Keith Kirkpatrick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Keith Kirkpatrick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-s697
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8455
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Geoffrey Hoffa

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Geoffrey W. Hoffa, DHSc, PA-C

DOSWASHINGTON005366

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-gob5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8456
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Davies

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Dan G. Davies

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-8da3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8457
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Tyler Greenwald

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-zqiw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8458
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jim Ellis

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kck-2jar
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8459
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Bartlett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-9byx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8460
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Hawkins
**Address:**
  8472 NE Highway 349
  Old Town,  FL,  32680-2828
**Email:** bullseyeshooters@hotmail.com
**Phone:** 352-542-1127

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON005371

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David F. Hawkins

DOSWASHINGTON005372

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-gdez
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8461
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** william peterson
**Address:**
  185 elwell terrace
  bridgeton,  NJ,  08302

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-mhp8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8464
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


2015 - Gun Owners of America

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-2hir
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8465
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Kirkpatrick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert Kirkpatrick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-4nxb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8466
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kirby Crews

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-chwy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8467
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Clark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-1c3v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8469
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Will Dougherty

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Will Dougherty

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-b5jy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8470
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


2015 - Gun Owners of America

DOSWASHINGTON005379

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-pybu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8471
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005381

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-2h7b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8475
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Osby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-rca2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8480
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Weir

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Stephen D. Weir
1949 E. Cedar Tree Court
Park City, Ks. 67219
316-305-6826
sweir69@hotmail.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-kwn2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8481
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Hauserman
**Address:**
   4502 Forestwood Dr.
   Parma, OH, 44134
**Email:** john.hauserman@gmail.com
**Phone:** 4408424761

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Thank You,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-c7nn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8484
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Patrick Browning

DOSWASHINGTON005385

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-4ylg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8486
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Margol
**Address:**
   1711 Bond Street Apt. 25
   Niles, MI, 49120
**Email:** rcat25@hotmail.com
**Phone:** 574-339-6090

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Robert Margol

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-bivn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8487
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Charles--. Levell
**Address:**
  601 S Ridgeland Ave
  Oak Park,
**Email:** chuckel@sbcglobal.net

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-7m74
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8488
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cynthia Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Cynthia L. Jones
P O Box 406
Valley Lee, MD 20692

singingblonde@hotmail.com

DOSWASHINGTON005388

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-3ryy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8489
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Greene

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Greene

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-1d4q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8491
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

2015 - Gun Owners of America

DOSWASHINGTON005391

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-8wv6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8493
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Menton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Dr. Robert Menton

DOSWASHINGTON005392

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-6ca0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8494
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan F

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005393

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-t2vz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8496
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Virgil Rittenhouse

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-vxtk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8498
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Norville

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-mo73
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8499
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael R.

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
These are not sites that I visit and I don't have a 3D printer, but the constant attempts to ignore and erode
the Constitution by the oBama administration are causing me to really fear for the direction of this
country. The whole point of the Bill of Rights is to prevent these sorts of actions.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-qjvg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8500
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Shaw

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Phillip Shaw

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-yd3k |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8501
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Spencer Roper

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Spencer J Roper

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-ye3p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8503
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Harrold

---

## General Comment

We need no additional restrictions on the 2nd Amendment. I strongly oppose the rewrite of the State
Departments arms control regulations (ITAR), which could potentially grant the State Department a
wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Robert Harrold, El Centro, California

# PUBLIC SUBMISSION

fo**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-vf3x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8504
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lawrence RegisteredVoter

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-xixv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8505
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Pastor Dennis Bulan

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kck-e9ps
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8506
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Bilyj

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qld2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8507
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Neil Virnig

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Neil Virnig

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-52yo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8508
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dean Stumpf

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-wndp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8510
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Gregory Norris

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-1fzw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8511
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sam Dixon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Sam Dixon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-39ve
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8513
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** George Pace

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
George Pace

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-hyr7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8515
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Card

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William Card

DOSWASHINGTON005408

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-eapx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8516
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ollie Baer Jr
**Address:**
   ,714 Shepherdstown Pike
   Harpers Ferry,  WV,  25425
**Email:** Obaerjr@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ollie O Baer Jr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-nigq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8517
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David L. Dixon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mr. David L. Dixon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-r252
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8518
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Todd Berry

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Todd Berry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-5o3b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8519
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wallace E Couch
**Address:** United States,
**Email:** wcouch@alum.mit.edu
**Phone:** 206-842-6065

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

DOSWASHINGTON005412

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

When a government attempts to usurp the Constitutional Powers of the United States, it ,in effect, declares war on the
citizens of the country. After I completed my service in the United States military, I was not relieved of my obligation to
protect and defend the Constitution of the United States from all enemies, both foreign and domestic.

I still consider myself obligated as well as all others who have also so served.

Sincerely,

DOSWASHINGTON005413

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-hepd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8520
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by any Presidential
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A Peaceably Armed American Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-jyc2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8521
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan G

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ryan G.

DOSWASHINGTON005415

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-kkxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8522
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allen Downs
**Address:**
    3798 Banbury Drive
    Saint Charles,  MO,  63303
**Email:** allen@adtechdesigns.com
**Phone:** 6364487602

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Allen Downs

DOSWASHINGTON005416

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-uqbr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8524
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
A very concerned citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-qa58
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8526
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** BERT VELDHUIZEN
**Address:**
   1216 DELRAY DR.
   GREEN BAY,  54304-1445
**Email:** pinetrees2545@yahoo.com
**Phone:** 920-544-9725

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, BERT J. VELDHUIZEN

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-z5hv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8527
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ken Smith

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ken Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-p5st
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8528
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl H

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech,
yes, free speech, on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law, in a "nation of laws", and expected to be upheld by many millions
of Americans!

Sincerely,

American citizen and free speech supporter

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-s5yy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8530
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mark Nunisto

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mark Nunisto

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kck-q5lt
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8535
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
C.A. Colborn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-ene1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8536
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Hollis
**Address:**
    5344 County Road 3229
    Lone Oak, TX, 75453
**Email:** jay.a.hollis@l-3com.com
**Phone:** 903-268-0106

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

The proposed regulations are an unconstitutional prior restraint on First Amendment freedom of speech as well as an infringement on the Second Amendment. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jay Hollis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-s966
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8539
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Terry

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert E. Terry, NG27088830

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-7poc |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8541
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Davis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

The last I knew, the 1st Amendment would protect the rights of citizens to share information via the internet.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Russell Davis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-l26w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8542
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerome Rinebolt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jerome Rinebolt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kck-i5t4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8543
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** GARY L. ORR
**Address:**
  6863 GILETTE DRIVE
  REYNOLDSBURG, OH, 43068
**Email:** SMILINGBUFFALO@TWC.COM
**Phone:** 614-580-9353

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

GARY L. ORR

DOSWASHINGTON005429

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-y4g2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8545
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Shaw
**Address:**
   234 Lower Bartonsville Rd.
   Rockingham,  VT,  05143

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kck-itgl<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8546
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Deaton

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-7l4r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8547
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darren Henderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Darren Henderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-t66x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8548
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet. Not only is this a violation of the First Amendment of the Constitution, but also an indirect attack on
the Second Amendment. None of these attacks are warranted, and all are what they seem - a direct effort by
Obama and the State Departments to disintegrate yet another set of freedoms that all thinking American value
and want protected.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land! May that always be so.

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kck-capl |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8549
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Holinka

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James C. Holinka

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kck-nfyj<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8551
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Dehn
**Address:**
  10217 S Race St.
  Fort Worth,  TX,  76140
**Email:** douglas.dehn@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Douglas M. Dehn

DOSWASHINGTON005435

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-1co8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8552
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Super

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-oado
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8554
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Haas

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Chris Haas

DOSWASHINGTON005437

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kck-oipd |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8555
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Herron

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Herron

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-vqkx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8556
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mike carmody

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

mike carmody, Freeman, Sovereign son of God

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-6n5d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8557
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Reeder
**Address:**
    530 Byers
    Joplin,  MO,  64801
**Email:** fosterboss@sbcglobal.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
David Reeder

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-rpna
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8558
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Denning

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to strike these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land as upheld by the Supreme Court! What part of 'SHALL NOT BE
INFRINGED' DO YOU NOT UNDERSTAND?

Sincerely,
L.E. Denning

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kck-3q6z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8559
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Spong

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms-control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So, posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-bzfv |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8561
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Clark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bryan Clark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ocfn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8563
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-z3xu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8564
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Pesko Jr

---

## General Comment

To whom it may concern:

As a retired US Army Officer, I strongly oppose the rewrite of the State Departments arms control
regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor
and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-nexn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8566
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Wells
**Address:**
   1277 Shadow Way
   Greenville,  SC,  29615
**Email:** chuckhammer@yahoo.com
**Phone:** 561-254-8330

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-51jt |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8567
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

United States Department Of State:
Washington, D.C.

To whom it may concern,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

The language is so broad that it could potentially include virtually any gun-related communication of a
functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics
up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less
than 18 inches; and (5) components, parts, and ammunition for all of these.

So posting information on virtually any firearm or ammunition could be defined by the Obama

administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs. seems to be an effort to outlaw this technology by executive fiat.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land! Apparently there are some that feel they can negate these Amendments and rule by law of man !

Sincerely,

James Berinti

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-butu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8570
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Keth
**Address:**
   1315 Country Hills Drive
   Ogden,  UT,  84403
**Email:** rango181@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Daniel Keth
Ogden, Utah

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-xlda
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8571
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-zjmx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8572
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Ancell

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Donald Ancell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-ur2t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8573
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jussi Lehtolammi

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
JP

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-k0be
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8574
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language --which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-eguf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8576
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Gary Keehner

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Gary Keehner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mbz2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8577
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Erich Herzog

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Erich Herzog

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-srsg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8578
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-8byw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8579
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Ward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bill Ward

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-k0lr |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8580
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Smolen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard and Yvonne Smolen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-yeg1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8581
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edwin Frebault

---

## General Comment

To whom it may concern:

I strongly oppose the rewriting of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Edwin H Frebault

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-9lag
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8582
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dana Holgate

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-440j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8583
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Mackin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Edward Mackin
Resident, Citizen and Tax payer in North Liberty, Iowa 52317

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j3dp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8586
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-zdn0
**Comments Due:** August 03, 2015
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8587
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jeffrey Cupp

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-prb7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8589
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lee Cantley
**Address:**
    225 delano dr.
    pgh., PA, 15236
**Email:** leecantley@outlook.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Lee Cantley

DOSWASHINGTON005465

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-7cze
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8591
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R Crosby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-lugn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8593
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Willie Hanes

---

## General Comment

To all:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Always Watching,

Mr. Hanes

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-r4g2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8595
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you for the opportunity to rebuttal the flagrant misuse and abuse of freedom

Thomas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mhuq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8596
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Hicks

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-198a |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8597
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Albert Pigeon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Seriously,

Albert R Pigeon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-svwg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8598
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Kenneth Ahlin

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Kenneth Ahlin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-79zw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8600
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Mills
**Address:**
    15137 Traff dr
    Houston,  MN,  55943
**Email:** kenneth.mills1@gmail.com
**Phone:** 5078584533

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Kenneth J Mills

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-yq0c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8602
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Kerry Baum

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-8qns |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8603
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Brommer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely
Doug Brommer

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-nr8q
**Comments Due:** August 03, 2015
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8604
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Collin Moore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Collin Moore

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-1dxh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8605
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Rey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ejnf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Gillingham

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
H.E. Gillingham

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j3pg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8609
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Vrban

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-brsz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8610
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Andrew Bennett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-pvnl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8611
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Spitzer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Brian Spitzer

DOSWASHINGTON005480

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-1bis
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8612
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-ukkz |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8613
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** STEVEN TSAKONAS SR

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steven Tsakonas Sr

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcj-6od2
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8617
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Robin Harris

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robin Harris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-my34
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8619
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joyce Solomon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-5ovt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8620
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j40p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8621
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Lopez
**Address:**
    1219 Laurel Lane
    Richardson, TX, 75080

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jonathan Lopez

DOSWASHINGTON005486

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-q0o9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8622
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John C. Anderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John C. Anderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-zmgl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8624
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Cannon
**Address:**
    6561 Glebe Point Road
    Chesterfield,  VA,  23838-6167
**Email:** r7acannon@comcast.net
**Phone:** 8047965125

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Howard Cannon

DOSWASHINGTON005489

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-rbvx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David Zebo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ehfy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8626
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ginger Moura

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-3vfz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8627
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Krumpotick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Krumpotick

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j578
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8628
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Larry Bean
**Address:**
67 High St
Carver, MA, 02330
**Email:** lbean37@comcast.net

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Larry Bean

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-7fxw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8629
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jay Lose
**Address:**
    1435 Camp Rd.
    Charleston,  SC,  29412
**Email:** jwlose@gmail.com
**Phone:** 843-795-2479

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jay Lose

DOSWASHINGTON005495

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-70xn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8630
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Timmerman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Larry Timmerman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-dzqe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8632
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Trimm

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jason Trimm

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-32ik
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8633
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Guess

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jim Guess

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-q083
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8636
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jeff Lovell

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jeff Lovell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-xqxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8638
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Peabody
**Address:**
  10254 Kamehameha V Hwy
  Kaunakakai,  HI,  96748
**Email:** MolokaiMAN@basicisp.net
**Phone:** 808-558-8253

---

## General Comment

Dear USDOS and Criminal Alien Fraudster NOT President Barack H. Obama II aka Barry Soetoro:

I strongly oppose Obamas and DOS' arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. You have no authority to regulate speech of any kind; Obama's gun related speech prohibitions also violate 2nd Amendment. WTF is wrong with you?!!

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new Obama's anti-gun rights and gun-speech regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
George Peabody
10254 Kamehameha V Hwy
Kaunakakai, HI 96748

PS: Obama was born at Coast Province General Hospital, Mombasa, Kenya. His Grandmother even testified that she witnessed his birth there.

Obama is an imposter, a totally seditious fraud in the White House. A serial liar, and #1 Enemy of USA !! Obama has deliberately Balkanized the country into Race-based hate groups, and imported illegal alien jihadist invaders.

By law, the USA needs to ARREST ALL illegal aliens STARTING with Barack H. Obama II aka Barry Soetoro!

By law, Barack H. Obama II aka Barry Soetoro, is NOT the POTUS, Not even eligible, Not American much less NBC. The Father of the Constitution, James Madison, warned: "If Tyranny and Oppression come to this land, it will be in the guise of fighting a foreign enemy." That is where we are now, today, in USA, under attack from within by Barack H. Obama, et al who have infiltrated all of our republican institutions of government, making WAR against Citizens of USA and our Constitution.

Obama is NOT the POTUS, Not even eligible, Not American! So PLEASE stop referring to Barack H. Obama II aka Barry Soetoro as The President.

Americans have no lawful contract of any kind with the illegal alien criminal Barack H. Obama II aka Barry Soetoro who is not even eligible for POTUS, because FRAUD vitiates the most solemn contracts, documents, elections, and even judgments.
The elections of Obama in '08 and '12 are based on Obama I.D. Fraud, and a conspiracy with Rep. Nancy Pelosi and DNC et al, therefore We The People have no valid contract with Barack H. Obama II aka Barry Soetoro to allow him to occupy the Office of President of the united States of America, or to take vacations with immunity from criminal arrest in Hawaii, becauseFRAUD vitiates the most solemn contracts, documents and even judgments. United States v. Throckmorton [1878] 98 JU.S. 61, 70. The illegal alien Barack H. Obama II aka Barry Soetoro is criminally impersonating a Citizen of USA by fraud I.D., and he is usurping the Office of POTUS. He must be ARRESTED as a criminal, as an illegal alien, Usurper, I.D. fraud, Election Fraud, etc., by Hawaii law enforcement and/or where ever by FBI, CIA, HS, CG , ICE; not impeached as IF he was POTUS.

Furthermore, Obama by his TREASONOUS actions is prohibited from Office by 14th Amendment: Amendment Article 14, Section 3.
No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution [for] the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof....".
ARREST Barack H. Obama II aka Barry Soetoro illegal alien Enemy of USA, Jihadist, Criminal!

The Dictatorship of Usurper Criminal Obama in Washington D.C. is now a corrupt corporation acting as an organized criminal enterprise, e.g., passed a $1 trillion cromnibus' plan filled with pork and corporate welfare, Obamacare, and funding criminal Usuper Obama's unconstitutional executive amnesty. And

then rammed through confirmation of Loretta Lynch as attorney general.

ARREST Obama the Criminal Alien Usurper of Office of POTUS, pursuant to NDAA, to prison, IMMEDIATELY !!!

DOSWASHINGTON005502

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-yx9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Keith Bingaman
**Address:**
   1709 Urban Road
   Herndon,  PA,  17830
**Email:** achtung@tds.net
**Phone:** 570-758-1712

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON005503

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ogzm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8642
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Scott Smith
**Address:**
     518 SW 3rd Street
     Ankeny, IA,  50023
**Email:** sky@skysmith.com
**Phone:** 5152891439

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-bugg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8643
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Stieneker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Robert Stieneker
Gaylord, MI

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-cnfu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8644
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Blalock

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John Blalock

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-yx4u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8645
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Concerned American

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-jnxr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8646
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Anderson
**Address:**
    1001 Kodiak Ct
    Wentzville, MO, 63385
**Email:** vaarg@juno.com
**Phone:** 636-332-1615

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-y82m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8647
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Patrick Nixon
**Address:**
  306 Holly Ave.
  Moorefield,  WA,  26836
**Email:** ninjamedic@msn.com

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Patrick Nixon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-o954
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8648
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Schmidt
**Address:**
    1621 Hickory Street
    Alma, MI, 48801
**Email:** max_hd@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Dennis Schmidt

DOSWASHINGTON005511

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-hurj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Victor Schultz
**Address:**
    915 Locust St
    Dakota City,  NE,  68731
**Email:** sschdoc@aol.com
**Phone:** 402-987-1006

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Victor Schultz

DOSWASHINGTON005513

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ajl7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8650
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Ansley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William M. Ansley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-xxc9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Gordon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Donald Gordon
Oakdale, CT

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-e4vo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8652
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Beau Palmer
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Beau Palmer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-2mkn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Palmer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-8x7w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-msmm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8656
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Zempel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Randall Zempel

DOSWASHINGTON005519

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kcj-wspx<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8658
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Manuel

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** August 03, 2015 | |
| **Status:** Posted | |
| **Posted:** August 04, 2015 | |
| **Tracking No.** 1jz-8kcj-6gtd | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-wr5w |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8660
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Schildt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely
Larry M Schildt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-8ix8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Spitzer
**Address:**
    4412 E Mulberry St Lot 372
    Fort Collins,  CO,  80524
**Email:** paulfish@bajabb.com
**Phone:** 970*402*2971

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul H Spitzer
Msgt USAF (Ret)

DOSWASHINGTON005524

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcj-qmpq
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** phil warren

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Phil Warren

# PUBLIC SUBMISSION

<table>
<tr><td><strong>As of:</strong> August 04, 2015</td></tr>
<tr><td><strong>Received:</strong> August 03, 2015</td></tr>
<tr><td><strong>Status:</strong> Posted</td></tr>
<tr><td><strong>Posted:</strong> August 04, 2015</td></tr>
<tr><td><strong>Tracking No.</strong> 1jz-8kcj-fkkl</td></tr>
<tr><td><strong>Comments Due:</strong> August 03, 2015</td></tr>
<tr><td><strong>Submission Type:</strong> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8666
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rodney Armstrong

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-c8i8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8668
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Printz

---

## General Comment

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
G Wesley Printz

DOSWASHINGTON005527

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-xu7c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8669
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Talladay

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Todd R Talladay

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-65ih
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8670
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne & Sue Bloch
**Address:**
  24839 Colfax St.
  Lowell, IN, 46356-9720
**Email:** wsbloch@sbcglobal.net
**Phone:** 219-552-9040

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. & Mrs. W S Bloch

DOSWASHINGTON005529

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-nsxl |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Charles Campbell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-qyq8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8674
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-5umj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8675
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Byron Fisher
**Address:**
  6712 Rock Fall Ct.
  Clifton,  VA,  20124
**Email:** byrfish@aol.com
**Phone:** 703-727-4800

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Byron Fisher

DOSWASHINGTON005533

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ac71
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Poor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-tdzd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8678
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Leppo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jon Leppo
Lakewood, CO

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-t9zu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8680
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Funk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Dan Funk

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-nntd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8684
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Wilbur

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas L wilbur

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-lyap
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8685
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Scott

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mark A.Scott

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fqnv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Stier

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Kurt Stier

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-8atw |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jefrey Inabnitt
**Address:**
   6111 Dimond St
   Jupiter,  FL,  33458
**Email:** jinabnitt@mac.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jeffrey Inabnitt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-889m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8688
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Opsitos

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Robert J Opsitos

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-eiur
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8689
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Russell
**Address:**
   2865 E 1000 N
   Roanoke,  IN,  46783
**Email:** gyronaut1@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005542

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-xg4d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Kulish
**Address:**
    3919 Rogero rd
    Jacksonville,
**Email:** Davidkulish@aol.com
**Phone:** 6186101940

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
David Kulish

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-nekx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Merritt, Jr.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

George E. Merritt, Jr.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-ht3w |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Aldrich

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Stephen Aldrich

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-hljp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8693
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William Bell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-vnug
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Irvin
**Address:**
　　1533 Copper Rose Drive
　　golden, CO, 80401
**Email:** jmi1953@att.net
**Phone:** 720-638-1253

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-w3ep
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8696
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** R. De brey

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

R. De brey

DOSWASHINGTON005549

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-4xhq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8697
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Chase

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by any administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,
William Chase

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcj-t74d
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8699
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lance Jacobs

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Lance Jacobs

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ozit
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8700
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   MI,

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John R. Huth Jr.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-admc |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8701
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur Cherry
**Address:**
  212 8th St. SE
  Little Falls,  MN,  56345-3239
**Email:** 4cherrys@charter.net
**Phone:** 32-209-9874

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Arthur Cherry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-z51g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8703
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Danny Safrit

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Danny L. Safrit

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-kyc2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8704
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Lessick
**Address:**
    7468 E Calle Durango
    Anaheim,  CA,  92808
**Email:** clessick@gmail.com
**Phone:** 714-637-4115

---

## General Comment

To whom it may concern:

I strongly OPPOSE the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Charles Lessick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-vqai
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Gerhart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-ialn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Stuckey
**Address:**
    4014 S Rogers Street
    Independence, MO, 64055
**Email:** jstuckey14@comcast.net
**Phone:** 8163057796

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON005558

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
James A Stuckey

DOSWASHINGTON005559

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-sjpw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8707
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Fehr
**Address:**
    6521 e sweetwater ave
    scottsdale,  AZ,  85254
**Email:** jfehr2@cox.net
**Phone:** 4808379608

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jon Fehr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ck90
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8708
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Holloway
**Address:**
    5109 Waltman Dr E
    Wilmer,  AL,  36587
**Email:** jmholloway1973@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jeremy M. Holloway

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fnxf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8709
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-2o1w |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Anderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

Violating the Constitution is, or should be, treason, so I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
James D Anderson
123 Towne Square Rd
Summerville, SC 29485

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-r7qz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Parsons

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas Parsons

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-sgdv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8714
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** kenneth lane
**Address:**
    48 E 5th St
    Corning, NY, 14830
**Email:** lanekr1@gmail.com
**Phone:** 607.937.4348

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON005567

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kenneth R. Lane

DOSWASHINGTON005568

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-hz18
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8715
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Sheryl Looper
**Address:** United States,
**Email:** SL1156@ymail.com

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fc8r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wally Young
**Address:**
    722 Rolling Hills Dr
    Allen,  TX,  75002
**Email:** wallyeyoung@outlook.com
**Phone:** 425-555-1212

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Wally and Heather Young

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-bolf |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8717
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steven

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-8vlc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Ellingson
**Address:**
    2514 South Hills Drive
    Missoula, MT, 59803
**Email:** origami_59803@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Ronald R Ellingson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fc0b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8719
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Caruso
**Address:**
   902 Big Oak Road
   Yardley,  PA,  19067
**Email:** facappr@comcast.net
**Phone:** 267-372-6105

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Frank A. Caruso

DOSWASHINGTON005574

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-qb9w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8720
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Renaud
**Address:**
　4466 calhoun ave
　Sherman Oaks, CA, 91423
**Email:** aat440hz@gmail.com
**Phone:** 3108170693

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, William T. Renaud

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-jkmr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8721
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gene Geldziler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-q7c8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Hartley

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James Hartley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-izii
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8723
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

David R. - Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mgsn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8724
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Hargrave

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mike Hargrave

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mtw1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Fleagle
**Address:**
  RR 6 Box 6008
  Ava, MO, 65608
**Email:** dcf1941@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David Fleagle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-qdio
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8728
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Brooks

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-8lsm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Annette Losik
**Address:**
    2505 Georges Rd
    Powhatan, VA, 23139
**Email:** taejin2@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Annette Losik

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-vf1o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8731
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stanley Moskal
**Address:**
　　10804 Robinhood st
　　Westchester, IL, 60154
**Email:** smoskal1967@comcast.net
**Phone:** 708-562-1242

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Stanley F. Moskal II, M.S.

DOSWASHINGTON005583

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-sbxy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8732
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Villa

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Justin Villa

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-79mn |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8734
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Rasher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Donald Rasher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ugrr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8735
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-q268
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8736
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Hoppen
**Address:**
   1658 Westhill Rd.
   Richmond, VA, 23226-3834
**Email:** bushpigbiker@yahoo.com

---

## General Comment

These proposed regulations would define an arms export -- which would require State Department
permission and substantial fee -- to potentially include any gun-related communication on the Internet or
social media.
With this final keystone in place, the Obama administration would have the regulatory framework to
comprehensively regulate gun-related speech in cyberspace, to whatever extent it desires.
And those who violate this restriction on Internet speech are in danger of facing decades in prison (up to
20 years) and massive fines (up to $1 million).

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Alan Hoppen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-7av6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8738
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Rossi
**Address:**
    421 Walker Road
    Margaretville,  NY,  12455
**Email:** rroccorossi@gmail.com
**Phone:** 607-326-3809

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

Sincerely,
Mr. Richard Rossi

DOSWASHINGTON005590

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-jjrl |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8739
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Losik
**Address:**
   2505 Georges Rd
   Powhatan, VA, 23139
**Email:** losik@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Charles Losik

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-t7xw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8741
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-5hqj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8742
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Allinger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Tom Allinger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-dik3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Fransen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kevin Fransen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-np2r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8744
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Black

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael Black

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-gb7c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8745
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Dave Hammer

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mxop
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8746
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kelley Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-co7f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8747
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Garland
**Address:**
  367 Hazlettville Rd.
  Hartly,  DE,  19953
**Email:** garlandc@netbox.com
**Phone:** garlandc@netbox.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chris Garland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-rdok
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8749
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Kirschhoffer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ls74
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8750
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lance Reed
**Address:**
　　Po box 117
　　Cassville,  PA,  16623
**Email:** lcreed89@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Lance A. Reed

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-10av
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8751
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Harris
**Address:**
   3222 Harris Circle
   Palmyra,  TN,  37142
**Email:** elcazador52@earthlink.net
**Phone:** 9313265620

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcj-oe4t
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8752
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Fleisher

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John C Fleisher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-immf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8753
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-ej43 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8754
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Ryan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael Ryan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-rpya
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8755
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lane Huie
**Address:**
    1238 Mitchell Ave.
    Statesville,  NC,  28677
**Email:** laneh76@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Lane Huie

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-efzq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8756
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shell Lavender
**Address:**
 370 Snowflake Heights Blvd
 Snowflake, AZ, 85937
**Email:** shell_5291@yahoo.com
**Phone:** 928-536-3953

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Shell Lavender

DOSWASHINGTON005607

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-11vd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8758
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Snider

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Richard Snider

---

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-rtn4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8760
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeane Bredemeyer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jeane Bredemeyer

---

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-dor4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8761
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Jackson

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Jackson

DOSWASHINGTON005610

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-6umf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8762
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Morgan Moroni
**Address:**
    32910 30th Ave SW
    Federal Way,  WA,  98023
**Email:** morgan_moroni@hotmail.com
**Phone:** 253-444-2662

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Morgan Moroni

DOSWASHINGTON005612

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-qgis
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kirsten Leman

---

## General Comment

To whom my care:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005613

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-5sx4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8764
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lewis Giordano

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Lewis Giordano

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-t4zv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8766
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A concerned citizen.

DOSWASHINGTON005615

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-hftz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8768
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Maginot

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ppcg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8769
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Underwood
**Address:**
  6039 185th Ave SW
  Rochester,  WA,  98579
**Email:** underwood_brian@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Brian D. Underwood

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-w6st
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-s7ex |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8772
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Ferris
**Address:**
   320 Village Green Ct SW
   Lilburn,  GA,  30047-4128
**Email:** richardferris@att.net
**Phone:** 770-921-1056

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard Ferris

DOSWASHINGTON005620

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-qndt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8773
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Blank

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-f08d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8774
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-3zye
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Gioioso
**Address:**
    2110 Overview Dr
    New Port Richey,  FL,  34655-4105
**Email:** ehsmanager@msn.com
**Phone:** 727-271-4880

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Edward J Gioioso

DOSWASHINGTON005623

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-7kgt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8776
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Scott Wilson

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Scott Wilson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ehxk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Travis Simpson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Travis Simpson.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fign
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8778
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-w2ef
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jesse Locquiao

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mr. Jesse Locquiao

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-379o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8780
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Paul Storrs

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-nhh2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8782
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gail Harold Skinner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j8ze
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8783
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. The

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-9k5o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Sutterfield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Ed Sutterfield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ubpd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8785
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Capt William McCoy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Capt William McCoy

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-tj9b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick Rovello
**Address:**
    137 hayrick lane
    commack,  11725
**Email:** rickr714@hotmail.com
**Phone:** 6314997239

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,Rick Rovello

DOSWASHINGTON005633

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-1pp3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J B

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

JB

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcj-aaxt<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8790
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Ozee

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the internet.

The new language - which includes "making technical data available via a publicly available network (e.g.
the internet)" - could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James Ozee

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-1fi6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8791
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob Einhorn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kcj-ny56
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RICHARD JACOBS
**Address:**
   9028 W. PALM LANE
   PHOENIX,  AZ,  85037
**Email:** 1945carguy@gmail.com
**Phone:** 480-356-1662

---

## General Comment

TO STATE DEPARTMENT, WASHINGTON DC:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR).
This could grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
Posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring
government permission and a government license, with resulting imprisonment for non-compliance.
I also oppose the word software in these regulations, as it appears to be a thinly-veiled effort to ban 3-D
printers.
Please repeal these illegal regulations--Whether you like it or not, the First & Second Amendments are
still the law of the land!
Sincerely,

Richard D. Jacobs

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mktz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8793
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Leake
**Address:**
  982 Thrushwood Dr
  Logan,  84321
**Email:** ply4spd340@yahoo.com
**Phone:** 4084276224

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-hfhi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8794
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Simon Gruzmark
**Address:**
  2727 Ocean Pkwy
  Brooklyn,  NY,  11235
**Email:** sgruzmark@mvaic.com
**Phone:** 646-205-7868

---

## General Comment

Dear Sir/Madam:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON005639

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Simon Gruzmark
Brooklyn, NY

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcj-b7ye<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

<table>
<tr><td><strong>As of:</strong> August 04, 2015</td></tr>
<tr><td><strong>Received:</strong> August 03, 2015</td></tr>
<tr><td><strong>Status:</strong> Posted</td></tr>
<tr><td><strong>Posted:</strong> August 04, 2015</td></tr>
<tr><td><strong>Tracking No.</strong> 1jz-8kcj-iyfa</td></tr>
<tr><td><strong>Comments Due:</strong> August 03, 2015</td></tr>
<tr><td><strong>Submission Type:</strong> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8797
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Glaubitz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Peter Glaubitz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-7thp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcj-1aqh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8801
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Hanna

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John Hanna

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-k9yj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Boyd Anderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law.

Sincerely,
Boyd Anderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-2hzz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Henderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, David C Henderson

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-2fc1 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8804
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   484 Sugar Pine dr
   Merlin,  OR,  97532
**Email:** dsolfan2@aol.com
**Phone:** 541-476-1801

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bill Cole
dsolfan2@aol.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-olie
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Rehn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005650

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-7oct
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8806
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M. Bevilacqua
**Address:**
    PO Box 4024
    Clarksville,  TN,  37043
**Email:** bevi2384@gmail.com
**Phone:** 9314940451

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
M.Bevilacqua, MBA

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-31ap |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Kendall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-6seg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8808
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Parrott, III
**Address:**
  10901 Johnson Blvd
  Apt J701
  Seminole,  FL,  33772
**Email:** charlie@smartcarry.com
**Phone:** 727-415-6744

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Charles W. Parrott, III

DOSWASHINGTON005654

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-u4ke
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DOUG ANONYMOUS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Doug Vinson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-m326
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8811
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose this rewrite of ITAR which appears to be an effort to control gun-related speech on the Internet by being far too broad on what would be considered "technical data". Under this new rewrite virtually any firearm or ammunition related speech could be prohibited. I also oppose the addition of the word software into these regulations, as it is clearly just an effort effort to ban 3-D printers.

Please repeal these new regulations in their entirety.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-zvab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8812
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karen Sensenig
**Address:**
 28 Nursery Lane
 Lancaster,  PA,  17603
**Email:** ksensenig@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcj-kqwh<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl Lerchenfeld

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Karl Lerchenfeld

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-2e04
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8814
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Weber

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jeffrey A. Weber

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-6zfa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
MR. J.Mureski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-h3o9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Riggs

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. I strongly believe our Government is already trying to monitor and control too many aspects of our lives.

The proposed new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. We do not "own" the internet, nor do we have an ethical duty to try to control what occurs thereon. This is NOT China, nor should it even get close to such a controlling government.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! Please try to remember this is America; and please re-read our Constitution, and adhere to the spirit and intent of something our very wise forefathers wrote.

Sincerely,

George Riggs

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-xqyw |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8817
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-3gkk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jean O'Donnell
**Address:**
  P.O. Box 59
  Loachapoka,  AL,  36865
**Email:** odonnellj@lakeodessa.net
**Phone:** 334-887-6614

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

The Honorable D. Jean O'Donnell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ulsb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Tannery
**Address:**
  5797 Huntington Dr
  Ypsilanti, MI, 48197
**Email:** gftiv@hotmail.com
**Phone:** 734-985-1494

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

George Tannery

DOSWASHINGTON005666

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-ay1h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8820
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill DeWitt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-pyv5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Litoff
**Address:** United States,
**Email:** kenneth.litoff@gmail.com
**Phone:** 703-992-4382

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kenneth Litoff

DOSWASHINGTON005668

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-flgn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8822
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-ceqg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomad Crowder
**Address:**
    709 Lee Avenue
    Fredericksburg, VA, 22401
**Email:** thomasacrowder@earthlink.net
**Phone:** 703-350-7014

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I oppose the addition of the word software into these regulations. This appears to be an effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are the law of the land. Nowhere in the Constitution is the Department of State given any authority to affect either amendment.

Sincerely,

Thomas Crowder

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-y7of
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8824
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Alex Krueger

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Alex Krueger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-qpzm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8825
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jay Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j2if
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8827
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mark paparo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-3ke3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walt Shiel
**Address:** United States,
**Email:** walt@jacobsville.com

---

## General Comment

I adamantly oppose the proposed rewrite of the State Departments arms control regulations (ITAR),
which could easily allow the State Department to exercise a egregious power to monitor and control gun-
related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. Ever heard the phrase "free speech?"

Apparently posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

The addition of the word software to these regulations seems to be a not-so-veiled effort to ban 3-D
printers, and I oppose that effort as well.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-lbfq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8829
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike O'Brien
**Address:**
   5471 San Florentine Ave
   Las Vegas, NV, 89141
**Email:** C185PilotIFR@aol.com
**Phone:** 702-941-0294

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-xe4m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jan Montano

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jan Montano

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-j2qs
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Friedman
**Address:**
   326 Loudoun St SW
   Leesburg, VA, 20175
**Email:** radjoo@gmail.com

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Andrew Friedman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-rj5c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8832
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Acheson
**Address:**
   182 Elm Street
   Elko,  NV,  89801
**Email:** rach12@citlink.net
**Phone:** 775-777-7946

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


R. Acheson

DOSWASHINGTON005680

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-89ba |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8833
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Howe
**Address:**
   7650 Dowdy Drive
   Henrico,  VA,  23231
**Email:** ils31rbd@gmail.com
**Phone:** 804-795-1142

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, William C. Howe

DOSWASHINGTON005681

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-6r19
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8834
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kathleen Villani
**Address:**
    1759 Lake Ridge Dr
    The Villages,  FL,  32162
**Email:** kvilla@verizon.net
**Phone:** 352-430-1040

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. Have you not heard of the First Amendment? You have no legal basis to attempt to
restrict free speech!

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON005682

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kathleen Villani

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-p8hi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
B.M.Brieger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-vivm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8836
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kimberly Reinitz
**Address:**
    23767 Dewey St. NW
    Bethel, MN, 55005
**Email:** kjt1017@gmail.com
**Phone:** 4076163712

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kimberly Reinitz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-icli
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8837
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Wittenberg
**Address:**
   2559 Montgomery Avenue
   Cardiff by the Sea,  CA,  92007
**Email:** wittfin@hotmail.com
**Phone:** 7609421880

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steven and Rhonda Wittenberg

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-5ytw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,
Brian

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kcj-ovnq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Tax paying American Citizen

# PUBLIC SUBMISSION

> **As of:** August 04, 2015
> **Received:** August 03, 2015
> **Status:** Posted
> **Posted:** August 04, 2015
> **Tracking No.** 1jz-8kcj-a5ii
> **Comments Due:** August 03, 2015
> **Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Mahakian
**Address:**
　75 Cedar Drive
　Camarillo, CA, 93010
**Email:** nightboat@me.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Jason Mahakian

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-dfg3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8844
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Keith Thompson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Keith Thompson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mfhi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8845
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephan Stephanoff
**Address:**
   41935 Largo
   Palm Desert, CA, 92211
**Email:** sstephanoff@hotmail.com
**Phone:** 4426664508

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

Stephan Stephanoff

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-wjyb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8846
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Noel Pillman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Noel Pillman, MD

DOSWASHINGTON005693

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-q61o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Susan Wojtkiewicz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcj-bl0o<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Judith Spencer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcj-aq4g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill May

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Bill S. May

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fatn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8851
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** King Burk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-fm8z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8852
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hector M Rodriguez Luina
**Address:**
    PO Box 311703
    Enterprise, AL, 36331
**Email:** ektor3@aol.com
**Phone:** 334/464/0536

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerley
Hector M Rodriguez Luina
Enterprise Alabama
36330

DOSWASHINGTON005699

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-5t3j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8853
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Arnold, III

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
William G. Arnold III.
Lakeview, SD

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kcj-1e9f<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8854
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lowell Ashley

---

## General Comment

To whom it may concern,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,
Lowell Ashley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-p5n8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8855
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Wise
**Address:**
    4672 Revere Dr
    Virginia Beach,  23456
**Email:** PWise@vbgov.com
**Phone:** 757-385-1169

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William Wise
Virginia Beach, VA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-taf3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8856
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** patricia rammacher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Patricia Rammacher

2015 - Gun Owners of America

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-kcps
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8857
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeri LeRoi
**Address:**
 885 E. South Airport RD
 Traverse City,  MI,  49686
**Email:** lightwish2@gmail.com
**Phone:** 2317096472

---

## General Comment

To whom it may concern:

The Second Amendment clearly states " being necessary to the security of a free state, the right of the
people to keep and bear arms , shall NOT be infringed. The First Amendment also states "Congress shall
make no law abridging the freedom of speech or of the press". In addition, the authority to MAKE laws
was not an authority given to the President via Executive Order and therefor is not legal without the
Congress votes. I hope someone in the Government is willing to uphold the Constitution and their Oath
of office.

Given the Constitutional irreguIarity, I strongly oppose the rewrite of the State Departments arms control
regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor
and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-mpxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8858
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sully Childress

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,
Sully Childress

DOSWASHINGTON005707

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcj-tbmi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8859
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Matt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-nhs9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8860
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-35f7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8861
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cory Childress

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,
Cory Childress

DOSWASHINGTON005710

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-rz91
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8862
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Bennett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,
Michael Bennett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-a6i9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8863
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vicki Duffy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The first amendment guarantees our right of
free speach and the second amendment says our right to bear arms shall NOT BE INFRINGED! Whether
you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-mfyv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8864
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Rieckenberg
**Address:**
   2111 Neill Way
   Hanford, CA, 93230
**Email:** robertr9619@sbcglobal.net
**Phone:** 5595825417

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005713

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-7yoz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8865
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mark Canneto

DOSWASHINGTON005714

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-o5aj
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8866
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Barbara Swinehart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,
Barbara Swinehart

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-s4dy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8867
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Debra Weidman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Debra Weidman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-jbkq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8868
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick Sindeband
**Address:**
    138 Regency Blvd
    Pueblo, CO, 81005
**Email:** rick@havegunwilltraincolorado.com
**Phone:** 719-821-3958

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Rick Sindeband

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-dhbr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8869
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mark D. Ritsig

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ww67
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8871
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Wixom

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael Wixom

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-v26m
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8872
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Douglas Murray

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Douglas J. Murray

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-4cbp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8874
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Childress

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,
Steven Childress

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-zv25
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8875
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005722

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-644o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8876
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Roy
**Address:**
  2205 Red Elm Dr
  EDMOND, OK, 73013
**Email:** hilander001@hotmail.com
**Phone:** 4053780417

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-j4lp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8877
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Douglas Brown

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Douglas W. Brown

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-czgr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8878
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Colt anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005725

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-j325
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8880
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Responsible Gunowner

---

## General Comment

To whomever this might concern:

I strongly oppose the re-writing of the International Traffic in Arms Regulations (ITAR) that would grant you, the State Department, any wide-ranging powers to monitor and control gun-related speech on the Internet.

The proposed language, which includes making technical data available via a publicly available network (e.g., the Internet), threatens law-abiding U. S. citizens with many years in prison and massive fines. I also strongly oppose the addition of the word software into ITAR because of its obvious intent--an underhanded attempt to ban 3-D printers.

As you well know, any such provisions masquerading as law violate Amendment I to the U. S. Constitution and are therefore illegal and unenforceable.

Should you approve this re-write, the Obama Administration would then have free reign--regardless of legality--to demand not only government permission but probably a government license before individual law-abiding U. S. citizens could post any information on firearms or ammunition. Thus, such citizens legally exercising their God-given Right to Free Speech under Amendment I could face the significant criminal penalties mentioned above.

I urge you in the strongest possible terms to repeal these new regulations in their entirety. Whether Obama or the State Department like it or not, Amendment I and Amendment II to the U. S. Constitution are still included in the Law Of The Land.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-soo9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8881
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Stutts
**Address:**
   Lawrenceburg,  TN,  38464
**Email:** d_cstutts@inbox.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

Sincerely,

Doug Stutts

DOSWASHINGTON005728

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-p9hy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8883
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Alvarez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ay6r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8886
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl Reinhard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Carl R Reinhard

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-rpvl |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8889
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

US Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-kkzv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8890
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Erik Speicher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Erik Speicher
GWOT Veteran

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ti6x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8891
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-6lpn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8892
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Jenkins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Thomas Jenkins

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-56er
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8893
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Victor Anonymous
**Submitter's Representative:** GOA
**Organization:** Gun Owners of America

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-urcz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8894
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eddie Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A concerned United States of America Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-m0qx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8895
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Leightner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land!

Sincerely,

Daniel Leightner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-6yxh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8897
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Williams
**Address:**
    1052 Henry Brandon Rd. Ext.
    Alton, VA,  24520
**Email:** charlesw04.cw@gmail.ocm
**Phone:** 3362605598

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON005738

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-tn6a
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8898
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micheal Gregory

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
M. Gregory

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-iq8o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8899
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micheal Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ujb8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8900
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Mendel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Alan C Mendel

DOSWASHINGTON005742

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ie7l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8902
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Monte Stark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Rev. Monte R. Stark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-fpgp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8904
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Mr. & Mrs. Heintz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-lyex
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8905
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Wright
**Address:**
   4070 Fort Vause Drive
   Shawsville, VA, 24162
**Email:** dwright@moog.com
**Phone:** 540-268-4370

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David Wright

DOSWASHINGTON005746

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-jtbq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8906
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micheal Smith
**Address:**
   1438 S. 25th Apt. #1
   Parsons, KS, 67357
**Email:** fishunt75@live.com
**Phone:** 6206051277

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Micheal Smith

DOSWASHINGTON005748

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-gsqb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8907
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mitchell Bloom

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. The fact that an innocent civilian trying to gain information on bullistics for re-loading purposes, or for trying to get information on "how to" for proper, safe, gun modification, can be fined up to One Million dollars, or up to 20 twenty years in jail seems not only egregious, but also a calculated effort to erode, not only our God given rights to defend ones self, but also it is a direct attack on our freedom of speech.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mitchell Bloom

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-9i8k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8908
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Bruce Hamilton
**Address:** United States,
**Email:** bhami@pobox.com

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-5t16
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8909
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kyle McDaniel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Kyle McDaniel

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-362o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8910
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Malone

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-1n38
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8911
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Schafranka

---

## General Comment

August 3, 2015

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely for Civil Rights,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-az77 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8912
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** sue smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
sue smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-qyah
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8913
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryant Beaty

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Bryant Beaty

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vld1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8914
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ih1k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8916
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Edminster

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Brian Edminster
New Market, MD

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-hl05
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8918
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Lepard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-isbl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8919
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Cormier
**Address:**
    1140 Horn St
    Billings, MT, 59101

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jay A. Cormier

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-5nvp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8920
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Longhi

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-o015
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8921
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Houston Watson

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-3om1 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8922
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Chris Stamm

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-h3h7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8924
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Witkowski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. This infringes on our First Amendment civil rights.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. This *further* infringes on our First Amendment civil rights.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First ***and*** Second Amendments are still the law of the land!

Sincerely,


Craig Witkowski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-zp6k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8926
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Bennett
**Address:**
    18100 Sharon Rd.
    Shawnee, OK, 74801
**Email:** bbennettiii@aol.com
**Phone:** 4052757281

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
William Bennett

DOSWASHINGTON005764

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-oskh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8927
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Walsh
**Address:**
    12 Gary St.
    Nashua, NH, 03062
**Email:** rrwjr.nh@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Walsh

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-b6vx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8929
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raymond Andrews

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Raymond Andrews

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ydmw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8930
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Ernest Tarpley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-wxtp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8931
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clifford Inmon
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-t5nv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8932
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-hvpv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8933
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allan Dredge
**Address:**
   9370 Red Baron Blvd
   Reno,  NV,  89506
**Email:** allandredge@hotmail.com
**Phone:** 775-384-1440

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Allan Dredge

DOSWASHINGTON005771

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-lvcy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8934
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Charles Casebeer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-b0do
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Zettel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Gerald Zettel
Laguna Hills CA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-5b2m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8936
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scot Blair

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration--or any other administration--as requiring, not only government permission, but
potentially a government license. This means violators would potentially face significant criminal
penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. To properly consider and recognize the
primacy of the United States Constitution's 1st Amendment guarantees, the State Department must write
these regulations in language that differentiates concerns relating to preservation of National Security
interests, from discussion and communications (ie. "Speech") that are related to lawful civilian ownership

of arms, including, but not limited to, the following classes: rifles, handguns, shotguns, and "Any Other Weapons" that may be legally owned by civilians. The State Department's focus must only be on objects of National Security, which would be generally unlikely to relate to small arms.


Sincerely,
Scot Blair

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-tow2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8937
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Clark
**Address:**
   1544 Bentwood Pointe
   Franklin,  TN,  37067-1625
**Email:** gclark7024@att.net
**Phone:** 615-373-1668

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

George Clark

DOSWASHINGTON005777

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-rhhf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8938
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-7fhn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8940
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related (free!) speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines - for practicing their God given right to free speech!

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties for practicing their God given right to free speech!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-zibn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8941
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jesse Morgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-2h8i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8942
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hans Baechinger
**Address:**
   PO Box 327
   Newman Grove,  NE,  68758

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

<div style="border:1px solid">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-yxzd
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8943
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Ables
**Address:**
    PO Box 1076
    Hermiston,  OR,  97838

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Larry Ables

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-l0tl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8944
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael C.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land, and I swore an oath to defend our Constitution when I
joined the US military many years ago.

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-npnw |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8945
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

T. in Texas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-yfh3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8946
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Giannini

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Frederick Giannini

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-58ua
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8947
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** C Yoder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vkyj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8948
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Baker
**Address:**
    24303 State St.
    Sedro-Woolley, WA, 98284
**Email:** odiesbsc01@frontier.com
**Phone:** 3608549077

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005787

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-hzqq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8949
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Robichaud
**Address:**
  298 Ingram Ct
  San Jose,  95139
**Email:** adam.robichaud@gmx.com
**Phone:** 2079913959

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Adam Robichaud

DOSWASHINGTON005789

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-gio8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8950
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dick Skeldum
**Address:**
    42714 N Livingstone Way
    Anthem, AZ, 85086
**Email:** dick@skeldum.com
**Phone:** 623-551-4378

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Dick Skeldum

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-uc1i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8952
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Blue
**Address:** United States,
**Email:** jaywblue@msn.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Jay W. Blue

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-5i0g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8956
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark F Carson
**Address:**
  38 Patricia Drive
  Greensburg,  PA,  15601
**Email:** mcarson.pop@gmail.com
**Phone:** 4123269056

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark F. Carson

DOSWASHINGTON005793

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-9yng
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8957
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-6mk7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8960
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** David Ball

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David Ball

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-g58d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8961
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-e8of
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8962
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-merv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8963
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** thomas messner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-x1sq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8966
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Terry Pyzer

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Terry Pyzer

DOSWASHINGTON005799

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-tg9q |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8967
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Fritz
**Address:**
    2414 1st ave 706
    Seattle,  WA,  98121
**Email:** adam@adamfritz.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-jt79
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8968
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Wade Harrison

## General Comment

To President Obama

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Wade Harrison

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-2m3q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8969
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Reuscher
**Address:**
    235 Tioga Drive
    Lodi, CA, 95242
**Email:** agr81@yahoo.com
**Phone:** 2092247791

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
George Reuscher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-fgat
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-8971
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Orszagh
**Address:**
  5024 Conrad Rd
  Erie,  16510
**Email:** torszagh@hotmail.com
**Phone:** 814-453-5841

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-skw0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8972
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Skip Stevens

---

## General Comment

To whom it may concern:

I vehemently oppose the rewrite of the State Departments arms control regulations (ITAR), which would grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. This is ridiculous!

Any posting of such information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. Free speech should NOT be penalized.

I also oppose the addition of the word software (implication 'hardware') into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! Uphold the law of the land - we do not need or want more change.

Sincerely,

DOSWASHINGTON005804

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-32bf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8973
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jerry W. Juliana

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-j6h0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8974
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

R.Bru

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-ap8y
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8975
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-a523
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8976
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ernest Lo

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Ernest Lo

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-k6nq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Richmond

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet

Created: Friday, 12 June 2015
Written by Gun Owners of America
-----------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
-----------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended the existing regs to include making technical data available via a publicly available network (e.g., the Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a functional how to nature.

DOSWASHINGTON005809

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, dan richmond

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-pu49
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8978
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Gross

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
G Gross

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-jvho
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8980
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Mayberry Jr
**Address:**
    685 confederate blvd
    appomattox, VA, 24522
**Email:** remjr88@gmail.com
**Phone:** 4343525990

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Russell Mayberry Jr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-fbx4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8981
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Borland
**Address:**
  13181 Hickory Branch Road
  Tustin,  CA,  92780

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the

State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)

-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring

not only government permission, but potentially a government license. This means violators would potentially face significant

criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban

3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are

still the law of the land!


Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vt9v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8983
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Carroll
**Address:**
  1732 Mistletoe St.
  Sebastian,  FL,  32958
**Email:** magnet32@comcast.net
**Phone:** 908-328-8197

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jack Carroll

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ugb0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8984
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Deborah Bishop

---

## General Comment

To Whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Deborah Bishop
Forest Grove, OR.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-y4k4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8985
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nam Pham

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Nam Pham

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-754w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8986
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Shvartzeh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Adam Shvartzeh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-frje
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8988
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-nli3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8989
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Simon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-fsxk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8990
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mike Beth

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-mxhv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8991
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Norton

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law David Nortonof the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-mwu8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8992
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Paul Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-il6f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8993
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you so very much.

Sincerely,

Howard L. Trimble

hltrimble@hotmail.com

DOSWASHINGTON005827

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-dwos
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-8994
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Rose

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-6q78
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8995
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John G.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant
the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.
This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.
Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John G.

DOSWASHINGTON005829

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-zcgz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8996
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** George Smith

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

George F Smith
Anaheim, CA

DOSWASHINGTON005830

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-f2qs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8997
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn T Waldmann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-phe6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-8998
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Panagiotes Petrakis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Panagiotes M. Petrakis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-l4ph
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-8999
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike R

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mike Roland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-mojk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9000
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Bishop

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gregory L. Bishop
Forest Grove, OR.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-btzv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9002
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Calvin Nida

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Calvin R. Nida

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-krlv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9004
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Max Behrens

---

## General Comment

To whom it may concern:

Be advised that I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language in this insidious bill -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these ridiculous new regulations in their entirety.

Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Max Behrens

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-qsm5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9005
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Snyder

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Gary Snyder

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-keof
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9006
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lynn Miller
**Address:**
  12 Calle Alta
  Tijeras,  NM,  87059
**Email:** claybusterlynn@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

This is just another attempt by Obama's failed administration to pass some unenforceable gun laws.

Sincerely,

DOSWASHINGTON005839

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-aqf9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9007
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Young

---

## General Comment

To whom it may concern:

I am opposed to parts of the International Traffic in Arms Regulations (ITAR) as it is rewritten. I agree that the world might be a better place for all peoples without the seemingly endless proliferation of arms. As an American, however, I am convinced that regulatory attempts need to be well reasoned and meticulously combed for overreaching and broad-sweeping changes (whether intended as such or not).

The new language --- which includes making technical data available via a publicly available network (e.g., the Internet) --- could put anyone who violates this provision in danger of facing decades in prison and massive fines. As written, posting any information on virtually any firearm or ammunition could be defined by the Obama --- and future administrations --- as requiring, not only government permission, but potentially a government license. All violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. The manufacture of critical firearm parts is already regulated. Once again, law-breakers will ignore additional regulations, while other citizens will be stripped of the right to free speech and the use new technology for otherwise lawful means.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land and cannot be repealed, even by a super-majority of the U.S. voters! Do not give the executive branch of our government additional tools with which to over-reach an absolutely necessary limitation on individual power!

Sincerely,
Donald T. Young
334 Leisure Lane
Medina, OH 44256

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-upqf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9008
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Laurie Videle

---

## General Comment

To whom it may concern:

I agree with the GOA (Gun Owner's of America) and strongly oppose the rewrite of the State Departments
arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to
monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Laurie A. Videle (Mr.)
03 August 2015,

DOSWASHINGTON005841

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-rmwk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9009
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Adams
**Address:**
   POB 236
   Leeton,  MO,  64761
**Email:** burley1me@yahoo.com
**Phone:** 660 422-1278

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Anthony Adams
An American gun owner!

DOSWASHINGTON005843

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-x8q1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9011
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Allen
**Address:**
    411 Madison Ave. SW
    Eyota, MN, 55934
**Email:** cdenisallen@aol.com
**Phone:** 507-545-2520

---

## General Comment

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mr. Charles Allen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-724l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9012
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Penny Dean
**Address:**
  59 Warren Street
  Concord,  03301
**Email:** penny@pennydean.com
**Phone:** 603-230-9999

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-o6c0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9013
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Travis Cody

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Travis Cody

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-nhj9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9014
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Sanchon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Benjamin Sanchon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-hs5i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9015
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Caspary

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David Caspary

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-yot5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9016
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hobart Biegler
**Address:**
  602 Mount Highland Dr
  Butte,  MT,  59701
**Email:** hobart.biegler@gmail.com
**Phone:** 4065935101

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Hobart w. Biegler

DOSWASHINGTON005850

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-bgqk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9017
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-fanu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9018
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Urbanowski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Anthony Urbanowski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-7zb9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9019
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glen Norman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Glen Edward Norman, CPA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-x4bc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9020
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-cem4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9021
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** chris anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
chris in texas

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-sqfm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9023
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Meador

---

## General Comment

Ladies and Gentlemen:

I most strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. I believe this to be unconstitutional and a violation of free speech.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Meador

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-q507
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9024
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Susan Cunningham

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-6fgo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9025
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** US Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-tg8n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9026
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Jenkins
**Address:**
  9879 Richter Ln.
  Crestwood,  MO,  63126
**Email:** cjj8855@att.net
**Phone:** 3146501729

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-dh8f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9027
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Bahl
**Address:**
  15801 E 43rd St S
  Independence,  MO,  64055
**Email:** ericbahl@comcast.net
**Phone:** 8164780172

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-b7lj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9028
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph Maki
**Address:**
    7246 Britt Bypass
    Britt,  MN,  55710
**Email:** rbmaki1941@msn.com
**Phone:** 2187413175

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ralph Maki

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ziwg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9030
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Graves
**Address:**
  Lobster Cove Rd
  York,  ME,  03909
**Email:** drsteagle8@msn.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

It is just plain ridiculous to ban speech that has to do with firearms, or guns. Talking about or speaking out in support of something is covered under free speech. This administration is so corrupt, they are trying to suppress speech, tools, even thinking. Please don't make any restrictive changes.
Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-cf3a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9031
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-wlzd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9032
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Pinegar

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard L PInegar

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-5hey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9033
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Weldon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jerry Weldon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-d34f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9034
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Toscino

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Paul Toscino

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-90x5
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9035
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Mitchell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-60xs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9036
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob Wampler
**Address:**
    6090 NW 208th Ave
    Portland, OR, 97229
**Email:** wambo6911@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bob Wampler

DOSWASHINGTON005871

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-6xzd
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9037
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-dduy
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9038
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Angela Johnson
**Address:**
   718 Thompson Lane, #108-404
   Nashville,  TN,  37204
**Email:** actaj61@gmail.com
**Phone:** 9316248891

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the
First and Second Amendments are still the law of the land!

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

Again, I urge you to repeal these new regulations in their entirety. And once more, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005874

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-r1k9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9039
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Guidry

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Paul Guidry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ypdw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9040
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brett Baylor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-j1iz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9041
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Smith
**Address:**
    737 Spencer Street
    Unit C
    Honolulu,  HI,  96813
**Email:** williamrandysmith@gmail.com
**Phone:** 8085613692

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-zbkf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9042
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-zpne |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9043
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Janca
**Address:** United States,
**Email:** timjanca@suddenlink.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Regardless of whether the State Department agrees, the First and Second Amendments are still the law of the land!

Sincerely,

Timothy D. Janca
Victoria, Texas

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-z18m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9044
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Gary Hawken

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gary Hawken

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-riqq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9045
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Carlson

---

## General Comment

To whom it may concern.

I'm writing to oppose the re-write of the State Departments Arms Control Regulations (ITAR).

These revisions are totally unnecessary and are nothing more than an overreaching attempt to give the State Department broad powers to monitor and control free speech on the internet in regards to firearms.

New language- r.e. "making technical data available via a publicly available network" otherwise interpreted "INTERNET", would put anyone deemed to be in violation of these new revisions at risk of facing massive fines and years in prison. The mere act of posting information on the internet about almost any type of firearm or ammunition could be defined by this or any other Administration as controlled speech requiring not only permission, but full licensesure. With these new revisions this here-to-fore free speech will now be considered a crime. In a free society this is INCONCEIVABLE and UNACCEPTABLE !!

I'm also in opposition to the inclusion of the term "Software" into these regulations. This is nothing more than an overt effort to ban 3-D printers.

These "re-writes" and modifications are a violation of the 1st and 2nd Amendment and are as usual, designed to further control the freedoms of every American citizen. They need to be repealed and the existing version needs to be left alone!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-k0eu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9046
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RT Long
**Address:**
  1910 Evergreen Park Dr SW
  Apt 1002
  Olympia, WA, 98502
**Email:** rtlong100@hotmail.com
**Phone:** 3609723041

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

R T Long

There is nothing more dangerous than a government of the many controlled by the few. -Lawrence Lessig, professor and political activist

DOSWASHINGTON005883

# PUBLIC SUBMISSION

<table>
<tr><td>

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-d3z7
**Comments Due:** August 03, 2015
**Submission Type:** Web

</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9047
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Pensula

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Kenneth Pensula

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-t2f3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9049
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leland Schoff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Leland Schoff

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-dedj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9051
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Roberts

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Roberts

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-sjqg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9052
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-9tp9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9053
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Hollander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
I absolutely agree with all of the points listed above.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-npjs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9054
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ryan nahapetian

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Dr. Ryan Nahapetian

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-z8v3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9055
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon Strauss

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Sharon Strauss
Royal Oak, Mi.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-o8sc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9056
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John B.

---

## General Comment

To whom it may concern:

The State Departments arms control regulations (ITAR) sets a very bad precedent. This will only encourage a black market in information. And while it may seem like a good idea to some, it sets a precedent that will eventually negatively affect everyone eventually.

Therefore I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John B.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-p7m2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9057
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Tim Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-a858
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9058
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

F. Feeney

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-u2xe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9060
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Lamb

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-xkvx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9061
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Colter
**Address:**
    1212 Creekwatch LN
    Cary,  NC,  27513
**Email:** pcolter@alum.mit.edu
**Phone:** 9194671291

---

## General Comment

To whom it may concern,
:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

Most objectionably the regulations appear to be aimed at to delivery of data to Americans. This is outside
of the intent of the ITAR law. This is particularly evident in that the main concern as evident in extra-

legal (concerning delivery) action against the Ghost Gunner project which did not involve exports. I would also remind the State Department that utility of plastic receivers is dependent on the particular (and exceptional ) definition of the receiver (in particular the designation of a comparatively low-stressed part, in the case of the AR type rifles) as the controlled part of a firearm. In other countries barrels are controlled.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Peter Colter

DOSWASHINGTON005896

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-eawh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9062
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Barry McClung
**Address:**
  7083 Gentle Breeze Dr.
  Willis,  77318
**Email:** fyremedic78133@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-yxo5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9063
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Johnson
**Address:**
  P.O. Box 1144
  Troy,  MT,  59935
**Email:** JimJ@Liberty4ever.us

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land. To attempt to regulate our words and/or our speech is outrageous and totally unacceptable!

Sincerely,

Jim Johnson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-cvx6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9064
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nicholas Randolph

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Nicholas R. Randolph

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-12ar
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9065
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jeff mcaninch

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-4suy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9066
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** P:aul Brady
**Address:**
    Columbus,  MS,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul Brady

DOSWASHINGTON005902

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-uqi3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9067
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Gary Blackburn
**Address:**
    205 Marlin St NW
    Russellville,  35653-1518
**Email:** MrBthatsme@gmail.com
**Phone:** 256-668-0832

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Gary Blackburn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-qp5o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9068
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** W.J. Ayala Sr

## General Comment

To whom it may concern:

Regarding the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet, I am strongly opposed.

The revised language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,
W.J. Ayala, Sr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-x0xn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9069
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Slattery

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-7cd0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9070
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Hogberg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-4cen
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9071
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Seger
**Address:**
   Robert
   Seger
   Marble Falls,  TX,  78654
**Email:** thesegers@att.net
**Phone:** 512-633-6169

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON005908

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert Seger

DOSWASHINGTON005909

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-az2j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9072
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John McTighe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John McTighe

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-3d85
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9073
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D McCrea

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ivzs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9074
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jodi Anonymous

---

## General Comment

To whom it may concern:

I am very concerned about my government's continued efforts to invalidate both the First and Second amendments of our Constitution. This rule, in my view, violates both of them.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jodi C.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-bepd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9075
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Webb

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Charles Webb

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-z0kl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9076
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Linda Giorno
**Address:**
    W5408 49th St.
    Mauston,  53948
**Email:** limagulf62@gmail.com
**Phone:** 608-685-6108

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Linda Giorno

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kci-8bmv<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9077
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Schaefer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gary S. Schaefer II

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vg0v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9078
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
L. Price

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-p5e9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9080
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stewart Reeder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
SW Reeder

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kci-vk00<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9081
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Flemming

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Tom Flemming

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-x6x9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9082
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marcia Karon

---

## General Comment

To whom it may concern:

I oppose any arms control regulations. They DON"T WORK. These laws do not do anything to stop
criminals, because criminals do not obey laws. That is why they are called criminals.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-pc1t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9083
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gayle Myers
**Address:**
   1114 Midyettt Rd
   St. Joseph,  MO,  64506
**Email:** mci737@hotmail.com
**Phone:** 816-294-4017

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Gayle A. Myers

DOSWASHINGTON005921

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-e4bk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9084
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** joe snell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Joe Snell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-btzq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9087
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cory Thomas
**Address:**
　　2852 W. Reedy Creek Dr.
　　Phoenix,  85086
**Email:** thomacx@hotmail.com
**Phone:** 4803700471

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005923

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ulym
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9090
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dale Oestmann

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

What part of "shall not be infringed" do you wannabe dictators not understand?

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-3qh0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9091
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Jensen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mark Jensen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-b8ll
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9094
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ya6l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9095
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Gibson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Paul D. Gibson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-v3az
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9096
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Anonymous

---

## General Comment

To whom it may concern:

I stand with other concerned citizens and strongly oppose the rewrite of the State Departments arms control
regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor
and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William Schneider

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-sk2a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9097
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Russell
**Address:**
    939 Clem Rd
    Prentiss,  MS,  39474
**Email:** maru@hughes.net
**Phone:** 6017974483

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark Russell

DOSWASHINGTON005930

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-uton
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9098
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lance Langdon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Lance Langdon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-wel3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9099
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tyler L

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Tyler

DOSWASHINGTON005932

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-t1q2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9100
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** James Doggett

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-8wk2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9101
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the federal
government as requiring not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to scrap these new regulations in their entirety. The First and Second Amendments are still the
law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-cdc6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9102
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jimmy Moore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jimmy Moore

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-2ux2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9103
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl Hauquitz
**Address:**
   8168 Crown Bay
   STE 505-218
   St thomas,  VI,  00802

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Carl Hauquitz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-w0zi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9104
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Edward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-otsd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9106
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** L Schexnayder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-16gb
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9107
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leon Perniciaro Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-frbo |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9109
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Gillett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Ed Gillett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-bnyw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9111
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Taylor
**Address:**
   137 N. Dix AVe
   Nebwurgh,  NY,  12550
**Email:** lottosix@gmail.com
**Phone:** 845-563-03443

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mike Taylor

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ldlg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9112
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Wesley Gilden

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control firearms-related
speech on the Internet.

The new proposed language -- which includes making technical data available via a publicly available
network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in
prison and massive fines.

So posting information on virtually any firearms or ammunition that relates to them, could be defined by
the Obama administration as requiring, not only government permission, but potentially a government
license. This means violators would potentially face significant criminal penalties.

This potential action is an absolutely indefensible attack on the protections guaranteed in the United
States Constitution as well as an enormous over-reach. The need for a department of the United States
Government to propose such regulations that could potentially impact American citizens the ability to
converse on the internet regarding firearms is not dissimilar in the ways that many totalitarian states
throughout history have limited speech of their own citizens to protect their various reprehensible forms
of government and power. To see our own State Department wishing to emulate that behavior is nearly
impossible to imagine and is another example of the danger of bureaucracies with no loyalty to the very

citizens who are in charge of their own government. I cannot emphasize the disgust that this overreach makes my family and I feel and also the extreme disquiet that it causes! This rewrite of regulation should have never been considered and whomever thought that it was an acceptable proposal should be terminated from their position working in your department!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban three dimensional (3-D) printers, a technological advance with many other more mundane uses.

I absolutely urge you to repeal these new regulations in their entirety. Whether you seem to be aware or not, the First and Second Amendments are still the law of the land!

Sincerely,

Wesley D. Gilden

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-lb00 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9113
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, K.M. L.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-y0z4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9114
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
P. Kamin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-bazs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9115
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
An American who believes in the CONSTITUTION!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-ccam |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9117
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sam Morgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Sam Morgan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-9pn0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9118
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Shanley
**Address:**
    Epping,  NH,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul Shanley