# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-3prd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9119
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Cheatham
**Address:**
　6616 timberland drive
　Sandston,  VA,  23150

---

## General Comment

To whom it may concern,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jeffrey Cheatham

DOSWASHINGTON005949

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-9g8t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9121
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edwin Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Edwin Jones

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-s0nx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9122
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William A Settlemeyer Jr
**Address:**
    2431 Neils Eddy Rd.
    Riegelwood, NC, 28456-7010
**Email:** wa.settlemeyerjr@gmail.com
**Phone:** 9106553421

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr and Mrs William A Settlemeyer Jr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-rxor
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9123
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr. Tony Pomato
**Address:**
    535 Devils Lane
    Ballston Spa, NY, 12020
**Email:** TPomato@AOL.com
**Phone:** 518-885-6864

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Dr Anthony D Pomato

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-njfa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9124
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonmous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Anonymous

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-c24v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9125
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Bell
**Address:**
    3465 School Road
    Kintnersville, PA, 18930

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert L. Bell

DOSWASHINGTON005954

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-4f1v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9126
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-k9ed
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9127
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Harker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-1i18
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9128
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J M

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
JM
Lenoir City, TN

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-q3ly
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9129
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-4uik
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9130
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rictor Glass

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Rictor O. Glass, Jr.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-l85c |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9131
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
T. Patriot

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vpbw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9132
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey MacConnell
**Address:**
    9543 Bel Glade St.
    Fairfax,  VA,  22031

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kci-50ys<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9133
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lorne Leitman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Lorne Leitman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-mkmb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9136
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Ramsey
**Address:**
    1317 Kendlewood
    McAllen,  TX,  78501
**Email:** kevin@kevinramsey.com
**Phone:** 9562072076

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kevin Ramsey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-gnaf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9137
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon McQuillin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gordon McQuillin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ogvh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9138
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ipdf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9139
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Kennedy
**Address:**
   1107 Tulane Dr
   Arlington,  76012-5359
**Email:** rkennedy525@sbcglobal.net
**Phone:** 817-713-3269

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard Kennedy

DOSWASHINGTON005968

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ck9l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9140
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chad Kent

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Chad Kent

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-f3ba
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9141
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Britt Thomas

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-hbfj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9142
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-c2g8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9143
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Cardon
**Address:**
    1259 E Granada St
    Mesa,  85203
**Email:** dcardon47@hotmail.com
**Phone:** 4808355849

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David B.Cardon

DOSWASHINGTON005973

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-fuxd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9145
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Phillips
**Address:**
  6205 township road 117
  McComb, OH, 45858
**Email:** rabbithunter391@gmail.com
**Phone:** 4193069391

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005974

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ydah
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9146
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eddy Buckels

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-yrsa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9147
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Prof. James Kendall
**Address:**
   Ormond Beach,  FL,  32176

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by an administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Prof. James Kendall

DOSWASHINGTON005976

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-f0eg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9148
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Erik Wood

---

## General Comment

To whom it may concern:

Think on the following hypothetical scenario and then consider that the current administration is
attempting the same limitation on the freedom of speech over the right to keep and bear arms:

*****If a different administration -ideologically opposed to a woman's right to choose- were to
summarily punish anyone talking about reproductive health on the internet, can you imagine the public
outcry over the move? I daresay it would be extreme. Elected officials would have to run for cover to
avoid the political firestorm that would erupt over such government overreach and blatant Constitutional
infringement.*****

As a law abiding citizen, and sportsman, I am writing to strongly oppose the rewrite of the State
Departments arms control regulations (ITAR), which could potentially grant the State Department a
wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

*****The idea that discussing the details surrounding a Constitutional right should be punishable is anathema to the 1st amendment of the Bill of Rights. Sportsmen, hunters, collectors, target shooters, and those who own guns for self defense MUST have the unfettered opportunity to learn all they can about the proper operation and use of their firearms. Nowhere is the free exchange of information made simpler and more accessible than on the internet. To quash such discussion/sharing of information flies not only in the face of the freedom of speech, but also betrays the Administration's desire to remove our rights and freedoms in the name of "gun safety". As with the above hypothetical example, it is commonly accepted wisdom that the surest way to prevent unwanted pregnancy among teens is EDUCATION - NOT SHUTTING DOWN DISCUSSIONS ON THE SUBJECT OF REPRODUCTIVE HEALTH.

How does the administration purport to want to increase firearms safety in our communities while simultaneously pushing regulations which will punish the free exchange of information on the subject of firearms for those who wish to educate themselves? It is either a blatantly stupid oversight, or it is intentional, and the administrations true goal is not to promote safety, but to further a long term goal of dismantling the right to keep and bear arms one piece at a time.*****

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-1soh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9149
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Greenwald
**Address:**
  177 Roselawn Dr
  Xenia,  OH,  45385
**Email:** sgreenwald@fuse.net

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-myk4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9152
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** joe lee
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Joe Lee

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-8mv2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9153
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Wilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard Wilson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-agf2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9154
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Hernandez
**Address:**
    1711 latigo trace
    Round Rock,  TX,  78681
**Email:** imrubicon@hotmail.com
**Phone:** 6502419884

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Michael Hernandez

DOSWASHINGTON005982

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-8c90 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9157
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Davis
**Address:**
   5545 Valley Mills Drive
   Garland, TX, 750435449
**Email:** drvais3@swbell.net
**Phone:** 972 279 2187

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vsx7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9158
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobby Allen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bobby Allen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-edh8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9159
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Pagano

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Peter Pagano

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-jwv6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9160
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mike Dummer

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-7bi6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9161
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael McDaniel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-6z28
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9162
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-eap5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9163
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William J. Bartell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-2a0n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9164
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Boyd

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Steve Boyd

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-xnmq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9165
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Willard Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-dzpg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9167
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Knight
**Address:**
   200 Avenue K SE
   Apt. 170
   Winter Haven,  FL,  33880
**Email:** KnightNocturnal@msn.com
**Phone:** 863-877-5237

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-19zq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9168
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron L Hubbard
**Address:**
   6 Apalachee
   Hattiesburg, MS, 39402-8198
**Email:** ron.hubbard51@yahoo.com
**Phone:** 601 408 0692

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

Ron L. Hubbard
Hattiesburg, Ms. 39402
ron.hubbard51@yahoo.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-q9e5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9171
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Tulberg
**Address:**
    1795 Arlington Dr.
    Missoula, MT, 59801
**Email:** rogertulberg_58@msn.com
**Phone:** 4068291649

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON005996

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-oasq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9172
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-gu5b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9173
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Tarlo Sr
**Address:**
   3129 Garden Ave
   Royal Oak,  MI,  48073
**Email:** ait16fast@hotmail.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

Alan I. Tarlo Sr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-1isq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9174
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ted & Linda Melcher
**Address:**
    348 Madison 1325
    Huntsville,  AR,  72740
**Email:** tl348@madisoncounty.net
**Phone:** 479 738 2836

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ted & Linda Melcher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-zk7n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9175
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Hamilton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Scott A Hamilton

DOSWASHINGTON006000

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kci-mqmr |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9176
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Barbour

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Steven Barbour

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-k237
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9177
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-31cc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9178
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ngc4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9179
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DAVID HOLDER

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, DAVID HOLDER

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-943y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9181
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** john Orr
**Address:**
   8539 Primrose
   Davis,  OK,  73030
**Email:** john.orr1@yahoo.com
**Phone:** 580-369-2375

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John Orr and family

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kci-jixu
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9183
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack & Phyllis Portwood
**Address:**
    110 Owens Cemetery Rd.
    Rockholds,  KY,  40759

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jack & Phyllis Portwood

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-jb25
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9184
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Hesselink
**Address:**
62 Valley Rd
Rockaway,  07866

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark C. Hesselink

DOSWASHINGTON006007

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ro5t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9185
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Joseph

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-jaww
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9186
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Hasselback

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-r5tp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9188
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terrell Hunt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Terrell Hunt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-yk2m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9189
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Stone

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

John Stone, a voter

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-t0g4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9190
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bradley Harris

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Brad Harris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-w4ck
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9191
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Jensen

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Steven Jensen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-59bt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9192
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Henderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006014

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8kci-ctr2<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9193
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn Evans

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Glenn Evans

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-x9lx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9194
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John Jones

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-ccax
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9195
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Fogg

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. It is in vio;ation to the 1st Amendent, is it not?

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-4cx0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9196
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Rodth

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


Tom Rodth

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kci-d1yb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9197
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

J.

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-a2vw
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9198
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Breckenridge
**Address:**
  909 Northampton St Ne
  Hartville,  OH,  44632
**Email:** skunkcar1@juno.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-uwg0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9199
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Waters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Terry D. Waters

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-2ca9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9200
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mr. & Mrs. Ewing

## General Comment

To whom it may concern:

We strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Mr. & Mrs. Ewing

DOSWASHINGTON006023

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kci-4188
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9201
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Robert Solla

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,Robert Solla

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-y2ru
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9202
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Farrell
**Address:**
   PO Box 375
   Bristol, NH, 03222
**Email:** mcso@metrocast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kevin Farrell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-us9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9204
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thom B
**Address:**
  2 Cob Rd
  Bow, NH, 03304
**Email:** tcbloom2@comcast.net
**Phone:** 603-228-9674

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thom Bloomquist
Bow, NH

DOSWASHINGTON006027

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-kddz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9205
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Pelles
**Address:**
  115 Four Wheel Dr.
  Mars,  PA,  16046
**Email:** rmpelles@gmail.com
**Phone:** 7243210487

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert Pelles

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-b3ll
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9206
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Humble

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-mjzu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9207
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-eqz5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9208
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derek Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the proposed rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the government, specifically the State Department, wide-ranging power to
monitor and control gun-related speech on the Internet.
At a minimum I believe is a violation of the 1st Amendment. The new language -- which includes
making technical data available via a publicly available network (e.g., the Internet) -- could put anyone
who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by this or any future
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. pursuing this is very dangerous ground and
the people of this country are likely to take a very dim view of this attempt to further diminish our rights
un the Constitution.

Respectfully

Derek M. Becker,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-dnv8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9209
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Shawn Galloway

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Shawn Galloway

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kci-fdh3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9210
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Walsh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Matthew Walsh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-715p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9211
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I very much oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jesse Mielcarek

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-y3js
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9212
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn Howard

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-lc88
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9213
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Don Neilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Don Neilson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-l54a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9214
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Laing

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Charles Laing

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-js9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9215
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Warren Peterson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON006038

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-rrjr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9217
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daryl Smallwood
**Address:** United States,
**Email:** Twincrk@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Daryl Smallwood

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-vjgm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9218
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ruth Pine

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-htws
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9219
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Barton
**Address:**
   17908 31st DR NE
   Arlington,  WA,  98223
**Email:** j.barton@frontier.com
**Phone:** 425-750-6699

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Barton

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ci1d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9220
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Ackerman
**Address:**
    26267 Bellemore Drive
    Ramona,  CA,  92065
**Email:** maxplus999@hotmail.com
**Phone:** 760-0846-6057

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006042

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-qzon
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9223
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Rick L. Keeth

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-4cuu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9224
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brendan Mull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Brendan Mull

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-qg5b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9225
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Robertson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Robertson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-k5j7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9226
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** W. Bentley
**Address:**
   69 Dog Canyon Rd
   Alamogordo,  NM,  88310
**Email:** retiredmsgt@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators could face significant criminal penalties.

I also oppose the addition of the word software into these regulations; it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
W. Bentley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-lee4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9227
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brandy Ann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Brandy

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-t1t7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9228
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carolyn Robinson
**Address:**
   7395 Quarry Road, Suite B
   Amherst,  OH,  44001-9695
**Email:** freisian@gmail.com
**Phone:** 4407149596

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Carolyn Robinson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kci-ivoy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9229
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Hollander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Bruce W Hollander

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-f9xy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9230
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Bajackson
**Address:**
  PO Box 420
  Sparks, MD, 21152
**Email:** rabsparks@comcast.net
**Phone:** 4107714073

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

Sincerely,

Richard A. Bajackson

DOSWASHINGTON006052

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ku5r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9231
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kent Ward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Kent Ward

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-8n1u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9233
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Sittig

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Robert A. Sittig Antioch, Illinois

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-mw8v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006056

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hcfx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9235
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Rainey
**Address:**
    548 Bryan RD
    Clarksville,  TN,  37043
**Email:** sar1959@zoho.com
**Phone:** 9313580286

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Steve Rainey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hkr4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9236
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Diamond

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Christopher Diamond

DOSWASHINGTON006058

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ijfb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9237
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Williamson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David M. Williamson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-9440
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9238
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Murphie Gee

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Murphie

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2qwd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9239
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Moses
**Address:** United States,
**Email:** moses.mark@gmail.com
**Phone:** 423-653-5319

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark Moses

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qlxa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9240
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kami Ann

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

This is a ridiculous proposal and against the 1st and 2nd Amendments of our constitution. We the People
want less Government and Government control. You guys are not doing your jobs very well you had better
start looking around.

DOSWASHINGTON006062

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4f2s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9241
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ricky Radar
**Address:**
    Stateburg,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Richard J. Kadar
Lt Col, USAF (Ret)

DOSWASHINGTON006063

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-yr3k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9242
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur Morris
**Address:**
 320 E. 6th St.
 Belle, WV, 25015
**Email:** almorris1947@aol.com
**Phone:** 3049494550

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006064

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-umq8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9243
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wiley Cloud
**Address:** United States,
**Email:** WileyCloud@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. the First and Second Amendments are still the law
of the land!

Sincerely,
Wiley Cloud

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-y6pz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9244
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Melvin Schaupp

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xt2e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9245
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Jeffries

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David R. Jeffries

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kch-4h8h
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9247
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Kathy Cory

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Kathy Cory

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7uiv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9248
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mort Abramson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

The First and Second Amendments are the law of the land!

Sincerely,

Mr. & Mrs. M. Abramson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-d061
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9249
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-i3au
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9250
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jaime Nowatzki

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Jaime Nowatzki

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vsvr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9251
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Northrop
**Address:**
    2663 Twain Drive
    Magna,  UT,
**Email:** jeremynorthrop@gmail.com
**Phone:** 8015090781

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006072

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-r6cx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9252
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Fulks

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vat3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9253
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ted Melcher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Ted&Linda Melcher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2o1l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9254
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Crittenden

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. It is a violation of the Constitution of the United States and everything that has made our country great.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-n7ln
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9255
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DAVID JOHNSON

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7u7f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9256
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Ketchum
**Address:**
    26831 Hilltop Road
    Evergreen,  CO,  80439
**Email:** chrisk@wispertel.net
**Phone:** 303-674-7337

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006077

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

Chris Ketchum
Evergreen, CO

DOSWASHINGTON006078

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fkc6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9257
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Baugues
**Address:**
  21763 Pinewood Ct
  Sterling,  20164
**Email:** Operius@aol.com
**Phone:** 513-519-3987

---

## General Comment

Dear Sir or Ma'am,
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration, or any future administration regardless of political leaning, as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

Sincerely,
Christopher Baugues

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-e0m7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9259
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Caryl US Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Tax paying, Law abiding, US Citizen

I do not support, and actively condemn, as applied to all types of firearms and ammunition listed in Categories I and III of the United States Munitions List, the revisions to the International Traffic in Arms Regulations promulgated in the Federal Register, Vol. 80, No. 106, at page 31525, et seq., also known as RIN 1400-AD70, for reasons which include, but are not limited to, the following:

DUE PROCESS CONCERNS

1.  The definition of the word "required" (§120.46) as stated is overly broad and vague, and will effectively make any "technical data" describing an object equivalent to that object.  Thus, any data or information that might make a particular firearm a firearm (or, appear to be, or operate like a firearm) becomes "required" technical data that will effectively be controlled by the proposed rules.  When a single word definition needs three explanatory notes, clarity is not in evidence.

2.  The term "technical data," relying as it does on the overreaching and vague term "required," is also overbroad and vague.

3.  The definition of "public domain," the supposed safe harbor for information, has changed immeasurably.  In the explanatory section concerning this definition (see, 80 FR 106, p. 31527), the proposed rule should 'simplify, update, and introduce greater versatility ...'  (Emphasis added.)  When compared to the text of the proposed definition of "public domain" this explanation becomes Orwellian.

4.  Simplify?  It is fairly unusual for additional verbiage with two necessary explanatory notes to "simplify" anything.  The addition of §120.11(b) functionally eviscerates the concept of public domain as it has been understood.  At first blush, it appears that information available to the public is not "technical data," and thus not controlled.  But the effect of §120.11(b) is to lasso any information deemed "technical data" and remove it from the public domain.  Thereafter, via the enforcement provisions of §127.1, any release of such "technical data" without authorization from some appropriate (and perhaps unspecified) U.S. Government entity, will be a crime.  This goes far beyond any concept of export, and is *ultra vires* administration of the authorizing statute:  the Arms Export Control Act of 1976 ("AECA").  It may also be a form of prior restraint.

5.  Greater versatility?  If this means that the State Department and the U.S. Government will assume greater authority over information and ability to criminally prosecute expressions of speech, whether or not exported, then the revised definition of "public domain" is more versatile.  When terms with vague and broadened (if not overbroad) meanings (e.g., required, technical data, release, export) are coupled with an enforcement scheme, the concept of a safe harbor can become very flexible.  Can such versatility or flexibility stand against Constitutionally protected actions such as expression (I Amendment), firearms ownership (II Amendment), and Due Process (V Amendment)?  Without firm and

DOSWASHINGTON006081

understandable meanings, this regulatory scheme becomes a trap for fools, at best, or a Constitutional nightmare.

FIRST AMENDMENT CONCERNS

6. The instant notice of proposed rulemaking is the latest manifestation of phenomena known in as "ITAR Creep." This takes two forms. One is the situation where an exporter thinks that it is complying with ITAR licensing regulations, but somehow fails to comply and is subject to enforcement  (i.e., ITAR "creeps" up on you).  The other form of ITAR Creep is the expansion of the regulations beyond the original intent of Congress, and the boundaries of the Constitution.  This has rarely been the focus of attention because enforcement is usually limited to the more traditional forms of export violations (i.e., export of palpable, concrete things, or of information, across actual borders) ... until now.

7. [NOTE:  The proposed regulations seek to cast a very broad net to capture many types of information.  In the early 1990s, Phil Zimmermann published a form of strong encryption (then considered a "munition") as a File Transfer Protocol, which later became available on the Internet.  After a three year investigation, the Justice Department dropped the case without charges.  The breadth of the current regulatory scheme could create thousands of Zimmermann-like cases.]

8. The AECA of 1976 amended and recodified various legal provisions (including the Foreign Assistance Act and the Foreign Military Sales Act) concerning the export of armaments.  Export licensing authority was granted to the Secretary of State so that foreign policy and weapons exports could be coordinated.  Not long afterward, the notion that some ideas, images, expressions of thought concerning items on the USML - that is, technical data - should be similarly constrained.  As part of this scheme, both ITAR and its companion piece, the Export Administration Regulations ("EAR"), established a rule that any 'burden for obtaining appropriate U.S. Government approval for the publication of technical data ... is on the person or company seeking publication.'  By 1978, this rule had been criticized by the Justice Department as a means of prior restraint on speech that did not meet Constitutional requirements.  By 1985, this requirement was removed from ITAR (but not, curiously, from the Department of Defense regulations).

9. In May, 2015, Defense Distributed, a Texas corporation, filed suit against the Secretary of State and the Directorate of Defense Trade Controls ("DDTC"), the sub branch of the State Department responsible for administering ITAR, alleging a prior restraint scheme concerning the publication of alleged technical data. DDTC stated in a May 8, 2013, letter that it 'required prior authorization' before releasing technical data.  Over the following two years, Defense Distributed filed numerous requests for review of its materials through the process known as the 'commodity jurisdiction request,' but has received no actionable response.  By threatening prosecution, and then refusing to make a pertinent decision, the

State Department has engaged in a *de facto* prior restraint process.  This aptly demonstrates the type of abuses that technical data classifications can have on expression, and is made more egregious by its use to deter speech about Constitutionally protected actions, such as firearms ownership.

10. The State Department has apparently proposed a *de jure* system of prior restraint similar to that criticized and eventually discarded between the years 1978 to 1985.  As noted in paragraph 6, supra, the State Department may also require prior approval of certain technical data before release.  This system of prior restraint may be defined as a law or regulatory scheme that makes a circumstance of prior restraint either (a) likely, or (b) mandated by law.  It appears that the system proposed will do so, and lacks any of the safeguards that would might avoid the Constitutional pitfalls.  The State Department should review the correspondence from the Department of Justice concerning ITAR. More specifically, the State Department should evaluate whether licensing speech is at all proper, and, whether its current scheme for requiring applications for evaluation of particular items that might fall under the broad term "technical data," and lack of review for its decisions, might be a violation of First Amendment rights.

SECOND AMENDMENT CONCERNS

11. The State Department might also take some time to reevaluate the "safeguarding" of technical data for items on the USML.  There are several reasons for this.  First, safeguarding information about many Category I items is a futile effort to control information that is part of general knowledge.  For example, prior to World War II, so-called "Khyber Pass Copies" of British and Russian military pattern firearms were in circulation in that region.  During the most recent Russo-Afghan War, this technology spilled over into Afghanistan, where British, Russian and Soviet military pattern firearms were made in local smithies.  Export of Category I articles can and should be controlled, as mandated by Congress.  But, much of the Category I technical data, like the horse, has already left the barn.

12. Second, the proposed rulemaking appears to infringe, perhaps significantly, on Second Amendment rights and penumbras.  Without stretching the point, the Second Amendment appears to cover:  acquiring, making, bearing, keeping, maintaining, repairing, training with, practicing with, and modifying arms and ammunition.  The vague, ambiguous, and overbroad terms of the proposed rules will undoubtedly restrict and "chill" any communications on these subjects.  This will be most important concerning communication via the Internet, because the State Department has explicitly barred its use for communicating any unapproved or unreleased technical data.

ADMINISTRATIVE PROCEDURES ACT AND OTHER CONCERNS

13. Generally, administrative agencies are given wide latitude to develop regulations to fulfill the terms of an authorizing statute.  This is not unlimited authority, but can take into account the intent of Congress and the practical aspects of administration.  The current regulations concerning "technical data" have exceeded these requirements.

14. "Technical data" was not mentioned in the original version of the AECA.  It was a development of the State Department, based on previous incarnations of the AECA, and born of concerns during the wars of the first half of the Twentieth Century and the "Cold War" that followed.  Subsequent appearance of the term, especially in 22 USC §2778, severely undercuts any broad interpretation of the term "technical data."

15. In the statute, the term "technical data" is used exclusively in the context of export exemptions to certain countries, known as "technology transfers."  The statutory mandates concerning "technical data" are confined to reports as to:  (a) the type of technical data to be sent to the exempted country, or (b) that any bilateral agreement contains terms to assist law enforcement to prevent leaks of the "technical data," 'including the efforts on the part of countries and factions engaged in international terrorism to illicitly acquire <u>sophisticated</u> United States defense items.'  (22 USC §2778(f)(2)(B); emphasis added.)

16. While not dispositive, the term "sophisticated" indicates the extent that Congress wished to control "technical data."  Handheld Category I items (and their ancestors) are among the oldest continuous use technologies in the world, going back at least to the 14th Century 'handgonne.'  As a matter of comparison, the modern breach-loading firearm and the modern seed drill made their appearance at about the same time -- the mid 19th Century.  Until the 1968 Gun Control Act, firearms were often sold in hardware stores.  Even under today's stricter regimes, firearms are considered "consumer items," and are subject to fewer restrictions than many other items, such as automobiles, or the infamous mattress tag.  This is not sophisticated; as many Americans might say:  "This is not rocket science."

17. A possible conflict of laws may also involve other approved means of controlling information.  "Technical data" does not encompass information that is under the classification system, as that has its own set of rules (see, Executive Order 13526).  Certain patents have their own confidentiality system (pre and post issuance).  There is another set of rules, expressed at Executive Order 13556, that 'establishes an open and uniform program for managing information that requires safeguarding or dissemination controls pursuant to and consistent with law, regulations, and Government-wide policies, excluding information that is classified ...'  This information is known as Controlled Unclassified Information ("CUI"), and the CUI rules would be consistent with the use of the term "technical data" expressed in the AECA.  (See, paragraph 16, *supra*.)

FINAL REMARKS

18. The Internet has rapidly, and rightly, become the primary means of sharing of ideas and knowledge.  It has been championed as the best and primary means for communication of knowledge available today.  On November 10, 2014, President Obama opined:  'An open Internet is essential to the American economy, and increasingly to our very way of life. By lowering the cost of launching a new idea, igniting new political movements, and bringing communities closer together, it has been one of the most significant democratizing influences the world has ever known.'  Its further use has been championed by scientists, politicians, government, and industry.  It is unreasonable to expect to force communications concerning Category I "technical data" into low technology means (i.e., non-Internet) simply because the Department of State has deemed use of the Internet to be an "export."

19. While control of weapons exports and of information relating to those weapons is important, that interest must be compared and balanced against other interests. In this case, the interests of American owners of Category I weapons must be considered.  Their ability to acquire, keep, maintain, modify, or train with firearms is part of the legacy of rights recognized by the Second Amendment to the U.S. Constitution.  Similarly, the ability of Americans to speak to other Americans on certain subjects, and not have such speech restricted by fear of prosecution, vague and unreasonable restrictions, or schemes requiring licenses to engage in those subjects, is strongly protected by  the First Amendment.  Whether the proposed (or the current) regulatory scheme can be justified given the level of scrutiny that will be applied is for the courts to decide.  Finally, the Fifth Amendment will be applied to the terms put forth for implementing these regulations, and to the processes imposed by the State Department.  It's going to be like the Phil Zimmermann case, only with thousands, or tens of thousands, of players.

20. However, no discussion of the proposed rule changes would be complete without the following story.  In February, 2015, the Bureau of Alcohol, Tobacco, Firearms & Explosives ("BATF&E") proposed a "framework" outside of the normal rulemaking process that would, *inter alia*, reclassify M855 ammunition as "armor piercing."  M855 ammunition is a form of inexpensive ammunition relied upon by many gun owners for legal shooting pursuits.  M855 ammunition is not, and never could be, "armor piercing" under the applicable statute due to the materials used in its manufacture.  In the terms of the present proposed rulemaking, information about the bullets involved would be labeled "technical data."

21. Tens of thousands of Americans protested to the BATF&E, many citing the impossibility of the reclassification under the law, considering the "technical data."  Much of this information was disseminated to and by a concerned public via the Internet.  By mid-March, this misapplication of the law was withdrawn.

22. It is difficult to imagine how a concerted protest against BATF&E's misguided and factually questionable determination could have happened without the discussion of the "technical data" over the Internet.  Yet, if the currently proposed rules had been in place, such discussions and protests would have been difficult, if not impossible, because the "technical data" would have been deemed exported, and thus illegal to publish on the Internet.  As Americans, we treasure our freedoms and pity those who must live under regimes that would curtail their freedom of speech, of the press, or to understand enough facts to petition the Government for redress of grievances.  How should Americans approach a regulatory scheme that does just that?

Edward McCormick
August 3, 2015

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xgq1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9261
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

JC

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-w9lj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9262
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j27i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9263
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John McGuire
**Address:**
    1728 Art School Rd.
    Chester Springs, PA, 19425
**Email:** johnjmcguire@mns.com
**Phone:** 610-766-1081

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John McGuire

DOSWASHINGTON006090

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-t5g2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9264
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Lynch
**Address:**
   117 SE Guinevere Ct
   Lake City,  FL,  32025
**Email:** jslynch@hotmail.com
**Phone:** 3867547185

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006091

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qair
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9266
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration - or any other - as requiring, not only government permission, but potentially a
government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

Putting additional power of this sort into government hands is unacceptable. Enough.

Sincerely,

MOL

DOSWASHINGTON006092

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ewej
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9268
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Riley
**Address:**
    4928 215th Street SE
    Woodinville, WA, 98072
**Email:** Rarjr1122@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Riley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xe2u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9269
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Hettlinger
**Address:**
  800 Lake Carolyn Parkway
  Apt 229
  Irving,  TX,  75039
**Email:** fhettlin@gmail.com
**Phone:** 3174037836

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! Please let the President know that he should read our Constitution before trying to make any further laws that violate it.

The First Amendment :
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Sincerely,

Frank Hettlinger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zbqf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9270
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Hawks

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Charles A. Hawks

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5bmj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9271
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Schoenthal
**Address:**
    86 W Prairiefield Avenue
    Cortland, IL, 60112
**Email:** BJS.ORDERS@MEDIACOMBB.NET
**Phone:** 6307880435

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fibw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9272
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Duane Wormington
**Address:**
    PO Box 414
    Alpena,  AR,  72611

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
Sincerely,

Duane Wormington

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-grkn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9273
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-lgg5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9274
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Sam Linder

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-l6m8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9275
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-h4x3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9276
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Martin Ambrose

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qubs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9277
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Olson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Daniel Olson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-b6dx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9278
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Atkinson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael S. Atkinson, MD.

DOSWASHINGTON006104

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zxju
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9279
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Wallace
**Address:**
   P.O. Box 246
   Blountville, TN, 37617
**Email:** tbwallace@northeaststate.edu
**Phone:** 423-323-3191

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Dr. Tom Wallace

DOSWASHINGTON006106

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4l6y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9280
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fbft
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9281
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Vandiver
**Address:**
    p.o.box 398
    McCalla,  AL,  35111-0398
**Email:** jmvandiver@msn.com
**Phone:** 2052600650

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John M. Vandiver

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5w6c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9282
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON006109

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uyv6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9283
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Danoff
**Address:**
  182 Dallas St
  Mount Vernon,  WA,  98274
**Email:** djdanoff@gmail.com
**Phone:** 3608200010

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Daniel Danoff

DOSWASHINGTON006111

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-obna |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9284
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Jannarone

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-d7mf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9285
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Morris

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Justin Morris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-aep0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9286
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Reynaldo Paguio

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

Obamas State Department Could Gag Firearms Communications over the Internet

Created: Friday, 12 June 2015
Written by Gun Owners of America
-----------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
-----------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the
Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison

and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Reynaldo Paguio

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-x5cz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9288
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clark McKissock
**Address:**
　638 Alexander Farms Ln Sw
　Marietta, GA, 30064
**Email:** fish4food1@gmail.com
**Phone:** 770-573-3660

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Clark McKissock

DOSWASHINGTON006118

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-jjse
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9289
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Colton Riffel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Colton Riffel

DOSWASHINGTON006119

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-751p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9290
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shannon Shaneyfelt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land.

Sincerely,

Mr. Shannon L. Shaneyfelt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-gxxd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9291
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006121

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-bfg4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9293
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Leighton
**Address:**
    Ocala,  34481
**Email:** Chrispade@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Chris Leighton

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-lqn7
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9294
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** G H

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
G H

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-pxlh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9296
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON006124

Sincerely,

Eugene R. Grace, Esq.

Limited Time Offer

1 oz., .999 pure silver coin.

GOA Media Clips

Background Checks Failing (Pt. 2)

Background Checks Failing (Pt. 1)

E. Pratt debates the UK on guns

L. Pratt on Armed American Radio

E. Pratt debates guns in churches

L. Pratt on CNN

Obama wrong on SC shooting

How Guns Prevent Terrorism

More Videos

2015 - Gun Owners of America

DOSWASHINGTON006126

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2bvm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Eckman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Randy Eckman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-m4yd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9299
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Mercer
**Address:**
   310 Trailwood Dr.
   Allen,  TX,  75002
**Email:** mercer.s@sbcglobal.net
**Phone:** 4698269989

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-rtay
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9301
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Scott Carlock

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the authorities as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are the
first two amendments in the Bill of Rights for a reason!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-el0t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9303
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Joni Nelson

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Joni Nelson

DOSWASHINGTON006130

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-vemf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9304
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Melvin Willms

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Melvin J. Willms

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-4qfw |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9305
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mr. and Mrs. Art B. Conrad and Family

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mr. & Mrs. Art B. Conrad & Family

DOSWASHINGTON006132

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-p03r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9306
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Haiker
**Address:**
2418 Fountain lane
Stevensville, MI, 49127
**Email:** ghaiker@att.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gregory R. Haiker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3uyt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Blunt
**Address:**
   5991 E 560 Rd.
   Locust Grove,  OK,  74352
**Email:** health2u@sstelco.com
**Phone:** 918-479-2127

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006134

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-a55g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9309
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Sandfort
**Address:**
  3513 NE 65th St
  Vancouver,  WA,  98665
**Email:** pat.sandfort@gmail.com
**Phone:** 5202373488

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Patrick Sandfort

DOSWASHINGTON006136

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3rhn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9310
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, J.M. Stewart, TN

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ig5z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9311
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
John Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xk64
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9312
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Haefner
**Address:**
    200 E 73rd Terrace
    Kansas City,  MO,  64114
**Email:** aquariusdawning67@gmail.com
**Phone:** 9136347177

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Matthew A. Haefner

DOSWASHINGTON006140

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2x0c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9313
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Martin Montez
**Address:**
    1153 Patterson Rd
    Santa Maria,  CA,  93455
**Email:** Mmarts@comcast.net
**Phone:** 8059379542

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Martin Montez

DOSWASHINGTON006142

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-a81z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9314
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Matheney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Gary Matheney

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-eadt
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9315
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Booker
**Address:**
    18742 Paradox Trail
    Montrose,  CO,  81403
**Email:** philipjbooker@gmail.com
**Phone:** 970 316-1298

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Philip J Booker

DOSWASHINGTON006145

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-uy57
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9316
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Locke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jon D. Locke

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-v5yd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9317
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael McIntyre

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael McIntyre

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-h9nv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9318
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** stanley Petrick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

S W Petrick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-igxi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9320
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glen Bell
**Address:**
    223 E. Heroy Ave.
    Spokane, WA, 99207
**Email:** glen@p3mc.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Glen Bell

DOSWASHINGTON006149

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kch-rbws<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9321
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Powell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Powell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-iwrm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9322
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Riley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-etcj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9325
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Al Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ujw2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9327
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Stoner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Cordially,
Mayor Joel Stoner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4iuo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9328
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hank Gosnell
**Address:**
  1011 D st
  Lewiston,  ID,  83501
**Phone:** 2087461515

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

DOSWASHINGTON006154

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-jh49
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9329
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Francis Anderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Francis J. Anderson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-yfno
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9330
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ANGRY VOTER

---

## General Comment

To the NEO-NAZI's:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which WILL grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the OSAMA REGIME as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

REPEAL THESE NEW CONSTITUTION DESTROYING "REGULATIONS" in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

ANGRY AMERICAN VOTER,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-tlu3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9331
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Kresnicka

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David E. Kresnicka

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-e8vs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9332
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darrell Ulrick
**Address:**
   3371 Vaughn Road
   Altoona, AL, 35952
**Email:** jediexile1970@gmail.com
**Phone:** 2562950307

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-gtmu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9333
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jeffrey S. Williams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-txpn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9336
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Wood
**Address:**
    25181 Wildlife drive
    Warsaw, MO, 65355
**Email:** rwwoodman@aol.com
**Phone:** 660-428-2344

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert Wood

DOSWASHINGTON006160

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-d9nu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9337
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob Walters

---

## General Comment

I am going to submit a previously written letter which spells out my objections to this proposed Rule much better than I can.

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bob Walters

DOSWASHINGTON006161

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-v9q5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9338
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RODGER STEVISON

---

## General Comment

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely RODGER STEVISON

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-1zyq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9339
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derf Taylor
**Address:**
   Washington,  WV,  26181

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Derf Taylor
Washington, WV

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-nqkj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9341
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Halstead

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! And they don't require a license to exercise them.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qz9r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9344
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cecil Lamb
**Address:**
　28251 Axis Dr
　Boerne, TX, 78006
**Email:** cecil@cecillamb.com
**Phone:** 2106270067

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Cecil H. Lamb

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ig1o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9347
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Dickman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-wvew
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9348
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Lord
**Address:**
    65 Guinea Rd
    Berwick,  03901
**Email:** russlord@comcast.net
**Phone:** 207-555-1212

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006167

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3b5o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9350
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** william kuhlmann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

this is just the camels nose under the tent for further decimating the Constitution of the United States and the Bill of Rights.

Sincerely,
William Kuhlmann

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-e9zb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9351
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Charette
**Address:**
  38084 S 670 Rd
  Jay,  OK,  74346
**Email:** mustang15@gmail.com
**Phone:** 9512161196

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

Bill Charette

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ssju
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9352
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Mims

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael Mims

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-z1z9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9353
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Taylor
**Address:**
    7320 Grayson Dr
    Plano,  TX,  75025

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Thomas Taylor

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vb7u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9354
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-jb2o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9355
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3odq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9357
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Reyes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Christopher Reyes

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7g7u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9358
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Needleman
**Address:**
   4761 Industry Drive
   Unit B
   Fairfield, OH, 45014
**Email:** jaysautomotive1@gmail.com
**Phone:** (513) 641-5777

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jay Needleman

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-ntbm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9359
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Blihovde

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

Gary Blihovde

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xd6v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9360
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** sean thompson

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g4rd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9361
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Talbott

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ken Talbott

DOSWASHINGTON006180

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-r049
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9362
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patty Lape

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Patty Lape

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ni5m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9363
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mr. & Mrs. Bill De Spain

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-mlth
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9365
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Norton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-llib |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9366
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Don Dodge
**Address:**
　　2003 Raymond av
　　Missoula,  MT,  59802
**Phone:** (406) 549-2670

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

Further would these New interpretations be applied retroactively Making even long dead commentators

DOSWASHINGTON006184

libel, Entire forums, Existing videos, Military sites, forwarding of, or receiving foreign information possibly linked to "gun" issues, Recalls on defective weapons, Military to military communications on weapon issues, movies with gun related themes (Eg The Rifleman, many Hollywood movies new and old,)
Could these regulations also be applied to published works Magazines, books, newspapers new or old? I'm sure those who drafted this foot in the door work, are already planning for the rest of their body as well as the army behind them to flood into your and my life.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Don Dodge

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-n4z2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9367
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cathy Blair

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Cathy Blair

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g13u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9368
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** fred coble

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Fred Coble

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-8jns
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9370
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joyce Wilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Joyce L. Wilson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-1b8t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9371
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Josh Apple
**Address:**
  2522 Netherwood Drive
  Greensboro, NC, 27408
**Email:** mrapplerocks@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-kjds
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9375
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Debbie Lytle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-eobf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9377
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DL

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ur15
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9378
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Melvin Underwood

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6uah
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9380
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Bird
**Address:**
   11535 S Copper Stone Dr
   South Jordan, UT, 84009
**Email:** Birdisword@gmail.com
**Phone:** Birdisword@gmail.com

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Bird

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-y8qo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9381
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jose Vazquez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-o04o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9382
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Limited Time Offer

1 oz., .999 pure silver coin.

GOA Media Clips

Background Checks Failing (Pt. 2)

Background Checks Failing (Pt. 1)

E. Pratt debates the UK on guns

L. Pratt on Armed American Radio

E. Pratt debates guns in churches

L. Pratt on CNN

Obama wrong on SC shooting

How Guns Prevent Terrorism

More Videos

DOSWASHINGTON006196

2015 - Gun Owners of America

DOSWASHINGTON006197

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-h73q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9383
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Riley
**Address:**
    19301 Elder Lane
    Groveland,  CA,  95321
**Email:** thecubinn@mlode.com
**Phone:** 209 962 0403

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Joseph L. Riley
Groveland, CA 95321
thecubinn@mlode.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5f3r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9384
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Newman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land, and YOU ARE NOT!

Sincerely,

James Newman

DOSWASHINGTON006201

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-2n9p |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9385
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Pickron

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ken Pickron

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6nub
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9386
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darrell Newbury

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Darrell Newbury

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-d42j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9387
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Delaney

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Edward Delaney

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-yq8v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9388
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin O'Kane

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kevin O'Kane

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-6m4d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9390
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Merrilees

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John E. Merrilees D. D. S.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-mfee
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9391
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

The proposed rules are not constitutional and violate free speech as well as the second amendment.

Those who have propose the rule are traitors and dictators. This rule must be struck down.

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON006207

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g2lu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9392
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Eleanor O'Campo

DOSWASHINGTON006208

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-jl7y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9393
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006209

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-sqdv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9394
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Shirk
**Address:**
   403 FORD STREET
   WEST MIFFLIN,  PA,  15122
**Email:** whshirk1@gmail.com
**Phone:** 412.469.8649

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William H. Shirk (Rev.)
CH (LTC), USA - Ret.

DOSWASHINGTON006211

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-d5qa |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9395
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Payne

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

R. Payne

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-snhm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9397
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A. Patriot

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-il1y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9399
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Schwartz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006214

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7t9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9400
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Blohm
**Address:**
    821 E DOGWOOD DR
    BELOIT, WI, 53511
**Email:** jblohm@live.com
**Phone:** 6082950201

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
Sincerely,
John M Blohm

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-uis1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9401
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Greene

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Gordon Greene

DOSWASHINGTON006216

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zzsi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9402
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Neuman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jason Neuman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-46mm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9403
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Nelke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Lawrence Nelke

DOSWASHINGTON006218

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xyxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9404
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Susan Molina

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Susan Molina

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-gus5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9405
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andres Cervantes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Andres Cervantes

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-knct
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9406
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Harvey Pitcher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-7s93
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9407
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Hawley
**Organization:** GOA

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zsz9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9408
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** CHRISTOPHER IRWIN
**Address:**
    4511 S Alaska St.
    Seattle, WA, 98118
**Email:** murdoc043@gmail.com
**Phone:** 2069205641

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Christopher Irwin

DOSWASHINGTON006223

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-nloj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9409
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven O'Harra

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steven O'Harra, Retired U.S. Coast Guard Officer

DOSWASHINGTON006224

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hclo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9411
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Carter
**Address:**
   7974 Castle Hedge Dell
   Glen Burnie, MD, 21061
**Email:** carterdavid@verizon.net
**Phone:** 410-760-0436

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-py3z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9412
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** T. Hardin

---

## General Comment

Dear Sir :

Please support the Constitution of the United States of America.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

This is a clear violation of the 1st Amendment of Free Speech.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
T. Hardin

DOSWASHINGTON006226

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-5sbk |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9413
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Anonymous

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet

Created: Friday, 12 June 2015
Written by Gun Owners of America
-----------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
-----------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the
Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in
danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a
functional how to nature.

DOSWASHINGTON006227

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-fiq7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9415
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Strelka

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Todd Strelka

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-kryu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9416
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Thomas

---

## General Comment

Kind madam or sir:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Jim Thomas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-jbya
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9417
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan C.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-49hv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9420
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Laurie Studer

DOSWASHINGTON006233

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-dpga |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9421
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lee Davis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Lee Davis

DOSWASHINGTON006234

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j4v0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9422
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** gregory pannullo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

gregory pannullo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-cuj7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9423
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Ezell
**Address:**
   4753 Pea Ridge Rd
   Maryville,  TN,  37804
**Email:** rogergunsmith@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. I still have my first amendment even though there are some that would like to take it away.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. The sharing of technical data is one of the things that has made this country great.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. It seems that Mr. Obama does not like the Constitution or has never read it. In either case he does not abide by it.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. The 3-D printer is not the cheap and easy way to make a gun. The good old zip

gun has been around longer than any printer and you can't print anything that will withstand the pressures of modern ammunition. Why not ban CNC Milling machines? With one of them you can make a machine gun!!

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Roger Ezell

DOSWASHINGTON006237

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-bq2p
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9424
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Devin Harpestad

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Devin Harpestad

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-130k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9425
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rodney baker
**Address:**
   1216 north hwy 377 pilot point tx 76258
   pilot point,  76258
**Email:** ntvmach@hotmail.com
**Phone:** 9406862326

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Rod Baker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-9yyz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9426
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phil Wolfe
**Address:**
   3174 Old Clifton Rd
   Springfield,  OH,  45502
**Email:** philwolfe52@aol.com
**Phone:** 9373230912

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Phil Wolfe

DOSWASHINGTON006242

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-vwcm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9427
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Rockstead
**Address:**
    10041 Tesla Rd
    Livermore,  CA,  94550
**Email:** jrockstead@gmail.com
**Phone:** 925-325-8023

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James Rockstead

DOSWASHINGTON006244

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3cuc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9428
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bret Parker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-ud8t |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9429
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Rob

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-wvhx
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9430
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Milholen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
William Milholen

DOSWASHINGTON006247

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ysoz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9432
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Wolf

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines. Past sad experience indicates that definitions-such as what constitutes "technical information-"
can be interpreted so broadly as to constitute an iron-clad ban on freedom of speech, regardless of how
innocent that speech may be. Stating that "...we are just codifying existing regulations..." is often a
disingenuous means of implementing such sweeping restrictions.

Thus, posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, John A. Wolf

---

DOSWASHINGTON006248

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-irtl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9433
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Landess
**Address:**
    381 Clear Creek Rd
    Evensville, TN, 37332
**Email:** chuckylucky4@aol.com
**Phone:** 423-775-7672

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-lzzn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9435
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clark Elliott

---

## General Comment

Gentlemen:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-s7kz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9436
Comment on DOS-2015-0023-0001

---

# Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    95 Hadrian Court
    Martinsburg, WV, 25403
**Email:** jasonwratchford@hotmail.com
**Phone:** 3042839474

---

# General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jason Wratchford

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-bmuy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9437
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph J Trench
**Address:**
   18 Ascot Way
   Ridgefield,  CT,  06877-5503
**Email:** JoeTrench@cs.com
**Phone:** 203-438-9324

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006253

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2qjc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9438
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Machinski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William Machinski

BUCS (SCW) USAF-USNR Ret.

2015 - Gun Owners of America

DOSWASHINGTON006255

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-mv7i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9439
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Buck Mayfield
**Address:**
    4002 Randall LN
    Thompson's Station,  TN,  37179
**Email:** canisx.amd@gmail.com
**Phone:** 6158668073

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Buck J. Mayfield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4vdq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9441
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Jackson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006258

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-9zvk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9442
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jeremy Miller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uvkj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9443
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Travis White
**Address:**
116 S. 1st Avenue
Proctor, MN, 55810
**Email:** ahrimanos@msn.com
**Phone:** 218-624-0462

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Travis White

DOSWASHINGTON006260

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g9xv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9444
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Paluszcyk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-8iqt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9446
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Riley
**Address:**
  PO Box 1218
  Wailuku, HI, 96793
**Email:** mamalukino@msn.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Michael Riley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fhpb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9447
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Morin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jason Morin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-nlb6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9449
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Irvin R. Laibson
Remember the Constitution and the 1st and 2nd amendments, are we not a free country anymore!!!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-i1sd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9450
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Britt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Adam Britt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-odnk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9451
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert W Nelissen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely

Robert W Nelissen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-iz6e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9452
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William C Vuillemot

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land, and it is time for common sense to prevail. Making criminals out of law-abiding citizens, is
not wise policy.

Sincerely,

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j5vv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9453
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qwge
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9454
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jared Rose

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006269

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-h5my
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9455
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Anonymous
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-bwjc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9456
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** A S Kiser

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, A. S. Kiser

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-uw4i |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9457
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chad Quickstad

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chad Quickstad

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-npeu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9458
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Hancock
**Address:**
    2250 Clarendon Blvd.
    Apt. 517
    Arlington,  VA,  22201
**Email:** jmhmisc801@gmail.com
**Phone:** 202-365-3164

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration and future administrations as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006273

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land, and the proposed rewrite is entirely against the spirit and the foundations of our nation, our laws, our principles, and the pursuit of liberty.

Sincerely,

DOSWASHINGTON006274

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-iw8q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9459
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Francisco DelValle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-akf8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9460
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Albert Segura

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Mr & Mrs. Albert M Segura

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-1b5l
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9461
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Seward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-tmeb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9463
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Bradford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-oqmd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9464
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** George Seul

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
George Seul

DOSWASHINGTON006279

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-8mqq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9465
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous .
**Address:** United States,

---

## General Comment

:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

SINCERELY, MR & MRS. BRADLEY BATKA SR.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-gp2k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9466
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jan Sylvester
**Address:**
　　3449 Oak Hill Rd
　　Delaplane, VA, 20144
**Email:** jan.sylvester@orbitalatk.com
**Phone:** 703-948-8415

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-sop1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9468
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Teer
**Address:**
   109 Ransom Dr
   Ball,  LA,  71405
**Email:** bill.teer@gmail.com
**Phone:** 3188804729

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William Teer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-laa3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9470
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Johnson
**Address:**
  60281 Patterson Road
  Greenwood Springs,  MS,  38848
**Email:** mikej514@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Michael D Johnson

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-t29e |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9471
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Reed

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you and he like it or not, THE
FIRST AND SECOND AMENDMENTS ARE STILL THE LAW OF THE LAND!

Sincerely,

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kch-ta4u
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9472
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Tim Miller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-1esi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9473
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-tqo1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9474
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ROBERT WITT
**Address:**
   PO BOX 2781
   MIDLAND,  MI,  48641-2781
**Email:** rewitt@tds.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006287

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-lju8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9475
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Vaughn
**Address:**
   203 s front st. pob 172
   danforth, IL,  60930
**Email:** ford3406@netzero.com
**Phone:** 8153832017

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land! This ia crazy one more thing the government is trying to do to law
abidding citizens

Sincerely,John Vaughn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-oxtd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9476
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Webb
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land!

Sincerely,

John Webb

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-f909
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9477
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alex Knight

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON006290

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-omns
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9478
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Altman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely
Richard Altman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-rw0h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9479
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Willette

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Douglas Willette

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-1okn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9480
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Wicinski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Joshua Wicinski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-byf5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9481
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-k1lo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9482
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Washington Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006295

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ceyr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9484
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Wright

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Robert F Wright

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-bwl1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9485
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Noblin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Tim Noblin

DOSWASHINGTON006297

DOSWASHINGTON006298

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6wqy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9486
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Barb

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-qeci
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9487
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Austin Mann
**Address:**
   84 Mayport Rd
   Guntersville, AL, 35976
**Email:** fireman816@yahoo.com
**Phone:** 256-302-1766

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Austin Mann
Guntersville, Alabama

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-561a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9489
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7kkw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9490
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Dumont

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, David Dumont

DOSWASHINGTON006304

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-5bph
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9491
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christian Hymen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Christian L Hymen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-w944
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9493
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Humphrey
**Address:**
   214 White Columns Dr
   Kathleen,  GA,  31047
**Phone:** 4789513322

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON006306

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-8uwj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9494
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Johnny Rieger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Johnny Rieger

DOSWASHINGTON006307

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-c65u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9495
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-1y28
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9496
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kelley Sands
**Address:**
   3965 Yarrow St.
   Wheat Ridge,  CO,  80033
**Email:** sweetiepiearts@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Kelley Sands

DOSWASHINGTON006309

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-v0qk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9497
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Gathright

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Larry Gathright

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-21pe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9499
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Richardson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jack E Richardson
2609 Glenwood Drive
Jonesboro, AR

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-pacl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9501
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** gary rasmussen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gary Rasmusse

DOSWASHINGTON006312

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xzxt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9502
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger German
**Address:**
   3066 N. Taylor
   Decatur, IL, 62526
**Email:** ocs@att.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. The
federal government has only enumerated powers. The new language which includes making technical data
available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in
danger of facing decades in prison and massive fines. NOWHERE in the Constitution did we delegate to the
federal government authority to impose ANY restrictions on guns, ammo, etc. You violate Our Constitution
when you impose these restrictions.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties. Get your nose out of our constitutionally protected rights. Your
fascist like attempt to subjugate us is despotic and unforgivable!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006313

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3agw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9503
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kent Lundgren
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR).

The proposed regulations grant the State Department power to monitor and control gun-related speech on the Internet.
(As an aside, I must ask: Once that door is opened, where does the passage beyond lead?)

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
would subject anyone who violates this provision to decades in prison and massive fines for the innocent exchange
of information relating to a hobby practiced by millions of Americans: guns, shooting, and the ammunition used. .

I also oppose the addition of the word software into these regulations in that, like many other hobbies nowadays, software
supports several facets of the hobby, such as ammunition development for those who reload and even (and I suspect this is
actually the target of the proviso) 3-D printed gun parts.

You must reject these new regulations in their entirety. They run counter to the clear purpose of the 2nd Amendment (unpopular
though it be in some circles) and constitute prior restraint on free speech, thus infringing the First Amendment.

Sincerely,

Kent Lundgren
Prescott Valley, AZ
U.S. Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4lck
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9504
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** David Koch
**Address:**
  4516 Fremont Ln
  Plano,  TX,  75093
**Email:** chagrined@yahoo.com
**Phone:** 9723606158

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the current or future administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-63aq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9505
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

A VERY concerned citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j3fl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9506
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** V B

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

VJB

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-mvsp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9508
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Baker
**Address:**
  6 Jennie Richards Rd
  Westford,  MA,  01886
**Email:** hedgehogbaker@gmail.com
**Phone:** 7818528231

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
James Baker

DOSWASHINGTON006319

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-dvoo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9509
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6xod
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9510
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON006321

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6z0z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9511
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006322

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-rku8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9512
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Hertler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-umpy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9513
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Gillespie
**Address:**
   965 Windsor Place Cir
   Grayson,  GA,  30017
**Email:** cdataman@hotmail.com
**Phone:** 7703380585

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mr. & Mrs. James Gillespie
965 Windsor Place Circle
Grayson, GA 30017

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2q6q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9516
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

R. R. Martin, Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-i4i4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9518
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Virgel Carr
**Address:**
   P.O. Box 135
   205 South Plum Street
   Maywood,  NE,  69038
**Email:** vdcarr@nebnet.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Virgel D. Carr
vdcarr@nebnet.net
205 South Plum Street
Maywood, NE. 69038

DOSWASHINGTON006328

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-jj57
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9519
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Cox

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bryan Cox

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5v9j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9520
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anthony Kantowicz

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Anthony Kantowicz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-wy4u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9523
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Haslego
**Address:**
   3649 Minniear Ave
   Modesto, CA, 95357
**Email:** crazyprsn@sbcglobal.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
J M Haslego

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-4a56
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9524
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Youse

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jim Youse

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-myq2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9525
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Congleton

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

I do not understand what the State Department has to do with our 2nd Amendment, and what ever
happened to the 1st Amendment?

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2pk7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9526
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j7qe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9527
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Doty

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

This action by the State Department goes far and beyond it's legal limits concerning regulations for the citizenship of the United States of America. It gives too broad a power to the government, that it has no right to, and eliminates a voice to a large segment of the public

to express their opinions as well as common communication concerning this topic. Clearly a violation of

the 1st Amendment.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006336

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2b9v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9528
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard W Kroh
**Address:**
 14590 Overlook Drive
 Woodbridge, VA, 22191
**Email:** rkroh5@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Richard W Kroh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-v0n4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9529
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Black

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Dan Black

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6ym6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9530
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-p61h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9531
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Vicens

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON006340

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-jce5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9532
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Wareham
**Address:**
    204 N Fox Ave
    Panama City,  FL,
**Email:** dwareham@gmail.com
**Phone:** 850-814-3618

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Daniel Wareham

Panama City, Fl

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-c3tf |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9533
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Martens

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Brian Martens

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-vtdo
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9534
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lynn Ernst

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land and they need to be respected, supported and enforced.

Sincerely,

Lynn Ernst

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hs4n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9535
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Zimmerman

---

## General Comment

Sir or Madam:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. This is a chilling of the free speech Americans so cherish.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,
Gary Zimmerman
Redondo Beach, CA 90277

DOSWASHINGTON006345

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xhfv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9537
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Martin
**Address:**
　　286 Valleyside Road
　　Cherryville, MO, 65446
**Email:** bigguy@misn.com
**Phone:** 573-775-3503

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, James R. Martin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-y61w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9538
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Kralovetz

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David L Kralovetz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-tyie
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9539
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Debra Caraballo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-k581
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9540
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Robert V

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ys5g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9543
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
  Blossburg,  PA,  16912

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Nathan Barnes

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kch-8vcf<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9544
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RONALD MAITREJEAN

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-p6ud
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9545
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Taylor
**Address:**
    5379 High Ridge Dr
    Ypsilanti,  MI,  48197
**Email:** jctaylor5@att.net
**Phone:** 7344804054

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties. This is way too far-reaching.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. However it would impact hand loaders, and reloading equipment

manufacturers from providing safe loading information.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-dkxh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9546
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Tuttle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ronald Tuttle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uapb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9547
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Carlson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
John H. Carlson
945 Little Joe Ln
Hamilton, MT 59840

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fepy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9548
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
A Worried Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-7p8z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9549
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Tushar Kolaskar

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Tushar Kolaskar

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-e2ag
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9550
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Spittler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-k3fb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9552
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Werner Lurtz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Werner Lurtz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5159
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9553
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Moberly

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

David Moberly

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-d8sg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9554
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
A concerned citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-igq7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9556
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Just Ken

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Just Ken

DOSWASHINGTON006362

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3bfy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9557
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lane Holmes
**Address:**
    2305 Cleary Avenue
    Unit 220
    Metairie,  70001

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Lane Holmes

DOSWASHINGTON006363

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-r5xi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9558
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Wardell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Richard Wardell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-60mc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9560
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Walton
**Address:**
   8207 ganttcrest drive
   Austin,  TX,  78749
**Email:** gordonwalton@hotmail.com
**Phone:** 512-694-2318

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ux1p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9561
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean Cononie
**Address:**
   31 Wagon Shed Ln
   Middletown, MD, 21769
**Email:** sean.cononie@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6x5y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9563
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stan P.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Stan P.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zgod
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9564
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Dillon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Charles Dillon

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-4vej |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9565
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ethan Hall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Ethan Hall

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3if0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9566
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Sans
**Address:**
   355 Storer Ave
   Akron,  OH,  44302
**Email:** john.sans@basf.com
**Phone:** 216-836-3579

---

## General Comment

Dear Secretary Kerry,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Best regards

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-lwxo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9567
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Teresa Of Wyoming

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4mmf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9568
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Warren & Melissa Ellis
**Address:**
  19 La Loma Lane
  Belen,  87002
**Email:** warren2.0@netzero.net

---

## General Comment

To whom it may concern:

We strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

We also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

We urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!!

Sincerely,
Warren & Melissa Ellis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-a7v6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9569
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-s0qn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9570
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Mayfield
**Address:**
   10258 Thunder Rd, WC46
   Fayetteville, AR, 72701
**Email:** tomsr@mayfieldj.com
**Phone:** 4797906457

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006374

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Tom Mayfield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-h9w0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9571
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Zane

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas Zane

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-s86t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9572
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Meadows

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Patrick Meadows

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ypt3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9574
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Max Effort
**Address:**
  21609 Cedar Street
  Saint Clair Shores,  MI,  48081
**Email:** maxf4t@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON006378

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Max Effort

DOSWASHINGTON006379

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-pzc1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9575
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Fagan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Matthew Fagan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xfnj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9577
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kay Sheil

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-mq8t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9578
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** thomas Jefferson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-28q9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9579
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Martinez

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-k178
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9580
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Padwa
**Address:**
   67 King Street
   Warren, RI, 02885
**Email:** tomp@qis.net
**Phone:** 401-247-3004

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-s6dz
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9581
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Teets

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-83ie
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9582
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Robert Bura

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert Bura

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-af6z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9583
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lacy Croft
**Address:**
    4687 Salish Cir
    Riverton, UT, 84096
**Email:** lcroftjr@hotmail.com
**Phone:** 8019878061

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Lacy Croft

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hh9h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9584
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Bunke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-kyvs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9585
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Harmer
**Address:**
    1391 Valley Reserve Drive
    Kennesaw,  30152
**Email:** harmerds@att.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David Harmer

DOSWASHINGTON006390

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ct0u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9586
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Stephenson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Jay F. Stephenson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3x30
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9587
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-1vsj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9588
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phil Roe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. Such action is a blatent violation of the first amendment right of Americans.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines for nothing more than "hobby talk" on the internet.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


Phil Roe
Eldora, Iowa

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kch-nt4s<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9589
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fhhw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9590
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** john wilson

---

## General Comment

To whom it may concern:

I , and Many others strongly oppose the rewrite of the State Departments arms control regulations
(ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control
gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John Wilson ,
Pa.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ezpu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9591
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Glenn Frank
**Address:**
 Haddam,  CT,  06438
**Email:** glennfrank064@gmail.com

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-x8rv |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9592
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rob Gilmore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Rob Gilmore

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-of3m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9593
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Hook

---

## General Comment

To whom it may concern:

I strongly (S T R O N G L Y) oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

And it sickens me that I have to write "regularly" to stop my government for the same things over & over. It's disgraceful.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-yyov
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9594
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Decembrino

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Richard Decembrino

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-gy41 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9595
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr. Rich Swier

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Rich Swier, LTC, U.S. Army (Ret.)
Sarasota, FL

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xx83
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9596
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Linda Gray

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Linda Gray

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5lhs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9598
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jon Newberg

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g7ch
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9599
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Stom

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Stom

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-i9ig
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9600
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Arthur J. Sommers

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-sftm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9601
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Young
**Address:**
    10044 Gutierrez Rd NE
    Albuquerque, NM, 87111
**Email:** graydragon48@gmail.com
**Phone:** 5052341961

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Robert Young

DOSWASHINGTON006405

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-lkhg |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9603
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Webster McAchren

---

## General Comment

---- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Webster T McAchren

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-w53h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9605
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Concerned Citizen

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-oqp9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Grant
**Address:** United States,
**Email:** ann.foley@verizon.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006408

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4qqg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9607
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mary Ann Kozlowski
**Address:**
   3709 Aurelia Drive
   Allison Park,  PA,  15101
**Email:** thebigk5@verizon.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mary Kozlowski

DOSWASHINGTON006409

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-40o9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9608
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Forrest Musick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Forrest Musick

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-tx39
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9609
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Lockard
**Address:**
  6047 W. Sheridan Street
  Phoenix, AZ, 85035
**Email:** tlock762x51@yahoo.com
**Phone:** 623-249-8883

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Timothy Lockard

DOSWASHINGTON006411

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-quae
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9611
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Cox

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-yynr |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9612
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Daniel Galvis

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Chief Daniel J Galvis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-2yt3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9613
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Seth Goldberg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Seth Goldberg

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-1se5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9614
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jean Williams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jean Williams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7llz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9618
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Weaver

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet. This would
clearly be a violation
of the First Amendment guarantee of freedom of speech. The new language -- which includes making
technical data available
via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in
danger of facing decades
in prison and massive fines. So posting information on virtually any firearm or ammunition could be
defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would
potentially face significant criminal penalties. I also oppose the addition of the word software into these
regulations, as it
appears to be a not-so-veiled effort to ban 3-D printers. I urge you to repeal these new regulations in their
entirety. Whether
you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Weaver

DOSWASHINGTON006416

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-gz6q
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9619
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Willard
**Address:**
  2900 Clymer Ave.
  Telford,  18969
**Email:** jwillard31@comcast.net
**Phone:** 2156924132

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Willard

DOSWASHINGTON006418

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-yalh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9622
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph and Tammy Muro

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Joseph and Tammy Muro

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-nr1r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9623
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** David White

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
David White

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-bunh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9624
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Audie Schonefeld

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ygeg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl Rice
**Address:**
    109 Chaloni Lane
    Loudon,  TN,  37774
**Email:** crrblaser@gmail.com
**Phone:** 865-458-5187

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Carl Rice

DOSWASHINGTON006423

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-37va
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9627
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-46z1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9628
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Denney
**Address:**
   105 Hoffman Street
   Newark,  NY,  14513
**Email:** jmdenney1@gmail.com

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006425

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

john M. Denney

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xue8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9630
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Lynes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steven Lynes Sr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zo4c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9631
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dean Weber

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Dean Weber
Ohio concerned citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-k3wq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9632
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Standerfer
**Address:**
  PO Box 3088
  Soldotna, AK, 99669
**Email:** wooly.bully.123@gmail.com
**Phone:** 9072606288

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006429

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-qzyb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9633
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Medved
**Address:**
  2505 Hikers Ct
  Kissimmee,  34743-3601
**Email:** steve_noreen@msn.com

---

## General Comment

To whom it may concern:

Government should support the people, not try to restrict freedoms with the pretense of helping out. I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steven E Medved

DOSWASHINGTON006431

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-9nqj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Gatsiadis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bill Gatsiadis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g140
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9636
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Baxter

---

## General Comment

To whom it may concern:

This letter is an accurate statement of my personal feelings regarding any proposed arms control regulations, particularly those that infringe on the first amendment to the constitution of the united states.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006433

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-vi1n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9637
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

The proposed regulation rewrite while on the surfacr appears to be vakid, when disected definitely is a detriment to the 1st and 2nd amendments. I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

This would mean that all online firearm technical manuals, parts lists and order forms associated with those items would be illegal. This is a totally unaccpetable inteference with commenrce and constitutional rights.

Having an FFL for over 30 yrs, I know there are sufficient laws on the books to prevent criminals from acquiring, making and modifying firearms. Let's try enforcing those laws AGAINST THE CRIMINALS. Look at history - legally owned firearms are NOT the ones being used to comit crimes.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

A VERY concerned business man and AMERICAN CITIZEN

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-lu2p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9638
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hugh Lyons Jr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Hugh J Lyons Jr

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Category: NA
Tracking No. 1jz-8kch-ybwq
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9639
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M R Erickson

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. This speech is protected and should never be interfered with.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. There are any number of valid reasons for individual citizens to discuss firearm and ammunition related design, the most important of which is safety. Your proposed regulations would significantly interfere with constitutionally guaranteed free speech about non-confidential information already accessible to the public.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties, and lawful citizens would face unreasonable fees.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

M. R. Erickson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-nm41
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brent Morris

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-u3xe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9641
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-rr15
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9642
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jonathan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-9p3g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9644
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan DeVine
**Address:**
    4065 Arlington Ave
    Hamilton,  OH,  45015
**Email:** ryanpdevine@gmail.com
**Phone:** 513-532-8287

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ryan DeVine

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ymk7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9646
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-l2g9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9647
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Bierman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ydk3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick OKeefe
**Address:**
   2405 73rd st.e.
   Inver Grove Hts., MN, 55076
**Email:** rickokeefe@gmail.com
**Phone:** 651-365-1700

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely
Rick OKeefe

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xdfz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9650
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Kozik

---

## General Comment

To whom it may concern:

I VEHEMENTLY OPPOSE the rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mr. Richard Kozik
Foley, AL

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-nix3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-tpy9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9652
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Kreft
**Address:**
  Bothell,  WA,

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vd4v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randolph W. Taylor Jr
**Address:**
   7867 SW 115th Loop
   Ocala,  FL,  34476
**Email:** rt4pools1@deccacable.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Randolph W. Taylor Jr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7rv2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DH Lawrance

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-4gjw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9655
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Becker
**Address:**
    2512 Lunde Lane
    Mt. Horeb,  WI,  53572
**Email:** dhbecker@wisc.edu
**Phone:** 6084374797

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006451

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David Becker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ainp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9656
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lyndon Husen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mr. Lyndon husen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uqj5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9657
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-m555
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9658
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** G J

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!


Sincerely,

GJ

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-853p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Phipps

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Brian Phipps

DOSWASHINGTON006456

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-gklh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9660
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Thompson

---

## General Comment

To whom it may concern:

I strongly and vehemently oppose the rewrite of the State Departments arms control regulations (ITAR),
which could potentially grant the State Department a wide-ranging power to monitor and control gun-
related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually ANY firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Matthew Thompson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6q0s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9661
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Grover

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mark Grover

DOSWASHINGTON006458

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-9igv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Saxton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

Whether you like it or not, the First and Second Amendments are still the law of the land! So stop side-
stepping it or, like many times with this administration, trampling on it.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ne0a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9663
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walton Starling

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Walton Starling

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-m2da
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Evans

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Andrew Evans

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-pmja
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9665
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Tripp
**Address:**
　　1938 n. 44th st.
　　Kansas City,  66102
**Email:** boomersooner60@hotmail.com
**Phone:** 913-777-1067

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steven H. Tripp

DOSWASHINGTON006462

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-dml5 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9667
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mr. & Mrs. Elliff

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2oxy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9668
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kerry Silver

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kerry Silver

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qk81
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9669
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Cory

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mike Cory

DOSWASHINGTON006465

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-7toy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9670
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tray Ortiz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Tray Ortiz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ypyo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9671
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Bell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jerry Bell
San Tan Valley, AZ

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-9n2r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Hill
**Address:**
    1560 North County Road 5
    Fostoria,  OH,  44830
**Email:** wacedew2@bright.net
**Phone:** 419-937-2651

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Steven H. Hill

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-pcao
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9673
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** David Ryan

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
David Ryan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-ag4l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9674
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Casement

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
William Casement
Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-i923
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9675
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
U.S. Navy Veteran

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-uii9
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9676
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean S.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Sean S.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-1ts8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernest Little

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Ernest E Little

DOSWASHINGTON006473

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hoja
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9679
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Shadley II

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qw5v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9680
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Woodard
**Address:**
    7137 San Marino Drive
    El Paso,  TX,  79912
**Email:** jwoodard@bmpamerica.com
**Phone:** 585-261-1656

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James A Woodard

DOSWASHINGTON006476

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7q1z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9681
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-gsmj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9683
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The Constitution is still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-5z4y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-6477
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Evans

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-gwfm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9688
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Cassingham
**Address:**
  75 Forest Dr.
  Painesville,  OH,  44077
**Email:** gnat_n@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Nathan Cassingham

DOSWASHINGTON006481

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-c0fs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9689
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darryl Gomez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Darryl Gomez

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vgoo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sam Mosholder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Sam Mosholder

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-n7ti |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Hill
**Address:**
  1455 Derby Dr. NW
  Grand Rapids,  MI,  49504
**Email:** AAR5PJ@Netzero.net
**Phone:** 616-791-4724

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

DOSWASHINGTON006484

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Roger A. Hill

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-13bt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karen Clark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Karen Clark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xaas
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9693
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe W. Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Joe W. Harris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-xopi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Martin
**Address:**
 1458 Pawpaw Rd
 Thorn Hill,  TN,  37881
**Email:** john@smallbearfarm.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John C. Martin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-zhi7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Swickard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

First off, the International Arms Treaty is NOT binding on the United States as the Senate has NOT
ratified the treaty. So any action by the State Department to regulate trafficing in Arms is outside the
perview of that agency.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. Especially legal gun owners who try to obtain manuals or technical data from
manufacturers regarding their own weapons.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David Swickard

DOSWASHINGTON006490

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-9vbb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lloyd Pate
**Address:**
  PO Box 896
  Santa Fe, TX, 77510
**Email:** lloyd.pate@att.net
**Phone:** 4097393529

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State

Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)

-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,

not only government permission, but potentially a government license. This means violators would potentially face significant

criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D

printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are

still the law of the land!

Sincerely,

Dr. Lloyd Pate

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-u1oc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9697
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Papajesk

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Mike P.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-hb61
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9698
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-15cm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9699
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Vosper

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-itfw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9700
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William ONeil

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet which I beleive, violates our First Amendment rights.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
William O'Neil

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-986q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9701
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Garret Clark

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Garret Clark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-6wkr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9702
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chris Miller

DOSWASHINGTON006498

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-iyly
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9703
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Colby
**Address:**
   po box 311
   Hillsboro, NH, 03244
**Email:** tlcolby@yahoo.com
**Phone:** 6037483619

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Thomas L. Colby

DOSWASHINGTON006499

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-2knt |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9704
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Blake
**Address:**
    1417 Sheldon St
    Clovis,  NM,  88101
**Email:** cmblake6@gmail.com
**Phone:** (575)714-3060

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Christopher M. Blake

DOSWASHINGTON006500

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-65zf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Guy Scott

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Guy Scott

---

DOSWASHINGTON006501

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j11q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-vdsu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9709
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brad Holder
**Address:**
   10276 S Apex Rd
   Copperton,  UT,  84006
**Email:** onesureshot@centurylink.net
**Phone:** (801) 567-0264

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006503

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Brad Holder
Copperton, Utah

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-n3xt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9710
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Julie Landmichael
**Address:**
   413 Rock McClain Rd.
   Dresden,  TN,  38225
**Email:** luvgrey@frontier.com
**Phone:** 7316990097

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Julie Landmichael

DOSWASHINGTON006506

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4sw4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-9711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Lewis
**Address:**
   307 N. 20th St.
   Leavenworth, KS, 66048
**Email:** travlnyank@aol.com
**Phone:** 913-240-5867

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

<table>
<tr><td><strong>As of:</strong> August 04, 2015</td></tr>
<tr><td><strong>Received:</strong> August 03, 2015</td></tr>
<tr><td><strong>Status:</strong> Posted</td></tr>
<tr><td><strong>Posted:</strong> August 04, 2015</td></tr>
<tr><td><strong>Category:</strong> NA</td></tr>
<tr><td><strong>Tracking No.</strong> 1jz-8kch-1ukk</td></tr>
<tr><td><strong>Comments Due:</strong> August 03, 2015</td></tr>
<tr><td><strong>Submission Type:</strong> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9712
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Nathan Lobb

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Nathan Lobb

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2vfv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Cash
**Address:**
   3986 Niles Terrace
   Ooltewah,  TN,  37363-8929
**Email:** drcash1@juno.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D

printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are
still the law of the land!

Sincerely,

Donald R. Cash

DOSWASHINGTON006510

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-plti
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9715
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Schaller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Dan Schaller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-w88v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Zammarrelli
**Address:**
   3358 arthur drive
   brunswick,  44212
**Email:** szammarrelli@roarunner.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steve Zammarrelli

DOSWASHINGTON006512

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-t8wh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Harrell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fb3i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9719
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Velten
**Address:**
  8 Joseph Place
  Cold Spring, KY, 41076
**Email:** rjvel10@gmail.com
**Phone:** 859/781/2108

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet

Created: Friday, 12 June 2015
Written by Gun Owners of America
--------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
--------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the
Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in

danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

DOSWASHINGTON006515

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-g66l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9720
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kip Wells

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Kip Wells

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 03, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kch-5xne<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9721
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobby Ratliff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bobby L. Ratliff Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-l1nr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D. Wayne Field
**Address:**
　　1041 Hermitage Way S.
　　Apt. 27
　　Salem,  OR,  97302
**Email:** waynefield52@hotmail.com
**Phone:** 541-974-1322

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

D. Wayne Field

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-gtve
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9723
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-e9pt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9724
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Smith
**Address:**
   859 Purchase Brook Rd
   Southbury,  CT,  06488
**Email:** smith@tristellar.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Tom Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-b2wk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9726
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Budig
**Address:**
  705 Green Meadow Ct
  Northfield,  55057
**Email:** kbudig@gmail.com
**Phone:** 5076640798

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Kevin H Budig

DOSWASHINGTON006523

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-cs07
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Ciancio

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Paul Ciancio

---

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-x4w3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9728
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet. Even though you may say that it would never happen, yet the potential is there for someone to
reinterpret the regulations to cover more than was ever intended.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land and until those are removed these new regulations violate those
rights.

Sincerely,
WF

DOSWASHINGTON006525

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-w33p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9729
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-r4e2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Thomas
**Address:**
    610 Johnson St.
    Lander, WY, 82520
**Email:** jimcarla5017@msn.com
**Phone:** 307-335-5097

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jim E Thomas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-cvqz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9731
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I
also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I
urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006528

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-r3my
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9732
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-hkgu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9734
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Toomey

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Mark Edward Toomey

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-qh66
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9736
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Kaminski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jeff Kaminski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-odvv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9738
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Gardner
**Address:**
  2708 Lafayette Avenue
  Henrico, VA, 23228
**Email:** jeffgardner@mcgeorgecarco.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James J. Gardner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-i5b6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9741
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Haendiges

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
John K. Haendiges

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-51la
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9742
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Rodgers
**Address:**
    6800 Treehaven Rd
    Fort Worth,  TX,  76116-9117
**Email:** grodgers@whitakerchalk.com
**Phone:** 817-878-0537

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Gordon W. Rodgers

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-x7mq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Landmichael
**Address:**
   413 rock McClain Rd.
   Dresden, TN, 38225
**Email:** michaelalan@frontiernet.net
**Phone:** 7316990097

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael A Landmichael

DOSWASHINGTON006536

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-l921
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9745
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James & Jennifer Moseley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

And to put it bluntly - WE, THE PEOPLE - are sick to death of the Federal Government overreaching to the point of turning this great country into something similar to a communist country!!!!!!!!!!!!!!!!!!! There are enough communist countries without turning the GREAT USA into one!!!!!!!!!!!! STOP TRYING TO TAKE AWAY OUR FREEDOMS!!!!!!!!!!!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-hng9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9746
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Twiss

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Philip Twiss

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-x0k8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9747
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr. Andrew Lloyd Gelt

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-dnp1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9748
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ljkb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9750
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR). The language of
the new text has the potential to grant the State Department unchallenged power to control gun-related
speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also strongly oppose the addition of the word software into these regulations, as it appears to be a obvious
effort to ban the use 3-D printers.

I call on you to repeal these new regulations in their entirety. Whether you and the Administration like it or
not, the First and Second Amendments are still the law of the land!

Sincerely,
W. H. Miller
Richmond, VA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-jgxv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9751
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard Munger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Leonard A. Munger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-9jb3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9753
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micheal Smith
**Address:**
　14111 279th Lane NE
　Duvall,  WA,  98019
**Email:** micheals57@frontier.com
**Phone:** 425-788-2152

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-9d8j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9754
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kch-6sd4 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9755
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Souther

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas M. Souther

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vbjq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9756
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Kershner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Tom Kershner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7qpq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9757
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan George

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-7rd3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9758
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R. Bernard
**Address:**
  696 san ramon valley blvd. #409
  danville,  CA,  94526
**Email:** ber911@hotmail.com
**Phone:** 9255752007

---

## General Comment

U.S. Department of State:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR). This could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

This new language, which includes making technical data available via a publicly available network
(e.g., the Internet), could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

It would follow that posting information on virtually any firearm or ammunition could be defined by the
Obama administration as requiring, not only government permission, but potentially a government
license. This language means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

R. Bernard

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-j9p2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9759
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** joey Welsh
**Address:**
  102 Pigeon Hill Park
  Hanover, PA, 17331
**Email:** Joeyewelsh@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Joey Welsh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-nvkx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Gilley

---

## General Comment

To whom it may concern:

I am strongly opposed to the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant

the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new language ----

which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who

violates this provision in danger of facing decades in prison and massive fines. So posting information on virtually any firearm

or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a

government license. This means violators would potentially face significant criminal penalties. I also oppose the addition of the

word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. I urge you to repeal these

new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-be6d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9765
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Reventlow

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard Reventlow

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-yeyk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9766
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ms Dolores Josker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-zmzz
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9767
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Jensen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-f5b5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9769
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mathew hawk

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet

Created: Friday, 12 June 2015
Written by Gun Owners of America
---------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
---------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the
Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in
danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a
functional how to nature.

DOSWASHINGTON006555

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mathew Hawk

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xucu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006558

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-5jwp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9772
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
James

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-lysf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9773
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dale Lyster
**Address:**
   1026 nw alder creek dr
   corvallis, OR, 97330
**Email:** lyster1@comcast.net
**Phone:** 541-745-7705

---

## General Comment

Dear Regulator,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Regards,

DOSWASHINGTON006560

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qexl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9774
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Purdy
**Address:**
  3824 Grovesner St
  Harrisburg,  28075
**Email:** xbow45@aol.com
**Phone:** 7044553132

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-946i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Schultz
**Address:**
  6605 S 129th St
  Omaha, NE, 68137
**Email:** weschultz@outlook.com
**Phone:** 4023015597

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William E. Schultz

DOSWASHINGTON006563

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-vcks
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Reamer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James Reamer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-8vxm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jack Bridges

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-a7pl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** F. Hale

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the any administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Your most obedient servant,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-s5jx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9780
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Curnow

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Adding to the federal governmental control is neither smart nor correct. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Gary Curnow, Maintenance Supervisor, retired

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-71ce
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derek Keller
**Address:**
　　7230 51st Avenue
　　Kenosha,  WI,  53142
**Email:** deke.keller@gmail.com
**Phone:** 6028821869

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uu8z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9782
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

A. Miklos

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fcz3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9783
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Amy Sullivan
**Address:**
    2149 Thompson Creek Rd
    Norwood,  LA,
**Email:** amy.sullivan@gmail.com
**Phone:** 2259540047

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Amy Sullivan

DOSWASHINGTON006570

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-2u0e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** paul Hete
**Address:**
   6144 west citrusway
   Glendale,  AZ,  85301
**Email:** desertrose6802@cox.net
**Phone:** 6025383488

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul Hete

DOSWASHINGTON006572

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-sc5d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9785
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Compton
**Address:**
   909 Vicksburg Dr.
   Belleville, IL, 62221
**Email:** terry.compton@us.af.mil
**Phone:** 618-954-9070

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-ca8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9786
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Like it or not, the First and Second
Amendments are still the law of the land!

Thank you for your time.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-8odj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Floyd

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mr. Chris Floyd

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-5nvd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-axid
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9789
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Steve Thunberg

DOSWASHINGTON006577

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-4ct5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9790
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brent Stinchcomb

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Brent A. Stinchcomb

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-fdcl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9791
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Lange

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mr. Richard W. Lange

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-r8cc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clayton Carney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uiqp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9794
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brett McFarland
**Address:**
    903 Bluff Road
    Bluff Road
    Brentwood,  TN,  37027
**Email:** brett@bar-b-cutie.com
**Phone:** 6155195103

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bret McFarland

DOSWASHINGTON006582

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-3iu2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Marshall Harmon

DOSWASHINGTON006583

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qfr9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9796
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Banish
**Address:**
    311 Wedgewood Drive
    Pottstown,  PA,  19465
**Email:** joebanish51@gmail.com
**Phone:** 610-469-6175

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
JosephM. Banish

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-efjn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9797
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Houck

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely
John Houck

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-9y7x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9798
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Ducey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

David R. Ducey

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-ll4f |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clem MacIlravie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Clem MacIlravie
Carlile, Wyoming

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-capu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9800
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Klein

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James Klein

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-cjgc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9801
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To Whom It May Concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A Patriotic Resident of Texas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-dki4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dillon Wyatt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Dillon Wyatt a concerned citizen of the United States of America

DOSWASHINGTON006590

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-95bn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Morris

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David R Morris

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-d4b2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9804
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Nash

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Brian Nash

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-kgg0
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alex Stambaugh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-xfrd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9806
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** lawson Akens

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Lawson Akens

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-p02a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Clark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Larry Clark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-bcxk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9808
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Leatherwood
**Address:**
    2920 isaacs place
    Greensboro, NC, 27408
**Email:** williamleatherwood@basicisp.net
**Phone:** 3362823217

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, william Leatherwood

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-geoh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anatoliy Matev

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-3s24
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9811
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kerry Morris

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Kerry Morris

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kch-9xbx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-qa0g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9814
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregorio Roman
**Address:**
    4649 N. Springfield
    chicago,
**Email:** groman187@gmail.com
**Phone:** 7739685992

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gregorio Roman Jr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-uwev
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Rohde
**Address:**
  111 S Morgan St
  Unit 725
  Chicago, IL, 60607
**Email:** justin.rohde@gmail.com
**Phone:** 9522501839

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Justin Rohde

DOSWASHINGTON006602

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-cryc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Ervin
**Address:**
   4723 Hasslick Rd
   North Branch,  MI,  48461

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-w707
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9817
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RIckey Chevrie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Rickey Chevrrie

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-afhn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DR. GERALD CALVIN
**Address:**
    PO BOX 429
    FORT LUPTON,  CO,  80621
**Email:** drcalvin@usa.net
**Phone:** 3039567377

---

## General Comment

U.S. Department of State

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

I'd like to see it stay that way.

Sincerely,

Dr. Gerald Calvin

DOSWASHINGTON006606

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: August 03, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kch-xv1d
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Stull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John Stull

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kch-lpow
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9820
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Debbie Harmon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Debbie Harmon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kch-29us
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lynnette Huston

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-5p4t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9822
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Adams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Rob Adams

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-hh2w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Priddy
**Address:**
  208 Becks Run Road
  Moon Township, PA, 15108
**Email:** randall.p.priddy@verizon.com
**Phone:** 412-862-7685

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Randall Priddy

DOSWASHINGTON006612

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-hivx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9824
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Trulock
**Address:**
    PO Box 530
    Whigham,  GA,  39897
**Email:** trulock@trulockchokes.com
**Phone:** 229-762-4678

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

George Trulock

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-otgg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9825
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** B Douglass

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-nrcz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9827
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Pucke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Tim Pucke

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-92n6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Codeus

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Codeus

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-hyf1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9829
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Slater
**Address:**
    100 Red Top Drive Unit 302
    Libertyville,  IL,  60048
**Email:** BillSlater2@me.com
**Phone:** 847-566-2426

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! And, for the record, I am not current a gun owner, but I support law-abiding citizens who are. Anything you want to do to disarm actual criminals, go for it.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-90vs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Monte Russell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms (Federal Register / Vol. 80, No. 106 /
Wednesday, June 3, 2015 / Proposed Rules) control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Monte Russell MSGT USAF (Ret)

DOSWASHINGTON006619

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-on2d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matt Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Matt

DOSWASHINGTON006620

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-twyb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9832
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006621

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-ejct
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9833
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Smith
**Address:**
   16 Douglas Terrace
   Annandale,  NJ,  08801
**Email:** ronsmithjr123@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Ronald C. Smith Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-978j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9834
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Sears
**Address:**
    221 East Pittston Road
    Pittston, ME, 04345
**Email:** brnsears46@gmail.com
**Phone:** 2075145196

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Brian Sears

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-ux0l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Allen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James E Allen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-978b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9836
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Oppert

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Charles G. Oppert

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-zl14
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9837
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Misty Tiller
**Address:**
  10911 West Ave
  SA, TX, 78213
**Email:** misty@tillerlawfirm.com
**Phone:** 2103160083

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON006626

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Misty Tiller

DOSWASHINGTON006627

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 03, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8kcg-nv14 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

A Concerned American Patriot

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-gyyd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9839
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Simpson
**Address:**
    2711 S. Judkins St.
    Seattle, WA, 98144
**Email:** craig@whatisanoperator.com
**Phone:** 2064459749

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Craig Simpson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-g2sr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Grunig

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Kevin Grunig

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-zmpd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9841
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Schleiger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert & Christina Schleiger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-leus
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9842
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Buskill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Kenneth Buskill

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-v72j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Whittington
**Address:**
  1891 Harrisburg Pike
  Grove City
  Ohio,  OH,  43123
**Email:** ron.whittington@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Ronald Whittington

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kcg-r3na
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-9844
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Carino

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

John Carino

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-3hj0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9845
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cyril Timko
**Address:**
    1237 Seidersville Rd
    Bethlehem, PA, 18015
**Email:** ctimko@ptd.net
**Phone:** 610-758-9111

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Cyril Timko

DOSWASHINGTON006636

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-peof
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9846
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Evans
**Address:**
    174 Emerald St.
    Keene, NH, 03431
**Email:** attorneyevans@injury-rights.com
**Phone:** 603-313-2049

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006637

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-uhzt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON006638

Concerned Citizen

DOSWASHINGTON006639

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-ry85
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9848
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-au84
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Albright

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Eric L Albright
Graham, NC

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** August 03, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8kcg-454g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** GUY HASSELE III
**Address:**
   475 BELGRADE ROAD
   OAKLAND, ME, 04963
**Email:** hasseleme@yahoo.com
**Phone:** 2074652445

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
GUY R HASSELE III

DOSWASHINGTON006643

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: August 02, 2015
Status: Posted
Posted: August 04, 2015
Tracking No. 1jz-8kc1-okm4
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9874
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ned Libby
**Address:**
   1125 Westbriar Court NE
   Vienna, VA, 22180
**Email:** LibbyE@cox.net
**Phone:** 571-643-2201

---

## General Comment

I am a retired US Army Ordnance Colonel, a licensed professional engineer in the state of Virginia, and a Sector Export Technical Advisor for my employer, responsible for ensuring export compliance for a significant portion of the activities of one of the top 10 US defense contractors. As a key member of the export regulatory process for my firm, I make strict interpretations of the ITAR and EAR every day. In reviewing the proposed new regulation here addressed, I was struck by the extraordinary impact that the proposed change in procedures for "public release" of "technical data" would evidently have on American firearms enthusiasts, removing their ability to freely exchange information on firearms and ammunition in ways that have been pursued for hundreds of years. Reading the press over the past few years, I am aware of the concerns over Internet transmission of computer-aided design / computer-aided manufacturing (CAD/CAM) data for "3-D printed" guns, ammunition, and components. I presume that the new regulations are intended to stop this practice -- but on their face, they go much further. On their face, the new regulations could be used to require government review of proposed books and magazine articles on any aspect of gunsmithing for modern weapons going beyond basic assembly / disassembly and cleaning (perhaps even that), as well as regulation of information on ammunition reloading. The regulations may evidently be used to retroactively restrict the reprint of information readily available to the American public for over 100 years, such as "Hatcher's Notebook", George Chinn's texts on machineguns, World War I and II manuals on cannons, and records of the US Patent Office. Applied in this way, the new regulations will have no effect of those who wish to do evil, who will have many ways to obtain the information they need, but they will henceforth criminalize the long-practiced recreational and professionally-related interests and pursuits of many millions of Americans. Is this what the Department of State intends ?

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** August 02, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8kbu-6vf7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9886
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Giovani

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
George Giovani

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** August 01, 2015<br>**Status:** Posted<br>**Posted:** August 04, 2015<br>**Tracking No.** 1jz-8kb2-5l4i<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9909
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jason T.

DOSWASHINGTON006646

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 31, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8kab-oigx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9929
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Moran

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration, or
future administrations as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

What does "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise
thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to
petition the government for a redress of grievances" mean if a bureaucracy like the State Department can
circumvent the 1st Amendment by creating their own regulations without a single vote? That's not how the
Constitution and the Bill of Rights was designed to work.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban the use of 3-D printers for firearms related parts and components..

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 30, 2015 |
| **Status:** Posted |
| **Posted:** August 04, 2015 |
| **Tracking No.** 1jz-8ka3-ubo0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

# PUBLIC SUBMISSION

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-9933
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Royal

---

## General Comment

I am writing to object to the proposed modifications to the ITAR. My understanding of the modifications are that one must seek approval before publishing material "such as diagrams, models, formulae, tables, engineering designs and specifications, computer-aided design files, manuals or documentation, or electronic media" online or otherwise if that material relates to firearms.

I am both an engineer and an historian by training. Attempting to control online discussion of firearms (note that, per above, even a video review of a widely-available and technically mature product would require Federal approval) will only harm engineering and consumer understanding of firearms in the United States. Publication and discussion of specifications, diagrams, etc., is intrinsic to general engineering progress. Thread standards, building codes, and RFCs are examples of how engineering progress depends on this sort of discussion.

You cannot separate free discussion and *free speech* about a technical field without having extremely deleterious effects on the development, public and private of that field. I note that the designers of the 2 most successful U.S. service rifles of the last 100 years were originally private designers. With the proposed restrictions, John Garand and Eugene Stoner would not have been available to the U.S. Government when it needed to replace the (government-designed) M1903 Springfield and the M14.

Since one cannot discuss engineering works accurately without specifications, diagrams, and documentation, it seems to me that the proposed ITAR modifications are essentially an attempt to ban any accurate discussion of firearms. As a trivial example, discussion of firearm cartridges demands diagrams and specification; at the least, many cartridge names themselves contain specifications, e.g. .45-70, or .45 inch caliber, 70 grains of black powder. This email, being viewable on Regulations.gov, would possibly itself contravene the proposed regulation with the inclusion of the previous sentence.

It is difficult for me to understand how a nation with free speech and the right to bear arms can simultaneously need Federal approval to use the former to discuss the latter.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 30, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8k9t-2kri
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9939
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON006649

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 29, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8k99-3rah
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9951
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christina Young

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,
Christina Young



July 29, 2015


Mr. Anthony Dearth
Deputy Assistant Secretary
U.S. Department of State
Directorate of Defense Trade Controls
Compliance & Registration Division
2401 E Street NW, SA-1, Room H1200
Washington, DC 20522-0112


**ATTN:**    ITAR Amendment—Revisions to Definitions; Data Transmission and
Storage (RIN 1400-AD70)


Dear Mr. Dearth,

The Texas Public Policy Foundation's Center for the American Future has deep concern regarding the United States Department of State's (State Department) proposed Amendment to the International Traffic in Arms Regulations (ITAR). RIN 14000-AD70, June 3, 2015 (Proposed Rule). The Proposed Rule goes beyond its stated purpose— criminalizing the disclosure of basic firearm technical details (itself a dangerous overreach)—to criminalizing a wide range of speech posing no national security threat. By its literal terms, the proposed rule applies to technology not typically associated with weaponry, such as engines, fertilizer, and general engineering principles. The discussion of this technology on the Internet or many other public forums would be criminalized as "exportation" of "technical data." The State Department's proposal would unnecessarily restrict speech, hinder technological development, and interfere with advertising. That is not merely unwise policy; it is a violation of the First Amendment to the United States Constitution.

DOSWASHINGTON006651

## EXECUTIVE SUMMARY

In an effort to keep American military technology from foreign military forces, the State Department has promulgated a complex set of regulations that prohibit the "export" of "technical data" about "defense articles." All three terms are already defined broadly enough to prohibit the export of information regarding virtually anything that can be used as a weapon. The State Department now seeks to broaden the scope of the regulations still further—far enough to encompass everyday technology that few would think regulated. Most problematically, the proposed rule would expand "technical data" to include information already known to the public but not specifically approved by a government agency (by narrowing the exception for information in the "public domain"). It also seeks to expand "export" to include discussion or posting on the Internet and other public forums. When combined with the already broad scope of the information subject to the ITAR that one cannot "export," these changes will criminalize a vast swath of the Internet.

ITAR controls information that is "required" for the "manufacture," "operation," or "development" of virtually any weapon or military vehicle. And one must know a great deal of information in order to manufacture or develop even a simple weapon, such as a hunting rifle or a bomb. Much of that information, including basic engineering principles, is fundamental to other industries that do not involve military technology. If there is any doubt about the current breadth of ITAR, note that the regulations already see fit to exclude academic materials from university courses. That implies that they control basic principles that are *not* taught in academic courses. The Proposed Rule seeks to expand this already overbroad regime to the Internet—even to information already on the Internet.

The State Department's solution to the overbreadth of its asserted authority is to require anyone who might think their speech is "technical data" to apply for permission to post it on the Internet or other public forums. Instead, that approach aggravates the existing constitutional objections to the ITAR by adding an unconstitutional prior restraint to a vague, overbroad, content-based restriction on speech.

A better solution would be to withdraw the Proposed Rule. If the State Department wishes to modify ITAR, it should focus on narrowing its scope to free American technological development from the threat of government harassment for valuable speech.

DOSWASHINGTON006652

## ANALYSIS

I.    **The Proposed Definitions of "Technical Data" "Defense Article" and "Export" are Broad Enough to Criminalize Discussion of Everyday Technology**

ITAR criminalizes the "export" of "technical data" or "defense articles" without authorization from the government. *See* 22 C.F.R. § 127.1. And these words are defined broadly enough to encompass everyday technology not typically thought of as posing a military danger. The Proposed Rule seeks to expand them still further, to a scope that would criminalize much of the discussion on the Internet.

    A.    **"Defense Article"**

The list of items and technology considered "defense articles" are enumerated on the United States Munitions List (USML). The USML includes many military items, such as tanks, battleships and bombs, as well as "technical data" about them. 22 C.F.R. § 121.1 at Category IV-VII. But it also includes virtually every firearm imaginable—even single shot hunting or target rifles—as well as "technical data" about those firearms. *See Id.*, Category I at (a), (b), and (i). Only black powder muzzle-loaders and non-combat shotguns are excluded. Even more concerning, it contains an open-ended catchall provision, allowing the State Department to impose ITAR control over "Any article not enumerated on the U.S. Munitions List." *Id.,* Category XXI. This broad definition creates serious First Amendment and practical problems when combined with the proposed definitions of "technical data" and "export."

    B.    **"Technical Data"**

The breadth of the proposed definition of "technical data," extends the already broad list of "defense articles" into common, nonmilitary items. The proposed definition includes, "Information required for the development … production … operation, installation, maintenance, repair, overhaul, or refurbishing of a defense article." Proposed 22 C.F.R. 120.10(a)(1). A great deal of nonmilitary information is required for the "production," of military equipment (to say nothing of "operation" and "development"). For example, the production of a tank requires information about how to make an engine, vulcanize rubber for tires, or improve the strength of steel. The production of a bomb may require information about manufacturing fertilizer that could be used to make the bomb. An improvement in making propellers for ships may be used for a battleship. Discussion of

DOSWASHINGTON006653

these nonmilitary subjects could land Americans in federal prison if the Proposed Rule goes into effect.

The problem is exacerbated by the Proposed Rule's assertion that "technical data" can take almost any form: "Technical data may be in any tangible or intangible form, such as written or oral communications, blueprints, drawings, photographs, plans, diagrams, models, formulae, tables, engineering designs and specifications, computer-aided design files, manuals or documentation, electronic media or information gleaned through visual inspection." Proposed 22 C.F.R. 120.10(a)(1). Under this definition, a photograph of an improvement a private citizen makes to an engine can be considered "technical data." So is his oral description of that information to a friend. And, he has "exported" that information if his friend is foreign or if his conversation is overheard by a foreign person who is not a citizen or permanent resident. If the information is shared publically online, he has exported it even if he was only intending to share it with American citizens.

Furthermore, the Proposed Rule removes the current definition's exclusion for "basic marketing information." This will endanger countless merchants who wish to use photos, detailed descriptions, or excerpts from instruction manuals to sell their lawful products.

### C. "Export"

The Proposed Rule's definition of "export" includes putting the above-described information on the Internet since foreigners might access it. Proposed 22 C.F.R. 120.17(a)(7) (defining export to include "Making technical data available via a publicly available network (e.g., the Internet)"). Given the breath of the information considered "technical data" and "defense articles," innocent discussions on technical topics in Internet forums would be criminalized. If a model rocket hobbyist provides technical information on a forum on the Internet, and a State Department official believes that the information is required for production of an unmanned aerial vehicle, the hobbyist could be incarcerated for 20 years. *See* 22 U.S.C. § 2778(c), (e). If a reporter publishes an article on a new technical development constituting "technical data," he too could be imprisoned.

### D. "Public domain"

The Proposed Rule's exception for information already in the "public domain" does not prevent these scenarios because that term is defined to only include information already approved by a federal agency. After defining public domain more broadly, the Proposed Rule makes the following exception: "Technical data or software, whether or not developed with government funding, is not in the public domain if it has been made available to the public without authorization from [the appropriate federal agency]." Proposed 22 C.F.R. 120.11(b). This modification requires every American to get the

DOSWASHINGTON006654

federal government's permission before discussing a broad range of information, much of which can touch on matters of public concern.

Put together, these definitions cover so much speech that the State Department saw fit to exclude information "Concern[ing] general scientific, mathematical, or engineering principles commonly taught in schools, and released by instruction in a catalog course or associated teaching laboratory of an academic institution." Proposed 22 C.F.R. 120.6(b)(3)(iii). That implies that even the State Department thinks that such basic principles would be illegal to discuss online if they were not commonly taught in schools or were not released in a catalog course or associated teaching laboratory.

Few Americans would stop to consider that discussing improvements to their new hunting rifle online could land them in prison for twenty years. Fewer still could imagine that discussing an improvement to their car's engine, fertilizer, boat propellers, or basic engineering principles could do the same. Given the breath of the operative definitions, what assurance do Americans have that they will not be imprisoned for otherwise lawful speech?

## II.      The Proposed Rule Violates the First Amendment

The Proposed Rule's restriction on sharing data, ideas, and improvements in technology is (1) a content-based restriction on speech that is not narrowly tailored; (2) an overbroad restriction of speech; (3) unconstitutionally vague; and (4) an unconstitutional prior restraint. Any one of these problems would invalidate the Proposed Rule under the First Amendment, but the State Department has gone for the quadfecta.

### A.  The Proposed Rule is a Content-Based Restriction on Speech

As the Supreme Court has often explained, "[A]bove all else, the First Amendment means that government has no power to restrict expression because of its message, its ideas, its subject matter, or its content." *See Police Department of Chicago v. Mosley*, 408 U.S. 92, 95-96 (1972). A speech restriction is "content based if it require[s] enforcement authorities to examine the content of the message that is conveyed to determine whether a violation has occurred." *McCullen v. Coakley*, 134 S. Ct. 2518, 2531 (2014) (quotation omitted). The Proposed Rule does just that. By regulating only speech that conveys "technical data" about "defense articles," the rule's application directly depends on the content of the speech in question. Indeed, the rule's explicit purpose is to suppress such speech in order to keep it out of the hands of foreign militaries.

As a content-based restriction, the Proposed Rule is presumptively invalid. *R.A.V. v. City of St. Paul*, 505 U.S. 377, 382 (1992). It can only withstand strict scrutiny if the

DOSWASHINGTON006655

government proves it is narrowly tailored to serve compelling government interests. *Id.* at 395. That the State Department cannot do. While restricting our enemies' access to military technology is certainly a compelling government interests, this rule reaches far beyond such technology into everyday items and single-shot pistols—technology that would not aid even the most ill-equipped militants. Furthermore, the narrow definition of "public domain" means that even information already on the Internet but not approved by a government agency is covered by ITAR. Because foreign militaries have access to such information via alternate sources, restricting it does not advance the government's interest.  In other words, there can be no compelling government interest in restricting publication of technical information that is already publicly available. The Proposed Rule is therefore not narrowly tailored.

### B.  The Proposed Rule is Overbroad

A rule is overbroad if "a substantial number of its applications are unconstitutional, judged in relation to the statute's plainly legitimate sweep." *United States v. Stevens,* 130 S. Ct. 1577, 1587 (2010). That is the case here. While the rule could be constitutionally applied to the exportation of certain military technology or weapons, it cannot be used to criminalize all speech on the Internet regarding the long list of items on the USML, along with any speech that may be "required" to "manufacture" or "develop" those items.

The Proposed Rule is particularly overbroad given that civil violations of ITAR have no *mens rea* requirement. In *Gorrin v. United States,* 312 U.S. 19 (1941), the Supreme Court upheld the Espionage Act because it only punishes those who act "with intent or reason to believe that [the information] is to be used to the injury of the United States, or to the advantage of any foreign nation." Relying on *Gorrin*, the Ninth Circuit has held that ITAR regulations must contain such a *scienter* requirement in order to avoid criminalizing protected speech. *See United States v. Elder Industries,* 579 F. 2d 516 (9th Cir. 1978). Without such a limitation, the Proposed Rule cannot be compatible with the First Amendment.

### C.  The Definitions of "Defense Article" and "Technical Data" are Unconstitutionally Vague

Consistent with the Fifth Amendment, the government may not create ill-defined crimes. "It is a basic principle of due process that an enactment is void for vagueness if its prohibitions are not clearly defined." *Grayned v. City of Rockford*, 408 U.S. 104, 108 (1972). Vagueness doctrine applies with particular force when the government attempts to restrict speech. "[S]tricter standards of permissible statutory vagueness may be applied to a statute having a potentially inhibiting effect on speech; a man may the less be

DOSWASHINGTON006656

required to act at his peril here, because the free dissemination of ideas may be the loser." *Hynes v. Mayor & Council of Oradell*, 425 U.S. 610, 620 (1976) (quotations omitted). Freedom of speech is "delicate and vulnerable, as well as supremely precious in our society. The threat of sanctions may deter their exercise almost as potently as the actual application of sanctions." *NAACP v. Button*, 371 U.S. 415, 433 (1963). "Because First Amendment freedoms need breathing space to survive, government may regulate in the area only with narrow specificity." *Id.* The Proposed Rule flouts these considerations.

As described above, the definition of technical data may include anything "necessary" for the production of any article on the USML, which itself is unlimited due to its catchall provision. 22 C.F.R. 121.1, Category XXI. In fact, the potential definition is so broad that the State Department found it necessary to exclude information "Concern[ing] general scientific, mathematical, or engineering principles commonly taught in schools, and released by instruction in a catalog course or associated teaching laboratory of an academic institution." Proposed 22 C.F.R. 120.6(b)(3)(iii). If algebra and physics need to be excluded from the definition of "defense articles," these regulations are potentially limitless. The State Department has not adhered to the precision required when attempting to restrict speech, especially based on its content.

### D.  The Proposed Rule is an Unconstitutional Prior Restraint on Speech

The Department's solution to the broad and blurry scope of its regulations is to require government approval before speech can be put on the Internet. Instead of providing clear limits to the information that may not be discussed, the Department relies on the "commodity jurisdiction" regime, in which it grants permission to speak "if doubt exists." 22 C.F.R 120.4. That is not a solution but rather a prior restraint on speech—perhaps the most clearly unconstitutional of all speech regulations. *Southeastern Promotions, Ltd. v. Conrad*, 420 US 546, 558-59 (1975) ("The presumption against prior restraints is heavier—and the degree of protection broader—than that against limits on expression imposed by criminal penalties. Behind the distinction is a theory deeply etched in our law: a free society prefers to punish the few who abuse rights of speech after they break the law than to throttle them and all others beforehand.").

The term "prior restraint" is used "to describe administrative and judicial orders forbidding certain communications when issued in advance of the time that such communications are to occur." *Alexander v. United States*, 509 U.S. 544, 550 (1993). That is exactly what the commodity jurisdiction procedure does.

Acknowledging the lack of clear standards in its definitions of "defense articles" and "technical data," the State Department requires citizens to submit their proposed speech

DOSWASHINGTON006657

for approval—for a "determination" of whether the information is subject to ITAR. 22 C.F.R 120.4. This process can take years, as even the State Department has difficulty applying its own standards. In the meantime, the free flow of ideas and research are halted. While the commodity jurisdiction procedure may be constitutional when determining whether objects and weapons may be exported, it is not constitutional when determining whether speech may be posted on the Internet.

### 1.   Open-ended licensing

Open-ended licensing for speech is not permitted under the First Amendment. The Supreme Court has continuously held that "[I]n the area of free expression a licensing statute placing unbridled discretion in the hands of a government official or agency constitutes a prior restraint and may result in censorship." *City of Lakewood v. Plain Dealer Publishing Co.*, 486 US 750, 757 (1988). The government "cannot vest restraining control over the right to speak … in an administrative official where there are no appropriate standards to guide his action." *Kunz v. New York*, 340 U.S. 290, 295 (1951). Accordingly, standards governing prior restraints must be "narrow, objective and definite." *Shuttlesworth v. Birmingham*, 394 U.S. 147, 151 (1969). Standards involving "appraisal of facts, the exercise of judgment, [or] the formation of an opinion" are unacceptable. *Forsyth County v. Nationalist Movement*, 505 U.S. 123, 131 (1992) (quotation omitted). Given the vague definitions of "technical data" and "defense article," the open-ended commodity jurisdiction procedure does not satisfy these requirements and may therefore not be applied to speech.

### 2.   Lack of procedural safeguards

The commodity jurisdiction procedure is independently unconstitutional because it lacks procedural safeguards against abuses of discretion. The following procedural safeguards are required of even content-neutral prior restraints:

-   The burden of proving the speech may be regulated must rest on the censor;
-   The determination must be prompt; and
-   Judicial review must be available for all permit denials. *Freedman v. Maryland*, 380 U.S. 51, 58 (1965) ("Only a judicial determination in an adversary proceeding ensures the necessary sensitivity to freedom of expression.").

None of these procedural safeguards are available here. The State Department requires individuals to apply for permission to speak "if doubt exists" as to whether their speech falls under ITAR. 22 C.F.R.120.4(a). The determination can take years. For example, the State Department only ruled on the Defense Distributed's applications after being sued

DOSWASHINGTON006658

for ignoring the applications for two years. *Defense Distributed v. United States Dept. of State*, No. 29, 15-CV-372-RP (W.D. Tex. June 8, 2015). And finally, the underlying statute purports to make the "designation…of items as defense articles" unreviewable in court. 22 U.S.C. 2778(h).

The broad prohibition on prior restraints is no less applicable in the area of national security. In *New York Times v. United States*, 403 U.S. 713 (1971), the Supreme Court rejected the government's authority to stop the publication of the Pentagon Papers—classified information pertaining to American military activities in the then-ongoing Vietnam War. In the face of that decision, the State Department cannot claim to have the authority to license the discussion of basic firearms, engineering principles, or engines online—even if it would help prevent the Islamic State from obtaining the latest in American deer rifle technology.

### III. Congress Never Authorized the State Department to Ban the Dissemination of Information on Basic Technology

The statutory authority for the ITAR authorizes the President, "[i]n furtherance of world peace and the security and foreign policy of the United States . . . to control the import and the export of defense articles and defense services and to provide foreign policy guidance to persons of the United States involved in the export and import of such articles and services." 22 U.S.C. § 2778(a)(1). To this end, "[t]he President is authorized to designate those items which shall be considered as defense articles and defense services for the purposes of this section and to promulgate regulations for the import and export of such articles and services." *Id.* From this statutory seed has already grown a regulatory jungle. The State Department's further suggestion—that this language also gives it the authority to regulate *the discussion* of any technology that might be used militarily or might be necessary to produce military technology—strains credulity. That is especially so given the numerous First, Second, Fifth, and Tenth Amendment problems with its proposed rule. *See Whitman v. American Trucking Assns., Inc.,* 531 U.S. 457, 468 (2001) (noting that Congress does not "hide elephants in mouseholes.").

### IV. The Proposed Rule is Subject to Abusive, Discriminatory Enforcement

These constitutional considerations exist to protect the people form discriminatory enforcement and arbitrary prosecution. "Under the First and Fifth Amendments, speakers are protected from arbitrary and discriminatory enforcement of vague standards.'" *Nat'l Endowment for the Arts v. Finley*, 524 U.S. 569, 588 (1998) (citation omitted). The regulatory regime embodied in the Proposed Rule will not and cannot ban all of the speech it encompasses. Instead, it will be a weight hanging over the Internet, ready to

DOSWASHINGTON006659

drop whenever the government finds speech it wishes to suppress or a speaker it wishes to imprison, and chilling the free expression of ideas in the mean time. Our Constitution does not tolerate such a regime, and neither should our government suggest one.

### V.      Conclusion

The State Department is not constitutionally permitted to muzzle the American people under the guise of keeping 19th Century technology out of the hands of terrorists and foreign militaries. The Proposed Rule leaves anyone who discusses technology not specifically approved by a federal agency vulnerable to 20 years in prison because a foreign person may overhear him or access the information on the Internet. That result is not consistent with the Constitution, basic principles of liberty, or even reasonable policy making.

The Texas Public Policy Foundation's Center for the American Future urges you to withdraw the Proposed Rule.

Sincerely,

ROBERT HENNEKE
Director, Center for the American Future

JOEL STONEDALE
Attorney, Center for the American Future

Texas Public Policy Foundation
901 N. Congress Avenue
Austin, Texas 78701

DOSWASHINGTON006660

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 28, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8k8i-ncsq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9972
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lonnie L. Olson
**Address:**
    813 West 5th Street
    North Platte,  NE,  69101
**Email:** shooterolson@gmail.com
**Phone:** 3085325119

---

## General Comment

To Whom it May Concern :
I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could
potentially grant the State Department a wide ranging power to monitor and control gun related speech
on the Internet.
The new language -- which includes "making technical data available via a publicly available network
(e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on any firearm or ammunition (including information on recalls and/or defective
items) could be defined by the Obama administration, and any future antiConstitutional administration,
as requiring, not only government permission, but potentially a government license. Failure to comply
would result in significant criminal penalties.
I also oppose the addition of the word 'software' into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you, most emphatically, to repeal these new regulations in their entirety. Whether you like it or
not, the First and Second Amendments are still the Law of the Land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 28, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8k8f-mgj5
**Comments Due:** August 03, 2015
**Submission Type:** API

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9981
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am opposed to this proposed regulation. While I understand the desire to preclude the transfer of 3-D
printer data that would allow the manufacture of firearms easily and cheaply, this regulation is overly
broad and ill-defined. Technical data is a vague term that, if history is any guide, will be used by US
Attorneys to prosecute individuals in ways that are only tangentially intended by this rule. Is a technical
manual from an AR 15 or M4 considered technical data? The document only covers basic operation and
cannot be used to reverse engineer the weapon; however, this simple document might be logically
covered under this rule based on the arguments and whims of the judiciary.

Additionally, digital export is impossible to preclude given the nature of the internet. Any website,
forum, or blog is universally viewable by people from most places in the world. Additionally, digital
traffic is hardly contained to US severs. A simple email between engineers in Alaska and Florida might
traverse several countries. If not encrypted, have they now broken the law?

This rule will prevent open discussion and speech about mundane topics online, and as written will be
impossible for the average citizen to comply with without having their constitutional liberties severely
curtailed. I urge you to take a stronger look at this and see if there is not a better way to meet your intent.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 28, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Tracking No.** 1jz-8k8f-yb5c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9982
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lynn Olson

## General Comment

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide ranging power to monitor and control gun related speech on the Internet.

The new language, which includes "making technical data available via a publicly available network (e.g., the Internet)," could put anyone who violates this provision in danger of facing decades in prison, and massive fines.

So, posting information on virtually any firearm or ammunition, could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not so veiled effort to ban 3-D printers.

I urge you to repeal these new regulations, in their entirety. Whether you like it or not, the First and Second Amendments, are still the law of the land!

DOSWASHINGTON006663

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 28, 2015
**Status:** Posted
**Posted:** August 04, 2015
**Category:** NA
**Tracking No.** 1jz-8k8e-qryv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-9986
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Hazen

---

## General Comment

I object to the plan expanding ITAR to include firearms and the discussion their related technical data.
This is an egregious attack on citizens' first amendment rights. It is nothing more than an attempt by the
administration to stifle the discussion of legal and legitimate firearms issues among civilians. It must be
noted that the technology associated with sporting and personal defense firearms is not new. It is not
going to give our country's enemies any sort of advantage against us. The technology is centuries old.
Our enemies already possess this technical information. Any advantageous information possessed by our
country's military is not available to civilians. Since we as civilians have no sensitive information, our
discussions of firearms are no threat to the country. Clearly there is no fundamental reason for enacting
ITAR regulations regarding firearms. It is most obviously an attempt to harass legitimate firearms
owning civilians.

I well understand the true need for ITAR where it critically matters - the security of our country. I am an
aerospace electrical engineer. We are continuously trained and retrained on technical information
exports. The penalties for violations are severe, as they should be. Casual, friendly discussions pertaining
to antiquated firearms technology should not under the dominion of ITAR. These discussions are not a
threat to the country. I respectfully request that you place the country's resources elsewhere.

Please DO NOT expand ITAR regulations regarding firearms.

Certain browser plug-ins or extensions, such as Grammarly, may interfere with submitting comments on the comment form. If you have issues, please disable browser plugins and extensions, refresh the page, and try submitting your comment again. If you need additional assistance, please contact the Help Desk at 1-877-378-5457.



## Comment on DOS-2015-0023-0001

The is a Comment on the **U.S. Department of State** (DOS) Proposed Rule: **International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions**

For related information, **Open Docket Folder**

**Comment Period Closed**
Aug 3 2015, at 11:59 PM ET

**ID:** DOS-2015-0023-7064
**Tracking Number:** 1jz-8k2h-esjc

### Document Information

**Date Posted:**
Jul 21, 2015
**RIN:**
1400-AD70
Show More Details

### Submitter Information

**Submitter Name:**
A. Nonymous

### Comment

As proven by the failed attempt to regulate PGP, as well as the growth of the internet and the ease of exporting information across nation-state boundaries (whether on USB, SD Card or by electronic means) and attempt to regulate information is doomed to failure. All attempts just require those who wish to export the information to be more inventive on methodology, which they always are. The rise of torrents (P2P file sharing) renders all known methodology for stopping information sharing ineffective. The only way to truly stop it is to violate both the 1st & 4th amendments and would probably run up against the 9th & 10th amendments as well, which renders the entire issue moot. Information wants to be free... "You can't stop the signal Mal."

Since Defense Distributed was forced to pull its files offline, there are now hundreds of files out there (from other designers) on new designs far superior in every way. The proposed law change only makes criminals out of honest citizens, while disregarding the fact that there is no way to catch those who actually want to do damage to our nation.

DOSWASHINGTON006665

| | |
|---|---|
| **From:** | Meghan Hassele |
| **To:** | DDTCPublicComments |
| **Subject:** | (ITAR) |
| **Date:** | Sunday, June 14, 2015 1:11:00 PM |

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Guy R Hassele

| | |
|---|---|
| **From:** | KS |
| **To:** | DDTCPublicComments |
| **Subject:** | 3D Printed Gun ITAR Amendments |
| **Date:** | Thursday, July 9, 2015 5:53:41 PM |

To hum it may concern!

A presidential executive order regulating and outlawing any manner of 3d printed products in the ITAR does not supersede the rights granted to individual citizens in the Constitution and or Bill of Rights. Therefore I disagree with any attempt by this president to make this regulation. As a long time senior engineering designer of 3d oil production items I would likely consider the possibility of court action if this regulation where to be implemented in the future.

This is the sort of rule making activity you might expect from a 3rd world dictatorial banana republic, not the United States of America!

Regards
K.E. Salvage Sr.
Texas

DOSWASHINGTON006667

**From:** Luke Boor
**To:** DDTCPublicComments
**Subject:** Changes to the ITAR regulations
**Date:** Tuesday, July 7, 2015 9:52:48 PM

To whom it may concern,

I believe that the proposed rule changes to the ITAR regulations, which restrict the posting of 3D printable gun schematics and technical data, violate the First and the Second Amendments to the United States Constitution. I urge you to withdrawal these proposals in the interest of preserving my liberties and the liberties of every other citizen of this nation.

Sincerely,

Lucas Boor

**From:**      snookingfury@gmail.com
**To:**        DDTCPublicComments
**Subject:**   I strongly oppose the rewrite of the State Department's arms control regulations (ITAR)
**Date:**      Wednesday, June 17, 2015 9:20:39 PM

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Todd A. Mulholland

Sent from Windows Mail

| From: | Bret Bingham |
|---|---|
| To: | DDTCPublicComments |
| Subject: | ITAR Amendment -Revisions to Definitions; Data Transmission and Storage. |
| Date: | Tuesday, July 7, 2015 8:16:44 PM |

My comment is that It is acceptable to stop the publishing/export of technical data for high technology arms, for example, a novel design for a 3-D printed directed energy weapon.

But I strongly believe it is a prior restraint on the 1st amendment, and quite possibly an violation of the 2nd amendment, when such publication/exportation of technical information are for items that are no more dangerous than what is obviously in the worldwide public domain already, for example, traditional small arms (3D printed or not) firing traditional center fire or rimfire ammunition.

The Federal Government should not put prior restraint on the publishing of technical data for arms when such arms (or their equivalents in terms of lethality) are clearly and fully already in public domain (like almost all small arms; including a novel 3D printed design which fires traditional ammunition which could easily be fired from any number of small arms already clearly in the worldwide public domain).

Bret Bingham
Laguna Niguel, CA

DOSWASHINGTON006670

| | |
|---|---|
| **From:** | Dennis Corl |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage. |
| **Date:** | Friday, June 12, 2015 6:17:22 PM |

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

I oppose any changes to "Data Transmission and Storage" in ITAR with respect to firearms and ammunition. Publicly available information on these commonly owned lawful commodities should not be stifled in any way or for any reason.

Dennis Corl
Falls Church, VA 22044

DOSWASHINGTON006671

**From:** Michael Finn
**To:** DDTCPublicComments
**Subject:** ITAR Amendment-Revisions to Definitions: Data Transmission & Storage
**Date:** Wednesday, June 10, 2015 9:55:21 PM

I oppose this rule in its entirety.

This proposed regulation will do nothing to curb gun violence in this country or illegal arms trafficking worldwide. What it will do is violate the US Constitution and make a mockery of free speech.

No speech should be pre-censored or should be required to be pre-approved. Allowing this expansion of the powers of the Federal government far beyond its constitutional constraints makes a mockery of this country's values.

Imposing this unlawful requirement as a way to avoid a richly-merited loss in the government's lawsuit with Defense Distributed is more than unconstitutional, it is odious and beneath the dignity of a modern government.

Again, I oppose the approval of this rule.

Michael P. Finn
201 East 13th Avenue
Belton, TX 76513
254 939-6781

| | |
|---|---|
| **From:** | Emily Baehr |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage |
| **Date:** | Saturday, August 1, 2015 7:36:35 AM |

Dear State Department,

I am writing on the proposed ITAR Amendment. Where do I start on this monstrosity?

First of all, it would make it impossible to collaborate on software, and it lowers the bar for software to be defined as "defense" related. This will prevent the development of software in the United States. Much software is collaborated on internationally. This could collapse the software development industry here.

Second of all, it could construed to include such online basic firearm instruction as how to build or even clean a rifle and as such would infringe not only on the Second Amendment but also the First Amendment. Not only online, because "public domain" can be understood to mean the library, or books and magazines, or even reloading charts on the packaging for gunpowder. This is totally unacceptable. Moreover, gun writers and instructors will censor themselves overly much because they won't know what constitutes a "defense" related instruction. This too is totally unacceptable.

Furthermore, I question your motives in proposing this change, as to me it looks like a way to punish Defense Distributed for suing you and a back door way to smother the gun culture in this country. Another example of this administration attempting to use the machinery of bureaucracy to bully its political enemies.

It doesn't do much for your legacy, unless you wish to be remembered as a dictator whose name people spit after uttering.

Sincerely,
Emily Baehr
northern KY

Sent using Hushmail

**From:** Jake
**To:** DDTCPublicComments
**Subject:** ITAR Amendment—Revisions to Definitions: Data Transmission and Storage.
**Date:** Wednesday, July 8, 2015 6:28:28 PM

The changes regarding regulation of the distribution of 3D printed guns and schematics for said guns are completely unconstitutional and should not even be considered. Not only are these proposed changes ridiculous (what are you going to do? fill a backpack up with unreliable single shot weapons and go on a killing spree?) but they violate both the First Amendment's guarantee to free speech (sending a 3D model is a form of symbolic communication), and the Second Amendment's guaranteed right to bear arms (by outlawing any method to acquire such a firearm, the firearm is effectively outlawed itself).

| | |
|---|---|
| **From:** | John |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage. |
| **Date:** | Saturday, July 4, 2015 12:46:37 PM |

As the designer of Liberator and Ghost Gunner, I'd like to personally stress my distaste for this government's passive oppression over the past two years.  I'm amazed that you've chosen to brazenly change the unwittingly outdated term "public domain" to further oppress our free speech claim.  Speech isn't 'free' if the government must approve what we choose to say.  As you know, these proposed regulations are patently unconstitutional, as we've outlined in our complaint.  Good try, but we'll try harder.

John Sullivan
Problem Solver
Defense Distributed

| | |
|---|---|
| **From:** | mdhampton@aol.com |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage |
| **Date:** | Tuesday, June 9, 2015 3:50:30 PM |

To Whom It May Concern:

I wish to register my opposition to the proposed revisions of the International Traffic in Arms Regulations (ITAR) announced in the Federal Register on 3 June.

The proposed amended provisions could be used to outlaw such things as detailed reviews of new firearms, in-depth technical discussions involving recently patented parts, amateur repair- and upgrade-manuals, 3D-printing schematics, and even self-defense programs on internet blogs, forums, and other venues.

The proposed imposition of severe penalties serves, if adopted, to impose a chilling effect on the discourse of a free people that cannot be accepted in a free society.

Regards,

M. D. Hampton

Phoenix, Arizona

| From: | Reginald Hansbrough |
| --- | --- |
| To: | DDTCPublicComments |
| Subject: | ITAR Amendment—Revisions to Definitions: Data Transmission and Storage |
| Date: | Monday, June 8, 2015 9:36:03 PM |

To Whom It May Concern:

I am writing in regards to the proposed changes to ITAR that would effectively close down shooting sport related internet forums, blogs and YouTube channels.

There is zero benefit to this proposed rule change, while simultaneously providing a great deal of harm to the American citizenry. I understand the goal of this change is to prevent individuals from acquiring information related to 3D printed weapons. By taking the proposed measure you will not succeed in your goal of limiting information flow. However, you will make sure that law-abiding citizens are unable to engage in the positive free-exchange of information related to firearms.

Make no mistake citizens will lose their lives to the predators within our society because you deemed a certain category of speech undesirable.

Sincerely,

Reginald Hansbrough

| | |
|---|---|
| **From:** | Don Whaley |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage |
| **Date:** | Monday, June 8, 2015 8:26:33 PM |

This is nothing but a blatant attack (again) on the first amendment. Using the concept of limiting the export of 3D printable designs as an avenue for gross overreach to quash online discussions of firearms is unconscionable. At what point will this administration stop the relentless dismantling of the constitution ?

Don B. Whaley
Cell (713) 202-3834
Home (713) 667-9604
Ranch (254) 746-9000
donwhaley@mac.com

| | |
|---|---|
| **From:** | L Pruss |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage |
| **Date:** | Sunday, June 7, 2015 8:43:20 PM |

I am absolutely opposed to the latest ITAR Amendment—Revisions to Definitions; Data Transmission and Storage. The proposed changes seem to be focused on online exchanges including gun reviews, schematics (including 3D printing diagrams), and training. It seems like a pretty blatant attack on the First Amendment as a workaround to stifle the Second. I will be writing my representatives regarding this proposal.

DOSWASHINGTON006679

**From:** charles solomon
**To:** DDTCPublicComments
**Subject:** ITAR Amendment-Revisions to Definitions; Data Transmission and Storage.
**Date:** Saturday, August 1, 2015 4:38:33 PM

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language — which includes "making technical data available via a publicly available network (e.g., the Internet)" — could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!


Nancy Solomon

| | |
|---|---|
| **From:** | Thaddeus Warner |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Amendment—Revisions to Definitions; Data Transmission and Storage. |
| **Date:** | Monday, August 3, 2015 4:31:12 PM |

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Thaddeus Warner
Sterling Heights, MI

DOSWASHINGTON006681

| From: | William and Lynette Thompson |
|---|---|
| To: | DDTCPublicComments |
| Subject: | ITAR Amendment--Revisions to Defintions, Data Tranmission and Storage |
| Date: | Sunday, June 14, 2015 4:20:35 AM |

I very strongly oppose the rewrite of the State Department's arms control regulations(ITAR) which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language--which includes "making technical data available via a pubicly available network (e.g. the Internet)"--could put anyone that violates this provision in danger of facing decades in prison and massive fines.

So posting informantion on virtually any firearm or ammunition could be dfined by the Administration as requiring, not only goverment premission, but potentially a government license. This means violatorscould/would face very significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the Law of the Land!

Sincerely,

William M. Thompson

| | |
|---|---|
| **From:** | Meghan Hassele |
| **To:** | DDTCPublicComments |
| **Subject:** | ITAR Concerns Over the internet Free Speech |
| **Date:** | Monday, August 3, 2015 12:59:14 PM |

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
GUY R HASSELE III

| | |
|---|---|
| **From:** | DDTC Response Team |
| **To:** | DDTCPublicComments |
| **Subject:** | M FW: Repeal Unconstitutional Arms Control Regulations. |
| **Date:** | Thursday, August 6, 2015 9:04:43 AM |

Forwarding.

Kirk Bennett
DDTC Response Team

Note: Information in this message generally discusses controls and information contained in the Arms Export Control Act and the International Traffic in Arms Regulations (ITAR), both of which are authoritative on this matter. The Response Team fields basic process and status questions, and assists exporters in identifying how to get answers to more complex questions handled by the Directorate of Defense Trade Control's licensing and compliance offices. The Response Team's services are not a substitute or replacement for the advisory opinion, general correspondence, and commodity jurisdiction processes delineated in the ITAR, which should be used to obtain authoritative guidance on export control issues, and do not in any way relieve exporters from their responsibilities to comply fully with the law and regulations.

-----Original Message-----
From: Paul Edwards [mailto:paul63799@gmail.com]
Sent: Wednesday, August 05, 2015 8:26 PM
To: DDTC Response Team; Senator Steve Daines; Congessman Ryan Zinke
Subject: Repeal Unconstitutional Arms Control Regulations.

We are contacting you, our Government's Public Servants, to go on Official Record, as strongly opposing the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging illegal power to monitor and control Constitutionally Protected gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who inadvertently violates such a provision in danger of facing decades in prison and massive fines, in a "Guilty, Unless they can Prove Themselves Innocent" situation.

So, posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

This subverts all American Citizen's God Given, and heretofore Constitutionally Protected Personal Rights, punishes so-called violators with potentially significant criminal penalties.

We also totally oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers as well.

Therefore, we Strongly demand that you repeal these new regulations in their entirety. Whether you like it or not, our Constitution's First and Second Amendments are still the law of the land, and must be obeyed!

Paul and Pam Edwards (406) 546-5103 (Cell.)
1170 Three Mile Creek Road
Stevensville, Montana 59870-6145

This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Howard Rhinehart |
| **To:** | DDTCPublicComments |
| **Subject:** | proposed ITAR changes |
| **Date:** | Saturday, August 1, 2015 12:42:20 AM |

I strongly oppose the proposed revision of the State Department's arms control regulations (ITAR), which could potentially grant to the State Department a wide-ranging power to monitor and control firearms related speech by ordinary citizens on the Internet. The new language which includes "making technical data available via a publicly available network (e.g., the Internet)" could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Posting information on virtually any firearm or ammunition could be defined by this or any other administration as requiring not only government permission, but potentially a government license. Such licenses were originally intended for commercial entities dealing with large military systems but under the proposed revisions could be applied to innocent civilians talking about their latest deer hunt. These so-called "violators" would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-very-thinly-veiled effort to ban 3-D printers.

I urge you to cancel these new regulations in their entirety. The idea of a Department that is supposed to represent the US to the world using suppression of the First Amendment to also suppress the Second Amendment is deplorable!

Howard Rhinehart
Littlestown, PA

| From: | Ron Barnes |
|---|---|
| To: | DDTCPublicComments |
| Subject: | Stop ITAR now! The USA still has a Constitution |
| Date: | Sunday, June 14, 2015 12:55:25 PM |

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes "making technical data available via a publicly available network (e.g., the Internet)" -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ron Barnes

| | |
|---|---|
| **From:** | Michael Peake |
| **To:** | DDTCPublicComments |
| **Subject:** | TAR Amendment -Revisions to Definitions: Data Transmission and Storage |
| **Date:** | Tuesday, July 7, 2015 8:20:15 PM |

Restricting 3D Printing of designs is a clear violation of the First, Second and Fifth Amendments of the US Constitution.

Guns don't kill -- people kill.

If it is criminal to own guns, only criminals will own guns.