# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93f9-oql0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0002
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I fully support the US State Department's proposal to amend the International Traffic in Arms Regulations (ITAR) to revise Categories I (firearms, close assault weapons and combat shotguns), II (guns and armament) and III (ammunition and ordnance) of the U.S. Munitions List (USML) to describe more precisely the articles warranting export and temporary import control on the USML. Items removed from the USML would become subject to the Export Administration Regulations (EAR).

This improvement to US regulations will help legitimate commerce and to help the competitiveness of American companies in international trade.

Thank you for the opportunity to support this important change to Federal regulations.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93d5-doam
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0003
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Merlin Larsen

---

# General Comment

I am responding as a life member of the NRA, at the behest of an NRA-ILA email alert to do so. I am in complete agreement that these changes to the economic strictures on guns and components, that are of civilian application and use, are necessary and should be done. Loosened or eased commercial regulations on US gun manufacturers and the components thereof, will make the US economy improve by being more competitive internationally. Meanwhile, the strictly military weapons and components will remain highly regulated (scrutinized), as they should be.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93cr-lr9s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0004
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Jonathan  Sawyer

---

# General Comment

As an American citizen I urge you to carry through with this change. It will take a large burden off of the small businesses and allow them to build the American dream they set out for years ago. Thank you for your consideration

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93h6-hc5l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0005
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** James Morris

---

# General Comment

I agree with the elimination of the annual $2,250 fee required by the Department of States Directorate of Defense Trade Control (DDTC), which the Obama administration imposed on gunsmiths who manufacture firearms and ammunition. That fee unfairly targeted and disadvantaged Small Businesses manufacturing a few firearms per year. Small businesses that manufacture approximately 25 firearms a year, such as custom gun builders, would have to recover the ITAR fee by increasing the cost of each weapon by nearly $100. This makes it nearly impossible for small business that manufacture firearms to compete against the prices of larger businesses that can recover the $2,250 fee over hundreds or thousands of firearms.

DOSWASHINGTONSUP01569

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ea-6g13
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0006
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** joe plano

---

## General Comment

Why is there not a section that REPEALS the terrible practice of engraving imported firearms into the USA with the importers name on the side of the firearm?

This Damages the firearm immediately, immediately makes the firearm less valuable, and is completely and utterly pointless for any other reason that " this is how we have always done it ".

Lets change some IMPORT LAWS as well here so that valuable, collectible firearms are not defaced by ridiculous government regulations.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ds-xzss
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0007
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Karl  Lippard
**Organization:** People of the United States
**Government Agency Type:** Local
**Government Agency:** none

---

# General Comment

ITAR in its present form is TREASON against the American public and 2nd Amendment. ITAR circumvents Federal Law pursuant to License of manufacture, distribution and exportation of any and all components. Such Licenses hold that interpretation of the law rests with the license holder. State and Federal Government only enforce the law. First National Gunbanque, Corp vs Bomar Corp., Federal Court Gainsville, GA circa 2003 where this statement was upheld in the 12 page decision....Further ITAR presumes to offer a assigned number only by which one can do business. It has no examiner known, can issue or withhold at will without benefit of law or reason. It can without any supervision, or regulation deny ALL public access to arms, ammunition, components or parts for firearms. This in violation of the 2nd amendment where among other things guarantees our right to take back a government where tyranny has come to exist....Tyranny does exist today in America at the highest level of government. A government created to insure disarmament of it citizens by control of its arms and ammunition. It allows the open invasion of people through our boarders. It allows through ITAR foreign control of our ability to defend ourselves and those of our allies. It is a fraud on the American people....Additionally it states to charge an annual fee that covers ALL CITIZENS THAT MANUFACTURE ALL GOODS TO PAY THIS ANNUAL FEE OF $2,500.00, PLUS $250.00 FEE PER CONTRACT, PART OR SHIPMENT. THIS IS UNLAWFUL TAXATION WITHOUT REPRESENTATION....Therefore let it be known that this is TREASON against the American people. We call on our president to reject, dismantle or correct this Obama inspired act. If not this single regulation; is an act of WAR on the American people. I call for a Constitutional Convention. If not a state of war will exist among the People of the United States until rectified.

DOSWASHINGTONSUP01571

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93gd-t93o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0008
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Judy Mouradian

---

## General Comment

I am appalled that this administration is proposing that responsibility for overseas gun sales move from the State Department to the Commerce Department. There is only one purpose for this - to ease restrictions on overseas gun sales - helping U.S. gun manufacturers to sell more guns. The outcome would be catastrophic. These guns would be sold to the very countries that already breed violent drug gangs, causing their citizens to flee to the U.S. Do we really want to spread the gun violence that is happening in our country to other countries? Do we want to create more deaths and drug trafficking? Do we want to create more homeless refugees? This is a lose-lose situation for everyone except gun manufacturers and the NRA. Please stop this horrible proposal!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93cv-6cds
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0009
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Thomas Goodwin

---

## General Comment

Currently, many small firearms companies have many regulations stacked against them. Even some funsmithing is pushing gunsmiths into a munufacturer category. This is just one of the many problems that could be changed with this proposed rule. It's time we reclassified many of these items and services to remove them from the ITAR and USML and place them on the CCL. Free up the market for our small companies and let the industry thrive.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93fr-qr1f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0010
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Allan Haley

---

## General Comment

President Trumps New Proposal for easing restrictions on overseas gun sales is counter the well-being of American citizens. It would accelerate gun sales to Mexican and Central American violent gangs creating more violence in these countries. This would spur more immigration to the US. In addition, along with increased drug gang power would come more illegal drugs flowing into the US.

This proposal is a bad idea.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93d3-7n96
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0011
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Clem  MacIlravie

---

## General Comment

Proceed.

DOSWASHINGTONSUP01575

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93d1-6eqx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0012
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** M. Anonymous

---

# General Comment

This looks like a good, common sense, fiscally advantageous move. I look forward to these changes being implemented.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93eg-e1qw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0013
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Ron  Gablehouse

---

## General Comment

Repeal the requirement that individuals traveling abroad with firearms strictly for hunting or competition must document the export of their firearms through an official website designed for commercial exports.

Remove sound suppressors from the USML.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93en-34au
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0014
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** David  Brach

---

## General Comment

These new proposed rules are a good start, but please make it easier for people to travel abroad with weapons for hunting or competition. Also, please make it easier on suppressor manufacturers by changing them to non military.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0015
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Andrew Bourdon

---

## General Comment

In regards to Docket DOS-2017-0046 (ITAR AmendmentCategories I, II, and III):

I support the proposed rule change. It will simplify the regulatory process by removing certain firearms that are not inherently "military grade" from the list. That will enable ITAR enforcement to be more streamlined- regulators can then focus on "real" military small arms and less on civilian friendly guns. Industry will benefit, as manufacturers and consumers will have more options in the marketplace.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93fq-fjy2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0016
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I would like to comment on the license fees that are currently imposed on very small businesses such as Gunsmiths and micro manufacturers of firearms components. I am not against a fee but the fee should be adjusted based on company earnings in excess of $500,000.00 any business that falls below this figure should be permitted to purchase a yearly export/import license for less then $500.00. Currently the BATF has adjusted license fees for the various types of FFL's issued, ITAR fees could be based on the license fees that are charged by the BATF for that businesses Type FFL. In addition perhaps a check box could be added to the renewal application of an FFL that would allow the business owner the option to purchase an Import/Export license for their business at the time of application or renewal. The option to include the Import/Export license could also be extended to the Special Occupation Tax or SOT/NFA and be based on the same fee that the BATF charges for this special Tax.

Thank you for the opportunity.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93fr-itxu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0017
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Ted Ruetenik

---

# General Comment

The proposal to move the responsibility for overseas gun sales from the State Department to the Commerce Department is a bad idea. Stopping guns, especially assault weapons, from getting into the wrong hands should be a top priority. Immigration to this country is already spurred on by violent drug gangs in Central America. Easing the sale of more weapons will only further the immigration and drug problems. The guns could also be used against American soldiers in future combat situations.

There is only one goal of this proposal. That is, to help the gun companies sell more guns. The potential overall costs of expanded violence and illegal immigration have not been considered. The lack of a moral compass should bother anyone involved with this issue.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93d4-cl9q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0018
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** Doug Collins

---

## General Comment

Anything we can do to strengthen American small business and make us more competitive on a global market are rules we need to enact now.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93hm-6j6c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0019
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Jim Ruetenik

---

# General Comment

Guns are a national security risk and should be managed by the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93eg-mik9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0020
Comment on DOS_FRDOC_0001-4527

---

# Submitter Information

**Name:** Ron  Gablehouse

---

# General Comment

Please also remove sound suppressors from the USML

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93fa-nitu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0021
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** WILLIAM HANGEN

---

## General Comment

I support the proposed rule as written, but with a few minor changes:

1) the referenced magazine capacity restriction of 50 rounds should be doubled, to 100 rounds. There are several magazine manufacturers in the United States producing magazines of greater than 50 rounds that would benefit from this change, and such manufacture and enabling technology for magazines greater than 50 rounds is found worldwide. Limiting this magazine capacity to 50 rounds does not protect any special US or allied military advantage, but magazines of greater than 50 rounds are commonly found worldwide. Drum type magazines for the Kalashnikov family of weapons are a prime example.

2) the proposed rule does not address sound suppressors. Sound suppressors are readily available in the US and overseas, and the technical know-how to produce them is found worldwide. There are a plethora of US manufacturers fabricating sound suppressors that would benefit from this rule change, and the use of sound suppressors does not confer any special US or allied military advantage. Inclusion of sound suppressor deregulation would benefit US manufacturing interests without harming our military position.

Thank you for your time and attention regarding this matter. Have a great day!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93f0-nv6d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0022
Comment on DOS_FRDOC_0001-4527

---

## Submitter Information

**Name:** stephen  wisher

---

## General Comment

I feel that regulation of international travel with firearms should be moved to the CCL for more ease of hunting travel. Also we should reduce regulation of sound suppressors to preserve the hearing of hunters and sport shooters, so move this control to the CCL as well.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-93yk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0023
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-1si8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0024
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Evans

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-9isg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0025
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jodi Paulsen

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is insane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-olnr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0026
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Do not remove important export controls on non-military firearms, including handguns, semiautomatic assault rifles like the AR-15, and .50-caliber sniper rifles from your control. This change could (open) up a lot more risk and a lot more opportunity for illegal and illicit trafficking. A loosening of controls may also make it harder to identify and prosecute arms smugglers and illegal exporters.

The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more. The rule would seek to legitimize semiautomatic assault rifles as civilian products when they are, clearly, battlefield weapons.

This makes no sense at all. I object!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-ghzx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0027
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0028
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Erik Hanson

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for the U.S. gun industry. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is insane. I also cannot fathom why the rule attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have been the weapon of choice in mass shootings on U.S. soil. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-lmf5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0029
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-r5ka
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0030
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

DOSWASHINGTONSUP01594

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93j9-bscr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0031
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeffrey Egerton

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0032
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Suzanne Kelly

---

# General Comment

I am a US citizen living in the UK, submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house. A ridiculous suggestion.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ja-wnuo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0033
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Faith Scimone

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ja-vsqu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0034
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I would like to offer my comment in absolute opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. To me, this rule has profits for gun industry written all over it. Perhaps thats because the U.S. gun manufacturers are not doing well domestically. NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen the lives of so many of our fellow Americans. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0035
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Becky Balser

---

# General Comment

am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jb-7xmo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0036
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Angel Marks

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jb-9624
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0037
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken  Koupal

---

## General Comment

Please don't export arms and ammunition. Don't supply terrorists, foreign or domestic.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jb-xsm8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0038
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jd-zmhz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0039
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is against the interests of U.S. diplomacy.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jg-u6yo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0040
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Cabell

---

## General Comment

I am writing to submit my comment in opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry to offset reductions in domestic sales It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change; it has not been supported by an citizen groups. It would make U.S. exports of small arms far more dangerous, Transferring oversight responsibilities to an agency that prioritizes business over national security would make U.S. exports of small arms, including semi-automatic weapons, very dangerous to other countries of the world. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which represents an unfortunate loss of oversight. I also find the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us to be appalling. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0041
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah  Lattimer

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is insane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ju-wspl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0042
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** TONI REH

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jv-v68k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0043
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jv-p10o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0044
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Do NOT do this. How do you all live with yourselves?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jx-cjn1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0045
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sherrie  Anonymous

---

## General Comment

I am strongly opposed to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93jy-6071
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0046
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Lisa  McElroy

---

# General Comment

I strongly oppose the proposed rule to transfer oversight of "non-military" firearms exports from the State Department to the Commerce Department. This proposal benefits the gun lobby and has come about after years of lobbying by the NRA and the NSSF. By transferring oversight responsibilities to an agency that prioritizes business over national security, this proposal would make U.S. exports of small arms more dangerous. Congress would lose its ability to oversee commercial weapons sales of $1 million or more, This rule would also legitimize semiautomatic assault rifles, labeling them "civilian" products when these battlefield weapons have taken so many loved ones--innocent people at school, at church, at the movies, in a nightclub. This proposed rule is only in place to garner profits for the U.S. gun industry overseas--a cynical money grab that would be deadly for innocent people. Do the right thing--say no to this proposal and protect lives.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93k1-j4xq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0047
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Angel Marks

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93kc-cnwj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0048
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark Bischoff

---

## General Comment

Adjust the requirement for private individuals to travel abroad with personally owned firearms for lawful purposes such as hunting or competition. Eliminate, or provide for a citizen friendly option, to travel abroad with a firearm. The documentation of the export through the official website designed for commercial exporters is not citizen friendly. An individual traveling for a hunting trip or competition should not be regulated as an exporter.

Sound suppressors or silencers are very common among hunters and recreational shooters both in the U.S. and abroad. They do not provide the U.S. or its allies with any special military advantage. Sound suppressors and silencers should be removed from the USML.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0049
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patrick Hiller

---

## General Comment

Dear Ladies and Gentlemen,

I oppose the proposed rule for the following reasons:
1. The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. Regarding wide retail availability of firearms, about which comment has been requested, many countries, including Mexico, prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles.
2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.
3. National brokering laws are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. The switch from State to Commerce will mean that the brokers and financiers who arrange shipments of semiautomatic firearms will no longer have a statutory requirement to register and obtain a license, increasing risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.
4. The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.
5. End-use controls are weakened by eliminating registration of firearms exporters, a requirement since the 1940s.
6. The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is unlikely to make the same argument once those

weapons are transferred to their control. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

7. The Commerce Department does not have resources to enforce export controls, even before the addition of 30,000 firearms export licenses as a result of this rule predicted by Commerce. The BISs enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

8. The proposed change will reduce transparency and reporting on gun exports.

9. This rule would transfer gun export licensing to an agency the Commerce Department - whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

10. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries. The export of these weapons should be subject to more controls, not less.

DOSWASHINGTONSUP01614

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93lc-ez3v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0050
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cynthia Tuthill

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is truly horrifying. Im also opposed to the rules attempts to legitimize semiautomatic assault rifles as civilian products, when these battlefield weapons have stolen so many of our loved ones from us. Your agency must not approve this blatant corporate giveaway.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ls-9mwm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0051
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Virginia Kenyon

---

# General Comment

My name is Virginia Kenyon and I am a member of the Palo Alto Friends (Quaker) Meeting here in California. Within each of us there is an inner light and guide for how to live in the world. As Americans I believe we still have the ability to brighten the Light within for people everywhere, but these changes will do the opposite. Stop. Listen to your heart. Let everyone's Light shine.

Reasons for opposition:
The proposed rule would eliminate Congressional oversight for important gun export deals. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.
The switch from State to Commerce will mean that the brokers and financiers who arrange shipments of semiautomatic firearms will no longer have a statutory requirement to register and obtain a license, increasing risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.
It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations,
End-use controls are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale.
The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is unlikely to make the same argument once those weapons are transferred to their control. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

The Commerce Department does not have resources to enforce export controls. The BISs enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance. Commerce does not have these resources.

The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

This rule would transfer gun export licensing to an agency the Commerce Department - whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries.[ii] The export of these weapons should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93md-xlkq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0052
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Hugh  Fike

---

# General Comment

I support the elimination of the annual $2,250 fee required by the Department of States Directorate of Defense Trade Control (DDTC). When the Obama Administration imposed this requirement on gunsmiths who manufacture firearms and ammunition, it was done so in an attempt to drive out of business those smaller manufacturers. Additionally, this decision could capture those who are simply threading a barrel or blueprinting a gun. As a supposed pro-gun administration, I'm asking that you stand up for firearms manufacturers.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0053
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Walter Bunyea

---

## General Comment

An annual registration fee, of $2,250, that manufacturers of defense items must pay, whether or not they export their products is simply unjustifiable. Please end this bad practice as soon as you can.

Applying the regime to private travelers/hunters is, well, bizarre. So please end this practice as well.

Finally, and most importantly, please put an end to any harassing or censorship of firearm instructors within the U.S, bloggers, writers, and those posting online guides or tutorials discussing "technical data" about defense items. This seems to be a clear violation of our First Amendment right to free speech. So, I urge you to cease these activities immediately.

Our Government should be protecting our rights at home and abroad, not impinging upon them.

Thank you for your consideration of our basic liberties.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93me-uxvg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0054
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Hawley
**Organization:** Precision Decisions

---

## General Comment

This is a common sense solution. Removing gunsmiths from ITAR regulation is the only sensible
answer. Gunsmiths should be allowed to perform any legal action/modification requested by a customer
without having to pay fees that can exceed their profit margins in a cottage industry.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93mi-1356
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0055
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** lynn barrow

---

## General Comment

I am in full agreemant with the proposed changes to ITAR. It has negatively impacted my business and forced me to withdraw my application for a Class 7 license within the last 6 months. I also would like to see suppressors moved from under current class 3 regulation.

DOSWASHINGTONSUP01621

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93mj-nfr2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0056
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** William Guiette

---

# General Comment

I am a small business owner, and have been a licensed firearms manufacturer for 30 years, with a special tax stamp to add Title 2 firearms (fully-automatic-"MG's"-). For 25 of those years I was licensed to manufacturer "Destructive Devices" (DD's-firearms/guns over .50 caliber including fully automatic types as well as artillery). My MG and DD manufacturing activities have always been directed at motion picture use. In order to accomplish this, I usually purchased MG or DD Parts Kits, and then manufactured the "Receiver" (the serial numbered part which is considered, by itself, to be the "Firearm"). In this way, I put together guns representing almost every country that made MG's from the 1880's to the 1980"s. Many of these guns are belt-fed, and almost all of them utilize 250-rd. belts. All were used in major motion pictures over the years.

The ITAR treaty has always created a hardship for me when I had to send in $2,250 every year just to renew my registration as a manufacturer of the above. This is supposedly a pre-condition for obtaining an export license, which is something I have never done. Any exporting of my guns for motion pictures was done by brokers (who had their own license) hired by the production companies. If the proposed ITAR revisions are going to remove my registration requirement, then I applaud that Big-time!

However, I also want to see the proposed magazine capacity limit of 50 rds. to go away, or be raised to 250 rds. This will alleviate a BIG issue which will arise over the 250-rd. belts I mentioned earlier. Motion pictures are a form of escapism, where the audience can "be there"; and producers and directors should be allowed to have available the correct props for the occasion.

William E. Guiette

DOSWASHINGTONSUP01622

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93mk-oge8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0057
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Theodore  Greene

---

## General Comment

I fully support lessening the regulatory burden on firearms manufacturers, wholesalers, retailers and other firearms support businesses (e.g., parts manufacturers, parts suppliers, parts sellers, gunsmiths, etc.) who are not involved in the international firearms business. National, State, and local businesses should not be burdened with the financial costs of unnecessary licenses, or the aditional regulatory and legal restrictions that apply to those who do business internationally rather than domestically. Furthermore, even international bsuinesses should have their legal and regulatory burdened lightened if doing so will facilitate American enterprise.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93n3-jrww
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0058
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Henry Blake

---

# General Comment

The United States does not suffer from the risk of small arms attack by an outside entity at this time. The release of this technology to the world will not threaten this country. Our business's need to be able to compete with the existing trade in arms without government restriction. Doing so will keep us on the advance edge of arms development. Please reduce this regulation to the greatest extent possible.
Thank you,
HLB

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93n9-udir
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0059
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The current rules have had a negative impact on my business for the last five years.

As a independent gunsmith I was required to be licensed as a manufacturer in order to perform certain repairs for customers.
As a licensed manufacturer I came under the U.S. State Department. Since I do not export or do work for foreign governments and simply cannot afford the $2200.00 annual licensing fee I have not engaged in the repairs that are considered manufacturing.

The US State Department's proposal to amend the International Traffic in Arms Regulations is a step in the right direction.
I would like to see a better clarification and distinction between "manufacturer" and "gunsmith."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93nd-25ak
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0060
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ed Weber

---

## General Comment

Eliminating the annual $2,250 fee required by the Department of States Directorate of Defense Trade Control (DDTC) should be approved. It makes no sense to impose this fee on U.S. gunsmiths who manufacture firearms and ammunition as small businesses.

DOSWASHINGTONSUP01626

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93nd-lf3l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0061
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Raymond Crawford

---

## General Comment

These regulations as currently applied cast a broad net that results in many small companies that do not
export anything being forced to pay a significant sum of money to an agency that should have no
oversight over domestic production of commercial firearms and firearms-related items. From the
perspective of people in the firearms and gunsmithing business, this is an unabashed power and money
grab by a huge agency with unlimited resources to crush any small company that does not comply with
these regulations as State Department has decided to interpret them. Large corporations could not care
less about more regulations and "fees" being imposed on them, they have deep pockets and armies of
compliance professionals. Small businesses do care greatly. Profit margins for many of these small shops
are meager to begin with. Once it was announced that very burdensome fees were going to be imposed,
many businesses closed. It was not worth the hassle and expense anymore. If the aim of these regulations
is to drive small companies out of business leaving only the big fish, this is being brilliantly executed.
Please apply some justice and logic to these regulations. Do not demand fees from companies that do not
export as they should be outside State Department's purview.

Thanks,

Raymond Crawford

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0062
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daniel Youkilis

---

## General Comment

As a close relative of someone murdered by an AR-15, I know that semi-automatic assault rifles have no civilian purpose. This proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms. These are weapons of war and their only civilian purpose is carnage. They must not be transferred to the Commerce Department control where they would not be given proper oversight.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93nu-ytb9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0063
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Logan  Ward

---

# General Comment

When I look at the ITAR regulations, I feel most of these regulations are unnecessary.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0064
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Im 60 years old and semi-retired. I operated a gunsmith shop in my early twenties but gave it up to better support my family. However, I always intended to go back to gunsmithing later in life. Finally that happened, I spent quite a bit of money that would have funded my retirement starting my business. I had a new building built, I bought and learned to use 3 manual lathes and a mill with the intention of getting a manufacturers FFL and making a few custom firearms a year, restoring and selling a few older firearms a year and doing general repairs. I figured I would make $5000 to $10,000 a year to supplement my retirement while doing a job my community needed. I probably spent $85,000 or so on my building, equipment and tools.

However, the Obama administration changed the interpretation of the ITAR rules and started requiring holders of FFL-07 licenses (manufacturing FFL) to send nearly $3000 per year to the state department in ITAR fees. This could well have been half or more of my yearly profits and meant I had to settle for a type 01 FFL and be a gunsmith only. At that time, as a gunsmith I could do nearly any repair, customization or improvement for a customer on his/her firearm but could not improve, customize or refinish a firearm and then sell it as that would make me a manufacturer. Although this wasnt the future Id worked towards for nearly 40 years, it was better than nothing.

Then, in July of 2016 the Obama administration again reinterpreted the existing rules and decided to bring virtually all the jobs gunsmiths do under the ITAR umbrella. This was obviously intended to bankrupt the nations gunsmiths, and, I suspect to chill pre-election free speech. It did not suppress my free speech but it did cause me to start turning away 90% of my potential customers. Under these rules refinishing firearms and replacing parts is about the only thing a gunsmith is now allowed to do. According to the 2nd Obama reinterpretation of the ITAR rules even making a screw or stock for a 150 year-old firearm could be interpreted as a violation.

Since these rules took effect in July of 2016 I dont believe I have made a monthly profit, even once. Threading barrels, customizing, making stocks, dovetailing sight groves, re-chambering, making obsolete parts and the like are all still banned to my knowledge. And, with the exception of the occasional

machine shop work, my three lathes and my mill are still idle.

I am again considering closing my shop because of this. My insurance alone is nearly a grand a year and Im not sure how long I can survive while waiting on this to be fixed. Please, lets get the State Department out of the gunsmith business and again allow a gunsmith to make and sell a few custom firearms a year without being bankrupted by ITAR.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93p7-gxey
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0065
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brad  Krug

---

## General Comment

Please reverse Obama's Executive order that makes small home based gunsmithing activities subject to the registration and tax payment of at least $1250 per year for activities as minimal as making a small spring. It was a last minute decision by Obama to put an un-affordable burden, defined as a tax on small business.
This order was unfair and unnecessary, and another overstep of authority by an anti-2nd amendment President.

Thank You

DOSWASHINGTONSUP01632

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0066
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Paul Washart

---

# General Comment

I oppose the proposed rule on gun exports because.Proposed rule treats semi-automatic assault rifles as non-military But US troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles & handguns, as well as of any larger caliber firearm. Many semi-automatic rifles are also easily converted to fully automatic. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate export of arms & would eliminate Congressional oversight for gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons which limits its ability to comment on related human rights concerns, as it recently did on the Philippines & Turkey. Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. In a September 15, 2017, letter, Senators Ben Cardin, Dianne Feinstein, & Pat Leahy explicitly noted that this move would violate Congressional intent & effectively eliminate Congress proper role. New rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the taxpayers will absorb the cost of reviewing applications and processing licenses not the gun exporters that benefit from these sales.
National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.
Rule would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. Transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database,

weakening enforcement against arms trafficking.

Rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. Unless corrected, the new regulations run the risk of effectively enabling 3D printing of firearms in US & globally. By eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could he State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

Proposed change will reduce transparency and reporting on gun exports by eliminating Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

This rule would transfer gun export licensing to an agency Commerce Department - whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

Firearms are used to kill a thousand people every day in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries. Export of these weapons should be subject to more controls, not less.

DOSWASHINGTONSUP01634

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0067
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** nan  logan

---

## General Comment

I am concerned that international gun sales might be proscessed through commerc rather than State. Please do what youcan to keep these sales under the State Department's perview.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93pq-gj42
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0068
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Heidi  Fox

---

## General Comment

I am in strong opposition to the proposed changes in the rules for international trafficking of arms. I was alerted to this proposed rule change by organizations who advocate for sensible gun control legislation domestically. Until we can agree on the definition and categorization of weapons designed for mass destruction and control their production and use domestically, we should not be modifying rules for the oversight of arms manufactured and distributed internationally. These rule changes are one of many ways that ordinary citizens who advocate for broader and stricter gun control are undermined by special interests who know where to target their efforts to relax the definition of weapons designed for war. In light of the recent efforts by the Justice Department to limit those seeking asylum from dangers in their homeland, the change in the rules is as much an immigration issue as it is an arms control issue.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0069
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Im 60 years old and semi-retired. I operated a gunsmith shop in my early twenties but gave it up to better
support my family. However, I always intended to go back to gunsmithing later in life. Finally that
happened, I spent quite a bit of money that would have funded my retirement starting my business. I had
a new building built, I bought and learned to use 3 manual lathes and a mill with the intention of getting a
manufacturers FFL and making a few custom firearms a year, restoring and selling a few older firearms a
year and doing general repairs. I figured I would make $5000 to $10,000 a year to supplement my
retirement while doing a job my community needed. I probably spent $85,000 or so on my building,
equipment and tools.

However, the Obama administration changed the interpretation of the ITAR rules and started requiring
holders of FFL-07 licenses (manufacturing FFL) to send nearly $3000 per year to the state department in
ITAR fees. This could well have been half or more of my yearly profits and meant I had to settle for a
type 01 FFL and be a gunsmith only. At that time, as a gunsmith I could do nearly any repair,
customization or improvement for a customer on his/her firearm but could not improve, customize or
refinish a firearm and then sell it as that would make me a manufacturer. Although this wasnt the future
Id worked towards for nearly 40 years, it was better than nothing.

Then, in July of 2016 the Obama administration again reinterpreted the existing rules and decided to
bring virtually all the jobs gunsmiths do under the ITAR umbrella. This was obviously intended to
bankrupt the nations gunsmiths, and, I suspect to chill pre-election free speech. It did not suppress my
free speech but it did cause me not to start turning away 90% of my potential customers. Under these rules
refinishing firearms and replacing parts is about the only thing a gunsmith is now allowed to do.
According to the 2nd Obama reinterpretation of the ITAR rules even making a screw or stock for a 150
year-old firearm could be interpreted as a violation.

Since these rules took effect in July of 2016 I dont believe I have made a monthly profit, even once.
Threading barrels, customizing, making stocks, dovetailing sight groves, re-chambering, making obsolete
parts and the like are all still banned to my knowledge. And, with the exception of the occasional

machine shop work, my three lathes and my mill are still idle.

I am again considering closing my shop because of this. My insurance alone is nearly a grand a year and Im not sure how long I can survive while waiting on this to be fixed. Please, lets get the State Department out of the gunsmith business and again allow a gunsmith to make and sell a few custom firearms a year without being bankrupted by ITAR.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93qd-m69y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0070
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Maria Carla Condori Bazan

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries. The export of these weapons should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93qr-gnfz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0071
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Diane Pasta

---

# General Comment

I am Diane Pasta, a Quaker (Religious Society of Friends). As a person of faith and a citizen of the US, I am concerned about gun violence and militarization, which makes everyone less safe.
I oppose the proposed rule for the following reasons:
1. The proposed rule treats semi-automatic assault rifles as "non-military." But many state and non-state groups use semi-automatic rifles in armed conflicts. We should prohibit civilian possession of semi-automatic rifles and handguns, and larger caliber firearm. Semi-automatic rifles are easily converted to fully automatic firearms. These weapons have substantial military utility,so transfer of these firearms to Commerce Dept.control is inconsistent with Congressional attempts to regulate the export of arms.
2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons, limiting its ability to comment on related human rights concerns. Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress' proper role.
3. The switch from State to Commerce will mean that the brokers and financiers who arrange shipments of semiautomatic firearms will no longer have a statutory requirement to register and obtain a license, increasing risk of trafficking.
4. The rule reduces end-use controls for gun exports. It would eliminate the State Department's Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Government's information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.
5. End-use controls are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporter's history. But the transfer of licensing to Commerce will remove new exporters and brokers from the State Department database, weakening enforcement against arms trafficking.
6. The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of weapons. We can't have everyone with access to a 3D printer, anywhere, entitled to

DOSWASHINGTONSUP01640

produce a lethal weapon. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms. It is effectively eliminating many means to do background checks on domestic sales and end-use controls on international exports.

7. The Commerce Department does not have resources to enforce export controls, even before the addition of 30,000 firearms export licenses as a result of this rule predicted by Commerce. The BIS's enforcement office, with no staff in many parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

8. The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

9. This rule would transfer gun export licensing to an agency - the Commerce Department - whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

10. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control are weapons of choice for criminal organizations in countries that have increased violence. The export of these weapons should be subject to more controls, not less.

Thank you for the opportunity to comment on this important matter.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0072
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michele Hunn

---

# General Comment

As a parent and member of the Radnor Network to Prevent Gun Violence, I am against this proposed rule. This group was formed by a group of parents after the Parkland terrorist attack who want to help reduce gun violence. Exporting these dangerous weapons is not something we should do. There is too much gun violence in America and it is much safer in other democratic countries in Europe and Asia. And we don't need these weapons to be used against our soldiers and other citizens overseas.

I oppose the proposed rule for the following reasons:

Treats semi-automatic assault rifles as "non-military", despite their use by U.S. troops, their use by state and non-state groups in armed conflicts, and their prohibition for civilian possession in many countries.
Eliminates Congressional oversight for important gun export deals.
Transfers the cost of processing licenses from gun manufacturers to taxpayers.
Removes statutory license requirements for brokers, increasing risk of trafficking.
Reduces or eliminates end-use controls, such as State Dept's Blue Lantern program, and by eliminating registration of firearms exporters, a requirement since the 1940s.
Enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.
The Commerce Department does not have the resources to enforce export controls, even now.
Reduces transparency and reporting on gun exports.
Transfers gun export licensing from agency with mission to promote stability, conflict reduction, and human rights, to an agency with mission to promote trade.
Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

Please see attached for more detail.

Thank you for your consideration.

DOSWASHINGTONSUP01642

# Attachments

Oppositon to Gun Exports

Also I oppose the proposed rule for the following reasons:

-The proposed rule treats semi-automatic assault rifles as "non-military." But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

-The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[2] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress' proper role.

-The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government — i.e., taxpayers — will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.[3]

-The rule reduces end-use controls for gun exports. It would eliminate the State Department's Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Government's information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators. End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporter's history whenever a

manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

-The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is unlikely to make the same argument once those weapons are transferred to their control. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

-The Commerce Department does not have resources to enforce export controls, even before the addition of 10,000 firearms export license applicants as a result of this rule predicted by Commerce.[4] The BIS's enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

-The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

-This rule would transfer gun export licensing to an agency – the Commerce Department – whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries.[5] The export of these weapons should be subject to more controls, not less.

Michele Hunn

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93r1-7vsh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0073
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Samuel

---

## General Comment

I enter this comment in strong support of the rule changes as it would help small manufacturers and individuals innovate and develop technologies and products to make firearms safer, less expensive, more tailored to individual uses/needs, and of better overall quality. The current rules are stagnating individuals that wish to develop ideas in relation to firearms through intentionally burdensome fees and application structures in an attempt to weaken the firearms industry's best source of ideas. Americans sitting at their workbench at home that see a need and fill a need. I would also ask that the rules on suppressors be relaxed in this process as well if possible as they offer no military or tactical advantage and are merely hearing protection devices, the equivalent to the muffler on a car, that protect Americans from injury, not improvements to the function or performance of any firearm as opponents have falsely stated for too many years. Thank you for considering this comment and pushing forward the rule changes.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0074
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Phil  Steinschneider

---

# General Comment

Amendments to the International Traffic in Arms Regulations are very welcome. As a Type 01 Federally
Licensed Firearms dealer, our company has been waiting for this change to happen for several years. It
will allow us to expand our operations into manufacturing and export, which will potentially make it
possible for us to create new jobs and new opportunities for workers within our company, as well as the
various vendors that supply us.

On the other hand, several proposed changes fall short of what we were expecting.

Why are suppressors not being placed on the CCL? These are in common use throughout the United
States and in Europe. In some European countries, silencers are not regulated at all, or much less
regulated than in the US. Put suppressors on the CCL in order to stimulate innovation among US-based
manufacturers. This makes even more sense if suppressors are eventually removed from the National
Firearms Act, which is quite possible in the future.

Although automatic weapons are no longer in common use by civilians, this is only due to the Hughes
Amendment of the Firearm Owners Protection Act of 1986. This amendment has never been challenged,
but is certainly unconstitutional.

It makes no sense to continue leaving firearm technologies that have been around for over 100 years
under ITAR. This appears to be a political decision rather than a logical one. Move common automatic
weapons to the CCL.

Due to their heavily-regulated nature, automatic firearms will be still difficult to export. Leaving them
under ITAR will only hurt the US, as it will continue to constrain less well-heeled small arms
manufacturers, who might develop the next Thompson SMG, M1 Garand, or M16. Does no one wonder
why automatic firearm technology has been at a standstill essentially for over 60 years?

All of Category I should be moved to the CCL. Items of likely greater concern fall under Category II and
Category III. The revisions to those sections will of course depend on the items enumerated in the

changes.

As a Type 01 FFL, we are looking forward to these reforms in order to acquire a Type 07 license. Because we are a small concern, the ITAR fee has have been a barrier to entry for us. We will still feel constrained by the omission of suppressors and commonly-available automatic weapons from these changes, however. If these had been placed on the CCL, we would have become a Type 07/SOT. Under the current proposal, an 07/SOT will be required still to pay the ITAR fee.

These rules have always been complex, so simplification and clarification are appreciated. Those who would violate them will do it despite these regulations, however. The only companies that benefit from any remaining complex technologies not moved to the CCL are those with the capital and resources to hire entire compliance departments at the expense of productive activity. The time and money wasted complying with ITAR could be so much more effectively used for the development of new technologies and new jobs for Americans.

Nonetheless, these changes are certainly welcome, and will go a long way to help make the American defense industry more competitive in the worldwide defense article marketplace.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93rk-qnru
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0075
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** peter  dobrzanski

---

## General Comment

Small arms and the term 'manufacturing' should be removed from ITAR control. As a gunsmith it has adversely effected my business as to what I can and can not do. For some unknown reason, in the eyes of ITAR regulations, I was considered to be a 'manufacturer' on the world stage allegedly exporting war items to other countries. When in fact, I was just threading muzzles for hunting rifles.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93rm-vbr3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0076
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Massa

---

## General Comment

Please do not give up your responsibility for overseas gun sales to the commerce department. This makes absolutely no sense at all unless we want to become known as the United States of weapons profiteers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93se-4nuj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0077
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Alexa  Tomassi

---

# General Comment

To: Secretary of State Mike Pompeo
Secretary of Commerce Wilbur Ross

We urge you to reverse the proposed regulations that will make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

Sources:
[1] The Washington Post, "The Trump administration wants to make it easier to sell U.S. guns abroad. Here's what you need to know" June 4, 2018. https://www.washingtonpost.com/news/monkey-cage/wp/2018/06/04/the-trump-administration-wants-to-make-it-easier-to-sell-u-s-guns-abroad-heres-what-you-need-to-know/?utm_term=.cdb39dd2a669
[2] Salon, "U.S. gun industry wants a bigger piece of the world's arms trade," June 1, 2018. https://www.salon.com/2018/06/01/u-s-gun-industry-wants-a-bigger-piece-of-the-worlds-arms-trade/

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sg-lbtv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0078
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henry Fairman

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01652

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sg-etzf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0079
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Amy Welsh

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

As gun violence continues to tear lives apart at an alarming rate, we need tougher gun controls now more than ever. The U.S. needs to be proactive in their approach, especially when global security is such an issue. At this point, we're not even being reactive.

DOSWASHINGTONSUP01653

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sg-mdrh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0080
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine Dru

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0081
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lauren Bopp

---

## General Comment

Export license oversight for firearms should remain with the State Department. The proposed rule to move it to Commerce is short-sighted and will only aggravate the crisis we have in this country surrounding firearm deaths. We also must not take away valuable tools that law enforcement have to fight organized crime and terrorism across borders.

I also strongly oppose transferring the cost of processing licenses from gun manufacturers to taxpayers and removing blocks on the 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. This rule only makes sense if you put the profits of gun manufacturers ahead of public safety and the safety of our police and border agents--in other words, no sense at all.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sg-mq0o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0082
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** melissa mellen

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-bcpo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0083
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gerald MacKay

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-duam
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0084
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-x9j5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0085
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-zbl9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0086
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Abigail B Sivan

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-hsjd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0087
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mary Ann O'Connor

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer. More people are being killed and/or terrorized by these weapons. We need to seek a more peaceful world, and this proposal will work against that effort.

Thank you for considering this.

Mary Ann O'Connor

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-6gbp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0088
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chris Jones

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01662

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-u7m9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0089
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** JAMES BANNERMAN

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sh-fqfi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0090
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ray Valek

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93si-n5bt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0091
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leslie Chain

---

## General Comment

That sounds right. Profit from exporting mass murder everywhere.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93si-fgat
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0092
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bill Miller

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sj-1q37
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0093
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Todd P Silverstein

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sj-g89l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0094
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

So the U.S. is another arms dealer, which used to be outlawed?!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sj-myxq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0095
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  StJohn

---

## General Comment

Please, please, please do not transfer oversight of foreign non-military gun sales from the State Department to
the Commerce Department. If we are worried about violent immigrants arriving on our shores, let's don't arm them
before the get here! And if we won't support asylum requests for immigrants, let's don't arm their tormenters in their
home countries. If ever there were an issue that is directly related to homeland security, it is this. And thus not an issue
rightly placed in the purview of the Commerce Department. Moreover, the whole initiative seems a transparent effort by
the gun lobby to increase profits in the industry without regard to public safety. And finally, let's be clear, in no way do I
believe that semi-automatic weapons are not and should not be classified as civilian weapons. I am strongly opposed to
this proposal -- ID: DOS-2017-0046-0001. And we are watching what happens closely.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sk-g1vs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0096
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Ayelet Leibovitch

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

Thank you for your time.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sk-thnx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0097
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Gartner

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sk-ssdr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0098
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Follman

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sk-ek1x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0099
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Dan Abrams

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sl-m5j0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0100
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debra Aycock

---

## General Comment

I OPPOSE moving export license oversight for firearms from the Department of State to the Department of Commerce.

The proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sl-dobh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0101
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Pagano

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93sl-pl1o
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0102
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sn-b0ej
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0103
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-
military firearms exports from the State Department to the Commerce Department. This proposed rule
has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly
domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports
Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports).
NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far
more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over
national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of
$1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic
assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones
from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to
hold your leadership accountable for the resulting bloodshed that occurs globally. That will include
advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0104
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rainer Gades

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t2-ga1d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0105
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Marsha  Olsen

---

# General Comment

Please reverse the proposed regulations that will make it easier to export semi-automatic weapons and ammunition. We should not eliminate Congressional oversight of these sales. There is a reason that we need Congressional oversight in order for ALL American voices to be heard. We must not weaken end-use controls and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, particularly in our schools. We must not be partly responsible for killings of innocents in other countries. U.S. export controls for weapons used in violence should be made stronger, not weaker.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93t3-1u0w
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0106
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James DeJager

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t5-5on7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0107
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** matthew cazier

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.
Thank you,

Matthew Cazier, RN, BSN, CCRN
TSICU, HMC
206-744-3510
mcazier@uw.edu

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t6-yp9t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0108
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Naya Fross

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t7-25xg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0109
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Driscoll

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t9-xltr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0110
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Paula  Claycomb

---

# General Comment

I urge you to pass the proposed rule to restrict the sale of bump-fire stocks, like those used in the Las Vegas massacre. Please do so. No civilian in the US needs to use bump stocks!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tg-dilz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0111
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn Liesy

---

## General Comment

I am not in favor of loosening regulations!

DOSWASHINGTONSUP01685

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ta-ea17
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0112
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** ALBERT FOER

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01686

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sn-8fir
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0113
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlene Bressler

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0114
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** beth bennett

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0115
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sp-hhrz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0116
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alice  Gelman

---

## General Comment

Hi, my name is Alice and I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other "conversion devices" that enable semiautomatic weapons to mimic automatic fire, qualify as "machineguns" under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as "bump-fire stocks." These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar "conversion devices" that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of "machinegun" under the National Firearms Act of 1934. And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

Thank you,
Alice

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93sp-yc97
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0117
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Claudia Reyes

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01691

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t4-xk7o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0118
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Zitzman

---

## General Comment

to: The US Department of State
re: Proposed Rule: International Traffic in Arms Regulations, US Munitions List Categories I, II, and III

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

Sincerely,
Robert Zitzman

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t4-l1nc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0119
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Castner

---

## General Comment

Kindly accept this comment in strong opposition to this proposed Rule. Among other reasons, liberalizing the export of firearms to foreign countries may allow terrorists to have easier access to firearms without sufficient foreign safeguards in place. If the U.S. government were to allow the gun industry to experience substantial profits due to this rule change at a minimum it should secure assurances & best practices from gun manufactures to keep US citizens safer such as assurances against sale of firearms to retailers with a record or suspicion of gun trafficking.

DOSWASHINGTONSUP01693

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t6-mvv3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0120
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

Thank you, Margaret MacDonald

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tf-2aos
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0121
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Benedek Nyikos

---

## General Comment

The United States should be passing stricter gun control laws, not attempting to make it easier to distribute weapons of war abroad. Our nation should not be making the world less safe by putting dangerous weapons in civilian hands.

DOSWASHINGTONSUP01695

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93t7-o2d7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0122
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brian Pushic

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tj-x7kh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0123
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Bruce  Olsen

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tt-37wb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0124
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Eric Milgram

---

# General Comment

I am strongly opposed to this proposed rule change. The USA has the highest homicide rate among its industrialized peers, and more than 70% of those homicides are committed with legally purchased firearms that are mass marketed as a consumer product here in the USA. Furthermore, military patterned rifles, such as the civilian version of the AR-15 are essentially street legal versions of the rifles carried by our soldiers into battle. These rifles are preferred by mass killers because of their inherent characteristics that were specifically designed to make soldiers more lethal.

The State Department is much better equipped than the Commerce Department to oversee small arms exports. Transferring this important oversight function to the Commerce Department will export America's severe gun problem to other nations, with the only benefit being increased profits for America's firearms industry.

REFERENCES
1. Elinson Z, Avila JD. AR-15 Model Rifle Again Used in a Mass Shooting. Wall Street Journal [Internet]. 2018 Feb 16 [cited 2018 Feb 16]; Available from: https://www.wsj.com/articles/ar-15-model-rifle-again-used-in-a-mass-shooting-1518741842

2. Latest US mass shootings all have something in common. South China Morning Post [Internet]. 2018 Feb 15 [cited 2018 Feb 16]; Available from: http://www.scmp.com/news/world/united-states-canada/article/2133459/latest-us-mass-shootings-all-have-something-common

3. Truesdell J. The Controversy Surrounding the AR-15 Rifle Used In Florida Mass Shooting. PEOPLE.com [Internet]. 2018 Feb 15 [cited 2018 Feb 16]; Available from: http://people.com/crime/florida-school-shooting-ar-15-rifle-controversy/

4. Rogers B. Why The AR-15 Is The Weapon Of Choice For Mass Shooters [Internet]. 2018 [cited 2018 Feb 16]. Available from: http://dfw.cbslocal.com/2018/02/15/why-the-ar-15-is-the-weapon-of-choice-for-mass-shooters/

5. Pearce M. Latest mass shootings all have AR-15 in common. The Seattle Times [Internet]. 2018 Feb 15 [cited 2018 Feb 16]; Available from: https://www.seattletimes.com/nation-world/latest-mass-shootings-all-have-ar-15-in-common/

6. Matt Pearce. The latest, most serious mass shootings all have something in common the AR-15. Pittsburgh Post-Gazette [Internet]. 2018 Feb 15 [cited 2018 Feb 16]; Available from: http://www.post-gazette.com/news/nation/2018/02/15/The-latest-most-serious-mass-shootings-all-have-something-in-common-the-AR-15/stories/201802140244

7. Cummings W, Jansen B. Why the AR-15 keeps appearing at America's deadliest mass shootings. USA TODAY [Internet]. 2018 Feb 15 [cited 2018 Feb 16]; Available from: https://www.usatoday.com/story/news/nation/2018/02/14/ar-15-mass-shootings/339519002/

8. Aric Jenkins. Many Mass Shootings in America Have 1 Thing in Common: AR-15 Rifles. Time [Internet]. 2018 Feb 15 [cited 2018 Feb 16]; Available from: http://time.com/5160355/ar-15-rifle-florida-parkland-school-shooting/

9. McCray R. Why Are Mass Shootings an 'Exceptionally American Problem'? TakePart [Internet]. 2016 Aug 25 [cited 2016 Jun 22]; Available from: http://www.takepart.com/article/2015/08/25/mass-shootings-america

10. Meghan O'Dea. What Makes the AR-15 So Appealing to Mass Shooters? Fortune [Internet]. 2016 Jun 13 [cited 2018 Feb 16]; Available from: http://fortune.com/2016/06/13/ar-15-mass-murderer-link/

11. Follman M. The data is chilling: America's mass shooters are now using weapons of war. Mother Jones [Internet]. 2016 Jun 13 [cited 2016 Jun 19]; Available from: http://www.motherjones.com/politics/2016/06/mass-shooters-assault-weapons-orlando

12. Lankford A. UA Research Reveals U.S. Has Disproportionate Amount of World's Mass Shootings [Internet]. University of Alabama News. 2015 [cited 2016 Jun 22]. Available from: https://www.ua.edu/news/2015/08/ua-research-reveals-u-s-has-disproportionate-amount-of-worlds-mass-shootings/

13. Prupis N. Mass Shootings Dubbed the "Dark Side of American Exceptionalism" [Internet]. Common Dreams. 2015 [cited 2016 Jun 22]. Available from: http://www.commondreams.org/news/2015/08/24/mass-shootings-dubbed-dark-side-american-exceptionalism

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tv-aq4j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0125
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles Rice

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tv-u8yc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0126
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Charles Rice

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93tx-h1wa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0127
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0128
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Dianne Celuch

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93u0-54wj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0129
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** ALEXANDRA DRISCOLL

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93u3-ftql
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0130
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nick Politzki

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-4htr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0131
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sam Todd

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-3fv1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0132
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kate Sherwood

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-ktcz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0133
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Meredith West

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-riym
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0134
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Shawn Lyon

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0135
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Carla Tischio

---

# General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other "conversion devices" that enable semiautomatic weapons to mimic automatic fire, qualify as "machineguns" under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as "bump-fire stocks." These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar "conversion devices" that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of "machinegun" under the National Firearms Act of 1934. And then Congress must act as well to ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

I also am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad

by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-nlh9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0136
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tom Nulty

---

## General Comment

I am writing in strong opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-tns0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0137
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Margaret Silvers

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01713

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-lsq5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0138
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl Martin

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-95vf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0139
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frances Melott

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-d6lk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0140
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chuck Graver

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01716

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0141
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Robert  Brinkerhoff

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0142
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gaya Covington

---

## General Comment

I am writing in absolute opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

I also feel that bump stocks should be made illegal!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-u8wg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0143
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Armando A. Garcia

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

Thank you for your time and consideration...much appreciated.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-j0pu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0144
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dawn Tripp

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-oa09
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0145
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** BrendaLee Lennick

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer. #MomsDemandAction #StudentsDemandAction #VeteransForPeace #EnoughIsEnough

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-rf1g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0146
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Christine Morrissey

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-rjx3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0147
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Amanda Cordano

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer. Nobody needs these firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-vv01
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0148
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JL Angell

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-t9pk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0149
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Maija Schaefer

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

I am also concerned that the proposed rule will eliminate Congressional oversight for important gun export deals; transfer the cost of processing licenses from gun manufacturers to taxpayers; and, enable unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This a very serious issue, and should be subject to more safety considerations, not fewer. It should remain under the jurisdiction of the department with the most relevant knowledge and experience.

Thank you for the opportunity to comment.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-wo1m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0150
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peggy Kocoras

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military" -- even though US troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also eliminates Congressional oversight for important gun export deals, transfers the cost of processing licenses from gun manufacturers to taxpayers, and enables unchecked gun production in the US and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and lacks the resources to adequately enforce export controls.

Although the current administration views everything on earth as a commodity, some things should not be for sale. Those include semiautomatic weapons. Congress giving up oversight of weapon exports is an abrogation of their responsibilities.

DOSWASHINGTONSUP01726

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93uf-1ek4
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0151
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gabrielle New

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-4x71
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0152
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linval DePass

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0153
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Linda  Bronstein

---

# General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other "conversion
devices" that enable
semiautomatic weapons to mimic automatic fire, qualify as "machineguns" under the National Firearms
Act and are generally
illegal to possess. In the absence of immediate action by Congress, ATF should finalize its proposed rule,
clarifying that
conversion devices like bump-fire stocks are included in the definition of "machinegun" under the
National Firearms Act of 1934.
And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public
safety by designing
devices that imitate machine guns and subvert the law. The continued presence of these dangerous
devices puts all of our
communities at risk and both Congress and ATF must take action quickly to address this threat.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-5b6z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0154
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denise Berry

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-5jrt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0155
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Reiter

---

## General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other "conversion devices" that enable semiautomatic weapons to mimic automatic fire, qualify as "machineguns" under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as "bump-fire stocks." These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar "conversion devices" that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of "machinegun" under the National Firearms Act of 1934. And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

I remember hearing the machine guns were outlawed so why should we allow a way around this law?

Thank you.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93uf-9dzn
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0156
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Bronstein

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of
Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that
U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in
armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates
Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to
taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of
firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency
with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which
lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism,
and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0157
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-wkjo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0158
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01734

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-iq5r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0159
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Corey E. Olsen

---

## General Comment

I oppose moving export license oversight for firearms from the USA Department of State to the USA Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that USA government troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the USA and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to reportedly kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-e8jn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0160
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Richardson

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uf-tjow
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0161
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret A Go

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-x2se
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0162
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James McMurtrey

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-2v77
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0163
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michael Lewandowski

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-6itx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0164
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marian Heidel

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

DOSWASHINGTONSUP01740

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-ht6o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0165
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Angelo Ioffreda

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military" and just another export product, which they most definitely are not. U.S. troops routinely use their weapons in semiautomatic mode. Semiautomatic weapons are used by state and non-state groups in armed conflicts, by drug traffickers and criminal organizations, and the civilian possession of such weapons is prohibited in many countries. The sale of semiautomatic weapons is not a simple commercial transaction.

This misguided proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. The proposed rule also eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-6u1n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0166
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dana  Tomasello

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-knca
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0167
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gary Collins

---

## General Comment

The national interest of the U.S. is not well served by moving export license oversight for firearms from the Department of State to the Department of Commerce because the wider and less restricted distribution of essentially military weaponry is inimical to the promulgation of international peace and civilian safety, or suppression of misuse of firearms by state and individual actors. The proposed rule change treats semiautomatic assault rifles as "non-military" despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, such weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-29u0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0168
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip Shook

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-8bce
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0169
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tim Fleischer

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0170
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jenna Riggs

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military."

This is clearly what gun manufacturers want to increase sales. Nothing more. Moving the license oversight would be rewarding big donors including the NRA at the cost of human life. Please have a conscience, think beyond profit, and do not reduce oversight of firearms in this way.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-sy9v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0171
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg Collins

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0172
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Grady Warren

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-vg0h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0173
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erik McWilliams

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as "non-military." This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-qgug
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0174
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I am writing to STRONGLY oppose moving export license oversight for firearms from the Department of State to the Department of Commerce.

Guns sold for profit contribute to violence around the world as well as in our own country. The US government should be making it MORE difficult to manufacture and export weapons. EVEN if sold to so-called 'friends' of the administration, many end up in the hands of those who use them against American citizens and other innocent people.

Under the proposed rule change semiautomatic assault rifles are treated as non-military. This, despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, despite the fact these weapons are used by state and non-state groups in armed conflicts, and despite the fact the civilian possession of such weapons is prohibited in many countries.

The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is not and WILL NEVER BE acceptable as the end result of a business model.

Firearms, guns ammunition and related article MUST be subject to more controls, NOT fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0175
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin Conway

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-rf1q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0176
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Susan Porter

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-c9dx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0177
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Weiner

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01753

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-cxfd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0178
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlene  Stalter

---

## General Comment

The proposal weakens controls over semiautomatic assault weapons, .50 sniper rifles, high-capacity ammunition magazines and it may deregulate 3D printing of guns. It could also weaken controls on gun imports.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-lc46
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0179
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Ayres

---

## General Comment

To: Secretary of State Mike Pompeo
Secretary of Commerce Wilbur Ross

We urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition,
eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere.
We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack
hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence
should be made stronger, not weaker.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-t2yd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0180
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** steve  shap
**Organization:** Road Scholars International

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0181
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Talbot

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce and any move that reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. Please don't.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-lis7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0182
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Todd Hartman

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-qhql
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0183
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Randy Harrison

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-319c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0184
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-g9x8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0185
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Nancy Gregory

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ug-1lc8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0186
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Natalie Sivak

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01762

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-o7ay
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0187
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  A Clark Jr

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-f1ez
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0188
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Matthew Nugent

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-tbv1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0189
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Belknap

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01765

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-lday
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0190
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Colleen Wilkinson

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-qu6e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0191
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Richard Thorne

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-lya5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0192
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Fred Granlund

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-cha1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0193
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michele Biggane

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01769

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-qbdr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0194
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gary Sackett

---

## General Comment

I am writing to oppose the proposal to move the oversight of the firearms export license from the State Department to the Commerce Department. Semiautomatic assault rifles are simply not non-military weapons and their export should remain under the oversight of the State Department. Further, the elimination of Congressional oversight enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

This proposal has been designed by the NRA and the gun manufacturers as a blatant attempt to profit by spreading lethal weapons to a world that needs to reduce the weapons of of violence, not increase them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-z1wb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0195
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William Schultz

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-auxf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0196
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Bristow

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-1972
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0197
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mary Bristow

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

DOSWASHINGTONSUP01773

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-8mz8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0198
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michelle Skinner

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of
Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that
U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in
armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates
Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to
taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of
firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency
with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and
which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism,
and human rights violations. They should be subject to more controls, not fewer.

Thank you,

DOSWASHINGTONSUP01774

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-qa13
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0199
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Norman  Traum

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-54dv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0200
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jean Hartnett

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uh-gmkr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0201
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexander Honigsblum

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

DOSWASHINGTONSUP01777

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0202
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other conversion devices that enable semiautomatic weapons to mimic automatic fire, qualify as machineguns under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as bump-fire stocks. These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar conversion devices that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of machinegun under the National Firearms Act of 1934. And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

I'm not sure why we even have to petition for this common sense measure. PLEASE DO THE RIGHT THING!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-s9j0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0203
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erica Kaplan

---

## General Comment

I strongly oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0204
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Molly Beard

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-vhwj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0205
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Iltis
**Organization:** N/A

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-gqgk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0206
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kerry  Bonner

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-f20j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0207
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Susan Osada

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-h1k3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0208
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Raby

---

## General Comment

The last thing we need to do is militarize the Commerce Department as a means of promoting the global arms trade. The world is already awash in weapons, and selling more will only increase the odds that some will never the black market, where terrorists will buy them. This decision will haunt us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-ikjd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0209
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Elaine Donovan

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

DOSWASHINGTONSUP01785

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ui-wao7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0210
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** John Raby

---

# General Comment

The last thing we need to do is militarize the Commerce Department by putting arms sales there. Already, there are too many military-grade weapons in the world, with the accompanying danger that they will flow into the black market, where terrorists will find them. This is an enormously destabilizing idea that will come back to haunt us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uj-uy3e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0211
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Donohue

---

## General Comment

I am opposed to moving export license oversight for firearms from the Department of State to the
Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-
military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode,
these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of
such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional
oversight for important gun export deals; transfers the cost of processing licenses from gun
manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by
removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun
exports and transfers gun export licensing from an agency with a mission to promote stability, conflict
reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources
to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime,
political violence, terrorism, and human rights violations. They should be subject to more controls, not
fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uj-gruc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0212
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Ameesh Anonymous

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01788

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uj-g8u2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0213
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carole Plourde

---

## General Comment

I oppose moving oversight for overseas arms and munitions sales from the Department of State to the Department of Commerce. If anything we should be selling less weaponry overseas because it will eventually come back to hurt one of our soldiers overseas or wind up in the hands of terrorists.

No more weapons sales to create more havoc and misery in countries across the globe.

Do not give the Department of Commerce the oversight mandate on weapons and munitions. Their mission is to push American goods overseas and not foreign policy.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uj-2dka
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0214
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christian Biondi

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uj-7h9w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0215
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jonathan Griswold

---

## General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other conversion devices that enable semiautomatic weapons to mimic automatic fire, qualify as machineguns under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as bump-fire stocks. These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar conversion devices that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of machinegun under the National Firearms Act of 1934. And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uj-nbqd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0216
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victor Escobar

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01792

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uk-r44x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0217
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Dan  Wicht

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uk-zhyr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0218
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kayla Stephens

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uk-h8s3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0219
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane Black

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01795

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uk-mtyw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0220
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane Black

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0221
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alissa Sollitto

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of
Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact
that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state
groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing
licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by
removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and
transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an
agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence,
terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uk-gfmp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0222
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maureen  Shea

---

## General Comment

I respectfully ask that changes not be made in the present regulations regarding exporting of semi-automatic weapons and ammunition abroad. With all the illegal arms now circulating in the world, the U.S. should be trying to reduce not add new firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ul-nxfm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0223
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ul-hwwp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0224
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MARGARET M HODSOLL

---

## General Comment

I am against transferring International Traffic in Arms Regulations from the State Dept. to the Commerce Dept., nor to I want to see our gun culture spread to other countries.

DOSWASHINGTONSUP01800

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93ul-fe3b
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0225
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Hilton

---

## General Comment

To: Secretary of State Mike Pompeo
Secretary of Commerce Wilbur Ross

We urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ul-e1li
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0226
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne Pavlic

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ul-3kkv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0227
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Harper

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ul-19cm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0228
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy knipe

---

## General Comment

Guns should be regulated by the Department of State, not the Dept of Commerce. This is not a case of commerce, but of the availability of weapons that are only meant to kill other humans at outrageous rates. I believe in more control over firearm sales and distribution. If anything we need to use our resources to curtail the purchase and sale of firearms. Some how we have become the United States of the NRA.

Bumpstocks are another egregious affront to the health and welfare of this country's citizens. BAN THE SALE OF BUMPSTOCKS at the very least.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93um-cybo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0229
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kim  Duncan

---

## General Comment

I am writing in strong opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93un-iv42
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0230
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark Koritz

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93un-8bxo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0231
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sharon Fetter

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01807

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93un-v5vb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0232
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cinda  Johansen

---

# General Comment

This is an emergency and all the children of the USA are in danger of being murdered. We all should and must stop the sale of assault weapons, bump stocks and high volume magazines in this country. Amendment rights are not being stepped on and the proof is the amount of guns(all types) compared to the number of people with these weapons is a small part of our population. Please think of our children.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93un-e4yi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0233
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** James Cunningham
**Organization:** Guitar Instruction

---

# General Comment

I am writing in strong opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.
The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. This change defies sound reasoning, Aristotelian logic, and common sense to place the baseness of greed above global public safety.
Firearms are used to kill thousands of people every day around the world in acts of organized crime, street crime, political violence, terrorism, and myriad human rights violations. They should be subject to more controls, not fewer. Humanity deserves to be free from the threats posed by deranged, greedy, corrupt individuals like those responsible for proposing this absurd change.

Thank you for considering my comments.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0234
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JL Mulligan
**Organization:** Retired

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0235
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deirdre Henderson

---

## General Comment

THIS IS A REALLY BAD! IDEA! MOVING EXPORT LICENSE OVERSIGHT FOR FIREARMS TO THE COMMERCE DEPARTMENT IS A VERY BAD IDEA! ARE YOU ALL CRAZY??? ARE YOU SO AFRAID OF THE NRA THAT YOU DO THEIR BIDDING? DO THEY REALLY OWN YOU? HAVE YOU NO MORAL COURAGE? YOUR MOTHERS WOULD NOT BE PROUD OF YOU!!!

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uo-xn63
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0236
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jody Gibson

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93uo-5kvb
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0237
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Olson

---

## General Comment

Semiautomatic weapons are weapons for the military and should be carefully controlled. How many mass shootings are we to endure while the NRA profits from the deaths of innocent people here?

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uo-8m1y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0238
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donna Leslie-Dennis

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uo-185d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0239
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeffrey Starr

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93up-s2ve
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0240
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Celeste Hong

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93up-8mdd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0241
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Becca Greenstein

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State
to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as
non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic
mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian
possession of such weapons is prohibited in many countries. The proposed rule also: eliminates
Congressional oversight for important gun export deals; transfers the cost of processing licenses from
gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad
by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on
gun exports and transfers gun export licensing from an agency with a mission to promote stability,
conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the
resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime,
political violence, terrorism, and human rights violations. They should be subject to more controls, not
fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93up-nwwh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0242
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Marilyn Thompson

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93up-dy1g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0243
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Kingston

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93up-ezlj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0244
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jon Berg

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uq-8u6q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0245
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Dryer

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

DOSWASHINGTONSUP01821

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uq-5jj6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0246
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Paul West

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uq-4dfx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0247
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kevin Rolfes

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93ur-a7h3
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0248
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** JeVerna Haynes

---

# General Comment

No, no, no! I'm sick of every thing in this country being about making money, instead of about the safety of our people.
I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. This should not be a matter for Commerce, and must require Comgressional oversight.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ur-u2tk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0249
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Irene Vecchio

---

## General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other conversion devices that enable semiautomatic weapons to mimic automatic fire, qualify as machineguns under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as bump-fire stocks. These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar conversion devices that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of machinegun under the National Firearms Act of 1934. And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93us-c21a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0250
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Nancy  Balassi

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93us-1l76
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0251
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard Bunting

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the
Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.
This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used
by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many \
countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost
of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and
exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on
gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction,
and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce
export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence,
terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01827

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93us-5b52
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0252
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Caitlyn Geist

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uu-dqzn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0253
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Felicity Figueroa

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01829

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uw-dv70
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0254
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sara Casey

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. Semiautomatic assault rifles are used in many conflicts around the world, most of whose victims are civilians. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uy-gmhs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0255
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanne Grossi

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93uz-2gfn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0256
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bebe McCarthy

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v0-71um
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0257
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill Nicholas

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v1-i41g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0258
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John Wienert

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v2-zfwb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0259
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ellen  Jaramillo

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

Semiautomatic assault rifles are not sporting or hunting rifles, and not meant for commercial hunting, so they should
not be governed by the Department of Commerce.
U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state
groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. Semiautomatic
assault rifles are used in military settings and therefore these types of firearms export license oversight should remain
with the Department of State.

The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting
on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction,
and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce
export controls. Semiautomatic assault rifles usage by private citizens results in increased crime, violence, family accidents,
and mass murder, and should be subject to more federal government controls, not fewer.

Please do not move export license oversight for firearms from the Department of State to the Department of Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v2-ntqg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0260
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christina Banuelos

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v2-592d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0261
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Maisel

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v3-tcl1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0262
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Florence Miller

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v4-ynlx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0263
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allen Royer

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer." Thank you. Allen Royer

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0264
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Heather Calvert

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v4-1b8n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0265
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military, despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill thousands of people around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0266
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Quincy Scott

---

# General Comment

I strongly oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v6-hn4u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0267
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda Shapiro

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v6-2xxu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0268
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amanda Santmyer

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v6-makd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0269
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin  Anonymous

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v6-4qgv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0270
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Meghan Blydenburgh

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v6-vtb7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0271
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Hornig

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01847

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-lf1g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0272
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hollye Dexter

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0273
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila Crane

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

Such a categorization does not reflect reality. U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Semi-automatic rifles are not appropriate for civilian populations. The Constitution does not guarantee the right to own weapons of mass destruction. The role of government is to protect its citizens and to combat the rise in mass killings of civilians that is directly tied to easy access to semi-automatic weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-awkn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0274
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen  Silloway

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-i6us
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0275
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Troy  Dexter

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

DOSWASHINGTONSUP01851

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-iiim
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0276
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Krisana Tantivitoon

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode; these weapons are used by state and non-state groups in armed conflicts; and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

With that said, it makes absolutely no sense to change the oversight from the Department of State to the Department of Commerce. Stricter controls are needed, not laxed ones.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-desd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0277
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jenni Hailer

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-8lzt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0278
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jenna  Silverman

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v8-1vbe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0279
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mindy  M.

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-165z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0280
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** John Parker

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-o91a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0281
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** rosalie Paul

---

# General Comment

I am writing my strenuous objection to the sale of fire arms to other countries and to the possible shift of fire arms control to a commerce department. We are a nation of killers and it is ridiculous to support that ethic. It's time to get over our passion for fire arms and see that kindness is the path that can take us where we want to go. Thank you. Rosalie Pau

l

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-wjb7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0282
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lucienne Canet

---

## General Comment

I am emphatically against the move to push control of gun exports from the State Department to the Commerce Department. I believe this will increase gun exports to Latin America, which will endanger lives, increase migrant traffic to the United States, increase the number of children affected by gun violence in Central American countries, and increase the work and burden of our foster care system and social workers, as well as our local tax burden. I vow to financially and politically support efforts to vote anyone that supports this recent amendment out of congress.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-3u8t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0283
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cathy  rowan

---

# General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-1ztq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0284
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wendy Anonymous

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-zfwd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0285
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

This is a license to flood this country with even more weapons. Having Commerce regulate this is more pandering to the NRA. Haven't enough children been killed?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93v9-phur
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0286
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Julie Small

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0287
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** ELLIOT  PLINER
**Organization:** ST

---

# General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other conversion devices that enable semiautomatic weapons to mimic automatic fire, qualify as machineguns under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as bump-fire stocks. These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. Bump stocks and similar conversion devices that accelerate the rate of fire of a semiautomatic firearm are extremely dangerous and pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of machinegun under the National Firearms Act of 1934. And then Congress must act as wellto ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. The continued presence of these dangerous devices puts all of our communities at risk and both Congress and ATF must take action quickly to address this threat.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0288
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ramona Benson

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vb-8mhe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0289
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Mutascio

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

DOSWASHINGTONSUP01865

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vc-2isl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0290
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wendy Wheatcroft

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vd-xmz4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0291
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edward Wight

---

## General Comment

As a pastor concerned about reducing violence in the world, I am writing to oppose moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule change treats semiautomatic assault rifles as non-military, yet such firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to rigorous controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vd-w1pj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0292
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lorraine  Demi

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

Thank you, in advance, for saving lives.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ve-jf7r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0293
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Marsh

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93vf-ugx6
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0294
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michelle Mitchell

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vi-f03g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0295
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca Ward

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0296
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michelle Hiseley

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vi-rbqr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0297
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** STACIE CHARLEBOIS

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vn-t9mv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0298
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard Blanke

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93vp-t5ll
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0299
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Baird

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the State Department to the Department of Commerce. The State Department ensures national security including distribution of weapons worldwide. The Department of Commerce promotes trade; national security is not its mission.

The proposed rule change treats semiautomatic assault rifles as non-military which is not factual. It is a fact that U.S. troops routinely use their military rifles in semiautomatic mode. These weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

The proposed rule eliminates Congressional oversight for important gun export deals. It transfers the cost of processing licenses from gun manufacturers to taxpayers. And it enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to enforce export controls adequately.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

To promote national security, it is imperative that the export license over site for firearms remain within the State Department.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0300
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ella  Robson

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vq-se80
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0301
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Klein

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

DOSWASHINGTONSUP01877

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vs-28vv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0302
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jerry Boren

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vs-9d10
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0303
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Lisa  Coney

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vu-amni
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0304
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eryn K

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vu-v4w9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0305
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** RL  M

---

# General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0306
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** CORY ASHLEY

---

## General Comment

I STRONGLY SUPPORT THIS PROPOSED RULE CHANGE. I AM A US VETERAN AND I AM ALSO A TYPE 1 FFL. I WANTED TO APPLY FOR A TYPE 7 FFL MANUFACTURES LICENSE. I WAS UNABLE TO DO SO DUE TO THE HEAVY BURDEN OF THE ITAR FEE. THIS FEE DOES NOT AFFECT THE LARGE FIREARMS MANUFACTURES. IT ONLY AFFECTS SMALL BUSINESSES SUCH AS MINE. THERE ARE MANY SMALL FIREARM MANUFACTURES THAT OPERATE WITHOUT PAYING THE ITAR REGISTRATION FEE PUTTING THEMSELVES AT RISK BECAUSE THEY CAN NOT AFFORD IT. I AM ALSO A GUNSMITH. BETWEEN THE ATF REGULATIONS AND THE ITAR REGULATIONS EVERY TIME THAT I TOUCH A FIREARM I PUT MYSELF AT RISK OF RUNNING AFOUL OF THESE NUMEROUS REGULATIONS THAT OFTEN CONTRADICT EACH OTHER. MANY OF THOSE THAT COMMENT TO OPPOSE THIS RULE CHANGE ARE NOT IN THE FIREARMS INDUSTRY AND IN FACT ONLY OPPOSE IT BECAUSE IT DEALS WITH FIREARMS. INNOVATION COMES FROM THE SMALL BUSINESSES. THIS RULE CHANGE WILL HELP SMALL BUSINESSES FLOURISH.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vw-cj10
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0307
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sarah  Stewart

---

## General Comment

Please do not export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

We are writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

Please do not export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vx-y0u3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0308
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** B. Laub

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vy-9qlx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0309
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93vz-tm5a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0310
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana Brunswig-Bosso

---

## General Comment

"I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93w0-rvy0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0311
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** cheryl  greene

---

# General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

All of us have the right to live free of fear, and more guns, especially military-type weapons creates more fear and danger in society.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93w1-s9fr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0312
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martha Spencer

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of
Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that
U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in
armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates
Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to
taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of
firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency
with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which
lacks the resources to adequately enforce export controls.
Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism,
and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93w2-e8mw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0313
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathy  Bradley

---

# General Comment

I strongly oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01889

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93w5-y1q1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0314
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cora Kamerman

---

# General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93wb-futw
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0315
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amanda Hauck

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wb-kbab
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0316
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annette Dubois

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wd-j9fd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0317
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kirby MacLaurin

---

## General Comment

To: Secretary of State Mike Pompeo

Please reverse the proposed regulations that would weaken end-use controls, enable production of 3D weapons anywhere, make it easier to export semi-automatic weapons and ammunition, and eliminate Congressional oversight of these sales. America is not safer with a heavily armed third world - violence increases in these places, and our borders are flooded with refugees trying to escape the violence. We have also seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93we-vrzb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0318
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica  Tillery

---

## General Comment

I urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93we-fvc1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0319
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Long

---

## General Comment

Petition Text:
To: Secretary of State Mike Pompeo


We urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wf-h9f7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0320
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ellen  Goren

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wf-c7pu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0321
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am in full support of this proposed rule, the no-military weapons should be moved to the Commerce Department. the state department should only be in control of the military weapons, for the purpose of national security.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0322
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hannah  Mykel

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wg-fnbs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0323
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Harrelson

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of
Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These
weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many
countries. The proposed rule also: eliminates Congressional oversight for important gun export deals;
transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked
gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The
proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an
agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a
mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence,
terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our
borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wg-zb1z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0324
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ruth Punt

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.
Ruth Punt

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wh-uiq6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0325
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne Callies

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must absolutely be subject to more controls, not fewer!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wh-fb8j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0326
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean Davis
**Organization:** none

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. Do we want to encourage the mayhem that we see in the United States in other countries. Do not make it easier for others to have deadly weapons.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0327
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gary Patton

---

## General Comment

The proposed change in international sales of guns is a transparent effort to boost domestic gun sales during a down market for firearm manufacturers. Making a profit based on the spilling of blood by others is truly despicable.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wl-rajh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0328
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nanci Kelly

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wm-4vsv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0329
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott  Teel

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wm-15rl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0330
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tracy  Pressnall

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wm-knd9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0331
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marjorie Zlotowitz

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wp-wmnf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0332
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elaine Barden

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wp-q92r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0333
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Koury

---

## General Comment

To whom it may concern, I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wr-thyu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0334
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jade Masterson

---

## General Comment

To: Secretary of State Mike Pompeo

We urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

Information Sources:
[1] The Washington Post, The Trump administration wants to make it easier to sell U.S. guns abroad. Heres what you need to know June 4, 2018. https://www.washingtonpost.com/news/monkey-cage/wp/2018/06/04/the-trump-administration-wants-to-make-it-easier-to-sell-u-s-guns-abroad-heres-what-you-need-to-know/?utm_term=.cdb39dd2a669
[2] Salon, U.S. gun industry wants a bigger piece of the worlds arms trade, June 1, 2018. https://www.salon.com/2018/06/01/u-s-gun-industry-wants-a-bigger-piece-of-the-worlds-arms-trade/
[3] State Department public comment site: https://www.regulations.gov/document?D=DOS_FRDOC_0001-4527

Commerce Department public comment site: https://www.regulations.gov/document?D=BIS-2017-0004-0001

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ws-ipk9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0335
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betty McNiel

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93wt-4ews
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0336
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Caroline Hanna

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wt-fd2k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0337
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana Bergman

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93wv-z8gl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0338
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mrs Renee las
**Organization:** goodnewsloancompany7
**Government Agency Type:** State
**Government Agency:** Loan

---

## General Comment

Good Day, I am Mrs Renee ,currently living in USA,I am a married woman at the moment with two kids and i was stuck in a financial situation by august 2012 and i needed to refinance and pay my bills for my son medication. I tried seeking loans from various loan firms both private and corporate but never with success,and most banks declined my credit. But as God would have it, i was introduced to a Man of God a private loan lender by a friend named Mr. Roderick and i got a loan sum of $100,000.00USD and today i am a business owner and my kids are doing well at the moment. So dear,if you must contact any firm with reference to securing a loan with low interest rate of 2% and better repayment plans and schedule,please contact Mr.Jude Shanko he doesnt know that i am doing this but i am so happy now and i decided to let people know more about him, he offers all kinds of loans to both individuals and companies and also i want God to bless him more. You can contact his company through this email: goodnewsloancompany7@gmail.com

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0339
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** j  dubya

---

# General Comment

Small business owners were stifled by ITAR fees; this is the ONLY reason I personally haven't expanded my businesses to include firearms manufacturing. I have no intention of dealing internationally, but I my largest tax as a firearms manufacturer is paid to an agency protecting us from international trade of arms? The tax burden must be shouldered by everyone that is protected instead of attacking the firearms industry. The removal of ITAR fee can equate to a 7500% decrease in taxes to a small business operating on a single FFL!

FFL=$30/yr ITAR=$2250/yr

7500% tax decrease = ITAR / FFL * 100

That is too large of a tax to be shouldered by the firearms industry alone, and the size of that tax paired with the tax burden being placed solely on the firearms industry seemed like a tax created to deter small business from continued operation and a preventative measure deterring new business from starting in this industry. I can say that the only reason I haven't obtained my FFL is because of this unjust tax burden; I refuse to start a firearms manufacture business because of ITAR fees.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x1-f0mz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0340
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** j dubya

---

## General Comment

The Firearms Commerce in the United States Annual Statistical Update 2017 by The United States Department of Justice BATFE shows 1,360,023 suppressors owned by American civilians.

I own and use suppressors. I applaud anyone shooting next to me willing to navigate the red tape of suppressor ownership. A close family member that has lost his hearing from hunting since he was 5 could still be living without hearing aids if more of us sportsman had a muffler on the front of our barrels. NO 33 YEAR OLD SHOULD HAVE HEARING AIDS!

Suppressors are common and simple accessories to American gun owners and the fact that suppressor are NOT planned on being removed from the ITAR list is UNACCEPTABLE! No small business should be forced to pay ITAR fees just because that business manufactured one suppressor in a year.

Maybe businesses that want to sell their suppressors internationally should pay ITAR fees.

Maybe every income tax paying individual should pay for these ITAR fees...Every income tax paying individual is being protected from the International Traffic in Arms Regulations (ITAR). Americans are not required to pay extra for police protection just because that American requires more protection from the Police. Firefighters do not collect more taxes from an individual whose house burns down versus someone that needs their cat taken out of a tree. The firearms industry should not be required to pay for the protection of every American citizen; that protection is a burden that every American Citizen should be required to pay.

The bottom line is this:

-IF ITAR taxes are being used to keep citizens safe then we need to have citizens foot the bill.

BUT

-IF ITAR taxes are in place to deter small business owners operating withing the firearms industry then ITAR needs to be removed from the laws of this country.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x2-jkvn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0341
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Sokoloski

---

## General Comment

I oppose the relaxing of rules regarding the export of assault rifles and other arms by U.S. firearm manufacturers, and urge the Commerce and State Departments to oppose these as well. Exporting more arms is not going to help make the world a more peaceful place, especially assault rifles, instead an increased prevalence of firearms simply increases hostilities and leads to more gun related violence and deaths. Exporting an additional 70,000 arms annually will only increase the death toll from 1,000 gun related deaths worldwide every year. This is not something I can support in good conscience.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x4-8dbi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0342
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ronald Miller

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x5-va8x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0343
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joann Hilton

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93x6-mixc
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0344
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sharon Hurn

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x7-xsz8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0345
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie Martinelli

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x8-1e24
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0346
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Harlan  Ekre

---

## General Comment

As a small business only dealing with commercial small arms parts, we welcome the regulatory change. Lumping commercial small arms items into the ITAR regulations creates an onerous and unnecessary financial burden on small businesses in the U.S. who have no connection to military arms or to the export of same.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0347
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Herbert Langston

---

## General Comment

Please stop extorting money from gun manufacturers who do not export "weapons of war".

Opponents who are against "attempts to legitimize semiautomatic assault rifles as civilian products" should bear in mind that we have had semiautomatic magazine-fed civilian rifles since 1910 (Winchester Model 10 SLR) and that these were never issued to the military.

The much-maligned AR-15 was released as a civilian-only firearm in 1964. The military didn't adopt it until two years later, by having it modified as a fully-automatic rifle (M-16) that civilians cannot own. The AR-15 is in use by NO military power in the world, and never has been.

Do not be bullied by left-wing extremists who would see this nation completely disarmed for their own political power.

Non-military products are under the scope and purview of the Commerce Department, not the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93x9-lzck
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0348
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip Kober JD, MD, PhD

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. As a physician, I categorically can state that the harm to human beings is no different between semiautomatic and fully automatic weapons. The energy transferred to the bullet is what is important, along with other characteristics such as yawing of the bullet on impact (tumbling), explosive ammunition, and other such characteristics. The only difference between and automatic weapon and a semiautomatic weapon is that the automatic continues to fire simply by holding the trigger down, whereas the trigger must be pulled for each shot for the semiautomatic. The rest of the mechanical actions involved are the same. They both have high velocity, and characteristics of the ammunition that make them deadly to many, many people over a short period of time. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. All of these provisions are DEADLY, and should not be adopted.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xa-8n1i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0349
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Arthur Laudenslager

---

## General Comment

I support loosening of ITAR to the maximum extent possible.

The intent of ITAR was to keep technological superiority on the side of US forces, and out of the hands of our enemies, and that is a noble goal. However, when our own "military assistance" programs give those same items, such as night vision, select fire M-4 carbines, and ceramic armor away to extremely unreliable "allies" such as Iraq, and we see them show up shortly thereafter in enemy hands, it makes one wonder what exactly the point of imposing these ridiculous restrictions on small business gunsmiths and the like could possibly be.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xa-m6nx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0350
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Coop  Cooper

---

## General Comment

We urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xa-y3b3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0351
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Fulford

---

## General Comment

America is the last free country in the world...take the chains off of our manufacturers.... I agree with the new proposed rule change.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0352
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Matt Newburn

---

## General Comment

The ITAR regs are useless infringement on Americans rights.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xa-ffc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0353
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul Current

---

## General Comment

I support the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This will help small businesses, improve the economy, and mitigate one of the many infringements of our 2nd amendment rights.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xa-dl3v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0354
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Carol  Landale

---

# General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because, amongst other things, the proposed rule change treats semiautomatic assault rifles as non-military." Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

The proposed rule eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

The US has already alienated many of our allies. This rule change adds to the insults already made. Why are there so many immigrants trying to escape gun violence in Central America? More arms to countries like Nicaragua and Honduras will only exacerbate the problem.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xa-ai6g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0355
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** cory shamblen

---

## General Comment

Please stop extorting money from gun manufacturers who do not export "weapons of war".

Opponents who are against "attempts to legitimize semiautomatic assault rifles as civilian products" should bear in mind that we have had semiautomatic magazine-fed civilian rifles since 1910 (Winchester Model 10 SLR) and that these were never issued to the military.

The much-maligned AR-15 was released as a civilian-only firearm in 1964. The military didn't adopt it until two years later, by having it modified as a fully-automatic rifle (M-16) that civilians cannot own. The AR-15 is in use by NO military power in the world, and never has been.

Do not be bullied by left-wing extremists who would see this nation completely disarmed for their own political power.

Non-military products are under the scope and purview of the Commerce Department, not the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xb-4be9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0356
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bob  Andrews

---

## General Comment

ITAR overreach is a thing of legend, these are just the beginning of the roll backs that need to be instituted, but at least they're a start.

DOSWASHINGTONSUP01932

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xc-plx9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0357
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dana Jacobson

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to MORE controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xd-ub2j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0358
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

These reforms will help take the yoke off of small manufacturers! Make America Great !

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xe-xa6e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0359
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tim  Tolliver

---

## General Comment

I support this change - this change will be a positive one for small businesses, and will have no change on safety in America.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0360
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Please stop extorting money from gun manufacturers who do not export "weapons of war".

Opponents who are against "attempts to legitimize semiautomatic assault rifles as civilian products" should bear in mind that we have had semiautomatic magazine-fed civilian rifles since 1910 (Winchester Model 10 SLR) and that these were never issued to the military.

The much-maligned AR-15 was released as a civilian-only firearm in 1964. The military didn't adopt it until two years later, by having it modified as a fully-automatic rifle (M-16) that civilians cannot own. The AR-15 is in use by NO military power in the world, and never has been.

Do not be bullied by left-wing extremists who would see this nation completely disarmed for their own political power.

Non-military products are under the scope and purview of the Commerce Department, not the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xp-nhlt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0361
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Oanh  Nguyen

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xr-jrdz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0362
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lorraine Thompson

---

## General Comment

DO NOT amend the International Traffic in Arms Regulations (ITAR) to revise Categories I (firearms, close assault weapons and combat shotguns), II (guns and armament) and III (ammunition and ordnance) of the U.S. Munitions List (USML) to describe more precisely the articles warranting export and temporary import control on the USML. Items removed from the USML would become subject to the Export Administration Regulations (EAR).

The only reason for this amendment is to enable big time arms dealers to make even MORE money and to "facilitate more killings of common citizens around the world in places like the DRC.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xr-v1o1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0363
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tim Duncan

---

## General Comment

ID: DOS-2017-0046-0061
Tracking Number: 1k2-93nd-lf3l

Do not demand fees from companies that do not export as they should be outside State Department's purview.

Please do not burden small business with these fees and regualtions.

These regulations as currently applied cast a broad net that results in many small companies that DO NOT export anything being forced to pay a significant sum of money to an agency that should have no oversight over domestic production of commercial firearms and firearms-related items.

From the perspective of people in the firearms and gunsmithing business, this is an unabashed power and money grab by a huge agency with unlimited resources to crush any small company that does not comply with these regulations as State Department has decided to interpret them.

Small businesses do care greatly about "fees" being imposed on them. Profit margins for many of these small shops are meager to begin with. Once it was announced that very burdensome fees were going to be imposed, many businesses closed. It was not worth the hassle and expense anymore. If the aim of these regulations is to drive small companies out of business leaving only the big fish, this is being brilliantly executed.

Please apply some logic to these regulations.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xr-arwq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0364
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jonathan Pinkston

---

# General Comment

Please stop extorting money from gun manufacturers who do not export.

Opponents who are against "attempts to legitimize semiautomatic assault rifles as civilian products" should bear in mind that we have had semiautomatic magazine-fed civilian rifles since 1910 (Winchester Model 10 SLR) and that these were never issued to the military.

The much-maligned AR-15 was released as a civilian-only firearm in 1964. The military didn't adopt it until two years later, by having it modified as a fully-automatic rifle (M-16) that civilians cannot own. The AR-15 is in use by NO military power in the world, and never has been.

Non-military products are under the scope and purview of the Commerce Department, not the State Department.

Do not be bullied by left-wing extremists who would see this nation completely disarmed for their own political power.

ITAR cost money but provides nothing to non-export businesses. I see this as form of protection money just like the mob. Pay up or else sort of racket. How do you spell RICO? ITAR?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xr-fis4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0365
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Liz  Anderson

---

## General Comment

It is both dangerous and irresponsible to allow greater freedom of arms trafficking.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xs-8bhw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0366
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** A.L. Steiner

---

## General Comment

I'm writing in FULL OPPOSITION to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries.

As you know, the proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to KILL 1,000 people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to MORE controls and elimination of these weapons, not fewer controls and more weapons!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xt-ean1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0367
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bobby  Wayne

---

## General Comment

I support rule changes to eliminate the itars requirement for businesses that do not conduct international arms trade.

Itars creates an undue burden on small businesses, particularly gunsmiths who repair hunting rifles. It creates no benefit to continue to extend these requirements to business that only conduct business domesticly.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xt-f5bq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0368
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mary Sand

---

# General Comment

I am opposed to the proposed rule change to move semiautomatic firearms and other dangerous items from the US Munitions List to the Commerce Control List where there is less assurance that these weapons are kept out of the possession of people with nefarious purpose in mind. The CCL is meant for items not easily sold on the black market. Clearly, semiautomatic weapons would be sold on the black market. Crime and human rights in countries with autocratic governments would conceivably worsen. The weapons could find their way back to the US to be used in criminal activity here. The State Department is not obligated to alert Congress to the sale of items on the CCL so there would be less oversight. Transparency in government must be maintained to keep the people of the world safe and democracy from backsliding. A serious change like this must not be dictated by any business involved with the manufacture or sale of these goods. I am thinking perhaps the gun industry has been lobbying for the change. Their interest in gun sales should never override the US responsibility to support safety and human rights everywhere. Thank you for your attention.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xu-ai26
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0369
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denise Lytle

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01945

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xv-hp0o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0370
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cecilia Burns

---

## General Comment

Semi-automatic firearms should stay on the State Department's US Munitions List and NOT be transferred to the Commerce Control List. I am opposed to reclassifying semi-automatic weapons as commercial items. These proposed changes would impact public safety and public health for decades to come.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xw-2iih
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0371
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Ken and Geraldine  Grunow

---

# General Comment

Dear Regulators,

We have just learned about the proposed re-designation of small arms: automatic and semi-automatic weapons of the AK-47 variety: from the USML to the Commerce Control List. This would reduce the security and monitoring of such transfers.

Having observed the devastating power of these arms in mass killings in our own country, we are deeply concerned about the flow of such weapons into the world market, where they not only may be used in human rights violations abroad but also may find their way back to the US.

The role of our government agencies should be to reduce the level of violence across the world, not to enhance it.

Please do not make these changes! Keep any distribution of such weaponry under close supervision (if we had our way, no one would be getting such weapons).

Thank you for your attention.

Ken and Geraldine Grunow, Dearborn, MI

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xw-x7oh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0372
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ira Sharp

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xx-eogg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0373
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hensley Garlington

---

## General Comment

I fully support these changes to ease exports.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xy-q82y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0374
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rachel McHale

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

DOSWASHINGTONSUP01950

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0375
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Claire Perricelli

---

## General Comment

We don't need more automatic and semi automatic weapons circulating in our country.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xz-kedi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0376
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila Sharpe

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93xz-2px3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0377
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kristin MacLeod

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93y0-anhp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0378
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Craig clark

---

## General Comment

Semi-automatic firearms should stay on the State Department's US Munitions List. With video-games training our children to kill without thought, the abundance of weaponry and ammunition is insane. Children can find weaponry and ammunition unguarded and accessible whereas gun and ammo safes should be mandatory.
Automatic weaponry has been used in many school killings and genocide throughout the world so mush so that the thought of reclassifying semi-automatic weapons as commercial items is extremely ludicrous.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93y1-u8sq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0379
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ivan Weinstein

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote exports and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP01955

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93y1-pm1y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0380
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Wetstein

---

## General Comment

I oppose moving semiautomatic weapons from the USML list to the CCL list. Doing so would only increase world violence.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93y2-hapn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0381
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia  Edgerly

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yd-4saq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0382
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kirk  Rhoads

---

## General Comment

Semi-automatic firearms should stay on the State Department's US Munitions List.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ye-m74j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0383
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fred Button

---

## General Comment

Itars restrictions and fees are burdensom. In cases where a company does not manufacture or sell military equipment or conduct international trade, these burdens are without benefit.

I support the transfer of itars to the commerce Dept and the reduction of the requirement for itars in cases such as those listed above.

DOSWASHINGTONSUP01959

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yj-znkh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0384
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cynthia Edney

---

# General Comment

I urge ATF to finalize its proposed rule clarifying that bump-fire stocks, along with other "conversion devices" that enable semiautomatic weapons to mimic automatic fire, qualify as "machineguns" under the National Firearms Act and are generally illegal to possess.

On the night of October 1, 2017, a gunman opened fire from a hotel room on the 32nd floor of the Mandalay Bay hotel into the 22,000 person crowd at the Route 91 Harvest country music festival in Las Vegas, Nevada, killing 58 people and injuring more than 500. The gunman fired more than 1,100 rounds of ammunition in 11 minutes, using semiautomatic rifles modified with dangerous firearm accessories designed to dramatically accelerate the rate of fire, commonly known as "bump-fire stocks". These devices are intended to circumvent the restrictions on possession of fully automatic firearms in the Gun Control Act of 1968 and the National Firearms Act of 1934 by allowing an individual to modify a semiautomatic rifle in such a manner that it operates with a similar rate of fire as a fully automatic rifle. These "conversion devices" that accelerate the rate of fire of a semiautomatic firearm pose a substantial risk to public safety.

In the absence of immediate action by Congress, ATF should finalize its proposed rule, clarifying that conversion devices like bump-fire stocks are included in the definition of "machinegun" under the National Firearms Act of 1934. And then Congress must act as well to ensure that manufacturers cannot continue to endanger public safety by designing devices that imitate machine guns and subvert the law. For the safety of our communities, both Congress and ATF must take action quickly to address this threat.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yj-5kre
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0385
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eric Liles

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ym-bgzc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0386
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erick  Williams

---

## General Comment

See attached file(s)

---

## Attachments

ITAR amendment comments June 27, 2018

William A. Root
2700 Burcham Drive, Apt 234
East Lansing, MI 48823
billroot23@gmail.com

Erick Williams, JD
1209 Old Hickory
East Lansing, MI 48823
willnielsen@sysmatrix.net

June 27, 2018

US Department of State
Bureau of Political Military Affairs
Directorate of Defense Trade Control
DDTCPublicComments@state.gov
http://www.regulations.gov

Re: ITAR Amendment—Categories I, II, and III DDTC

Greetings:

These are comments on the Department of State's proposed rule to amend the International Traffic in Arms Regulations (ITAR) and categories I, II and III of the US Munitions List (USML). 83 Federal Register 24166, May 24, 2018.

**Background**

The ITAR amendment should be revised to better support the rule of law.

The Arms Control and Disarmament Act, at 22 USC 2551, declares:

> An ultimate goal of the United States is a world … in which the use of force has been subordinated to the rule of law …

No profession is more closely identified with the rule of law than the police profession. Peace officers are the street-level keepers of the law, all over the world. If the United States is committed to "subordinating the use of force to the

1

rule of law", it must protect the environment in which peace officers do their work. When armed gangs can overpower local peace officers, local communities become war zones where the rule of law is subordinated to the use of force.

We fail to protect peace officers when we put highly destructive weapons in the hands of civilians who target the police.

The ITAR amendment, as proposed, will make it easier to put firearms in the hands of civilians and armed gangs that are superior to those carried by local peace officers, thus threatening the rule of law in local communities. In several parts of the world, armed gangs are impairing the rule of law, and their activities cross borders. Notorious examples of the adverse effects of firearm proliferation can be seen in Africa and the Middle East, as well as closer to home – in Central America and Mexico, with adverse effects along the southern border of the United States.

See: Alec MacGillis, *"America's Wild-West Gun Laws Are Helping Fuel The Border Crisis: The Unwanted Traffic Between The US And Central America Goes Both Ways"* (New Republic, July 21, 2014), https://newrepublic.com/article/118759/nra-and-gun-trafficking-are-adding-fuel-border-migrant-crisis

Robert Muggah and Steven Dudley, Op-Ed: *"The Latin American Gun Leak"*, (Los Angeles Times, January 16, 2015), http://www.latimes.com/opinion/op-ed/la-oe-muggah-arming-latin-america-20150118-story.html

*"Attacks against Peacekeepers"* (United Nations OHCHR, May 2017), https://www.ohchr.org/Documents/Countries/CF/Mapping2003-2015/Factsheet7-EN.pdf

*"Attacks against civilians and MINUSCA peacekeepers in the town of Bangassou in the Central African Republic"* (Office of the Spokesperson for the UN Secretary-General, May 14, 2017) https://www.un.org/sg/en/content/statement/2017-05-14/statement-attributable-spokesman-secretary-general-attacks-against

Alex Yablon, *"American Guns Drive the Migrant Crisis that Trump Wants to Fix with a Wall"* (Trace, May 25, 2017) https://www.thetrace.org/2017/05/gun-trafficking-central-america-immigrant-crisis-trump-wall/

Jonathan Blitzer, *"The Link Between America's Lax Gun Laws and the Violence That Fuels Immigration"* (New Yorker, March 22, 2018),

2

https://www.newyorker.com/news/news-desk/the-link-between-americas-lax-gun-laws-and-the-violence-that-fuels-immigration

See: *"Clear and Present Danger: National Security Experts Warn about the Danger of Unrestricted Sales of 50 Caliber Anti-Armor Sniper Rifles to Civilians"* (Violence Policy Center, July 2005), http://www.vpc.org/studies/50danger.pdf

ITAR should focus more attention on the security needs of local communities where firearms are proposed to be exported.

The Department of State is liberalizing its rules on firearm exports partly because the Department of Defense has determined that so-called semi-automatic firearms are of diminished importance in military conflicts. DoD's determination may well be valid, but it misses the point. Military analysts worry, as they should, about the impact of weapons on the battlefield. But evaluating the impact of firearms on the battlefield gives short shrift to the security needs of civilian communities. To support the rule of law we must consider the impact of firearms on public safety, peace officer safety, crime control, and the prevention and management of civil disturbances. Firearms that "no longer warrant control" by the military may nonetheless overwhelm police patrols and threaten the rule of law in local communities.

ITAR should not treat the US firearms market as the global standard. The United States is proposing to liberalize its rules on firearm exports grounded partly on the false premise that firearms are "widely available in retail outlets ... abroad." That is not true. The US firearms market is unique. Mexico, for example, has more restrictive gun laws than the United States.

See: Topher McDougal, David A. Shirk, Robert Muggah and John H. Patterson, *"The Way of the Gun: Estimating Firearms Traffic Across the US-Mexico Border"* (Trans-Border Institute, University of San Diego, March 2013), https://igarape.org.br/wp-content/uploads/2013/03/Paper_The_Way_of_the_Gun_web2.pdf

Zachary Elkins, Tom Ginsburg & James Melton, "*US Gun Rights Truly Are American Exceptionalism*", (Bloomberg, March 7, 2013), https://www.bloomberg.com/view/articles/2013-03-07/u-s-gun-rights-truly-are-american-exceptionalism

The United States risks alienating friendly foreign nations by projecting its permissive domestic gun laws abroad.

3

DOSWASHINGTONSUP01965

The Department of State has access to information about what kinds of weapons are typically carried by patrol officers in foreign countries. The Department has the wherewithal to judge whether a firearm proposed for export is likely to outmatch the firearms carried by local police forces. The Department should use that knowledge -- and make that judgment -- as it evaluates firearm export applications.

In evaluating the suitability of firearm exports, the ITAR should set a maximum limit on the destructive potential of firearms exportable to civilians. Firearms with muzzle energies higher than, for example, 5,000 Joules should be barred from export to non-government end-users. (In ballistics, muzzle energy, commonly expressed in Joules or foot-pounds, is a measure of the destructive potential of a firearm or cartridge.) The risk that a firearm poses to life and property – and the danger it poses to police officers -- depends rather more on the firearm's destructive potential and rather less on whether the firearm is automatic, semi-automatic, non-automatic, not-fully-automatic, or over- or under .50-caliber.

Highly destructive weapons should be off-limits for export to civilians. Whatever short-term economic benefit those exports may generate is outweighed by the risk those weapons pose to the safety of peace officers and the rule of law. No firearm with a muzzle energy of 5,000 J belongs on a street anywhere in the world.

## Policy Recommendations

The following changes should be incorporated in ITAR:

1. Applications for firearm export licenses should be denied when the firearm proposed for export is of such destructive potential as to threaten the safety of local law enforcement officers.

2. Prohibit exports of firearms with muzzle energies less than 5,000 J, to civilian end-users, world-wide, if the firearm is likely to outmatch weapons carried by local peace officers or otherwise impair the efforts of peace officers to control crime and civil disturbance.

3. Prohibit export of firearms with muzzle energies above 5,000 J to civilian end-users world-wide.

4

# Technical Language

The recommendations above may be translated into the ITAR framework using the technical language below.

## (1)

## 22 CFR 120.4

Add a Note 3 to 22 CFR 120.4 as follows:

> FOR FIREARMS AND AMMUNITION, PERFORMANCE CAPABILITY INCLUDES DESTRUCTIVE POTENTIAL, AS MEASURED BY MUZZLE ENERGY, COMMONLY EXPRESSED IN JOULES OR FOOT-POUNDS.

## (2)

## 22 CFR 121.1, Category I

Add Note 3 to Category I of 22 CFR 121.1 as follows:

> (a) SUBJECT TO (b) AND (c), APPLICATIONS FOR ITEMS CONTROLLED UNDER THIS CATEGORY WILL GENERALLY BE CONSIDERED FAVORABLY ON A CASE-BY-CASE BASIS UNLESS THERE IS CIVIL DISORDER IN THE COUNTRY OR REGION OR UNLESS THERE IS EVIDENCE THAT THE GOVERNMENT OF THE IMPORTING COUNTRY MAY HAVE VIOLATED INTERNATIONALLY RECOGNIZED HUMAN RIGHTS.  THE JUDICIOUS USE OF EXPORT CONTROLS IS INTENDED TO DETER THE DEVELOPMENT OF A CONSISTENT PATTERN OF HUMAN RIGHTS ABUSES, DISTANCE THE UNITED STATES FROM

5

DOSWASHINGTONSUP01967

SUCH ABUSES AND AVOID CONTRIBUTING TO CIVIL
DISORDER IN A COUNTRY OR REGION.

(b) A LICENSE APPLICATION FOR A FIREARM OR
AMMUNITION WITH MUZZLE ENERGY OF 5,000 JOULES
(3,688 FOOT-POUNDS) OR MORE, OR ASSOCIATED
EQUIPMENT, SHALL BE DENIED TO NON-GOVERNMENT
END-USERS.

(c) A FIREARM, AND AMMUNITION, WITH MUZZLE
ENERGY LESS THAN 5,000 JOULES (3,688 FOOT-POUNDS),
AND ASSOCIATED EQUIPMENT, MAY BE APPROVED TO
NON-GOVERNMENT END-USERS UNLESS THE FIREARM
WOULD TEND TO OUTMATCH WEAPONS NORMALLY
CARRIED BY LAW ENFORCEMENT OFFICERS ON
ROUTINE PATROL IN THE AREA WHERE THE WEAPON
WOULD BE AUTHORIZED FOR USE OR OTHERWISE
IMPAIR THE EFFORTS OF LAW ENFORCEMENT OFFICERS
IN THE AREA TO CONTROL CRIME AND CIVIL
DISTURBANCE.

(3)

22 CFR 121.1, category II

Add a Note 3 to category II of 22 CFR 121.1, paragraph (a), as follows:

(a) SUBJECT TO (b) AND (c), APPLICATIONS FOR ITEMS
CONTROLLED UNDER THIS CATEGORY WILL
GENERALLY BE CONSIDERED FAVORABLY ON A CASE-
BY-CASE BASIS UNLESS THERE IS CIVIL DISORDER IN
THE COUNTRY OR REGION OR UNLESS THERE IS
EVIDENCE THAT THE GOVERNMENT OF THE IMPORTING
COUNTRY MAY HAVE VIOLATED INTERNATIONALLY

DOSWASHINGTONSUP01968

RECOGNIZED HUMAN RIGHTS. THE JUDICIOUS USE OF
EXPORT CONTROLS IS INTENDED TO DETER THE
DEVELOPMENT OF A CONSISTENT PATTERN OF HUMAN
RIGHTS ABUSES, DISTANCE THE UNITED STATES FROM
SUCH ABUSES AND AVOID CONTRIBUTING TO CIVIL
DISORDER IN A COUNTRY OR REGION.

(b) A LICENSE APPLICATION FOR A FIREARM OR
AMMUNITION WITH MUZZLE ENERGY OF 5,000 JOULES
(3,688 FOOT-POUNDS) OR MORE, OR ASSOCIATED
EQUIPMENT, SHALL BE DENIED TO NON-GOVERNMENT
END-USERS.

(c) A FIREARM, AND AMMUNITION, WITH MUZZLE
ENERGY LESS THAN 5,000 JOULES (3,688 FOOT-POUNDS),
AND ASSOCIATED EQUIPMENT, MAY BE APPROVED TO
NON-GOVERNMENT END-USERS UNLESS THE FIREARM
WOULD TEND TO OUTMATCH WEAPONS NORMALLY
CARRIED BY LAW ENFORCEMENT OFFICERS ON
ROUTINE PATROL IN THE AREA WHERE THE WEAPON
WOULD BE AUTHORIZED FOR USE OR OTHERWISE
IMPAIR THE EFFORTS OF LAW ENFORCEMENT OFFICERS
IN THE AREA TO CONTROL CRIME AND CIVIL
DISTURBANCE.

(4)

22 CFR 121.1, category III

Add a new paragraph 4 to notes to category III of 22 CFR 121.1, as
follows:

(a) SUBJECT TO (b) AND (c), APPLICATIONS FOR ITEMS
CONTROLLED UNDER THIS CATEGORY WILL

DOSWASHINGTONSUP01969

GENERALLY BE CONSIDERED FAVORABLY ON A CASE-BY-CASE BASIS UNLESS THERE IS CIVIL DISORDER IN THE COUNTRY OR REGION OR UNLESS THERE IS EVIDENCE THAT THE GOVERNMENT OF THE IMPORTING COUNTRY MAY HAVE VIOLATED INTERNATIONALLY RECOGNIZED HUMAN RIGHTS. THE JUDICIOUS USE OF EXPORT CONTROLS IS INTENDED TO DETER THE DEVELOPMENT OF A CONSISTENT PATTERN OF HUMAN RIGHTS ABUSES, DISTANCE THE UNITED STATES FROM SUCH ABUSES AND AVOID CONTRIBUTING TO CIVIL DISORDER IN A COUNTRY OR REGION.

(b) A LICENSE APPLICATION FOR AMMUNITION WITH MUZZLE ENERGY OF 5,000 JOULES (3,688 FOOT-POUNDS) OR MORE, OR ASSOCIATED EQUIPMENT, SHALL BE DENIED TO NON-GOVERNMENT END-USERS.

(c) AMMUNITION, WITH MUZZLE ENERGY LESS THAN 5,000 JOULES (3,688 FOOT-POUNDS) MAY BE APPROVED TO NON-GOVERNMENT END-USERS UNLESS THE FIREARM WOULD TEND TO OUTMATCH WEAPONS NORMALLY CARRIED BY LAW ENFORCEMENT OFFICERS ON ROUTINE PATROL IN THE AREA WHERE THE WEAPON WOULD BE AUTHORIZED FOR USE OR OTHERWISE IMPAIR THE EFFORTS OF LAW ENFORCEMENT OFFICERS IN THE AREA TO CONTROL CRIME AND CIVIL DISTURBANCE.

DOSWASHINGTONSUP01970

(5)

## 15 CFR 124.14 (c) (9)

Amend 15 CFR 124.14 (c) (9) as follows:

(a)  Unless the articles covered by the agreement are in fact intended to be distributed to private persons or entities (e.g., cryptographic devices and software for financial and business applications), the following clause must be included in all warehousing and distribution agreements: ''Sales or other transfers of the licensed article shall be limited to governments of the countries in the distribution territory and to private entities seeking to procure the licensed article pursuant to a contract with a government within the distribution territory, unless the prior written approval of the U.S. Department of State is obtained.

(b) SUBJECT TO (c) AND (d), APPLICATIONS FOR ITEMS CONTROLLED UNDER THIS CATEGORY WILL GENERALLY BE CONSIDERED FAVORABLY ON A CASE-BY-CASE BASIS UNLESS THERE IS CIVIL DISORDER IN THE COUNTRY OR REGION OR UNLESS THERE IS EVIDENCE THAT THE GOVERNMENT OF THE IMPORTING COUNTRY MAY HAVE VIOLATED INTERNATIONALLY RECOGNIZED HUMAN RIGHTS.  THE JUDICIOUS USE OF EXPORT CONTROLS IS INTENDED TO DETER THE DEVELOPMENT OF A CONSISTENT PATTERN OF HUMAN RIGHTS ABUSES, DISTANCE THE UNITED STATES FROM SUCH ABUSES AND AVOID CONTRIBUTING TO CIVIL DISORDER IN A COUNTRY OR REGION.

(c) A LICENSE APPLICATION FOR A FIREARM OR AMMUNITION WITH MUZZLE ENERGY OF 5,000 JOULES (3,688 FOOT-POUNDS) OR MORE, OR ASSOCIATED

9

EQUIPMENT, SHALL BE DENIED TO NON-GOVERNMENT END-USERS.

(d) A FIREARM, AND AMMUNITION, WITH MUZZLE ENERGY LESS THAN 5,000 JOULES (3,688 FOOT-POUNDS), AND ASSOCIATED EQUIPMENT, MAY BE APPROVED TO NON-GOVERNMENT END-USERS UNLESS THE FIREARM WOULD TEND TO OUTMATCH WEAPONS NORMALLY CARRIED BY LAW ENFORCEMENT OFFICERS ON ROUTINE PATROL IN THE AREA WHERE THE WEAPON WOULD BE AUTHORIZED FOR USE OR OTHERWISE IMPAIR THE EFFORTS OF LAW ENFORCEMENT OFFICERS IN THE AREA TO CONTROL CRIME AND CIVIL DISTURBANCE.

(6)

22 CFR Part 126, Supplement No. 1

In 22 CFR Part 126, Supplement No. 1, category I (a-e) (firearms and related articles), mark all three country boxes with an X.

In 22 CFR Part 126, Supplement No. 1, category II (a) (guns and armament), mark all three country boxes with an X.

In 22 CFR Part 126, Supplement No. 1, category III (ammunition and ordinance), mark all three country boxes with an X.

DOSWASHINGTONSUP01972

(7)

22 CFR 129.7 (b)

Amend 22 CFR 129.7 (b) to add the following:

(b) No person may engage in or make a proposal to engage in brokering activities that involve any country, area, or person referred to in § 126.1 of this subchapter without first obtaining the approval of the Directorate of Defense Trade Controls. NO PERSON MAY ENGAGE IN OR MAKE A PROPOSAL TO ENGAGE IN BROKERING ACTIVITIES THAT INVOLVE EXPORTING OR TRANSFERRING, TO A NON-GOVERNMENT PERSON, A FIREARM OR AMMUNITION WITH MUZZLE ENERGY GREATER THAN 5,000 JOULES (3,688 FOOT-POUNDS), OR ASSOCIATED EQUIPMENT. NO PERSON MAY ENGAGE IN OR MAKE A PROPOSAL TO ENGAGE IN BROKERING ACTIVITIES THAT INVOLVE EXPORT OR TRANSFER, TO A NON-GOVERNMENT PERSON, OF A FIREARM OR AMMUNITION WITH MUZZLE ENERGY LESS THAN 5,000 JOULES (3,688 FOOT-POUNDS) OR ASSOCIATED EQUIPMENT IF THE ITEM IS LIKELY TO OUTMATCH LAW ENFORCEMENT OFFICERS ON ROUTINE PATROL IN THE AREA WHERE THE ARTICLE WOULD BE AUTHORIZED FOR USE.

Thank you for the opportunity to submit comments on the ITAR amendment.

Sincerely,

William A. Root
Erick Williams

11

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yn-fm32
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0387
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steve  Delturk

---

## General Comment

The administration makes it clear that its priority is on profit of a few of the most wealthy Americans rather than on human life when it makes it easier to send guns out to the rest of the world while making it harder for people fleeing violence to come into the United States for safety (and detains the families of many who do).

The US has historically supported arming groups overseas who use the arms to cause massive amounts of harm to innocent people (arming the Saudi coalition's current war in Yemen, which the UN has described as the world's worst humanitarian crisis, is a clear example). The US's actions in arms exports not only harm innocent people overseas, but they also come back to harm Americans. The United States provided arms that allowed Al-Qaeda to thrive under Osama Bin-Laden, and he later orchestrated the most devastating terrorist attack to occur on United States soil in history. Although, in practice, US arms often get into the hands of those who kill innocents and violate human rights, one of the few regulations that we have to protect human rights and human lives is the restrictions that are placed on items that are on the USML list.

Guns have no shelf-life and will operate as long as they are maintained. They are not regular products for trade but machines designed to end human life. Moving guns from the USML to the CCL will put even less regulation on gun exports from the US - to do so is to empower those who would kill innocents to make it easier to acquire guns overseas, for the financial benefit of wealthy American gun manufacturers. These guns could be used for generations, ending lives, traumatizing families and communities, and threatening the US's national security.

In making this decision, the Department of State must decide whether the profits of a few wealthy gun manufacturers are worth this blatant disregard for the sanctity of human life. At a time when protests against gun violence have reached an all-time high, it also must consider if it is ready for the backlash from the American public it will face in making these decisions and if it is ready to be written into history as an administration that enabled the perpetuation of gun violence to an even higher degree. The majority of the American people who have not had to live with gun violence in their daily lives, unlike those of us who live in violence afflicted-cities and have long known the problem intimately, are more

aware of gun legislation and its consequences than ever before, and I believe they will not be silent on this decision and will hold all decision makers accountable.

For respecting the sanctity of the lives of individuals overseas who may be affected by this decision, for the national security of the United States, and for its own legacy, it is my hope that the Department of State under this administration will choose to keep semi-automatic firearms on the USML, where there are greater protections to prevent guns from getting in the hands of actors that are known human rights abusers and greater protections to prevent guns being trafficked on the black market.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yn-zqmq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0388
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yp-l6x3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0389
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Adrienne Heinzelman

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

**As of:** November 29, 2018
**Tracking No.** 1k2-93yq-ihjz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0390
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erick  Williams

---

## General Comment

This is a copy of the comments submitted to the Department of Commerce on the EAR amendments.

---

## Attachments

EAR amendment comment 22 Jun 18

Erick Williams, JD
1209 Old Hickory
East Lansing, MI 48823

June 22, 2018

Regulatory Policy Division
Bureau of Industry and Security
US Department of Commerce
14th St and Pennsylvania Ave, NW, Room 2099B
Washington, DC 20230
http://www.regulations.gov

Re: Docket No. BIS-2017-0004; RIN 0694-AF47

Greetings:

These are comments on the Commerce Department proposed rule,
"Control of Firearms, Guns, Ammunition and Related Articles the
President Determines No Longer Warrant Control under the United
States Munitions List." 83 Federal Register 24166, May 24, 2018,
https://www.federalregister.gov/documents/2018/05/24/2018-
10367/control-of-firearms-guns-ammunition-and-related-articles-the-
president-determines-no-longer-warrant

# Background

The rules governing firearm exports should give the police profession a
greater, better-defined role in the evaluation of firearm export license
applications.

15 CFR 738.2 (d) (2) (ii) (A) (CC) provides that items proposed for
export are controlled for "crime control" reasons. The practice of
controlling exports for crime control reasons reflects a basic principle

DOSWASHINGTONSUP01979

underlying arms control treaties and statutes. The proliferation of weapons should be controlled because it tends to impair the rule of law.

To assure that the rule of law is not impaired by firearm exports, licensing officials should consider the effect of proposed exports on local communities, public safety, peace officer safety, crime control, and control of civil disturbances.

In several parts of the world, armed gangs are impairing the rule of law, and their activities cross borders. As a major producer of firearms, the USA, through export law enforcement, can help limit the flows of weapons to armed gangs. The police profession, closely associated with the rule of law, is a critical stakeholder in the arms export licensing process.

Unfortunately, neither the current nor the proposed rules governing firearm exports provide for export license applications to be vetted by people with police backgrounds.

Historically, the weapons analysts who vet arms export licenses have been with the Defense Department. Military analysts worry (as they should) about the impact of weapons on the battlefield. But defense analysis does not necessarily evaluate transactions with an eye to the security needs of civilian communities -- public safety, peace officer safety, crime control, and the prevention and management of civil disturbances.

Firearms that "no longer warrant control" by the military can nonetheless destabilize communities, overwhelm peace officers and contribute to civil disorder.

Notorious examples of the adverse effects of firearm proliferation have come from Africa and the Middle East as well as closer to home -- Mexico and Central America.

DOSWASHINGTONSUP01980

See:  Alec MacGillis, *"America's Wild-West Gun Laws Are Helping Fuel The Border Crisis:  The Unwanted Traffic Between The Us And Central America Goes Both Ways"* (New Republic, July 21, 2014), https://newrepublic.com/article/118759/nra-and-gun-trafficking-are-adding-fuel-border-migrant-crisis

Robert Muggah and Steven Dudley, Op-Ed: *"The Latin American Gun Leak"*, (Los Angeles Times, January 16, 2015), http://www.latimes.com/opinion/op-ed/la-oe-muggah-arming-latin-america-20150118-story.html

*"Attacks Against Peacekeepers"* (United Nations OHCHR, May 2017), https://www.ohchr.org/Documents/Countries/CF/Mapping2003-2015/Factsheet7-EN.pdf

*"Attacks against civilians and MINUSCA peacekeepers in the town of Bangassou in the Central African Republic"* (Office of the Spokesperson for the UN Secretary-General, May 14, 2017) https://www.un.org/sg/en/content/statement/2017-05-14/statement-attributable-spokesman-secretary-general-attacks-against

Alex Yablon, *"American Guns Drive the Migrant Crisis that Trump Wants to Fix with a Wall"* (Trace, May 25, 2017) https://www.thetrace.org/2017/05/gun-trafficking-central-america-immigrant-crisis-trump-wall/

Jonathan Blitzer, *"The Link Between America's Lax Gun Laws and the Violence That Fuels Immigration"* (New Yorker, March 22, 2018), https://www.newyorker.com/news/news-desk/the-link-between-americas-lax-gun-laws-and-the-violence-that-fuels-immigration

Highly destructive weapons should not be exported to civilians.

DOSWASHINGTONSUP01981

Whatever short term economic benefit those exports may generate is outweighed by the risk those weapons pose to the safety of peace officers and the rule of law.

We suggest a maximum limit on firepower exported to civilians. Firearms with a muzzle energy higher than 5,000 Joules should be barred from export to non-government end-users. (In ballistics, muzzle energy, commonly expressed in Joules or foot-pounds, is a measure of the destructive potential of a firearm or cartridge. Tables comparing the muzzle energies of various firearms are available on the Internet.)

See: *"Clear and Present Danger: National Security Experts Warn About the Danger of Unrestricted Sales of 50 Caliber Anti-Armor Sniper Rifles to Civilians"* (Violence Policy Center, July 2005), http://www.vpc.org/studies/50danger.pdf

Weapons of high destructive potential have no place on any street in the world, and they should be off-limits for export to civilians.

# Policy Recommendations

The following changes should be incorporated in the new rules:

1. Prohibit export of firearms, above a maximum limit of destructiveness, to civilian end-users, world-wide. A muzzle energy of 5,000 Joules (3,688 foot-pounds) is here proposed as the maximum limit.

2. Prohibit exports of firearms with muzzle energies less than 5,000 Joules, to civilian end-users, world-wide, if the firearm is likely to outmatch weapons carried by local peace officers or otherwise impair the efforts of peace officers to control crime and civil disturbance.

DOSWASHINGTONSUP01982

3.  Recognize the police profession as a stakeholder in firearm exports. Give the profession a role in vetting license applications.

# Technical Language

The recommendations above may be translated into the EAR framework using the technical language below.

4.  In 15 CFR Appendix Supplement No 1 to Part 738, the Commerce Country Chart, add a column 4 under crime control.  Mark each country box to indicate that the crime control reason for control applies to all countries.

5.  In 15 CFR 738.2 (d) (1), reason for control item 5.  Amend item 5 to read (changes in CAPS):

> 5: Items warranting national security, CRIME CONTROL, or foreign policy controls at the determination of the Department of Commerce.

6.  In 15 CFR 738.3 (a) (1) add a sentence that reads:  A LICENSE IS REQUIRED FOR ALL DESTINATIONS FOR FIREARMS AND ASSOCIATED EQUIPMENT CONTROLLED UNDER ECCN 0A501, 0A502, 0A504, AND 0A505, WHICH ARE SUBJECT TO 15 CFR 742.7 (b) (2) or (b) (3).

7.  In 15 CFR Appendix Supplement No 1 to Part 774, the Commerce Control List, add crime control as a reason for control under 0A501, 0A502, 0A504, and 0A505.  CC column 4 (referred to above) should apply to each, entire entry.  In each entry, insert:  ALL ITEMS ARE SUBJECT TO THE CRIME CONTROL LICENSING POLICY IN 15 CFR 742.7 (b) (2) or (b) (3).

8.  Amend 15 CFR 742.7 (b) to read as follows (changes in CAPS):

DOSWASHINGTONSUP01983

(b)  Licensing policy.

(1)  EXCEPT AS DESCRIBED IN (b) (2) and (b) (3) BELOW, applications for items controlled under this section will generally be considered favorably on a case-by-case basis unless there is civil disorder in the country or region or unless there is evidence that the government of the importing country may have violated internationally recognized human rights.  The judicious use of export controls is intended to deter the development of a consistent pattern of human rights abuses, distance the United States from such abuses and avoid contributing to civil disorder in a country or region.

(2)  A LICENSE APPLICATION FOR A FIREARM WITH MUZZLE ENERGY OF 5,000 JOULES (3,688 FOOT-POUNDS) OR MORE (AND EQUIPMENT ASSOCIATED WITH THE FIREARM) SHALL BE DENIED TO NON-GOVERNMENT END-USERS.

(3)  A FIREARM WITH MUZZLE ENERGY LESS THAN 5,000 JOULES (3,688 FOOT-POUNDS), AND EQUIPMENT ASSOCIATED WITH THE FIREARM, MAY BE APPROVED TO NON-GOVERNMENT END-USERS UNLESS THE FIREARM WOULD TEND TO OUTMATCH WEAPONS NORMALLY CARRIED BY PEACE OFFICERS ON ROUTINE PATROL IN THE AREA WHERE THE WEAPON WOULD BE USED OR OTHERWISE IMPAIR THE EFFORTS OF PEACE OFFICERS IN THE AREA TO CONTROL CRIME AND CIVIL DISTURBANCE.

9.  In 15 CFR Appendix Supplement No 2 to Part 730, Technical Advisory Committees, allow creation of a technical advisory committee with representation from the police profession to provide technical

DOSWASHINGTONSUP01984

advice on matters such as police procedure, public safety, peace officer safety, crime control, and control of civil disorder. At least two organizations in the United States -- one federal and the other state-based – may be competent to give the Commerce Department technical advice on police standards outside the USA. They are the International Criminal Investigative Training Assistance Program, https://www.justice.gov/criminal-icitap, and the International Association of Directors of Law Enforcement Standards and Training, https://www.iadlest.org.

Thank you for the opportunity to submit comments on the proposed rules.

Sincerely,

Erick Williams, JD

7

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93yt-nry0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0391
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rachelle  Fish

---

## General Comment

We urge you to reverse the proposed regulations that would make it easier to export semi-automatic weapons and ammunition, eliminate Congressional oversight of these sales, weaken end-use controls, and enable production of 3D weapons anywhere. We have seen the effects of these weapons in U.S. shootings, and know they are used around the world to kill and attack hundreds of people every day in violent crime, wars, and political violence. U.S. export controls for weapons used in violence should be made stronger, not weaker.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93z4-29mn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0392
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** carl tyndall

---

# General Comment

Please set the record straight. I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93zb-2h9i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0393
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katrina Kelly

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce. This is because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93zb-2txb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0394
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Claudine Thies

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93zb-f00c
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0395
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Elizabeth Hansen

---

# General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93zd-ecn4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0396
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Melissa Brady

---

# General Comment

COPY SCRIPT: "I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93ze-hhkt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0397
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MAryse Levenson

---

## General Comment

"I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce
because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed
conflicts, and the civilian possession of such weapons is prohibited in many countries.
The proposed rule also: eliminates Congressional oversight
for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers;
and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.
The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency
with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade
and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism,
and human rights violations. This is the kind of violence that sends refugees fleeing to our borders.
Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93zf-r2is
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0398
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Babbitt

---

## General Comment

I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. It reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls. We need more, not fewer, controls on firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93zi-l4vi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0399
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** sean  schroeder

---

## General Comment

I Agree the Proposed rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-93zr-8lwg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0400
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul Sacilotto

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. In addition, converting these weapons from semi to automatic fire is not difficult. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers (socializing the risk,privatizing the gain); and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. The unintended consequence of this action would be to label the United States as the Merchants of Death. These firearms should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-93zw-up6d
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0401
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Please Don't Do It! I oppose moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. These weapons are used in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.
Firearms kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. This is the kind of violence that sends refugees fleeing to our borders. Arms exports must be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9401-nfmw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0402
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Phil Steinschneider

---

# General Comment

Amendments to the International Traffic in Arms Regulations are very welcome. As a Type 01 Federally Licensed Firearms dealer, our company has been waiting for this change to happen for several years. It will allow us to expand our operations into manufacturing and export, which will potentially make it possible for us to create new jobs and new opportunities for workers within our company, as well as the various vendors that supply us.

On the other hand, several proposed changes fall short of what we were expecting.

Why are suppressors not being placed on the CCL? These are in common use throughout the United States and in Europe. In some European countries, silencers are not regulated at all, or much less regulated than in the US. Put suppressors on the CCL in order to stimulate innovation among US-based manufacturers. This makes even more sense if suppressors are eventually removed from the National Firearms Act, which is quite possible in the future.

It makes no sense to continue leaving firearm technologies that have been around for over 100 years under ITAR. This appears to be a political decision rather than a logical one. Move common automatic weapons to the CCL.

Due to their heavily-regulated nature, automatic firearms will be still difficult to export. Leaving them under ITAR will only hurt the US, as it will continue to constrain less well-heeled small arms manufacturers, who might develop the next Thompson SMG, M1 Garand, or M16. Does no one wonder why automatic firearm technology has been at a standstill essentially for over 60 years?

All of Category I should be moved to the CCL. Items of likely greater concern fall under Category II and Category III. The revisions to those sections will of course depend on the items enumerated in the changes.

As a Type 01 FFL, we are looking forward to these reforms in order to acquire a Type 07 license. Because we are a small concern, the ITAR fee has have been a barrier to entry for us. We will still feel

constrained by the omission of suppressors and commonly-available automatic weapons from these changes, however. If these had been placed on the CCL, we would have become a Type 07/SOT. Under the current proposal, an 07/SOT will be required still to pay the ITAR fee.

These rules have always been complex, so simplification and clarification are appreciated. Those who would violate them will do it despite these regulations, however. The only companies that benefit from any remaining complexity technologies moved to the CCL are those with the capital and resources to hire entire compliance departments at the expense of productive activity. The time and money wasted complying with ITAR could so much more easily be used for the development of new technologies and new jobs for Americans.

Nonetheless, these changes are certainly welcome, and will go a long way to help make the American defense industry more competitive the worldwide defense article marketplace.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0403
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Dean Hornsby

---

# General Comment

Why do you people have the ludicrous perception that any legislation you pass is going to stop anyone from committing crimes?
Words on a piece of paper, which you refuse to read before voting on them, are as useless as the ink used to write them. As
quoted from John Dean "Jeff" Cooper "Killing is a matter of will, not weapons. You can't control the act itself by passing laws
about the means employed."
Jeff Cooper, 1958

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9415-ap08
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0404
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Julie Stern

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9415-s62d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0405
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9416-fqkl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0406
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** M  M

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. I cannot support any action that will endanger the lives of American citizens overseas and this change will make it easier for terrorists and foreign entities to secure American-made firearms, including deadly assault weapons, for killing Americans living, working, or traveling abroad.

In my view, the proposed rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. If your agency approves this blatant corporate giveaway and vast disregard for national security, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board.

I am submitting this comment anonymously as the NRA and their syncophants use threatening language against anyone who questions their reasoning, data, or motivations. This is a matter of national security. Please wake up.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9419-qj24
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0407
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Garitty

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941a-puc6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0408
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jordan Gochman

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941c-sa8l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0409
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Samantha Turetsky

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-941d-vtce
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0410
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

In the matter of the proposed changes to how ITAR is implemented I would like to raise several points of concern.
First let me say that I welcome nearly all the changes as proposed. My professional background is in ammunition manufacturing. I have patented my own invention and am called upon to act in the capacity of an expert witness in legal matters. In addition to the 20+ years experience I have spent 12 years running the local 4-H Shooting Sports Program in my county. During that time youth from my club have competed in many local and national events. Many have medaled in big matches including one national champion in air rifle.

Concern #1.
The dollar value placed on exporting bullets (not loaded ammunition) seems impossible to actually kick in and out of skew with the rest of the proposed levels for other items. In many cases this would limit the buyer to only a single box of bullets. Many boxes of bullets, especially ones that are not made in but one or two countries are quite expensive. For example the following is the cost for a box of just 50 bullets.
.348 250 gr = $43.50
.33 200 gr = $41.00
38-55 255 gr = $41.00
.408 350 gr = $46.00
.404 350 gr = $59.00
.425 400 gr = $66.00
43 Spanish 400 gr = $46.00
.475 #2 500 gr = $106.50
50-110 450 gr = $54.50
50-70 450 gr = $54.00
.505 500 gr = $72.00
.577 650 gr = $83.50
Also many common caliber bullets made as a premium hunting bullet in a special weight are equally expensive per bullet.
30 cal 250 gr = $45.50

32 Rem 170 gr = $40.00 w/ minimum of 3 boxes
.358 300 gr = $63.50 w/ minimum of 3 boxes
.416 400 gr = $50.50
.458 500 gr = $111.50
50 cal 500 gr = $68.00

Based upon the other covered items in ITAR it would seem that the $100.00 is just too low and should be $300.00 minimum to allow someone with a small purchase of 200 300 bullets to reload for an older or odd hunting rifle. This is applicable to brass cartridge cases as well. And both are often purchased together. In all fairness ammunition components should be equal to the $500.00 level assigned to gun parts.

Concern #2.

International competition in small bore rifle may be hurt with the 1,000 round limits on ammunition. Many matches require 100 or 200 shots for record. Usually the event has several days of competition. The match starts with sighters and if conditions are difficult (wind, lighting, and mirage) the rounds fired as sighters in a match can approach the number needed for record. Usually long distance travelers are given the day ahead to check everything and practice before the actual event. A junior shooter competed in Europe then visited the MEC shooting complex for one on one training before returning to the states. The days training was valuable and worth using double the amount of ammunition used in a two day competition. Certain unusual matches require many more record shots. The metric prone event is two days long and consists of 600 record shots. For these reasons I recommend making an exception for small bore 22 rimfire ammunition and allowing 2,000 rounds when traveling out of the country.

I am not aware of the requirements for shotgun competitions but thing they are in a similar situation. Gold medalist Kim Rhode practices with 800 shots a day. Perhaps the exemption can be specified for competitors.

Thanks for the changes to come.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941p-rook
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0411
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department. This proposed rule has one purpose and one purpose only: to garner profits for a U.S. gun industry that is faring poorly domestically. It comes after a multi-year lobbying campaign by the NRA and National Shooting Sports Foundation (the NSSF has already boasted the change would lead to a 20% increase in firearms exports). NO ONE other than the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous, by transferring oversight responsibilities to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more, which is inane. Im also disgusted by the rules attempts to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have stolen so many of our loved ones from us. If your agency approves this blatant corporate giveaway, I will do everything in my power to hold your leadership accountable for the resulting bloodshed that occurs globally. That will include advocating against your budget priorities across-the-board until a new administration cleans house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941p-dzuj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0412
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** sandra matlow

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce. The proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode and these weapons are used by state and non-state groups in armed conflicts.

The proposed rule eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources or the interest to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941s-8o6a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0413
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rachel  Graber

---

## General Comment

See attached comments

---

## Attachments

Comment on DOS-2017-0046

As a domestic violence prevention advocate, I know full well the toll gun violence takes on women across the world. Abusers' use of firearms to threaten, control, injure, and kill knows no borders or boundaries. I oppose the proposed rule for the following reasons:

1. The proposed rule treats semi-automatic assault rifles as "non-military." But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[i] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress' proper role.

3. The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

4. National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.[ii]

5. The rule reduces end-use controls for gun exports. It would eliminate the State Department's Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Government's information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporter's history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

6. The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is

unlikely to make the same argument once those weapons are transferred to their control. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

7. The Commerce Department does not have resources to enforce export controls, even before the addition of 10,000 firearms export license applicants as a result of this rule predicted by Commerce.[iii] The BIS's enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

8. The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

9. This rule would transfer gun export licensing to an agency – the Commerce Department - whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

10. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries.[iv] The export of these weapons should be subject to more controls, not less.

---

[i] "US lawmakers balk at arms sales to Saudi Arabia, Turkey and Nigeria," *DefenseNews*, Sept. 26, 2017, https://www.defensenews.com/congress/2017/09/26/us-lawmakers-balk-at-arms-sales-to-saudi-arabia-turkey-and-nigeria/
[ii] "Arms Dealer Faces New Charges," *New York Times*, Aug. 23, 2010, https://www.nytimes.com/2010/08/24/us/24arms.html
[iii] Department of Commerce Budget in Brief FY2017, p. 57, http://www.osec.doc.gov/bmi/budget/FY17BIB/AllFilesWithCharts2.pdf
[iv] Ongoing resource on "Cross Border Gun Trafficking: An Ongoing Analysis of the Types of Firearms Illegally Trafficked from the United States to Mexico and Other Latin American and Caribbean Countries as Revealed in U.S. Court Documents," by the Violence Policy Center, http://www.vpc.org/indicted/

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941t-9hv6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0414
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheba  McCants

---

## General Comment

I oppose the proposed rule for the following reasons:
1. The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.
2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey. Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.
3. The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.
4. National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for

brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.

5. The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

6. The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is unlikely to make the same argument once those weapons are transferred to their control. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

DOSWASHINGTONSUP02014

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941u-noso
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0415
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sarah  Doenmez

---

# General Comment

Do NOT re-classify semi-automatic weapons as commercial items. These weapons have been used in horrendous acts of violence all over the world. The US should not be a state that sells violence to the world, profiting from human rights abuses.

Sincerely,
Sarah Doenmez
Dublin, NH 03444

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-941x-qps1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0416
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jodi Domanic

---

## General Comment

I strongly oppose this proposed rule which would transfer oversight of regulations on certain firearms from the State Department to the Commerce Department. The only Americans lobbying for this change is the gun lobby and while they may be very vocal, they are not the majority of U.S. citizens. This action will only serve to put even more guns into our country ... our country that already is #1 in guns per person as well as deaths from guns by far of civilized countries. We are reminded on a daily basis of how dangerous our country is partly because of lenient regulations regarding firearms. We NEED to stop the bleeding!! Literally & figuratively. Please oppose this proposed rule!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9420-zf5t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0417
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I completely oppose this proposed rule. The US government should not be taking orders from the NRA, which fears losing sales in the US because of right and righteous concerns over gun violence, and so wishes to export its means of profiting. This should not be US policy, human policy, or international relations. It is a transparent give-away to forces that will only further disrupt and derail Mexico's efforts to police its drug traffickers and curb its corruption.

Please reject this proposal.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9420-2zn7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0418
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fred Granlund

---

## General Comment

I am writing to OPPOSE the proposed rule changes on grounds of excessive danger to civilians and lack of accountability to keep weapons out of the hands of terrorists and others working against our national interests. My specific objections are listed in the attached document: arms_sales.rtf.

Thank you for your consideration of my comments.

---

## Attachments

arms_sales

**Reasons to OPPOSE International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III**

1. The proposed rule treats semi-automatic assault rifles as "non-military." But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[ii] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress' proper role.

3. The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

4. National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.[iii]

5. The rule reduces end-use controls for gun exports. It would eliminate the State Department's Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Government's information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporter's history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of

these firearms from the State Department database, weakening enforcement against arms trafficking.

6. The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is unlikely to make the same argument once those weapons are transferred to their control. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

7. The Commerce Department does not have resources to enforce export controls, even before the addition of 30,000 firearms export licenses as a result of this rule predicted by Commerce.[iv] The BIS's enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

8. The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

9. This rule would transfer gun export licensing to an agency - the Commerce Department - whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

10. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries.[v] The export of these weapons should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9421-27on
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0419
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Benita J. Campbell

---

## General Comment

As a citizen of the United States, I have grave concerns about our violent gun culture that does so much harm to individuals, families, and society at large.

I oppose the proposed rule for the following reasons.

1. The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[ii] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.

3. The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the

cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

4. National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.[iii]

5. The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

DOSWASHINGTONSUP02022

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9422-pkee
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0420
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gary Smith

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer. We've lost our moral compass if we agree to this shift in oversight.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9422-68qw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0421
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sarah Brown

---

## General Comment

I hope you will oppose the Trump Administration's proposal to transfer licensing and oversight of firearms exports from the State Department to the Commerce Department. The proposal weakens controls over semiautomatic assault weapons, .50 sniper rifles, high-capacity ammunition magazines and it may deregulate 3D printing of guns. It could also weaken controls on gun imports.

The proposed transfer will likely lead to more U.S. guns getting into the hands of criminal organizations, human rights abusers, and terrorist groups around the globe.

It's no surprise that the proposed rules are a priority for the National Rifle Association and the Newtown-based National Shooting Sports Foundation. Clearly, their goal is to open up international markets to compensate for lagging domestic sales. They are willing to spread our gun violence all over the world to boost gun industry profits.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9425-s8xl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0422
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean  Lindgren

---

## General Comment

I'm a long time resident of San Francisco, California and am absolutely appalled by the hundreds...thousands...of people being killed by unstable humans...mainly white males...wielding automatic and semi-automatic weapons!!!! This MUST STOP! NO CIVILIAN NEEDS SUCH A WEAPON!!!!

Therefore, I strongly oppose the proposed rule for the following reasons:

1. It eliminates Congressional oversight for important gun export deals.
2. Transfers the cost of processing licenses from gun manufacturers to taxpayers. That's totally wrong and unfair.
3. Removes statutory license requirements for brokers thereby increasing the risk of trafficking.
4. Reduces or eliminates end-use controls, such as the State Depts Blue Lantern program...eliminating registration of firearms exporters has been a requirement since the 1940s for very good reasons!
5. Enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.
6. Reduces transparency and reporting on gun exports.
7. Transfers gun export licensing from the agency with a mission to promote stability, conflict reduction, and human rights, to an agency with mission to promote trade.
8. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
9. Ideally, automatic and semi-automatic weapons should be removed from the market entirely and not manufactured in the first place.

Thanks for your consideration.
Jean Lindgren
San Francisco, CA
Email: lindgren.b8@gmail.com

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942b-es0y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0423
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Terrie Williams

---

## General Comment

I oppose the proposed rule for the following reasons:

The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[ii] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.

The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain

rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.[iii]

The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942f-pfzz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0424
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca Berlant

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian possession of such weapons is prohibited in many countries. The proposed rule also: eliminates Congressional oversight for important gun export deals; transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

DOSWASHINGTONSUP02028

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942g-x628
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0425
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Garry Black

---

## General Comment

I whole heatedly support moving the small arms ammunition control from the State Department to the Commerce Department. The Bureau of Industry Control in Commerce will adequately monitor the shipment of these items.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942g-i5tc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0426
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deirdre Dreslough

---

## General Comment

Please leave the regulations as they stand. The more oversight for weapons sales and exports, the better.
This is just a play for profits by a few organizations and companies and the USA, and the pain and
inhumanity these weapons will bring to other nations will be a stain upon our national soul; all our souls.
If anything, increase regulations on weapons exports, or eliminate them entirely. Please uphold the
peaceful wishes of the majority of Americans.

"I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small
arms (firearms) exports from the State Department to the Commerce Department. This rule would make
U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing
business over safeguarding national security. The rules elimination of congressional oversight of
commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to
garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of
lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it.
The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20%
increase in American gun exports. We see the gun lobbys influence in the rules description of
semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for
household use, they were designed to kill en masse on the battlefield. That is why they are the weapons
of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my
powerpeacefully and democraticallyto hold your leadership accountable for the resulting global
bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-
corrupt administration can come in and clean house."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942g-nv6o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0427
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Don't export our firearms problems. Don't further line the pockets of the merchants of death.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942h-zfob
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0428
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Angel Marks

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0429
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Suzanne Darweesh

---

# General Comment

Is this the reputation we want as the leading economy in the world, to be producer and exporter of arms and military supplies? I think not. Remember how the world respected us during and after the Marshall Plan. Let's change our reputation to one that accepts refugees and promotes the economies of developing nations so that they can achieve self-sufficiency, jobs and food for their own people and the migration of people seeking a better life and safe existence will decrease. We produce more weapons than the next 5 economies put together! What a reputation! I am opposed to any sale of weapons to any third world countries.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0430
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pamela Johnston
**Organization:** i.am.not.a.company

---

## General Comment

I wish to speak out against this proliferation of weapons used in war and crime, as follows:
Treats semi-automatic assault rifles as non-military, despite their use by U.S. troops, their use by state and non-state groups in armed conflicts, and their prohibition for civilian possession in many countries.
Eliminates Congressional oversight for important gun export deals.
Transfers the cost of processing licenses from gun manufacturers to taxpayers.
Removes statutory license requirements for brokers, increasing risk of trafficking.
Reduces or eliminates end-use controls, such as State Depts Blue Lantern program, and by eliminating registration of firearms exporters, a requirement since the 1940s.
Enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.
The Commerce Department does not have the resources to enforce export controls, even now.
Reduces transparency and reporting on gun exports.
Transfers gun export licensing from agency with mission to promote stability, conflict reduction, and human rights, to an agency with mission to promote trade.
Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

I oppose the proposed rule for the following reasons:

The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942h-gjzv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0431
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia Hood

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one else asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942h-n6kg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0432
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I oppose the proposed rule for the following reasons:

The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[ii] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.

The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.

The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators. End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The Commerce Department is unlikely to make the same argument once those weapons are transferred to their control. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

The export of these weapons should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942i-tbw3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0433
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karri  Allen
**Organization:** Raytheon Company

---

## General Comment

Please see attached.

---

## Attachments

Raytheon Company Comments DDTC USML Cat I II III (83 Fed Reg 24198) (filed 2018-07-03)

July 3, 2018

U.S. Department of State
Directorate of Defense Trade Controls
PM / DDTC, SA-1 12th Floor
2401 E Street, NW
Washington, DC 20522
*Via: www.regulations.gov*

**Subject:** **Raytheon Company Comments on USML Categories I, II, and III**
**Ref: 83 Fed. Reg. 24198 (May 24, 2018)**
**Docket ID: DOS-2017-0046**

On May 24, 2018 the Department of State, Directorate of Defense Trade Controls ("DDTC") requested comments from the public on the proposed rule to amend United States Munitions List ("USML") Categories I, II, and III. Below please find comments from Raytheon.

## USML Category II

Raytheon strongly supports the addition of Note 2 to paragraph (a) and the Note to paragraph (j)(9) because they help distinguish Category II items from items more appropriately controlled in other USML Categories. Regarding Note 2 to paragraph (a), we recommend the modifications underlined below to utilize the same language from Category VII (i.e. add the words "and trailers") to direct that guns and armament when affixed to trailers that are armed or are specially designed to be used as a firing or launch platform to deliver munitions or otherwise destroy or incapacitate targets are otherwise controlled under Category VII. Directly similar to the concept currently embodied in the Note 2 to paragraph (a), we recommend that language be added to this Note to clearly indicate that active protection systems specifically defined in categories associated with the carrier are controlled under those other categories.

> Note 2 to paragraph (a): Guns and armament when integrated into their carrier (e.g., ships, ground vehicles <u>and trailers</u>, or aircraft) are controlled in the category associated with the carrier. <u>Similarly, guns and armament when integrated into an active protection system described in the category associated with the carrier are controlled in the active protection system category associated with the carrier.</u> Self-propelled guns and armament are controlled in USML Category VII. Towed guns and armament and stand-alone guns and armament are controlled under this category.

Regarding the Note to paragraph (j)(9), we recommend the following modification (underlined below) to continue the drive for clarity:

> Note to paragraph (j)(9): For weapons mounts specially designed for ground vehicles, see Category VII. <u>For weapons mounts specially designed for vessels, see Category VI.</u>

DOSWASHINGTONSUP02039

**Brokering**

The conforming change proposed for 22 C.F.R. § 129.1(b) improves readability. The proposed language for 22 C.F.R. § 129.2(b)(2)(vii) appears to provide a broad carve-out to the brokering activities definition. It would be helpful for DDTC to clarify whether this language was intended to convey that any ITAR or EAR approval for the items in question is sufficient to meet this criteria and that the approvals do not have to list the specific consignees or end users as the future export, reexport, or transfer. If this was not what was intended, then the proposed language for 22 C.F.R. § 129.2(b)(2)(vii) should be modified to indicate this, such as (additions underlined):

> (vii) Activities by persons to facilitate the export, reexport, or transfer of an item subject to the EAR that has been approved pursuant to a license or license exception under the EAR or a license or other approval under this subchapter <u>involving only parties approved under that license or other approval</u>.

**Effective Date**

Raytheon strongly supports using a delayed effective date of 180 days as has been done for other USML to CCL transitions. Such transitions require updates to IT systems, policies, processes, and training which require time to complete. Based on experiences in performing these tasks during previous transitions, the full 180 days is necessary.

We appreciate the ability to comment and thank you for your partnership.

\* \* \*

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942j-61z5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0434
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Derr

---

## General Comment

Why are we the world's #1 arm producer and sales to others!

We should be selling plows instead of "swords."

NO MORE SALES OF GUNS needed in this heavily armed world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942j-t1e8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0435
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Adele Riffe

---

## General Comment

The Trump administration has proposed to make it easier for U.S. gun makers to export guns and ammunition globally, even though U.S.-exported firearms are already used in countless crimes, attacks and human rights violations in Latin America, the Middle East, Africa and around the world.

The proposal would move export licenses for semi-automatic assault weapons, sniper rifles, and other powerful firearms from the State Department to the Commerce Department, removing Congressional oversight, weakening controls on who ends up with the weapons and even lifting restrictions on 3D printing of guns that would permit production of guns both overseas and here at home. The U.S. gun industry and the NRA have pushed hard for these changes to make up for falling gun sales. The Commerce Department estimates that the proposed change would apply to 10,000 gun export applicants a year.

Please do not allow any weakening of controls or restrictions on gun and ammunitions licensing, sales and/or production - either nationally or abroad. We need common-sense restrictions on guns. The NRA just wants to sell more guns, to improve its profits. It does not care that its actions have direct consequences on our lives, increasing the probablitiy that someone we love might be involved in gun-related violence.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942j-mqd9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0436
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marie Lucey
**Organization:** Franciscan Action Network

---

## General Comment

My name is Marie Lucey and I am a Catholic Franciscan Sister , Assistant Director of Franciscan Action Network (FAN) based in DC with thousands of members across the country. We are a member of Faiths United to Prevent Gun Violence and take every opportunity to address the gun violence epidemic in our country so wish to oppose the proposed rule for many reasons including the following:
State and Commerce Departments have different missions, roles and purposes.

The proposed rule would eliminate Congressional oversight for major gun export deals and would limit the ability of Congress to comment on related human rights concerns. In a September, 2017 letter, Senators Ben Cardin (Senator of MD in which I reside), Feinstein and Leahy noted that this move would violate Congressional intent and eliminate Congress' proper role.

The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. Unless corrected, the new regulations run the risk of condoning and enabling 3D printing of firearms in the U.S. and elsewhere.

Firearms are used globally to kill a thousand people every day in acts of organized crime, political violence, terrorism, and human rights violations. Military-style assault rifles and ammunition, which would be transferred to Commerce control, are weapons of choice for criminal organizations in Latin American countries that are responsible for most of the record levels of homicides in these countries. Export of such weapons should be subject to more, not fewer, controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942j-5gd7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0437
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Wolff

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-gpzt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0438
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0439
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Val  Mobley

---

## General Comment

Moving this function to Commerce is a frightening idea. There will be no checks or safeguards to keep these weapons out of the hands of foreign powers whose intentions cannot be known. These weapons can likely end up in the hands of those who would harm our country. The sale of these weapons must be more than just an economic decision. The Department of State is the only agency who can maintain the safety of the US. This idea is an obvious ploy of the gun lobby to remove any semblance of regulation. Please don't fall for this!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-6hrv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0440
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Hornik

---

## General Comment

I am extremely concerned with gun violence against civilians both within the US and around the world, andI strongly oppose moving export licenses of assault weapons and other powerful firearms from the State Department to the Commerce Department. The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts so this is a fiction. Additionally, many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

In fact, the proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons.

Additionally, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Hence, there is reason for considerable concern that firearms brokers will no longer be subject to US brokering law. National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons now. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking.

Finally, the new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Why should citizens pay for gun exporters to profit? Its another absurd example of corporate welfare.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942k-7e79
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0441
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ben  Soreff

---

## General Comment

I strongly urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-kovh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0442
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fred  Sigworth

---

## General Comment

Please maintain restrictions on the export of firearms!

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0443
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roslyn Kaplan

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0444
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kenneth Foscue
**Organization:** CT Department of Public Health

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-ock9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0445
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Gibbs

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-oawz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0446
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kirsten Bechtel

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-8cct
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0447
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Claire Matthews

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-u5tm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0448
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Alexa  Tomassi

---

# General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

DOSWASHINGTONSUP02055

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0449
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William Steinmayer

---

## General Comment

I firmly oppose the decision to move the oversight on the sale of assault weapons from the Sate Department to the Department of Commerce. These weapons are strictly for military use, and should be treated as such.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-wev4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0450
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  Gottschalk

---

## General Comment

The loosening of firearm export rules fuels violence around the globe. There are two compelling reasons to not do so:

1. The basic moral wrong perpetuated by providing more lethal weapons used in ways that kill civilians and destabilize societies.

2. While most Americans may not appreciate the havoc wrought by our weapon exports, people across the globe recognize the weapons used to harm their families and friends, and damage their societies and economies. Many people understand who are the manufacturers of specific armaments and associate the nations from which they originate with the violence they perpetuate. This is a grassroots foreign policy disaster for the United States.

Please maintain if not strengthen the rules already in place.

Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-8ew8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0451
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter Hanson

---

## General Comment

Please keep gun exports accountable and having oversight. Let's not export murder.

DOSWASHINGTONSUP02058

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-j2hh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0452
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bert Goff

---

## General Comment

I urge the State Department to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942k-6zwx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0453
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeremy Stein

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war. Guns do no make us safer. Exporting more guns outside of the US would only make the rest of the world suffer the same amount of gun violence that is plaguing the US.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-edn2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0454
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy Chase

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-s69j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0455
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

As a defense industry supporter, I support the movement of Category III small arms ammunition regulation from the State Department to the Commerce Department Control List of the Bureau of Industry and Security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-8x7o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0456
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jason Miller

---

## General Comment

My name is Jason Miller and I am the Director of Campaigns and Development at the Franciscan Action Network in Washington, D.C. As a person of faith, I am extremely disturbed that guns are a major export of the United States and believe that gun export regulation is important. I oppose the proposed rule change because as Pope Francis said: there is a piecemeal world war III currently being waged and the United States is one of the biggest players. Instead we must work for diplomacy and peace.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-xsey
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0457
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sloane Levy

---

# General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-ghmo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0458
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jay  Hoggard

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-bdsg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0459
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James Curry

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-d9ic
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0460
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Erin Freed

---

# General Comment

I am writing to oppose changing the rules so as to make it easier for U.S. firearm manufacturers to export assault rifles and other guns. We need the valuable oversight and accountability that is provided by the current law.

With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-36qo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0461
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken Overton

---

## General Comment

As a defense industry supporter, I support the movement of Category III small arms ammunition regulation from the State Department to the Commerce Department Control List of the Bureau of Industry and Security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-op0g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0462
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Susan Hosack

---

# General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-f3uu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0463
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott Schweizer

---

## General Comment

As a veteran of the Persian Gulf War and a registered Republican I strongly oppose the export of guns. Please stop and oppose the gun lobbys agenda of profits over everything else.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942l-phbf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0464
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henry  Lowendorf

---

## General Comment

Our guns kill children everywhere. The government of the U.S.A. should not be in the business of promoting distribution of weapons around the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942m-o3mv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0465
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Brown

---

## General Comment

I am strongly OPPOSED to relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. Gun violence is a major killer, taking the lives of 1,000 people around the world every day! We should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942m-o5tn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0466
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Star  Star

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Submit comments now to the State Department and the Commerce Department opposing the rule change.

*You can copy and paste the points in this email or use your own voice to make unique comments to the State and Commerce Departments.

U.S. Department of State: https://action.momsrising.org/go/38289?t=10&akid=11002%2E2254141%2Ezo8aRS

U.S. Department of Commerce: https://action.momsrising.org/go/38290?t=12&akid=11002%2E2254141%2Ezo8aRS

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942m-topd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0467
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cindy Ware

---

## General Comment

I strongly urge our United States Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability.

Gun violence is a real and ever-increasing threat both here and abroad. I do not want our government to make it easier for American guns to cause tragedies either here or abroad.

We all should be making it HARDER, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942m-5md2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0468
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean G.  Cochran

---

## General Comment

I oppose sales f arms to other countries. This simply escalates dangerous warfare and endangers peaceful people.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942m-dw5v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0469
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** TAINA LITWAK

---

# General Comment

I am very concerned. Right now, firearms exports are classified as military so they are under the
regulation of the State Department. Congress can block sales of large batches of firearms to foreign
countries. This is an important thing for the security of this country. With the rule change, Congress
would no longer be automatically informed about sizable weapons sales that it could stop in the name of
national security, even to countries where there are serious human rights concerns, or even counties
who's real interests are not friendly towards the US.

Commerce Department just does NOT have the resources to adequately enforce export controls. Its
Bureau of Industry and Security does not have staff everywhere like the State Dept. does. This means
that it will become easier for firearms traffickers, organized crime, terrorist organizations, and other
violent and dangerous agents to obtain large caches of American guns and ammunition.

Please do not do this.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942m-p864
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0470
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexandra Sarason

---

## General Comment

I oppose the rule change that brings regulation of firearms int'l sales away from US Dept of State to US
Commerce Dept. Our international safety cannot afford opening sales of military arms to terrorist
organizations which would happen if US Commerce Dept oversees the regulation.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0471
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Darwin Busa

---

## General Comment

It makes no sense to move export controls on military useful weapons from State to Commerce. I am totally opposed to this proposal.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942n-wmrp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0472
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Connors

---

## General Comment

The handling of export licenses of semiautomatic assault weapons and other powerful firearms must remain in the hands of the U.S. State Department for the security of our country. Trafficking in Arms would strengthen the enemies of the United States. Please fight to keep this control and not let it transfer to the U.S. Department of Commerce!

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0473
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kevin Kelly

---

# General Comment

Don't listen to the NRA.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942n-jh1l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0474
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms trafficking needs to stay under the State Department to control where the firearms go for the publics safety

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942n-luh6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0475
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** CJ Horner

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WHAT THE HECK IS HAPPENING TO THIS COUNTRY????!????!!!!????????

Please, in the name of all that's holy, DO NOT DESTROY the carefully constructed structure that has been put in place to create protection for not only citizens of the USA, but for the world at large.

I beg this of you. I feel hope starting to die in me. Please reinstill my ability to hope for a better America and a better world.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0476
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

This is clearly not something that should be left up to any corporate interests, we need to keep firearm regulations in the state department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942n-4mfb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0477
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jonathan Holland

---

# General Comment

I believe this change of authority is a poor move for America and I oppose it. Thank you for your consideration.

DOSWASHINGTONSUP02084

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942n-l98d
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0478
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Stuart Rubinow

---

# General Comment

I oppose the proposed rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department. But these two departments have very different mandates: State to safeguard our nation, and Commerce to promote American businesses. Assault weapons should not be seen as just another product to be promoted, bought, and sold like washing machines or any other consumer product. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942n-obm2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0479
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Civitelli

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942n-ra4l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0480
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Fosse

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. .

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-k2sh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0481
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Tiffany Hiranaka

---

# General Comment

I am writing this comment in support of the this proposed rule. I feel that this proposed rule will be very beneficial to the U.S. I support this proposed rule for a few different reasons. I feel that if the ITAR and EAR imposes license requirements on exports and reexports, there will be a better handle of all items on the U.S. Munitions List (USML). Having a better handle on this situation could help to keep weapons and ammunition out of the hands of people who should not posses those items. This will also help the government to maintain the list of all individuals that holds a license, ensuring that applications are correctly completed, and the proper background checks are conducted prior to issuing the license. Another things that I support about this proposed rule is the requirements of Section 38(b)(1)(A)(ii). The requirements to this section will ensure that all business owners engaged in brokering activities are registered and licensed with the Arms Export Control Act (AECA). I feel that this is another benefit of the proposed revision because it ensure that all business are properly registered to conduct such brokering activities. I feel that this is important because our government will be able to closely maintain all business conducting such activities. This will ensure that these items dont get into the hands of groups or individuals that should not possess them.

I think that this rule will greatly impose on businesses and individuals If adopted. I think that businesses may feel that this is another way for government to charge them for something else. This in turn may cause businesses to shut down due to the costs being greater than the profits. Although this may cost people more, I feel that it would have a better regulation over all of the items on the USML that are imported and exported. This will also impact individuals who hunt for recreation purposes. This will make it a little more challenging for them to attain weapons and ammunition. Again, although these proposed change will affect business and individuals, I feel that the benefits outweighs the costs. Making this a rule that I feel should be passed, not to make things more difficult for people; but to ensure the safety of others.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-a1o5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0482
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marguerite Ritchie

---

## General Comment

I oppose the change in rules in the regulation of exportng firearms from the U.S. State Dept. to the Dept. of Commerce. This would not allow Congress to be notified and block any shipment of large caches of firearms to be exported to foreign countries thus enabling dangerous entities such as terrorist groups, oranized crime and traffickers to prevail and is matter of national security.

The U.S. Dept. Of Commerce is ill equipped as it lacks the resources and field offices to take on such an endeavor of regulating large export of firearms from so many possible locations.

I feel it would be a mistake to change the current rules and accountability.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-gevb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0483
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Vincent Ferri

---

# General Comment

I am absolutely opposed to the proposed rule to transfer oversight of non-military firearm exports from
the State Department to the Commerce Department. It is a transparent move to ensure windfall profits for
the U.S. gun industry. The multi-year lobbying campaign by the NRA and National Shooting Sports
Foundation to expand the reach and power of the gun industry will increase gun sales over 22% without
the needed oversight by Congress to guarantee that these weapons do not find their way into the wrong
hands.

Only the gun lobby asked for this change. It would make U.S. exports of small arms far more dangerous,
by transferring oversight responsibilities to an agency that prioritizes business over national security.
And, the conflict of interests posed by that transfer will pit NATIONAL SECURITY, IMMIGRATION
STABILIZATION, AND THE MAINTENANCE OF DEMOCRACY AROUND THE WORLD
AGAINST ARMS INDUSTRY CORPORATE PROFITS.

The U.S. Congress would voluntarily abdicate its Constitutionally mandated obligation to oversee
commercial weapons sales of $1 million or more.

However, I am in favor of the declassification of semiautomatic rifles as assault weapons, and support
their classification as civilian products. As a combat veteran I am experienced enough in the
classification and use of firearms to understand that a semi-automatic weapon is not an assault weapon
and is most certainly not the kind of weapon I would use in a combat situation.

The AR15 series of semi-automatic rifles simply is not a battlefield weapon suitable for our troops in the
field and because of that they are not the issued weapon for our combat troops in the field. By definition
they are not assault weapons, and regulation of them because of the way they LOOK or how the
unschooled public perceives them as "SCARY," is not a logical basis for regulation of these weapons
separate from other semi-automatic rifles. These are not REAL categories; they are only excuses to make
it appear that legislators are taking step in the direction of gun control.

There are clearly many important sensible and REAL gun control measures that would enhance public

safety and curtail the number of mass shooting incidents. Waiting periods should be mandated to last as long as a thorough background check would take to complete, tight regulation of gun show sales, no gun ownership or license for those under 21 years of age, and full responsibility for any adult who allowed a minor 21 years of age or younger to have access to a firearm of any kind are all measures that should be adopted.

Te AR15 series of semi-automatic rifles have been used by criminals and people with psycho-social disease to kill innocent children and our loved ones, but the facts are that these criminals will use whatever weapon is available, as in the most recent devastating shooting incident in Annapolis. In almost every case of mass shooting in the United States and other countries, the threat posed by the criminal perpetrators were well documented, and the failures of responsible authorities are clearly evident. Those authorities must be held criminally accountable for their failings.

The State Department is the only agency that should be responsible for international sales [as defined in the current controlling laws] and relative to international sales MUST remain the controlling agency. Further, the potential National Security threat from international firearms sales that have no serious oversight, as would be the case if the Commerce Department were to assume this role, absolutely requires Congressional oversight and Congress must exercise its power and responsibility as an important element of our Constitutionally mandated system of Checks and Balances.

Important references:

Trump move would make it easier for U.S. gun manufacturers to export firearms, https://action.momsrising.org/go/38291?t=13&akid=11002%2E2524772%2E0kwGD5 The Washington Times, May 14, 2018.

Trump wants to make foreign arms sales easier, https://action.momsrising.org/go/38292?t=14&akid=11002%2E2524772%2E0kwGD5 The Boston Globe, June 23, 2018.

American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, https://action.momsrising.org/go/38293?t=15&akid=11002%2E2524772%2E0kwGD5 The Trace, May 25, 2017.

The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, http://action.momsrising.org/go/38294?t=16&akid=11002% 2E2524772%2E0kwGD5
Violence Policy Center.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-zu4c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0484
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Van Sant
**Organization:** Jeff Galloway Training - Jersey Shore

---

## General Comment

I oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I believe it is merely another attempt by the NRA to bypass our protection of national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-b3nt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0485
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jeffery anderson

---

## General Comment

THIS would be the wrong move changing the classifaction of firearms to anything other than MILITARY.IT would no longer to be able to regulate sales of large shipments of firearms to persons and military in foreign countries from the UNITED STATES. firearms need to be regulated for the safety of american citizens and our countries security. thank you mr anderson

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-1ybo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0486
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** anonymous  Anonymous

---

## General Comment

I am a concerned American and Connecticut citizen.

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-n21e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0487
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carla Lilley

---

## General Comment

I oppose shifting the sale of arms from the State Department to Commerce. We do not need to Arm The World any more than we already have. It is 2018 and it is time to wean ourselves away from debilitating Wars. It will most certainly come back to bite us from a military and national security perspective.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking. More trafficking will most certainly Increase the refugee/immigration debacle we are currently experiencing as families try to escape violence in Central America. It will increase mass migration all over the Planet Earth. It will increae our debt to the point of national collapse. What then?

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Increasing the sale of weapons around the world will endanger the people of the United States. Is more money for gun manufacturers worth that? We will be the most hated country in the world if we do this. We have enough war in this world. It is time to limit the sale of weapons and work for Peace and Stability. It is time to use our brains and find alternative solutions instead of feeding the Corrupt War Machine. Stop the killing, stop the daying, stop the worldwide suffering of refugees.

Shame On All of You for even considering this. Carla Lilley, Pittsboro, NC

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942o-533y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0488
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elissa  Wagner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-gah8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0489
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  van Dorsten

---

## General Comment

I oppose a rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-hlnm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0490
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Johnson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-q05h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0491
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Doug Peltonen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0492
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kate Hermann-Wu

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-9ixh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0493
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** michael tucker

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-a9x2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0494
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shawn  Sapp

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-anxq
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0495
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** frank  belcastro

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nwjh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0496
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change; it will make the nation less safe.

DOSWASHINGTONSUP02104

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-9m0j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0497
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Donna Knipp

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-dfve
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0498
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Gail  Kennedy

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ek5l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0499
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** don  r

---

## General Comment

YES, MAKE IT EASIER TO KILL PEOPLE, TRUMP IS PULLING YOU FOOLS AROUND BY THE NOSE!
COWARDS

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-cxkd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0500
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Molly Swabb

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1wzx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0501
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Garber

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-vbnq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0502
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anna Franz

---

## General Comment

Please keep gun exports under the State Department. Enough of our weapons wind up in enemy hands as it is.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ohng
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0503
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** A. B.

---

# General Comment

STOP SERVICING PUTINS FUNDED nra traitors. Wth is wrong with you. Serving PUTINS lapdog and his menagerie of traitors. Embedded infesting our government.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-uy9x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0504
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Alyssa  Melton

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-vocy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0505
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Carol  Nau

---

# General Comment

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

These changes do not align with our desire for a safer society.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-i44m
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0506
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kristin  Kokal

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02114

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-i5y2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0507
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Bronstein

---

## General Comment

I oppose this rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S.
Commerce Department. The rule change would facilitate firearms exports to oppressive regimes, remove safeguards that help
keep organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries
and causes mass migration. Firearms are used to kill people every day around the world in acts of organized crime,
political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5sg8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0508
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Matthew Tarpley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-wwlr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0509
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mary Sisson

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

Do not allow this to happen!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-3qwj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0510
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joe Pfister

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0511
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** bruce miller

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]
Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
Here are more details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.
[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.
[3] Ibid., The Boston Globe
[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.
[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.
[6] Ibid., Violence Policy Center.
[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-c93v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0512
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Dan  Hubbard

---

# General Comment

I am adamantly opposed to this change. Our gun culture is absurd.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0513
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane Virzi

---

## General Comment

Stop the exportation of weapons of mass distruction. We don't need to expand the carnage we love with here to other countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-fs6e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0514
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steve  Hoelke

---

## General Comment

This is a BAD idea!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-bbu3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0515
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betty  Lo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-kwyn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0516
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Atkinson

---

## General Comment

l oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Thank you.

Sincerely,

Lisa Atkinson

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-kbnl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0517
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lawrence Bojarski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-fpwb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0518
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Marsha Balian

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-sn5p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0519
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jason Fish

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0520
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Valerie  Dorrian

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1y98
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0521
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joan Balfour

---

## General Comment

A rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business) would open new floodgates for arms sales internationally, with serious implications for our national security.

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-wwi2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0522
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane  Williams

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-a6s9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0523
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Kikuchi

---

## General Comment

The NRA should be paying into the cost of making our schools safe instead of having the taxpayers foot this bill. I consider them directly responsible for this problem!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1bcj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0524
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott  Coahran

---

## General Comment

With the unending series of wanton, violent acts that are committed, it seems, on at least a monthly basis, the last thing we need is something that will expedite the purchase and ownership of guns for the sake of commercial profit.

DOSWASHINGTONSUP02132

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-e1kh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0525
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** meghan  e

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2]
With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
No more violence!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-409c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0526
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jody berman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-451i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0527
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tatum  Hammer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-dwdb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0528
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cathy  Wootan

---

## General Comment

As a mother, grandmother and former social worker, I am appalled by our country's inability to get a handle on gun violence.
I'm tired of hearing that the problem isn't guns, it's mentally ill people. Every country in the world has its share of mentally
ill citizens -- and their proportions are pretty much the same in every society -- and yet the US is the only developed country
that has routine mass shootings. That tells me it's about the guns, so that's where we need to start.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-hppd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0529
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kyrie Collins

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department just does not have the resources to adequately enforce export controls. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. It can not be permitted!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-6g84
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0530
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lois Johnson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Furthermore, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-o59o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0531
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Steve  Graff

---

# General Comment

This control is still warranted. This is a gave away for weapon manufacturers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-g8dj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0532
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** David  Morris

---

# General Comment

Changing firearms regulation and classification as proposed in this rule would be the height of madness. It is a blatant attempt by the NRA and gun manufacturers to pull a runaround maneuver. Under no circumstances should firearms be reclassified: Their sale and export should remain the purvey of the US Government and Congress. Doing anything else would open a floodgate of arms shipments to all kinds of dangerous forces outside the US. Please, please do not consider even the possibility of changing the current ruling.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-mhqr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0533
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pamela McIntyre

---

## General Comment

I disagree with the proposed change. This would make our gun control issue worse and share the problem!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-w547
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0534
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beth Stout

---

## General Comment

I oppose the rule change to switch firearms export regulations from the US State Department to the
Commerce Department. This change would allow large weapons sales abroad without regard to national
security or taking human rights violations into consideration. The Commerce Department is not
adequately funded to manage this oversight and leaves the US without sufficient control over arms sales
that could go to terrorists and organized crime syndicates. This is just a plain bad idea.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-pztd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0535
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marsha  Anonymous

---

## General Comment

I wont paste a form letter, but I will say, do the right thing, say no to all changes right now, this is wrong, the NRA is wrong. Don't be like the NRA, be a PATRIOT, do the right thing.

DOSWASHINGTONSUP02143

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-4s4w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0536
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** L  Hernandez

---

# General Comment

This would be a very bad move. There are already too many automatic and semi-automatic weapons in the wrong hands.
Automatic weapons have no business in the hands of the general public in the United States, let alone around the world.
Only military and police personnel should have the automatic type weapons. Bump-stocks should be banned, period.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-6cfp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0537
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** KARIN WINSTON

---

# General Comment

Exact opposite of what we should be doing. We already supply too many weapons to criminals and gangs
in south and Central America- which is why the innocent civilians are at our doorstep in the first place.
Now they want to make it easier to send more? The NRA isnt satisfied with 33000+ American deaths per
year? Plus another 75,000 injuries?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-37qq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0538
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marci Diamond

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Control of the export of firearms that could fall into the hands of those who would harm Americans is a national security issue.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-8eog
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0539
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Sparkes

---

## General Comment

I completely oppose any rule changes that would transfer the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. American firearm manufacturers cause enough bloodshed and violence here at home. There is no reason this mayhem should be easier to export to peaceful, civilized and non-violent nations. Thank you very much.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-mx8y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0540
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Suzanne Slattery

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-b52d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0541
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** c. martinez

---

# General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0542
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marjean Doden

---

## General Comment

Why spread our violence problems to the rest of the world? Keep this under the Department of State!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-36vo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0543
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edward Costello

---

## General Comment

I oppose the regulation change that would shift gun export responsibility to the Commerce Dept. State Dept has handled it well in past. No need for change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-rsfn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0544
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy Holbert

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-zn6o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0545
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Roderic Krapf

---

# General Comment

I am very much opposed to the new rule change that gives the Commerce Department control over the export of firearms. More weapons anywhere in the world have not caused bad situations to be better, but rather, to make them worse. Arms manufacturers are only interested in profits, not human lives or volatile political crises that could result in thousands of deaths.
The easy access to guns in America helps keep us number 1 in the world in citizens killed by guns. Other places in the world do not need the means to excel at such grisly numbers.
I trust the State Department to make better choices on export of firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-uzci
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0546
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barb  Crumpacker

---

## General Comment

Gun limits are important for the safety & peace of mind of citizens of the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-o7ll
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0547
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Heath

---

## General Comment

I oppose the rule change that would switch the regulations of firearms exports from the State Department to the Commerce Department. Our State Department is much better suited to deciding these matters and has been doing so for years. The world is dangerous enough without making this switch.

DOSWASHINGTONSUP02155

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-visu
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0548
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sarah Hearon

---

# General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-v8oh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0549
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Abrahamsen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms should be considered as a controlled substance given the potential for them to be used to harm our allies or used against our national interests. Strict regulation is necessary to ensure that weapons do not end up in the wrong hands.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-m3gd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0550
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann Rushton

---

## General Comment

Permits for sales of arms overseas should be based on sound American policy putting safety of Americans and American interests first and above all. A permitting process based on what is most profitable to gun manufacturers must be firmly rejected. They are responsible for too many deaths already. We should not be arming those around the world who will do even more harm.

A transfer of this process from the Dept of State to the Dept of Commerce for the financial benefit of manufacturers of weapons is completely contrary to legitimate American policy and interests.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-utml
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0551
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Patricia Bonney

---

# General Comment

The thought of allowing unlimited sales, including allowing 3D duplicating of any firearms, is unbelievably appalling and terrifying. The potential for destroying billions of lives in a short time period is beyond measure. Eventually all the destroyers will have only each other to destroy, and the world will be devoid of people.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-948n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0552
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edith Simpson

---

## General Comment

I am against moving regulation of exports of firearms to the Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-p2y1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0553
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl Herrick

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The US should be finding ways to be a better neighbor and citizen in the world, not merely export violence in pursuit of profits.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-3i0n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0554
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Helen & David  Aminoff

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Isn't what is going on in our country bad enough?!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-z5wr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0555
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Van Walsen

---

## General Comment

We should not export military arms. With the government we have, these exports might be used to send us into a war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nbzi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0556
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Patchen

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-cgiq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0557
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bruce Wade

---

## General Comment

Hello,

Speaking as a US Army veteran I think this is an extremely bad idea.

I'm concerned that this change from State to Commerce will export our American problem of gun violence to the rest of the world.

The easy access to deadly weapons is primary in the US and is core to our murder and suicide rates. The risk of a random person having a weapon is the justification by Law Enforcement's use of deadly force, even when the victim is cooperative.

The proposed change serves no one's interests except the weapons makers and their supporters.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-8bf5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0558
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie  Gates

---

## General Comment

I oppose switching the regulation of firearms from the State Department to the Commerce Department. This action would make it easier for organized crime and terrorist organizations to purchase weapons and further fuel violence in oppressive regimes.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-rjot
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0559
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Julie Best

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-d5tk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0560
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard Bartkowicz

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-w5tv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0561
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Larry Norgaard

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:
1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2.It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7

DOSWASHINGTONSUP02169

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-uyq4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0562
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Samuel  Gerkin

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-zxg2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0563
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer  Valencia

---

## General Comment

The State Department should handle firearm exports and licensing. It would be contrary to goals of the war against terror/ISSIS to allow, for commerces sake, the regulation of gun exports and licensure to be under the jurisdiction of the commerce dept.

This is common sense. Gun exports and licensure should stay under the purview of state, NOT commerce. -Jenn Valencia

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-gckw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0564
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Garcia

---

## General Comment

I oppose this change of rules switching the authority from the State Department to the Commerce Department for regulating the export of firearms. This is extremely dangerous proposal and there has been no clear-cut rationale put forth for this change.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0565
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michael Kemper

---

# General Comment

The Unites States has a gun problem. Anyone who doesn't think so has been in a dark room for most of her life. The United States has the highest percent of gun ownership, the highest number of guns, extremely high rates of murder and gun related crime compared with most of the world. The United States government must take measures to address this problem. Making it easier to obtain a gun is not an answer, it is an abdication of responsibility to its citizens.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-9p1y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0566
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** robert  norton

---

# General Comment

Sad

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-x24w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0567
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David Gross

---

## General Comment

I oppose the rule change that would switch the regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department.
Thanks.

DOSWASHINGTONSUP02175

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-iak8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0568
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Craig Evans

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7qww
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0569
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer  Lawson

---

## General Comment

The United States must stand behind promoting peace at home and abroad. We must not switch the regulation of firearms exports from the State Department to the Commerce Department, facilitating firearms exports to oppressive regimes, removing safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The United States must prioritize global stabilization and peace. Keep the regulation of firearm exports under the authority of the State Department and keep our country's security as a priority more important than short term profits. Thanks you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nwns
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0570
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** RON FRITZ

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nt4c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0571
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Toniann Reading

---

## General Comment

I adamantly oppose this proposed rule change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-25d6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0572
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin Patterson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I'm concerned that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-id1q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0573
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Douglas Estes

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-fi5i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0574
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Christopher  Walker

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The rule change would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-3fmt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0575
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Seeing as terrorist groups and other organizations accused of serious human rights violations have been able to make excellent use of non-automatic and semi-automatic low-caliber weapons, those sorts of firearms should remain on the USML. I strongly oppose the proposed rule change

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-movu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0576
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kay Smith

---

# General Comment

I oppose this rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department. Sales of firearms to other countries should not be treated as a business matter.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-6w7s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0577
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JL Angell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-xeka
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0578
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Tisa Anders

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need the State Department to continue with safety on this matter, not profits. In other words, let's continue to value and cherish people.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-pvw4
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0579
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Claudia Cumes

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is the opposite of the type of common sense change we need to see.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0580
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen Berger

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

Here is more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-e62l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0581
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Lebert

---

## General Comment

I am opposed to switching the regulation of firearms exports from the State Department to the Commerce Department as it would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-xzxs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0582
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Faith  Shafman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-a2ai
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0583
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** M. A. Maier

---

## General Comment

I strongly oppose this rule change that would move the regulation of firearms exports from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-tflx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0584
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barry  Cheney

---

## General Comment

I oppose the plan to change the licensing of weapon exports from the State Department to the Commerce
Department. The world is flooded with too many weapons which fuel wars and terrorism. Please dont
change this.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ej9t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0585
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Eugene O'Neill

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-2m5t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0586
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Barbara  Brown

---

# General Comment

This is the most irresponsible action EVER to be taken by our Government. Let us show maturity for the sake of this world we live it. Almost Every day now there are mass killings and its only getting worse. Sit up and recognize the direction of this action. The NRA has enough money to be satisfied along with Donald Trump, our Dictator.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-98ul
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0587
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leanne Yerby

---

## General Comment

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. That is why I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-cpdi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0588
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer Godzeno

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-d5zk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0589
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pat Bliss

---

## General Comment

I am opposed to allowing American semi automatic weapons to be sold over seas. Allowing the NRA to sell weapons overseas is insane. The NRA will be arming the very people that are killing our own people. Have you lost your minds?

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0590
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Randye Bloom

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department
As a citizen who cares about the safety of our citizens as well as people all over the world I ask you to act in our behalf keep guns out of the hands of people who have no right to own them. Hero semi automatic weapons out of the hands of people who are not protecting our citizens. We have had massacres in our country. Do not allow this to continue. History will show what happened in our country. Do the right thing and protect all citizens everywhere. Stand up and be counted as one of the brave and good people.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-z24a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0591
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sherry Schiebel

---

## General Comment

I believe that guns in the wrong hands are the cause of the recent rash of mass murders. We must never allow unfettered access to weapons of any kind. But now that AR15 assault weapons, and bump stocks which allow the conversion of single round shot weapons into multiple shot weapns, we need to make restrictions on ownership stronger, not weaker.

Please think of all the children killed by those whose only form of expression is violence. Please think about all those families who have lost mothers and fathers. This was something that could have been prevented if there were waiting periods that would allow background checks to limit the purchase of guns to responsible individuals. But we also need to eliminate AR 15's and bump stocks from the market place.

If it were you child or parent who died, I believe you might have a different perspective.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-iuo7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0592
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous anonymous

---

## General Comment

I am writing to IMPLORE YOU to keep Americans as well as world citizens safe from the increase in violence and danger in our world if the regulation of firearms exports from the State Department to the Commerce Department goes through. It would facilitate firearms exports to unstable, oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

PLEASE - Our families are depending on you to not give in to profiteering pressure! All of our lives are worth so much more than to turn our planet into a nightmare of ever-increasing violence - it is bad enough as it is.

PLEASE - if you have a moral, ethical, and spiritual aspect to your being (and I would hope you do), please help protect us from increasing the number of gun sales around the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-l5tu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0593
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Congress would have no knowledge of or control over large weapons sales to foreign countries. Commerce Department doesn't have the resources or the expertise to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5ojg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0594
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joyce  Banzhaf

---

# General Comment

Fire arms need to remain classed as military so they may be better regulated.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-478r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0595
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Lombardi

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-v4wz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0596
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Maxwell Klare

---

# General Comment

This change is unacceptable, there is no reason to export our serious gun problems to other countries for nothing more than greed. I am a gun owner who does not like or support the NRA in any way, I am responsible, I took hunters safety over 50 years ago and was taught you kill it you eat it. This philosophy seems to have been lost and replaced with paranoia, that everyone is out to harm you and the solution is to heavily arm you self. I don't want to live in that environment, there is no reason I, or anyone else should be subject to this greedy madness.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-2fvc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0597
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jun  Whang

---

## General Comment

We strongly oppose this change since it creates a serious risk to our national security by facilitating the export and sale of dangerous firearms to foreign agents.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-wk7s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0598
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gregry Loomis

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence,
terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5txu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0599
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia Merkey

---

## General Comment

Should the NRA have carte blanche to push its agenda overseas? Absolutely not. I don't imagine European and other foreign governments want our baggage.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-xhd0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0600
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allen  Altman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-qutp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0601
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura Sanders

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-i3sz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0602
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joyce Slavik

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-k7lg
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0603
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ross & lori Bryant

---

## General Comment

What are you idiots trying to do, send us back to the Stone age. It doesn't make any difference who has a gun. Like the saying goes 'guns don't kill people, people kill people's. Looking g at this saying it Dawn's on me that it doesn't sound right. I guess it doesn't matter does it?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-evfb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0604
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Perry Levin
**Organization:** Amalgamated Limousine

---

## General Comment

There are more than enough guns circulating in the population. We do not need more guns; we need more restrictions.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0605
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janiece Staton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

The Commerce Department has inadequate staff to be monitoring the flow of firearms into and out of the USA. Thus, dangerous players on the domestic and foreign fronts would have far greater access to the destructive devices they seek. In addition, the shift would eliminate the State Departments Blue Lantern program, that has been in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

Furthermore, it would remove licensing requirements for brokers, increasing the risk of trafficking. Finally, it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. My Congress members must have direct knowledge and formal input regarding the flow of arms that leave USA soil. The security of my family, neighborhood, nation, and planet depend upon thoughtful, responsible, ethical oversight and monitoring of all weapons of war and extortion. I do not trust military-industrial complex corporations nor the Commerce Department to be effective or reliable in this regard.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-hhb2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0606
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

It seems amazing to me that a president who claims to be creating new immigration barriers under the guise of national security will allow an easier way for fire arms to be sold to foreign buyers. This seems like a move that would make our borders less secure and our nation less secure as well as those around the world than the many innocent families seeking asylum whom are turning away from our borders and imprisoning. This proposed rule is a bad decision for other reasons as well:

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
-It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-6gt2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0607
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** GEORGIA MORGAN

---

## General Comment

I oppose this rule change. Switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department puts people all over the world at risk, for the benefit of a few gun manufacturers, because the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-3vg6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0608
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jacqueline Birnbaum

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people
every day around the world in acts of organized crime, political violence, terrorism, and human rights
violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-vr23
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0609
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rev. Allan B. Jones

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It appears to be a poorly disguised effort to increase arms sales around the world, and lead to more ujnnecessary deaths and other suffering. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-9fbt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0610
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Priscilla Skerry

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

I am very concerned about this tactic by the NRA. It must be stopped...for the safety of our Nation and all of the world's citizens. I expect responsible action be taken to prevent the NRA from getting away with this. Thank you.

Priscilla Skerry
Portland, Maine 04102

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1gm1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0611
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Faith Parker

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This woild seriously jeaopardize national security as well as the security of other free democracies. It would be a decision in favor of big business interest rather than a decision in th inrpterests of safety and security

DOSWASHINGTONSUP02219

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nv9k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0612
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sherry Monie

---

# General Comment

The proposed rule to move the regulation of firearms exports from the State Department to the Commerce Department would be a total disaster and is nothing but a give-away to the gun industry.

This proposal is a bad idea for many reasons, but most important among them are the following. The change would (1) facilitate firearms exports to oppressive regimes, (2) remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and (3) further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-f697
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0613
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joseph Pettit

---

## General Comment

I am equally ashamed and appalled that this rule has been proposed. I see no reason why this rule must be changed, but obviously the NRA sees it worthwhile to weaken any gun regulation that it can find. The NRA, however, cannot understand why this rule change will harm us far more than any terrorist plot will.

It will remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, you, the State Department, successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch will remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. More worrisome is the fact that a savvy gunsmith or a monster of a human being could alter their plans or knowingly provide plans that would allow a firearm to be converted from semi-automatic only into a fully-automatic weapon. The notion that anybody, anywhere, at any time could print a weapon more fit for the military than for civilian usage is extremely troubling. This would allow common criminals to outgun police departments, security forces, and peacekeepers, and it would allow groups such as neo-Nazis, various "alt-right" organizations, and anti-government extremists to possess weaponry that could turn a standoff or a shooting into a literal bloodbath like the one at Mandalay Bay in 2017. For this reason alone, this rule cannot be changed, but there are other rules changes coming that should further drive home reason why this proposed rule cannot be allowed to take effect:

-It will remove licensing requirements for gun brokers, thereby increasing the risk of trafficking;

-The Commerce Department simply does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have the same amount of staff as the State Department's program, which means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents will face far fewer hurdles to obtaining large caches of American guns and ammunition;

-This rule change will eliminate the State Departments Blue Lantern program--which has been in place since 1940, and which carries out hundreds of pre-license and post-shipment inspections and publicly

reports on them, thereby providing transparency to what could easily become a corrupted and dangerous process;

-And finally, Congress will no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The end result may well be that weapons made by American countries will be turned back upon us during terrorist attacks or military campaigns, and there will be Hell to pay back home if this news ever reaches our shores.

This proposed rule will arm the enemies of democracy, freedom, and peace in one fell swoop--all so that firearms manufacturers can give their CEOs and shareholders an extra bonus when pay day comes around.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ew39
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0614
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Petrauskas

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This rule change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change puts money in gun makers pockets and puts us all in more danger. Dont change the rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-g41i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0615
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathy  Bernard

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place because:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

For all of these reasons, please do not allow the switching the regulation of firearms exports from the State Department to the Commerce Department. Thank you, Kathy Bernard

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0616
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Earl Grove

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

***Submit comments now to the State Department and the Commerce Department through the below links. You can write in something like: I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Theres no time to waste - submit comments now to the State Department and the Commerce Department opposing this rule change!

*When you click through the pages, for your official comments, you can copy and paste the points in this email or use your own voice to make unique comments.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Submit comments now to the State Department and the Commerce Department opposing the rule change.

*You can copy and paste the points in this email or use your own voice to make unique comments to the State and Commerce Departments.

U.S. Department of State: https://action.momsrising.org/go/38289?t=10&akid=11004%2E2374855% 2EE62M3s
U.S. Department of Commerce: https://action.momsrising.org/go/38290?t=12&akid=11004% 2E2374855%2EE62M3s

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

-- Gloria, Kristin, Monifa, Dorie, and the entire MomsRising/Mams con Poder team


[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

DOSWASHINGTONSUP02227

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ojl6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0617
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol Devoss

---

## General Comment

I oppose changing the rules for regulating fire arms export from the State Department to the Commerce Department for the following reasons:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ld7h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0618
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The NRA and gun manufactures are ugly examples of corporate greed at its worst. Arm more people that should not have access to firearms and make the world an even more dangerous place. Sounds very smart. (Sarcasm)

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ft44
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0619
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jamilah Elder

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you,
Jamilah Elder

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-91ju
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0620
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Beeston

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0621
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cathy balan

---

# General Comment

I am so against this, it is a dangerous, unecessary move guidng by greed. THIS SHOULD NOT HAPPEN

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

DOSWASHINGTONSUP02232

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-thg0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0622
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I strongly oppose the change of rules governing who may make international arms sales in the U.S. Arms should not be considered just another item in the overall commerce of the nation. Lives are at stake and the risks associated with arms sales should be managed with the nation's safety in mind, not the profit of those who would exploit this potential option for personal gain.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-8oo6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0623
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathryn Kram

---

# General Comment

I oppose the transfer of regulations that control the sale of firearms from the Department of State to the Department of Commerce. This is not in keeping with national security and might allow arm sales to regimes that are dangerous.

Please stop this transfer!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7i5k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0624
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynn Frederiksen

---

## General Comment

I completely OPPOSE the effort to move the regulation of arms sales from the state department to the department of commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-urjp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0625
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brigid Murphy

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-idom
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0626
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Bruce  Adolphe

---

# General Comment

If this change goes through, extremely dangerous military-grade automatic weapons could be easily sold to terrorists, US enemies, and just about anybody with money. This is a recipe for uncontrolled, undeclared war, horrible violent crimes, and disaster. This would remove licensing requirements and open the floodgates for unheard of violence. We have a chance to halt this dangerous move. Stop them now,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nsud
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0627
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose gun sales being switched to the commerce department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-3k4s
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0628
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Rev. Alison Hyder

---

# General Comment

I am horrified by the proposal to change the oversight of US arms sales. I believe that this department is the best agency tro monitor the destination of all dangerous arms. Please do not allow the U.S. Commerce Department to manage something this crucial to national security.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-s2m9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0629
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Angela Gantos

---

# General Comment

I oppose this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-23xk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0630
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eileen Battles

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-x430
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0631
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pat Blair

---

## General Comment

Your support for weapons of war in the hands of private citizens and the NRA is unconscionable and egregious!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7dmc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0632
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** tia  pearson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

This makes it so much easier for home-grown terrorists to work with foreign countries without any oversight. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-h40g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0633
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Hunyady

---

## General Comment

I am against this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-kjy8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0634
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Martha Thomae

---

# General Comment

To take the sale and foreign distribution of highly lethal firearms out of the regulation and oversight of the State Department and place it under the capitalistic Commerce Department which has neither the staff, nor the experience, nor the will to exercise any control over the amounts and kinds of person killing machines that are allowed to be sold to foreign countries is potentially very dangerous to the safety and welfare of our citizens, home and abroad. We could easily be arming those who wish to destroy our nation and would use these against our citizens when they are in other countries.
Firearms are dangerous enough they should have to undergo serious inspection and regulation whenever they are sold. The greed of a few should not be allowed to jeopardize the safety of many. That is not the way a successful and developing nation
handles commercial activities. It is irresponsible.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-frdk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0635
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark Cederholm

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5ru9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0636
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nikki Sachs

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. I am against this change.

DOSWASHINGTONSUP02247

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-zacj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0637
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kacie  Shelton

---

## General Comment

Please do not switch firearms regulation from the State Department to the Commerce Department. The Commerce Department does not have the funding to investigate thoroughly.

There is no need to eliminate working programs, such as the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Ultimately, switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration -- in turn overwhelming other US programs and organizations. This is a self-defeating proposal; please reject it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-z9lp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0638
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alice Pfister

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. I respectfully request that you do not allow this change to take place. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-89l1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0639
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith Heinle

---

## General Comment

I am opposed to the NRA or gun industry selling automatic weapons to foreign governments or individuals of foreign nations. This is not in our best interest as far as the security of our citizens.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-uf85
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0640
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane  DiFante

---

## General Comment

Arms sales should stay under the department of state for national security reasons. State understands who our friends and enemies are and how gun sales could be turned against us.t

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-in07
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0641
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joseph  Homstad

---

## General Comment

Do not shift these actions to the U.S. Commerce Department. This would be dangerous. This is the responsibility of the U.S. State Department and should remain so.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-qqcs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0642
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nataliya Gurshman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-dnm1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0643
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Morgan  Clark

---

## General Comment

I object to this proposal and demand that weapons exports continue to be treated as military armaments. The proposal would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them, would remove licensing requirements for brokers, increasing the risk of trafficking, and would remove the State Departments block on the 3D printing of firearms. I demand this proposal be rejected.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-r1rb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0644
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara White

---

## General Comment

Please do not move regulation of arms exportation from the State Department to the Commerce Department. It would increase trafficking, make our nation and others less safe, and make us more vulnerable to terrorism

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7klv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0645
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Louis Brendan  Curran

---

## General Comment

Oppose this very strongly - firearms are not t-shirts or soybeans - sales require much much more political regulation and oversight than Commerce would give them - block this NRA end-run immediately!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-e5ie
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0646
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-py2b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0647
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kerry  Driscoll

---

## General Comment

Do not transfer oversight of weapons exports to the commerce department. It is not commerce, it is war materiel.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0648
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wayne & Roberta Wunderlin

---

## General Comment

I OPPOSE THIS RULE CHANGE THAT WOULD SWITCH THE REGULATIONS OF FIREARMS EXPORT FROM THE U S
STATE DEPT. TO THE U S COMMERCE DEPT. THIS WOULD BE MUCH MORE DANGEROUS FOR PEOPLE EVERYWHERE !!!!!

DOSWASHINGTONSUP02259

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-kges
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0649
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Tom  S

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It does not make for a safer world, but simply lines the pockets of gun makers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5azs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0650
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** nick  burns

---

## General Comment

I do not support the rule change to switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

This is bad policy, which would increase gun trafficking, and eliminate appropriate Congressional
oversight

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0651
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Margaret Dunn

---

# General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0652
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  Wright

---

## General Comment

If you play Twisted Metal 4 and you want weapons & freeze (99 of everything, including lightning) the first cheat you must enter at the password box is: Down, Start, R1, Up & start

second cheat is: O < ^ R1 and O

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-8olr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0653
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** john north

---

## General Comment

I absolutely oppose any rule change that switches the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-o0qb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0654
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Glenn  Williams

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. My main concern is that if weapons are no longer classified as "military" under the Commerce Department, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Also, the Commerce Department does not have the resources to adequately control export laws.

I urge you not to allow this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1g5j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0655
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Elapully  Ganapathy

---

# General Comment

Please do not allow control of fire arm sales from State Department to Commerce department. Such a change would have detrimental effects as below.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-n6gx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0656
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-khmt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0657
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica Rettig

---

## General Comment

I am writing to strongly object to the proposed changes in the United States' proposed rule on International Traffic in Arms Regulations.

Right now, firearms exports are classified as military. This is why firearm exports are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.

If the regulation of firearm exports is changed to regulation by the Department of Commerce, then firearms will spread across the world and firearms will find their way back into the United States, where they can be used against innocent children. In fact, if the Department of Commerce is in control of firearms exports, then Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

Please do not shift control of firearms exports to the Department of Commerce. Such a move will generate bloodshed across the globe and here are home in America. We must avoid such a future and prevent more gun and firearm violence.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0658
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Karen Jacques

---

# General Comment

I am totally opposed to the proposed rule change the would transfer the export of guns from the State Dept. to the Dept. of Commerce. Currently Congress has the ability to block the sale of large batches of guns to foreign countries. If foreign gun sales end up under the Dept.. of Commerce, Congress won't even know about them. The U.S. already exports far too many weapons which often seem to end up in the hands of terrorists and criminals. The last thing the world needs is for the U.S. to export still more guns to still more terrorists an criminals. This proposed change is just another giveaway to gun manufacturers who don't care about anything except profits. It is utterly irresponsible and will result in countless unnecessary deaths. I am appalled that the federal government is even considering this,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-pxkn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0659
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Thomas Keys

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S.
Commerce Department.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime,
terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of
American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized
crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of
pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody
Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating
arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer,

anywhere, to
produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S.
and around the globe.


Again, as a citizen of the United States, I oppose this rule change that takes regulatory control from U.S. State Department
and transfers that control to the U.S. Commerce Department

Sincerely,

Thomas J. Keys

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5srq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0660
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Claman

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department for a number of reasons. One, it would reduce needed oversight of gun sales and open the way for more bad actors (such as immoral dictators, terrorists, mob bosses, violent criminals, the insane, etc.) to easily access large numbers of weapons that could be used against innocent people. Two, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Three, frankly, the Commerce Department just does not have the resources to adequately enforce export controls on weapons or much else. Its Bureau of Industry and Security does not have staff in all the places where it would be needed, which means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer barriers to obtaining large supplies of American guns and ammunition. Finally, it would clearly make things a lot scarier for people all over the world!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ggjn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0661
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Teresa Nicola

---

# General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-3il2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0662
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maryann Smith

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. . The Commerce Department just does not have the resources to adequately enforce export controls.The Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The rule change would make the world a far more dangerous place:It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-sxqd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0663
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Susan  Dunham

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-eja7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0664
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jennifer Haefeli

---

# General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department.

Among other things, this rule change would:
* eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
* remove licensing requirements for brokers, increasing the risk of trafficking.
* remove the State Departments block on the 3D printing of firearms, effectively enabling 3D printing of firearms in the U.S. and around the globe.

DOSWASHINGTONSUP02276

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-b1sd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0665
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** David  Kornreich

## General Comment

***Submit comments now to the State Department and the Commerce Department through the below links. You can write in something like: I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5ucu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0666
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debra  Krajec

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-3ffe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0667
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carmen Nichols

---

## General Comment

Details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully
charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a
3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D
printing of firearms in the U.S. and around the globe.

This in no way helps with gun violence. When are we going to work on that? When will the lives of people be more
important than the sales of weapons?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-po1g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0668
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** walter  garvin

---

## General Comment

Stop the NRA madness and unfettered access to weapons. Stop the slaughter of children in schools. Stop the slaughter of people in the cinema's. Stop the slaughter of people at shopping malls. Stop it here in the US. Don't allow the NRA to weaponize the world. Enough already.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7mq3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0669
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Vander Poel

---

## General Comment

Every day brings news of another misstep by this administration. This action will not help any situation,
except for the thickness of the wallets of arms producers.

The United States has had a reputation for making war without any sense. I know that to be true: I spent
time in Viet Nam in the USMC in the late 1960s.

I worry that my grandchildren will not be able to travel freely in the world, as there will be so much more
hatred directed towards Americans by all the peoples we have wronged.

Taking the control of arms exports away from the Department of State and the Congress is an
egregiously bad decision.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-frjg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0670
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rob Jackson

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

When does the madness stop?

DOSWASHINGTONSUP02282

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-mbqd
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0671
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John Wiles

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0672
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deb  Stringham

---

## General Comment

I am very strongly opposed to moving oversight of international gun sales from the State department to the Commerce department. The gun industry should NOT profit at the expense of our national security!!!!!

DOSWASHINGTONSUP02284

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-xztx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0673
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Hope Mays

---

# General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We can't keep people from other countries from coming here and send guns to the countries from which they are seeking refuge.

DOSWASHINGTONSUP02285

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0674
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathy  Higgins

---

# General Comment

I oppose the proposed changes in the U.S. Munitions List Categories I, II, and III for the following reasons;

1. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

2. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

3. It would remove licensing requirements for brokers, increasing the risk of trafficking.

4. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Do not change the regulations.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0675
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** C. Flannery

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It is VERY important that the state department be fully aware of the sale of large quantities of firearms. There should also be a limit on how many firearms are sold each year. The world needs less guns not more!!! The guns that are made should only be in the hands of people with extensive training.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0676
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Edward  Laurson

---

# General Comment

Encourage gun safety law and strong gun control laws.

DOSWASHINGTONSUP02288

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-pfq8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0677
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Blum

---

## General Comment

I oppose the rule change. Firearms exports should continue to be classified as military.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-u8uu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0678
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** EVE ILSEN

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.[
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

So I ask: ARE YOU OUT OF YOUR MINDS?

JUST SAY NO.

DOSWASHINGTONSUP02290

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0679
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken  Box
**Organization:** Austin Community College

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-s08y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0680
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** karen toscos

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. This is a ridiculous change. You are supposed to
safeguard the nation against gun violence, instead you are supporting it in a backhanded way.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-2jz5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0681
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am writing to express my opposition of switching the regulation of firearms exports from the State Department to the Commerce Department. This change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. I believe we currently have too few regulations over firearms in our country and in our international relations, and do not feel like this is the correct direction to take our arms regulation.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-t064
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0682
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alix Keast

---

## General Comment

I oppose this rule change, moving international gun sales oversight from the State Department to the Chamber of Commerce, who will promote more gun sales to individuals overseas, including machine gun style guns- which are not appropriate for US non-military or any other non-military population to own. This is not a good idea for anyone except gun sales corporations.Please do not pass this dangerous legislation.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-b84z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0683
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cause  Haun
**Organization:** MomsRising

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would mean that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-weps
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0684
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Booth

---

## General Comment

Please keep approval of firearm exports in the State Department. Don{t approve this rule change.

DOSWASHINGTONSUP02296

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-gxbg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0685
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Donald  Walsh
**Organization:** individual

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-25i7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0686
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joan Hemm

---

# General Comment

I oppose the rule change that would switch the regulation of firearms export from the US State Department to the US Commerce Department. We need FEWER guns in our nation and around the world, NOT more!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-t1cx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0687
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sandi Cornez

---

# General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7].

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-3x25
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0688
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daphne Wong

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-40k6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0689
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** BHASKAR DASGUPTA

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The rule change would make the world a far more dangerous place in at least the following manner:

a. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

b. It would remove licensing requirements for brokers, increasing the risk of trafficking.

c. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-r0k9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0690
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Victoria Meguid

---

# General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
Congress should know when large amounts of firearms are being sold to other countries. guns go to Mexico illegally and look what has happened there- thousands of deaths in the last year with American guns.
Just like many of the other changes in this country in the last 18 months this is dangerous this is not what we should be doing to keep a peaceful world. it is just lining the pockets of the gun makers.
Be responsible.
Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-v0nb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0691
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Silvers

---

## General Comment

I strongly oppose the change in regulation that would mean Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-ub16
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0692
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** George Cleveland

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-db9g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0693
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wendy Wright

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ph6a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0694
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David M. Dunn

---

## General Comment

I do not care what lies are being shoveled at you by #45, the N.R.A., or the republicans.
The proposed change to allow an agency devoted to commerce to do this is reprehensible, wrong, and in the long run foolishness that will hurt our country.
Don't do this!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-z14t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0695
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Keith

---

## General Comment

I oppose this rule change. It would switch the regulations of firearms export from the U.S. State dept. to the Commerce dept. T

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-c9vx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0696
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brooke  Berman

---

## General Comment

I am horrified to learn that the government is thinking of switching the regulation of firearms exports from the State Department to the Commerce Department. This would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. It is not in our best interest as Americans; we already have a massive gun problem, let's please not turn that into a free market issue but instead keep our focus on public safety.

As the mother of a seven year old child, I find myself having to explain guns and gun violence constantly because EVERYWHERE WE TURN there is some slick ad featuring a character with guns. Guns are not "Business as Usual" commerce; they should be handled like a controlled substance.

Thank you.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-4fyf
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0697
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Harper

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
Here are more details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-rua9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0698
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheilagh Creighton

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

1] It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre- license and post-shipment inspections and publicly reports on them.[5]
2] It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3] It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

DOSWASHINGTONSUP02310

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0699
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** CURTISS DURAND, MD

---

# General Comment

MOST GUNS ARE MEANT TO HARM PEOPLE. INJURE AND KILL THEM. THIS IS WRONG. JESUS WAS THE WORLDS GREATEST PACIFIST. THIS TRUTH HAS UNIVERSALLY BEEN NEGLECTED AND EVEN DENIED.

GUNS AND BOMBS SHOULD BE OUTLAWED NOT MADE EASIER TO DISPLAY AND DISTRIBUTE AROUND THE GLOBE.

IKE KNEW THIS AND WARNED THE WORLD ABOUT THIS DANGER WHILE HE WAS STILL PRESIDENT.

OUTLAW GUNS AND BOMBS. STOP THEIR DISTRIBUTION.

CURTISS DURAND, MD

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7ymu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0700
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The State Department should by all means retain the authority to handle export licenses of semiautomatic assault weapons and other powerful firearms. The transfer of that authority to the Commerce Department would kill a program that carries out post-shipment & pre-license inspections, eliminate licensing requirements that hamper trafficking, and open the way for anyone to make 3d printed weapons. Also, the State Department alone can give notice to Congress to block weapons sales that could jeopardize our security. For all these reasons, the proposed transfer should be abandoned, as it would make us considerably less safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-txn9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0701
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beth Huizenga

---

## General Comment

Oversight of firearms should not be switched to the Department of Commerce from the State
Department. This would mean a
lack of safety for the American people in the case of a national emergency as the Commerce Department
does not have the
ability to stop the delivery of arms to those who should not have them, nor the finances to do so.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0702
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven Van Grouw

---

## General Comment

I am vehemently opposed to changing control of international sale of arms from the State Department to the Commerce Department because switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-stp6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0703
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tim Miller

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-xcia
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0704
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donna  Pope

---

## General Comment

I object to this change based on the fact that the Commerce Department does not have the resources to adequately enforce export controls & the Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations & other violent and dangerous agents would face fewer obstacles to obtaining large supplies of American guns and ammunition.

DOSWASHINGTONSUP02316

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ts62
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0705
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Isaiah  Plovnick

---

## General Comment

I vehemently oppose this irresponsible, unethical, and frankly amoral rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02317

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-asmg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0706
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joyce Dixon

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ski4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0707
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mari Mennel-Bell

---

## General Comment

I very much oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department!
Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ukwd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0708
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jeremy Becker

---

# General Comment

Absolutely not. The oversight for the sale of firearms and other weapons of destruction must not be shifted to an administrative organization setup to promote said sales. I do not approve.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-sdbe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0709
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Shane

---

## General Comment

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0710
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deb  Stringham

---

## General Comment

I am very strongly opposed to moving oversight of international firearms sales from the State Department to the Commerce department. To do so would seriously weaken our national security and that of the world in general. Among other things, it would be a terrible idea to no longer have the State Department's ban on making weapons via 3D printing. State Department, please do your job and protect us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-do3t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0711
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Do NOT change the rules.
Keep the authority with the U.S. State Department

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0712
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Christopher Weston

---

# General Comment

Do not change this rule. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-n8l1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0713
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Davis

---

## General Comment

America has the highest number of guns--and gun deaths--of ANY developed country in the world. Mass shootings are becoming commonplace, to the horror and embarrassment of every logically thinking, peace-loving citizen. WHY in the world would we want to export our PROBLEM to the rest of the world? NO--the NRA. . . and American gun manufacturers . . . should NOT have the ability to architect the demise of our fellow human beings. NO LEGALIZED GUN TRAFFICKING!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1efy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0714
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Virginia Jastromb

---

# General Comment

Do not change arms enforcement from the State Department to the Commerce Department. THe Commerce Department does not have the means to prohibit sales to countries that should not have American weapons.

DOSWASHINGTONSUP02326

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-sji8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0715
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joan Glasser

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02327

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ajpj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0716
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nina  Diamante

---

## General Comment

Make all guns sales in U.S.A. illegal, huge fines for selling or buying guns with huge jail sentences for manufacturing, selling or buying guns. Also illegal to buy or sell ammunition. We have had enough children & people killed or maimed in this country and in schools.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-8ell
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0717
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra and Bruce  Seaton

---

## General Comment

I am strongly opposed to gun sale regulations being transferred to the department of commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-tnti
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0718
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anna Feldman

---

# General Comment

To Whom it may concern:

There is a push to transfer control of firearms to the Department of Commerce which does not have the resources to oversee the transfer of these weapons particularly if they are allowed to be sold in other countries. Our country's security would be at risk once these weapons leave our boundaries. Below are several other very important reasons why this transfer should not happen.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-7x0c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0719
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Terrence Verigan

---

# General Comment

Firearms are dangerous. I oppose the proposed changes in the U.S. Munitions List Categories I, II, and III for the following reasons;

1. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

2. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

3. It would remove licensing requirements for brokers, increasing the risk of trafficking.

4. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Do not change the regulations.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-kwuf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0720
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joe  Buhowsky

---

# General Comment

All firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-37tk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0721
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Stefanie Angsioco

---

# General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-stx2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0722
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** M  Timmins

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-zdt5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0723
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara  Thompson

---

## General Comment

I oppose the proposed change of oversight for export sales of military weapons from the US Senate to the Commerce Department.
I believe the Senate is the proper regulator for this important responsibility. Oversight of military weapons is first and foremost about security and human lives, not about a commodity.

Thank you,
Sincerely
Sara Thompson

DOSWASHINGTONSUP02335

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-6y9r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0724
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jack  Stansfield

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-snmy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0725
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elise Margulis

---

## General Comment

It's a very bad idea to eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[

Removing licensing requirements for brokers will increase the risk of trafficking.

Removing the State Departments block on the 3D printing of firearm is a terrible plan. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Sincerely,
Elise Margulis

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5qvm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0726
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Raymond Zahra

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0727
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

We do not need more guns ANYWHERE in the world. The State Department is more likely to look out for our national interest than is the Commerce Department. Gun dissemination should not be seen as a money-making enterprise. The State Department should retain whatever control it has.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nuvc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0728
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debra  Cunningham

---

## General Comment

I oppose the rule change to allow semi-automatic weapons to be licensed through the department of commerce instead of the state department. The US is already the leader in gun violence and the last thing we need to do is export our problem.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0729
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chip Sharpe

---

## General Comment

I am aware that the State Departments Blue Lantern program provides critical controls over arms exports. We cannot allow less regulated sales of weapons to further tarnish the world's view of our nation as a rogue state willing to inflict destruction wherever a market for murderous firearms can be found. Commerce Department does not have the resources to govern international arms sales. Please do not allow current regulations to be weakened.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1c1z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0730
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Gina Bates

---

# General Comment

I OPPOSE the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Guns are already out of control. We do NOT need any more.

LEAVE THE RULE IN PLACE, UNCHANGED!

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0731
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Haslag

---

## General Comment

Sir,

I would like to address the proposed rule change on which department should control gun sales. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Considering the national security interest AND the inability of Commerce to actually handle the job, I propose that doing this would be clearly the wrong thing to do.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0732
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michele Voigt

---

# General Comment

I am in opposition to the Department of State proposesal to amend the International Traffic in Arms Regulations (ITAR) to revise Categories I (firearms, close assault weapons and combat shotguns), II (guns and armament) and III (ammunition and ordnance) of the U.S. Munitions List (USML) to describe more precisely the articles warranting export and temporary import control on the USML. Items removed from the USML would become subject to the Export Administration Regulations (EAR).

I strongly oppose the changing the International Traffic in Arms Regulations!!!! I believe it is a national security risk to change the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national secur

Firearms exports must remain classified as military and under the regulation of the State Department, so that Congress can block sales of large batches of firearms to foreign countries. Congress must remain automatically informed about sizable weapons sales that it could stop for national security, and to prevent assaults weapons being sold to countries where there are serious human rights concerns!

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

I believe that the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-6g8a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0733
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Zareen Kapadia

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0734
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donald  Harland
**Organization:** Self

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

In addition this rule change would have these dangerous, and reckless impacts on firearm exports.
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

It is vital to the safety of our nation and the world that this rule change is not approved.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-r940
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0735
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Don Gentz

---

## General Comment

I wish to express my opposition to the rule change that would allow the Commerce Department (focused on promoting American business) --not the State Department (focused on safeguarding our nation) -- to handle export licenses of semiautomatic assault weapons and other powerful firearms. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. The marketing of these weapons to firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would create many long-term and intractable problems in international relations and imperil lives everywhere. The safety and security of our nation and the marketing of large caches of American guns and ammunition are incompatible. Please do not take part in making the world a more dangerous and violent place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-ze9y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0736
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Norman West

---

## General Comment

The last thing we need are more guns here or anywhere. We are already drowning in too many guns; most supplied by us, in Yemen and Syria and the USA and everywhere. Now the NRA wants less control, less regulation, more murder and more mayhem.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-f4r8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0737
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  White
**Organization:** Retired

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. There should be extremely tight rules concerning any export of guns or weaponry in world increasingly plagued with violence. Please assure such a deadly factor for civilization be treated with the urgency it deserves. Thank you.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0738
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Louise Kaufman

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
This change would mean that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-cxla
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0739
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James McConkey

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nvas
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0740
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Reetta  Raag

---

# General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-bd9f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0741
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Haslag

---

## General Comment

Sir,

I would like to address the proposed rule change on which department should control gun sales. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Considering the national security interest AND the inability of Commerce to actually handle the job, I propose that doing this would be clearly the wrong thing to do.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-nbvg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0742
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-yk5k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0743
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Marianne Hunter

---

# General Comment

My family and I have just learned the the NRA is lobbying to move regulations of sales from US gun manufacturers from this Department to that of Commerce Dept. This UTTERLY UNACCEPTABLE!

No other nation in the world has a civilian population that is armed as ours is here. Who are the customers for these weapons? Terrorists, paramilitary groups and criminals. Will US weapons be used to kill our own military personnel? To kill our allies and friends? To kill vulnerable population groups? To kill American tourists? Without a doubt!

Putting regulation of weapons sales in the hands of Commerce is a complete renunciation of every effort to control the flow of weapons that can and will be used against Americans ( and other humans)! This is such insanity, it crossed the line to treason, as it aids and abets the enemies of the United States of America.

You must use everything in your power to stop this descent into chaos.
Sincerely, Marianne Hunter and family

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-mb4k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0744
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret A  Go

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1r9p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0745
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shoshana  Serxner-Merchant

---

## General Comment

The last thing the world needs is more military style weapons available to more people. These regulations should not be transferred to the Department of Commerce, which is only interested in more sales, regardless of what the results are. The US has enough troubles with the influence of the NRA, where automatic assault rifles are readily available, resulting in mass shootings. Do we really want to export that to the rest of the world and to any terrorist organization out there?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-j2tu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0746
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** maxine  sheets-johnstone

---

## General Comment

STOP THE PROLIFERATION OF GUNS AND ASSAULT WEAPONS AND THE AUGMENTATION
OF THE GUN MANUFACTURING INDUSTRIES!!!
STOP SUPPORTING THE NRA!!!!!
DO NOT SHIFT EXPORT POLICY CONCERNING GUNS FROM THE DEPARTMENT OF STATE
TO THE DEPARTMENT OF COMMERCE!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5hg3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0747
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Judith  Fletcher

---

# General Comment

I write to strongly urge you not to move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department, which is focused on safeguarding our nation, to the U.S. Commerce Department, which is focused on promoting American business.This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Keeping firearms exports classified as military allows Congress to monitor and block sales of large batches of firearms to foreign countries. I am deeply concerned that with the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

In addition, I don't believe that the Commerce Department has the resources to adequately enforce export controls.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Specifically,
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The proposed rule change would make the world a far more dangerous place. Please do not put the financial interests of firearms sellers ahead of the safety and well-being of citizens everywhere.

DOSWASHINGTONSUP02361

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-19t6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0748
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy Linder

---

## General Comment

Moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State
Department to the U.S. Commerce Department is dangerous, reckless, ludicrous, and absolutely irresponsible. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns and terrorist threats. The U.S. Commerce Department is for businesses and not capable to manage firearms, and therefore, there would be firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The State Department is for national security and firearms are a national security issue. Do not move the handling of export licenses for weapons out of the State Department!

DOSWASHINGTONSUP02362

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-gf6r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0749
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Robin Hall

---

# General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department. This could cause terrible consequences not only to our country but to the entire world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-mgpw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0750
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vickie Obermeyer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02364

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-e7m4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0751
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chuck  Graver

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-h25u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0752
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Steven  Iszauk

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-jf2o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0753
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Todd Heiler

---

## General Comment

This action is not advised. It will threaten national security by making it easier for terrorists and other enemies to have access to these weapons and to turn those weapons on Americans. The NRA and gun manufacturers have a right to make money, but not if that right endangers national security. Second amendment rights do not trump the right to life and security. National security and personal safety should not be sacrificed for the sake of greed. I speak as a military veteran and as someone who has served in law enforcement and private security. I also hold a Bachelor of Science degree in Criminal Justice. thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-cv5w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0754
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kata Orndorff

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department is not set up to evaluate if a particular sale could be dangerous to our country. Please do not make this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-zml5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0755
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eric Meece

---

## General Comment

The NRA wants gun companies to be able to sell more semi-automatic weapons to foreign countries. So they want less effective regulation. Please stop this change. It endangers many lives and our national security. We don't want terrorists to get easier access to these weapons.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942p-c44w
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0756
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara  Shutkin

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
-It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-5nm8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0757
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Shelley Kilbon

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

* It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
* It would remove licensing requirements for brokers, increasing the risk of trafficking.
* It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-b2mz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0758
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jamison Haase

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-35qy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0759
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** mary  sherman

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is jsut looking for more violence abroad and toward our citizens as welll as the peoples of this world. Seriously, how can you even consider this? I am strongly against it.
Mary Sherman

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-1ock
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0760
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Lambeau

---

## General Comment

It is the proliferation of guns including assault weapons that is creating so many mass shootings in this country!!! Any move to make weapons more easily available be passing oversight to the commerce department would just increase the problem!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942p-84c3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0761
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karri  Schlegel

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This absolutely does NOT make our country safer! It only benefits the firearm manufacturers and sellers. This is not a reasonable or smart change in regulations.

DOSWASHINGTONSUP02375

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-e2ey
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0762
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles La Rosa

---

## General Comment

I am opposed to changing the purview of firearms export from the Department of State to the Department of Commerce. It appears that primary purpose of the change, as promoted by the NRA, is to loosen the restriction on the export of firearms including military-style semi-automatic weapons.

One of the primary reasons that individuals and families from Central American countries seek to gain asylum in the U.S. or to enter illegally is for personal safety and to escape the high levels of crime and violence in their countries of origin. A large percentage of the weapons used illegally in these countries are sourced in the U.S. They are smuggled into these countries from the U.S. through the efforts of unlawful and unscrupulous gun dealers and criminals.

So, as we attempt to stem the flow of asylum seekers and migrants, both legal and illegal, from these countries, we are at the same time contributing to the conditions that spur them to leave their homes.

I do not see how the transfer of oversight from State to Commerce will improve the current situation, which is what we should be doing, and not making a bad situation even worse.

Such a transfer would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I strongly urge you not to make this change and thereby make it easier for gun to move out of the U.S. into the hands of criminals and criminal gangs in Central America and other countries.

Please see references below.

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-xu26
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0763
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** mary sherman

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is jsut looking for more violence abroad and toward our citizens as welll as the peoples of this world. Seriously, how can you even consider this?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-pax7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0764
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila Kojm

---

## General Comment

The State Department should continue to regulate the sale of arms outside of the US. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

My additional concerns are that this switch would:
* eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
* remove licensing requirements for brokers, increasing the risk of trafficking.
* remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The State Department should please continue to do its job of regulating arms sales to keep America safe.

DOSWASHINGTONSUP02379

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-uv1e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0765
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debra  Kaplan

---

## General Comment

No new permissions to allow international traffic in Arms regulations: US Munitions List Categories 1, II,, and III. This is dangerous to public safety.

DOSWASHINGTONSUP02380

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-o6ps
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0766
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

t switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ss1w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0767
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PATRICIA SYKES

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This change would enrich gun manufactures at the expense of innocent people across the world.

There is already so much violence in the world, so many repressive governments, terrorists groups, drug cartels, organized crime and the like that use guns to kill, maim, and terrorize. Why would we want to make it easier for the bad guys to get weapons while simultaneously reducing oversight and tracking?

Who benefits from this change? Why is this change needed? What is the rationale behind this change?

The State Department is responsible for safe-guarding our nation; their goal should be to restrict access to military-grade weapons. On the other hand, the Commerce Department is responsible for promoting American businesses; their goal would be to promote American weapons.

What happens when military-grade weapons end up in the hands of rebels who then stage a coup in a foreign country? If we allow that to happen, we are responsible for the fallout.

There are currently more refugees world-wide than at any other time since the aftermath of WWII. Making it easier to obtain military grade weapons will result in more violence, more bloodshed, more human rights violations, more political violence, and more refugees.

Congress should be participating in the efforts to make America safer. How can they do so without oversight or knowledge of where military grade weapons are going?

I urge you to consider the consequences of this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-k83n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0768
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joyce Lewis

---

# General Comment

We need stricter gun regulation, not opening doors to more guns. Truly, how many guns are enough??? I say none!

DOSWASHINGTONSUP02383

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-niye
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0769
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Catherine Kennedy Riggs

---

# General Comment

I am writing in opposition of changing the regulations regarding the export of firearms. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms manufacturers should not be allowed free reign in the distribution of their product due to the dangerousness posed to populations worldwide.

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25,

DOSWASHINGTONSUP02384

2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-vymu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0770
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Those wanting to make this change seem to have lost all sense of conscience and moral values.

We need to be reducing proliferation of gun sales rather than increasing them which this proposal would do.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-hjk9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0771
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dan  Richman

---

## General Comment

Please do not switch gun sales oversight to the Dept of Commerce, which might open the world market to massive US gun sales. The world is quite violent enough.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942q-nljq
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0772
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michael Gnat

---

# General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department, thereby greatly weakening Congressional oversight
of overseas arms sales. There are more than enough wars going on right now, and the US should not be
in the business of creating more, or expanding the ones we have. There's much at stake in this world
besides CORPORATE PROFITS!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-6jne
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0773
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen Sullivan

---

## General Comment

How much will Trump make on this horrible idea?

Do NOT do this. NRA makes enough money.

We do NOT need more guns in the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-puz6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0774
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Keith  MaCuk

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

DOSWASHINGTONSUP02390

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-o20i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0775
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Yvonne Moody

---

## General Comment

Please keep gun sales under the department of State, not Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-3zv7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0776
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patti  Buchanan

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.I feel the State Department needs to know what is happening with all weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-asev
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0777
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Judy  Bierbaum

---

# General Comment

We do not need to export our insanity and infatuation with guns

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-brqr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0778
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pamela Rogers

---

## General Comment

We've got enough people killing one another! I don't think we need to export more guns carte blanche, with no oversight. Definitely not!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-yljs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0779
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Timothy  Stoltzfus-Dueck

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-sx7k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0780
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Charles Wolfe

---

# General Comment

Please do all possible to keep weapons classified as military equipment and under your jurisdiction, especially export of same. They should not be treated as ordinary "good" for sale worldwide. They should not be under control of the U.S. Commerce Department as they are not like any other items under control of the Commerce Department.

Thank you in advance for considering my statement.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-x9lk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0781
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charmagne Haight

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-2t77
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0782
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann Khambholja

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-nkxq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0783
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathleen  Burt

---

# General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Commerce is too interested in making sales without the regulations that help keep these firearms out of the hands of oppressive regimes, organized crime, and potential terrorist organizations.
I want to keep the safeguards at work in the US State Dept. where there is more interest and personnel to follow the regulations that have been set up.
I do not want to make it easier to export weapons and esp. not have firearms regulated by the Dept of Commerce.
I urge you not to make this change.
Sincerely,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-lw18
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0784
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Grace  Dunlevy

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-u9qg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0785
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Schiffer

---

## General Comment

STOP this insane spread of fire arms before there is open warfare in the streets of every global city. We don't need more guns. We need more gun control! Just how many people have to die at the hands of maniacs brandishing every type of gun...including assault weapons?!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-cc6t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0786
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Pierson

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-3dfm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0787
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie  McCord

---

## General Comment

Classifying our weapons as "commerce" rather than "military" for foreign sale sounds like a wonderful way to get lots more weapons into the hands of our enemies.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-7ld5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0788
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol Hirth

---

## General Comment

I oppose switching regulation of fire arms exports from the State Department to the Department of Commerce. This could lead to the wider spread of arms and ammunition to bad players throughout the world.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-p3jk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0789
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alicia Frecker

---

## General Comment

Letting the sale of guns across our national borders be classified as purely "business" (e.g., Commerce) rather than an issue of both foreign and domestic safety is ridiculous. It is pure greed and lacks common sense. I strongly oppose it.

Thank you, Alicia Frecker

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-i4ru
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0790
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julia Colingsworth

---

## General Comment

I strongly oppose moving the export of weapons from the State Department to the Commerce Department. This would make it more possible for dangerous regimes to purchase assault weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-j6uv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0791
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Arlene Smith

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-wtsr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0792
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Eric Mattei

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-wqw0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0793
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sasha  Kay

---

# General Comment

I oppose this rule change because it would mean that Congress is no longer automatically informed about sizable weapons sales, even to countries where there are serious human rights concerns. That would prevent Congress from knowing enough to block sales of large batches of firearms to hostile countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-zslr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0794
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Troy West

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-9c2t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0795
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Peter  Gellatly

---

# General Comment

Aloha,

I am writing to request that oversight of firearms exports remain with the U.S.Department of State, rather than shift to the Department of Commerce. There are numerous reasons for this, but chief among them is common sense. Commerce is charged with selling things. The Department of State has a loftier purpose, and within its purview is public safety, here and abroad.

Shifted to Commerce, guns become just another commodity, regardless of their deadly purpose and impact. At State there is civility and restraint, plus rigid guidelines honoring American responsibility.

Surely Commerce has better options for would-be customers than those very items that bring such pain and suffering to our own citizens.

Thank you very much.

aloha, Peter Gellatly

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-z4de
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0796
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Tim  Barrington

---

# General Comment

To Whom It May Concern,

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-opdl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0797
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John MacDaniel

---

## General Comment

BAN TRUMP AND HIS MINIONS OF ARROGANT IDIOTS!

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0798
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Connie Allison

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-2gtu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0799
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jessica  Brewer

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Do not make it easier for the US companies to sell weapons around the world. Weapons are not benign commerce. Weapons Commerce should be regulated more and controlled more, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-7rjs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0800
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Brian  Bodine

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-29pc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0801
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John Coughlin

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

DOSWASHINGTONSUP02417

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-wd3o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0802
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vonny Eckman

---

## General Comment

I understand that SOMEONE wants to change the sales of firearms to other countries from the Dept. of State to the Dept. of Commerce. I am completely against this move and against sales of weaponry of any kind in the first place. After sixteen years of war and MORE, counting my lifetime it's much more than that, we have the audacity to expect other countries to end their war building capacity and NOW we want to make guns a wholesale commodity! Capitalist to the core!

I disapprove highly of this move and I feel the same about a show of force in a stupid military parade!

Thank you for listening and taking action to stop this insanity!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-9idi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0803
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wallace Iimura

---

## General Comment

I oppose moving the supervision of arms sales from the State Department to the Commerce Department
because the Commerce Department is not as well equipped to do the job as the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-pbim
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0804
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DAVID DIEM

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ermz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0805
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Helene Mayer

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security.

The NSSF has already bragged that the rule would lead to a 20% increase in American gun exports. We can see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. Weapons such as these were not designed for personal use; they were designed for battlefield, which is why they are the weapons of choice for mass shooters.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-l3gu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0806
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Phyllis Scaringe

---

# General Comment

To: US Department of StateWith all due respect: we must take a stand against allowing the international Traffic in Arms Regulations: U.S. Munitions List Categories I, II,III.to go forward.
Sincerely, Phyllis Scaringe

DOSWASHINGTONSUP02422

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-rpc5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0807
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ndr2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0808
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Transferring regulations from the state department to commerce would be disastrous: it would open the door for terrorists anywhere to get hold of munitions and to manufacture them via 3D technology.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-8vjp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0809
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henry  Ickes

---

## General Comment

I oppose switching responsibility for the regulation of firearms exports from the US State Department to the US Commerce Department.

- This would eliminate the State Departments "Blue Lantern" program, which has been in place since 1940, carrying-out hundreds of pre-license and post-shipment inspections and publicly reporting on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. Background - when Defense Distributed founder Cody Wilson posted online instructions for how to manufacture weapons using 3D printers, the State Department successfully charged him with violating arms export laws - his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms both in the U.S. *and* around the globe. At that point, there's no safe place, anywhere.

And, so much for a market for US arms manufacturers when it's possible to make your own untraceable weapon.

Essentially, switching the regulation of firearms exports from the State Department to the Commerce Department would (1) make it easier to provide firearms to oppressive regimes, (2) remove safeguards to help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons (tough enough as it currently is), and (3) further fuel violence that destabilizes countries and causes mass migration. Is that what the United States is - an unscrupulous arms merchant? We criticize other countries for doing this - how is this maintaining high moral ground?

Any *truly* religious person would oppose this action.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-z848
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0810
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emily Blank

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ibby
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0811
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The State Department has the resources and mandate to keep American guns out of the hands of oppressive regimes, international criminals, and terrorists - the Commerce Department does not.

For reasons of national security, the State Department should continue to handle firearms export regulations.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0812
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dwight  Sanders

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports would facilitate making weapons available to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is too dangerous and and must not be allowed!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-24et
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0813
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sue and John  Morris

---

# General Comment

We oppose a rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need to be moving toward greater control of firearms, which the Commerce Department does not have the ability to do. We are writing in support of a petition drive by MomsRising, who support tighter control of firearms to protect the children.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-tbo7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0814
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leslie  Jagger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-hln4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0815
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Patenaude

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place because:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-7h9z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0816
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jennifer Skillicorn

---

# General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! Please do not move forward with this plan.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-djd3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0817
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Nancy  Dorian

---

# General Comment

I oppose the rule change that would switch the regulations of firearms export from the US State Dept. to the US Dept.of Commerce. The Commerce Dept. has neither the resources nor the staff to adequately enforce export controls. Furthermore, the rule change would remove the State Dept.'s block on 3D print weapons, remove licensing requirements for brokers, thereby increasing the risk of trafficking, and it would eliminate the State Dept.'s Blue Lantern program.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-z6t7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0818
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP02434

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-hp3z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0819
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

YOU all are disgusting!!!!
The U$$A government has turned into Putin's / NRA entity
How low can you go????
It's tragic!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-3sq2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0820
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ellen  Zarter

---

## General Comment

What a danger to our country--semi-automatic weapons being exported to Whoever wants to buy them and then using them violently abroad against our friends. This is a horrible idea, one which I urge you to reject in strong terms.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942q-5kei
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0821
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Hunt

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-tu8a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0822
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joan Tramontano

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the
U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce
Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents
like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries
and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of
organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
PLEASE don't let this happen. It is wrong and will make the world more violent and dangerous than ever. The National Rifle
Association has no right to lobby for this outrageous change in United States regulations and policy.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-c1u7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0823
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** sam  butler

---

## General Comment

oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-qjyd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0824
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Veronica Bourassa

---

# General Comment

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-4glo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0825
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Alexis Lavko

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-bprv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0826
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Meredith West

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-edrg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0827
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** james talbot

---

# General Comment

For security purposes, I am against any rule change that would change the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Smells real fishy.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-l8tz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0828
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emily Moran

---

## General Comment

I oppose switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The state department is focused on the safety of our nation, which is what firearms export should be about, not commerce. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. It would also remove licensing requirements for brokers, increasing the risk of weapons trafficking. Such changes would make our country - and people in other countries - less safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-s6to
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0829
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jen Blume

---

## General Comment

oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0830
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Rebecca Gillespie

---

# General Comment

I oppose this rule change switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-slwm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0831
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Wellington

---

## General Comment

We must keep handling of semi-automatic assault weapons and other firearms under the control of the State Department where safeguarding our nation is the priority. Handling must NOT be moved to the commerce Department which is all about corporate profit.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ejo3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0832
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gaia Cole

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ku1f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0833
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard Thorne
**Organization:** None

---

## General Comment

The proposed rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of
pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms
export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-zlaz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0834
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara  Addington

---

## General Comment

oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-cn1k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0835
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rey Diego

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. Sensible gun control laws, now.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-z2c0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0836
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** James John  Sheehan

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.


It is obvious to me that since Donald J. Trump engineered this change of venue regarding the shipment of firearms to be less regulated implies his desire


to become friends with autocratic governments who he painfully would love to have their admiration. Donald J. Trump needs to

be removed from the office of the President of the United States. He is an immature individual with childish dreams of becoming a King.

He is extremely foolish and unfit to serve....Sincerely , James Sheehan, Laguna Niguel, CA. " May God save our Democracy"!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-dolw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0837
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Emily Brandt

---

# General Comment

There has been a recent increase in gun violence which might have been impossible. There is no excuse for reducing access to all guns. Having had a neighbor who had PTSD and who often pointed it at my children across the fence. I know the constant fear of an unstable person having a gun. I called police every time this happened, but he always put it away before they arrived. He pointed it at his girlfriend who was standing outside his house, but who refused to press charges because he own mental health was challenged. Average people who have no need to protect themselves from other civilians, do not need to own guns. They do not promote public safety; they heighten fear.

I was married to an alcoholic who insisted on owning a shotgun. Once when he was angry and despondent, he locked himself in a bedroom where the gun was. When I called the police, they ridiculed me for being afraid. They didn't recognize that he was drunk and didn't see him in a fit of rage.

Guns contribute nothing to family safety and security. They bring out the absolute worst in human nature and I urge you to realize that you cannot legislate mental health and stability and it is your responsibility to protect lives. At the moment, Congress is not prioritizing human lives over lobbyists and misguided selfish noisy guns advocates.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-md9c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0838
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Thane Boden

---

# General Comment

At any time, this notion of essentially completely deregulating the sales of weapons (of any kind) would be a decidedly wrong-minded idea; given our current president, well, its difficult not to argue the outcome could very well be in favor of some of our fiercest enemies. Providing capitalists a way to expand their profit at the expense of international stability is a patently stupid idea.

The move to switch weapons sales from an arena with congressional oversight to one without cannot be allowed. Do not allow the Commerce Department to take control of international arms deals.

Thank you,
Thane Boden
Wyoming

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0839
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Greg Sells

---

# General Comment

I oppose the rule change that would switch regulation of firearms export from the Department of State to the Department of Commerce. Commerce does not adequate staff to adequately enforce export controls, and Congress would no longer be informed about arms sales to countries where there are serious human rights concerns, such as Turkey and the Philippines. In addition, this rule change would eliminate the Blue Lantern program, which carries out pre-license and post-shipment inspections and publicly reports on them, and has done so since 1940. It would remove requirements for brokers to be licensed, as well as a block on the 3D printing of firearms. All of this would make the world a more dangerous place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-22ek
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0840
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Linda  Izzard

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Guns kill people. We need more controls, NOT Less!! Just what we need...a world with more guns.

The Commerce Department just does not have the resources to adequately enforce export controls. Its
Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers,
organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer
hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942q-nspb
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0841
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** mia  heavyrunner

---

# General Comment

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-2bvx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0842
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rachel Hubka

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-8b9x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0843
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jena Janek

---

## General Comment

It is imperative that the rule regulating the export of firearms NOT be shifted from the U.S. State Department to the U.S. Commerce Department.

As it is now, firearms are classified as "military", and so they come under the State Department's control. So Congress can monitor and block large sales of firearms to foreign countries. If firearms were to come under the purview of the Commerce Department, then Congress would not be informed of sales, nor could it stop those sales in the name of national security or prevent those sales to countries were there are serious human rights concerns.

In addition, the Commerce Department lacks the resources to enforce export controls. Its Bureau of Industry and Security does not have the necessary supply of staff members to handle all these controls. As a result, it would be far easier for firearms traffickers, terrorist organizations, organized crime, and other violent persons to secure large amounts of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would ease the way for oppressive regimes to secure American weapons, as well as organized crime and terrorist organizations. Putting the regulation of firearms under the Commerce Department's umbrella would simply fuel the violence that destabilizes countries and is the cause of mass migration.

Shifting the firearms exports to the realm of the Commerce Department would result in eliminating the State Department's Blue Lantern program (begun in 1940) which conducts hundreds of pre-license and post-shipment inspections, and makes those reports public. Shifting firearms exports to the Commerce Department would result in the elimination of licensing requirements for brokers, which highly increase the risk of trafficking. Also, placing firearms exports under the Commerce Department would remove the State Department's block on the 3D printing of firearms. Without this block, 3D printing of firearms could happen readily in the United States and around the globe.

Whoever suggested that the export of firearms be shifted from the State Department to the Commerce Department did not think deeply enough into the ramifications of the idea. This must not be allowed to happen.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-5yx1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0844
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shari Silverman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-buw7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0845
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeffery Bovee

---

## General Comment

Firearms sales must remain classified as military along with any other weaponry.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-c13z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0846
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jennifer Biswas

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

We must safeguard the interests of our nation rather than relax regulations for the purposes of making more money for gun manufacturers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-16d2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0847
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jack David Marcus

---

# General Comment

In my opinion, switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

I believe the rule change would make the world a far more dangerous place in the following ways:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon.
4. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-x3wz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0848
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Derek  Gilbert

---

## General Comment

I am writing to OPPOSE the proposed rule change that would switch regulations of firearms export to the Department of Commerce. There are MANY reasons for opposing this change. Here are some:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02464

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-gm43
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0849
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen Kaysinger

---

## General Comment

I oppose this rule change that would switch the regulation of firearm export from the US State Department to the US Commerce Department.

DOSWASHINGTONSUP02465

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-sz1f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0850
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-nt2l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0851
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lascinda  Goetschius

---

## General Comment

We don't need more guns. We need less guns Too many innocent people are being killed by Assault weapons

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-srds
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0852
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James Cunningham
**Organization:** Guitar Instruction

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is an incredibly bad idea the origin of which lies in a basis of greed and nothing else. To allow easier export of weapons with less oversight defies sound reasoning, common sense, and simple logic. We in the USA already have a severe problem with too many guns in the wrong hands as evidenced by the massive increase in mass shootings, the likes of which were exceptionally rare in our past. Why would we want to export that? If anything, we need to make it far more difficult to export weapons in order to address the all too common violence around the world. This is yet another senseless and foolish idea from the most corrupt administration in our nations history.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-gkc1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0853
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gregory Fite

---

## General Comment

I oppose the proposed rule change that would switch oversight of arms sales from the State Department to the Department of Commerce. This is an open invitation to uncontrollable arms sales for profit, over the interests of national security and public safety.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-w101
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0854
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Schmidt
**Organization:** Schmidt Family Farms

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-mz05
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0855
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jackie thiry

---

## General Comment

I oppose switching the regulation of firearms exports from the State Department to the Commerce Department because it would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-rzm3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0856
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn Burns

---

## General Comment

I'm writing to protest a proposed switch of gun export regulations from the State Department to Commerce. This is unnerving. Guns aren't just a commodity to be traded; they can and to kill people. Firearms currently are classified as "military," which does make sense. Let's face it; guns kill. You don't want just anyone with a few extra dollars to buy weapons. Currently, the State Department can block the sale of large amounts of firearms, and I don't believe Commerce is set up to deal with that. Also, the State Department is informed of large sales, and if the arms are being sent to countries where we don't want them to go. Commerce deals in, well, commerce. National security isn't part of its mandate. Other problems with the proposal: A.) It would eliminate the State Departments Blue Lantern program, which dates to 1940 and carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
B.) It would remove licensing requirements for brokers, increasing the risk of trafficking. C.) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. In short, the proposed change is a very bad idea. Please don't go through with it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-209j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0857
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bridget Mahoney

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-5f63
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0858
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rey Diego

---

## General Comment

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of preicense and post-shipment inspections and publicly reports on them.

-It would remove licensing requirements for brokers, increasing the risk of trafficking.

-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0859
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marsha Malone

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ky8k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0860
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eric Scheihagen

---

## General Comment

I strongly oppose this proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The export of firearms has serious natonal security, geopolitical and human rights implications, and should continue to be regulated by the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-flsq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0861
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane  Anonymous

---

## General Comment

I oppose the rule change that would switch firearm regulations from the State department to the U.S. Commerce Department.

DOSWASHINGTONSUP02477

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-o1v0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0862
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Cake

---

## General Comment

July 3, 2018
Comment on International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I couldnt be more astonished and dismayed that the gun lobby and industries are pushing for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

Firearms are rightfully categorized as military, and are under the regulation of the State Department. Congress should continue to be automatically informed about sizeable weapons sales and have the authority to stop them when that poses a risk to our national security or threatens to increase human rights violations by facilitating weapons sales to oppressive regimes.

No one anywhere should be allowed to make firearms on a 3- printer. Period!
Arms brokers should always be licensed, to try and prevent unlawful trafficking..
And by no means should the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them, be dismantled.

The existing rules must be maintained and strengthened if switching the regulation of firearms exports from the State Department to the Commerce Department facilitates firearms exports to oppressive regimes, removes safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuels violence that destabilizes countries and causes mass migration.

Do not weaken our fire arm protections by a transfer of authority from the State Department to the Commerce Department. Do not feed into the global oppressors and black market by deregulation.

DOSWASHINGTONSUP02478

Thank you for taking this letter, my opinion, seriously.
Deborah Cake
01890

---

# Attachments

I oppose this rule change that would switch the regulations of firearms export from the U

DOSWASHINGTONSUP02479

*July 3, 2018*
*Comment on* International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

*I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.*

I couldn't be more astonished and dismayed that the gun lobby and industries are pushing for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

Firearms are rightfully categorized as "military", and are under the regulation of the State Department. Congress should continue to be automatically informed about sizeable weapons sales and have the authority to stop them when that poses a risk to our national security or threatens to increase human rights violations by facilitating weapons sales to oppressive regimes.

No one anywhere should be allowed to make firearms on a 3- printer. Period!
Arms brokers should always be licensed, to try and prevent unlawful trafficking..
And by no means should the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them, be dismantled.

The existing rules must be maintained and strengthened if switching the regulation of firearms exports from the State Department to the Commerce Department facilitates firearms exports to oppressive regimes, removes safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuels violence that destabilizes countries and causes mass migration.

Do not weaken our fire arm protections by a transfer of authority from the State Department to the Commerce Department. Do not feed into the global oppressors and black market by deregulation.

Thank you for taking this letter, my opinion, seriously.
Deborah Cake
01890

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-u1ti
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0863
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Carolyn Wall

---

# General Comment

I vehemently oppose the proposed rule change to the ITAR. It is imperative that ANY weapons exports remain under the purview of the State Department. This is a national security issue and requires legislative involvement and strong enforcement. The Commerce Department is ill equipped to carry out such an important task.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-wbb9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0864
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Chris  Casper

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, making us all less safe. I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02482

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-dhki
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0865
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jen  Han

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the US commerce department. Please dont do it! Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-wdkf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0866
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bryan Bennett

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-9m5e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0867
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Drinkwater

---

## General Comment

I oppose this rule change that would switch the regulation of firearms from the U S State department to the U S Department of commerce. Selling weapons outside of the US could be a threat to our security.

DOSWASHINGTONSUP02485

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0868
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rick Belding

---

## General Comment

Making guns more available outside the US is a security issue to me. The State Department needs to keep control of gun trafficking. We do enough damage to outside nations through our military sales that we don't need to feed weapons to more groups or individuals. Please do not change this rule regarding US Munitions. For the good of the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ufvk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0869
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeanne Dwyer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-obod
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0870
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** anonymous  Anonymous

---

# General Comment

I very much oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It makes no sense at all for us to allow the sale and export of arms that could end up in terrorist organizations, organized crime, traffickers of firearms, dangerous governments that should be under the control of the US State Department, not the Commerce Department.

This is an atrocity waiting to happen, and we can't allow this to happen. This is a disastrous idea and should never be implemented.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-650o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0871
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Donna Bryant

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Naturally, arms manufacturers would like this change because they are the most vile people on earth, dealing in death as they do. They have enough money; ditch this attempt to give them even more obscene profits by exporting death and destruction.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ox00
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0872
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Amrita  Burdick

---

# General Comment

Given the current world situation with civilians dying in ever so many places, it makes a lot more sense to keep arms traffic under the Department of State, where arms sales can be monitored appropriately.

The Commerce Department does not have staff to adequately monitor arms sales, nor does it have a vested interest in keeping the world sane and peaceful. Unleashing arms sales to anyone (think organized crime, terrorist groups) would make the US and the world less safe. Human lives are more valuable than money. It's time to get US policies back in line with international mores and with our common values.

DOSWASHINGTONSUP02490

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0873
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Geoff Hamer

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-z4em
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0874
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Carl  Wallenmeyer

---

# General Comment

We need fewer, not more, guns in the world. Please don't make the proposed change that would switch
the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I
think this change would ultimately make
the sale of weapons much too easy for the wrong people.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-1igp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0875
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Beth Lavelle

---

## General Comment

I strongly oppose the transfer of gun and ammunition export control from the State Department to the Commerce Department. The oversight and staff needed to protect the American people from the shipment of arms and ammo to enemies, corrupt dictators and others intent on harming the American people is inadequate and inexperienced in the Commerce Department. The transfer would be a true dereliction of duty on the part of anyone entrusted with the safety and security of America.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-xbvl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0876
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy Madden-Bentle

---

## General Comment

Military weapons have no place in public hands. Too many children are threatened and fear from their lives because of someone who is mentally deficient/challenged. Those who have been bullied are also at risk of turning their thoughts to murdering another child/adult because of the trauma caused them while being bullied. Automatic weapons should be stopped from any sales and destroyed once the military has finished with them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-wwb7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0877
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Croitiene  ganMoryn

---

## General Comment

I oppose this rule change.

With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department just does not have the resources to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you

DOSWASHINGTONSUP02495

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-hggx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0878
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rosalind  Andrews

---

## General Comment

Are the people in the Department of State losing their minds?????

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0879
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara and Jim Dale

---

## General Comment

We strongly oppose the change that would place the sales of firearms internationally under the control of the Department of Commerce rather than the Department of State as has been the law.
Too many dangers exist in this proposal which seems to be based solely on profit motives.
Some of the changes that will cause problems are
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
We see the proliferation of guns anywhere as a threat to security, life and limb. To extend the curse that our country has come under to others around the world seems profoundly cruel and inhumane.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0880
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer Baratta

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

DOSWASHINGTONSUP02498

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-zbpw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0881
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Leslie Wenberg

---

# General Comment

I am extremely concerned about easy access to both guns and ammunition. This makes it simpler for people in the U.S. and traffickers overseas. Isis and others buy guns and ammunition here easily. They then use it in Terrorist Attacks around the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-jr0u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0882
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joseph  Lahm

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-uzj0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0883
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** carol Denning

---

# General Comment

I oppose the rule change about giving authority to Commerce department. The ban on 3-D printing of Weapons is essential to the protection of our planet. Also Blue Lantern has been effective; do not stop it now by transferring to understaffed and alternative mission of Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-uvob
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0884
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

We do not need to change this rule. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-f3hm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0885
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Naomi  Peuse

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is very bad.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-eyw0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0886
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  Brazitis
**Organization:** retired

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-8qew
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0887
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Raymond Zahra

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Regulation of these exports should remain under the jurisdiction of the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-m44s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0888
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allie  S

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-7qox
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0889
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annie McCombs

---

## General Comment

I strenuously oppose this rule change. The Department of State is the proper oversight department for regulating the sales of arms outside U. S. borders. Reject this policy change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-xcqg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0890
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jim Barber

---

## General Comment

Firearms exports are classified as military at this time. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

It is a bad idea brought to you by the NRA, to make the world a more dangerous place than it already is.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-gy0q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0891
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** John Hansen

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-e90n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0892
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Georgia Locker

---

## General Comment

I STRONGLY OPPOSE SWITCHING THE GOVERNING OF ARMS FROM IT'S PRESENT DEPARTMENT FOR THE FOLLOWING REASONS:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WE ALREADY ARE NOT SAFE IN THIS COUNTRY BECAUSE OF LAXITY IN PEOPLE IMPORTING AND BUYING ARMS IN THE COUNTRY. WE EXPORT AND MAKE OTHER COUNTRIES LESS SAFE. WE NEED TIGHTER RESTRICTIONS, NOT LOOSER ONES.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-4mp8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0893
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John Hansen

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942q-9viv
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0894
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joseph  Lipsey

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S.
Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in
the name of national security, even to countries where there are serious human rights concerns, such as the Philippines
and Turkey.

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and
Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and
other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This is totally unacceptable. We must not implement this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-bg6t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0895
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca Hall

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-rz3y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0896
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This change would serve the gun manufacturers, terrorists and criminal gangs. It would serve NO ONE else. This is a really dumb idea.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0897
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hazel Poolos

---

## General Comment

I OPPOSE THIS RULE CHANGE THAT WOULD SWITCH THE REGULATIONS OF FIREARMS EXPORT FROM THE

UNITED STATES STATE DEPARTMENT TO THE UNITED STATE COMMERCE DEPARTMENT. THE SAFEGUARD OF

THE UNITED STATES IS MY FOCUS. WE AMERICANS' SAFETY IS MORE IMPORTANT THAN PROFIT.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-y8ps
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0898
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** William Sharfman

---

# General Comment

Your proposed rule change would have the following effects, which are totally unacceptable in a
civilized society:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-w6jw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0899
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Letticia  Anonymous
**Organization:** Catholic Charities

---

## General Comment

Firearms are dangerous
They kill people
There should be more regulations not Less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-xst2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0900
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** The Rev Charles H  Hensel

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-orrx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0901
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica Blagen

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Don't do it.

DOSWASHINGTONSUP02519

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0902
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanna Capitano

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-qk30
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0903
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pamela Palencia

---

## General Comment

I oppose the rule that would switch the regulations of firearms EXPORT to the US commerce Dept. YOu might be arming the enemy!!!! Think about it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-nu2f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0904
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bob Railey

---

## General Comment

I am registering my strong disapproval of the proposed transfer of oversight for export of firearms from the Dept. of State to the Dept. of Commerce. The Dept. of State has some interest in minimizing the amount of weaponry throughout the world. The Dept. of Commerce (especially under the Trump administration) will have as its only interest maximizing weaponry exported from the USA, without regard to where the weapons go.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-uyzy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0905
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julia Stevenson

---

## General Comment

I fervently disagree with the idea of switching the regulation of firearms exports from the State Department to the Commerce Department.

The State Department is the proper entity to handle export licenses of semi-automatic assault weapons and other powerful firearms.

Transferring this authority to the US Commerce Dept would open new floodgates for arms sales internationally, with serious implications for our national security.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Such a move would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I oppose this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-vudh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0906
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Trisha  Winn

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942q-8wmf
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0907
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-7lhw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0908
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I run a small farm business and live in a rural area where guns and their use for hunting are common. I have no problem with such guns and their uses. I have a huge problem with the prevalence of assault weapons easily obtained in this country by just about anyone. Making it easier to ship guns overseas is even more horrifying considering how they could be used against this country and the peoples of the countries to whom we sell them. There should be much more control of guns...not less.

DOSWASHINGTONSUP02526

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-fmpn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0909
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine  O'Neill

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0910
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanne Neale

---

## General Comment

I strongly oppose this rule change which favors the interests of gun manufacturers over the safety of Americans. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

DOSWASHINGTONSUP02528

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0911
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

I oppose the proposed rule for the following reasons:

The proposed rule treats semi-automatic assault rifles as non-military. But many groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode much of the time. Many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

The proposed rule would eliminate Congressional oversight for important gun export deals. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.

The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Gun exporters that benefit from these sales should shoulder this cost instead.

National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking.

The rule would eliminate the State Departments Blue Lantern program for publicly reporting gun and ammunition exports. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to deny weapons licenses to violators. End-use controls also are weakened by eliminating registration of firearms exporters.

The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for 3D-printing weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a

lethal weapon. The Commerce Department is unlikely to make the same argument. The new regulations effectively condone and enable 3D printing of firearms around the world. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could cause many preventable tragedies.

The Commerce Department does not have resources to enforce export controls, even before the addition of 10,000 firearms export license applicants as a result of this rule predicted by Commerce. The BISs enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. The State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

The rule would eliminate Congressional and public awareness of the total amount of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

This rule would transfer gun export licensing to an agency whose principle mission is to promote trade. Firearms are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries. The export of these weapons should be subject to more controls, not less.

DOSWASHINGTONSUP02530

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-v1kv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0912
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Levin

---

## General Comment

I am appalled the Nationsl Rifle Association wants guns for everyone, all around the world. I believe it is a terrible mistake to make a rule change which would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S.State Department to the U.S. Commerce Department. This is dangerous! We have problems with these weapons in our country. Think about our national security if weapons made in the U.S.are used against us. It is totally disgusting the NRA wants to change the rules do they can sell weapons around the world to foreigners can maim and kill people around the world and come out not our country and kell us. All that matters to the NRA is selling more guns, not the safety of human beings.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-2m04
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0913
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brenda Troup

---

## General Comment

Do not allow the transfer of gun sales to the commerce dept! There are too many weapons sloshing about, killing civiliians and creating chaos. Letting an agency which just wants to sell more and more is not in the interest of humanity.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-hf53
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0914
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sue VanDerzee

---

## General Comment

I oppose the rule change that would make arms sales regulated by the Commerce Department rather than the Department of State, where the responsibility lies now. This seems to me a short-sighted rule change which would make it easier for people around the world to kill each other, and us. When American safety is the buzz word in Washington, DC, why would a rule that makes us less safe even be considered?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-r9n1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0915
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** D  S

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-j045
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0916
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Patrick Bosold

---

# General Comment

This rule is a really bad idea.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

All that, just for the sake of increasing sales volume and profits for U.S. weapons manufacturers?

This is terrible public policy, domestically and internationally. Please drop this proposed rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-gnez
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0917
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlene Stalter

---

## General Comment

I am opposed to changes that would allow the NRA to export more weapons. The US has more guns and
gun violence than any other country. The NRA will use these
rule changes cynically to increase the already obscene amounts the weapons manufacturers already
make. They are not concerned about the added danger to a world with too much violence and strife as it
is.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-888b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0918
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sharon Brown

---

## General Comment

There is enough gun violence in the US to prevent sales here. Why would we wish this on anyone else? Please help the world from becoming a more dangerous place and vote against the sale of military grade weapons to commercial markets. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-zcaw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0919
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victor Escobar

---

## General Comment

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-1juv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0920
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Leigh  Anonymous

---

# General Comment

I oppose this rule change which would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They're used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for considering my thoughts to help make our country, and our world, a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-y2az
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0921
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Changing oversight of gun sales from the State Dept. to the Dept. of Commerce is an underhanded move to give more profits to gun manufacturers at the expense of the safety and security of everyone, everywhere. At a time when this administration is decrying the drug wars and the violence in Central America, this idea is crazy and dangerous to all countries, including the US.

Please do to allow this to happen. Innocent people will suffer, and the standing of our country will be soiled beyond measure.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-2soc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0922
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer Heggie

---

## General Comment

Moving arms regulations from the State Department to the Commerce Department will serve to destabilize the world further. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. This change will definitely not "make America safer."

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-w1rp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0923
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous Anonymous

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-cvoe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0924
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Renee Deljon

---

# General Comment

I strongly OPPOSE any change that would move the handling of export licenses of semiautomatic assault weapons and other powerful (i.e., MILITARY-GRADE) firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious NEGATIVE implications for our national security and LIVES around the world. Goddamn all you mercenary, death and destruction-causing fuckers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-qjyc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0925
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Bill  Holt

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need fewer guns killing people, not more.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0926
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kim  Kaminsky

---

# General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also allow the 3D printing of firearms. This is irresponsible and dangerous. I urge you not to implement this rule change. This is not well thought out and obvious that it is only to benefit the US manufacturers of fire arms.
Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-m7b5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0927
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lesley Boyland

---

## General Comment

I am horrified to hear of a proposal to change the rules on the export licenses of semiautomatic assault weapons and other powerful firearms from being handled by the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

I understand that firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

Please, put our national security first and decline this alarming proposal.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-y1d5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0928
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Iredale

---

## General Comment

It seems wrong to spread the possibility of unregulated firearms, whether within or outside the US.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-abp9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0929
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** richard  smith

---

## General Comment

Do NOT change the rules by which firearms are sold overseas. It's bad enough America is overrun and unregulated as far as firearms are concerned, but now weapons manufacturers supported by the NRA want to export weapons without the rules that the State Dept. requires. This is a moral abomination and should be rejected forthwith.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942q-ndxi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0930
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** W. Andrew Stover

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-th0q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0931
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Arwen  Griffith

---

# General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Commerce should not be the primary driver in gun movement. Safety is much more important.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-hcy2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0932
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Cosgriff

---

## General Comment

I oppose this change.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

DOSWASHINGTONSUP02551

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-6ci0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0933
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jane  Tuvin

---

# General Comment

Dear State Department and International ammunitions experts: this week is a true sampling and indication of the need to pass and enforce laws related to reducing the purchase of guns, ammunitions and etc. These weapons are purchased, resold and operated by people, who will use force on anyone and at anytimem
. We can't have our great country become this war zone. Please stop buying and selling of automated guns.

DOSWASHINGTONSUP02552

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-7txz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0934
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  Bartoletti

---

## General Comment

I strongly object to the sale of assault weapons produced by US gun manufacturers to private citizens
around the world. We need to stop those sales in the US, not propogate them around the world. Have we
lost our collective minds

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-u9oy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0935
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrea Tennison

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are rightly classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. This puts the safety of our Nation and our troops abroad at risk.

DOSWASHINGTONSUP02554

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-6u0z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0936
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine  Howard

---

## General Comment

I strongly oppose this rule change. Switching the regulation of firearms export from the US State Department to the US Department of Commerce is a bad idea.

DOSWASHINGTONSUP02555

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-whfy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0937
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patrick Reid

---

## General Comment

I strongly oppose switching the regulation of firearms exports from the State Department to the Commerce Department. This misguided change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep weapons out of the hands of bad actors like organized crime and terrorist organizations, and further fuel violence that destabilizes countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-muc4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0938
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Samuel Swift

---

## General Comment

I oppose the proposed rule for the following reasons:

The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[2] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.

The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government i.e., taxpayers will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.

National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain

DOSWASHINGTONSUP02557

rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking. That will make it easier for unscrupulous dealers to escape attention.[3]

The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

Samuel R. Swift
Attorney at Law
San Jose, CA

DOSWASHINGTONSUP02558

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-ufz1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0939
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca Nimmons

---

## General Comment

There is a reason for regulations. People out to make a buck any way they can need to be reigned in. And the NRA has no conscience. Moving gun sales from the State Dept. to the Commerce Dept. would be catastrophic to this country and the world. We already sell guns and bombs and bombers to places that we shouldn't. We do not have the wisdom or compassion to make it easier for everybody to buy guns wherever they are or whoever they are. We need to limit guns everywhere to make our world safer. Our country is a very dangerous place because no leaders will regulate guns as they should. Are we mere Neanderthals? Do we have to spread violence and war everywhere? NO!!!!!!!!!!!!!!!!!!!!!!!!! We must set an example...take the high road...teach a better way: peace. We'd all be happier and safer. And there's the Golden Rule. It's a good rule and we should obey it. That would mean lots more control over where guns are and who uses them for what purpose. Let's act like we are intelligent about this matter and do the right thing for the common good.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-zt3x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0940
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Norma Kline

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. These are examples of how the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3.. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I urge that the proposed rule change be denied and the U.S. Department of State cotinue to regulate the export of firearms.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-qy7l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0941
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David Young

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-kcdl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0942
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nikita Hulbert

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-a8vt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0943
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Browman
**Organization:** Moms Rising

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-prep
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0944
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Bush

---

## General Comment

I think it is absurd, bordering on insane, to eliminate State Department Blue Lantern program, to remove licensing requirements for brokers, and to remove States block on 3D printing of firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-986q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0945
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert Mutascio

---

## General Comment

This BENEFITS NO ONE except for gun manufacturers. And potentially HARMS many people. This is a very bad ruling.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-sbcm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0946
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Steve  Aydelott

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-340o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0947
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Bendio

---

## General Comment

I am opposed to the rule change for international traffic in arms. There is no reason to change this rule, other than to increase sales of firearms. Please don't change the rule

DOSWASHINGTONSUP02567

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-zv6g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0948
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin  Crupi

---

## General Comment

I oppose this proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

In fact, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Additionally, switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. All these represent threats to U.S. national security.

I urge you to oppose this proposed rule change.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942r-brkr
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0949
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Trisha tenBroeke

---

# General Comment

As a citizen concerned with our nation's security, I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I have deep concerns about the effect this rule change would cause. Specifically, I have many concerns, including that: it would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Again, I strongly oppose this rule change. Thank you.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0950
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose changing the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would make it easier for guns to end up in the hands of those outside of the law like organized crime and terrorist organizations and enemy regimes. It would further fuel violence that destabilizes countries and causes mass migration.

Selling guns outside of the US is NOT business as usual and must be monitored by expertise of the State Dept, not the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-kbmu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0951
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Billy Angus

---

## General Comment

Get rid of the NRA!!
They're nothing but a terrorist organization, plain and simple!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-3r6y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0952
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Peter Mattison

---

# General Comment

I oppose this rule change that would switch regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous, and are used in to kill people around the world daily through organized crime, political violence, and terrorism. They should be subject to more controls, not fewer! Their trade and commerce should remain under the auspices of national security, not commerce.

DOSWASHINGTONSUP02572

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-4c1x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0953
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maureen Clarke

---

## General Comment

I oppose this rule change. Enough is enough! The world does not need more guns!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-f8as
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0954
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Geri  Collecchia

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-uu26
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0955
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Kwiatkowski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I believe it would jepotdize our natuonal security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-b238
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0956
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roger  Wess

---

## General Comment

The Department of State needs to control the sale of arms out of this country, not the Department of Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-rw4w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0957
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erica  Stanojevic

---

## General Comment

How about we don't loosen restrictions on firearms.

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25,
2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public
comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-stz0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0958
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

In regard to human life and the safety of our country we need to keep the sale of all assault weapons and all firearms under the U.S. State Department and not allow it to be transferred to the U.S. Commerece Department.

DOSWASHINGTONSUP02578

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-b8uy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0959
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Henry Lewis

---

# General Comment

As an American teacher and someone who cares deeply about ending random violence and human rights abuses around the world, I firmly OPPOSE the rule change that would move the handling of export licenses for semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. Personally, I don't trust American weapons manufacturers to be ethical when it comes to such foreign sales. In addition, the Commerce Department isn't structure to handle proper oversight of such sales.

Making it easier for weapons manufacturers to sell their wares without the oversight of the US Congress is insanity and flies in the face of everything the Trump administration says about trying to keep the Homeland safe from foreign terror and gang threats. Investigations have shown that many of the weapons used in drug and terror related crimes in Latin America (where I'm currently living and teaching) already originate in the USA. Taking away Congress's and the US State Department's oversight of large sales of semi-automatic weapons will only increase the violence in countries where human rights abuses are now common place. This, in turn, will cause more refugees to flee violence-plagued countries and attempt to cross into the USA illegally.

Isn't anyone in Washington, D. C. these days able to use critical thinking skills and connect the dots. The violence always makes it's way back to (and inside) America's borders.

I urge you to reject this rule change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-se4e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0960
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

This seems like a dangerous threat to our national security. I am against changes to this regulation.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0961
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dorothy Stegman

---

## General Comment

I oppose this rule change which would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-s6bp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0962
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** william gorenfeld

---

## General Comment

More guns world wide = more violence.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-9zy6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0963
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Armstrong-Magwood

---

## General Comment

HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-jwh2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0964
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Nancy R Bogen

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-3fmn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0965
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie Funaroff

---

## General Comment

Urgent. Do not switch firearms from control by state department to control by commerce dept.

This will promote more violence, destabilizing more governments and forcing more migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-vq46
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0966
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Rebecca Chase-Chen

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-dbqy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0967
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nicholas S  Costa

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02587

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-piut
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0968
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kristy  Johnson

---

## General Comment

This is absolutely absurd. Let's let the firearms manufacturers export guns so that they could possibly be used against our own citizens and soldiers. Tell the NRA NO, not only NO but HELL NO!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-lzf6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0969
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cheryl Farmer MD

---

# General Comment

Friends, I write in OPPOSITION to a rules change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would facilitate vastly increased sales of arms internationally, with serious implications for our national security. Such a policy could lead to an unfortunate future situation where our own combat troops face troublemakers armed with American made weaponry. This would be an unacceptable outcome! Please maintain the status quo on this issue, as current regulations have been effective for decades.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-6cb5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0970
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robin Walden

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! It is unthinkable that the US would be considering promoting the sale of assault weapons worldwide.

DOSWASHINGTONSUP02590

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-cb82
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0971
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Faigle

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The following reasons highlight why the change should not occur:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

DOSWASHINGTONSUP02591

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-9ftf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0972
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne Koster

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-yudu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0973
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Olga Abella

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0974
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Hubbard-Reeves

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Here are more details on how the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

For multiple reasons, this rule change is not in the interests of the American people and I am in opposition to the change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-mwu5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0975
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Carroll

---

## General Comment

I oppose the transfer of authority over the sales of guns from the State Department to the Commerce Department. Guns involve many factors that put them out of the realm of simple commerce.

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0976
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Karen  Howard

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change to move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

At present, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security. Weapons sales even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles in obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program (in place since 1940), which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting

made it possible for anyone with access to a 3D printer, anywhere in the world, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The motto is Make America Great Again our new motto should be KEEP AMERICA SAFE.

Dont allow this transfer occur.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-77q2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0977
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Jonathan  Weinstock

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department, as it would:
- eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- remove licensing requirements for brokers, increasing the risk of trafficking.
- remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
All of this would create a more dangerous society and world.

Thanks very much,
Jonathan