# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-yf0w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0978
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Paul  Kivel
**Organization:** SURJ--Showing Up for Racial Justice

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-en7k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0979
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  Reynolds

---

## General Comment

I oppose the rules change that would move the handling of export licenses of semiautomatic assault
weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department.
This transfer of authority would open new floodgates for arms sales internationally, with serious
implications for our national security.

Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

This rules change benefits the NRA, not American National Security! I oppose it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-yk7e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0980
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mike  Andrewjeski
**Organization:** self

---

## General Comment

No No No No!

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942r-n8n6 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0981
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-14rt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0982
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Haines

---

## General Comment

Please maintain control of Arms and weapons sales through the State Dept. Weapon sales need to be monitored and kept under tight control. Thank you

DOSWASHINGTONSUP02603

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-htnr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0983
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Truax

---

## General Comment

I oppose the rule change that would switch the regulation of firearm exports from the US State Department to the US Commerce Department. Doing this could encourage the sale of large caches of weapons to foreign governments and organizations further endangering the US citizens.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-twuy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0984
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lari  Tiller Howell

---

## General Comment

I understand that the NRA is pushing for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

I fear that this would be the undoing of civilizing as we know it. At this point in history, with record unrest, human migration and displacement, adding more arms is disaster to the common man. Governments cannot win, peace cannot win, humanity cannot win. Changing the overseeing cabinet depart from the State to the Commerce department can only be for the purpose of selling death.

All it will do is control population growth. ZPG

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-w5q1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0985
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** David Varnum

## General Comment

Jurisdiction over U.S. gun exports should be kept within the U.S. Department of State, and NOT transferred to the Department of Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-kz9a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0986
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-izeh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0987
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dori  Goldman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02608

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-tbjt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0988
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie  Price

---

## General Comment

No way!! This is the last thing we need. Please, no more.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-q01g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0989
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christopher  Ivancevic

---

## General Comment

This is an ABSOLUTE HORRIBLE IDEA! Just insane. This idea that one bullet for one pull of the trigger is somehow not worthy of maximum oversight is just naive at the least, and a complete disregard for human life at the worst. The state department must continue to safeguard our nation and oversee all firearm sales. This attempt to switch it to the Commerce Department is nothing more than a reckless money grab at the risk of human lives.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-7mf4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0990
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Anonymous

---

## General Comment

I strongly oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-iqm3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0991
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donald  Rumph

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I also believe that the United states has showered more than enough grief on citizens of the world
through the excess gifting and sale of military weapons, including firearms but not forgetting shoulder
fired rockets, Abrams tanks, F-35 fighters, and the list goes on. WE need to get in the peace business.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-4luz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0992
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Wood

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

DOSWASHINGTONSUP02613

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-aohj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0993
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anne Hepfer

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. it would allow more arms to enter the U.S., which would cause more shootings due to the availability.

DOSWASHINGTONSUP02614

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-c4i7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0994
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Woodall
**Organization:** Lady Freethinker

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02615

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-vctv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0995
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pamela  LaRue

## General Comment

Our national security comes first. Please keep control of arms sales abroad under control of the State Department.

DOSWASHINGTONSUP02616

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-2kdm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0996
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vaughan  Greene

---

## General Comment

Don't make it easier to export firearms. They usually end up with the wrong people anyway. ENOUGH with guns everywhere.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-y1os
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0997
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hildy  Feen

---

## General Comment

I strongly oppose the rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. Below are more reasons why the proposed rule change should not be approved:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
It would impact our national security by facilitating firearms exports to oppressive regimes, removing safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fueling violence that destabilizes countries and causes mass migration.
The world needs less firearms, not more.
Humanity needs less killing, not more.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-hdv5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0998
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Dishman

---

## General Comment

Dear Sir:
I strongly oppose the proposal to switch the regulation of firearms from the U.S. State Department to the U.S. Department of Commerce. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would also remove licensing requirements for brokers, increasing the risk of trafficking. Additionally it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

In summary, firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-kvrj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-0999
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The US State Department is better equipped to keep in
mind the security of the USA.

# PUBLIC SUBMISSION

| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942r-u8z3 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1000
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rose  Aranita

---

## General Comment

The proposed changes to regulating international weapons sales opens the door to increased violence in
other countries where human rights are at risk, strengthening of local gangs having access to more
dangerous weapons, endangers fragile democracies threatened by tyrannical groups, and increases
dangers to civil peace and families. For these reasons, I oppose the shifting of weapons deals to the
Commerce Department. The globe and local citizens would be in danger of losing harmonious
governance and peace in our families across the world.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 | |
| **Tracking No.** 1k2-942r-9coz | |
| **Comments Due:** July 09, 2018 | |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1001
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allan  Campbell

---

## General Comment

I oppose this rule because it would allow more firearms. Because the regulations should not be changed to the Commerce department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-tm3v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1002
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Thompsson

---

## General Comment

Shifting management of international trade in arms from the state department to commerce is NOT a good idea at all. The commerce platform will shift the focus from common sense safety to selling as many guns as possible. Do not do it. RSTHOMPSON MD

DOSWASHINGTONSUP02623

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-4rbr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1003
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Craft

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02624

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-tj0x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1004
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** C. Warren  Pope

---

# General Comment

This relaxation in export rules for firearms is ridiculous and must be defeated. More guns means more death and more murders. Don't we have enough trouble in the US?

DOSWASHINGTONSUP02625

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-z14v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1005
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lester  Stano

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.It would eliminate the State Departments Blue Lantern
program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections
and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-z8t2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1006
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-5074
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1007
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PJ  Lents

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02628

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-9a44
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1008
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Clara  Salloom

---

## General Comment

I oppose this rule change that would switch the regulation of firearms export from the State Department to the Commerce Department. This change would have serious implications for our national security. Firearms export regulations should continue to be the responsibility of the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-kjla
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1009
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christina  Duck

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It's an absolute outrage that this is even happening. We will just be arming more terrorists with weapons. Don't let this happen!

DOSWASHINGTONSUP02630

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-z8lz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1010
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Franco  Ferrer-San Miguel

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942r-fa83
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1011
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** David  Sherman

---

# General Comment

I oppose this rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place:

* It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

* It would remove licensing requirements for brokers, increasing the risk of trafficking.

* It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-oo7t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1012
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Arthur Burzykowski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-ifm2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1013
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** L. Adams

---

## General Comment

I am against changing the regulatory oversight for arms sales to the commerce department. We do not need to be shipping weapons overseas to people like Duterte & Erdogan.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-e9bv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1014
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Terri  Coppersmith

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Please do not change the rules that help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-hav3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1015
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Zarate

---

## General Comment

I oppose this rule change.

DOSWASHINGTONSUP02636

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-n0zn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1016
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-439q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1017
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Nanette  griesi

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02638

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-yp3l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1018
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jody  Benson

---

## General Comment

As a gun owner, former hunter, and former ARCAO (Korea: Camp Henry, Camp Humphries, Camp
Casey 71/72 when these bases were primitive), I oppose the rule change that would switch the
regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I do
not want weapons in the hands of terrorists and criminals in other countries that can be used, not only
against their own people, but against Americans abroad.

Ive travelled the world and been in many conflict zones, including Afghanistan. The lawlessness of these
areas is exacerbated by the fact that everybody owns a weapon. Small arms and light weapons are the
preferred weapon of these small-time bullies, drug dealers, and cartels, as well as big-time terrorists like
ISIS, al-Qaeda, al-Shabaab, Boko Haram.

Making light weapons (the definition includes: revolvers and self-loading pistols, rifles and carbines,
assault rifles, sub-machine guns and light machine guns) available as a commodity anybody can order
without any restrictions over the internet, makes it easy for small arms dealers to buy and resell these
weapons, the favorites of terrorists, criminals, and drug dealers. We dont want American criminals to
have these weapons. Lets not loose them on innocent civilians around the world. Say no to any loosing of
any restrictions of exporting weapons. Dont be tone deaf to American values. Americans dont want more
foreign threats, any more than we want more communities disrupted by gun violence. Make it harder for
these terrorists to get guns, not easier. Keep cheap guns out of the hands of these bullies. Keep American
government workers, international corporate workers, and tourists safe from criminals. People over
profit.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-181p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1019
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** susan  dickerson

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WE NEED TO BAN ALL SEMI, AUTOMATIC WEAPONS, BUMP STOCKS AND ASSAULT RIFLES/GUNS AND BUY BACK ALL OF THESE WEAPONS OF WAR.

Our country is being destroyed by guns. For the lives of the people, please do not pass this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-mmpd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1020
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Suzanne  Saul

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-sv65
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1021
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Roberts

---

## General Comment

Recently proposed, suggestion is a tragedy to humankind- expanding USAs reputation as merchant of death to civilians. Bad enough America is already known for it in military weapons.

Gun manufactures, NRA and others are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Everything coming out of this administration- coal to soybeans, to auto parts, to steel is labeled national security when true be told its corporate socialism and another white collar federally funded jobs program.

Export of weapons (all types, make, model, purpose) need to remain with State department not commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-pm1m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1022
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  Keiser

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Please take action to help make America and the world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-ieu7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1023
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change. It is unnecessary and not smart. Good for criminals only. Is this what we want to encourage unlimited bad guys with unlimited weapons with unlimited power? Some rules were not meant to be changed. It takes wisdom to know that. It takes conscience to act upon it and stand up for what is correct.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-lysr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1024
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marissa  Anonymous

---

## General Comment

I oppose this change that would switch the regulation of firearms export from the US State Dept to the US Commerce Dept.
As a conservative, I am not against domestic gun sales, but I am against terrorism, and I feel strongly that national protection is more important than a few bucks of profit. We cannot let gun sales happen to foreign countries without tight regulation, and the US Commerce dept simply does not have the resources to adequately police foreign gun sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-zzkg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1025
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Briggs

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This rule would also remove the State Departments block on the 3D printing of firearms, made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-68pz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1026
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rinya  Frisbie

---

## General Comment

I am strongly opposed to the proposed rule change that would transfer the oversight of non-military firearms exports from the State Department to the Commerce Department. The proposed rule is supported by the NRA and the only purpose is to increase the profits for the US gun industry--one that loosing support in the USA. The only entity that is requesting this change is the gun lobby and it expects this change will increase firearms exports by 20%. This will put more guns in the hands of terrorists around the world. It is even more dangerous because it moves supervision and oversize to an agency that prioritizes business over national security. The U.S. Congress would also lose its ability to oversee commercial weapons sales of $1 million or more; this makes no sense. This seems like one more attempt to legitimize semiautomatic assault rifles as civilian products when these battlefield weapons have killed too many civilians already. Please do not approve this blatant corporate giveaway. The world does not need more instruments of mass killing--only the gun lobby would think this is a good idea. We the people are watching as you make these decisions. Please make them wisely as you will be accountable.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-29zh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1027
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Hamm

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02648

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-zte9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1028
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Teresa  Freedman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people
every day around the world in acts of organized crime, political violence, terrorism, and human rights
violations. They should be subject to more controls, not less!

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-48oe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1029
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frank  Hannwacker

---

## General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S State Dept. to the U.S Commerce Dept.

DOSWASHINGTONSUP02650

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-ojz4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1030
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-zn53
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1031
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Megan  Condit-Chadwick

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department. Congress needs oversight of arms sales in order to
ensure that the U.S. is not arming countries with human rights violations and those that may threaten our
national security. The ban on 3D printing of weapons also needs to stay in place. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-99i8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1032
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Natalie  Blasco

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I am opposed to this change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-ezaa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1033
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  Catherine

## General Comment

To Whom It May Concern:

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

The proposed rule change would make the world a far more dangerous place for the following reasons:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.

Thank you for your considerations.

Sincerely,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-bmgi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1034
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margie  Wagner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We don't need to arm the world; we already have enough problems with firearms and gun violence in our own country. How can we be assured that guns will be in the hands of those in the right rather than our enemies? Have we learned nothing from past mistakes with firearms? Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-6gty
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1035
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** nancy august

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Here are a few of the reasons why:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-qq7g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1036
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

Here are details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

It would totally nullify the ability of the US to keep from arming dangerous foreign nationals, thereby making attacks on US soil far more likely.

This stupid idea to enrich the already rich arms dealers boggles the imagination!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-gwya
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1037
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joyce  D

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department

would

facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like
organized crime and

terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and
causes mass migration.

# PUBLIC SUBMISSION

As of: November 29, 2018
**Tracking No.** 1k2-942r-8gii
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1038
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. It is unwise to increase access to these weapons domestically or internationally. I very much oppose this rule change as it would do much more harm than good.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-mthb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1039
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** winn  wilson

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

DOSWASHINGTONSUP02660

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-gmo2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1040
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jairo Angulo

---

## General Comment

The Founding Fathers never intended for the average citizen to have semi-automatic and fully automatic guns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-vmpg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1041
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sue  Summerfield

---

## General Comment

We do not need semiautomatic guns in the hands of everyone! There are already too many guns in the hands of irresponsible individuals. Stop the nonsense! Think Compassion!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-sr6h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1042
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica  Johmston-Walsh

---

## General Comment

I am totally opposed to changing regulations of gun sale/exports from the U.S. State Dept. to the U.S. Commerce Dept. It would be against security for our country!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-kgos
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1043
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pat  Dingleberry

---

## General Comment

I think moving control of international firearms sales from the State Dept. to the Dept. of Commerce
would be a huge mistake,
especially because Congress would be out of the loop and this could have serious complications for the international
community.

DOSWASHINGTONSUP02664

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-qrzu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1044
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joyce Sanseverino

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Y

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-k082
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1045
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lucy  Sommer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

For God's sake, don't do this. It is a disaster in the making.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-myt8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1046
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Karen  Bates

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the
State Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-50qh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1047
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  Quinlan

---

## General Comment

I strenuously oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942r-6wri |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1048
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** laura  harness

---

## General Comment

Please keep arms regulations under the DOS
to keep the world a safer place. Unregulated arms sales will increase violence in the world therefore increasing immigrants seeking asylum, such as those from central America. The commerce dept is focused on profit and isn't the appropriate organization to regulate arms sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-w75y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1049
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pat  Annoni

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
I STRONGLY oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02670

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-vnpw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1050
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kerry  Krebill

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the
State Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Other very scary aspects of this change are:

- It would eliminate the State Departments Blue Lantern program, which carries out hundreds of pre-
license and post-shipment inspections and publicly reports on them.

- It would remove licensing requirements for brokers, increasing the risk of trafficking.

- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. This
alone is REALLY terrifying.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-t1mr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1051
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ben  Indig

---

## General Comment

I am writing in opposition to a proposed rule change that would move the handling of export licenses of
semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on
safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).
This transfer of authority would open new floodgates for arms sales internationally, with serious
implications for our national security.

Please do not make the primary focus of international arms sales into an effort to increase American
exports of firearms to help American businesses. The primary issue here is and should remain the
military consequences of such export sales. As such, the State Department should continue to be in
charge of such export licences.

DOSWASHINGTONSUP02672

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-cptb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1052
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Dewey

---

## General Comment

I oppose switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02673

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-z5j5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1053
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joseph  Barboza

---

## General Comment

I oppose this proposed rule change... the Commerce Department absolutely should not be regulating international arms sales, period. That is the worst idea to come out of the administration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-3yf9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1054
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Connors-Keith

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S.
Commerce Department. With the rule change, Congress would no longer be automatically informed
about sizable weapons
sales that it could stop in the name of national security, even to countries where there are serious human
rights concerns.
Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau
of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized
crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large
caches of American
guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-5ejm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1055
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** p  perry

---

# General Comment

Guns are not the answer to our ills. Please think twice before doing this.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-myi3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1056
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet Smarr

---

## General Comment

I strongly oppose the transfer of licensing semiautomatic and other high-powered weapons exports from the U.S. State Department, which is focused on safeguarding our nation, to the U.S. Commerce Department, which is focused on promoting American sales. This would obviously greatly increase the unregulated sale of dangerous weapons to organized crime, tyrannical regimes, and terrorist organizations, making us all less safe. These gun sales would increase the violence that is causing mass migrations and the problems that entails for countries (here or in Europe) that are confronted with large numbers of refugees fleeing violence. Firearms are quite rightly categorized as military, and their export needs to be carefully restrained, not encouraged. Gun companies will profit; everyone else will be seriously harmed.

The proposed transfer would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking to criminal and terrorist purchasers. The Commerce Department does not have the means to check on and enforce regulations on the sale of weapons all over the globe. There will be a free-for-all of arms sales to the people and groups most dangerous to global peace and stability.

Furthermore, the proposed transfer would remove the State Departments block on the 3D printing of firearms. Once instructions for how to 3D print weapons were posted online, the State Department successfully charged the person posting that with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. More lethal weapons in the wrong hands mean more deaths of good and innocent folk. The proposed transfer of weapon exports from the State Department to the Commerce Department is totally irresponsible and extremely dangerous to the safety of everyone. I strongly urge you to oppose this proposed change.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942r-goxr
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1057
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** J Robuck

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-bu84
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1058
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christina  Sullivan

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942r-glfo
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1059
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Georgia  Shankel

## General Comment

People in my family have dies from gunshot wounds. People are murdered everyday in the City of Chicago. I hear gunshots at night after I go to bed or while I'm watching TV. This has to stop.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-w91v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1060
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joseph  Lawson

---

## General Comment

The regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. It must not happen!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-st71
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1061
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lauren  vreeland long

---

## General Comment

Firearms exports must stay within the state dept and not the commerce dept where it will not have oversight.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-7c5f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1062
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** John  Zimmermann

---

# General Comment

I write regarding the pending plan to witch the regulation of firearms exports from the State Department
to the Commerce Department

This is a bad idea that would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place for several reasons. First, it would
eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them. Secondly it would remove
licensing requirements for brokers, increasing the risk of trafficking. Third, it would remove the State
Departments block on the 3D printing of firearms.

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons,
the State Department successfully charged him with violating arms export laws, since his open-source
posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon.
The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and
around the globe. That cannot be good.

Please do not allow the regulation of firearms exports to be taken away from the State Department, such
a move would be enormously irresponsible and damaging to the safety of these United States. Thank
you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-xo7x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1063
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** A  Patterson

## General Comment

I oppose the rule change switching the regulation of firearms exports from the State Department to the Commerce Department. That rule change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Please do NOT change it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942r-cxuo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1064
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Soares
**Organization:** none

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]
HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-1z2d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1065
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kae  Bender

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The U.S. State Department focuses on safeguarding our
nation whereas the U.S. Commerce Department focuses on promoting American business. Clearly the
concern of firearms in the wrong hands is of fundamental concern to the State Department, whereas the
Commerce Department would only want to sell more arms abroa. We must insist that the security of our
nation take precedence over the profits of some arms providers.

Firearms exports are rightly classified as military" and blocking sales of large batches of firearms to
foreign countries is a reasonable control to prevent the unleashing of weapons into the hands of those
who could cause serious harm to human rights, international relations, or even our own national security.
Further, commercial export of large caches of American guns and ammunition could make it too easy for
firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents to
obtain enough weapons to wreak havoc around the world. These are serious concerns.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. Exporting firearms should be subject to
more controls, not less! The Commerce Dept. is NOT ready or able to maintain the stringent controls and
oversight that is needed to keep weapons trade restricted enough to handle export licensing, shipment
inspections, and other appropriate restrictions on the types, quantities, and categories of firearms exports.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-sl87
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1066
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Olivier

---

## General Comment

I reject changing from state dept to commerce department regulation of international gun sales. Everything we do destabilizes the world with violence.it is unconscionable to sell more weapons. Sincerely Carol Olivier

DOSWASHINGTONSUP02687

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ulio
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1067
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Boss

---

## General Comment

Don't allow the NRA to dictate what is best for our national interests with this new proposed rule. It will
only make the world less safe in the end. So please reject this rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-do6t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1068
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Connie Marquez

---

## General Comment

We need more controls over guns and weapons, and fewer of them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-khcv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1069
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Faye Soares

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2]
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ni6g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1070
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Maryellen  Redish

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-s5bi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1071
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cathleen Scharosch

---

## General Comment

No sale of firearms to foreign countries!!

No change of firearm management from US State Dept to US Commerce Dept!!

There is no common sense in making any of these changes.

DOSWASHINGTONSUP02692

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-9a1x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1072
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bree  M

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The proposed rule would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. The risk of trafficking would increase because there would no longer be licensing requirements for brokers.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

This rule would create more unnecessary chaos and violence.

Keep more controls on guns, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-8z8n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1073
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mary  Kissane

---

# General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The rule change would make the world a far more dangerous place.

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

All of these changes will make the world more dangerous and our country less secure. Please do not enact this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-t0v7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1074
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** donnasue jacobi

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. those guns will only be used against USA citizens -- try to get a handle on safety.

DOSWASHINGTONSUP02696

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-fvyj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1075
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betty  Kissilove

---

## General Comment

I very strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with very serious implications for our national security.

DOSWASHINGTONSUP02697

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-l8g5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1076
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer  Dingman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The bottom line is that switching the regulation of
firearms exports from the State Department to the Commerce Department would facilitate firearms
exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime
and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries
and causes mass migration. Please keep the regulations of firearm export under the responsibility of the
U.S. State Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942s-s53s |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1077
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew  Aguiar

---

## General Comment

We dont need more commerce involving the gun trade!

DOSWASHINGTONSUP02699

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-s9uc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1078
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Francis  Fedoroff

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Guns are weapons not commodities. Gun sales require special oversight.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-cjj8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1079
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Yeomans

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! Guns have only one use and that is to kill.

DOSWASHINGTONSUP02701

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-3tru
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1080
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edward Esler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. I oppose any rule change here.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-2yct
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1081
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** William  Maynard

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

DOSWASHINGTONSUP02703

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-gp37
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1082
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** robert  keenan

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

DOSWASHINGTONSUP02704

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-perh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1083
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Kathleen  Smaluk-Nix

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02705

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-lx33
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1084
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bart  Ryan

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere.

This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

It would remove the State Departments block on the 3D printing of firearms.

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Also...

More guns against America is more guns against America, no matter how thinly or big you slice it for Republicans or for Democrats. Even the Trump administration should realize how destructive and dangerous this really is.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-4h0s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1085
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kim  Myers

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. How many more people have to be gunned down in the world or will it take the murder of someone in your family for it to finally hit home! I am trying to raise my 7 and 8 year old granddaughters, and if I could move to any other country to escape what is happening to America, I surely would. I do not want to raise them where going to school has become deadly. I am embarrassed to be an American. It is only about the money anymore.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-zfry
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1086
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rene  Maas

---

## General Comment

Hi I am a regular working mom whose kids are grown - so I don't worry about them in school now.
However, if the State Department gives up control of gun and ammunition sales around the world, there
is a terrible tragedy waiting to happen in another country with guns from the US. The State Department
has more resources to track large sales and shipments and to keep Congress informed of these
developments.
Please keep tracking of worldwide gun sales within the State Department - to keep us and the world
safer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-z7k8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1087
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeffrey  Greif

---

## General Comment

Firearms exports should continue be classified as "military" and remain under the control of the Department of State. I oppose the proposed rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-7lnq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1088
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch regulations of firearms export from US State Department to US Commerce Department. No! We have too many guns and gun deaths here in the US already.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-bvck
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1089
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lowell Richardson

---

## General Comment

Why would we switch the regulation of firearms exports from the State Department to the Commerce Department? Our government should not be in the business of promoting lethal firearm sales around the world. We should reducing

We must limit firearms exports to oppressive regimes, not encourage them. We must strengthen safeguards that help keep organized crime and terrorist organizations from obtaining weapons, not weaken them.

Why would our government eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them?

One good example of the danger of unregulated gun sales is the rampent smuggling of guns across the Mexican border. The vast amount of weapons easily available across the boarder, sourced from unregulated American gun shows has turned Mexico into a killing field. We do not need to promote the same death and destruction in other parts of the world by removing licensing requirements for brokers.

And removing the State Departments block on the 3D printing of firearms BY transferring the authority to the Department of Commerce is simply ridiculous.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-j29i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1090
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer Zwick

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-rux5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1091
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tom  Secco

---

## General Comment

Do not transfer export license responsibility for semiautomatic weapons etc. to the Commerce Dept. Sane rational people who have foreign policy interests as the basis of their decision making must be in control not the expedient mercenary interests like the NRA that dominate the Commmerce Dept.Their licensing practices would help create violence on a massive global basis, all based on the love of money and their appetite for violence.Stop this movement away from prudence and reason.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942s-6oh4 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1092
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Diaz

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Currently, firearms exports are classified as Military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far less hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The following details on how rule change would make the world a far more dangerous place concerns me:

-It would eliminate the State Departments Blue Lantern program (in place since 1940), which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Again, I oppose the rule change because of all the dangers posed; it would make it easier for U.S. gun manufacturers to export firearms.

Please take action to help make our country and our world a safer place.
Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-4llc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1093
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martha  White

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02716

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-5r4g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1094
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jim  Yarbrough

---

## General Comment

I oppose this rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department. This rule change would dangerously reduce control and oversight of firearms. Firearms export should continue to be regulated by U.S. State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ik0p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1095
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maureen  Knutsen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02718

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-n8up
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1096
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Beth  Osnes

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-cs02
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1097
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dennis  Alanen
**Organization:** none

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02720

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ojpj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1098
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Samantha  Turetsky

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-cw5d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1099
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dennis  Bricker

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02722

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-m9pj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1100
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn  Lilly

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department!
Stop the carnage of our children and all people! You have the power and therefore the responsibility!

DOSWASHINGTONSUP02723

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-9zo1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1101
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie  Meisenheimer

---

## General Comment

I can't even imagine that anyone who has followed the human carnage that arms dealers bring could even think of moving the regulation of selling of firearms from the US State Department to the Dept of Commerce. This is actually even worse than the other dozens of horrible things that have been proposed lately. Its worse than helping the ice caps melt.Its worse than drilling in the artic or putting lobbyists in charge of regulating pollution. Nothing is worse for individual suffering than more firepower. Dont even think about it!!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-8e6p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1102
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Virgil  Pauls

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department

successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

DOSWASHINGTONSUP02726

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-jjq6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1103
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Sandra  Goettling

## General Comment

I think giving the gun industry, the right to sell arms internationally, without the state department overseeing the sales is a gobal disaster waiting to happen. Military weapons should only be sold to the military, not citizens.

DOSWASHINGTONSUP02727

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-z7va
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1104
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  Kleymeyer

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02728

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ujzk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1105
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jef weisel

---

## General Comment

keep state department in charge of export licenses for weapons, especially semi- and automatic weapons!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-14im
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1106
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Alice  Lo Cicero

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Further the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-8b2k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1107
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gail  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-dewa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1108
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Krausz

---

## General Comment

Currently, firearms exports are classified as military. Thus, they are regulated by the State Department. The advantage of the current regulatory system is that Congress can block sales of large batches of firearms to foreign countries, including countries with human rights abuses. With the proposed rule change addressed here, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, again, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. This situation would be problematic because it would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. Further, it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe, again, posing a serious threat to both national security and potential human rights abuses around the glove. For these reasons, I am against the proposed rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ubl3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1109
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Holcomb

---

## General Comment

The US is already one of the largest exporters of weapons. Please do not make this world more violent by enacting the proposed rule .

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-xo6b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1110
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gena  DiLabio

---

## General Comment

I strongly oppose switching the regulation of firearms exports from the State Department to the Commerce Department because it would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.The proposed rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Please keep the regulation of firearms under the control of the State Department.
.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-jw49
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1111
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margie Zalesak

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-8s1i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1112
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Borelli

---

## General Comment

Do not change the regulation of firearms exports from the State Department to the Commerce Department. The Commerce Department is not equipped to provide oversight of firearms exports. There would be an enormous risk of weapons getting into the hands of dangerous entities, and the world would be a much more dangerous place. Keep the regulation of exported firearms under the watchful eye of the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-hqvl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1113
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bruce Ente

---

## General Comment

I strongly oppose the proposed rule that would shift responsibility for oversight of international arms sales from the Department of State to the Department of Commerce. Widespread export of military grade weapons outside the U.S. poses a serious and credible threat to national security, meaning control should be vested in the State Department not in the Commerce Department whose primary interest is business expansion and profitability. In addition, it is clear that the Commerce Department has neither the staffing levels nor the expertise required to monitor and manage arms sales abroad.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-l4ou
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1114
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beth Levin

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ye5x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1115
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sue Whitlock

---

## General Comment

ARE YOU CRAZY?!?! You want semi-automatic machine guns and other military guns in ANYBODY'S hands?!?! We would have no more national security and a lot of people would get killed!! Do not pass this!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-298i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1116
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose switching the regulation of firearms exports from the Sate Department to the Commerce
Department. Switching the regulation of firearms exports from the State Department to the Commerce
Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep
extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further
fuel violence that destabilizes countries and causes mass migration. This is an all around bad idea that
would make everyone less safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-ostj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1117
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Walker

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-p1hp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1118
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02742

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-pszn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1119
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dan  Anonymous

---

## General Comment

The Trump/Pence fascist regime must go!!!!!! In the name of humanity we refuse to accept a fascist America.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-9yhu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1120
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne Edwards

---

## General Comment

Dear committee:
I am Anne Edwards a resident of California. The export of U.S. made firearms is not a wise or ethical commercial business. Oversight belongs in the U.S.State Department. It is already shameful and frightening enough to have our American people and our new US immigrants shot down by weapons poorly regulated here in the mainland United States. If we allow the export of guns to become a commercial enterprise and not a State Department peace regulated issue, we push more violence on others and ourselves.

"I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Sincerely,
Anne S. Edwards.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-7kpa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1121
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Meckler

---

## General Comment

I oppose moving the regulation of overseas gun sales from the State Department to the Commerce Department. Guns are for killing people. They are not commodities to be sold like soybeans. They are ugly, killing machines. They should NOT be treated as if they were harmless merchandise. Why are we as a nation promoting killing?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-m6nj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1122
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne Jackson

---

## General Comment

WE HAVE FAR TOO MANY GUNS ALREADY .. DO NOT CHANGE THEIR REGULATIONS FROM THE STATE DEPARTMENT TO THE COMMERCE DEPARTMENT !!!!!!!!!!!!!!!!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-t058
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1123
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Dawson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule

change,

Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and TurkeyMeanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe
Sincerely,
Nancy Dawson

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-zyor
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1124
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Dickson

---

## General Comment

Please do not open the flood gates of weapon sales to all outside the United States which is what would
happen if this became a 'business/commerce' decision rather than, as is the case now, your decision. We
should not become arms sellers to the world - including terrorists and oppressive regimes. There are
enough weapons in the world already to kill everyone many times over. Let's not make our country the
one to add to this.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-c1aq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1125
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martin  Watts

---

## General Comment

Believe it or not , NOBODY else on Earth wants to be like the US ! Especially regarding gun laws ! Time the government became a lot more like the rest of the human race , and BANNED GUNS from the public !!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-rjxd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1126
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lois  Zeidman

---

## General Comment

I am strongly opposed to the change of oversight of international gun sales. The Department of Sate, NOT the Department of Commerce, is the Department that currently is in charge of this and should continue to be to overseeing Department.

DOSWASHINGTONSUP02750

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-2jpp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1127
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Premo

---

## General Comment

I oppose this new rule that will change the
export of firearms from the US State Department
to the US Commerce Department!!!!

DOSWASHINGTONSUP02751

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-qms3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1128
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Wood

## General Comment

I am strongly opposed to the proposal to change the regulation of firearm sales from the state department to the department of commerce. A move like this would likely destabilize many other countries and places in the world by providing easier access to firearms with fewer regulations on who can purchase them and for what purpose. Firearm sales outside of the US are military deals and should be regulated and controlled tightly. I believe the state department is better equipped and prepared to provide this regulation than the commerce department.

DOSWASHINGTONSUP02752

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-rohj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1129
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am writing to strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This switch would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

This rule change would make the world a far more dangerous place, and I urge you to decide against it. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-d9jf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1130
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Walter  Bishop

---

## General Comment

The arms that are sold are used to kill people. Charlie Chaplin made the movie, "The Great Dictator" in 1940 as a satire on dictators and war. President Eisenhower warned of the military/industrial complex. This change is to make arms sales easier on the international market for the arms companies profits and the worlds determent.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-o4bj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1131
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jorge  De Cecco

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Thanks for rejecting this proposed rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-7ez7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1132
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ruth Sugerman

---

## General Comment

My understanding is that most of the guns and ammunition in Mexico and other Central American countries come from the U S. Anything that increases this flow of arms to gangs and cartels will send more asylum seekers this way. We must be more responsible about arming criminals abroad.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-dm54
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1133
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Georgeanne  Matranga

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Thank you for your attention to my profoundly grave concerns.

Sincerely,
Georgeanne Matranga

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-pgwh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1134
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dr. Demian

---

## General Comment

DO NOT change the U.S. State Department rules regarding firearms exported from America.
DO NOT allow the U.S. Commerce Department to have control of exports.

Thank you.

Dr. Demian

DOSWASHINGTONSUP02758

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-14mi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1135
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-1v3q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1136
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jenny  Stanley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02760

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-m2qy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1137
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy Anderson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
These weapons cause loss of life here at home in the US & we do not need to put them in the hands of
possible terrorists or others with an agenda against the US. So many groups around the world would
immediately use the weapons not for defense but for offense, to support causes the US does not support
& take innocent lives. Let's not make it easier for them to get their hands on our weapons!

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942s-dun1
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1138
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marilyn  McClure

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. As a nation, we have already exported so many firearms
to Mexico and Central America, that we are ruining their societies, making them more violent each day. I
know with our present administration and their focus on money-making for the US, to move this to the
Commerce Department would do this in so many other countries, as well. We must stop this harmful
practice!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942s-wq8q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1139
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Lindsay

---

## General Comment

I oppose the proposed rule change that would switch the regulation of arms sales from the State Department to the Commerce Department. The US serves as a model by utilizing the special resources of the State Department to assure that arms exports are legal and dont result in international arms sales that may support rogue operators and illegal or terrorist activities abroad. State Department regulation of international arms sales helps assure that this unique type of commerce aligns with American foreign policy. The Commerce Department lacks the expertise and resources needed to provide this same type of oversight.

DOSWASHINGTONSUP02763

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-9pkq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1140
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jonathan  Boyne

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-qwwx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1141
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean  King

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
This change would
1. eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. remove licensing requirements for brokers, increasing the risk of trafficking.
3. remove the State Departments block on the 3D printing of firearms. The rule switch would effectively enabling 3D printing of firearms in the U.S. and around the world.

Thank you.

DOSWASHINGTONSUP02765

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-ea7v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1142
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** phillip  pierce

---

## General Comment

do not change the rules just for the NRA !!!!!!!

DOSWASHINGTONSUP02766

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-ufcj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1143
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Setterberg

---

## General Comment

Please do not move firearms registration/sales from the US State Department to the Commerce Department. The State Department is much better equipped to handle this task.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-d74r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1144
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** RedLion  York

---

## General Comment

Howdy,

Switching the responsibility for overseeing weapons sales from the State Dept to the Commerce Dept is a bad idea for these reasons:

a) It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

b) It would remove licensing requirements for brokers, increasing the risk of trafficking.

c) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The world is dangerous enough. We don't need this change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-6jvl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1145
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephanie  Wellemeyer

---

## General Comment

Moving handling of export licensing of weapons shipped overseas from the Department of State to the Department of Commerce would flood the world with military type weapons. Organized crime and terrorist would have almost unrestricted access to high firepower weaponry. Violence prone dictatorships, and countries with few or no human rights protections could indiscriminately murder more of their citizens. Congress would not be automatically informed of large firearms shipments that it may have good reason to ban. Commerce doesn't have the staff or the training to carry out pre-license and post-shipment inspections and submit the required reports. It would also remove licensing requirements for brokers, increasing the possibility of trafficking, and it would remove the block on 3D printing of firearms. In effect, this would allow anyone with a 3D printer to produce lethal weapons.

Firearms are deadly. They are used to kill people every day, around the world, in acts of political violence, terrorism, organized crime and human rights violations. They must be subject to more controls, not fewer.

I strenuously oppose the rule change that would switch regulation of firearms export from the Department of State to the Department of Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-bgo9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1146
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. In my opinion, this is a bad decision that could have implications affecting our national security, and should be rejected outright.

Thank you for your time,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-wa7i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1147
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jo Coscia

## General Comment

I oppose the switch of regulation of firearm sales from the state department to the commerce department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-lfcn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1148
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Phillip  Crider Jr

---

## General Comment

This particular change could potentially create a threat to United States national security.

DOSWASHINGTONSUP02772

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-lw09
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1149
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gerri  Battistessa

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-h2wj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1150
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Arlene  Thomas

---

## General Comment

Allowing arms sales outside of the US via the Commerce Dept. is much more of a threat to our national security than small children at our borders. This change further endangers our country...as have so many things proposed by this administration. Out of country arms sales should be regulated with legislative oversight as is currently the case. Do NOT allow this rule change to go forward.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-2f43
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1151
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Please do not transfer regulation of intenational arms sales to the Commerce department. The last thing we need is more international weapons trade. You know many of the guns will end up in the wrong hands and come back to bite us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-3zuu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1152
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Peery

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. To do otherwise endangers all human beings and leaves the U.S. open to huge liability issues.

DOSWASHINGTONSUP02776

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-jhyj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1153
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrea  Bonnett

---

## General Comment

I oppose this rule that would switch regulations from the US State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-5u9h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1154
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean  Schwinberg

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The U.S. Commerce Department is focused on promoting American business, not on safeguarding the nation, which is the responsibility of the U.S. State Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-taiw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1155
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Mach

---

## General Comment

The handling of export licenses for gun sales needs to stay in the hands of the State Department. The Commerce Department has no business dealing with this issue!

If we allow the NRAto manipulate these changes, the following issues arise:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please DO NOT allow these dangerous changes to be bought by a group that is not looking out for the welfare of this country, nor the world!

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-l9sp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1156
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bruce  Peery

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. To do otherwise endangers all human beings and leaves the U.S. open to huge liability issues.

DOSWASHINGTONSUP02780

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-1n64
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1157
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Harrison

---

## General Comment

I oppose this rule change. This transfer of authority from State to Commerce would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-hgig
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1158
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wallis  Anonymous

---

## General Comment

We are responsible for so much terrorism around the world because of weapons. Turn off the spigots of murder, kidnapping, from Central America, and the world. Bad legislation, which will increase terrorism for all good people of Earth.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-cilx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1159
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gale Green

---

## General Comment

Please do not put the sales of guns in the hands of the U.S. Dept. of Commerce. It is far too big of a responsibility for the people there to be expected to make life and death decisions on the fate of dangerous weapons.
In reality, the responsibility of a governing body is much more in line with reining in the rampant gun industry that threatens the lives of men, women and children everywhere. There needs to be sober thought and discussion before ever risking the lives of many who encounter the dangerous side of weapon proliferation. God be with you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-sns0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1160
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Magne

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. A move like this will make the world much more dangerous. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

* It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
* It would remove licensing requirements for brokers, increasing the risk of trafficking.
* It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-1ouq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1161
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Arturo  Urista

---

## General Comment

I OPPOSE the rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
Presently, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as Turkey and the Philippines.

Meanwhile, the Commerce Department does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far less hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:
-It would eliminate the State Departments Blue Lantern program (in place since 1940), which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized

DOSWASHINGTONSUP02785

crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Again, I oppose the rule change because of all the dangers posed; it would make it easier for U.S. gun manufacturers to export firearms.

Keep America, our country and our world a safer place!

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-bw8i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1162
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  Stofsky

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The world does not need any more American guns!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-9g2w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1163
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942t-67o9 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1164
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** anonymous  anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02789

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-1plc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1165
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marilyn  Ichioka

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-soza
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1166
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mo  Kafka
**Organization:** 262-B Bradford St.

---

## General Comment

Thank you for considering this important concern. Currently, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

It is essential that this rule not be changed as it will not benefit national security or international relations and it will make the world a more dangerous place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-rljn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1167
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Onishea  Aguilera

---

## General Comment

I myself love guns but I do not support these weak gun laws and I never will support the crooked NRA!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-g4vl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1168
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sean Kelly

---

## General Comment

I strongly oppose shifting firearms oversight from the State Department to the Commerce Department. Streamlining and encouraging the sale of firearms, and reducing inspections and enforcement, is solidly AGAINST the interests of the U.S.:
Internationally, high firearm availability correlates strongly with high firearm violence and fatalities. Making firearms more available WITHIN the U.S. by putting less scrutiny on shipments is the OPPOSITE of what we need to do in a climate of increasing criminal shooting acts.
Many of the most pressing international crises, from conflict in the middle east to the migration crisis from Central America, are fueled by violence utilizing American-made weapons. By making it easier to get American firearms abroad, we are only jeopardizing our OWN national interests.
While it is ultimately impossible to outright prevent individuals from acquiring information to design and/or manufacture firearms and components via 3D printing techniques, it is senseless to remove existing barriers to doing so. More firearms of questionable quality in the hands of more people with questionable training is an absolute recipe for disaster.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-yps2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1169
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Always

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-83df
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1170
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Bernard

---

## General Comment

I urge prevention of this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Guns are of killing people, and this is a national security issue, and not just some trade issue.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-qxx5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1171
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip  Shook

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-grj4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1172
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Pasternack

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-x60b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1173
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pete Wilson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-9yri
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1174
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Gunderson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02799

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-t4on
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1175
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Max  Nupen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-k0d3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1176
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Lemmon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It seems IRRESPONSIBLE to hand over such a sensitive matter to our national security to a body focused on commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-jtzd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1177
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy Cervene

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-qgg3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1178
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose the change of regulation of firearms exports from the State Department to the Commerce Department. I feel this would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Firearms are not a mere commodity and need the oversight of the State Department as they are a national security concern.

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-g7nf
**Comments Due:** July 09, 2018

</div>

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1179
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Bissell

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

1.) It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2.) It would remove licensing requirements for brokers, increasing the risk of trafficking.
3.) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-j9og
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1180
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Malcolm

---

## General Comment

Great idea. Let's sell our enemies the weapons they need to use against us. As long as someone is making money, it should be OK (?) Are you out of your goddamned minds?

This is a legitimate question.

John L. Malcolm

DOSWASHINGTONSUP02805

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-6usb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1181
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomas  Diehl

---

## General Comment

Firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress
can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically
informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are
serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of
Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns
and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized
crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass
migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-p4gr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1182
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ron Unger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This is a blatant attempt to hide weapons sales from public oversight and to bypass existing controls over weapons exports which benefit no one on earth except the owners of the weapons manufacturing companies.

This rule change is not in the best interest of the people inside or outside of America and should not be approved.

We need less proliferation of weapons around the world, not more. This proposed rule change will result in more death and destruction and physical and psychological damage with no benefit to anyone except a few who will profit handily from the increased sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-ddqy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1183
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marjorie  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02808

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-gv8d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1184
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Colleen  McGlone

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-o3u0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1185
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose changing the regulation of firearms exports from the State Department to the Commerce Department. That change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration, making the world a far more dangerous place. The Commerce Department is not equipped to manage the global security issues that the rule change would cause.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-1bpx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1186
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Mobley

---

## General Comment

We MUST stop these guns that are killing our children! NOW!!!!!!!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-1lmt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1187
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Wendy  Walker

---

# General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]


Please do not allow this to happen. BAD idea.
Wendy Walker

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-kj83
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1188
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Montie  Richards

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally,
with serious implications for national security. Weapons could be sold even to countries where there are serious
human rights concerns, such as the Philippines and Turkey, and I understand Congress would no longer be automatically
notified so it could stop such sales. Firearms traffickers, organized crime, terrorist organizations, and other violent and
dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

DOSWASHINGTONSUP02813

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-bddb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1189
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** ELLIOT  PLINER

## General Comment

I OPPOSE THIS RULE CHANGE THAT WOULD SWITCH THE REGULATIONS OF FIREARMS EXPORT FROM THE U.S. STATE DEPARTMENT TO THE U.S. COMMERCE DEPARTMENT.

THE COMMERCE DEPARTMENT DOES NOT HAVE THE RESOURCES TO ADEQUATELY ENFORCE EXPORT CONTROLS.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-zmw9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1190
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-bs2l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1191
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Matthew  Boguske

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-hpba
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1192
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Katy  Paynich

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department because switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-awuq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1193
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Justin  Mebane

---

## General Comment

This rule change will transfer regulation of foreign arms from the State Department to the Commerce
Department - which does not have the resources necessary to keep track of these sales. This would be a
major threat to our national security and fuel instability in other countries - increasing migration to the
US. This rule needs to be rejected immediately.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942t-c0hb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1194
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Olcsvary

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Military equipment could very well end up in the hands of people we'd rather not have them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-kene
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1195
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Miriam  Dunbar

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department just does not have the resources to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-99es
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1196
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Craig Emerick

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and
why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no
longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to
countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of
Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized
crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of
pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense

Distributed founder Cody
Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating
arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to
produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and
around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence,
terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-o01r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1197
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elliot  Ross

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-yy53
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1198
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donia  Connell

---

## General Comment

The NRA only cares about making a buck. This switch could and most likely would benefit terrorist
groups being funded by corrupt countries.

If the NRA gets their wish, all the countries weve unjustifiably attacked, who with good cause now hate
us are certain to have top of the line weapons to kill us with.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-63me
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1199
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Heisler

---

## General Comment

Arms sales need to be even more restricted and regulated, not less. US arms sales are contributing to massive terrorism and human rights abuse because of our loose oversight.

.The American people are sick of the control the NRA has over the legislators who swore to protect and uphold the will of the American people. The NRA is and operates as a criminal syndicate with the republican party as it's paid agent in congress.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-mm31
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1200
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Wasserman

---

## General Comment

Please do not change the rules about allowing guns into this country. Do not bow to the NRA, You Republicans have done enough of that . I guess you enjoy people getting killed in this country/ another way you are ruining it/only making your pockets great !Shame Shame on Republicans!! History will tell what you have done to this country to ruin it. Linda W RN MN

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-rrhh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1201
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** robert  moeller

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

I OPPOSE THIS PROPOSED CHANGE.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-34ro
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1202
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** S  Phillips

---

## General Comment

Guns are danger and kill humans. They should not be exported to other countries and risk being obtained illegally through the black market for terrorists and others to obtain them. The safety of humanity is more important than financial gain.
Please do not allow a change in these rules.

DOSWASHINGTONSUP02828

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-u3db
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1203
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Lapetino

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-eqjp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1204
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Hall

---

## General Comment

I strongly OPPOSE changing the classification of selling firearms to foreign countries that would switch such sales from the US State Dept. to the US Commerce Dept.
Selling weapons to other countries is not selling a commodity, like wheat; it is selling lethality and this needs the continued oversight of the State Dept.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-huz4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1205
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. With the rule change, Congress would no longer be
automatically informed about sizable weapons sales that it could stop in the name of national security,
even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

1k2-942u-7zlv

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-7zlv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1206
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Ryland-Anderson

---

## General Comment

I oppose any regulation change Regarding the administration of export of guns change over to the
Commerce Department. This is definitely something that needs to be under the State department. This is
a crucial matter regarding foreign affairs. This is not a commercial matter. To keep our country safe from
terrorism and organized crime our state department has always been and should continue to be the correct
governing body to regulate export and overseeing a gun sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-bc97
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1207
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Morgan-Hickey

---

## General Comment

Stop the promotion of guns in the United States or around the world-

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-8y2x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1208
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew Reegen

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Keep the State Department in control of the regulation of firearm's exports.

Thank you

Andrew Reegen

DOSWASHINGTONSUP02834

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-wi5r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1209
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shoshana  Katz

---

## General Comment

I understand that it is proposed to move the sale of assault rifles from the state department to the commerce department. If this is allowed to go through we will probably wind up supplying the world, especially all the wild crazies out there with the very best American arms. What happens when we have to send American soldiers to various parts of the world to rein in the crazies. Something is really wrong here.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-d5bn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1210
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Peters

---

## General Comment

I am greatly concerned about the proposed transfer of firearms sales to the Department of Commerce. More than ever before in the history of this nation, firearms are being sold and bought for military purposes, and used by repressive governments and paramilitary groups against their own citizens, not only dissidents but also residents of regions whose resources are being sold off to outside corporations. Gang-like power is proliferating. It is essential that firearms sales be regulated by the State Department, which is concerned about our international relations and the opinion held about the United States in other parts of the world. My own safety as a citizen depends on an improvement in our behavior as a nation.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-qm1e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1211
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anneliese Schultz

---

## General Comment

I oppose any rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I believe this would be an extremely dangerous, causing arms sales to vastly increase internationally, with serious implications for our national security.

If this change were made, firearms exports to oppressive regimes would be facilitated, safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons would be removed, and the violence that destabilizes countries and causes mass migration would be fueled!

Please oppose this terrible proposal, and help keep our country safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-chgl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1212
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Theodore Voth

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-2ihv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1213
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janice Wilfing

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-9n69
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1214
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lesli  Clements

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02840

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-3vmq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1215
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elaine Fischer

---

## General Comment

It is INSANE to sell guns to everyone and not expect them to be turned on us! Please do NOT loosen the
rules for firearms export, just to allow for greedy Corporate Profit.

Right now, firearms exports are classified as military (as they should be). This is why they are under the
regulation of the State Department, and why Congress can block sales of large batches of firearms to
foreign countries. With the rule change, Congress would no longer be automatically informed about
sizable weapons sales that it could stop in the name of national security, even to countries where there are
serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-o8r0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1216
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alex Escott

---

## General Comment

Hi i am a Gun owner and I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. thankyou for reading

DOSWASHINGTONSUP02842

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942u-xn1w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1217
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lauren  Schiffman

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less! I oppose the proposed changes.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-q48g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1218
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betty  Winholtz

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

But this is not just dangerous for people in other countries: weapons made here can be used against us by outsiders.

What are you thinking!

DOSWASHINGTONSUP02844

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-l920
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1219
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephanie Stout

---

## General Comment

I do not want the handling of export licenses of semiautomatic assault rifles and other powerful military style firearms moved from the U.S. State Department to the U.S. Commerce Department. Regardless of how profitable the sales of more US made weapons would be to our firearms manufacturers, producing and selling more weapons to more nations of our violent planet would ultimately undermine US safety and security. Criminals and terrorists would use these additional weapons to prey upon Americans and our friends abroad and in our own country. There are already too many weapons loose in the world already. I am a retired US Army combat veteran, and I served to protect my country and our allies and friends, not to promote the profits of GREEDY multi-national corporations. Furthermore, our arms industry should be completely nationalized in order to produce necessary weapons and military equipment for our forces and those of our allies at lower cost and remove the profit motive for selling weapons of war.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942v-sxx0 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1220
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Haguewood

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-nxjr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1221
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Clay  Woody

---

## General Comment

The gun industry is not content, it seems, with unleashing death and maiming on US citizens; now they want to export our violence--all in the name of greed.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-qi1a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1222
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Tiffany  Freer

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-31my
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1223
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Will  Branch

---

## General Comment

I oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This change may be beneficial to American business, but it is detrimental to American security.

DOSWASHINGTONSUP02849

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-328h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1224
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Antonio  Suico

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02850

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-s1lo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1225
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** C  Lenihan

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change the NRA is pushing for, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

In addition, the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-hld5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1226
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeanne Graffin

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military under the regulation of the State Department, and Congress can block sales of large batches of firearms to foreign countries. With the proposed rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-a6gv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1227
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Doreen  Cameron

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-5mdj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1228
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Harold Johnsen

---

## General Comment

The CORRUPT and IDIOTIC proposal to switch the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes; would remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons; and would further fuel violence that destabilizes countries and causes mass migration.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the CORRUPT and INCREDIBLY STUPID proposed rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The CORRUPT and DANGEROUS proposal to switch the regulation of firearms exports from the State Department to the Commerce Department would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and PUBLICLY REPORTS on them.

The CORRUPT and DANGEROUS proposal would remove licensing requirements for brokers, increasing the risk of trafficking. The CORRUPT and DANGEROUS proposal would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The CORRUPT and DANGEROUS proposal would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The Pence and Trump Republican nation-robbing cabal is NOT TO BE TRUSTED! STOP this CORRUPT and DANGEROUS proposal NOW!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-ni4v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1229
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stella  Kostopoulos

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-jyvv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1230
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Johns

---

## General Comment

We oppose this deal with the NRA. The NRA has no right to do this. We will continue to speak out and speak out we will. We demand answers right now. We demand the truth right now. This is a very big deal now. This is a very serious matter and issue right now. How does this make it safe? It does not make it safe. This will not go away anytime soon. Gun control has been a huge issue right now. The NRA has their hands in things they shouldn't have in. We don't have a safe America anymore. Our children don't feel safe in School anymore. How does this make it right? It does not make it right. We are here to make sure that our schools are safe. We are here to make sure that we feel safe outside of our homes whether it would be in parking lots, malls, movie theaters, churchs, walking, parks and play grounds. We need to make sure that everyday people don't have to fear for their lives anymore. Criminals and guns do not mix. Keep the guns off the streets. Guns are not toys. Guns are dangerous. Whatever happened to safety first? Whatever happened to respect and common sense? Whatever happened to morals and values? To many innocent lives have been taken already. Families of the victims are upset, angry and frustrated on how the NRA is truly acting. We are all upset on how the NRA is acting these days. It is truly unfair to us. It is unfair to the families that lost loved ones. We will keep making noise until things change for the better. Whatever happened to the gun laws? The laws that we have now don't even work anymore. We are looking out for the families that lost loved ones. No one else seems to care anymore! Why is that? We are very disappointed in our government and lawmakers. We don't want to see anymore innocent people killed. Is this to much to ask? Think is the children and the schools!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-rw5g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1231
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edward  LeBlanc

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-brdf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1232
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nola  Hansen

---

## General Comment

I am opposed to the rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security!

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the

Firearms are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! We need to make the world a safer place. I am opposed to this rule change. Please dont do it. Our safety is more important than gun makers making more money.

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-lufy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1233
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dave  Kisor

---

## General Comment

Safety is not what the NRA and the gun industry are concerned with. It's sales. They don't care who shoots who, they only see their profit margin going through the roof. The only problem is there are already too many guns out there already. The only positive here is American weapons tend to jam more often than European and Asian weapons, so the American profit margin probably won't be as high as they would like. To that end, the American manufacturers will undoubtedly whine like babies about unfair competition. American manufacturers don't focus on efficiency, but rather mega sales; whereas, European and Asian manufacturers strive for efficiency. During WW2, the Luftwaffe had Rhinemetal design and build a 30MM cannon for their fighters that could take down a bomber with 5 to 7 rounds outside of the range of our 50 calibers and they did it. Bomber crews called it the Jackhammer and it terrified them. A Soviet Sergeant named Kalishnakov acquired a German machine gun on the Eastern front and made some modifications. It was used in the early part of the Korean Conflict and the Army wasn't concerned. After Shenyang got it and put a sealed receiver group in it, our Armed Forces became very concerned over this new weapon, that was to become the most widely used a popular weapon in the world today, the AK-47. Don't expect American weapons to replace that anytime soon.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-glnc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1234
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alan McKnight

---

## General Comment

I strongly oppose the rule change that would move control of export licenses for firearms from the State Department to the Commerce Department. The Commerce Department is not equipped to prevent the sale of firearms to foreign countries where violence and crime and military conflict are rife. Semiautomatic assault weapons and other powerful firearms can destabilize these foreign regions and cause populations to flee across borders to save their lives. The State Department knows where arms should not be exported to, and it is responsible for protecting Americans from the impacts violence elsewhere, including organized crime, civil unrest and terrorism. The Commerce Department, on the other hand, is focused on promoting businesses, has little incentive to block sales, and lacks the staff to track hotspots where exporting firearms could be harmful and dangerous to our interests.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-xp3p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1235
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  McLaughlin Sta. Maria

---

## General Comment

I oppose switching control of firearms from the State to the Commerce dept. Be ashamed if money is worth that to you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942v-j8b2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1236
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane  Sparks

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-3wx6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1237
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gloria  Morrison
**Organization:** TMPA

## General Comment

shame

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-jt4o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1238
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Baker

---

## General Comment

I am appalled at the idea of removing regulation of firearms exports, which would be the practical effect of having the Commerce Department "regulate" firearms sales. This opens the door to gun purchases by terrorists and repressive regimes, with no congressional oversight. Selling weapons to terrorists is a dumb way for gun manufacturers to make a buck, but obviously that's all they care about.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-r1uj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1239
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Susan  Vanderborg

## General Comment

Do not move the export licensing of assault weapons to Commerce. This is a military threat, not a regular business transaction.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942w-r1om |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1240
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** emilia  novo

---

## General Comment

Dear sirs:
I am appalled by the proposed rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the Commerce Department. This basically means that a set of controls to guarantee that American weapons would not end up in terrorists hands will disappear. This change would facilitate firearms exports to oppressive regimes, remove safeguards that help organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. Think of a world where any terrorist bent on destroying the USA was easy access to American weapons. Is this the world you want to create?

DOSWASHINGTONSUP02867

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-sys7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1241
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Quinet

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. Moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business) is the NRAs wildest dream and regular citizens worst nightmare.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-uiex
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1242
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Stephanie  LAUENSTEIN

---

# General Comment

I oppose this proposed rule for the following reasons:
Once the State Departments Blue Lantern program would be eliminated, the pre-license and post-shipment inspections and publicly reports we desparately need to be informed of, would also be gone.
Removing licensing requirements for brokers bears a great risk of increasing trafficking
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The USA has more firearms than people. What for?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-auer
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1243
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elaine Friedland
**Organization:** none

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-xocv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1244
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Art  Hanson

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-40c7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1245
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Benson

---

## General Comment

I strenuously oppose this proposed rule change

DOSWASHINGTONSUP02872

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-bbx7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1246
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Timothy  Beitel

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-zmnu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1247
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** peggy  varnado

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. As a lifelong teacher, I know that we need more STRINGENT gun safety measures. A ploy to make it easier to sell guns and automatic weapons in particular is grotesque in light of the shootings that occur every few days in this country with ridiculously ineffective regulations on guns. How many more people have to die by gunfire to make the regulations tighter not more lax. Please show some courage and integrity and do not put arms regulations in the hands of the very businesses who profit from gun sales. My question is who thinks this is a good idea, who will profit from it, and why can't we get common sense gun laws in place before the next group of students, workers, first graders, movie goers, people walking down the streets of our nation are slaughtered with guns that have no place in civilian hands?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-6n7j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1248
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Natasha Hopkins

---

## General Comment

As a constituent concerned with both the security of our nation and the epidemic of gun violence
plaguing America, I oppose this rule change that would switch the regulations of firearms export from
the U.S. State Department to the U.S. Commerce Department for the following reasons:

Firearms exports, at present, are classified as military hence the reason they are under the regulation of
the State Department; and the reason Congress can block sales of large batches of firearms to foreign
countries. With the rule change, Congress would no longer be automatically informed about sizable
weapons sales that it could stop in the name of national security, even to countries where there are
serious human rights concerns.

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau
of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized
crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to
obtaining large caches of American guns and ammunition.

In order to ensure the security of our nation and to minimize gun-related tragedies, I urge the U.S.
Department of State to abandon the proposed International Traffic in Arms Regulations: U.S. Munitions
List Categories I, II, and III rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-3cym
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1249
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marie  L

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Changing the regulation of firearms exports from the
State Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-gdq3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1250
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pierre  L

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Changing the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-lusr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1251
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lena  H

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Changing the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02878

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-apc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1252
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Changing the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-ulhc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1253
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Trump wants to make it easier to export guns. Guns are dangerous; they kill people. There should be more controls, not less.

Therefore, I oppose this rule change that would switch the regulation of firearms export from the US State Department to the US Commerce Department.

The US Commerce Department is ill-equipped to handle the responsibility & the huge process.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-y7o7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1254
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donald  Goldhamer

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

Firearms are not mere commodities and the Commerce Department is unequipped to properly control
their movement.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942w-31me
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1255
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Schroder

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-d6ck
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1256
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jim Weaver

---

## General Comment

We need to limit the spread of weapons of war beyond our borders. This is a national security issue. Corporations seeking to profit from the sale of arms overseas are placing their profits before the American people. This is a clear threat to Americans everywhere.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-vamq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1257
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** J.T.  Smith

---

## General Comment

Reality check: Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to far more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-v2ie
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1258
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donna  Minster, SSJ

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-v37o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1259
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Cynthia Mastro

## General Comment

I oppose the rule change that would allow the Dept. of Commerce to regulate arms shipments.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-boyj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1260
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Please keep the regulations on firearms strict and for the safety of citizens. As a matter of fact please tighten up loopholes. Moving the management of guns to another dept. focused on business is a bad move.
Where is the care and concern for citizen's rights, the right to feel safe in school, the right for those who have been physically threatened to be safe?
Let's get real and keep any regulations in place and increase safeguards where they are needed. For instance longer wait times for purchase while a thorough check is done. Stronger actions in response to online or other kinds of threats made regarding shooting. Let's protect our citizens!
Thanks for listening, Mindy

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-klch
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1261
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  Cooper

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-jsi4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1262
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Dinowitz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. This transfer does almost nothing for the citizen while
creating opportunity for industrial profit for the firearms industry and NRA. It also removes
Congressional ability to oversee and help regulate fire arms sales.
Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have
the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have
staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other
violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns
and ammunition.

This rule change must be opposed and defeated for the safety of all people both in the US and the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-ox0g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1263
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg  Asbed

---

## General Comment

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-jf0c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1264
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lee  Michelsen

---

## General Comment

I am very concerned with proposed legislation to change the control of exporting firearms from the State Department to the Commerce Department. Some of the deleterious effects would be:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the glob
Most Sincerely

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-c1el
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1265
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marie  Pabianova

---

## General Comment

I object to the latest proposal regarding firearms production and export!
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942x-phaz |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1266
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  McCarney

---

## General Comment

I am opposed to changing the way gun sales are regulated . I don't believe the dept .of commerce should be in chat get of selling military weapons throughout the world. I want congress and the American people to be aware of who's buying weapons from us and for what purposes.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942x-sp4f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1267
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jose  Greco

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-4yox
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1268
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet Tyndall

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02895

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-fhkz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1269
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tara  Poelzing

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
The State Department focuses on safeguarding our nation while the Commerce Department focuses primarily on promoting business.
In the case of firearms, safety should come first and foremost. The potential to move more weapons in the hands of additional dangerous people and regimes must be considered and immediately addressed. This is the first and easiest step to avoid that situation. Oppose the rule change!

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-a25j
**Comments Due:** July 09, 2018

</div>

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1270
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carlos  Cunha

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It is clear that one of the reasons Mexico is having so many problems is because of the outflow of American firearms to the country. This rule change will facilitate the process in Mexico and other countries leading to more crime and more immigrants fleeing to the US:.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-kj4p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1271
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paula  Sjunneson

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-q88q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1272
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wendi  Smith

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02899

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-vjd3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1273
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** E  Resnik

---

## General Comment

Keep gun sales under the Department of State for the safety of all Anericans

DOSWASHINGTONSUP02900

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-xl9k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1274
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gavi  Stevens

---

## General Comment

So now the NRA is trying to dictate foreign policy for our government and what to sell overseas. That is just how arrogant they are and how much they think they control this administration and Congress. This overreach by an organization that has grown into one that tries to control governments from the local to the national has to be stopped before they become the puppet master of our country. We can't allow an organization whose sole purpose is to put lethal weapons into the hands of as many people as possible to dictate police to our leaders. Allowing increased exporting of assault weapons overseas just means that more insurgents will be using those weapons against us, our military forces and our allies forces, causing that many more deaths and injuries. Is that what you want to be known for? Allowing those young men to die or be wounded unnecessarily just to benefit one organization's lust for power? I can only hope not.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-5itt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1275
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sarah  Martin-Haynor

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02902

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942y-pcfe |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1276
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Kuck

---

## General Comment

I strongly oppose this rule that will transfer the sale of arms from the State Department to the Commerce Department. Having lived in the Caribbean for 23 years, I see how the sale of illegal arms has created instability in these countries. If they can buy more legally, we will have created the violent situations that are causing the flow of immigrants to our country. If they cannot come to us, where will the victims of this violence go?

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

The State Department must continue to oversee the sale of arms, and not remove the restrictions above.

Thank you. Mary Kuck

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-8vue
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1277
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lucy  Paschke

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-utp5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1278
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The NRA is trying to pull another fast one, and we need all engaged and committed gun safety advocates to take the time to read through the details of this alert and take action!

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

DOSWASHINGTONSUP02905

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-ln3h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1279
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sarah McKee

---

## General Comment

Sales of armaments are special. The only purpose of armaments is to kill people. At least, with State in charge of OKing arms sales abroad, it can nix sales to countries and people likely to kill the wrong people with them. This is in part because State knows who they are. So it has at least a tenuous ability to control arms sales likely to contribute to world destabilization.

Commerce has none of this capacity. It is concerned with profits to American companies, I believe. Well, sales of armaments are profitable -- to the armaments corporations. They of course are far less profitable to the resulting foreign dead.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-gd8o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1280
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jason  Anonymous

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The proposed rule change would make the world a far more dangerous place. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-hu6s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1281
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The NRA is trying to pull another fast one, and we need all engaged and committed gun safety advocates to take the time to read through the details of this alert and take action!

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-q26h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1282
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Heatherly

---

## General Comment

You want more unregulated weapons to kill men, women and children. You want more unregulated weapons to cause death and destruction? You more more unregulated weapons to destabilize the world? You want more unregulated weapons to make it harder for everyone and encourage terrorism?

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02909

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-95ef
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1283
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Boehler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02910

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-evkk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1284
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** M  Hewitt

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Do not cave in to gun advocates. Stop the nonsensical proliferation of weapons!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-7cfs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1285
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Loftin

---

## General Comment

SO JUST WHO ARE YOU WORKING FOR THE PEOPLE OF AMERICA OR THE GREEDY NRA
A KNOWN DOMESTIC TERRORIST GROUP WHO CONTINUES TO BRIBE OFFICIALS!!!!
PROVE THAT YOU ACTUALLY HAVE ETHICS, MORALS AND SCRUPLES AND STOP THE
SALES OF THE MACHINES OF WAR, DEATH AND DESTRUCTION!!!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-7kuf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1286
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sally  Archibald

---

# General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-ytt0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1287
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jno  Hunt

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-vwft
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1288
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** A  Davis

---

## General Comment

I absolutely 100% oppose this rule change that would switch the regulations of firearms export from the
U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-y7rv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1289
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Hess

---

## General Comment

I oppose changing gun trafficking from the State Department to the Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-8qps
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1290
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I support having the State Department continued control of weapons accountability to foriegn countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-ghcj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1291
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bruce  Spring

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02918

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-fha9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1292
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Meredith  Dodson

## General Comment

As a parent and taxpayer, I strongly oppose switching the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942y-8472 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1293
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tracy  Burroughs

---

## General Comment

I am completely opposed to moving control of firearms sake from the Department of State to the Commerce Department. Supplying arms as a purely financial move is to place all decisions in the position of being about making money instead of where it belongs - as a national security risk. This is a terrible idea!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-o7pg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1294
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Esther Allman

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-grne
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1295
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Felicia  Bruce

---

## General Comment

Switching firearms sales from DOS to Commerce is a bad idea . It compromises our national security! Of course the DOS should be aware of gun sales! Selling arms is an act of military concern, not trade! Gangs, terrorists and other nefarious organizations profit from the sale of firearms. To treat it as trade is absurd.
Clearly I oppose this change as any patriot should.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-aifs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1296
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandy  Irving

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This will hurt our national security.

DOSWASHINGTONSUP02923

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-42hd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1297
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Holt

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02924

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-9h11
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1298
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beverly  Conway

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-3qbu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1299
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I had been under the impression that this administration was against foreign terrorists and foreign criminals who could hurt American citizens. Deregulating weapons sales to foreign buyers makes America less safe.
Part of the mess in Afghanistan was because they had weapons we sold them when we were trying to take out the USSR. Then voila, Taliban!
Because we have legal gun ownership in this country, we have a very active market for guns and American-made weaponry is very high quality. Do we really want it to be easy for those weapons to get in the hands of the next Osama bin Laden?
Oh, I see. Obama killed bin Laden, therefore bin Laden must not have been that bad, and we should encourage more terrorists to continue erasing Obama's legacy. Because MAGA means Make America Vulnerable Again, right?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942y-pqtq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1300
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

DOSWASHINGTONSUP02927

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-m0v7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1301
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marjorie  Girth

---

## General Comment

I oppose this proposed rule, which would change the management of this program from the Department of State to the Department of Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-2lfx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1302
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charity  Perry

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02929

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-g5d5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1303
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Keith  Kinder

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-l0ah
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1304
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ron  Kardos

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-sw0a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1305
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn  Dipboye

---

## General Comment

I am extremely. extremely opposed to moving oversight of export of weapons from the State Department to the Commerce Department. Given the situation in our own country and the situation in Mexico and Central American countries due to lax regulation on firearms in our country, this is exactly the wrong move in that it would enable the acceleration of gun violence. I strongly urge you to resist this move. We are at a time when more effective regulation on firearms is critical. We are not at a point where making more money on guns could possibly be beneficial to anyone other than the manufacturers. Please resist this change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-uxfm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1306
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denis  Graves

---

## General Comment

Changing the oversight of gun sales from the State Deaprtment to the Commerce Department is a very bad idea. It will mean more guns available to potential terrorists etc.

DOSWASHINGTONSUP02933

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-1jc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1307
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin O'Donnell
**Organization:** MomsRising.org
**Government Agency Type:** Federal
**Government Agency:** USCIS

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942z-rkoa |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1308
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! Do not let the NRA run OUR government for gun manufacturers profit.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942z-sszq |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1309
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** LeeAnn  Chastain

---

## General Comment

I adamantly oppose switching the regulation and exportation of gun sales from the US Department of State to the Department of Commerce. Arming the world with even more guns will only result in greater societal disasters as the criminal elements become even more powerful and use these weapons to control the law-abiding populations of the world.

We would be exporting the means for mass shootings and daily carnage that we have in this country, merely so the NRA could become more powerful and gun manufacturers could reap more profit.

We must not make this change, for our protection here in the United States and for the good of the world.

Please oppose this change and carefully regulate any exportation of guns and ammunition.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-df93
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1310
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Michael  Miller

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-942z-242a
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1311
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Louise  Backer

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

The rule change would make the world a far more dangerous place because:
1. It would eliminate the State Departments Blue Lantern program which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms and enable 3D printing of firearms in the U.S. and around the globe.

Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

We dont need more guns in the world or in the United States. We need more oversight to make sure the wrong people dont obtain guns and ammunition.

Why are we helping the US gun industry [NRA] with this proposed change? They should not be the ones to benefit at the incredible expense of innocent peoples safety.

This is morally wrong and unethical. Please do not make the rule change. Do not be beholden to the NRA and the gun industry just because they want to fill their pockets with the profits from the sales. Think of the innocent people who would be impacted adversely.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02939

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-1vli
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1312
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beryl  Filton

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-p27f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1313
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica  Roeder

---

## General Comment

I oppose moving the regulation of firearms exports from the State Department to the Commerce Department. Doing so would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents such as organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This change is not in the best interest of our people, or anyone's people.

One detail about the change: the removal of the ban on the 3D-printing of firearms is simply not acceptable.

Please reject this change.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942z-mpws |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1314
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Miller

---

## General Comment

This rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-1ato
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1315
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vic Burton

---

## General Comment

Please consider these points and not approve this rule change:

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-l9jy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1316
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Liz  Bornstein

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-jp7y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1317
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tennie Caldwell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the US State
Department to the US Department of Commerce. Firearm exports are classified as military which is why
they are under the regulation of the US State Department so Congress can block large batches of firearms
to foreign countries. With the rule change Congress would no longer be automatically notified about
sizable weapons sales that it could stop in the name of national security, especially to countries like the
Philippines, Turkey, Syria, among others.

The Commerce Department does NOT have the resources to adeequately enforce export controls. Its
Bureau of Industry does not have staff everywhere which means that firearms traffickers, organized
crime, terrorist organizations, and other violent and dangerout agents would face far fewer hurdles in
order to obtain large quantities of American guns and ammunition.

Changeing this rule would be a very dangerous and irresponsible change to make with regards to
weapons!
Sincerely,
Tenne L Caldwell

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-q2rn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1318
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-ve9n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1319
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Beach

---

## General Comment

I am opposed to changing the oversight of international weapon sales from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-5nwf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1320
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alisa Schlacht

---

## General Comment

I am writing to implore you to prevent the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The United States should be a beacon of light for freedom and justice in the world, not a global supplier of weapons to increase brutality and human suffering. The U.S. Commerce Department should not be responsible for spreading murderous weapons around the world, which will undoubtedly end up being used cruelly against innocent people and likely against Americans as well.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-u367
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1321
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debra  A.

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-fxej
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1322
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anna  Rincon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02950

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-qs8p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1323
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Rebecca  Zimmerman

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-nsda
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1324
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Virginia Smedberg

---

## General Comment

I am writing to object to switching the regulation of firearms exports from the State Department to the Commerce Department. This switch would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02952

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-476r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1325
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frederica  Huxley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02953

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-u4pt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1326
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Creighton

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP02954

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942z-6vym |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1327
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Grove

---

## General Comment

I strongly oppose the proposal to switch gun sails from the state department to the commerce department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-2m0f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1328
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John J  Paulhus

---

## General Comment

Foolish to change the regulation of firearms exports to Commerce. Don't do it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-fp92
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1329
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark Weltner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-zsgq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1330
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Terrie  Stengel

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

- It would remove licensing requirements for brokers, increasing the risk of trafficking.

- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-lurk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1331
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-1g0j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1332
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms
exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This would make the world a far more dangerous place:
1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2.It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Thanks much.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-m2ah
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1333
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Our family (from Ohio) opposes the proposed rule change to transfer firearms export regulations from the State Department to the Commerce Department. This is unnecessary government fiddling, and dangerous for America. Being driven by business interests (including the NRA and those who profit from arms sales), there is no reason for doing this that would be in the interest of the US or our security -- both national and international. The Commerce Department is ill-equipped to handle arms exports, making the US vulnerable to traffickers, criminals, and terrorists, and poorly or unregulated arms exportation could also lead to instability elsewhere, eventually building negative backlash for our country. (We already see the mass-migration problems formed partly from some of our foreign policies which now we can learn from or anticipate -- this is such a case.) There is simply no reason to make this change (except for profit for a small cadre of people), and many, many reasons not to do so that (which benefit the entire country). In sum, this is reckless and unnecessary, and it would create cost to American taxpayers for infrastructure changes that would be profligate and irresponsible.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-xrlv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1334
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judy Landress

---

## General Comment

I strongly Oppose a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
The rule change would make the world a far more dangerous place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-h88n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1335
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02963

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-vz25
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1336
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Priscilla  Drake

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-yj4i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1337
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie  Azzoto

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Guns don;t belong in the hands of just anyone.

DOSWASHINGTONSUP02965

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-ahup
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1338
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  Schulenberg

---

## General Comment

Moving the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP02966

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-kh4g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1339
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Cumming

---

## General Comment

I oppose this rule change that would switch the regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-yxoo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1340
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laverne Marks

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP02968

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-bi48
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1341
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marie  Snavely

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02969

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-dpvw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1342
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lorraine  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Please, do not make it easier for guns to be put into the hands of those who may want to do harm to any people.

DOSWASHINGTONSUP02970

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-49jg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1343
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Logue

---

## General Comment

I oppose the proposed rule change moving the regulation of gun exports from the Dept of State to The Dept of Commerce. This is an issue directly affecting the safety of our country. The mechanism for this regulation needs to remain under the State Department.

DOSWASHINGTONSUP02971

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-nrau
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1344
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Kraus

---

## General Comment

Keep dangerous assault weapons regulations where they are currently and rightfully placed, in the State
Department. A rule change will increase drug trafficking!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-nip9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1345
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denise Kline

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The U.S. State Department must remain focused on safeguarding our nation while the U.S. Commerce Department should continue promoting American business. This proposed rule change will have profound impact on our national security as well as the security of nations around the world as new avenues are opened for the worldwide sale of arms. We must work to make our nation and the world safer. This proposed rule will only increase danger here and around the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-twru
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1346
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol Kussart

---

## General Comment

I oppose this rule change that would move the regulation of the export of firearms from the State Department to the Commerce Department. These weapons are military weapons and should remain that way. This move would eliminate the State Department's inspection program and public reporting. It would also remove licensing requirements for brokers which would very likely cause more trafficking, and it would remove the State Department's block on 3D printing of firearms. Congress would also have no oversight ability under this move. Therefore, the world would be less safe. I see this rule change as benefiting gun manufacturers only--there is no other benefit to this change. Keep the regulations where they belong--with the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-2aif
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1347
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Isom

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Thank you

DOSWASHINGTONSUP02975

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-4lv1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1348
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Juanita Payton

---

## General Comment

I oppose the proposed the rule change to move International Traffic in Arms Regulations, from U. S. Department of State to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-79zu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1349
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Painter

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-yr5m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1350
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Yost

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-o414
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1351
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurel  Brennan

---

## General Comment

I am opposed to switching the safeguarding of firearms exports from the state department to the commerce department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-wm3u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1352
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Hersh-Heskes

---

## General Comment

I oppose switching the regulation of firearms exports from the State Department to the Commerce Department. It would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-9bdh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1353
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dwan  Dorman

---

## General Comment

I oppose the rule change to switch regulations of international arms sales from the U.S. State Department to the U.S. Commerce Department. This would be dangerous on many levels.

DOSWASHINGTONSUP02981

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-km89
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1354
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michele  Biggane

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-glua
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1355
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  Baum

---

## General Comment

I oppose the proposed rule change that would declassify firearms as military and move the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are weapons, no matter how much organizations may want to call guns sport accessories , and are used to kill people. Moving the regulation of firearms exports from the State Department to the Commerce Department would make firearms exports to dangerous and autocratic regimes easier, remove safeguards that help keep agents like organized crime and terrorist organizations from getting weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms and weapons exports need more controls and export licensing requirements, not less. Government should not sell out to dangerous business interests that work against public safety interests. I Oppose this proposal.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-jhuf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1356
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DEANNA  RICHARDSON

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

<div style="border:1px solid">

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-gul4
**Comments Due:** July 09, 2018

</div>

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1357
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Aaron  Sterr

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-942z-wkoi |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1358
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chris  Kermiet

---

## General Comment

Moving the handling of export licenses of semiautomatic assault weapons and other firearms from the U.S. State Department ( to the U.S. Commerce Department is a truly dumb idea. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

This appers to be a move by the gun manufacturers to sell more guns with less oversight. I'm strongly opposed to this.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-dm2m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1359
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephanie Johnston

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is a dangerous move that would put people who are focused on profits rather than public safety in charge of regulating massively lethal weapons. American arms could (and most likely would) end up in the hands of terrorists, oppressive governments, drug and firearms traffickers, and other organized criminals, undermining national security and global stability. Please dont let this happen.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-qs3t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1360
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Grady  Warren

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-t5n4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1361
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alice  Donisi-Feehan

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02989

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-oa6h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1362
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victor  Sytzko

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-2ha6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1363
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Kute

---

## General Comment

Please keep the strongest regulations on gun sales to all countries.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-dsrt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1364
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frances Lorie

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP02992

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-k9e6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1365
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexandra  Pappano

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-xwf9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1366
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy L  Cowger

---

## General Comment

The US of A already sells and permits the sale of far too many weapons without the wholesale marketing opened by allowing the Commerce Department to 'regulate' the trafficking of arms. The very idea is ludicrous!

DOSWASHINGTONSUP02994

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-3j2e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1367
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julia Bumbaugh-Shah

---

## General Comment

Right now, firearms exports are classified as military. These exports should stay under the regulation of the State Department, so that Congress can block sales of large batches of firearms to foreign countries with serious human rights concerns and be automatically informed about sizable weapons sales that it could stop in the name of national security.

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

ssssss

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-bp9a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1369
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Weissman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Having such exports under the Commerce Department would remove many of the controls which limit massive firearms sales overseas. It would allow 3-D printers to export patterns for firearms.

DOSWASHINGTONSUP02997

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-942z-ese3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1370
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debra  whalen

---

## General Comment

firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.

[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security. This is a dangerous precedence if the rule changes.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-j8rx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1371
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** F  Corr

---

## General Comment

I believe the State Department should retain regulatory control over the export of munitions. Shifting these munitions sales to Commerce Department oversight will result in these weapons getting into the hands of terrorists.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-cwat
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1372
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Kaufmann

---

## General Comment

I oppose any rule that shifts regulation of munitions exports from the State Department to the Commerce
Department. This is a measure that jeopardizes national security for the benefit of munitions
manufacturers. There is no reason to do so, other than greed.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-6qtn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1373
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Scott

---

## General Comment

Please do the right thing regarding guns for the safety of people everywhere. Keep control of the NRA
and DO NOT move them to the Department of Commerce.
Thank you,
Linda Scott

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-405k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1374
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** GEORGE  RODGERS

---

## General Comment

As a global health physician, I can tell you that the rest of the world does NOT need more guns. This move seems to be a rather transparent attempt to increase the export of our huge national problem - too many guns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-chdm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1375
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Caren  Flashner

---

## General Comment

I oppose the rule change that would switch firearms export regulation from the State Department to the Commerce Department.I believe the State Department has more interest in the safety of American citizens than does the Commerce Department, which of course wants to aid businesses in selling as many guns as possible, regardless of to whom.

DOSWASHINGTONSUP03003

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-spja
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1376
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tamara Prince

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Changing oversight and regulation of firearms would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

This is a dangerous move.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-pwc1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1377
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** George  Chernetz

---

## General Comment

The NRA is going to push more filthy guns into the hands of people who should not own guns. The NRA is the supplier of domestic terrorism and mentally unstable killers. This epidemic has got to be stopped now.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-vlxl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1378
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sharon  Teagardin

---

## General Comment

The American people have made it clear that we are opposed to guns, particularly semi-automatics. Do your job and listen to the will of the people.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-79kd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1379
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Meister

---

## General Comment

I oppose the proposal to switch regulation of exporting firearms from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-z8hh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1380
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Changing the rule regarding arms regulations is the wrong thing to do. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-1j0x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1381
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lorna Wood

---

## General Comment

I oppose this rule change. Moving handling of export licenses for powerful firearms from the State Department to the Commerce Department seems likely to promote arms dealing with few if any limits, which will put our national security and our relationship with our allies at risk. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-wkfw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1382
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Chandler

---

## General Comment

We already have endured many instances in which our firearms were used by foreign nationals to kill our troops. We have also witnessed our firearms being used by terrorists, drug traffickers and extremist regimes to take innocent lives.

Although they haven't done a stellar job of safeguarding our soldiers or civilian populations, the Department of State must maintain control of international firearms sales, and foreign firearms sales must remain classified as "military" ... the Department of Commerce has no resources to even begin to measure the monumental risks involved in weapons export.

No matter how many people support this change, it must not be made.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-v7lk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1383
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Matthew Genaze

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Here are more details on how the rule change would make the world a far more dangerous place:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Guns are an epidemic. Guns are a daily act of terrorism. Guns are a direct threat to our democracy. These facts require direct and significant action immediately. I am only able to support legislators and the parties they are members of that support aggressive gun regulation legislation.

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-fb9i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1384
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Raymond  Adams

---

## General Comment

The international sales of guns is not good for the world. It is gun trafficking plain simple. I strongly oppose such a policy.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-dogh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1385
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anna Berg

---

## General Comment

I understand there is a proposed rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

I absolutely oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. In any case their priority is business.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-s5ok
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1386
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erika  Olson

---

## General Comment

I cannot believe this is even being considered. Guns and firearms are dangerous. They are used to kill
people every day around the world in acts of organized crime, political violence, terrorism, and human
rights violations.

If anything we need MORE oversight and controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-n13w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1387
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Phalen

---

## General Comment

Please do not increase access to weapons. The presence of more weapons leads to more violence, or
makes suicides more prevalent. Gun ownership needs to be limited as a part of good public health.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-9op6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1388
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alisa  Norquist

---

## General Comment

Please do not move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-2zch
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1389
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Shields

---

## General Comment

changing oversight is losing to Putin and his white house puppets

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-54lw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1390
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeremy  Spindler

---

## General Comment

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-vw7r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1391
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dustin  Weinberger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

If anything we need additional oversight and this change would drastically weaken oversight.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-3oh5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1392
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn Lopez

---

## General Comment

Exports of weapons must remain with the State Department. Munitions exports must also remain with the State Department. These items should not be treated the same as items that have non-violent domestic use.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ox0s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1393
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** ronald brown

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-xbt4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1394
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill  Bremer

---

## General Comment

Regulation of the sales of assault type guns should stay with the U.S, Dept. of State. These weapons are potential security threats to U.S. citizens and people in other countries. Many of our current Administration's policies and behaviors are antagonizing both our allies and enemies and many would be willing to inflict fear and death.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ethq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1395
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mike  McCampbell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-3wp8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1396
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alice Englert

---

## General Comment

Attention all,
I oppose the Rule Change that would switch the Regulation of Firearms Exports from the State Dept to the Commerce Department. I fear the proliferation of military style weapons through out the world. I believe that more guns in circulation make us less safe.
Please oppose this suggested change.
Sincerely,
Alice Englert
797 Col Edmonds Court
Warrenton Va. 20186

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-k4iq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1397
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Kate Cameron

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The USA has more guns per capita than any other county in the world. We are also the country that has more mass shooting than any other country in the world. Do not allow weapons to become a commodity and spread the USA's blatant disregard for human life to be spread around the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-wp2e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1398
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer Spykerman

---

## General Comment

The move of handling export licenses from the state department to the commerce department does not even make sense. These remain dangerous weapons and need to regulated by an agency who has the countrys safety as its primary mission, vs. that of an agency that has business profits and the economy as its top priority. Do not move the export licenses of these dangerous weapons away from an agency focused on our countrys safety as well as the relationship with allies and other countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-g55o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1399
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** PJ Jacobs

---

# General Comment

I write today to state my opposition to moving the regulation of firearms exports from the State Department to the Commerce Department.

Such change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and contributes to mass migration.

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

- It would remove licensing requirements for brokers, increasing the risk of trafficking.

- It would remove the State Departments block on the 3D printing of firearms, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The State Department has shown itself to be well equipped to perform this strategically important function. Together with Congress, it is in a unique position to thus protect this great nation from harm to national security that can result from large batch firearms sales to foreign countries.

There is nothing broken that could possibly be fixed by the moving the regulation of firearms exports from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-4of9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1400
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen Medina

---

## General Comment

We need more regulation of firearms, not less. Do not change the department in charge of regulation of deadly weapons.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms
exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP03028

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ipy3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1401
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Cunningham

---

## General Comment

Removing weapon sales from the purview of the State Department leaves this country in danger. We cannot allow a basically unregulated sale of automatic weapons to anywhere in the world. It may make profit for a few arms dealers and the NRA but it damages the security of this nation by opening the doors and making it easier for criminals to buy and sell guns internationally and for terrorists to get their hands on these weapons to be used against us or other governments. This is literally "shooting ourselves in the foot". BE SMART Say NO to the NRA. We need the State Department to regulate and check when and where and how many weapons are moving and the STATE DEPT. may need more adequate funding than it already has for this. Protect this country for real and not with "patriotic words". Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-31bb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1402
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia Scherer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-u6hp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1403
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Ramar

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-tilc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1404
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mike  Sudalnik

---

## General Comment

To allow the unbridled access to firearms by any country in the world without scrutiny by the State Department would be a measure that would open the floodgates of insurgencies and armed conflicts! This would undermine stability in the world and lead to complications in matters of OUR National Security! A totally FOOLISH REGULATION ! Oppose IT!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7knu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1405
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Arnold

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ud31
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1406
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7t8x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1407
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** marianne  ewing

---

## General Comment

i object to the possibility that guns of all types be sold world wide.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-x77q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1408
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pearl  Holloway

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
In addition:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hm0a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1409
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alicia  Talerico

---

## General Comment

I oppose the switch of regulating firearms from the U. S. State Department to the U. S. Commerce
Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-msau
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1410
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Raymond Valinoti, Jr.

---

# General Comment

I received this disturbing message from MomsRising.org in my email. I agree with this organization about this:

"The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business)...] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

"HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries...] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

"Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

"The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration."

PLEASE, for the sake of America and the rest of the world, OPPOSE this rule change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-vr4q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1411
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rita  Garvey

---

## General Comment

Firearms are dangerous.

They are being used to kill people every day around the world in acts of organized crime, political violence, terrorism, and random acts of violence.

They should be subject to more controls, not less!

DOSWASHINGTONSUP03039

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-968q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1412
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Novenski

---

## General Comment

I am strongly opposed to the unbridled commercialization of weapons sales. Our national security must
not be bypassed by weapons manufacturers and arms dealers intent on boosting their sales wherever they
can find buyers. It is bad enough right now, but removing the last vestige of US Dept of State control
means uncontrolled flows of military weapons to the highest bidder.

Profits are not the only factor to consider here. Our national security, and security of our citizens around
the world, are at stake. Keep international traffic in arms under the control of the U.S. Department of
State.

Sincerely,
Linda Novenski

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hq5r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1413
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Gelfer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03041

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-s2ov
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1414
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Carroll

---

## General Comment

This is extremely unwise. Please block this legislation! We
Need more accountability for fire arms not less! We
Dont want to fund oppressive regimes abroad and the
President has continually praised dictators and taken their
Side: Duarte, Putin, Kim jung Un. Please do not unleash
3D printed guns on the world! Please. Its just not worth it
For the sake of more gun sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-rum6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1415
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Rima  Rosenthal

## General Comment

I am opposed to the rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03043

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-iy3w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1416
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Hondrogen

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ckj7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1417
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurel  Facey

---

## General Comment

The State Department needs to continue to control the sale of arms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-rzrt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1418
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kari Pohl

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Don't do it!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-kxds
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1419
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-x6wv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1420
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Dorrine  Marshall

---

# General Comment

oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hgkl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1421
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** q  q

---

## General Comment

close the loopholes, make background checks obligatory, ban bump stocks, make our schools safe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-90ou
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1422
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elisabeth  Ellenbogen

---

## General Comment

We have rational rules and laws WHO may operate a motor vehicle. There is compelling reason to tighten rules on firearms:
How to purchase, sell, transport lethal weapons is at present not sufficient to keep guns out of the hands of criminals, also
children and adolescents. I may not drive a car because there are valid limits on visual acuity. There is nothing in the law
that requires competency to purchase, own, and carry firearms.

Also we have many regulations or laws governing actions people may take. WHY ARE WEAPONS NOT INCLUDED?

We react to tragedy and crime and then do nothing! Please formulate and pass into law tighter rules who may transport, sell,
store or carry fire arms! Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-w9sc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1423
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Miller

---

## General Comment

STOP SPREADING WEAPONS AROUND the WORLD!!

DOSWASHINGTONSUP03051

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ppx1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1424
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robin  Greeley

---

## General Comment

To the DOS:

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-b7il
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1425
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Stonaha

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The Commerce Department is not equips to handle large sales of arms. The State Department is better able to properly control the sale of arms, especially to bad actors.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-u79g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1426
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  McNair

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. This rule change would make it far, far easier for
weapons traffickers, terrorists, organized crime syndicates, human rights abusers, and others to get their
hands on large amounts of firearms, without oversight or the ability to inspect or stop those shipments by
Congress. This regulation change amounts to exporting American levels of gun violence to any country
in the world, for any reason. Is there nothing this administration wont sell to the highest bidder, including
our own national security? Guns are weapons of war, and they should remain the responsibility of the
State Department. Otherwise, with the number of enemies were making throughout the world now, those
weapons may mostly end up pointed squarely at us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7xh1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1427
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Orwicz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-rdyb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1428
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Gwen  Klemm

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03056

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hggd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1429
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet Nodell

---

## General Comment

I oppose a rule change that would switch regulations of firearms exports from the State Dept. to the Commerce Dept.

DOSWASHINGTONSUP03057

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-5nht
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1430
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Schoenberger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

How about we don't export out extreme gun violence problem to the rest of the world?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-wnuq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1431
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leslie  Silverfine

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-mc4l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1432
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jane Bray

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce .

We need more Peace through caring about one another..not killing one another.

Jane Bray

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7dc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1433
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Do not make this rule change to export weapons to kill more people. If other governments want wepons they can already purchase through existing channels

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-3itc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1434
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tom Emmott

---

## General Comment

The NRA will stop at nothing to increase gun sales and further their morbid perception of the 2nd
Amendment. This is pure insanity and our government seems to be willing to take the bait and fall into
their web of deception. WHY! Hasn't their been enough violence? Haven't their been enough innocent
lives lost, including those of children? We're not living in the 1700's where people had their muscats
leaning against the wall next to their front door. The interpretation of the 2nd Amendment has been
misconstrued to benefit the NRA and gun owners in this country, and now they want it to include other
countries. PLEASE! Don't allow this to happen! Don't fall into their web of lies and deceit!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-8vvc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1435
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah  Herath

---

## General Comment

I vigorously oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Guns are a threat to everyone. NO ONE needs a semi-automatic assault - NO ONE. The NRS is a biased, confrontational, 'nut-job' group which is not supported by the majority of Americans nor those outside the USA.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-4mkh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1436
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Mori

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03064

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-d05f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1437
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Madelyn Ferguson

---

## General Comment

I am opposed to the rule change of switching the regulations on firearms exporting from from the state Department to the Commerce Department. If this change takes place, Congress would no longer be informed of or be able to block large sales of firearms to foreign countries. I feel this would be a threat to our national security. By putting guns in the hands of terriorists, organized crime, and extremist regimes. Sales of firearms being exported to foreign countries need Congressional oversight. Also the Commerce Department does not have the resources to police these sales, therefore endangering all of us.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9430-qvcp
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1438
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Peter  Kaminsky

## General Comment

Control of firearms exports should be in the hands of the US State Dept, NOT the Commerce Dept. The
State Dept has the expertise and means to assess security concerns relating to firearms; transferring
authority to the Commerce Dept. allows the primary stakeholders -- major gun manufacturers, including
companies like Smith and Wesson not even headquartered in the US (!) -- to control export w/o regard
for security issues.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-vxsa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1439
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Margaret  Von Feldt

## General Comment

It's bad enough that we've allowed the NRA to destroy the US. We shouldn't allow them to do that to other countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-eycy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1440
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Trina  Sargalski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

I am also concerned that with the Dept. of Commerce regulating international gun sales that this would remove the State Departments block on the 3D printing of firearms, allowing people like Cody Wilson of Defense Distributed to post online instructions for how to 3D print weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-7kq2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1441
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Teresa  Batto

---

# General Comment

Gun sales in the U.S. have caused many problems; i.e., increased suicides, mass shootings, domestic violence, etc. Don't allow the rest of the world to suffer our problems, especially with assault weapons. Stop the violence!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-17gg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1442
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott Holmes

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-fjes
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1443
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Shepherd

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-pw0a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1444
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Sari  Schimek

## General Comment

"There has never been gun violence in the absence of a gun." - Sari Schimek

DOSWASHINGTONSUP03072

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-hbqr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1445
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Shepherd

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xxzy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1446
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Howard  Winant

---

## General Comment

I am opposed to the ideas that the Commerce Department, rather than the State Department, should
control US arms export policy.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4p76
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1447
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Lowell  Halpern

## General Comment

I OPPOSE the new proposed rule change!!!!!!
Enough is enough!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xaqx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1448
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

It is past time for this country to STOP bowing down to the GREED AND AVARICE of the gun manufacturers

No more rule changes that can make buying guns even easier

NO MORE GUN PROFITS
NO MORE GUN MANUFACTURER GREED

NO MORE GUNS

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-28s1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1449
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MaryAnn  Linehan

---

## General Comment

Please be mindful of the intent behind our Second Amendment - do not switch oversight from our State Department to Commerce Department. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-87i9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1450
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Regina  Blaber

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-6w2b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1451
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gretchen Schiltz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-8h7n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1452
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JOHN  GLEBS

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

How the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-bpfq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1453
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen  Coleman

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department. I can't think of anything more insane than to
remove more regulations from gun sales. To provide other countries with weapons that could increase the
kind of mass shootings that we have in this country is IMMORAL.
Please do not allow this . We need to provide a safer world, not a more dangerous world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-yyy4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1454
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
**Tracking No.** 1k2-9431-iute
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1455
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paige May
**Organization:** 570

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-kd98
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1456
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Trish  Weisman

---

## General Comment

I oppose moving responsibility for international arms traffic to the Commerce Department. This is a threat to peace and safety.

DOSWASHINGTONSUP03084

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-raur
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1457
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fran  Mason

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I oppose any and all legislation that EXPANDS the availability of firearms. It is time to formulate solutions that do not use guns and violence as the go-to solution.

DOSWASHINGTONSUP03085

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-mmyp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1458
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robin  Wernicke

---

## General Comment

I am against a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-6bqh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1459
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Barbara  Evans

## General Comment

This is a national security issue. I oppose this change.

DOSWASHINGTONSUP03087

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-m3qs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1460
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Thompson

---

## General Comment

I am opposed to the rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking by international terrorists and gangs.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-lm0r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1461
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hannah  Stanton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-yvxt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1462
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathryn  Koelemay, MD

---

# General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Furthermore, it would
-eliminate the State Departments Blue Lantern program
-remove licensing requirements for brokers
-remove the State Departments block on the 3D printing of firearms.

Bottom line...this rule change would make the world a far more dangerous place.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9431-jmm1 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1463
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Timothy  O'Dell

---

## General Comment

DEATH NEVER TAKES A HOLIDAY. THE MERCHANTS OF DEATH, LOOKS LIKE, DON'T
EITHER. I'VE HAD ENOUGH; HAVEN'T YOU, SIR?

Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2]
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-yljs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1464
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-uzjy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1465
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kenneshea  Allums

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

DOSWASHINGTONSUP03093

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-nmi5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1466
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

See attached file(s)

---

## Attachments

I oppose this rule change that would switch the regulations of firearms export from the U

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Congress must not be prevented from being automatically informed about sizable weapons sales.  Congress must be able to stop sizable weapons sales in the name of national security, even and especially to countries where there are serious human rights concerns, such as the Philippines and Turkey.  Depriving Congress of this ability to monitor these sales is a terrible, dangerous idea.  It would open the door to firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Allowing this country to do such an unconscionable thing is not only unamerican, it would directly contribute to making the world a more dangerous place as well as inviting security breaches here at home.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-p0aw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1467
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hannah  Stanton

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-wh4g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1468
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Porter

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please do not change the rules. Thank you for your consideration

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-eu7s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1469
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

We need to be able to control the sale of "military type" guns. Commerce is ot the correct way. They are only looking at the trade figures and not security.

DOSWASHINGTONSUP03098

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xbm1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1470
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michele  Emmett

---

## General Comment

Changing the rules concerning guns from State Dept to Commerce Dept seems to be misguided. The stated reason is cost savings but I am concerned about oversight. Categorizing guns as military makes sense. We have too many guns getting into the hands of bad actors as it is.
Keep guns under the auspices of the State Dept.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-rrmf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1471
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Afshin  Sadeghi

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-rygo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1472
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donald  Di Russo

---

## General Comment

I strongly oppose switching the regulating of firearms export from the State Dept to the Commerce Dept. We must focus on the use & effect of these firearms sales rather than just "all the money that can be made. Whooppee!!!"

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-upez
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1473
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steve Rockhold

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

The Commerce Department just does not have the resources to adequately enforce export controls. Its
Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers,
organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer
hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-bsgk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1474
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** obie  hunt

---

## General Comment

How many deaths have to happen before something is done? Pass some sensible gun laws!

DOSWASHINGTONSUP03103

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-117v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1475
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet  Shannon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It serves no other purpose than to increase the number of killing machines throughout the world so the people who make them can profit from the carnage they create.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-w675
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1476
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Schauer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-lq61
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1477
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Evan  Gull

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4v40
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1478
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Helen  Stuehler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xe6m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1479
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peggy  Kocoras

---

## General Comment

I am writing in opposition to the rule that would move the regulation of firearms export from the US State Department to the US Commerce Department. This change would result in increased weapons both domestically and globally, which would benefit no one except the gun manufacturers, oppressive regimes, terrorists, and criminals. It would eliminate safeguards that are absolutely necessary for having some control over terrorism and oppression. The Trump Administration claims that it wants to eliminate terrorism, but I believe that this change would aid in the opposite result: terrorism in the US and around the world would increase while only terrorists, oppressive regimes, criminals, and gun manufacturers would profit. This is not the direction I would like to see the US, or the world, go.

1k2-9431-vgv2

# PUBLIC SUBMISSION

| As of: November 29, 2018 |
| Tracking No. 1k2-9431-vgv2 |
| Comments Due: July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1480
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** edmond  lacroix

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-s3tc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1481
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Sanchez

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We cannot make it any easier for violent individuals to acquire guns, be it in the US or abroad. Thank you so much for your attention to this extremely serious matter.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-b4qv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1482
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Slager

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-70rr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1483
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Maureen  Sheahan

---

# General Comment

I am writing to vehemently protest changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. And, the Commerce Department and its Bureau of Industry and Security just do not have the resources or reach to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration, as well as:

1. Eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. Remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. Remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Making this change would be immoral and dangerous. Please don't let it happen!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-a01r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1484
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Horowitz

---

## General Comment

The NRA is pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

This is an extremely dangerous path to take. It is not the job of the US government to help the NRA and weapons manufacturers enrich themselves. I urge you in the strongest terms to reject this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-30of
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1485
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Annie  Chang

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-sthm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1486
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Benoit

---

## General Comment

Changing the laws to minimize the regulation of gun sales around the world is morally wrong. Many countries have very strike laws regarding the ownership of firearms by their citizens. Our gun manufacturers and the NRA will benefit exponentially by selling even more firearms to groups and individuals who want to topple governments, suppress voting rights, and the rights of citizens.

The USA has over 38,000 gun related deaths every year. That number represents the easy flow of firearms to criminals and suicides of too many individuals.

As a teacher, I worked with students to settle conflicts through discussions and active listening. Firearms change those dynamics into an I win, you lose mentality.

We owe it to the 68% of our citizens who do not own guns to say, We hear you and you, as well as, other inhabitants of our world need to be safe from gun violence.

Our legislators have a duty to protect everyone in this country through laws that are not bought and paid for by lobbyists and secret money. They need to be written to reflect the safety and concerns of the majority of our population.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-prsv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1487
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Reed

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the
State Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-nqzd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1488
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brandon  Burrell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Here are my reasons why:

1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-quud
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1489
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** stewart  wilber

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. This rule change would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). I am opposed. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-y9ll
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1490
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Brian  Dalton

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-7wp2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1491
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Steve Ditore

---

# General Comment

International weapons sales are currently handled by the right federal agency, one that takes true national
security into account
in their decisions. The business class HATES the very idea that governments and government agencies
have the power to
limit or prohibit any of their narrowly-defined profit-seeking obsessions for any reason, even good or
even inarguable ones.
Weapons are not just another commodity; they are intended for one purpose only: destruction of human
life. This can be
allowed, definitely not encouraged, unless there are good reasons for deadly armaments. But the
Commerce Dept. cares
about none of that. It's just money for them, and they want as much as they can get, by whatever means
they can arrange,
and somehow they think the chickens will never come home to roost. This has to be handled by an
agency with a broader
and wiser approach. That's State, not Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-l13g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1492
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose the rule change for regulation of firearms export from the U.S. State Department to the U.S.
Department of Commerce

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9431-4mt8 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1493
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dawn  Foster

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Specifically because it would:

1. eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and makes these reports publicly available;
2. remove licensing requirements for brokers, increasing the risk of trafficking; and
3. remove the State Departments block on the 3D printing of firearms.

All of the above controls are necessary to keep the World safer. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-nbzh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1494
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alyce Callison

---

## General Comment

I'm a citizen concerned about this proposed rule change. I believe it would open new floodgates for arms sales internationally, with huge implications for our national security. I am opposed to the fact that this rule change would consider semi-automatic assault rifles as non-military, which makes no sense, as military use is their primary function by design, and that it would eliminate Congressional oversight for important gun export deals, which would limit Congress's ability to comment on related human rights concerns, and remove Congress's proper role. As a taxpayer, it also offends me that this proposed rule change shifts the cost of processing licenses from gun manufacturers to taxpayers. Even at present, the Commerce Department doesn't have the resources to enforce export controls. Please prevent this rule change, which would inevitably lead to increased terrorism and violence globally.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-9v9z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1495
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Grames

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in
the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to
adequately enforce export controls. Its Bureau of Industry and Security
does not have staff everywhere. This means that firearms traffickers,
organized crime, terrorist organizations, and other violent and dangerous
agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

This rule change is a clear danger to our national security and should not be implemented.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4xgx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1496
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Charest

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-5af6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1497
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I suspect you already know this is a bullshit move, and bad move, not in the public interest - the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
Tthe rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-tbvw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1498
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dorothy  Anderson

---

## General Comment

I oppose this rule change. It would be dangerous to allow the US Dept of Commerce to regulate fire arms export. Fire arms are classified as military and should be under the control of the State Dept. As of now Congress can block large sales of firearms to foreign countries. We need to keep State Dept's Blue Lantern program in place since 1940. It would be dangerous to allow 3D printing of firearms which State Dept. now blocks.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-vybj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1499
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allen  Chazin

---

## General Comment

Ordinary citizens should be paid as soldiers with the already heavy concentration of weapons to
humans!!!! Do Americans really need this barrage of guns!!!! The Dept. of Commerce will only see
infringements to business; why not let the U.S. Chamber of Commerce regulate gun flows from abroad.
It amounts to same thing.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-wwb1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1500
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Laura  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-2b7p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1501
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mary  Gentile

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-fky3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1502
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-fnwr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1503
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Cathi  Rodgers

---

# General Comment

This is a comment of opposition to this rule. Any law that has a net reduction in regulatory burden on guns sales is wrong and dangerous. The NRA supports this for no other reason than more profits for gun manufactures, also know as their base. This rule would make it easier for people of other countries to access weapons of war. We need to stop this.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-ou3w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1504
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith Janelle  Shubert

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firemarms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and PUBLICALY reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Department's block on the 3D printing of firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-z6vc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1505
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** J  S

## General Comment

I strongly oppose this rule change that would switch regulation of firearms exports from the US State Department to the US Commerce Department. For multiple reasons, this change would make it much easier for violent actors worldwide, including criminal and terrorist organizations and repressive regimes, to obtain large quantities of American arms and ammunition and potentially to use US 3D printing technology to make weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-wrdt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1506
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emma  Bradshaw

---

## General Comment

Keep international traffic in arms regulations in the U.S. State Department. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-cvwe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1507
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cori  Bishop

---

## General Comment

I oppose this rule change. Firearms are dangerous. They are used to kill people every day around the
world in acts of organized crime, political violence, terrorism, and human rights violations. They should
be subject to more controls, not less! The bottom line is that switching the regulation of firearms exports
from the State Department to the Commerce Department would facilitate firearms exports to oppressive
regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9431-4aba |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1508
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Matt Peters

---

## General Comment

I oppose this regulation change. We need to make sure firearms are not exported to oppressive regimes and maintain safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-zyyf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1509
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary B

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

If we want to lessen the number of people applying for refugee status, we should be working to make their countries safer, not flooding them with more weapons of war. We should be working to make other countries safer and more stable, not creating more violence and instability by selling them more firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-2rng
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1510
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** TATYANA  WHITE

---

## General Comment

Firearms exports are military and should not be classified as commercial. I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Making this change endangers every single person living in this country. I strongly oppose this change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-kctl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1511
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** julia  bottom

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

DOSWASHINGTONSUP03140

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-86vt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1512
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurel  Gress

---

## General Comment

I am strongly opposed to the National Rifle Association's efforts to move the handling of export licenses from the U.S. State Department to the U.S. Commerce Department, making it easier for U.S. gun manufacturers to sell weaponry to other countries.
The last thing other countries need is for their nations to become lawless, dangerous, gun-happy places for the citizens to live, much like this country has become. The NRA should be labeled a terrorist organization and should be outlawed and shut down. It has become almost as dangerous as the Taliban and Al-Qaida in the Middle East!
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-idwx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1513
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gloria  Doan

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
I oppose this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-mka3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1514
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9431-5m2r |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1515
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-stdw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1516
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martha M. Wilson

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce department for the following reasons.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-i191
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1517
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Gardner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP03146

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-34fx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1518
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rochelle  La Frinere

---

## General Comment

This regulation of firearms export must remain with the State department, not Commerce.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 | |
| **Tracking No.** 1k2-9431-sjdr | |
| **Comments Due:** July 09, 2018 | |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1519
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martha  Baird

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the
U.S. State Department to the
U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-v0am
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1520
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith Greenberg

---

## General Comment

I oppose this rule change that would switch regulation of firearms from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-k37z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1521
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Maryann Mueller

---

# General Comment

I strongly urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war. Please do what is for the safety of the common good. Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-9hea
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1522
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

For our national and global security, please keep firearm trade regulations within the State Department's jurisdiction. Leaving this matter in the hands of the Commerce Department would only increase the likelihood of weapons falling into the wrong hands.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-k5f0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1523
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** brian  mcdermott

---

# General Comment

Please do NOT move the handling of export licenses of semiautomatic assault weapons and other
powerful firearms from the U.S. State Department to the U.S. Commerce Department. If allowed to be
exported these weapons can be used against the US and other friendly governments by terrorist and the
mentally deranged.

DOSWASHINGTONSUP03152

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-9csr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1524
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Mike  M

---

# General Comment

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]


[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-rwf6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1525
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jen  Kropinak

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-2cq1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1526
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donna  Soodalter-Toman

---

## General Comment

I totally oppose moving the control of selling weapons to foreign countries from the Department if State to the Commerce Department!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-mhfz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1527
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Hershkowitz

---

## General Comment

I oppose this change. The State Dept, which protects US interests around the world, should continue to oversee weapons sales to other countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-sdt6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1528
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allison Walters

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-5dzs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1529
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Grant  Power

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-7kix
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1530
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  McAllister

---

## General Comment

I am for the regulation of international fireams to remain with the State Department to better insure the unsafe spread of firearms internationally.

DOSWASHINGTONSUP03159

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-s7kj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1531
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Rosenbaum

---

## General Comment

I strongly efforts to shift the responsibility for the oversight of the export assault rifles and other guns from the State Departments to the Commerce Department as that will result in the relaxation of rules making it easier for U.S. firearm manufacturers to export assault rifles and other guns with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war. This action would result in the "export" also of our plague of gun violence that exists in our country today! Guns and other deadly weapons are already managing to get our of the US illegally through the lack of background checks at gun shows. We should not make it Legal to sell weapons overseas just to keep sales up for gun manufacturers!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-wael
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1532
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

We need laws that make sure that guns are only in the hands of responsible gun owners. This law does not meet that requirement.

DOSWASHINGTONSUP03161

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-yyab
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1533
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Ames

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-8rve
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1534
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Klausing

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-taea
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1535
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP03164

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-45ui
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1536
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emily  Munro

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03165

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-q9fe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1537
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael Crowden

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

DOSWASHINGTONSUP03166

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-kwek
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1538
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** ARTHUR  GOLDFARB

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
Exported American arms and ammunition could potentially find their way as the instruments of death to American soldiers, allies, or even tourists. Thus, rules for such exports should never be based on goals of commerce, i.e. Department of Commerce. Exports of firearms must remain under the jurisdiction of State.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ou6c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1539
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Davis

---

## General Comment

I could NOT be more opposed to this absolutely crazy idea. Are you guys nuts? There are too many guns now. Guns don't make you safe.

DOSWASHINGTONSUP03168

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-mcpu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1540
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shari  Draayer

---

## General Comment

I am writing to you to formally oppose this dangerous rule change switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous; they are intended to be deadly. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. In a sane and just world they would be subject to more controls, not less! Forget making America great again; could we make it sane and just first?!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-plp3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1541
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Cobb
**Organization:** SEIU

---

## General Comment

I'm opposed to the rule changes for the Inernational Traffic in Arms Regulation s because it would
eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them.

It would also remove licensing requirements for brokers, increasing the risk of trafficking.

And it would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-3vz0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1542
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Meisler

---

## General Comment

I oppose switching regulation of sales of firearms from the State Department to the Commerce Department. Do not make this proposed change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-2h5d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1543
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sybil  Schlesinger

---

## General Comment

Please do not enact this rule change. This proposed rule change eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

There are enough weapons in the world now. We do not need to enrich gun manufacturers at the expense of all the rest of humanity. Do not change this rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-rotz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1544
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rev. John Fernandes

---

## General Comment

We do not need more guns around the world. Some of the anticipated customers are not friendly toward the United States.

DOSWASHINGTONSUP03173

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-m5bh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1545
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judithe Norman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U. S.State Department to the

U.S. Commerce Department. This is another example of the power the NRA has over our elected officials whose job

is to keep our country safe not to pander to the NRA. Do your job!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-pfyx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1546
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amanda  OConnor

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-5e9b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1547
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith Fardig

---

## General Comment

I am a retired nurse-midwife, very concerned about the public health impacts in the U.S. and globally of too many guns in the hands of dangerous people. Let's not export our lethal problem to other countries.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migrations.

Keep the regulation in the State Department with stronger safeguards and a history of trained personnel to enforce them.

The N.R.A. is becoming a toxic brand so they are looking to develop a new money stream for U.S. guns and ammunition manufacturers. Do not be cowed by their pressure.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-y5oo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1548
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila  Brooks

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-fist
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1549
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda Curtin

---

## General Comment

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4w58
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1550
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  McLees-Lane

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department.Firearms are dangerous. They are used to kill people every day around the
world in acts of organized crime, political violence, terrorism, and human rights violations.
They should be subject to more controls, not fewer!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-8k03
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1551
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Mundorf

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP03180

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-tf03
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1552
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip  Tobias
**Organization:** Philip Tobias Enterprises (and various clients or other companies)

---

## General Comment

Please reject the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms have caused the deaths of several people I knew, in several different incidents. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Switching regulation of gun exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration, such as our country is currently experiencing on our southern border.

To protect human safety and societal stability, please reject this rule change.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ygyy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1553
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Al  Mendelsohn

---

# General Comment

The weapons rule change could make the world more dangerous.

For starters, it would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

Don't do it!

It would remove licensing requirements for brokers, increasing the risk of illegal trafficking.

Don't do it!

It would remove the State Departments block on the 3D printing of firearms.

Don't do it!

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon.

The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Don't do it!

We are watching.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4t0b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1554
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  McArthur

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03183

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-dqag
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1555
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol Allen

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export fro the U.S. State Department to the U.s. Commerce Department. In this age of international terrorism, it is crucial that we have stringent oversight of arms sales to overseas (as well as domestic) entities. The mission of the Department of Commerce is commerce, not safety or security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ivh0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1556
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Belinda  Lang

---

## General Comment

I strongly oppose the rule that would take the handling of export licenses for semiautomatic assault weapons from the State Department and give it to the Commerce Department. The State Department protects our country while the Commerce Department promotes businesses. People's safety and well-being should be placed before profits.

DOSWASHINGTONSUP03185

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-o9nx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1557
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ruth  Boroshok

---

## General Comment

Why can't we promote PEACE rather than more opportunity for violence!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-d722
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1558
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Aaron  Ucko

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9432-hufi
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1559
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter Ayres

---

## General Comment

I would certainly be opposed to this change. Any exporting of guns should remain under the oversight of the State Dept.
I think just as a national security we would want that. Once they are not watching anymore, who knows how many guns would exit this country and where would they be going to?
We might easily be responsible for killing our own, fighting rebels and terrorist that would be able to exploit this change.
This is just less regulation on a gun problem we already have and should not be changed.
Just say no.

thank you
Peter Ayres

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-g335
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1560
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynn  Mignola

---

## General Comment

I oppose any rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. A rule change like this would increase the likelihood of
large weapons caches getting into the hands of violent and dangerous agents and decrease safeguards for
American Citizens. Arms sales are not about commerce and should not be treated as such.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-nmwf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1561
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Fred  Licht

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-jwvf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1562
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jo Ann  McGreevy

---

## General Comment

This is simply so undeniably WRONG and DANGEROUS! Why does the United States have far, far
more deaths from guns than virtually all other countries combined? We must NOT allow the gun industry
to "control" us!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-8drg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1563
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roger  Chambers

---

## General Comment

For the following reasons, this rule would make the world a far more dangerous place.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would also remove licensing requirements for brokers, increasing the risk of trafficking.
It would also remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-p4uo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1564
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Larson

---

## General Comment

The sale of guns effects our national security. These sales can go to terrorists around the world. The ability to sell weapons should remain with the state department that is much better equipped to vet where and to who they go to

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-2g35
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1565
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Davis

---

## General Comment

Changing gun regulation:
Relaxing the gun rules to make it easier to export and obtain guns is crazy. We need tighter gun regulation to make it harder for the crooks of this country to obtain one. Just look at the deaths guns in this country are causing...no brainer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ar2j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1566
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pauline  Alama

---

## General Comment

I oppose this rule change, which would transfer the regulation of firearms export from the U.S. State
Department to the U.S. Commerce Department. I don't want my country to be the arms dealer to the
world. What the world needs now is not more guns. More guns going around the world, possibly getting
in the hands of terrorists, do not make our country or our world safer.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-3xmr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1567
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tracy  Artley

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-mvmd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1568
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bryan  Dunphy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department for the following reasons:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-q180
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1569
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Evelyn  Hutt

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the proposed rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-v6a0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1570
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn  McKinney

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States,
but around the world. They are pushing hard for a rule change that would move the handling of export
licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department
(focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting
American business).[1] This transfer of authority would open new floodgates for arms sales
internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

<div style="border: 1px solid black">

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-sg0o
**Comments Due:** July 09, 2018

</div>

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1571
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Joan Farber

---

# General Comment

I am writing because I am opposed to the proposed change in regulation concerning the export of firearms which would seriously increase the dangers to this country . These are my concerns:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7

I hope you will take these issues into consideration and not make changes which can so dangerously impact national security.

Yours truly,
Joan C. Farber, Ph.D.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-p98q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1572
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** LORI  BUNTON

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. This new regulation is wrong and dangerous not only for U.S. national security but for global security as we know that the greed of firearm manufacturers will surely trump their aversion to selling arms to dangerous countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-wnyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1573
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-17th
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1574
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gania Barlow

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The rule change would make the world a far more dangerous place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-b7nh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1575
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard Boyce

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-v6n7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1576
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-hahs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1577
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jane  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-cihb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1578
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ashley  Koger

---

## General Comment

We need to regulate weapons that could threaten the safety of our country and others. Allowing the US to sell guns to any foreign country, regardless of stability and human-rights track record, is reckless and short-sighted.

DOSWASHINGTONSUP03207

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-jt6w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1579
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sylvia Hopkins

---

## General Comment

If the NRA is permitted to take themselves out of the arena of the USDS, it will become the purveyor of death worldwide. The US already is exerting a terrible pressure on human life with the pressure of its military in so very many countries. The NRA sales would further undermine the sovereignty and health of these nations.

Please make me proud again, to be a citizen (my ancestors were early immigrants to this new world) of the USA. Do not let the NRA have its way in this.

My great grandfather, an immigrant from Nauborn, Prussia, was conscripted into the Union Army of the Civil War. He died of disease in that war, leaving his immigrant wife a widow and his four small children fatherless. He had come to this country to find food, escape militarism and killing.

There is no reason to allow the NRA to place weaponsso easily into the hands of human beings in other countries where people long for a good life. It would be the exporting of a culture of death that we have allowed to grow here. This culture shocks me daily.

Sincerely,
Sylvia Hopkins

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-3ffv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1580
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Murphy

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would make it easier for the export of firearms to oppressive regimes; it would remove safeguards that help keep organized crime and terrorist organizations from obtaining weapons; it would increase the kind of violence that destabilizes countries and causes mass migration, which is already occurring at alarming rates due to wars, and criminal gang activity.

The rule change would eliminate the State Departments Blue Lantern program, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. This would be devastating to civilian populations.

The rule change would remove: (1) the licensing requirements for brokers, expanding the risk of trafficking; (2) the blocking ability of the State Department on the 3D printing of firearms. Without this capability, the State Department would lose an important tool for charging individuals, who use 3D printers to print firearms, with violating arms export laws. The rule switch would remove this block, and expose civilians everywhere to an exponentially larger risk of dying from the expanded use of these lethal weapons.

Please do NOT make this rule change, which will endanger innocent people's lives worldwide.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-9hkb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1581
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Douglas Godfrey

---

# General Comment

I oppose this or any other rule change that would transfer authority to grant licenses for the export of firearms from the U.S. State Department to the U.S. Commerce Department.

Firearms in international trade are used as weapons of war. Neither the US State Department, nor the US Commerce Department should not be in the business or promoting War.

The United States should not be exporting our problems with automatic and semi-automatic weapons to the rest of the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-oeax
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1582
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet  Anonymous

---

## General Comment

As a concerned American and member of the world's human race, I urge you to do whatever is necessary to keep control of the international sale of American firearms. To move it to the Commerce Department flips the focus from safety and peace to making money, and we all know that with money as a motivator, it's much easier for deals to be made that may not be in our country's best interests.

Thank you for standing up for humanity rather than for money-making.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-zgmg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1583
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kelly Orringer MD

---

## General Comment

I am writing to express my STRONG OPPOSITION to this plan.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]
Submit comments now to the State Department and the Commerce Department opposing the rule change.


Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!


[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.
[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.
[3] Ibid., The Boston Globe
[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.
[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.
[6] Ibid., Violence Policy Center.
[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-1p1i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1584
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Winkler

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-uc9y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1585
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Lyn  Bober

## General Comment

I am very concerned about this issue. I strongly oppose this rule change that would switch the regulations
of firearms export from the U.S. State Department to the U.S. Commerce Department. The safety of our
country AND the world depends upon keeping these regulations under your governance. Thank you for
your consideration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4urk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1586
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Faust

---

## General Comment

There is no reason to allow any change in the sale and export of weapons . To do so would open the door to more violence and death in this world and even less regulation of semiautomatic weapons. Don't let the NRA get away with this dangerous change in it's business.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ym24
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1587
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Siems

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-edt1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1588
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PJ Clark

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-vn84
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1589
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Posner

---

## General Comment

To Whom It Concerns:

I oppose this rule switching the responsibility for regulatory oversight of firearms exports from the U.S. State Department to the U.S. Commerce Department. Diplomacy not weapons should be our chief export.

Imagine if that were so: if we retained credibility to solve through diplomacy conflicts around the world. Not only have we been ceding that ground, but now will we increase our presence through even more weaponry? Is my beloved country becoming an evil empire? Please, please, please do not allow this change!

Patriotically yours,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-l0kj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1590
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Timothy  Bailey

---

## General Comment

I strongly oppose thus rule change that would switch the regulation of firearms export from U.S. Department of State to U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9432-tw8g |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1591
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victoria  DeSarno

---

## General Comment

I oppose the rule change that would switch control of weapons from the State Department to the Commerce Department.

DOSWASHINGTONSUP03220

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-zfi7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1592
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** CYNTHIA  DZENDZEL

---

## General Comment

Please do not allow the transfer of firearms regulation from the State Department to the Commerce Department. Firearms sales to foreign countries should be tightly regulated to avoid the proliferation of dangerous weapons to countries and individuals that may use them against us or other innocents. Please prevent the export of American violence.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-h1jr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1593
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Judith  Kudless

---

# General Comment

I oppose this rule change that would switchgun regulations from the state sept. To the commerce department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-sgec
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1594
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** christine  maciel

---

## General Comment

No, do not switch the regulation of firearm exports from the STATE DEPARTMENT. This is too important to be considered merely 'commerce', it involves who gets guns and what they are to be used for. We must support diplomacy over wars!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-l5xc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1595
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Heid

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.
With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The rule change would make the world a far more dangerous place:
--It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
--It would remove licensing requirements for brokers, increasing the risk of trafficking.\
--It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-yn1d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1596
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Stanley  Thompson

---

# General Comment

I am opposed this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the
State Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove safeguards that help keep extra-legal agents like organised crime and terrorist organisations from
obtaining weapons, and further fuel violence that destabilises countries and causes mass migration.

How else would the rule change would make the world a far more dangerous place?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.

Please block this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-itsn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1597
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Therese  Wilson

---

## General Comment

I strongly oppose the rule change that would move the handling of export licenses of semiautomatic weapons
and other weapons
from the U.S.State Department to the Commerce Department.

This rule change would seriously undercut or even eliminate congressional oversight of weapons sales or shipments.
This is totally unacceptable!
The ability of our representatives to stop the sale of large numbers of dangerous weapons
to countries who are known abusers of human rights is an absolute necessity!
This rule change would TRULY endanger our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-pbdu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1598
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judy  Kameon

---

## General Comment

I oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-icfi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1599
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill Berkowitz-Berliner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-fi6u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1600
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** E.  Luckring

---

## General Comment

I oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I believe firearms exports should stay under the regulation of the State Department and that Congress should have the power to block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it might see reason to stop in the name of national security, or to prohibit sales to countries where there are serious human rights concerns.

Moreover, the Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This proposed change would make our country less safe by fueling terrorism and organized crime around the world.

Please keep firearms exports under the regulation of the State Department.

Thank You,

Eve Luckring
3641 Lavell Drive
Los Angeles, CA 90065

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-qwyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1601
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shea  Najafi

---

## General Comment

I oppose

DOSWASHINGTONSUP03230

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-gssk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1602
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rosalie Riegle

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03231

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-rx13
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1603
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** beth  Fischer

---

## General Comment

I STRONGLY oppose the rule change on firearms!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-5dd5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1604
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie  Toner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need the the U.S. State Department to make the determination. Not weapons salesman making such a determination. Would you buy a home security system from a non-vetted burglar???

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4nrq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1605
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** alena  jorgensen

---

## General Comment

Are you all nuts? You want to make it easier for our enemies to buy Guns? You really are on a mission to decrease the surplus population. Not just here in the US, but all over the world. KARMA!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-vbjf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1606
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marge  Schwartz

---

## General Comment

The Commerce Dept. should not be in control of gun sales especially to foreign countries. Guns should remain in the jurisdiction of the State Dept.

DOSWASHINGTONSUP03235

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1ve9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1607
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** karyn  barry

---

## General Comment

I strongly oppose switching the regulation of firearm exports from the State Department to the Commerce Department!

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

We need FEWER guns in the world, not MORE!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-8zm7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1608
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Forbes

---

## General Comment

The words below, taken from Defense News dot com, echo my own views on this matter. Please take these words under consideration.

There are five key dangers of shifting oversight of firearms exports to the Commerce Department.

First, there is an increased risk of exports to unauthorized end users and conflict zones. Under the Commerce Department system, companies can generally use several broad license exemptions to export military equipment without U.S. government approval. When the U.S. government shifts oversight of firearms exports to companies, it loses the ability to identify key warning signs, including risky middlemen, unusual routes and mismatched weapons systems, of a possible diversion of U.S. guns to terrorists, criminals or conflict zones. Without U.S. oversight, the government also couldnt stop the sale of firearms to foreign security force units accused of serious human rights violations or corruption.

Second, a shift to the Commerce Department could compromise the United States ability to investigate and prosecute arms smugglers. The Trump administrations proposal would likely eliminate the current requirement that individuals receive government approval before attempting to broker a deal to non-NATO countries for firearms controlled by the Commerce Department. The proposal might also remove the requirement that companies first register with the U.S. government before engaging in arms exports, which U.S. law enforcement has used to build investigations against illegal arms traffickers. Furthermore, the proposal could create greater legal ambiguity about restrictions on firearms exports and, thus, impede U.S. law enforcements efforts to prosecute cases of illegal arms trafficking. Indeed, if an arms exporter can show that a reasonable person would be confused by U.S. regulations, the illegal exporter could escape prosecution.

Third, the proposal risks losing key legal restrictions on dangerous arms transfers. Commerce Department regulations, unlike the State Departments, are not tied to all federal laws that regulate security assistance, including the commercial export of defense articles to foreign governments that support terrorism, violate internationally recognized human rights norms or interfere with humanitarian operations as well as country-specific controls imposed on nations of concern, such as China. A shift to

the Commerce Department would likely complicate, if not end, State Department reviews of a recipient's human rights violations, as the State Department bureau in charge of human rights may face greater difficulties in pressing for restraint on risky firearms exports. Such a shift would thereby dilute the State Departments ability to prevent high-risk transfers.

Fourth, the Trump proposal risks eroding global norms on firearms exports. Over the past two decades, through bilateral and multilateral agreements, the United States has successfully encouraged governments around the world to adopt better laws and policies to stop irresponsible and illegal arms transfers. Many of these agreements note the need to review export licenses on a case-by-case basis, highlight the importance of brokering registration and licensing and contain other key controls. If the United States decides to reduce or remove some of these controls, many other countries may choose to do so as well, particularly if it allows them to better compete with the United States.

Finally, a shift would likely result in less transparency in arms sales. The proposal could eliminate both Congresss and the publics view of U.S. firearms sales authorizations and deliveries around the world because the Commerce Departments annual reports cover only about 20 countries. Furthermore, there are no public end-use reports on arms exports authorized by the Commerce Department such as those for exports authorized by the State Department. The reports are useful to identify key trafficking patterns that can help avoid risky arms transfers.

Sincerely,

David Forbes

DOSWASHINGTONSUP03238

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-a5g9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1609
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denise Pettit

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1r4x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1610
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Hughes

---

## General Comment

Changing this regulation would make it easier for terrorists and oppressive regimes to get firearms. This will lead to more killings and fear around the world with the result of more people fleeing their country. Why do we need to arm the entire world? It just benefits the gun makers and the NRA!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-e0sg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1611
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Anderton

---

## General Comment

As a defense industry supporter, I support the movement of Category III small arms ammunition regulation from the State Department to the Commerce Department Control List of the Bureau of Industry and Security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-qzls
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1612
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Melloh
**Organization:** maine psr

---

## General Comment

Please act responsibly. Protect innocent children and others from ruthless slaughter with weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ogcf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1613
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am very much opposed to a rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking the changes in this rule seriously and considering the safety of the citizens and not the profits of the firearms industry.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-jo4x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1614
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeffrey  Kleiner

---

## General Comment

Dear Sir or Madam,
I am writing to protest the proposed transfer of gun sales and supervision of the overseas sales of guns from the State Department to the Commerce Department. With the amount of gun violence piling up in the USA, the last thing necessary is more liberal treatment of gun sales. Gun manufacturers and sales considerations should remain under the control of congress with State department oversight.
J B Kleiner, MD

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-tdzw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1615
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** JANICE MOLAND

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Here are more details on how the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I oppose this change. Thank you for taking action to help make our families, loved ones, our country and our world a safer place.

DOSWASHINGTONSUP03246

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-702n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1616
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gerritt and Elizabeth  Baker-Smith

---

## General Comment

We have learned that the NRA and gun manufacturers are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

We oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place for these reasons, among others:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

All of which leads us to urge that this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department
be OPPOSED!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-i8gu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1617
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Alice Feldman

---

# General Comment

I OPPOSE SWITCHING FIREARMS REGULATIONS TO US COMMERCE DEPARTMENT!
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment arms inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the glob

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ddo9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1618
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Anonymous

---

## General Comment

Don't transfer authority for reviewing export licenses of semiautomatic assault weapons and other powerful firearms to the
Commerce Department. Congress would no longer be automatically informed about sizable weapons sales that it could stop in
the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and
Turkey. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of
Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-mvkx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1619
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg  Hamby

---

## General Comment

Greetings, I am opposed to having the Commerce Department oversee Gun Exports from the United States. This mistaken proposal by the Gun Lobby could put more guns in the hands of terrorists. The State Department needs to remain in charge of Gun Exports to make sure weapons do not end up in the wrong hands and places.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-tw5u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1620
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christine Fidance

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-jj4t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1621
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Horejsi

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

DOSWASHINGTONSUP03253

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-4yzl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1622
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Chismar

---

## General Comment

A rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business) would open new floodgates for arms sales internationally, with serious implications for our national security. This is NOT acceptable.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9433-o3a5 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1623
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denise  Lytle

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-km4a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1624
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomasin  Willard

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department. This transfer of authority would open new
floodgates for arms sales internationally, with serious implications for our national security. Right now,
firearms exports are classified as military. This is why they are under the regulation of the State
Department, and why Congress can block sales of large batches of firearms to foreign countries. With the
rule change, Congress would no longer be automatically informed about sizable weapons sales that it
could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have
the resources to adequately enforce export controls. This means that firearms traffickers, organized
crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to
obtaining large caches of American guns and ammunition.

Please leave these regulations under the authority of the State Department - the proposed change benefits
the NRA and arms profiteers, and no one else.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1tda
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1625
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Ursula  Cohrs

---

# General Comment

I m writing because I am against moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department which is focused on safeguarding our nation, to the U.S. Commerce Department which is focused on promoting American business.

This transfer of authority would open floodgates for arms sales internationally, with serious implications for our national security.

- It would eliminate the State Departments Blue Lantern program (in place since 1940) which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- It would also remove licensing requirements for brokers, increasing the risk of trafficking.
- And it would remove the State Departments block on the 3D printing of firearms.

As an example to the last comment: When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

We all know that firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations.

This is why fireamrs should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-o3b1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1626
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Goldstein

---

## General Comment

This change will further the danger to the citizen by favoring a business profit over human life -I implore you please don't sell the lives of our children and ourselves . M Goldsten.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-erzt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1627
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frances Bennett

---

## General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department. There are safety measures in place that would require licenses that are meant to keep arms transfers, including the blocking of 3D printing of arms, carefully monitored. KEEP THESE RULES IN PLACE AND UNDER THE STATE DEPT.

Commerce does not have the resources in personnel to oversee and keep arms from ending up in the hands of terrorists, arms traffickers and other dangerous entities. Our nation is safer with arms sales being under the State Dept. The safety of our nation is more critical than profits.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-7z56
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1628
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Susan  Kerbel

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-w8zb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1629
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James Klein

---

## General Comment

I strongly Oppose a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place.

Common sense gun safety measures, like numerous other issues (climate change, food labeling, immigration reform, prison reform, education reform, short-term lending regulation, healthcare reform, banking regulation, opioid regulation) remains a vexing problem primarily due to corporations' ability to curry favor with elected officials. The corrupting influence of money in our political system is undermining our democratic traditions and discouraging Americans from voting and/or running for office. This ominous development may well end our experiment in representative democracy unless we alter this decades-long trend. For the sake of the republic, we must amend the US Constitution to state that corporations are not people (and do not have constitutional rights) and money is not speech (and thus can be regulated by state and/or federal campaign finance laws). Short of accomplishing this, no other reform of significance will be achieved. The moneyed interests will turn any reform to their benefit, often at the expense of the nation as a whole.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-d6je
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1630
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cindy  Ware

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U>S> State Department tothe U>S> Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-72pb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1631
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dominica  LoBianco

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03263

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9433-ktff |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1632
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Ross

---

## General Comment

To Whom It May Concern,
I am extremely concerned about the proposed changes in the regulations for guns.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

We need safe and thoughtful gun regulations...not exporting guns for a less secure and stable world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-k2pl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1633
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine  Rymsza

---

## General Comment

I oppose the transfer of gun regulations from the state dept to the commerce dept

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-lk0a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1634
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Smith

---

## General Comment

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ab9h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1635
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9433-ccnh |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1636
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Williams

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-z86b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1637
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Damon  Mills

---

## General Comment

I am against this change that would move regulations to export firearms to the department of commerce rather than the state department, the state department should continue to regulate export of firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-pqkt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1638
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Cohen

---

## General Comment

This is just another way for gun manufacturers to make more money and has nothing to do with people's rights. I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03270

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-j6zp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1639
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Suzy Clarkson  Holstein

---

## General Comment

I oppose the rule change which would put international fire arms sales under the jurisdiction of the Commerce Department. In an era when we are concerned about terrorism and weapons availability, it seems very wrong to move gun sales into a sphere where profit would be the chief concern and not national security. Please keep arms sales under the oversight of Defense.

DOSWASHINGTONSUP03271

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-xv0b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1640
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vicki  Linkin

---

## General Comment

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-q6oz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1641
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gary Korengel

---

## General Comment

Please do not transfer the responsibilities for gun exports outside the US from the US State Department to the US Commerce Department.

Individual company's goals are to increase sales and dividends for shareholder, not worry if they are selling deadly weapons to terrorist nations and organizations.

The US State Department is much better equipped to process and regulate the export of semi-automatic guns and all lethal weapons than the US Commerce Department.

Keep American's save now and in the future. We do not want to be fighting terrorist groups that use US made guns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-p7sw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1642
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frank  Wissler
**Organization:** 695 Hillcrest Trl

---

## General Comment

Another step in reducing the security of our nation in the narrow interests of padding the bottom line of manufacturers. Just one more step to fascism.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-82st
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1643
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexandra  Walter

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-p5dp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1644
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrea Zinn

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-n7he
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1645
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Krist

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The US SHOULD NOT BE EXPORTING MILITARY WEAPONS!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-2by0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1646
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janie Horowitz

---

## General Comment

I guess, not enough people have died to be a sufficient amount to Warrant gun control! Shame on you!

DOSWASHINGTONSUP03278

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-fr7i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1647
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica Livingston

---

## General Comment

Keep firearms classified as "military" to keep Americans safe. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-7roa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1648
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Julie  Sears

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

DOSWASHINGTONSUP03280

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-2i9e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1649
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brad  Johnson

---

## General Comment

This is horrible. The consequences of this will be dire.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-16ze
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1650
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Copenhaver

---

## General Comment

I oppose this rule change that would switch the regulations for firearms export from the U.S. State
Department to the U.S. Commerce Department. This is a question of national security, as Commerce
lacks the resources to adequately enforce export controls. Its Bureau of Industry and Security does not
have staff everywhere, which means firearms traffickers, organized crime, terrorist organizations, and
other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-s7yw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1651
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** michael  pyle

---

## General Comment

I vehemently oppose this rule and will vote against "Anyone" who votes for it. We have enough issues with what's already in place regarding assault weapons. This rule is disgusting.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-w9md
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1652
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ruth  Neifeld

---

## General Comment

I am writing to express my opposition to the proposed regulatory change that would move firearm exports from the U.S. State Department to the Commerce Department. Munitions sales should be more closely monitored, not less so.
Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-f2gc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1653
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl Ritch

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I do not believe that this change is in the best interest of the people in our country or the people in the world at large.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-t3q1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1654
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine  Bartel

---

## General Comment

The last thing we need is to supply arms to foreign nations. All this talk about securing our borders is
meaningless when arms are made available to anyone anywhere. ISIS already loves coming here to
restock their arsenals--this would make even travel unnecessary to them. The NRA cares only about
making money, not about freedom, democracy or security. The U.S. Department of State is the proper
place to decide where weapons can safely be shared.

# PUBLIC SUBMISSION

| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9433-45t8 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1655
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Reed  Floarea

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-d2pw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1656
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sabrina  Sutliff-Gross

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-hmp7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1657
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dan  Esposito

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Thank you.

DOSWASHINGTONSUP03289

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-fll1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1658
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shannon  Shea

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Congress needs to able to know about large-scale sales of arms in other countries, especially to countries with major human rights abuses. Changing the current rule could pose major risks to national security and human rights worldwide.

DOSWASHINGTONSUP03290

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ypzf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1659
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kim  Kensler-Prager

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need gun safety in our country not pandering to the NRA.

DOSWASHINGTONSUP03291

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-l1fz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1660
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Marion  Tidwell

## General Comment

I strongly oppose this rule change. Export of weapons should not be overseen by a body with self interest at stake. it should be a matter of national interest.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-obli
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1661
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John W. Bova

## General Comment

This rule change is not needed and in fact is a dangerous move only meant to sell more guns to more unstable people!

Please don't let this go through, the world is dangerous enough now!

DOSWASHINGTONSUP03293

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-7f6f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1662
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Holm

---

## General Comment

I am writing in opposition to the commercialization of guns. We have seen the devastating impact of commercialization in the US. I am adamantly opposed to exporting this deadly policy to other countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-9xe1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1663
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia Edney

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

None of this will make US citizens safer from gun violence.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-go1p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1664
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brian  Fink

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03296

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-vkfa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1665
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Greg Nicholas

## General Comment

As a VN veteran, I believe there should be no weakening of arms sales. There are to many everywhere.

DOSWASHINGTONSUP03297

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-dh4o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1666
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg Gaucher

---

## General Comment

My point of view is that there should not be any changes to control over international sales of weapons of death. The state department has done an admiral job of protecting our interests world wide.

The transfer of these responsibilities to the commerce department might vacillate exporting of more death around the world. In effect we would be making it easier to provide the means to create more death. some of that death will be the death of more Americans and that is certainly not we want nor is it what we want to be known for.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-qhyr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1667
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would also remove the State Departments block on the 3D printing of firearms. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ag39
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1668
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eileen  Prefontaine

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-kqy9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1669
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Samuels

---

## General Comment

There is too much arms traffic right now. The world need less, not more arms being sent out. Stop this change to make it easier for big business to make more money while setting up more threats to to us and others around the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-o5w1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1670
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** R  Gray

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one else asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1t3o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1671
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** FRANCIS  DANCE

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03303

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-64i3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1672
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eileen  Donnelly

---

## General Comment

No more guns . We need stricter regulations rather than less

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-59wu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1673
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Winston

---

## General Comment

I'm a teacher. I was teaching 30 minutes away from Newtown, CT when the Sandy Hook massacre occurred. I had students who knew murdered first graders. There was an active shooter situation near a college campus 30 minutes from my current house this week in which a New York State Trooper was killed. The gun violence in this country needs to be reigned in. In the interests of National Security, arms regulations must be regulated by a department interested in national security, NOT commerce. Please, we are failing to protect our citizens from firearms badly enough as it is.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1193
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1674
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Hanlon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-uty5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1675
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dawn  Tubbs

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-oram
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1676
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katie  Berkowitz

---

## General Comment

Guns are more than a commodity. We need to be careful about selling them to people who might be enemies tomorrow. There should be much more care shown in selling these types of things. Do not move this to the Commerce Department.

DOSWASHINGTONSUP03308

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ji06
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1677
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beverly  Railsback

---

## General Comment

I oppose this rule change which would switch the regulation of firearms exports from the US State Department to the US Department of Commerce. This would remove any congressional oversight of firearms exports and potentially allowing exports to dangerous foreign parties.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-jn1p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1678
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Unger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ig57
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1679
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.
1. It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Department's block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.
4. Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

This change would only serve two purposes: to further the NRA's agenda to enrich the gun industry, and
to further Putin's plan to destabilize the world!

There is NO sane reason for making this change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-7m04
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1680
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Watson

---

## General Comment

Stop caving to the NRA Bull Shit.
Look at Australia and how they have dramatically reduced Gun Violence. More Guns DO NOT MAKE US SAFER !!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-jxo1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1681
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Palla

---

## General Comment

THE NRA IS A TERRORIST ORGANIZATION THAT COLLUDED WITH THE RUSSIANS IN 2016. DO NOT GIVE THESE TRAITORS ANYTHING THEY WANT!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wsev
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1682
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jan and Mike  Mahaffey

---

## General Comment

We most definitely oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is only in the best interest of the NRA. How much power is enough? We need gun control legislation to support the safely of our children, families and law abiding citizens! Lets use some common sense!!!

DOSWASHINGTONSUP03314

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ejn9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1683
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila  Wentzel

---

## General Comment

To change fire arms sales from the Dept. of State to the Dept. of Commerce is to place the security of the United States at risk. It places all Americans at risk from foreign entities who would be able to purchase military grade weapons at will and use them against us. Do not let this happen.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-68v0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1684
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Pamela  Kjono

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email,
too, in order to make your case.

Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2]
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qrw1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1685
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lily  Lau-Enright

---

## General Comment

I oppose in the strongest voice this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Our world is already in an unsafe and perilous state with rampant uncontrolled gun violence here and abroad. Allow the State Dept to continue its authority to oversee the sale and transfer of firearms. Do not transfer this authority to the Dept of Commerce that has no experience with national security and does not have adequate staff to enforce these new functions. This rule change would hugely threaten the safety and security of our own country as well as internationally.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-7agn
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1686
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine  Slawinski

---

## General Comment

I want you to know I oppose this rule change, which would allow the U.S. Commerce Department to regulate firearms exports, taking it away from the U.S. State Department. This opens the way for promotion of licensing semiautomatic assault weapons and other powerful firearms, rather than their regulation. This must not happen!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-z1p6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1687
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marian  Gamble

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pkw6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1688
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Stromberg

---

## General Comment

Moving regulations on firearms from the State Dept. to the Commerce Dept. would increase violence around the world. It would be too easy for large quantities of weapons to be exported to dictatorships, terrorists, and organized crime.

Keep the current regulations in the State Dept.

DOSWASHINGTONSUP03320

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-mbyp |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1689
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann Rogers

---

## General Comment

Quit selling. military weapons all over the world . We will never have peace that way.
I feel sorry for those who think this is the only way to earn money. It is blood money !

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-3c4l
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1690
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annette  Shaughnessy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

In addition, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change must not be implemented.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wykt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1691
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott  Sinclair

---

## General Comment

Keep control over gun sales to foreign nations. Gangs would have even more power if they can buy weapons more freely.

DOSWASHINGTONSUP03323

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-icqv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1692
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomas Perez

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-e0a8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1693
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eleanor  Sylvestro

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less! I oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03325

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-l50w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1694
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henriet  Nadler cohen

---

## General Comment

To Whom It May Concern,
I am a mother, a clinical Social Worker who is ardently concerned about the importance of gun control as a way to maintain a civilized society and protect human life from the use of guns to harm others. Currently, I am wriing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because this rule change treats semiautomatic assault rifles as non-military." This is despite the fact that U.S troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts and the civilian possession of such weapons is profhibited in many countries. The proposed rule also" eliminates Congressional oversight for important gun export deal transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S and exports abroad by removing the block on 3 D printing of firearms.
This proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction and human rights, to an agency with a mission to promote trade and lacks the resources to adequately enforce export controls.
Keep The U.S State Department in charge and control of export license oversight for firearms.
Thank you.
Henriet Nadler-Cohen

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-f1ja |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1695
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gail Fleischaker

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It is a naked attempt to allow greater export, hence greater production -- all for the interests of U.S. arms manufacturers.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-pro4 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1696
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-s9o3
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1697
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MIKE SHUNNEY

---

## General Comment

Weapons manufacturers want to sell guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as "military." This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

[1] "Trump move would make it easier for U.S. gun manufacturers to export firearms," The Washington Times, May 14, 2018.

[2] "Trump wants to make foreign arms sales easier," The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] "American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall," The Trace, May 25, 2017.

[5] "The Trump administration proposes making gun exports easier. Here's how to submit your public comment on this dangerous proposal," Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-56yo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1698
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah  Doane

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The State Department will protect us against terrorism. Otherwise through commerce, we could enable ant-Americanist to arm itself and attack us.

Don't do it!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-r53p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1699
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am opposed to transferring the power of arms sales from the state department to the commerce department . We need fewer guns in this world Guns dont solve problems. People do. The NRA is only interested in making money on the sale of arms and not the lives of people they destroy.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ovdr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1700
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** A.M. Hess

---

## General Comment

I oppose changing the rules to change regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department. U.S. weapons already flood the globe, fueling deadly conflicts worldwide, and I do not want Commerce pushing weapons as a business interest. The State Department's job is protecting our country, and they need to oversee firearms exports in order to do so.

Keep firearms exports under the purview of the U.S. State Department. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dgcw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1701
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Thryft

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With this rule change, Congress would no longer be able to block sales of large batches of firearms to foreign countries, because it would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department does not have the resources to adequately enforce export controls and its Bureau of Industry and Security does not have staff everywhere.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-bmsa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1702
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Elizabeth Schwartz

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03335

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-uvrd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1703
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Cassinelli

---

## General Comment

As this nation currently has weapons enough for every man, woman and child extant , where is there a need for more of the same? The United States does not need foreign made weapons to become part of that current arsenal of arms in the nation.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-8f2r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1704
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am appalled at this idea and would like to see stricter gun laws not easier access through the absurd channel of the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-6ca4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1705
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl  McDowell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-k5z3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1706
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kenneth  DeBey

---

# General Comment

To whom it my concern:
The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-bb9l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1707
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jane  Holt

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Please don't switch the regulations from the US State Department to the Department of Commerce.

thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-f3x0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1708
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexander  Kofsky

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dxun
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1709
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynn  Johnson
**Organization:** concerned citizen

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I strongly oppose this proposed rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-bam2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1710
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Resciniti

---

## General Comment

I am opposed to switching the regulation of firearms exports from
the State Department to the Commerce Department because it would
facilitate firearms exports to oppressive regimes, remove safeguards
that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and it would further fuel
violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dgv7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1711
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Francina  Golden

---

## General Comment

I am totally opposed to switching control of firearms exports to the Commerce Dept. This will pose a threat to our national security at a time where there is great unrest in the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-cet4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1712
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Handelsman

---

## General Comment

Keep arms export licenses in the State Department

DOSWASHINGTONSUP03345

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-z1d5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1713
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Wallin
**Organization:** Wallin Mental Medical

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dfd1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1714
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dave Batten

---

## General Comment

It would be a colossal mistake to treat firearms, particularly semi-automatic weapons, as commodity for
export. Providing lethal weapons abroad requires thoughtful review and followup that should remain
with the State Department. Let's not export violence to the world in the name of making a buck for
weapons manufacturers.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-mmf8 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1715
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jennifer  valentine

---

## General Comment

I oppose the rule change
the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wxwx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1716
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Geneva  Metzger

---

## General Comment

Please do not switch the oversight of the sale of hand weapons from the Dept. of State to the Dept. of
Commerce. Our nation has the highest number of deaths committed by regular citizens with personal
guns than anyplace else in the world. We should not want this happening anyplace else in the world since
we already know that our country has not wanted to or has not been able to deter the number of deaths in
this country via personal guns. We should not do anything that would make this a problem or a worse
problem anyplace else in the world. The Dept. of Commerce can be pressured by large businesses and
might let that pressure by gun manufacturers to influence them to relax rules. We have more than enough
deaths every year than we should because of guns. We should not export that problem anyplace. God
only can help us if we export this problem to the rest of the world.

DOSWASHINGTONSUP03349

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-yvg5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1717
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annabelle  Van Dyke

---

## General Comment

I strongly oppose the proposed rule change that would switch regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department. Some countries that should not have access to large shipments of firearms would benefit from this change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qfo4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1718
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** K.V. Schwartz

---

## General Comment

I oppose moving international traffic in arms regulations from the State Department to the Commerce
Department because the Blue Lantern program of the State Department is highly effective at preventing
sale of firearms to countries with human rights violations.
State Department also blocks exportation of firearms to countries and organized crime groups that pose a
security threat to the US. The Department of Commerce lacks experienced professionals capable of
determining which potential recipient countries pose a security threat to the US.
We must aim for world peace, not maximizing gun exports to enrich US arms manufacturers.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-iwg0 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1719
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eve  Gregg

---

## General Comment

Why does the government allow itself to be bullied by the NRA?!?! Regulating arms sales is the job of the State department. Gun manufacturers already profit enough from guns terrorizing U.S. citizens--don't open new floodgates for arms sales internationally and further jeopardize our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-c2nj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1720
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynda  Schneekloth

---

## General Comment

I STRONGLY oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
1. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
2. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-2pak
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1721
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** victoria  wade

---

## General Comment

I am writing today to voice my sincere opposition to this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This move would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would REMOVE this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is unacceptable.

Thank you for your time and consideration of my comment.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-9l2f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1722
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew  Michaelson

---

## General Comment

I oppose the rule change that loosens the Blue Lantern program my decade of experience in police work made it very clear to me that wider availability of guns directly leads to more deaths.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-5saf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1723
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Milliken

---

## General Comment

I write to let you know that I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-u0pc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1724
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** BrendaLee Lennick

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are
under the regulation of the State Department, and why Congress can block sales of large batches of
firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically
informed about sizable weapons sales that it could stop in the name of national security, even to countries
where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Submit comments now to the State Department and the Commerce Department opposing the rule change.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place. #VeteransForPeace #MomsDemandAction

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-vtgr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1725
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin Berrill

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-yye3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1726
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Tischhauser

---

## General Comment

I am strongly opposed to moving the administration of export licenses for weapons to the commerce Dept. whose emphasis would be on approving sales rather than concern for American safety.
There are too many weapons loose in the world now without opening the floodgates for more.

DOSWASHINGTONSUP03360

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pgc0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1727
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wendy James

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Please keep firearms exports classified as military because they are! And keep it under the regulation of the State Department, so that Congress can block sales of large batches of firearms to foreign countries in the name of national security or human rights concerns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-g09g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1728
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Caitlin Johnston

---

## General Comment

I am against any changes to international regulations governing the sale/export/import of firearms.

DOSWASHINGTONSUP03362

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-z4kk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1729
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Rosenblum

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.It would remove licensing requirements for brokers, increasing the risk of trafficking.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

DOSWASHINGTONSUP03363

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-3iay |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1730
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Thomson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-83tc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1731
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Virginia Keith

---

## General Comment

My name is Virginia L Keith, I live at 4531 14th Ave S, in Minneapolis,Minnesota 55407
I am opposed to the rule change that would make it easier to sell guns around the world without adequate oversight. Also 3 D printing of guns rule should NOT be changed. We are a wash in guns I know the GOP thinks we need more guns but that is just wrong. We need to keep the oversights we now have and not to change them for a quick buck.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qtxd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1732
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Jane  Engh

---

## General Comment

I strongly oppose changing the control of arms exports from the State Department to the Commerce
Department. This would deprive Congress and the State Department of the ability to prevent U.S. gun
manufacturers from arming dictators, rebels, civil wars, criminals, and enemy regimes around the world,
all in the name of profit.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-cdp2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1733
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Esther  Diamondstone

---

## General Comment

I oppose moving the regulations of firearms exports from the State Department to the Commerce Department. Haven't we already had enough of Americans being killed abroad by American weaponry in someone else's hands?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-b8i6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1734
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sue  Remaley

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP03368

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-5und
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1735
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sr. Margaret Ann  Arnold

---

## General Comment

I oppose the rule change that would switch regulations of firearms from the US State department to the US Commerce Dept.

DOSWASHINGTONSUP03369

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-3r2t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1736
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Margaret  Colvin

---

# General Comment

I oppose change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license
and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder,
Cody Wilson, posted online instructions for how to 3D print weapons, the State Department successfully charged him with
violating arms export laws. They were able to do this because his open-source posting made it possible for anyone with
access to a 3D printer, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing
of firearms in the U.S. and around the globe.

For these reasons, I believe this is an irresponsible rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-u7fi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1737
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-mkeo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1738
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joann  Hagen

---

## General Comment

I am very opposed to a change to the Dept of Commerce because of the lack of oversight which makes it easier to traffic gun and allow 3D printing of weapons. Our government will lose control of sales. De we really want to be the arms seller to the whole world ? Don't fall for this NRA push. Guns do not make us safer...here at home or in the world.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-u7of |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1739
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-97in
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1740
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken O'Connell

---

## General Comment

To whom it may concern,

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

So please keep gun sales the way are, under the State Department.

A concerned Navy Combat Veteran!

Sincerely,
Ken O'Connell

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pxvf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1741
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Don  Hnatowich

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03375

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-huf7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1742
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Adam  Mills

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-lqhj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1743
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Richardson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03377

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-b8ff
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1744
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Louis Russ

---

## General Comment

My son Hanif Russ was shoot & killed in April 2016 as result of the excessive easy access of guns in .
B'ham police know the killer but have yet to arrest him
They probably feel that since he was not from a prominent B'ham family is life does not matter to them.

DOSWASHINGTONSUP03378

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-38n0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1745
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** margaret medford

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2]
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

As a voting citizen, I ask you NOT to change the rules!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wn6e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1746
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joel Trupin

---

## General Comment

I oppose any rule change that would make it easier to sell guns, including putting regulation over such transactions into the Commerce Department. Guns are a major problem in this country, as well as in other countries where our arms industries do business.

DOSWASHINGTONSUP03380

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ordp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1747
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anita  Knipping

---

## General Comment

I vote no against this. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking, and it would remove the State Departments block on the 3D printing of firearms.

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please reconsider your stance. It's dangerous enough here as it is.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qjok
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1748
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeannette Stokols

---

## General Comment

I strongly oppose any change in regulation of firearms from the State Department to the Commerce Department. There are so many countries and non-state actors that would take advantage of any laxity in this regulation and this could create more violence, chaos, repression in countries around the world. There is already enough violence in the world without making it even easier to enact it.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

All of the effects below would be highly detrimental to safety around the world and ultimately, hurtful as well for U.S. citizens:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-72c3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1749
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Raven  Deerwater

## General Comment

On this Independence day, please do not shift the exporting of military grade firearms to the Commerce
Department -- all it will do is fuel terrorism and make the world less safe. Do not trifle with US Security
so gun manufacturers can get more sales.

DOSWASHINGTONSUP03383

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-nd0g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1750
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine  Mendoza
**Organization:** retired

---

## General Comment

I strongly object to and resist the suggested change of control of worldwide automatic weapons sales out of the State Department and into the Department of Commerce. This change would encourage the arming of the world - without the reviews necessary to protect this nation! This is a bald move to increase the sales of weapons manufacturers and the NRA. This must not happen!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-j8kd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1751
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine  White-Fletcher

---

## General Comment

Please do not allow exportation of our deplorable gun policies to other countries thru passage of this bill!! No one, no other society need do the research on the ultra violent effects of increased access and decreased oversight of firearms proliferation! We are living - and dying proof - that this is a bad idea and not at all what the founding fathers had in mind!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-au1v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1752
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Holly Dhynes

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP03386

# PUBLIC SUBMISSION

As of: November 29, 2018
**Tracking No.** 1k2-9434-cn4o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1753
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill allbritton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9435-n7ro |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1754
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vanna  Cleary

---

## General Comment

I am totally against changing the supervision of gun and munition sales to international buyers from the State Department to the Commerce Department. The sale of these weapons of war should not be governed by people only interested in the fostering of commerce. These are not typical exports. These exports kill people. Their governance should be with the department that is more concerned with maintaining peace, rather than with the department that is concerned primarily with fostering profit.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-xf9n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1755
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annie McCuen

---

## General Comment

Oh my goodness.... who would want proliferation of guns, arms of any kind.... greedy, fearful, mean spirited people! Look what happens in our poor country, look what happens where guns are funnelled in around the world... chaos, mayhem, abuse, hunger, decimation of ethnic groups... the culture of guns prays on masses who feel inferior, cheated, fearful, the sick in mind who have no other means but vengeful behavior. How terribly sad for such a small planet!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-x7yp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1756
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Besser

---

## General Comment

You can write in something like: I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Turning firearm sales into a commodity is not the way to address gun violence; it would just be another score for the NRA and the gun industry.

DOSWASHINGTONSUP03390

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-3tzp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1757
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gertrude Crowley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Another terrible idea put forward by this administration to promote more war and terrorism around the world. Do not try and pull the wool over Americans' eyes, this move jeopardizes our safety and futures further.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-siyw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1758
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Dutschke

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the
U.S. Commerce Department .
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce
Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes
countries and causes mass migration.

DOSWASHINGTONSUP03392

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-moxy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1759
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eleanor  Rizzo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9435-u2ay |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1760
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Najemy

---

## General Comment

Flooding the world with assault weapons will bring mayhem to the rest of the world, as it has to our own country. Such weapons could easily find their way to terrorists. This should be stopped.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-1zu5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1761
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tlaloc  Tokuda

---

## General Comment

The proposed rule changes that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department is a NO BRAINER! This rule change must have been dreamed up by the NRA and gun manufacturers! What does the Commerce Dept. try to do? SELL MORE! Who are the people who normally get guns, war lords, gangsters, military juntas, etc.?!! Trump and his Republicans cronies are always talking about the national security but these rule changes would put more lethal weapons into the wrong hands and make us less safe.

I was thinking how can anyone come up with such a crazy idea, then realize how strong the NRA and its lobbyist are. This rule change will make the world a totally UNSAFE PLACE. This rule change should NOT be entertained or applied!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9eeg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1762
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

No, this change in arms regulations must not be approved. For gunsmiths to have to fill out a little paperwork and pay fees is merely inconvenient and a small price to pay to keep military style weapons out of the hands of terrorists and crazies who like to shoot up schools and public places. We need MORE regulation, not less.

DOSWASHINGTONSUP03396

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-h3k9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1763
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Loewenstein

---

## General Comment

1. Do not eliminate the Blue Lantern Program.
2. Do not eliminate licensing for Brokers
3, Do not remove black on 3d printing of Firearms

Firearms are dangerous. Most people know how to use them, what they don't know is WHEN to use them, IF EVER.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-emyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1764
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Eusey

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. What type of moronic stupid and evil is behind this proposed change is ghastly abhorrent and as a proud American, its just unthinkable. You have my permission and encouragement to publicly bitch slap the moron(s) behind this bonehead stupid proposal. This is wrong, its immoral, its stupid personified, its evil, its unpatriotic, and I hope everyone has the common sense and decency to toss this back into the shit can of stupidity from whence it came. Thank You!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-frw3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1765
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Don  Hunter

---

## General Comment

I believe the U.S. should strictly regulate the sale of firearms to other countries. The State Department is more appropriate than Commerce to oversee the sales. Further, the U.S. government should not encourage sales of firearms to other countries. The gun industry has shown that it will go to extreme lengths to promote firearm sales, without consideration for the societal impacts of doing so.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wqce
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1766
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PJ  Stewart

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We must protect society in general, but especially our children and grandchildren in schools, parks, and everywhere.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the world.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-1kc4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1767
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** dixie  fletcher

---

## General Comment

I oppose the transfer of this important role of monitoring the sale of guns and assault weapons from the State Dept to the Commerce dept. As we have learned in the past, selling guns to other countries can come back to bite us in the ass when those same weapons are used against us later!! Any sales of firearms should be carefully monitored and the commerce dept does not have the staff to manage this. Please leave this important task in the hands of those who care about human rights and issues of the abuse of power. sincerely,
Dixie fletcher

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-mhy5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1768
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** frances  hugg

---

## General Comment

The United States already holds the world's record for mass shootings among a civilian population not engaged in a war or civil conflict! Now by this horrendous change from the State Department to the Commerce Department, you want to endanger us to mass shootings abroad as well! You want the NRA to spread its mayhem of death throughout the world! This is unconscionable! and unacceptable! SHAME ON THE TRUMP ADMINISTRATION AND ITS RECKLESS DISREGARD FOR HUMAN LIFE IN THE NAME OF GREEDY PROFIT FOR THE GUN MANUFACTURERS!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wepe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1769
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I would appreciate the US Department of State reconsider the implications of International Traffic in Arms Regulations. The US doesn't need everyone having access to weapons to use against us. Like they say, if someone wants a weapon, they will find it one way or another, which usually means someone is going to get hurt. There is enough hurt in this world to last a lifetime or two. Please investigate the awful ramifications of this change. Thank you for your consideration in this matter.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-2ipl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1770
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Kuning

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The NRA is supporting and pushing this legislation to enable gun manufacturers to reap more profits at the cost of more innocent lives.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-q1eu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1771
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-dy9c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1772
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet Muir

---

## General Comment

I oppose this rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department. If this change is made, Congress would no longer be informed of large arms sales or be able to block them. Military-style weapons, such as semiautomatic assault weapons and other powerful firearms, could be exported to dangerous foreign countries, threatening our national security. Furthermore, the Commerce Department does not have the resources to adequately enforce export controls, so firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This change would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. And it would remove the State Departments block on the 3D printing of firearms, allowing anyone to make unlimited numbers of weapons.

This administration has claimed that our national security is risked by immigrants at our borders, but this change -- initiated only for motives of profit -- would have the effect of increasing civil wars and gang violence in foreign countries that would bring more people seeking asylum to our borders. Our non-stop wars on terrorism would be made more difficult and costly if our enemies can purchase military-style weapons with impunity.

For all these reasons, this change of regulatory control would be serving the arms makers, but hurting the country as a whole. I oppose it and I hope you will too.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-ber5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1773
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leslie  Herman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This rule change would make the world a far more dangerous place:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[1]
- It would remove licensing requirements for brokers, increasing the risk of trafficking.[2]
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[3]

[1] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[2] Ibid., Violence Policy Center.

[3] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wemu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1774
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James and Leslee  McPherson

---

## General Comment

I oppose changing oversight of gun sales from the State Department (national security) to the Commerce Department (boosting American sales abroad). The USA should not become an international death merchant.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-4ku8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1775
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kelly  Mcconnell
**Organization:** 2EZ Computers

---

## General Comment

STOP arming the world. The US is THE largest terrorist organization in the world today. The US is THE largest supplier of weapons to EVERY COUNTRY IN THE WORLD. The US is THE largest instigator and enabler of violence and conflict in the world.

I am ashamed to say that I'm an American and when I travel outside the US I'm afraid to admit I'm an American because we have ensured that most of the world hates us by fostering violence and repression and protecting the biggest polluters and resource thieves from local accountability everywhere we, as a country, go.

WE are the worldwide threat to democracy that we accuse others of being and that needs to STOP.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-jccm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1776
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn Johanessen

---

## General Comment

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-3j9o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1777
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JORDAN  ROSS

---

## General Comment

Please do not transfer power over gun sales from the State Dept. to the Dept. of Commerce. This will only encourage more gun sales and violence in this country.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-z724
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1778
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose shifting the regulation of firearms from the U.S. State Department to the U.S. Commerce Department. Such a move would open the sale of massive amounts of weapons to international use. This would be a security threat to both the U.S. and the world. Terrorists could then buy these weapons. Is this what we want?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-5w7e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1779
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marianne  Ludwig

---

## General Comment

I am appalled about the proposed rule change giving the department of commerce the right to expedite the overseas sale of automatic weapons. We have so many problems with guns in our country and now we seek to export those problems abroad? This is madness!
The State Department is the proper department to determine the need, if any, of these licenses. Lets clean up our own mess before we start destroying someone elses Homeland.

DOSWASHINGTONSUP03413

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-twy5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1780
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Angie Kung

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-ta2x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1781
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Rohde

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
I want to keep our country safe & the world safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-yz3h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1782
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jo  Niemann

---

## General Comment

The sale of firearms requires more control, not less, because they kill people around the world every day in acts of terror, political violence, gang warfare, and domestic violence.

DOSWASHINGTONSUP03416

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9435-iy9q |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1783
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott Karstetter

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9gap
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1784
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-2mxu
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1785
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pamela  Calhoun

---

## General Comment

I oppose any rule change that would switch the regulation of firearms exports from the State Department to the Commerce
Department, which would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes
countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-kq01
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1786
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marilyn  Guterman

---

## General Comment

The idea of moving the regulation of firearms exports from the state department to the commerce department is truly a bad idea. To cite just a few reasons it would make it easier for dictatorial regimes, organized crime and terrorists to obtain guns in large quantities. It would remove the state department block on the 3D printing of firearms which would make things even worse. It would allow for the destabilization of countries with massive unrest and countless deaths. Please, in the name of peace and sanity do not allow this to happen.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-mief
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1787
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Melanie Lipton

---

## General Comment

I oppose this rules change to switch the regulation of fire arms export from the US state department to the
US commerce department
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-68c2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1788
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanna  Kapner

---

## General Comment

I strongly support keeping the regulation of firearms sales under the jurisdiction of the State Department. Do not transfer control to the Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9mo7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1789
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Bannister

---

## General Comment

I OPPOSE removing firearm exports from DOS and putting them under Commerce Dept. This change would be extremely bad for national security, for the U.S., and for the international community. Removing arms exports from DOS will make it much easier for arms traffickers, organized crime, terrorist organizations, and rogue states to obtain large quantities of American guns and ammunition. There is no American interest that is served by such a move, as the beneficiaries would seem to be limited to criminals, arms manufacturers, and the NRA.
Removing arms exports from DOS control and oversight would eliminate the Blue Latern program of inspections and reporting;
eliminate broker licensing requirements, which will increase trafficking; eliminate the DOS block on open source instructions for 3D firearm printing; eliminate the ability of Congress to block, in the name of national security, large batch firearm sales to foreign nations; and significantly reduce our ability to enforce firearms exports by putting it in an agency that does not have the ability, experience, or worldwide staff and resources to adequately perform this critical function.
Please, in the immediate and long-term interest of the national security of our country, do NOT move the regulation of firearm exports from DOS to Commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-r3da
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1790
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kristina Cliff-Evans

---

## General Comment

This is a horrendous plan and must not happen. Do not agree to this NRA plan to increase the revenues of ggun manufacturers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-tjpb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1791
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margy  Patchin

---

## General Comment

This change would set a dangerous precedent.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-vy1a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1792
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** KAREN COULSON

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-ybsp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1793
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anna Yen

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03427

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-syor
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1794
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabethann  Border

---

## General Comment

I am SICK of the NRA running our country. It is time for change and you either get on the rising tide or
lose your seat!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-us7l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1795
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** CAROL MARSH

---

## General Comment

The proposed rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department is a horrific idea. Assault weapons have no purpose except to kill human beings, and if the United States starts selling guns around the world to anyone who has the money, the only possible effect would be a massive increase in violent death everywhere.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-j5ig
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1796
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip Freidenreich

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms exports should continue to be classified as military so that Congress can block sales of large batches of firearms to foreign countries, if it sees fit. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-go0t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1797
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kate Guideau

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-hutb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1798
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah  Dalrymple

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-vljx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1799
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Teresa  Allen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The regulation of firearms should not be about the making of money but the protection of the populace!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-x32c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1800
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John R  Thayer

## General Comment

Do not transfer your authority over this to the Commerce Department. You are responsible foe keeping us safe. That is NOT the responsibility of the Commerce Department.

DOSWASHINGTONSUP03434

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-c64m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1801
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Mudrick

---

## General Comment

The proposed rule change is dangerous.

1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2.It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

I am opposed. Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-crf9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1802
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous from NH  Anonymous from NH

---

# General Comment

Dear Regulatory Assistant:

This letter is in opposition to letting the NRA populate the WORLD with arms, especially military arms.
The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States,
but around the world. They (the NRA) are pushing hard for a rule change that would move the handling
of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State
Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on
promoting American business).[1] Trump move would make it easier for U.S. gun manufacturers to
export firearms, The Washington Times, May 14, 2018.]

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. In a corresponding article, Trump wants to make foreign
arms sales easier, The Boston Globe, June 23, 2018, rhis spells disaster because Congress would no
longer be automatically informed about sizable weapons sales that it could stop in the name of national
security, even to countries where there are serious human rights concerns, such as the Philippines and
Turkey.

This means that firearms traffickers, organized crime, terrorist organizations, and other violent and
dangerous agents would face far fewer hurdles to obtaining large caches of American guns and
ammunition. We've already seen what massive damage the AR-15 does in America, especially killing
innocent people in schools. WE DON'T NEED THE NRA AND THE UNITED STATES DELIVERING
MILITARY OR OTHER GUNS AND AMMUNITION BEING SOLD TO THOSE WHO CAN HARM
AND KILL INNOCENT PEOPLE FOR GREEDY PURPOSES.

Thank you for listening!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-kzye
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1803
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** D  Jessop

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The purchase of guns should be a much more rigorous process with regular (i.e. yearly) mental evaluation and many other requirements. It's ridiculous that any person - sane or otherwise - can purchase a gun in our country.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-j4qu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1804
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Solomon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition if the switch is allowed.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9zfb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1805
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Williams

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export -- including semiautomatic assault weapons and other powerful firearms -- from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open the floodgates for arms sales internationally, which will seriously undermine our national security when they flow back through our borders illegally and without background checks. The interests of the members of the gun lobby should never be more important than the safety of the American homeland.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-6p03
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1806
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Schultz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-f8o8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1807
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Curtis  Coulson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
We do not need the invisible hand of the market increasing the number of guns in the world. And to allow 3D printing of weapons is asking for more mayhem in public spaces.
All for a few dollars.
This is like promoting smoking or recreational opiod use. Future generations will look back and marvel at our stupidity.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-6iyl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1808
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Juliette Blount

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is ridiculous and we need to stop pretending that our government is powerless to improve this situation. We know better. It is time to do better!

DOSWASHINGTONSUP03442

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9p5z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1809
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomas  Holley

---

## General Comment

I oppose the rule change shifting overbite for weapon sales to the commerce department.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9435-w4wq |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1810
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sherry  Abts

---

## General Comment

To Whom It May Concern,
Firearms regulations should REMAIN within the jurisdiction of US STATE DEPT not Commerce Dept.
For better SAFETY of all Americans please keep Firearm regulations under control of US STATE
DEPT.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-d644
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1811
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Mutch

---

## General Comment

I think your money would be much better spent for the common good by investigating why guns in the hands of civilians are necessary.
Except for hunters, civilians should not need arms if there availability is closely monitored.

DOSWASHINGTONSUP03445

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-4r32
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1812
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew  Tomasik

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-1csk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1813
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Lindsay  Mugglestone

---

# General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-vn0l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1814
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victoria  Silver

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The State Department can better control the global flow of firearms from the US than Commerce, which does not have the personnel or the bureaucracy to do an effective job. This is simply a sop to the firearm industry promoted by the NRA. Do not change the status quo.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-6gkg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1815
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Julie  Shannon

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-3cyj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1816
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marsha  McCroden

---

## General Comment

The rule belongs at the State Department. It is a national security issue. Without it we have no way of telling who is buying, transferring large amounts of arms from the US and to whom we are selling to. I thought this was addressed in the 1980s, when Reagan was selling arms to Khomeini and the proceeds were used to fund the Nicaraguan Contras.

The NRA has put so many roadblocks in the way, we can't even control who has how many guns, if they should have access to them or not, who is buying them online or at gun shows and if they are on terrorist watch lists.

DOSWASHINGTONSUP03450

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wd3x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1817
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alaina  Hebert

---

## General Comment

Guns are the number 1 cause of death in America. This must stop.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-kvo9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1818
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roberta  Martin

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

The Commerce Department just does not have the resources to adequately enforce export controls. Its
Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers,
organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer
hurdles to obtaining large caches of American guns and ammunition.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-jbpn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1819
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven Wright

---

## General Comment

I oppose this rule change that would switch the regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department. This matter is a national security issue and should be subject to regulation and oversight by the State Department and Congress. This responsibility should not be transferred to the U.S. Commerce Department, which has an obvious motivation to increase firearm exports without proper regard for our national security. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-lghp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1820
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debbie  Royalty

---

## General Comment

Dear sirs/Madams,

It has been brought to my attention that the NRA and gun manufacturers are lobbying for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other firearms from the U.S. State Department to the U.S. Commerce Department. I strongly disagree with this rule change. This would allow for the focusing of arms sales on economics not on safeguarding persons and country. This transfer of authority would have serious negative implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-v865
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1821
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Olivia  Diaz

---

## General Comment

This move to the Dept of Commerce is totally inappropriate. I vehemently oppose the move.

By promoting sales throughout the world, our security, as well as the security of the world's population is put in further peril.

Keep the regulations on export licenses of automatic weapons under the purview of the State Department.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 | |
| **Tracking No.** 1k2-9435-4y0m | |
| **Comments Due:** July 09, 2018 | |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1822
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betsy  Hand

---

## General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department. The State Department is the appropriate agency to regulate firearms (weapons) sales. The Department of Commerce is more aligned with promoting businesses, whether firearms or couches.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-tsj0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1823
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Aragon

---

## General Comment

Guns are a nuisance and a danger in our society. It even says in the Constitution that they should be 'well-regulated' and yet here we: guns for everyone and their Aunt Tillie. This is nuts. Regulate these enablers of harm, these vehicles of hate. The members of the NRA may be buried up to their ears in guns and bullets, but they are vastly out-numbered by all of us other citizens who don't feel the need to carry a gun when we go for our coffee - because we're adults who don't need security blankets to carry on our daily affairs.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-p9xo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1824
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Johnson

---

## General Comment

I strongly object to the transfer of control of weapons sales out of the department of state. The department of commerce has no experience with this and the transfer would lead to more weapons in the hands of criminals.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-655r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1825
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Melina

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, and terrorism, and human rights violations. They should be subject to more not less regulation. Please leave the authority to oversee international arms sales with the State Department. It will help make our country and our world a safer place.

I know the devastation that firearms cause. As the designer of the Massachusetts Memorial to Homicide Victims, The Garden of Peace, I have listened to the stories of heartbreak experienced by parents who have lost children to gun violence. Don't expose the rest of the world to the horror of mass shootings; school shootings and church shootings, concert shootings, and nightclub shootings and all the other daily violence that we experience in this country! Please.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-bopc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1826
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stacie Slay

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Please halt this clear attempt to profit on the World's instability and atrocities.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-780x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1827
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Luke Ouradnik
**Organization:** Midco

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-8o5v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1828
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Valerie  Rounds-Atkinson

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-b4a2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1829
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jack  Milton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-hdiw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1830
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Please keep the export licenses for assault weapons and other firearms with the U.S. Dept. of State - Dept. of Commerce should not be in the gun business.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-7bkb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1831
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Krista  Florin

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-39ks
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1832
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Penelope  Sweeting

---

## General Comment

Giving the Commerce Dept control of war weapons is not a good thing for America. Trump will not be
around forever, causing an imbalance in small nation's powers is not going to help us. It will cause our
actual immigration service (not ice] to be unable to keep terrorists out.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-bzhs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1833
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Abbott

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This should require diplomatic supervision. It should be more than just a business decision.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-dexq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1834
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barb  Travis

---

## General Comment

I adamantly oppose changing the rule that would move the handling of export licenses of semiautomatic
assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding
our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer
of authority would open new floodgates for arms sales internationally, with serious implications for our
national security. If this rule is changed, Congress would no longer be automatically informed about
sizable weapons sales that it could stop in the name of national security, even to countries ere there are
serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms
exports from the State Department to the Commerce Department would facilitate firearms exports to
oppressive regimes, remove safeguards that help keep illegal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018<br>**Tracking No.** 1k2-9436-rwhf<br>**Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1835
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** judith  cohen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S Commerce Department.
Switching this regulation would facilitate firearms exports tot oppressive regimes, remove safeguards that help extra-legal agents like organized crime and terrorist organizations from obtaining weapons and further fuel violence that destabilizes countries and cause mass migration..

DOSWASHINGTONSUP03469

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-2dpb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1836
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Anonymous  Anonymous
**Organization:** Mom'srising.org

---

# General Comment

"I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Safeguarding our nation to putting it up for sale is UnAmerican. This new ruling transfers the authority from the US State Department whose focus is safeguarding our nation to the US Commerce Department whose focus is promoting business. Of course, the NRA and gun manufacturers want this as it will open new floodgates for arms sales internationally with serious implications for our national security. Thus democracy is sabotaged for both our country and we the people--all for the sake of fulfilling corporate and individualistic self interests.
The following are details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]
Kindly refrain from supporting this ruling as it will not serve the common good nor the values and culture that formed the United States of America.

Respectfully yours,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-6wue
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1837
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen Eaton

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the
world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault
weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S.
Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates
for arms sales internationally, with serious implications for our national security

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department,
and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would
no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even
to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau
of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal

agents like organized
crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of
pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody
Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with
violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer,
anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of
firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political
violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-yxzm
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1838
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Garrett

---

## General Comment

I am opposed to this rule change because I feel it would threaten our national security and ultimately put more weapons in the hands of terrorists who would use them against us. International sales of large quantities of firearms should remain under the control of the State Department. Congress should remain automatically informed about sizable weapons sales that it could stop in the name of national security. It is important that this Congressional power remain as the Commerce Department does not have the resources to adequately enforce export controls. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition, which could ultimately be used against our own military or our own civilians. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are a dangerous threat to civilized society. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-mrfh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1839
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marilyn  Britton

---

## General Comment

I VERY STRONGLY oppose this rule change that would switch the regulations of firearms export from the
U.S. State Department to the U.S. Commerce Department.

As you know, currently firearms exports are classified as military and therefore are under the regulation of the State
Department, and why Congress can block sales of large batches of firearms to foreign countries. But with the rule change,
Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national
security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

We are having more than enough problems, especially with automatic weapons, and we definitely DO NOT need to spread that
problem around the world. It sounds like a change for NRA GREED wanting to get more sales with no concern for anyone's
welfare.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-1kt8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1840
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lora Farber

---

## General Comment

This is dangerous. The 3D printing capability is terrifying. You are giving away the safety of our public
spaces to the highest bidder. Lives are not less valuable than profits. Do the moral thing and stop this
while you can.

DOSWASHINGTONSUP03475

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-n54n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1841
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** AMY ASSAEL

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-2oeu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1842
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gabrielle Meeker

---

## General Comment

Firearm exports must stay in the realm of the State Department and not be transferred to Commerce. The Commerce Department is not equipped to handle these exports which are military in nature. The State Department already has what it needs to control this important activity. Changing it to Commerce is not only a waste of resources but reduces the safety of firearm export

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-rnt2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1843
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Terry  Travis

---

## General Comment

I adamantly oppose changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. If this rule is changed, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries ere there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep illegal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9436-g72k |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1844
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Saamann

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place because:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre- license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Say no to the NRA.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-js3u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1845
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Jones

---

## General Comment

Please don't change firearms export regulations. America is already unsafe for the average citizen due to lax firearms regulations. Don't export the dangers of firearms to other countries.Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

DOSWASHINGTONSUP03480

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-ci3v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1846
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bonnie Gorman

---

## General Comment

gun manufacturers are pushing hard for a rule change that would move the handling of export licenses of
semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on
safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).
This transfer of authority would open new floodgates for arms sales internationally, with serious
implications for our national security.
Please OPPOSE this transfer on grounds of national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-3lu4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1847
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  T

---

## General Comment

I strongly oppose switching the regulation of firearms exports from the State Department to the
Commerce Department. The Commerce Department is not equipped to do this work and it would a very
irresponsible move that would haunt the U.S. down the road.

Removing this responsibility from the State Department would facilitate firearms exports to oppressive
regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.

Beware of the snake that will end up biting its own tail and eating itself alive.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-62hz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1848
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Stone

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

DOSWASHINGTONSUP03483

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-wvcr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1849
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kent  Minault

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Keep the rules the way they are.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-6l9m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1850
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean Driscoll

---

## General Comment

Where gun sales are concerned, the more regulations and overview the better. All over the world, too many people are being killed unnecessarily. Therefore, it is important to keep this under the State Department instead of the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-2sa2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1851
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanne  Tenney

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This rule change would open new floodgates for arm sales internationally with serious implications for our national security.

DOSWASHINGTONSUP03486

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-vh64
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1852
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila  Siegel

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migrationI I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03487

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-5v40
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1853
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I do not think we should be pushing gun sales in other countries. We already have issues with the gun sales happenjng here

DOSWASHINGTONSUP03488

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-wsak
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1854
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joseph  Ambat

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-vsf4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1855
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Suzanne Byron

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-yjc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1856
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Dycus

---

## General Comment

I oppose the change, of the Fire Arms Rule from the U.S. Department of State to the U.S. Department of Commerce.

The sale of Fire Arms is a very dangerous and needs to be regulated as such, not like a piece of clothing, toys, or food.

Thank you, Diana Dycus 46304

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-5g6h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1857
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Hanks

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I strongly oppose this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-4xp6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1858
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Katie  Barnett

---

# General Comment

I oppose the proposed rule: International Traffic in Arms Regulations: US Munitions List Categories I, II, and III.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[1]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[2]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[3]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[4]

[1] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[2] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[3] Ibid., Violence Policy Center.

[4] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-qlwg
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1859
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

In the name of Americas security, how can you consider letting guns become part of the Commerce Department? We should not be in the business of selling guns we should be limiting the purchase of guns. Stand up for Americans and their security not The NRAs business plan, all guns everywhere, all the time.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-viok
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1860
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Keefe

---

## General Comment

Weapons kill people here and everywhere they are sold around the world. It is time to support nonviolent solutions in areas of conflict and there are organizations ready to do this work (Nonviolent Peaceforce). Violence from weapons causes more violence and much more death and destruction.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-tv57
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1861
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jason  Magidson

---

## General Comment

I oppose the proposed gun exports rule change for the following reasons:

It treats semi-automatic assault rifles as non-military, despite their use by U.S. troops, their use by state and non-state groups in armed conflicts, and their prohibition for civilian possession in many countries.

It eliminates Congressional oversight for important gun export deals.

It transfers the cost of processing licenses from gun manufacturers to taxpayers.

It removes statutory license requirements for brokers, increasing risk of trafficking.

It reduces or eliminates end-use controls, such as State Depts Blue Lantern program, and by eliminating registration of firearms exporters, a requirement since the 1940s.

It enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

The Commerce Department does not have the resources to enforce export controls, even now.

It reduces transparency and reporting on gun exports.

It transfers gun export licensing from agency with mission to promote stability, conflict reduction, and human rights, to an agency with mission to promote trade.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-5hlr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1862
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Gillespie

---

## General Comment

I think this is a dangerous route to go. There are already too many arms out there. This is just a way to run around oversight. Please resist the NRA's attempt to increase profits for arms manufacturers at the expense of common sense.

DOSWASHINGTONSUP03497

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-dv8e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1863
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Spenta Cama

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:
**It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
**It would remove licensing requirements for brokers, increasing the risk of trafficking.
**It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please do the needful and right thing and keep this with the State Department.

Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-yjir
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1864
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Stanley  McDonald, Jr.

---

# General Comment

I strongly oppose any transfer of US Arms Regulations from Dept. of State to Dept. of Commerce.

DOSWASHINGTONSUP03499

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-kkot
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1865
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Cunningham

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-ihz2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1866
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Valerie  Klauscher

---

## General Comment

I am adamantly opposed to allowing export licenses of semiautomatic assault weapons and other
powerful firearms to be overseen by the U.S. Commerce Department rather than the U.S. State
Department. This transfer of authority would open new floodgates for arms sales internationally, with
serious implications for our national security.

I also demand that you vet all comments that are posted on both the DOS and BIS sites for bot traffic. I
am an actual citizen of the Commonwealth of Pennsylvania, USA.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-g2pt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1867
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Mountsier

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I believe this is counter productive to the American interests and will only bring more instability and violence to other countries. I believe it is critical that the State Department retain the important function of overseeing any types of sales or exports of guns or other military equipment.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-ql1r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1868
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paula  H

---

## General Comment

This is truly outrageous. Neither gun manufacturers, nor the president should have this power. What is happening to our country? It feels like we are becoming a dictatorship and a fascist one at that. This certainly looks like the merger of corporation and state, a large part of the definition of fascism. Our country spreading weapons around the world does not help people or the environment. Congress needs to declare wars and needs to decide on weapons sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-sny2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1869
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daniel  Giesy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

In particular, the interests of the citizens of the United States are better served by the status quo than by the proposed change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-a0j3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1870
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandi  Hebley
**Organization:** Cathedral of Hope

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-7jyw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1871
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Wehrman

---

## General Comment

I oppose this proposed rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department. The Commerce Department just does not have the
resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff
everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other
violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns
and ammunition.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9436-v0hk |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1872
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Crooker

---

## General Comment

The sale of weapons to other countries (or entities therein) should be in a manner which respects said country's laws. It should
be done in a manner which supports, not aggravates, our foreign policy, and therefore oversight belongs with the State Dept.
To shift this responsibility to the Commerce Dept. is to put business first; it makes the U.S. no better than gun runners.

The last thing we need is to export our problems (e.g., assault weapons for individuals, large magazines) to other countries, and
make it harder to work diplomatically with them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-faxh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1873
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Morton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This is a very bad policy proposal that will make the US less safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-odsv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1874
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew Kistler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This idea is dangerous and irresponsible.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-6yt4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1875
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Iltis

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03510

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-r28o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1876
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Phoebe Farag

---

## General Comment

I am against switching the regulation of firearms exports from the State Department to the Commerce Department. A switch like this would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The export of firearms should be done by experts in diplomacy, not experts in business. The United States is already a huge exporter of arms to the world, and changing this rule would make the world even MORE dangerous than it is:

1- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2- It would remove licensing requirements for brokers, increasing the risk of trafficking.

3- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-2hzb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1877
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Li Goodman

---

## General Comment

I am opposed to a rule change that would move the regulation of firearms and ammunition to the Commerce Department. Selling more weapons to foreign nations will endanger our national security. Remember all the uproar over Fast and Furious?
Remember the arrests over the Iran-Contra Affair?
The world is already a dangerous place without more American weaponry flooding the market.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-dpm8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1878
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hattie  Gerrish

---

## General Comment

I am opposed to these anti-security rule changes.

DOSWASHINGTONSUP03513

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-nveg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1879
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joan Russo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP03514

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-rnn3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1880
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Naifeh

---

## General Comment

Regulation of fire arms needs to have stronger regulations. Assault weapons need to be banned.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-m8vo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1881
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Johnson

---

## General Comment

I am against changing the regulations for the selling of guns to the Commerce Department. The U.S. does not need guns falling into the hands of terrorists all over the world. We have enough problems keeping guns out of peoples hands in our country. How would the Commerce Department ever determine who could buy the guns. Our Countrys safety is more important than increasing gun sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-tmlu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1882
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlene R  Tendler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

Further more, changing this rule would eliminate the State Departments Blue Lantern program, in place
since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports
on them. It would remove licensing requirements for brokers, increasing the risk of trafficking and it
would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-c1tt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1883
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Malone

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Help keep our nation safer from groups who would
rapidly take advantage of this change to stockpile more arms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-96o3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1884
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jackie  Weisberg

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

DOSWASHINGTONSUP03519

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-xnkn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1885
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bertino  Marro

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Currently, firearms exports are classified as military and are under the regulation of the State Department, enabling Congress to block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that should be stopped in the name of national security - even to countries where there are serious human rights concerns.

Furthermore, the Commerce Department does not have adequatel resources to enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. Thus firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

DOSWASHINGTONSUP03520

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-evow
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1886
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine Wood

---

## General Comment

This proposed change of transfer export licenses of semiautomatic assault weapons from US State Department (focused on safeguarding our nation) to the US Commerce Dept. (focused on promoting business & profits) doesn't make any sense. Arms sales internationally has serious implications on national security. I do not trust someone looking to make money to protect my countries security.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Are you crazy! This makes me fear for the safety of the country. Business in charge of national security?

DOSWASHINGTONSUP03521

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-l5uw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1887
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-2nzk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1888
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Kelcher

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-yxb4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1889
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Briar Winters

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-mo6j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1890
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Drew Pelton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new portals for arms sales internationally, with serious implications for our national security.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-l5hj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1891
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Emrick

---

## General Comment

This is a change that is unnecessary and ultimately dangerous. Until we have the safe use of guns in our country and fewer Americans killed or injured seriously then this is an outrageous request.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-4on1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1892
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chris Chato

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-j4vv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1893
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cathrine  spencer

---

## General Comment

I wish to oppose the rule change that seeks to switch the regulations of firearms export from the U.S. State Department to the
U.S. Commerce Department.

Firearms exports are classified as military under the regulation of the State Department. Congress can block sales of large
batches of firearms to foreign countries. If the rule were to change, congress would no longer be automatically informed about
large batches of weapons sales that it could stop in the name of national security, even to countries where there are serious
human rights concerns. The transfer of authority would open new floodgates for arms sales internationally,
which can add to mounting serious implications for our national security. Therefore, I strongly advocate for serious
consideration of not changing our current regulations structure so we can bolster the safety of our country and the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-j5fj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1894
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Russell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We can't even keep our own citizens from using firearms on one another. Why on earth would we want to make it easier to arm the world, just for a buck? Please don't let this insanity move forward.

DOSWASHINGTONSUP03529

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-j5i8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1895
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Schneider

---

## General Comment

Do not let the NRA push a rule change that would move the handling of export licenses of semiautomatic
assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding
our nation) to the U.S. Commerce Department (focused on promoting American business)

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-5qly
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1896
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Peggie Jo  Vincent

---

# General Comment

I am concerned about a proposed rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U. S. State Department (focused on safeguarding our nation to the U. S. Commerce Department (focused on promoting American Business). It would remove a program that carries out inspections. It would remove licensing requirements of brokers, increasing the risk of trafficking. It would remove the State Department's block on the 3D printing of firearms. These are all actions that would contribute to dangers to our democracy and to grave dangers to the lives of people around the world.

For these reasons please do not change the State Department rules that now work to keep us safe. For the protection of our democracy and the protection of our lives, please do not change the current rules for the exporting of semi automatic assault weapons.

Sincerely,

Peggie Jo Vincent

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-jk5o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1897
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elaine Fisher

---

## General Comment

I oppose this change. Don't make it easier to get guns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-tv6k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1898
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth McCloskey

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The Commerce Department does not have the resources to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The proposed rule would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. And it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The world does not need any more weapons and the U.S. does not need this rule change. I strongly oppose this proposed rule to change U.S. international arms regulations.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-pxnw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1899
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jim Coots

---

## General Comment

I strongly oppose the proposed transfer of authority to regulate international sale of firearms from the State Department to the Commerce Department. This dangerous manouvre will open many doors for terrorists and criminals in other countries all for the sake of profits for domestic gun manufacturers and distributors. Shame, shame, shame on the USA if we move forward on this effort to arm the people of the world. Thankfully, other countries do not have a Second Amendment, and we should help keep it that way.

Thank you.
Jim Coots
Long Beach, CA

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-qn5e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1900
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charmian Tashjian

---

## General Comment

Do not change the rule of arms regulations. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

As of: November 29, 2018
**Tracking No.** 1k2-9437-wcra
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1901
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Eileen  Soderstrom

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are military goods, they are not commercial goods.

The State Department has the Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. Removing the control of the State Department would end this.

The State Department has enabled a block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

With the proposed rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Changing the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-s2ib
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1902
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rivko  Knox

---

## General Comment

I am writing as an almost 80 year old 'never-missed voting in any election' mother and grandmother to let my government know that I oppose the rule transferring oversight of small arms/firearms exports from oversight by the State Department to the Commerce Department. The former focuses on intergovernmental relations to include, for example, the impact of exporting small arms to different parts of the world, e.g., increasing gang violence in several Central American countries with a resulting significant increase in migration from those places to the US. The latter focuses only on how it can help US businesses be more successful. And of even greater concern to me is the fact that this proposed rule eliminates congressional oversight of commercial weapons sales of $1 or more. Why? Who asked for this change? Could it be related to the decreasing domestic sale of guns (we are saturated) and thus the fact that gun manufacturers are looking to expand sales by selling internationally? That is not bad per se but the State Department could weigh that increase in sales against the negatives caused by such sales to the stability of other nations to include how such weapons could get into the hands of terrorists. The Commerce Department does NOT have that expert or focus.

So, again, I say NOT to this proposed rule. .....

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9fxy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1903
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gay  Kramer-Dodd

---

## General Comment

I am quite disturbed to learn that our government wants to contribute to greater violence, instability, and war in the world. Yet that is what this rule would do, by moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

I can see why the National Rifle Association is promoting this -- they want to encourage more gun sales. But other than arms manufacturers profits, there is only detriment, not benefit, to everyone else.

This rule change would It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

In the interest of our national security and the safety of people in the US and all over the world, please reject this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9641
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1904
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara  DuBois

---

## General Comment

I oppose this rule change that would switch the regulations of the U.S. State department to the U.S.
Commerce Department.

Firearms for export are classified as "military". They are . under the regulation of the State Department,
and, as such, Congress can block sales of firearms to foreign countries. If this rule changes, Congress
could no longer be automatically informed about sizable weapons sales that it could stop in the name of
national security, even to countries where there are serious human rights concerns. Meanwhile, the the
Commerce Department just does not have the resources or manpower to adequately enforce export
controls. There would be far fewer hurdles to obtaining large numbers of firearms traffickers, organized
crime, and other violent and dangerous agents.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9211
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1905
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I DO NOT SUPPORT JEORARDIZING LIVES & STABILITY FOR THE SAKE OF $$$.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder
Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged
him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D
printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D
printing of firearms in the U.S. and around the globe.

DOSWASHINGTONSUP03540

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-t0j2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1906
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Sara Brandon

---

# General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

How the rule change would make the world a far more dangerous place:
-- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-- It would remove licensing requirements for brokers, increasing the risk of trafficking.
-- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer!

DOSWASHINGTONSUP03541

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-r3a8
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1907
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DAVE  VAN DYKE

---

## General Comment

Just what the world needs, more tools to kill each other! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Where is the simple honesty that recognizes the insanity of the motives of the N.R.A.?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Trump wants to stop Muslims from coming into the U.S. to make us safer. Where then is the logic in exporting weapons to the world?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-jmwk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1908
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dee Matkowski

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9437-ydq4 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1909
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.
With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-38sl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1910
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DAVE  VAN DYKE

---

## General Comment

Just what the world needs, more tools to kill each other! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Where is the simple honesty that recognizes the insanity of the motives of the N.R.A.?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Trump wants to stop Muslims from coming into the U.S. to make us safer. Where then is the logic in exporting weapons to the world?

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-penv
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1911
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Tarallo

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-ognl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1912
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joe  Veltri

---

## General Comment

This is insanity! Please don't allow more weapons in this violent world. Think about humanity. I strongly oppose this change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-3vr1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1913
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DAVE  VAN DYKE

---

## General Comment

Just what the world needs, more tools to kill each other! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Where is the simple honesty that recognizes the insanity of the motives of the N.R.A.?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Trump wants to stop Muslims from coming into the U.S. to make us safer. Where then is the logic in exporting weapons to the world?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-nm72
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1914
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

As a United States Citizen I reject the request by the NRA to transfer oversight of gun sales from the State Department to the Department of Commerce

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-1lb7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1915
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Singh

---

## General Comment

The sale of firearms should remain under the jurisdiction of the State Department. This agency is better able to protect the safety of American citizens and the well-being of other people in the world. The majority of Americans do not accept the argument of the NRA that we are better off with more weapons in the hands of everyone. Perhaps they argue that case because they are controlled by gun manufacturers.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-w6av
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1916
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gregg  Bragg

---

## General Comment

ENOUGH with the MF guns!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-h0vn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1917
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julia Knight

---

## General Comment

I oppose the firearms rule change!

DOSWASHINGTONSUP03552

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9abv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1918
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephanie  Larson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-snm9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1919
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Pardee

---

## General Comment

Regulation of Export of firearms and other weapons of war should rightfully remain with the State Department, not Commerce. The driving mandate should be for peace and safety, not commerce.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-gqm3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1920
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I strongly oppose relaxing rules to make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, I support saving lives as a priority. Thank you for considering my views.

DOSWASHINGTONSUP03555

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-ss3l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1921
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Karpinski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department
to the U.S. Commerce Department. I believe that switching the regulation of firearms exports from the
State
Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove
safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining
weapons, and further fuel violence that destabilizes countries and causes mass migration.

In addition, this rule change would make the world a far more dangerous place because:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out

hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully
charged him with violating arms export laws, since his open-source posting made it possible for anyone
with
access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block,
effectively
enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-7ghl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1922
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Thomas

---

## General Comment

I am very much opposed to moving regulation of International Traffic in Arms from the State
Department to the Department of Commerce. This belongs in the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-epwg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1923
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jackie  Ramirez

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9437-1ff6 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1924
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  Losasso

---

## General Comment

Who will gain from switching oversight from the State Department to Commerce? It is not everyday people around the world or in the US. It is the gun manufacturers who want to further profits by making others less safe as a result of ineffective oversight by the Commerce Department that has the objective of increasing sales for certain industries. The proposed change should not fool anyone as to what is going on and this scheme should be firmly rejected.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-w77g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1925
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tina  McKim

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Treating international gun sales as a commodity to be ever increased will increase global violence and threaten national security. It would put so many guns into the wrong hands and would be disastrous.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-p39o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1926
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Goodman

---

## General Comment

I oppose this rule. This is insane. It would make it easier for gun manufacturers to export weapons to foreign countries

DOSWASHINGTONSUP03561

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-cun9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1927
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marietta  Carter

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Here are more details on how the rule change would make the world a far more dangerous place:

1) It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2) It would remove licensing requirements for brokers, increasing the risk of trafficking.
3) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-n1sp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1928
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** janet perlman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department

successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-8wcb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1929
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer  Loudon

---

## General Comment

I absolutely oppose this change. These are weapons of war, and their regulation belongs fully and
permanently under the authority of the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-ugcq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1930
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Lang

---

## General Comment

Firearms and guns should not be available to the worlds citizens without regulation. We have seen the harm it has done in our own country. A major health epidemic. Guns designed for military use have no place in the hands of children, raged adults. This is absolutely ludicrous!

I urge the US State Department to have some common sense and prevent the release of guns into international traffic. Its the equivalent of sending lyons and tigers and poisonous snakes without any trainers or cages.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-34q8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1931
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** D  Bell

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

- It would remove licensing requirements for brokers, increasing the risk of trafficking.

DOSWASHINGTONSUP03567

- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I strongly oppose this rule change.

Thank you for reading my comment.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-ss0g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1932
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** M  Kirby

---

## General Comment

Please do not proceed with this proposal. Moving the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-5m1r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1933
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

My husband and I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03570

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-nnx2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1934
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard C  Russell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-ylbv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1935
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sally  Shaw

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Arming people in other nations is a matter which should be regulated by those concerned primarily with our safety and security, not by an agency promoting commerce.

Much of the gun-violence around the world is done with American supplied weapons via military sourcing. This too must be curtailed if we want to promote peace. But allowing the sale of firearms to civilians to be overseen by the Commerce Dept. will only exacerbate this violence.

Keep gun exports under the control of the State Department, please.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-sbgy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1936
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** bonnie  kohleriter

---

## General Comment

Please don't switch the regulating of firearms sales from the State Dept. to the Commerce Dept. when it comes
to Internat'l sales. The Commerce Dept. doesn't have the safguards the State Dept. has for trying to get
weapons into the hands of those who would use them safely. Thank you Bonnie Kohleriter

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-t7kh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1937
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Nancy Roberts-Moneir

---

# General Comment

As long as the export of firearms is under the regulation of the State Department, Congress can block sales of large batches of firearms to foreign countries. A rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department, would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. With a change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

In addition, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have adequate staff available at the multiple locations necessary. Without adequate controls, firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The obvious security nightmare such a change would create far outweighs financial benefits to private American weapons manufacturers, and the plan should be not just shelved, but tossed out permanently.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-dth8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1938
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. If a rule change occurs that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business), it would open new floodgates for arms sales internationally, with serious implications for our national security.

Now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the insane rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The Commerce Department does not have the resources or mission to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Firearms are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I vigorously oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I demand that rule change die before human beings do.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-rrnu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1939
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nick  Meek

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-8j8d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1940
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanne  Hardy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-9usn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1941
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Morimoto

---

## General Comment

I oppose switching the regulation of firearms exports from the State Department to the Commerce Department. Guns are clearly in a very separate category from other commercial products. Toasters are not used by terrorists, organized crime, or for political violence.

The United States needs to maintain or even increase strict export controls and rigorous enforcement of firearms trade. The proposed change would remove licensing requirements for brokers, resulting in increased firearms trafficking. This will put many more lives around the world in danger from the unscrupulous use of firearms.

This change would also result in the elimination of the State Department's Blue Lantern program, which carries out hundred of pre-license and post-shipment inspections and publicly reports on them.

The oversight of the export of items with clear potential military or illegal use should remain with the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-7e1k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1942
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  coulson

---

## General Comment

Thank you for allowing me to comment on arms sales to despotic countries.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey We should not be approving the actions of countries whose leaders kill their own people, nor should the US arms manufacturers be engaged in war profiteering, which is against the law.

We never seem to learn. Time after time we train and arm despots who turn against the U.S. by using the tactics we taught them and using the weapons we sold (or gave) them. No arms manufacturer should be allowed to profit from actions agianst our Government.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-y0f2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1943
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sarah  Dolley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03580

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-hq2i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1944
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken  Koupal

---

## General Comment

Don't allow us to be arms dealers.
I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small
arms (firearms) exports from the State Department to the Commerce Department. This rule would make
U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing
business over safeguarding national security. The rules elimination of congressional oversight of
commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to
garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of
lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it.
The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20%
increase in American gun exports. We see the gun lobbys influence in the rules description of
semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for
household use, they were designed to kill en masse on the battlefield. That is why they are the weapons
of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my
powerpeacefully and democraticallyto hold your leadership accountable for the resulting global
bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-
corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-z7sm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1945
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emma  Houseman

---

## General Comment

I feel that regulation of firearms, especially semiautomatic guns and the like, need to remain under the
US Department of State. Our countries safety depends on it,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-avns
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1946
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Ulman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-q7pw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1947
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

To whom it may concern - as a U.S. resident in the state of Texas, I oppose this rule change that would enable gun sales to other countries. Our own current state of gun mania and lax regulations is killing too many young Americans, we have a moral obligation not to perpetuate this problem in other countries for the sake of corporate greed.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-3maz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1948
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** angelo  sturino

---

## General Comment

it is imperative that both society and all sectors too to come to terms of the gun violence that is tearing the core to fragments of our values and democratic society. There is a need to study all levels of society , all levels of education, all levels that measure the core areas of violence ......... Our 2nd amendment assures every US citizen the right to bear arms that is both historical and means more today. However, there is a call for commonsense legislation to assure the above and safety and violence of our US citizens....... What better way to celebrate on this Fourth of July, America's independence ...............thank you........

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-ji2x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1949
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Terence Travis

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

That is why I adamantly oppose changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. If this rule is changed, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries ere there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep illegal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-bfuv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1950
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Libby  Schovajsa

---

## General Comment

This change would make our country and the world more dangerous for all of earth's inhabitants. Please do allow the restrictions on firearms to be loosened. We need more regulations, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-y41i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1951
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DeeDee  Tostanoski

---

## General Comment

I strongly oppose the removal of international arms regulation from the State Dept to the Commerce
Dept. State is in the unique position to evaluate the international impact of arms sales to particular
individuals and areas of the world, as well as to identify likely bad actors in this exchange. Arms dealers
around the world have been contributing to making the world a more dangerous place, and State has been
able to limit some of that impact. The mission of the Department of Commerce is to promote commerce,
not to secure the safety of the world's citizens. This shift in responsibility is ill-advised and will have
dangerous repercussions.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 | |
| **Tracking No.** 1k2-9438-86cv | |
| **Comments Due:** July 09, 2018 | |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1952
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Joel  Trupin

## General Comment

We don't need guns. They are harmful to our country and to other countries to whom we sell them. The claim that the 2nd Amendment protects gun ownership is erroneous. It was written in 1791 and applied to militia, which are no longer our means of defense. The gun manufacturer's lobby, the NRA, has generated political pressure to defeat laws regulating gun ownership, thereby creating serious social problems in the U.S., from a high incidence of gun deaths to crime, racism and drugs. The political will to defeat the NRA and institute regulation of gun sales and ownership is on the horizon. If our politicians don't take action, our youth will.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-6uxz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1953
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** LTC (ret.) Jose  Cruz

---

# General Comment

I condemn this in the strongest possible manner. There is NO reason for the State Department to abdicate this responsibility, which helps keep US secure. Transferring this authority to the Commerce Department, which is only interested in making profits for corporate America, even if it results in mass slaughters in other countries as we see in the US today, is abominable. DO NOT PROCEED WITH THIS TRANSFER OF AUTHORITY!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-4tih
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1954
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Seren Bradshaw

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Guns, especially military-grade weapons, need to be strictly controlled and not be used solely as a source of commercial revenue. Put me down as a NO vote on this proposed rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-oxr8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1955
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Randall

---

## General Comment

To whom it may concern,

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department for the following reasons.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Switching the regulation of firearms exports from the State Department to the Commerce Department insures the world will be a far more dangerous place because this action would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would increase the risk of trafficking by removing licensing requirements for brokers,.

It would also remove the State Departments block on the 3D printing of firearms. This would make it possible for anyone with access to a 3D printer, anywhere around the globe, to produce a lethal weapon. When Defense Distributed founder, Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws. This rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Thank you for your consideration & time.

Respectfully yours,
Margaret Randall

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-h3uj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1956
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henrietta  Wise

---

## General Comment

FORBID ALL IMPORT AND EXPORT OF ANY KIND OF GUN TO OR FROM ANYWHERE IN THE WORLD!

DOSWASHINGTONSUP03593

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-9a0s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1957
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elliot  Daniels

---

## General Comment

I oppose the proposed rule to transfer authority for export control licensing of firearms from State Dept/ITAR to the Dept of Commerce.

DOSWASHINGTONSUP03594

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-syh6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1958
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Herzfeld

---

## General Comment

Increasing international sales of guns will just increase violence in receiving countries and drive more refugees to our borders. Don't we have enough of that already?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-2qoz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1959
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Meredith  Faltin

---

## General Comment

Please make guns less, not more available!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-irc7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1960
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alisheba Hurwitz

---

## General Comment

I oppose this rule change that would switch the regulation of firearms exports from the State Department to the Commerce Department. This rule will remove safeguards against dangerous arms deals.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-okxu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1961
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** George  Fuller

---

## General Comment

I oppose the proposed rule for the following reasons:
The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.
The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[2] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.
The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government i.e., taxpayers will absorb the cost of reviewing applications and processing licenses.
The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or

broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

The Commerce Department does not have resources to enforce export controls, even before the addition of 10,000 firearms export license applicants as a result of this rule predicted by Commerce.[4] Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources. This rule would transfer gun export licensing to an agency the Commerce Department whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-6qoa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1962
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henrietta  Wise

---

## General Comment

Call any sale or passage of any form of gun or guns to or from anywhere in the world to or from anywhere in the world a "weapon" or "weapons" and forbid the passage of that gun or guns.

DOSWASHINGTONSUP03600

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9438-xnn2 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1963
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** LK  WOODRUFF

---

## General Comment

Short version:

The NRA is currently the USA's public enemy #1.

They are even more destructive than the Trump regime.

And now they plan to expand their diabolical mission worldwide.

NO!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-rjrq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1964
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose the transfer of authorization of export sales of firearms from the US State Dept to the US Commerce Dept, this is a dangerous and reckless policy ...the State Sept should always have authority and discernment regarding any weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-hnfq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1965
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** J  PR

## General Comment

Do NOT make the switch from arms control being in the hands of the U.S. State Department to the U.S. Commerce Department. The State Dept is better suited to oversee the protections of US citizens whereas the Commerce Dept has the desires of gun manufacturers and promoters at the fore. We need FEWER guns not MORE. We need GREATER oversight and protections not LESS!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-jrfu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1966
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daniel  Cavanaugh

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03604

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-txie
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1967
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip  Moulden

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-bcoh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1968
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** kristin  carstarphen

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

DOSWASHINGTONSUP03606

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-w3yi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1969
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Ann and Frank  Graffagnino

---

## General Comment

Dear Sir/Madam,

My husband and I are very concerned and strongly oppose the rule change that would switch the
regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Simply put, the NRA and gun manufacturers want guns everywhere, for everyone, not just here in the
United States, but around the world. They are pushing hard for a rule change that would move the
handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S.
State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on
promoting American business). This transfer of authority would open new floodgates for arms sales
internationally, with serious implications for our national security.

We support the fact that right now, firearms exports are classified as military. This is why they are under
the regulation of the State Department, and why Congress can block sales of large batches of firearms to
foreign countries. With the rule change, Congress would no longer be automatically informed about
sizable weapons sales that it could stop in the name of national security, even to countries where there are
serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.

More specifically, we strongly oppose this rule change for the following reasons:

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

So for all the above reasons, IT IS THE RIGHT, FAIR, JUST, HUMANE AND HEALTHY ACTION TO oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department!!!!!!!!!!!

Sincerely yours,
Mary Ann and Frank Graffagnino
Tucson, AZ

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-1vmc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1970
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Ruth  Sheldon

## General Comment

Please, please, please do not make this rule change. It is bad for everyone except those who profit from
gun sales and they profit too much already.

DOSWASHINGTONSUP03609

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-6nn2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1971
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

this should be unconstitutional due to the liabilities to our own military abroad and us police agencies
involved with the heroin trade.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-lj0r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1972
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Songalia

---

## General Comment

Firearms exports must continue to be classified as military. They must remain under the regulation of the State Department so Congress can block sales of large batches of firearms to foreign countries.

I am opposed to switching the regulation of firearms exports from the State Department to the Commerce Department because this change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The State Departments Blue Lantern program must not be eliminated.

Licensing requirements for brokers must not be eliminated.

The State Departments block on the 3D printing of firearms must not be eliminated.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-rz1p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1973
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Craig Coulter

---

## General Comment

I oppose this new action. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please consider all of this and deny the proposed rule.

Sincerely,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-ix9y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1974
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nydia  Leaf
**Organization:** Granny Peace Brigade

---

## General Comment

To the U.S. State Department - To Whom It May Concern:

My family and I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It is a matter of national security - we must not and cannot permit any change that will open the floodgates of weapons trading.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-9s51
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1975
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edward Rengers

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-5xws
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1976
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Edelstein

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:
1 It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2 It would remove licensing requirements for brokers, increasing the risk of trafficking.
3 It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-jl7y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1977
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** randall  potts

---

## General Comment

I strongly oppose the Rule change in International Traffic in Arms Regulation. This is a terrible change to longstanding and effective regulation of international arms sales from the USA that will not only harm our standing in the civilized western world, but also help arm the worst war criminals who oppress their own people.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The only beneficiaries of this rule change are gun manufactures, arms dealers and the vermin they arm. This makes the USA less safe and compromises our moral standing and values. This change is totally against the interests of USA citizens. Please do not do it.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-9fo1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1978
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lois  Feuer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The rule change would make such sales a matter of money rather than one of national/international defense and security. We do harm to our own and other nations when we supply deadly weapons to terrorists and lawless governments.

This kind of sale alienates law-abiding nations (of which we should be the leader), betrays international agreements, and foments violence around the world.

For these reasons I oppose the change.

DOSWASHINGTONSUP03617

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-sxhv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1979
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane  Kent

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department.

Case 2:20-cv-00111-RAJ   Document 107-24   Filed 09/23/20   Page 1021 of 1033

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9439-doug |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1980
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cornelia Shearer

---

## General Comment

I have recently learned that not only are there a gut of all kinds of guns in the U. S., but drug smugglers
are bringing guns across the border into Mexico contributing to the violence of the gangs there that keep
that country in a state of semi warfare with the citizens.

We desperately need to find ways that decrease the huge number of guns available in the U.S. The
second amendment does not say that each citizen has the right to act as though they are an independent
militia.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-233c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1981
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ireri  Bravo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-1a86
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1982
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karl Hamann

---

## General Comment

I am completely opposed to the NRA's shameless bid to flood the world with US made weapons. Moving the authority for weapons sales to the Dept. of Commerce is a cynical ploy, and must not stand!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-rpgx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1983
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William 'Skip Dykoski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-88nn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1984
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca tippens

---

## General Comment

Please do not move from the state department oversight of arms' shipments:

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Changing the process would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-rf2f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1985
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Duerksen

---

## General Comment

I oppose moving the regulation of firearms exports from the Department of State to Department of Commerce. This change would make the world a more dangerous place:
-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-y97c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1986
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** leora  douraghy

---

## General Comment

I oppose the rule change to switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Under the State Department, the sale of weapons is strategic, under the Department of Commerce the sale of weapons would be horrific, turning a once benevolent Uncle Sam into a merchant of death.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-bm3r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1987
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pennie  Heath

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

DOSWASHINGTONSUP03626

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-4ss2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1988
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary-Beth  Santarelli

---

## General Comment

PLEASE DO NOT MAKE IT EASY FOR PEOPLE OUTSIDE THE USA TO GET AMERICAN GUNS AND AMMO. THESE WILL ONLY BE USED AGAINST USAND ALSO TO HARM OTHERS.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-a494
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1989
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** robin  waterhouse

## General Comment

no assualt rifles, no automatic rifles
no need for peons to have them. i am sure the preppers have alot.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-zq5b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1990
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy O'Byrne

---

## General Comment

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. I oppose this proposed rule.

DOSWASHINGTONSUP03629

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-zief
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1991
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl  Pressgrove

---

## General Comment

We have enough gun violence in our country without exporting it to others. We have immigrants fleeing violence in their countries and seeking asylum in the US. Greed should not dictate our moral obligations to our fellow man/womankind!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-eyj4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1992
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Adina  Parsley
**Organization:** none

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Leave firearm export regulations with the State Department whose primary interest is national security and not with the Commerce Department whose primary interest is promoting American business.