The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | No. 2:20-cv-0111-RAJ<br><br>**FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED FOR: FEBRUARY 12, 2021** |

### [PROPOSED] ORDER

This matter comes before the Court on the Federal Defendants' Motion for Summary Judgment. Upon consideration of that motion and of all the materials submitted in relation thereto, it is hereby

ORDERED that the Federal Defendants' Motion is Granted.

IT IS SO ORDERED.


Dated this ___ day of _____ , _____          _____
                          (Month)        (Year)                 United States District Judge


Presented By:  __/s/ Eric J. Soskin__


(No. 2:20-cv-111-RAJ) –