The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants. | No. 2:20-cv-0111-RAJ<br><br>**DECLARATION OF ERIC SOSKIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND ATTACHING EXHIBITS**<br><br>**NOTED FOR: FEB. 12, 2021** |

I, Eric Soskin, declare as follows:

1. I have personal knowledge of all of the facts stated below, and I am over the age of 18 years old.

2. I am an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, Washington, D.C. I have the title of Senior Trial Counsel, and I am the counsel of record for the Federal Defendants in this matter.

3. This declaration attaches the Exhibits 1 to 18 in support of Defendants' Motion for Summary Judgment.

4. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts of the administrative record in this matter.
Declaration in Support of Motion for Summary Judgment and attaching supporting exhibits (No. 2:20-cv-111-RAJ) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533

5. Attached as Exhibits 2 through 18 to this declaration are copies of official government documents available to the public through other sources and included as exhibits in this filing for the convenience of the Court, the parties, and the public.

I declare under penalty of perjury that the foregoing is a true and correct statement.

___Nov. 24, 2020___　　　　　　　　　　　_/s/ Eric J. Soskin_____
(DATED)　　　　　　　　　　　　　　　Eric J. Soskin

Declaration in Support of Motion for Summary Judgment and attaching supporting exhibits (No. 2:20-cv-111-RAJ) – 2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533