UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:20-cv-0111-RAJ <br><br> **FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

# EXHIBIT 10

19 Fed. Reg. 7403 (Nov. 17, 1954)

Motion for Summary Judgment
Exhibits

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Opposition to Motion for Preliminary Injunction
(No. 2:20-cv-111-RAJ) – i

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533

# FEDERAL REGISTER

**VOLUME 19**   **1934**   **NUMBER 223**

*Washington, Wednesday, November 17, 1954*

## TITLE 14—CIVIL AVIATION

### Chapter II—Civil Aeronautics Administration, Department of Commerce

[Amdt. 1]

PART 414—FEES FOR COPYING, CERTIFICATION AND SEARCH OF RECORDS

COPYING AND SEARCH OF RECORDS; ACCEPTABLE REMITTANCE

Pursuant to the provisions of Title V of the Independent Offices Appropriation Act of 1952, and Bureau of the Budget Circular No. A-28, dated January 23, 1954, Part 414 of the Regulations of the Administrator is amended as follows:

1. Amend § 414.2 (a) by adding the following fees for services performed by the Civil Aeronautics Administration:

Report of Medical Examinations—$1.00 per page.

2. Amend § 414.4 to read as follows:

§ 414.4 *Acceptable remittance.* Checks, drafts, or postal money orders made payable to the Treasurer of the United States are acceptable as payment for the fees listed in this part.

This amendment shall become effective November 15, 1954.

(56 Stat. 1067, 65 Stat. 290; 5 U. S. C. 606, 140)

[SEAL]   F. B. LEE,
*Administrator of Civil Aeronautics.*

[F. R. Doc. 54-9023; Filed, Nov. 16, 1954; 8:46 a. m.]

## TITLE 22—FOREIGN RELATIONS

### Chapter I—Department of State

[Dept. Reg. 108.234]

PART 74—UNITED STATES MUNITIONS LIST; ENUMERATION OF ARMS, AMMUNITION AND IMPLEMENTS OF WAR SUBJECT TO IMPORT AND EXPORT CONTROLS

COMPONENTS, PARTS, ACCESSORIES AND RELATED ITEMS

*Authority.* Section 414 of the Mutual Security Act of 1954 (Pub. Law 665, 83d Congress, 2d Session; 68 Stat. 848) approved August 26, 1954 is the legal authority for the designation of a list of those articles which shall be considered arms, ammunition and implements of war, including technical data related thereto. By section 103 (b) of Executive Order No. 10575 issued November 6, 1954, the President delegated to the Secretary of State the functions conferred upon him by section 414 of the act.

The designation herein of articles as arms, ammunition, and implements of war supersedes the designation of those articles in Presidential Proclamation 3038 (18 F. R. 7505) by reason of the delegation of authority referred to above.

§ 74.1 *Components, parts, accessories and related items.* Section 75.2 of this chapter issued by the Secretary of State, wherein are designated components, parts, attachments, accessories and related items, supplements this list.

CATEGORY I—SMALL ARMS AND MACHINE GUNS

Rifles, carbines, revolvers, pistols, machine pistols, and machine guns using ammunition of caliber .22 or over.

CATEGORY II—ARTILLERY AND PROJECTORS

Guns, howitzers, cannon, mortars, tank destroyers, rocket launchers, military flame throwers, military smoke projectors, and recoilless rifles.

CATEGORY III—AMMUNITION

Ammunition of caliber .22 or over for the arms enumerated in Categories I and II hereof.

CATEGORY IV—BOMBS, TORPEDOES, ROCKETS, AND GUIDED MISSILES

(a) Bombs, torpedoes, grenades (including smoke grenades), smoke canisters, rockets, mines, guided missiles, depth charges, fire bombs, and incendiary bombs.
(b) Apparatus and devices for the handling, control activation, discharge, detonation, or detection of items enumerated in paragraph (a) of this category.
(c) Fuel thickeners usable in bombs.

CATEGORY V—FIRE CONTROL EQUIPMENT AND RANGE FINDERS

Fire control, gun tracking and infrared and other nightsighting equipment; range, position, and height finders, and spotting instruments; aiming devices (electronic, gyroscopic, optic, and acoustic); bomb sights, gun sights, and periscopes for the arms, ammunition, and implements of war enumerated herein.

CATEGORY VI—TANKS AND ORDNANCE VEHICLES

Tanks, military type armed or armored vehicles, ammunition trailers, and amphibi-

(Continued on p. 7405)

## CONTENTS

**Agricultural Marketing Service**   Page
Proposed rule making:
    Milk handling in Austin-Waco, Texas, marketing area_____ 7415
    Peas and carrots, frozen; U. S. standards for grades_____ 7413

**Agriculture Department**
See also Agricultural Marketing Service; Commodity Stabilization Service.
Notices:
    Michigan; designation of areas for production emergency loans_____ 7420

**Alien Property Office**
Notices:
    Neufeld, Anna Keller; intention to return vested property____ 7415

**Civil Aeronautics Administration**
Rules and regulations:
    Fees for copying, certification and search of records; copying and search of records; acceptable remittance_____ 7403

**Civil Aeronautics Board**
Notices:
    Delegations of final authority related to substantive program matters_____ 7418
    First class and other preferential mail rate_____ 7418

**Civil Service Commission**
Rules and regulations:
    Competitive service, exceptions from; Post Office Department (2 documents)_____ 7407

**Commerce Department**
See Civil Aeronautics Administration.

**Commodity Stabilization Service**
Notices:
    Sugar beets, 1955 crop; hearings on wages and prices and designation of presiding officers_ 7419
Rules and regulations:
    Domestic beet sugar producing area; proportionate shares for 1955 crop; correction_____ 7407

7403

# FEDERAL REGISTER

Published daily, except Sundays, Mondays, and days following official Federal holidays, by the Federal Register Division, National Archives and Records Service, General Services Administration, pursuant to the authority contained in the Federal Register Act, approved July 26, 1935 (49 Stat. 500, as amended; 44 U. S. C., ch. 8B), under regulations prescribed by the Administrative Committee of the Federal Register, approved by the President. Distribution is made only by the Superintendent of Documents, Government Printing Office, Washington 25, D. C.

The regulatory material appearing herein is keyed to the Code of Federal Regulations, which is published, under 50 titles, pursuant to section 11 of the Federal Register Act, as amended August 5, 1953.

The FEDERAL REGISTER will be furnished by mail to subscribers, free of postage, for $1.50 per month or $15.00 per year, payable in advance. The charge for individual copies (minimum 15¢) varies in proportion to the size of the issue. Remit check or money order, made payable to the Superintendent of Documents, directly to the Government Printing Office, Washington 25, D. C.

There are no restrictions on the republication of material appearing in the FEDERAL REGISTER.

---

*Now Available*

**UNITED STATES GOVERNMENT ORGANIZATION MANUAL**

**1954–55 Edition**

(Revised through July 1)

Published by the Federal Register Division, the National Archives and Records Service, General Services Administration

**742 Pages—$1.00 a copy**

Order from Superintendent of Documents, United States Government Printing Office, Washington 25, D. C.

---

## CONTENTS—Continued

**Customs Bureau** — Page
Notices:
  Joshua Hendy Corp.; registration of funnel mark_____ 7415

**Defense Mobilization Office**
Rules and regulations:
  Telecommunications Planning Committee, provision for representatives of Federal Civil Defense Administration to be included in membership of___ 7408

**Farm Credit Administration**
Rules and regulations:
  Production Credit Associations; loans on commodities covered by CCC price support programs; correction_____ 7407

## CONTENTS—Continued

**Federal Power Commission** — Page
Notices:
  Hearings, etc.:
    Bateman Drilling Co_____ 7421
    MidSouth Gas Co_____ 7420
    Midstates Oil Corp. et al____ 7421
    Panhandle Eastern Pipe Line Co. et al_____ 7420
    Raible, Greif_____ 7420
    Skipper, L. N., et al_____ 7420
    Transcontinental Gas Pipe Line Corp. et al_____ 7422

**General Services Administration**
Notices:
  Secretary of Interior; delegation of authority with respect to contracts for procurement of engineering and architectural services; Bonneville Power Administration_____ 7422

**Indian Affairs Bureau**
Notices:
  Procurement matters; redelegations of authority with respect to demountable surplus housing to provide dwelling accommodations for Indians in certain counties in California_____ 7416

**Interior Department**
*See* Indian Affairs Bureau; Land Management Bureau.
Notices:
  Commissioner of Indian Affairs; delegation of authority with respect to dwelling accommodations for Indians in certain counties in California_____ 7418
  Commissioner of Reclamation; delegation of authority with respect to certain duties and functions_____ 7417
  Heads of Bureaus:
    Delegations of authority with respect to contracts_____ 7417
    Redelegation of authority to dispose of and to transfer personal property_____ 7417

**Internal Revenue Service**
Proposed rule making:
  Industrial alcohol_____ 7408

**Interstate Commerce Commission**
Notices:
  Applications for relief:
    Alcohols from the South to official and Illinois territories_____ 7428
    Bituminous fine coal to Chicago, Ill., from:
      Illinois and Indiana_____ 7427
      Western Kentucky_____ 7429
    Ethylene glycol from Texas to Chicago, Ill. (2 documents)_ 7429
    Limestone, fluxing, from Ohio to Jackson, Miss_____ 7429
    Salt cake from Baton Rouge, and North Baton Rouge, La., to Georgetown, S. C___ 7428
    Soda ash from Baton Rouge and North Baton Rouge, La., to Georgetown, S. C___ 7428
    Sugar from:
      Baltimore, Md., to Tennessee and Virginia_____ 7428
      Mobile, Ala., to Franklin, N. C._____ 7430

## CONTENTS—Continued

**Interstate Commerce Commission—Continued** — Page
Notices—Continued
  Applications for relief—Con.
    Sulphite of sodium from St. Louis, Mo., and East St. Louis, Ill., to Franklin, Va., and Roanoke, Rapids, N. C._ 7428
  Motor carrier applications_____ 7423

**Justice Department**
*See* Alien Property Office.

**Land Management Bureau**
Notices:
  Alaska; proposed withdrawal and reservation of lands_____ 7416
  Wyoming; modification of grazing districts_____ 7417
Rules and regulations:
  Phosphate leases and use permits; size of leasehold and limitation of acreage holdings_____ 7408

**Post Office Department**
Notices:
  Decentralization of operations embracing California, Nevada, and the Territory of Hawaii, and establishment of Regional Headquarters at San Francisco, Calif_____ 7416
  Revision of postal regulations; postponement of effective date_____ 7415
Rules and regulations:
  Revision of postal regulations; postponement of effective date_____ 7408

**Securities and Exchange Commission**
Notices:
  Hearings, etc.:
    United Gas Corp. and Union Producing Co_____ 7423
    West Penn Electric Co. and Potomac Edison Co_____ 7422

**State Department**
Rules and regulations:
  International traffic in arms, ammunition, and implements of war:
    Fees for licenses_____ 7407
    Miscellaneous amendments___ 7405
  U. S. munitions list; enumeration of arms, ammunition and implements of war subject to import and export controls; components, parts, accessories and related items_____ 7403

**Treasury Department**
*See* Customs Bureau; Internal Revenue Service.

## CODIFICATION GUIDE

A numerical list of the parts of the Code of Federal Regulations affected by documents published in this issue. Proposed rules, as opposed to final actions, are identified as such.

**Title 3** — Page
Chapter I (Proclamations):
  3038 (see T. 22, Pt. 74)_____ 7403

**Title 5**
Chapter I:
  Part 6 (2 documents)_____ 7407

## CODIFICATION GUIDE—Con.

| | Page |
|---|---|
| **Title 6** | |
| Chapter I: | |
| Part 50 | 7407 |
| **Title 7** | |
| Chapter I: | |
| Part 52 (proposed) | 7413 |
| Chapter VIII: | |
| Part 850 | 7407 |
| Chapter IX: | |
| Part 952 (proposed) | 7415 |
| **Title 14** | |
| Chapter II: | |
| Part 414 | 7403 |
| **Title 22** | |
| Chapter I: | |
| Part 74 | 7403 |
| Part 75 (2 documents) | 7405, 7407 |
| **Title 26 (1954)** | |
| Chapter I: | |
| Part 182 (proposed) | 7408 |
| **Title 32A** | |
| Chapter I (ODM): | |
| DMO IX-1 | 7408 |
| **Title 39** | |
| Chapter I | 7408 |
| **Title 43** | |
| Chapter I: | |
| Part 196 | 7408 |

ous vehicles (land vehicles capable of limited endurance in water), military half tracks, military type tank recovery vehicles, gun carriers, and automotive vehicles or chassis embodying all-wheel drive and equipped with one or both of the following features to meet special military requirements: adaptation features for deep water fording and sealed electrical systems.

CATEGORY VII—CHEMICAL AND BIOLOGICAL AGENTS

(a) Chemical or biological agents adapted for use in war to produce death or disablement in human beings or animals or to damage crops.
(b) Equipment for the dissemination, detection, and identification of, and defense against, the items described in paragraph (a) of this category.

CATEGORY VIII—PROPELLANTS AND EXPLOSIVES

Propellants for the articles enumerated in Categories III, IV, and VII hereof; military high explosives.

CATEGORY IX—VESSELS OF WAR AND SPECIAL NAVAL EQUIPMENT

(a) Warships, amphibious warfare vessels, landing craft, mine warfare vessels, patrol vessels, auxiliary vessels, service craft, floating dry docks, and experimental types of naval ships.
(b) Equipment for the laying, detection, detonation, and sweeping of mines.
(c) Submarine and torpedo nets.

CATEGORY X—AIRCRAFT

Aircraft and airborne equipment, balloons in excess of 3,000 cubic feet capacity.

CATEGORY XI—MISCELLANEOUS ARTICLES

(a) Radar of all types, including guidance systems and airborne or ground radio equipment therefor; electronic countermeasure and jamming equipment; underwater sound equipment; military communications-electronics equipment bearing a military designation; electronic navigational aids specially designed for military use such as radio direction finding equipment, radio distance measuring systems such as Shoran, and hyperbolic grid systems, such as Raydist, Loran, Decca, and all other electronics equipment specially designed for military use.
(b) Aerial cameras and special purpose military cameras and specialized processing equipment therefor; military photointerpretation, stereoscopic plotting, and photogrammetry equipment.
(c) Armor plate, armored railway trains, military steel helmets, body armor, and flak suits.
(d) Specialized military mobile repair shops specially designed to service military equipment.
(e) Pressurized breathing equipment and partial pressure suits for use in aircraft, anti "G" suits, military crash helmets, parachutes utilized for personnel, cargo, deceleration purposes, and aircraft liquid oxygen converters.
(f) Military pyrotechnics including projectors therefor.
(g) Specialized military training equipment.
(h) Tear gas and equipment for dissemination thereof.
(i) Helium gas.
(j) Cryptographic devices (encoding and decoding).
(k) Landing mats.

CATEGORY XII—CLASSIFIED MATERIAL

All material not enumerated herein which is classified from the standpoint of military security.

CATEGORY XIII—TECHNICAL DATA

Technical data relating to the articles here designated as arms, ammunition, and implements of war except unclassified technical data generally available in published form.

(Sec. 414, 68 Stat. 848; sec. 103, E. O. 10575, 19 F. R. 7251)

Dated: November 10, 1954.

For the Secretary of State.

SCOTT MCLEOD,
*Administrator, Bureau of Inspection, Security and Consular Affairs.*

[F. R. Doc. 54-9031; Filed, Nov. 16, 1954; 8:48 a. m.]

[Dept. Reg. 108.235]

PART 75—INTERNATIONAL TRAFFIC IN ARMS, AMMUNITION, AND IMPLEMENTS OF WAR

MISCELLANEOUS AMENDMENTS

The regulations governing the international traffic in arms, ammunition, and implements of war issued on November 25, 1953, are amended as follows:
1. The paragraph entitled *"Authority"* is amended to read as follows:

*Authority.* Section 414 of the Mutual Security Act of 1954 (Pub. Law 665, 83d Congress, 2d Session: 68 Stat. 848) approved August 26, 1954, is the legal authority to control the exportation and importation of munitions and to designate those articles which shall be considered arms, ammunition and implements of war, including technical data related thereto. By section 103 (b) of Executive Order No. 10575 issued November 6, 1954, the President delegated to the Secretary of State the functions conferred upon him by section 414 of the act.

2. In § 75.1 *General*, paragraph (a) is amended to read as follows:

(a) The term "proclamation" shall mean Presidential Proclamation 3038 (18 F. R. 7505) of the United States Munitions List (Part 74 of this chapter) which superseded that proclamation and was issued pursuant to the provisions of section 414 of the Mutual Security Act of 1954 entitled "Munitions Control."

3. A paragraph (c) is added to § 75.1 as follows:

(c) The functions conferred by section 414 of the Mutual Security Act of 1954 are excluded from the operation of the Administrative Procedures Act (60 Stat. 237), as contemplated by section 3 thereof.

4. In § 75.2, the section heading, introductory paragraph and material under Category 1 are amended to read as follows:

§ 75.2 *Components, parts, accessories and attachments subject to section 414 of the Mutual Security Act.* The following components, parts, accessories, and attachments and related items for each of the articles enumerated in the United States Munitions List and arranged under categories and titles corresponding to those in the United States Munitions List shall be considered arms, ammunition, and implements of war for the purpose of section 414 of the Mutual Security Act of 1954.

CATEGORY 1: *Small arms and machine guns.* Components and parts and the following accessories and attachments: bayonets, slings, straps, gun mounts, belts, links and magazines for such arms.

5. Section 75.7 (a) is amended to read as follows:

(a) *All combatant vessels and craft, including the following:* Battleships (BB); command ships (CBC, CLC); cruisers (CA, CAG, CB, CL, CLAA, CLG); aircraft carriers, (CVA, CVL, CVE); destroyers (DD, DL, DDE, DDR); submarines (SS, SSN, SSG, SSK, SSR, SST, ASSA, ASSP). Amphibious force flag ship (ACC); cargo ship attack (AKA); transports (APA, APD); fire support ship (IFS); landing ships (LSFF, LSTL, LSSL, LSD, LSM, LSMR, LST, LSV); landing craft (LOC, LCI, LCM, LCP, LCP-G, LCB-S, LCV, LCVP, LVT-A, LCT-A, LVT); landing vessels (LVW, DUKV, LCU); mine vessels (ACM, AM, AMC, AMCU, AMS, CM, CMC, DM, DMS, MSB, XMAP, YMP, YMS, YNG); patrol vessels (PY, YP); motor torpedo boat (PT); escort vessels (DE, DEC, DER, PCE, PCER, PCEC); subchasers (PCC, PCSC, SCC, SC, PC, PCS); frigate (PF); motor gun boats (PGM, PR).

6. Section 75.12 is amended to read as follows:

§ 75.12 *Production for experimental or scientific purposes.* The fabrication of arms, ammunition and implements of war for experimental or scientific purposes including research and development is not considered as manufacture for the purposes of section 414 of the Mutual Security Act of 1954.