UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>　　Defendants. | No. 2:20-cv-0111-RAJ<br><br>**FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

# EXHIBIT 15

Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Does an individual need a license to make a firearm for personal use?*

https://www.atf.gov/firearms/qa/does-individual-need-license-make-firearm-personal-use

Motion for Summary Judgment
(No. 2:20-cv-111-RAJ) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533

 Español

# Does an individual need a license to make a firearm for personal use?

No, a license is not required to make a firearm solely for personal use. However, a license is required to manufacture firearms for sale or distribution. The law prohibits a person from assembling a non-sporting semiautomatic rifle or shotgun from 10 or more imported parts, as well as firearms that cannot be detected by metal detectors or x-ray machines. In addition, the making of an NFA firearm requires a tax payment and advance approval by ATF.

[18 U.S.C. 922(o), (p) and (r); 26 U.S.C. 5822; 27 CFR 478.39, 479.62 and 479.105]

Last Reviewed March 17, 2020