The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; et al., | NO. 2:20-cv-00111-RAJ |
| Plaintiffs, | STIPULATED MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; et al., | NOTE ON MOTION CALENDAR: DECEMBER 9, 2020 |
| Defendants. | |

## I.   STIPULATED MOTION

Plaintiffs and the Federal Defendants respectfully submit this stipulated motion to modify the summary judgment briefing schedule to extend the remaining deadlines by 60 days. The Intervenor Defendants take no position on this motion.

On April 22, 2020, the Court issued a text order setting the following briefing schedule for the parties' cross-motions for summary judgment:

> The parties shall file cross-dispositive motions, with the first motion to be filed 60 days after production of the Administrative Record. In the event of any motion to supplement and/or correct the Administrative Record, this 60-day deadline will be vacated and reset to run from the production of any supplement or correction to the Administrative Record, or the date of resolution of such motion, whichever is later. The second cross-dispositive motion, combined with the response to the first cross-dispositive motion, will be filed 28 days after the first cross-dispositive motion. The response to the second cross-dispositive motion, combined with the reply in support of the first cross-dispositive motion, will be filed 28 days after the second cross-dispositive motion. The reply in support of the second cross-dispositive motion will be filed 21 days after the first party's response/reply. If the

STIPULATED MOTION TO EXTEND
SUMMARY JUDGMENT BRIEFING
DEADLINES
NO.  2:20-CV-00111-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Intervenor Defendants participate in these cross-dispositive motions, they will file their briefs on the same schedule as the Federal Defendants.

(Unnumbered docket entry following Dkt. # 97.)

The Federal Defendants completed their filing of the administrative record on September 25, 2020. *See* Dkt. ## 106, 107, 109 and related sub-entries. On November 24, 2020, in accordance with the April 22 order, the Federal Defendants filed their Motion for Summary Judgment. Dkt. # 110. The Intervenor Defendants did not file a brief. Currently, Plaintiffs' combined cross-motion and response brief is due December 22, 2020, and briefing will be completed in February 2021.

Plaintiffs and the Federal Defendants agree that good cause exists for a 60-day extension of the remaining summary judgment briefing deadlines. The administrative record is extensive, consisting of 73 separate docket entries and approximately 55,903 pages, requiring more time than anticipated for Plaintiffs to complete their review. Moreover, the current briefing schedule spans the New Year and includes the winter holidays as well as Inauguration Day, presenting challenges for counsel in completing briefing and obtaining management review. An additional 60 days will afford the parties and their counsel additional time to prepare briefing based on the extensive record, and provide time for appropriate review of the parties' filings. Accordingly, Plaintiffs and the Federal Defendants respectfully request that the Court modify the summary judgment briefing schedule to extend the remaining deadlines by 60 days, as follows:

- Plaintiffs' combined cross-dispositive motion and response to Defendants' Motion for Summary Judgment shall be filed by February 20, 2021.
- Defendants' combined response to plaintiffs' motion and reply in support of their Motion for Summary Judgment shall be filed by March 20, 2021.
- Plaintiffs' reply in support of their motion shall be filed by April 12, 2021.

STIPULATED MOTION TO EXTEND
SUMMARY JUDGMENT BRIEFING
DEADLINES
NO. 2:20-CV-00111-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 9th day of December 2020.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
BRENDAN SELBY, WSBA #55325
Assistant Attorneys General
JEFFREY RUPERT, WSBA #45037
Division Chief
(206) 464-7744
kristin.beneski@atg.wa.gov
brendan.selby@atg.wa.gov
jeffrey.rupert@atg.wa.gov
*Attorneys for Plaintiff State of Washington*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

MATTHEW J. GLOVER
Counsel

*s/ Eric J. Soskin (with authorization)*
ERIC J. SOSKIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-0533 (telephone)
(202) 616-8470 (facsimile)
eric.soskin@usdoj.gov

STIPULATED MOTION TO EXTEND
SUMMARY JUDGMENT BRIEFING
DEADLINES
NO.  2:20-CV-00111-RAJ

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## II. ORDER

Pursuant to the above stipulation, it is so ordered.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
SUMMARY JUDGMENT BRIEFING
DEADLINES
NO.  2:20-CV-00111-RAJ

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744