The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:20-cv-00111-RAJ |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF THE APPEARANCE OF SUSAN P. HERMAN** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

I, Susan P. Herman, hereby file, pursuant to LCR 83.2(b)(3), this Notice of Withdrawal of my appearance (pro hac vice) on behalf of Plaintiff State of Maine in this matter. I will be retiring from state service effective December 31, 2020 and will be leaving the Maine Office of the Attorney General on that date.

The State of Maine will continue to be represented by Assistant Attorney General Jillian R. O'Brien within the Maine Office of the Attorney General who has entered an appearance in this case along with local co-counsel within the Washington Attorney General's Office.

NOTICE OF WITHDRAWAL OF APPEARANCE
2:20-cv-00111-RAJ

1

ATTORNEY GENERAL OF MAINE
6 State House Station
Augusta, ME 04352
(207) 626-8814

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 23, 2020 | Respectfully Submitted, |
| 3 | | AARON M. FREY<br>MAINE ATTORNEY GENERAL |
| 4 | | |
| 5 | | /s/ Susan P. Herman<br>SUSAN P. HERMAN<br>Chief Deputy Attorney General |
| 6 | | Maine Office of the Attorney General<br>6 State House Station |
| 7 | | Augusta, ME 04333-0006<br>(207) 626-8814 |
| 8 | | susan.herman@maine.gov |
| 9 | | /s/ Jillian R. O'Brien<br>JILLIAN R. O'BRIEN |
| 10 | | Assistant Attorney General<br>6 State House Station |
| 11 | | Augusta, ME 04333-0006<br>(207) 626-8582 |
| 12 | | jill.oBrien@maine.gov |
| 13 | | ROBERT W. FERGUSON |
| 14 | | Attorney General of Washington |
| 15 | | /s/ Kristin Beneski<br>KRISTIN BENESKI |
| 16 | | Assistant Attorney General<br>800 Fifth Avenue, Suite 2000 |
| 17 | | Seattle, WA 98104<br>(206) 474-7744 |
| 18 | | kristin.beneski@atg.wa.gov |

NOTICE OF WITHDRAWAL OF APPEARANCE
2:20-cv-00111-RAJ

2

ATTORNEY GENERAL OF MAINE
6 State House Station
Augusta, ME 04352
(207) 626-8814