The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:20-cv-0111-RAJ |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael F. Knapp, Trial Attorney with the U.S. Department of Justice, hereby enters his appearance on behalf of Federal Defendants in the above captioned case.

Correspondence may be addressed to Mr. Knapp as follows:

By Courier:  Michael Knapp
(preferred)  United States Department of Justice
             Civil Division, Federal Programs Branch
             1100 L Street NW, Room 12008
             Washington, DC 20005

By U.S. Mail  Michael Knapp
(likely to incur delay)  United States Department of Justice
             Civil Division, Federal Programs Branch
             Post Office Box 883
             Washington, DC 20044

---

Notice of Appearance
*State of Washington, et al. v. U.S. Dep't of State, et al.*
(No. 2:20-cv-111-RAJ) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20005
202-514-2071

Mr. Knapp may be reached by phone at (202) 514-2071 or by electronic mail at michael.f.knapp@usdoj.gov.  Faxes for Mr. Knapp should be sent to (202) 616-8470.

Dated:  January 4, 2021								Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

MATTHEW J. GLOVER
CHRISTOPHER A. BATES
Counsel, Civil Division

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Room 12008
Washington, D.C. 20530
(202) 514-2071 (telephone)
(202) 616-8470 (facsimile)
michael.f.knapp@usdoj.gov

*Attorneys for Federal Defendants*

*State of Washington, et al. v. U.S. Dep't of State, et al.*
(No. 2:20-cv-111-RAJ) – 2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20005
202-514-2071

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2021, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: January 4, 2021

/s/ *Michael F. Knapp*
Michael F. Knapp

Notice of Appearance
*State of Washington, et al. v. U.S. Dep't of State, et al.*
(No. 2:20-cv-111-RAJ) – 3

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20005
202-514-2071