The Honorable Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:20-cv-0111-RAJ |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

The Federal Defendants hereby give notice that Eric J. Soskin withdraws his appearance in this case as counsel, because Mr. Soskin is leaving the Department of Justice. The Federal Defendants will be represented by Michael Knapp, who has now entered his appearance. Like Mr. Soskin, Mr. Knapp is with the Department of Justice's Civil Division, Federal Programs Branch. His contact information is:

Michael F. Knapp
1100 L Street, NW, Room 12008
Washington, DC 20005
(202) 514-2071
Michael.f.knapp@usdoj.gov

DATED this 4th day of January 2021.    Respectfully submitted,

JEFFREY BOSSERT CLARK

Withdrawal of Appearance – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533

| | |
|---|---|
| 1 | Acting Assistant Attorney General |
| 2 | ANTHONY J. COPPOLINO<br>Deputy Director |
| 3 | |
| 4 | /s/Eric J. Soskin<br>ERIC J. SOSKIN |
| 5 | Senior Trial Counsel<br>Civil Division, Federal Programs Branch |
| 6 | U.S. Department of Justice<br>1100 L Street N.W., Washington DC 20005 |

Withdrawal of Appearance – 2