The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:20-cv-0111-RAJ <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

The Federal Defendants hereby give notice that Matthew J. Glover withdraws his appearance in this case as counsel, because Mr. Glover is leaving the Department of Justice. The Federal Defendants will be represented by Michael Knapp, who has now entered his appearance. Like Mr. Glover, Mr. Knapp is with the Department of Justice's Civil Division. His contact information is:

Michael F. Knapp
1100 L Street, NW, Room 12008
Washington, DC 20005
(202) 514-2071
Michael.f.knapp@usdoj.gov

DATED this 14th day of January 2021.        Respectfully submitted,

Withdrawal of Appearance – 1

United States Department of Justice
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
202-307-1697

| | |
|---|---|
| 1 | JENNIFER B. DICKEY<br>Acting Assistant Attorney General |
| 2 | |
| 3 | ANTHONY J. COPPOLINO<br>Deputy Director |
| 4 | MICHAEL F. KNAPP<br>Trial Attorney, Federal Programs Branch |
| 5 | |
| 6 | /s/Matthew J. Glover<br>MATTHEW J. GLOVER |
| 7 | Senior Council to the Assistant Attorney General |
| 8 | Civil Division<br>U.S. Department of Justice |
| 9 | 950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

Withdrawal of Appearance – 2

United States Department of Justice
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
202-307-1697