The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | No.  2:20-cv-00111-RAJ<br><br>NOTICE OF WITHDRAWAL OF THE APPEARANCE OF MATTHEW COLANGELO |

I, Matthew Colangelo, hereby file, pursuant to LCR 83.2(b)(3), this Notice of Withdrawal of my appearance (pro hac vice) on behalf of Plaintiff the State of New York in this matter because of my upcoming departure from the Office of the New York State Attorney General.

The State of New York will continue to be represented in this matter by attorneys from the Office of the New York State Attorney General who have previously entered their appearance, including Daniela Nogueira and Steven Wu, along with local co-counsel from the Washington Attorney General's Office.

DATED: January 16, 2021

Respectfully submitted,

By: /s/ Matthew Colangelo
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

By: /s/ Daniela L. Nogueira
Daniela L. Nogueira
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6544
Daniela.Nogueira@ag.ny.gov

By: /s/ Steven Wu
Steven Wu
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6312
Steven.Wu@ag.ny.gov