The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:20-cv-0111-RAJ <br><br> **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lisa Newman, Trial Attorney with the U.S. Department of Justice, hereby enters her appearance on behalf of Federal Defendants in the above captioned case.

Correspondence may be addressed to Ms. Newman as follows:

By Courier:    Lisa Newman
(preferred)    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street NW, Room 12016
    Washington, DC 20005

By U.S. Mail    Lisa Newman
(likely to incur delay)    United States Department of Justice
    Civil Division, Federal Programs Branch
    Post Office Box 883
    Washington, DC 20044

Notice of Appearance
*State of Washington, et al. v. U.S. Dep't of State, et al.*
(No. 2:20-cv-111-RAJ) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12016
Washington, DC 20005
(202) 514-5578

Lisa Newman may be reached by phone at (202) 353-5882 or by electronic mail at lisa.n.newman@usdoj.gov.  Faxes should be sent to (202) 616-8470.

Dated:  February 17, 2021     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Room 12016
Washington, D.C. 20530
(202) 353-5882
Lisa.n.newman@usdoj.gov

*Attorneys for Federal Defendants*

Notice of Appearance
*State of Washington, et al. v. U.S. Dep't of State, et al.*
(No. 2:20-cv-111-RAJ) – 2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12016
Washington, DC 20005
(202) 514-5578

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: February 17, 2021

/s/ *Lisa Newman*
Lisa Newman

Notice of Appearance
*State of Washington, et al. v. U.S. Dep't of State, et al.*
(No. 2:20-cv-111-RAJ) – 3

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12016
Washington, DC 20005
(202) 514-5578