The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>            Defendants. | NO. 2:20-cv-00111-RAJ<br><br>ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT AND DENYING FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[PROPOSED] |

    This matter came before the Court on the parties' cross-motions for summary judgment. The Court has considered the cross-motions and all documents filed therewith, including declarations and exhibits attached thereto, the pleadings and the record in this case, and the arguments of counsel.

    Being fully apprised of the matter, now, therefore, it is hereby ORDERED, ADJUDGED, and DECREED that the Federal Defendants' Motion for Summary Judgment is DENIED and the Plaintiff States' Motion for Summary Judgment is GRANTED.

    It is further ORDERED, ADJUDGED, and DECREED that the State Department rule published at 85 Fed. Reg. 3819 (Jan. 23, 2020) (the "State Rule") is VACATED insofar as it

ORDER GRANTING PLAINTIFFS' MOTION FOR SJ AND DENYING DEFENDANTS' MOTION FOR SJ [PROPOSED]
NO. 2:20-CV-00111-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

removes 3-D firearms files, as defined below, from the United States Munitions List.

The items at issue are "technical data related to 3D-printed firearms, including software and technology for the production of a firearm or firearm parts" ("3-D firearms files"). Dkt. # 54 (First Amended Complaint) ¶ 2.

For purposes of this Order, these terms are defined as follows:

- "Technical data related to 3D-printed firearms" are technical data, including but not limited to computer files in any format, including Computer Aided Design (CAD) and Computer Aided Manufacturing (CAM) formats such as STL, AMF, G-code, SLDPRT, and STP, that can be used as part of an additive or non-additive manufacturing process to produce any firearms or firearm parts using a 3D printer or other device, and that have heretofore been subject to the International Traffic in Arms Regulations (ITAR).
- "Software" has the same meaning as in 22 C.F.R. § 120.45: "Software includes but is not limited to the system functional design, logic flow, algorithms, application programs, operating systems, and support software for design, implementation, test, operation, diagnosis and repair."
- "Technology" means information which is required for the design, development, production, manufacture, assembly, operation, repair, testing, maintenance or modification of firearms. This includes information in the form of blueprints, drawings, photographs, plans, instructions or documentation. *Cf.* 22 C.F.R. § 120.10.

It is SO ORDERED.

ISSUED this _____ day of _____, 2021.

_____
THE HONORABLE RICHARD A. JONES

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
JEFFREY RUPERT, WSBA #45037
Division Chief
BRENDAN SELBY, WSBA #55325
Assistant Attorney General
*Attorneys for Plaintiff State of Washington*

ORDER GRANTING PLAINTIFFS' MOTION FOR SJ AND DENYING DEFENDANTS' MOTION FOR SJ [PROPOSED] NO. 2:20-CV-00111-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 19th day of February 2021, at Seattle, Washington.

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General

ORDER GRANTING PLAINTIFFS' MOTION FOR SJ AND DENYING DEFENDANTS' MOTION FOR SJ [PROPOSED]
NO. 2:20-CV-00111-RAJ

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744