The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>    Defendants. | NO. 2:20-cv-00111-RAJ<br><br>DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFF STATES' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT |

I, Kristin Beneski, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am a Section Chief in the Complex Litigation Division of the Washington State Attorney General's Office, which represents the State of Washington in this matter.

3. I conducted a targeted review of the Administrative Record filed by the Federal Defendants in this matter (Dkt. ## 106, 107, 109). The Administrative Record was loaded into a document review software program, and we applied keyword searching and a tagging system to review the record.

4. I reviewed all documents in the Administrative Record containing any of the following search terms: "AMF"; "G-code"; "G code"; "734.7"; "3D"; "3-D"; "print*"; and "internet". None of the documents I reviewed contained any analysis or information related to

DECLARATION OF KRISTIN BENESKI
NO. 2:20-CV-00111-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  the scope or meaning of the terms AMF or G-code; the scope or meaning of the phrase "ready
2  for insertion"; the scope of Subsection (c) of 15 C.F.R. 734.7 or its applicability to certain 3-D
3  firearms files or file types; or any substantive comparison of the regulation of 3-D firearms files
4  under ITAR versus their intended regulation under Subsection (c) of 15 C.F.R. 734.7.

5      5.    By way of illustration, the keyword hits for the narrowest search terms, "AMF"
6  and "G-code," comprised the following:

7      a.  **AMF** (five hits total):

8        i.  Two hits within copies of Subsection (c) of 15 C.F.R. 734.7. Dkt. # 106-
9  1, page 248 of 2650 (WASHSTATEB000248); Dkt. # 106-3, page 581
10  of 992 (WASHSTATEB007151).

11        ii.  Two hits within copies of the Commerce Rule's preamble. Dkt. # 106-
12  1, pages 118 and 125 of 2650 (WASHSTATEB000118, 125).

13        iii.  One hit within a copy of a Congressional Committee Report on a bill,
14  as part of the phrase "AMF Joint Tactical Radio System," in which
15  "AMF" does not appear to refer to 3-D firearm files. Dkt. # 106-6, page
16  458 of 1241 (WASHSTATEA458).

17      b.  **G-code** (five hits total):

18        i.  Two hits within copies of Subsection (c) of 15 C.F.R. 734.7. Dkt. # 106-
19  1, page 248 of 2650 (WASHSTATEB000248); Dkt. # 106-3, page 581
20  of 992 (WASHSTATEB007151).

21        ii.  Two hits within copies of the Commerce Rule's preamble. Dkt. # 106-
22  1, pages 118 and 125 of 2650 (WASHSTATEB000118, 125).

23        iii.  One hit within a 2015 letter from Defense Distributed's counsel to the
24  Department of Defense Trade Controls, as part of Defense Distributed's
25  commodity jurisdiction request. Dkt. # 107-21, page 148 of 546
26  (DOSWASHINGTONSUP00171).

DECLARATION OF KRISTIN BENESKI     2     ATTORNEY GENERAL OF WASHINGTON
NO. 2:20-CV-00111-RAJ                                     Complex Litigation Division
                                                                 800 5th Avenue, Suite 2000
                                                                 Seattle, WA 98104-3188
                                                                        (206) 464-7744

1   6. A compilation of the excerpts of the Administrative Record referenced in Paragraph 5 above, which are true and correct copies thereof, are attached as **Exhibit A**.

7. Attached hereto as **Exhibit B** is a true and correct copy of a March 1, 2013 Ars Technica article, "*Download this gun": 3D printed semi-automatic fires over 600 rounds*, authored by Cyrus Farviar, available at https://arstechnica.com/tech-policy/2013/03/download-this-gun-3d-printed-semi-automatic-fires-over-600-rounds/ (last visited Feb. 14, 2021).

8. Attached hereto as **Exhibit C** is a true and correct copy of Defendants' Motion to Dismiss Second Amended Complaint filed in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, W.D. Tex. No. 1:15-cv-372-RP, produced as part of the administrative record in this case bearing Bates numbers DOSWASHINGTONSUP01533–1562, filed at Dkt. # 107-22 at pp. 964–993 of 996.

9. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Lisa V. Aguirre with its seven exhibits filed in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, W.D. Tex. No. 1:15-cv-372-RP, produced as part of the administrative record in this case bearing Bates numbers DOSWASHINTGONSUP00438–507, filed at Dkt. # 107-21 at pp. 415–484 of 546.

10. Attached hereto as **Exhibit E** is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, W.D. Tex. No. 1:15-cv-372-RP, produced as part of the administrative record in this case bearing Bates numbers DOSWASHINGTONSUP00397–437, filed at Dkt. # 107-21 at pp. 374–414 of 546.

11. Attached hereto as **Exhibit F** is a true and correct copy of a Settlement Agreement produced as part of the administrative record in this case bearing Bates numbers DOSWASHINGTONSUP00001–8, filed at Dkt. # 107-20, pp. 1–8 of 23.

12. Attached hereto as **Exhibit G** is a true and correct copy of the Second Amended Complaint in the matter of *Defense Distributed, et al. v. U.S. Department of State, et al.*, W.D.

DECLARATION OF KRISTIN BENESKI
NO. 2:20-CV-00111-RAJ
3
ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Tex. No. 1:15-cv-372-RP, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEB007308–7322, filed at Dkt. # 106-3 at pp. 738–752 of 992.

13. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the transcript of proceedings held on August 21, 2018, in the matter of *Washington, et al. v. U.S. Department of State, et al.*, W.D. Wash. No. 1:18-cv-1115-RSL.

14. Attached hereto as **Exhibit I** is a true and correct copy of the Plaintiff States' Motion for Summary Judgment in the matter of *Washington, et al. v. U.S. Department of State, et al.*, W.D. Wash. No. 1:18-cv-1115-RSL, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEB007403–7433, filed at Dkt. # 106-3 at pp. 833–863 of 992.

15. Attached hereto as **Exhibit J** is a true and correct copy of the Plaintiff States' Combined Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motions for Summary Judgment in the matter of *Washington, et al. v. U.S. Department of State, et al.*, W.D. Wash. No. 1:18-cv-1115-RSL, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEB007452–7483, filed at Dkt. # 106-3 at pp. 882–913 of 992.

16. Attached hereto as **Exhibit K** is a true and correct copy of a comment letter from Professor Susan Waltz to the Office of Defense Trade Controls Policy, Department of State and the Regulatory Policy Division, Bureau of Industry and Security, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEA10475–81, filed at Dkt. # 106-6 at pp. 906–912 of 1241.

17. Attached hereto as **Exhibit L** is a true and correct copy of a comment letter from the Brady Campaign to Prevent Gun Violence On the Department of State Proposed Rule to Amend the International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III And the Department of Commerce Proposed Rule Regarding Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control Under

DECLARATION OF KRISTIN BENESKI
NO. 2:20-CV-00111-RAJ

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the United States Munitions List, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEA10398–407, filed at Dkt. # 106-6 at pp. 829–838 of 1241.

18.     Attached hereto as **Exhibit M** is a true and correct copy of an Information Memo for the Secretary dated October 18, 2019, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEB006956–59, filed at Dkt. # 106-3 at pp. 524–527 of 992.

19.     Attached hereto as **Exhibit N** is a true and correct copy of an Action Memo for the Secretary dated January 6, 2020, produced as part of the administrative record in this case bearing Bates numbers WASHSTATEB00001–17, filed at Dkt. # 106-1 at pp. 1–17 of 2650.

20.     Attached hereto as **Exhibit O** is a true and correct copy of a screen shot of a posting dated March 7, 2020 on the U.S. Department of State Directorate of Defense Trade Controls' webpage titled *Court Ordered Injunction Pertaining to Revisions to the U.S. Munitions List Categories I, II, and III*, obtained from the DDTC's webpage on March 9, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of February, 2021.

*s/ Kristin Beneski*
KRISTIN BENESKI

DECLARATION OF KRISTIN BENESKI
NO. 2:20-CV-00111-RAJ

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## **DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 19th day of February 2021, at Seattle, Washington.

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General

DECLARATION OF KRISTIN BENESKI
NO. 2:20-CV-00111-RAJ

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744