The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:20-cv-0111-RAJ <br><br> STIPULATED MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE <br><br> NOTE ON MOTION CALENDAR: MARCH 10, 2021 |

## I.   STIPULATED MOTION

Federal Defendants and Plaintiffs respectfully submit this stipulated motion to modify the summary judgment briefing schedule to extend the remaining deadlines by 60 days. The Intervenor Defendants take no position on this motion.

On December 11, 2020, the Court issued a text order setting the following briefing schedule for the parties' cross-motion for summary judgment:

> Plaintiffs' combined cross-dispositive motion and response to Defendants' 110 MOTION for Summary Judgment shall be filed by 2/20/2021. Defendants' combined response to Plaintiffs' motion and reply in support of their Motion for Summary Judgment shall be filed by 3/20/2020. Plaintiffs' reply in support of their motion shall be filed by 4/12/2021. Defendant's 110 MOTION for Summary Judgment is renoted for 4/16/2021.

ECF No. 114.

Stipulated Motion to Modify Briefing Schedule - 1
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

The Plaintiffs filed their combined cross-dispositive motion and response on February 19, 2021. *See* ECF No. 122. Currently, Federal Defendants' combined response and reply is due by March 20, 2021; Plaintiffs' reply is due by April 12, 2021.

Federal Defendants and Plaintiffs agree that good cause exists for a 60-day extension of the remaining summary judgment briefing deadlines due to the transition to a new presidential administration. Specifically, new leadership has assumed responsibility for the Department of Commerce and the Department of State, the two Departments whose regulatory jurisdiction is at issue in this litigation. To afford the new leadership of these Departments an opportunity to become familiar with the issues in this case before further briefing, Federal Defendants and Plaintiffs respectfully request that the Court modify the summary judgment briefing schedule to extend the remaining deadlines by 60 days, as follows:

- Federal Defendants' combined response to Plaintiffs' motion and reply in support of their Motion for Summary Judgment shall be filed on or before May 18, 2021.
- Plaintiffs' reply in support of their motion shall be filed on or before June 11, 2021.
- The parties' cross-motions for summary judgment are renoted for June 15, 2021.

Stipulated Motion to Modify Briefing Schedule - 2
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

Dated: March 10, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Michael F. Knapp
Michael F. Knapp
Lisa Newman
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Room 12008
Washington, D.C. 20530
(202) 514-2071 (telephone)
(202) 616-8460 (facsimile)
michael.f.knapp@usdoj.gov
lisa.n.newman@usdoj.gov

*Attorneys for Federal Defendants*

ROBERT W. FERGUSON
Attorney General of Washington

/s/ Kristin Beneski
KRISTIN BENESKI, WSBA #45478
BRENDAN SELBY, WSBA #55325
Assistant Attorneys General
JEFFREY RUPERT, WSBA #45037
Division Chief
(206) 464-7744
kristin.beneski@atg.wa.gov
brendan.selby@atg.wa.gov
jeffrey.rupert@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Stipulated Motion to Modify Briefing Schedule - 3
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

## II. ORDER

Pursuant to the above stipulation, it is so ordered.

---
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Stipulated Motion to Modify Briefing Schedule - 4
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: March 10, 2021                         _/s/ Michael F. Knapp_
                                              Michael F. Knapp

Stipulated Motion to Modify Briefing Schedule - 5
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071