The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STATE OF WASHINGTON, et al., | ) | No. 2:20-cv-0111-RAJ |
| | ) | |
| Plaintiffs, | ) | STIPULATED MOTION TO STAY |
| v. | ) | SUMMARY JUDGMENT |
| | ) | BRIEFING |
| UNITED STATES DEPARTMENT OF | ) | |
| STATE, et al., | ) | NOTE ON MOTION CALENDAR: |
| | ) | MAY 17, 2021 |
| Defendants. | ) | |
| | ) | |
| | ) | |

## I.      STIPULATED MOTION

Federal Defendants and Plaintiffs respectfully submit this stipulated motion to stay briefing on the parties' cross-motions for summary judgment. The Intervenor Defendants take no position on this motion.

On March 10, 2021, the Court issued a text order setting the following briefing schedule for the parties' cross-motion for summary judgment:

Federal Defendants' combined response to Plaintiffs' motion and reply in support of their Motion for Summary Judgment shall be filed by 5/18/2021. Plaintiffs' reply in support of their motion shall be filed by 6/11/2021. The parties' cross-motions for summary judgment are renoted for 6/11/2021.

ECF No. 125.

Currently, Federal Defendants' combined response and reply is due by May 18, 2021;

Stipulated Motion to Modify Briefing Schedule - 1
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

1    Plaintiffs' reply is due by June 11, 2021.

2        Federal Defendants and Plaintiffs agree that good cause exists to stay the remaining summary

3    judgment briefing deadlines due to the intervening decision of the Ninth Circuit Court of Appeals

4    in this litigation. Specifically, on April 27, 2021, the Ninth Circuit issued an opinion holding that this

5    Court lacks jurisdiction to review the State and Commerce regulations at issue in this litigation. That

6    decision will vacate the preliminary injunction entered in this case, ECF No. 94, and instructs that

7    the case be dismissed. The mandate of the Court of Appeals has not yet issued.

8        Because the Ninth Circuit's decision, should it become final, will terminate this litigation,

9    good cause exists to stay the current briefing deadlines. Staying the briefing will avoid potentially

10   unnecessary expense and burden to the parties. Should the circumstances change such that resuming

11   briefing on the parties' cross-motions for summary judgment would be appropriate, the parties will

12   so advise the Court.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulated Motion to Modify Briefing Schedule - 2
(No. 2:20-cv-00111-RAJ)

Dated: May 17, 2021                     Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        ANTHONY J. COPPOLINO
                                        Deputy Director, Federal Programs Branch

                                        */s/ Michael F. Knapp*
                                        Michael F. Knapp
                                        Lisa Newman
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW Room 12008
                                        Washington, D.C. 20530
                                        (202) 514-2071 (telephone)
                                        (202) 616-8460 (facsimile)
                                        michael.f.knapp@usdoj.gov
                                        lisa.n.newman@usdoj.gov

                                        *Attorneys for Federal Defendants*


                                        ROBERT W. FERGUSON
                                        Attorney General of Washington

                                        */s/ Brendan Selby*
                                        KRISTIN BENESKI, WSBA #45478
                                        BRENDAN SELBY, WSBA #55325
                                        Assistant Attorneys General
                                        JEFFREY RUPERT, WSBA #45037
                                        Division Chief
                                        (206) 464-7744
                                        kristin.beneski@atg.wa.gov
                                        brendan.selby@atg.wa.gov
                                        jeffrey.rupert@atg.wa.gov
                                        *Attorneys for Plaintiff State of Washington*

Stipulated Motion to Modify Briefing Schedule - 3
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

## II.    ORDER

Pursuant to the above stipulation, it is so ordered.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

        I hereby certify that on May 17, 2021, I electronically filed the foregoing brief using the

4

Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

5

Dated: May 17, 2021                                          */s/  Michael F. Knapp*

6
                                                             Michael F. Knapp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulated Motion to Modify Briefing Schedule - 5
(No. 2:20-cv-00111-RAJ)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12008
Washington, DC 20530
202-514-2071