UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF NEW MEXICO; STATE OF WISCONSIN, | No.    20-35391  D.C. No. 2:20-cv-00111-RAJ Western District of Washington, Seattle  ORDER |
| Plaintiffs-Appellees, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; ANTONY J. BLINKEN, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Deputy Assistant Secretary of Defense Trade; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as | |

Secretary of Commerce; BUREAU OF
INDUSTRY AND SECURITY;
MATTHEW S. BORMAN, in his official
capacity as Acting Assistant Secretary of
Commerce for Export Administration;
CORDELL HULL,

                    Defendants-Appellants,

NATIONAL SHOOTING SPORTS
FOUNDATION, INC.; FREDRIC'S ARMS
& SMITHS, LLC,

            Intervenor-Defendants-
            Appellees.

Before:  BYBEE and R. NELSON, Circuit Judges, and WHALEY,[*] District Judge.

Defendant-Appellants unopposed motion for immediate issuance of the mandate is GRANTED.  *See* Dkt. No. 64.  The clerk shall immediately issue the mandate in accordance with this order.  *See* Fed. R. App. P. 41(b).

---

[*]     The Honorable Robert H. Whaley, United States District Judge for the Eastern District of Washington, sitting by designation.