UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>        Defendants - Appellants,<br><br>NATIONAL SHOOTING SPORTS FOUNDATION, INC. and FREDRIC'S ARMS & SMITHS, LLC,<br><br>        Intervenor-Defendants - Appellees. | No. 20-35391<br><br>D.C. No. 2:20-cv-00111-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered April 27, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7