HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON; et al.,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF STATE; et al,

    Defendants.

Case No. 2:20-cv-00111-RAJ

**ORDER DISMISSING ACTION WITH PREJUDICE**

On March 6, 2020, this Court granted in part Plaintiffs' motion for preliminary injunction. Dkt. # 94. Defendants appealed the order. Dkt. # 98. Later, on April 27, 2021, the Ninth Circuit vacated the preliminary injunction and remanded to this Court with instructions to dismiss. Dkt. # 126 at 8. The Court accordingly **DISMISSES** this action **with prejudice**.

Dated this 30th day of July, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1